# LeBoeuf, Lamb, Greene & MacRae llp

NEW YORK
WASHINGTON, D.C.
ALBANY
BOSTON
CHICAGO
HARTFORD
HOUSTON
JACKSONVILLE
LOS ANGELES
PITTSBURGH
SAN FRANCISCO

125 WEST 55TH STREET
NEW YORK, NY 10019-5389
(212) 424-8000
FACSIMILE: (212) 424-8500

E-MAIL ADDRESS: KWALSH@LLGM.COM
WRITER'S DIRECT DIAL: (212) 424-8320
WRITER'S DIRECT FAX: (212) 424-649-1185

LONDON
A MULTINATIONAL
PARTNERSHIP
PARIS
BRUSSELS
JOHANNESBURG
(PTY) LTD.
MOSCOW
RIYADH
AFFILIATED OFFICE
BISHKEK
ALMATY
BEIJING

October 20, 2005

**BY HAND & ELECTRONIC FILING**

Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re**: *Almog, et al. v. Arab Bank, PLC, 04-5564 (NG) (VVP)*
      *Afriat-Kurtzer, et al. v. Arab Bank, PLC, 05-388 (NG) (VVP)*

Dear Judge Gershon:

   We represent Arab Bank plc ("Arab Bank"). I write to request the Court's permission to serve and file the enclosed Supplemental Declaration of Professor Stefan Talmon, University Lecturer in Public International Law at Oxford University, in further support of the motions to dismiss that are presently pending with respect to the two actions referenced above.

   Professor Talmon's Supplemental Declaration addresses recent developments since July 22, 2005, the date on which Arab Bank's reply papers were filed, that are relevant to the pending motions. In particular, Professor Talmon's Supplemental Declaration discusses (1) Resolution 1624 of the United Nations Security Council on September 14, 2005, (2) the outcome of the 2005 World Summit, held on September 14-16, 2005 and (3) recent

Hon. Nina Gershon
October 20, 2005
Page 2

developments regarding the Financing and Bombing Conventions, both of which are the subject of extensive discussion in the pending submissions.

                                                  Respectfully submitted,

                                                  Kevin Walsh

Enclosure

cc:    All counsel on attached service list (w/enclosure)

Hon. Nina Gershon
October 20, 2005
Page 3

## SERVICE LIST

**BY ELECTRONIC DELIVERY:**

**IN *LITLE, ET AL. V. ARAB BANK, PLC*, CV 04-5449**

**Liaison Counsel for *Litle* Plaintiffs:**
James P. Bonner, Esq (jbonner@lawssb.com)
SHALOV, STONE & BONNER LLP
485 Seventh Avenue
Suite 1000
New York, N.Y. 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

**Co-Counsel for *Litle* Plaintiffs:**
Mark S. Werbner, Esq. (mwerbner@swtriallaw.com)
SAYLES WERBNER
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: (214) 939-8711
Facsimile: (214) 939-8787

Richard D. Heideman, Esq. (rheideman@HLNKlaw.com)
HEIDEMAN LEZELL NUDELMAN & KALIK, P.C.
1146 19th Street, NW
Fifth Floor
Washington, D.C. 20036
Telephone: (202) 462-8990
Facsimile: (202) 462-8995

Steven R. Perles, Esq. (sperles@perleslaw.com)
PERLES LAW FIRM, P.C.
1615 New Hampshire Avenue
Suite 200
Washington, D.C. 20009
Telephone: (202) 745-1300
Facsimile: (202) 745-1858

Hon. Nina Gershon
October 20, 2005
Page 4


**IN *LINDE, ET AL. v. ARAB BANK, PLC*, CV 04-2799 & *COULTER, ET AL. v. ARAB BANK, PLC*, CV 05-365**

**Liaison Counsel for *Linde* Plaintiffs; Co-counsel for the *Coulter* Plaintiffs**:
Andrew D. Friedman, Esq. (afriedman@whesq.com)
Joshua D. Glatter, Esq. (jglatter@whesq.com)
WECHSLER HARWOOD LLP
488 Madison Avenue
8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

**Counsel for the *Coulter* Plaintiffs; Co-Counsel for *Linde* Plaintiffs:**
Gary M. Osen, Esq. (gmo@osen.us)
Peter Raven-Hansen (praven@law.gwu.edu)
OSEN & ASSOCIATES, LLC
700 Kindermack Road
Oradell, NJ 07649
Telephone: (201) 265-6400
Facsimile: (201) 265-0303

Robert A. Swift, Esq. (rswift@kohnswift.com)
Steven A. Steingard, Esq. (ssteingard@kohnswift.com)
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

Hon. Nina Gershon
October 20, 2005
Page 5


**IN** *ALMOG, ET AL. . v. ARAB BANK, PLC*, **CV 04-5564 &** *AFRIAT-KURTZER, ET AL. V. ARAB BANK, PLC,* **CV 05-388**

**Counsel for** *Almog & Afriat-Kurtzer* **Plaintiffs**
Ronald L. Motley, Esq. (rmotley@motleyrice.com)
Jodi W. Flowers, Esq. (jflowers@motleyrice.com
John M. Eubanks, Esq. (jeubanks@motleyrice.com)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

**Co-Counsel for** *Almog* **Plaintiffs**
Alan Gerson, Esq. (gerson@gilgintl.org)
ATTORNEY AT LAW
2131 S. Street
Washington, D.C. 20008
Telephone: (202) 966-8557