UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ORAN ALMOG**, et. al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**ARAB BANK, PLC**,<br><br>　　　　　　Defendants. | CV 04-5564 (NG) (VVP) |

## PLAINTIFFS' OCTOBER 31, 2005 ADDITION OF PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

　　　　Pursuant to Federal Rule of Civil Procedure 15(d), the Plaintiffs listed in Exhibit A are hereby added as additional Plaintiffs in this civil action.  Furthermore, pursuant to the Stipulation and Order entered by the Court on May 26, 2005, Plaintiffs provide facts pertinent to the claims of these additional Plaintiffs in Exhibit B.

Dated:  October 31, 2005　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　Ronald L. Motley, Esq. (SC Bar No. 4123)
　　　　　　　　　　　　　　　　　　　　　　Jodi Westbrook Flowers, Esq. (SC Bar No. 66300)
　　　　　　　　　　　　　　　　　　　　　　Donald Migliori, Esq. (RI Bar No. 4936; MA Bar No. 567562; and MN Bar No. 0245951)
　　　　　　　　　　　　　　　　　　　　　　Michael Elsner, Esq. (NY ME-8337; VA 41424; SC 72893)
　　　　　　　　　　　　　　　　　　　　　　Justin B. Kaplan, Esq. (TN Bar No. 022145)
　　　　　　　　　　　　　　　　　　　　　　John M. Eubanks, Esq.
　　　　　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　　　　　28 Bridgeside Boulevard, P.O. Box 1792
　　　　　　　　　　　　　　　　　　　　　　Mount Pleasant, South Carolina 29465
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (843) 216-9000

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs