UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORAN ALMOG, et. al. | CV 04-5564 (NG) (VVP) |
| Plaintiffs, | |
| v. | |
| ARAB BANK, PLC, | |
| Defendants. | |

## PLAINTIFFS' FEBRUARY 24, 2006 ADDITION OF PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), the Plaintiffs listed in Exhibit A are hereby added as additional Plaintiffs in this civil action. Furthermore, pursuant to the Stipulation and Consent Order dated and filed on February 24, 2006, Plaintiffs provide facts pertinent to the claims of these additional Plaintiffs in Exhibit B.

Dated:  February 24, 2006            Respectfully Submitted,


_____/S/_____
Ronald L. Motley, Esq. (SC Bar No. 4123)
Jodi Westbrook Flowers, Esq. (SC Bar No. 66300)
Donald Migliori, Esq. (RI Bar No. 4936; MA Bar
No. 567562; and MN Bar No. 0245951)
Michael Elsner, Esq. (NY ME-8337; VA 41424;
SC 72893)
Justin B. Kaplan, Esq. (TN Bar No. 022145)
John M. Eubanks, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard, P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone:  (843) 216-9000

Attorneys for Plaintiffs