UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ORAN ALMOG**, et. al.,<br><br>       Plaintiffs,<br><br>v.<br><br>**ARAB BANK, PLC**,<br><br>       Defendants. | CV 04-5564 (NG) (VVP) |

**PLAINTIFFS' MARCH 31, 2006 ADDITION OF PLAINTIFFS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

    Pursuant to Federal Rule of Civil Procedure 15(d), the Plaintiffs listed in Exhibit A are hereby added as additional Plaintiffs in this civil action. Furthermore, pursuant to the Stipulation and Order entered by the Court on February 24, 2006, Plaintiffs provide facts pertinent to the claims of these additional Plaintiffs in Exhibit B.

Dated: March 31, 2006                             Respectfully Submitted,

                                                  _____/S/_____
                                                  Ronald L. Motley, Esq. (SC Bar No. 4123)
                                                  Jodi Westbrook Flowers, Esq. (SC Bar No. 66300)
                                                  Donald Migliori, Esq. (RI Bar No. 4936; MA Bar No. 567562; and MN Bar No. 0245951)
                                                  Michael Elsner, Esq. (NY ME-8337; VA 41424; SC 72893)
                                                  Justin B. Kaplan, Esq. (TN Bar No. 022145)
                                                  John M. Eubanks, Esq.
                                                  MOTLEY RICE LLC
                                                  28 Bridgeside Boulevard, P.O. Box 1792
                                                  Mount Pleasant, South Carolina 29465
                                                  Telephone: (843) 216-9000

                                                  Attorneys for Plaintiffs