UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **ORAN ALMOG**, et. al.,<br><br>          Plaintiffs,<br><br>v.<br><br>**ARAB BANK, PLC**,<br><br>          Defendants. | CV 04-5564 (NG) (VVP) |

**PLAINTIFFS' CLARIFICATION OF COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

   Pursuant to Federal Rule of Civil Procedure 15(d) and at the request of the Defendant as set forth in the Stipulation and Order entered by the Court on February 24, 2006, Plaintiffs file this pleading in order to clarify certain portions of the First Amended Complaint.[1] Exhibit A is a revised Caption listing plaintiffs whose claims have been filed previously. Exhibit B is a revised Paragraph 30 which also incorporates information about all claims which have been previously filed.

Dated: April 14, 2006

Respectfully Submitted,

_____/S/_____
Ronald L. Motley, Esq. (SC Bar No. 4123)
Jodi Westbrook Flowers, Esq. (SC Bar No. 66300)
Donald Migliori, Esq. (RI Bar No. 4936; MA Bar No. 567562; and MN Bar No. 0245951)
Michael Elsner, Esq. (NY ME-8337; VA 41424; SC 72893)
Justin B. Kaplan, Esq. (TN Bar No. 022145)
John M. Eubanks, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard, P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

Attorneys for Plaintiffs

---

[1] Nothing herein shall change the operative date of the filing of any claim of any of the Plaintiffs. At the request of the Defendant, the Plaintiffs file this pleading solely for the convenience of the Defendant for the limited purpose of clarifying the Caption and Paragraph 30 of the First Amended Complaint. Each plaintiff's claim shall be considered as having been filed on the date upon which that plaintiff's name was first noted in the Complaint, in the First Amended Complaint or in any Supplemental Pleading filed prior to today.