UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
ORAN ALMOG, et al.,

          **Plaintiffs,**                          **ORDER**
                                                        04 CV 5564 (NG)(ASC)

  - against -

ARAB BANK, PLC,

          **Defendant.**
--------------------------------------------------------x
GILA AFRIAT-KURTZER, et al.,

          **Plaintiffs,**                            **ORDER**
                                                        05 CV 388 (NG)(ASC)

  - against -

ARAB BANK, PLC,

          **Defendant.**
--------------------------------------------------------x

**GERSHON, United States District Judge:**

    Counsel are directed to appear for oral argument on defendant's Motion to Dismiss the First Amended Complaints in *Almog, et al. v. Arab Bank, Plc.* and *Afriat-Kurtzer, et al. v. Arab Bank Plc.*, on July 31, 2006 at 11:00 a.m. in Courtroom 6D.

    With respect to the dispute regarding the Supplemental Declaration of Professor Stefan Talmon, filed with defendant's letter of October 20, 2005, plaintiffs may file rebuttal papers by July 25, 2006.

                                      **SO ORDERED.**

                                      */s/ Nina Gershon*
                                      **NINA GERSHON**
                                      **United States District Judge**

**Dated:  July 12, 2006**
        **Brooklyn, New York**