AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Almog v. Arab Bank, PLC

Case Number: 04-CV-05564-NG-VVP

To the Clerk of this court and all parties of record:

Enter my appearance as additional counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

| 7/20/2006 | [signature] |
|---|---|
| Date | Signature |

| Gregory P. Joseph | GJ-1210 |
|---|---|
| Print Name | Bar Number |

Gregory P. Joseph Law Offices LLC
Address

| 805 Third Avenue | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 407-1210 | (212) 407-1280 |
|---|---|
| Phone Number | Fax Number |

CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2006 this document will be filed through the ECF system, which filing will constitute sufficient service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

                                                                          **Susan M. Davies, SD-1208**