## LeBoeuf, Lamb, Greene & MacRae LLP

| | | |
|---|---|---|
| NEW YORK<br>WASHINGTON, D.C.<br>ALBANY<br>BOSTON<br>CHICAGO<br>HARTFORD<br>HOUSTON<br>JACKSONVILLE<br>LOS ANGELES<br>PITTSBURGH<br>SAN FRANCISCO | GOODWIN SQUARE<br>225 ASYLUM STREET, 13TH FLOOR<br>HARTFORD, CT 06103<br>(860) 293-3500<br>FACSIMILE: (860) 293-3555<br>E-MAIL ADDRESS: RONALD.ZDROJESKI@LLGM.COM<br>WRITER'S DIRECT DIAL: (860) 293-3537<br>WRITER'S DIRECT FAX: (860) 241-1337 | LONDON<br>A MULTINATIONAL<br>PARTNERSHIP<br>PARIS<br>BRUSSELS<br>JOHANNESBURG<br>(PTY) LTD.<br>MOSCOW<br>RIYADH<br>AFFILIATED OFFICE<br>ALMATY<br>BEIJING |

July 24, 2006

**BY ELECTRONIC FILING**

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Linde, et al v. Arab Bank plc*, 04-CV-2799 (NG)(VVP)
            *and related cases*

Dear Judge Pohorelsky,

    At the April 28, 2006 Status Conference, your Honor ordered that record of certain confidential information in these actions would be sealed. (April 28, 2006 Tr. at 27:18 to 28:7.) That particular confidential material was discussed at the June 20, 2006 Status Conference, and, as a consequence, the transcript of that conference has now been sealed.

    Based on a discussion this afternoon with your Honor's Courtroom Deputy, James Toritto, we respectfully request that the Court unseal the transcript of the July 20, 2006 Status Conference in the above-referenced matters for "attorneys' eyes only," for the limited purpose of permitting the attorneys in these actions to review the transcript.

                                      Respectfully submitted,

                                      Ronald W. Zdrojeski

cc:    All counsel on attached service list

## SERVICE LIST

**BY ELECTRONIC DELIVERY:**

<u>IN *LITLE, ET AL. V. ARAB BANK, PLC*, CV 04-5449 & *BENNETT, ET AL. V. ARAB BANK, PLC*, CV 05-3183 & *ROTH, ET AL. V. ARAB BANK, PLC*, CV 05-3738 & *WEISS, ET. AL. V. ARAB BANK, PLC*, CV 06-1623</u>

**Liaison Counsel for *Litle, Bennett and Roth* Plaintiffs:**
James P. Bonner, Esq (jbonner@lawssb.com)
SHALOV, STONE & BONNER LLP
485 Seventh Avenue
Suite 1000
New York, N.Y. 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

**Co-Counsel for *Litle, Bennett and Roth* Plaintiffs:**
Mark S. Werbner, Esq. (mwerbner@swtriallaw.com)
SAYLES WERBNER
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: (214) 939-8711
Facsimile: (214) 939-8787

Richard D. Heideman, Esq. (rdheideman@HLNKlaw.com)
HEIDEMAN LEZELL NUDELMAN & KALIK, P.C.
1146 19th Street, NW
Fifth Floor
Washington, D.C. 20036
Telephone: (202) 462-8990
Facsimile: (202) 462-8995

Steven R. Perles, Esq. (sperles@perleslaw.com)
PERLES LAW FIRM, P.C.
1146 19th Street, NW
Washington DC 20036
Telephone: (202) 745-1300
Facsimile: (202) 745-1858

<u>IN *LINDE, ET AL. v. ARAB BANK, PLC*, CV 04-2799 & *COULTER, ET AL. v. ARAB BANK, PLC*, CV 05-365</u>

**Liaison Counsel for *Linde* Plaintiffs; Co-counsel for the *Coulter* Plaintiffs:**
Andrew D. Friedman, Esq. (afriedman@whesq.com)
Joshua D. Glatter, Esq. (jglatter@whesq.com)
WECHSLER HARWOOD LLP
488 Madison Avenue
8th Floor
New York, NY 10022

Telephone: (212) 935-7400
Facsimile: (212) 753-3630

**Counsel for the *Coulter* Plaintiffs; Co-Counsel for *Linde* Plaintiffs:**
Gary M. Osen, Esq. (gmo@osen.us)
Peter Raven-Hansen (praven@law.gwu.edu)
OSEN & ASSOCIATES, LLC
700 Kinderkamack Road
Oradell, NJ 07649
Telephone: (201) 265-6400
Facsimile: (201) 265-0303

Robert A. Swift, Esq. (rswift@kohnswift.com)
Steven M. Steingard, Esq. (ssteingard@kohnswift.com)
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

**IN *ALMOG, ET AL. v. ARAB BANK, PLC*, CV 04-5564 & *AFRIAT-KURTZER, ET AL. V. ARAB BANK, PLC*, CV 05-388**

**Counsel for *Almog & Afriat-Kurtzer* Plaintiffs**
Ronald L. Motley, Esq. (rmotley@motleyrice.com)
Jodi W. Flowers, Esq. (jflowers@motleyrice.com
John M. Eubanks, Esq. (jeubanks@motleyrice.com)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

**Co-Counsel for *Almog* Plaintiffs**
Alan Gerson, Esq. (gerson@gilgintl.org)
ATTORNEY AT LAW
2131 S. Street
Washington, D.C. 20008
Telephone: (202) 966-8557