# LeBoeuf, Lamb, Greene & MacRae LLP

NEW YORK
WASHINGTON, D.C.
ALBANY
BOSTON
CHICAGO
HARTFORD
HOUSTON
JACKSONVILLE
LOS ANGELES
PITTSBURGH
SAN FRANCISCO

GOODWIN SQUARE
225 ASYLUM STREET, 13TH FLOOR
HARTFORD, CT 06103
(860) 293-3500
FACSIMILE: (860) 293-3555

E-MAIL ADDRESS: RONALD.ZDROJESKI@LLGM.COM
WRITER'S DIRECT DIAL: (860) 293-3537
WRITER'S DIRECT FAX: (860) 241-1337

LONDON
A MULTINATIONAL
PARTNERSHIP
PARIS
BRUSSELS
JOHANNESBURG
(PTY) LTD.
MOSCOW
RIYADH
AFFILIATED OFFICE
ALMATY
BEIJING

November 14, 2006

**BY ELECTRONIC FILING**

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Linde, et al. v. Arab Bank, PLC*, 04-2799 (NG) (VVP) *and related cases*
            Plaintiffs' Motion to Compel Production of Documents

    This firm represents defendant Arab Bank plc (the "Bank") in the above-referenced actions. We write in response to Gary Osen's November 8, 2006 letter seeking an order compelling production of documents (the "November 8 Motion") located in the United States related to fifteen entities. The Bank's obligations to produce documents concerning these particular entities is governed by the March 3, 2006 Document Production Order (the "March 3 Order"), which modified an earlier request by plaintiffs to produce documents concerning these entities.

    Plaintiffs have not submitted a new Rule 26 request for production of these documents to the Bank. The November 8 Motion, therefore, is a motion to compel in name only, as plaintiffs are, in fact, seeking to modify the March 3 Order. Given that Local Rule 6.3 provides that any such motion to re-argue or reconsider an order must be made within ten days of entry of the order, plaintiffs' motion is out of time, and properly ought to be rejected by the Court.

    The Bank's position is not intended to be overly formulaic: the March 3 Order was rendered after extensive oral argument and motion practice concerning plaintiffs' First Joint Request for Production of Documents. Not surprisingly given the extent of the argument and pleadings, the March 3 Order did not adopt those requests whole-cloth. Instead, the Court

The Honorable Viktor V. Pohorelsky
November 14, 2006
Page 2

narrowed the scope of production in many pertinent respects, including relieving the Bank of any burden to "conduct research or investigation to otherwise identify martyrs or their family members." (March 3 Order at ¶ 4.)

Even if the November 8 Motion were filed in time, plaintiffs have not satisfied the requirements to renew or re-argue the Court's earlier rulings: they have offered no facts that the Court overlooked, and no controlling law that the Court misapplied. Instead, they ask the Court to "clarify" the March 3 Order, on the grounds that the order "would have required production" of these documents. This attempt is nothing more than a "'second bite at the apple' for a party dissatisfied with a court's ruling," and does not satisfy the standards for reconsideration. *Pannonia Farms, Inc. v. USA Cable,* No. 03 Civ. 7841, 2004 WL 1794504, at *2 (S.D.N.Y. Aug. 10, 2004).

The Bank has produced all records maintained in the ordinary course of business in the United States responsive to the March 3 Order. The Bank has repeatedly instructed plaintiffs to use the proper procedures governing discovery, including formal document requests and interrogatories, as this process will ensure that the Bank has all of the time and consideration provided by the rules. Though they had ample time to make such a request, and the permissible time to ask the Court to modify its March 3 Order (i.e., within 10 business days of the date of entry), the plaintiffs have chosen, months later, to make an ill-considered motion to revise a well-reasoned decision by this Court, and disguised it as a motion to compel.

The Court has already ruled as to the scope of the Bank's production obligations concerning theses fifteen entities. For the foregoing reasons, the Bank asks that the Court reject plaintiffs' motion for reconsideration, and instruct plaintiffs to comply with the procedures provided for in the Federal Rules of Civil Procedure governing discovery.

Respectfully submitted,

Ronald W. Zdrojeski

cc: All counsel on attached list

# SERVICE LIST

**BY ELECTRONIC DELIVERY:**

**IN *LITLE, ET AL. V. ARAB BANK, PLC*, CV 04-5449 & *BENNETT, ET AL. V. ARAB BANK, PLC*, CV 05-3183 & *ROTH, ET AL. V. ARAB BANK, PLC*, CV 05-3738 & *WEISS, ET. AL. V. ARAB BANK, PLC*, CV 06-1623 & *JESNER, ET. AL. V. ARAB BANK, PLC*, CV 06-3869**

**Liaison Counsel for *Litle, Bennett, Roth, Weiss, and Jesner* Plaintiffs:**
James P. Bonner, Esq (jbonner@lawssb.com)
SHALOV, STONE & BONNER LLP
485 Seventh Avenue
Suite 1000
New York, N.Y. 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

**Co-Counsel for *Litle, Bennett, Roth, Weiss, and Jesner* Plaintiffs:**
Mark S. Werbner, Esq. (mwerbner@swtriallaw.com)
SAYLES WERBNER
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: (214) 939-8711
Facsimile: (214) 939-8787

**Co-Counsel for *Litle, Bennett, Roth, and Weiss* Plaintiffs:**
Richard D. Heideman, Esq. (rdheideman@hnklaw.com)
HEIDEMAN LEZELL NUDELMAN & KALIK, P.C.
1146 19th Street, NW
Fifth Floor
Washington, D.C. 20036
Telephone: (202) 462-8990
Facsimile: (202) 462-8995

Steven R. Perles, Esq. (sperles@perleslaw.com)
PERLES LAW FIRM, P.C.
1146 19th Street, NW
Washington DC 20036
Telephone: (202) 745-1300
Facsimile: (202) 745-1858

**Co-Counsel for *Jesner* Plaintiffs:**
Jonathan David, Esq. (jonathan@thedavidlawfirm.com)
THE DAVID LAW FIRM, P.C.
10655 Six Pines Drive
Suite 260
The Woodlands, TX 77380
Telephone: (281) 296-9090
Facsimile: (281) 296-9494

**IN *LINDE, ET AL. v. ARAB BANK, PLC*, CV 04-2799 & *COULTER, ET AL. v. ARAB BANK, PLC*, CV 05-365**

**Liaison Counsel for *Linde* Plaintiffs; Co-counsel for the *Coulter* Plaintiffs**:
Andrew D. Friedman, Esq. (afriedman@gbgfriedman.com)
GLANCY BINKOW & GOLDBERG LLP
430 Park Avenue, Suite 702
New York, New York 10022
Telephone: (212) 308-6300
Fax: (212) 308-6570

**Counsel for the *Coulter* Plaintiffs; Co-Counsel for *Linde* Plaintiffs:**
Gary M. Osen, Esq. (gmo@osen.us)
Peter Raven-Hansen (praven@law.gwu.edu)
Joshua D. Glatter (jdg@osen.us)
OSEN & ASSOCIATES, LLC
700 Kinderkamack Road
Oradell, NJ 07649
Telephone: (201) 265-6400
Facsimile: (201) 265-0303

Robert A. Swift, Esq. (rswift@kohnswift.com)
Steven M. Steingard, Esq. (ssteingard@kohnswift.com)
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

**IN *ALMOG, ET AL. v. ARAB BANK, PLC*, CV 04-5564 & *AFRIAT-KURTZER, ET AL. V. ARAB BANK, PLC*, CV 05-388**

**Counsel for *Almog & Afriat-Kurtzer* Plaintiffs**
Ronald L. Motley, Esq. (rmotley@motleyrice.com)
John M. Eubanks, Esq. (jeubanks@motleyrice.com)
Michael Elsner, Esq. (melsner@motleyrice.com)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

**Co-Counsel for *Almog* Plaintiffs**
Alan Gerson, Esq. (gerson@gilgintl.org)
ATTORNEY AT LAW
2131 S. Street
Washington, D.C. 20008
Telephone: (202) 966-8557

**Additional Counsel for *Almog* Plaintiffs**
Gregory P. Joseph, Esq. (gjoseph@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
805 Third Avenue
31st Floor
New York, NY 10022
Telephone: (212) 407-1200
Facsimile: (212) 407-1299