UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ORAN ALMOG, et al.,

                                    Plaintiffs,
                    - v -                                    CV-04-5564 (NG)(VVP)

ARAB BANK, PLC,
                                    Defendant.
-------------------------------------------------------------------x
GILA AFRIAT-KURTZER, et al.,

                                    Plaintiffs,
                    - v -                                    CV-05-388 (NG)(VVP)

ARAB BANK, PLC,
                                    Defendant.
-------------------------------------------------------------------x

## ORDER

The plaintiffs in these two actions have moved for the admission of an Israeli attorney, Ariel Mairone, *pro hac vice* in these two actions for the limited purpose of defending depositions of certain plaintiffs which will be taken in Israel. The motion is made to reduce unnecessary expenditures of time and money relating to attendance by American counsel, and to facilitate communications with clients who are more conversant in Hebrew. Although the defendant does not object, Mairone does not meet the requirements for admission *pro hac vice* set forth in Local Civil Rule 1.3(c), and the application must accordingly be denied. Notwithstanding this denial, however, attorney Mairone is hereby authorized to attend the depositions of any plaintiffs in these two actions held in Israel and to serve as their counsel in connection with the testimony they give at the depositions. In so doing, Mairone may act in all respects as if admitted to practice before the court, and his acts shall be deemed to preserve any rights and privileges his clients may wish to assert.

                                        **SO ORDERED:**

                                        *Viktor V. Pohorelsky*
                                        VIKTOR V. POHORELSKY
                                        United States Magistrate Judge

Dated:        Brooklyn, New York
              April 2, 2008