UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
COURTNEY LINDE, *et al.*,                       :
                                                :
                Plaintiffs,     :   04 CV 2799 (NG) (VVP)
                                                :   and related cases[1]
        -against-                       :
                                                :
ARAB BANK PLC,                                  :
                                                :
                Defendant.      :
                                                :
---------------------------------------------------------X

## NOTICE OF MOTION FOR LEAVE TO WTHDRAW AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE THAT upon the accompanying Affidavit of Eric L. Lewis, sworn to March 6, 2012, and the Memorandum of Law in Support of Motion for Leave to Withdraw as Attorney of Record for Defendant Arab Bank plc, the undersigned will move this Court before the Honorable Nina Gershon, United States District Judge, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on such date and time as the Court sets, for an order granting leave for the undersigned attorney to withdraw as attorney of record for Defendant Arab Bank plc and for such other and further relief as the Court may deem just and proper.

---

[1] *Almog v. Arab Bank, PLC*, 04-CV-5564 (E.D.N.Y. 2004) (NG) (VVP); *Coulter, et al. v. Arab Bank, PLC*, 05-CV-365 (E.D.N.Y. 2005) (NG) (VVP); *Afriat-Kurtzer v. Arab Bank, PLC*, 05-CV-388 (E.D.N.Y. 2005) (NG) (VVP).

Dated: March 6, 2012                                Respectfully submitted,

                                                      LEWIS BAACH PLLC

                                                     /s/ Eric L. Lewis
                                                   Eric L. Lewis (EL 0038)
                                                   1201 F Street, NW, Suite 500
                                                   Washington, D.C. 20004
                                                   Tel: (202) 833-8900
                                                   Fax: (202) 466-5738
                                                   eric.lewis@lewisbaach.com