UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
COURTNEY LINDE, *et al.*,

                Plaintiffs,       04 CV 2799 (NG) (VVP)
                                        and related cases[1]

    -against-

ARAB BANK PLC,

                Defendant.
------------------------------------------------------------X

## AFFIDAVIT OF ERIC L. LEWIS

ERIC L. LEWIS, being duly sworn, deposes, and says:

1.    I am a senior partner of Lewis Baach PLLC (formerly Baach Robinson & Lewis), resident in the firm's District of Columbia office, located at 1201 F Street, Suite 500, Washington, D.C. 20004. I am a lawyer in good standing admitted to the bars of the District of Columbia and the State of New York as well as the bar of this Court.

2.    Defendant Arab Bank plc retained me in or around early 2006 to act in a limited capacity as co-counsel alongside lead counsel, Dewey & LeBoeuf in the above-captioned and related civil actions pending before this Court (the "Actions"). In furtherance of that engagement, I entered my appearance as attorney of record for Arab Bank in the Actions on July 27, 2006. Over the past few years, my role in the Actions has reduced.

3.    By letter dated March 1, 2012, Arab Bank, through its special counsel, Kalbian Hagerty LLP, requested that I withdraw my appearance.

---

[1] *Almog v. Arab Bank, PLC*, 04-CV-5564 (E.D.N.Y. 2004) (NG) (VVP); *Coulter, et al. v. Arab Bank, PLC*, 05-CV-365 (E.D.N.Y. 2005) (NG) (VVP); *Afriat-Kurtzer v. Arab Bank, PLC*, 05-CV-388 (E.D.N.Y. 2005) (NG) (VVP).

4.  Arab Bank has been for several years, and continues to be, actively represented in the Actions by lead defense counsel, Dewey & LeBoeuf.

5.  My firm is not asserting a retaining or charging lien against Arab Bank.

_____
Eric L. Lewis

SWORN TO AND SUBSCRIBED before me this 6th day of March 2012

_____
Notary Public

My Commission Expires
September 30, 2013

2