3130

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2
   - - - - - - - - - - - - - - - - - X
3

4
                                     :   04 CV 02799 (BMC)
5  COURTNEY LINDE, et al.,               And all related cases
                  Plaintiffs,        :   04 CV 05449 (Litle)
6                                        04 CV 05564 (Almog)
                                     :   04 CV 00365 (Coulter)
7                                        05 CV 00388 (Afrial-Kurtzer)
          - against--               :   05 CV 03183 (Bennett)
8                                    :   05 CV 03768 (Roth)
                                         06 CV 01623 (Weiss)
9  ARAB BANK, PLC,                   :
                                         United States Courthouse
10                Defendant.         :   Brooklyn, New York

11                                   :   September 18, 2014
                                         9:30 o'clock p.m.
12
   - - - - - - - - - - - - - - - - - X
13

14                 TRANSCRIPT OF JURY TRIAL
                   BEFORE THE HONORABLE BRIAN M. COGAN
15                 UNITED STATES DISTRICT JUDGE, and a jury.

16
   APPEARANCES:
17
   For the Linde and              OSEN, LLC
18 Coulter Plaintiffs:            By:  GARY M. OSEN, ESQ.

19                                TURNER & ASSOCIATES, PLLC
                                  By:  CLYDE T. TURNER, ESQ.
20
   For the Litle,                 SAYLES WERBNER
21 Bennett and Roth               By:  MARK S. WERBNER, ESQ.
   Plaintiffs:
22 For the Almog                  STONE, BONNER & ROCCO, LLP
   Plaintiffs:                    By:  JAMES P. BONNER, ESQ.
23
                                  MOTLEY RICE, LLC
24                                By: MICHAEL E. ELSNER, ESQ.
                                     JODI FLOWERS, ESQ.
25

                 GR    OCR    CM    CRR    CSR

3131

```
 1  A P P E A R A N C E S  (Continued)
 2  For the Defendant:              DLA PIPER US, LLP
                                    By:  SHAND STEPHENS, ESQ.
 3                                       ANTHONY COLES, ESQ.
                                         BRETT INGERMAN, ESQ.
 4                                       MARGARET CIVETTA, ESQ.

 5
    Court Reporter:                 Gene Rudolph
 6                                  225 Cadman Plaza East
                                    Brooklyn, New York 11201
 7                                  (718) 613-2538

 8
    Proceedings recorded by mechanical stenography, transcript
 9  produced by CAT.

10

11

12                      * * * * * * * * * *

13

14          (The following occurred in the absence of the jury.)

15          THE COURT:  Good morning.

16          Both sides ready?

17          MR. TURNER:  Yes, sir.

18          MR. STEPHENS:  Yes, sir.

19          THE COURT:  I would just suggest, if you are really

20  are going to use more than two of the three hours you are

21  allotted, you probably want to take a break for the jury's

22  sake and maybe your own.  I am going to leave that to you as

23  to when you want to break.  You will just let my know and then

24  we will.

25          All right.  Let's have the jury, please.
```

GR     OCR     CM     CRR     CSR

Summation - Stephens                                    3132

1          (Jury present.)

2          THE COURT:  All right.  Everyone be seated, please.

3     Good morning, ladies and gentlemen.

4          We are ready for closing argument.  You may begin.

5          MR. STEPHENS:  Good morning.

6          It's a pleasure to be able to talk to you again.  It

7     has been five weeks.  It probably seems like five months to

8     you.

9          A JUROR:  Six.

10         MR. STEPHENS:  Six months.

11         A JUROR:  Six.

12         MR. STEPHENS:  Today we are going to talk about who

13    decides who is a terrorist.  We are going to talk about

14    whether or not Arab Bank deliberately, knowingly, went out and

15    supported Hamas in committing 24 different terrorist attacks

16    that killed 30-plus people and injured over 100 more.

17         You all know from the testimony that Arab Bank is

18    headquartered in Jordan.  It's got 200 branches in 30

19    different countries all around the world and it processes

20    millions of transactions every year.

21         It's traded on the Jordanian Stock Exchange.  Its

22    major shareholders are the Al-Masri family, headed up by

23    Sabih Al-Mari, who is at the table.

24         The Hariri family, a family that included the prime

25    minister of Lebanon; and the Kingdom of Jordan, who through

GR      OCR      CM      CRR      CSR

Summation - Stephens                                3133

1    its Social Security system, which owns 16 percent of the bank.

2              If we can see number three?

3              Mr. Al-Masri and his family owned properties all

4    over the Middle East and the world.  As you remember from his

5    testimony, after he got out of college at the University of

6    Texas he then started a battery business, which failed; a

7    liquid detergent business, which failed; a salt packing

8    business, which failed; and then he started his Arab Supply

9    Company, which has turned into an enormous success for him and

10   his family.

11             Mr. Al-Masri's nephew has been prime minister of

12   Jordan and is currently in the Jordanian Parliament and he has

13   been a victim of terrorism himself and his family during his

14   life time.

15             The next slide, please.

16             Mr. Al-Masri's brother was appointed the mayor of

17   Nablus in the Palestinian Territories in the 1980s as part of,

18   incidentally, an effort to create a peaceful environment

19   there.  Israel wanted him to be the mayor of Nablus.  Shortly

20   after he was appointed, he was assassinated by a terrorist who

21   shot him in the back.

22             In 2003, Mr. Al-Masri had a residential compound in

23   Saudi Arabia attacked by four suicide bombers, who killed four

24   of the children of his friends and destroyed the entire

25   compound.  That was the first terrorist attack, suicide

GR        OCR        CM        CRR        CSR

Summation - Stephens                                      3134

1    bombing attack in Saudi Arabia ever.

2            If we can see the next slide?

3            The Oslo Peace Accord had a big impact on Arab Bank

4    and is actually why we are here today.  Because in 1993 and

5    four, Israel and the Palestine Authority, PLO, got into an

6    agreement to try to create a separate state for the

7    Palestinians and create peace between Israel and Palestine,

8    which had eluded everyone for three decades.

9            If we can see the next slide?

10           How does that impact the bank in this story about

11   the bank?  It brought Shukri Bishara back from France, where

12   he had spent 14 years, gotten married and had three kids,

13   brought him back to the Palestinian Territories in order to

14   assume the position of Country Manager and to start up the

15   operation of Arab Bank in Palestine.

16           Shukry, as you heard him testify, he is now actually

17   the Minister of Finance in the Palestinian Authority and

18   doesn't work for the bank anymore, as, by the way, a lot of

19   the witnesses that you saw here don't work for the bank

20   anymore.  They volunteered their time and effort to come here

21   and testify because they believe in the defense and they

22   believe in what they did while they worked at the bank.

23           Mr. Bishara -- if we could see the next

24   slide -- started the process of opening branches in the West

25   Bank of Gaza.  By 2002, there were over 20 of them spread

GR        OCR        CM        CRR        CSR

Summation - Stephens                                3135

1  around and the bank had invested, as you heard him testify,

2  over $150 million in opening these offices and creating six

3  hundred jobs for people in Palestine.

4          Mr. Bishara lived in Jerusalem, if we can see nine,

5  right there, near the American Colony Hotel, where, as you

6  remember, he testified he was having dinner with his family

7  when the second intifada rioting actually started.

8          Mr. Bishara's children go to school the Lycée

9  Francais, which is only about a kilometer and a half, less

10  than a mile, from his mouse.

11          During the second intifada, if we can see the next

12  one, there were suicide bombings all around where he lived and

13  where his children went to school and where they ate lunch and

14  dinner.  The Sbarro pizza parlor where his children actually

15  ate was bombed, as you know, and it is one of the attacks in

16  this trial.

17          After that bombing and after another suicide bomber

18  blew himself up in front of the Lycée Francais, Mr. Bishara

19  took his children to Jordan for their personal safety,

20  although he didn't leave.  He remained behind and continued to

21  manage the Arab Bank branches in Palestine.

22          Another one of our witnesses, by the way, Mazen Abu

23  Hamdan, who I will point out in a minute, his children also

24  went to school at the Lycée Francais and he also lived in

25  Jerusalem.

GR      OCR      CM      CRR      CSR

Summation - Stephens                              3136

1          If we can see the next slide?

2          The judge is going to give you some instructions

3   when the parties are finished with these closing statements.

4   The judge's explanation to you is what the law is.  I have

5   them because the judge has already given them to us.

6          One of them is, a corporation is a legal entity that

7   may only act through its agents.  In other words, it's an

8   institution.  It's a company.  It can't do anything other than

9   through human beings.

10         The agents of a corporation are its officers,

11  directors, employees, and some others who are authorized by

12  the corporation, in this case, the bank, to act for it.

13         In order for the plaintiffs to sustain their burden

14  of proof for their claims against the defendant, the bank,

15  plaintiffs must prove by a preponderance of the evidence

16  that -- that's their burden of proof.  They have the burden, a

17  big one, actually, of making sure that they prove their case,

18  to your satisfaction.

19         Plaintiff must prove by a preponderance of the

20  evidence that the elements required for liability that I

21  explained to you -- that's an instruction about what the

22  elements are of making the bank liable -- were committed,

23  those acts have to be committed, by an officer, director,

24  employee, or agent of the corporation.

25         So you have to find that somebody, some person,

Summation - Stephens                    3137

1  wanted to support terrorism, knew there were terrorists that

2  he was supporting, and caused all these attacks.  Somebody at

3  the bank.  Not nobody, somebody.

4         So while you are deliberating, if you would, please,

5  ask yourself, if that somebody -- could you stand, please --

6  Mr. Al-Masri, was that somebody who supported terrorism, Sabih

7  Al-Masri, whose family has twice been the victim of terrorism,

8  who moved from Jordan to Lebanon to Switzerland, back to

9  Lebanon and then to France to avoid the violence that followed

10 him all his life?  Was it him?

11        Could we see the next slide?

12        Was it Shukri Bishara, who had to go back to the

13 Middle East, by the way, but whose children had the bomb go

14 off, a suicide bomber go off in front of his children's

15 school?  Was it him?

16        Was it Mazen Abu Hamdan, who testified for you, and

17 who no longer works at the bank and is now doing, as you

18 remember, solar energy projects in Palestine and his children

19 who also went to the Lycée Francais, which is right down the

20 street from Sbarro pizza booming?

21        Is the person who supported terrorism Baker

22 Al-Omari, who with his eight brothers, one of them an Israeli

23 citizen, was it him?

24        Was there anything about him that would lead you to

25 draw that conclusion?

GR      OCR      CM      CRR      CSR

Summation - Stephens                              3138

1          How about Jamal Hurani?  Was it Jamal Hurani who you

2    remember used donkeys to take floppy disks back and forth

3    because the roads were all blocked, Jamal Hurani, who has a

4    wife and four children and lives in Nablus, was it him?

5          How about George Kawwas?  He was the manager of the

6    Bethlehem branch until about two years ago.  He worked for an

7    Israeli bank for 26 years and then he worked for Arab Bank for

8    14 years.  Is he the one that supported terrorism?  Was there

9    something about his testimony or what he said or anything you

10   have heard about him that would lead you to that conclusion?

11         How about Mohammed Dabbour?  He is the director of

12   the bank's global compliance.  Was there something about

13   anything he said in his testimony?  He's married, he's got two

14   kids.  He's got an American wife and one of his children is an

15   American citizen.  Was there something about him that would

16   lead you to conclude that he supported terrorism, that he

17   deliberately went out and made sure that Hamas was able to

18   commit terrorist attacks?

19         What about Brian Billard?  He's from New York.

20   Well, he's from New York via England.  He grew up in England

21   and then moved to Long Island and -- actually Long Beach, I

22   beg your pardon, when he was 17.  He worked for HSBC for many,

23   many years, that's another big bank, and he's worked for Arab

24   Bank for 16 or 17 years.  Is there anything about his

25   testimony that would lead you to conclude that he supports

Summation - Stephens                    3139

1    terrorism.  I think not.

2          What about Manny Caravanos?  He's from Queens, lived

3    in Queens all his life.  Something about him that would lead

4    you to conclude that he supports terrorism or that he somehow

5    has a hidden agenda to kill innocent people?  That's what

6    they're saying.

7          Mohammed Al-Tahan, he testified through videotape.

8    I don't think there was anything on that tape that anyone

9    could suggest made him a suspect in supporting terrorism.

10          So did Tayseer Sadeq and Ghaleb Hantoly and Assad

11   Saleh, they all testified by videotape.

12          There is not one word of testimony in this case that

13   would lead you to conclude that any one of those people

14   deliberately supported terrorism, not a word.

15          So let's get on to who decides who is a terrorist.

16          The plaintiffs have accused, by my count, over 150

17   people and 12 charitable associations and the Saudi Committee

18   of being Hamas associated terrorists.

19          They admit, by way, that there is no publicly

20   available list of members in Hamas.  So what they are doing is

21   suggesting to you that somehow they have concluded that these

22   people are terrorists and that you ought to as well.

23          So let's go through the 150-odd people in the groups

24   in which they were presented to you.

25          Take a look at 13, please.

GR        OCR        CM        CRR        CSR

Summation - Stephens                                  3140

1          This is the first group of 18 people that they, the

2    plaintiffs, say are Hamas leaders.  They include Ahmad Yassin,

3    his wife, Shehada, Haniyeh, Shanab and a whole other group of

4    18.

5          And you know the answer to the next question I am

6    about to ask.  How many of them were actually designated as a

7    terrorist by the United States of America, the United Nations

8    or the European Union?  And the answer is, only one, Ahmad

9    Yassin, during the period 2000-2004.

10          If we can take a look at the other eight, there are

11    ten of them there.

12          Abbas al-Sayed, Darwaza, Salim, Mansur, none of them

13    are designated by the United States of America, UN or the EU;

14    not one.

15          So what they are suggesting to you is, despite the

16    fact that the United States has hundreds of employees who

17    spent thousands of hours every year and billions of dollars

18    trying to figure out who are the terrorists and then put them

19    on the governmental lists which prevent the banks from dealing

20    with them, that they missed these people; that somehow they

21    are really terrorists but the United States couldn't figure it

22    out, the United Nations couldn't figure it out, the European

23    Union with its 28 nations couldn't figure it out; but their

24    two paid experts did.  That's what their case is.

25          So Yassin, by the way, if we could go back to the

GR      OCR      CM      CRR      CSR

Summation - Stephens                                3141

1    first slide, Yassin has this one transfer for $60,000 from

2    New York.  And as you will remember, the evidence shows, if we

3    could see 15, please, that the person who is on the OFAC list,

4    the Office of Foreign Assets Control list, is this person,

5    Shaykh Ahmad Yasin, or Yasin, I guess, and that name was put

6    on the list in 1995 through the Federal Register.

7              If we could see the next slide?

8              The transfer that went through Arab Bank was to that

9    person, whose name is spelled differently than the person on

10   the list.  And that's why that transfer went through.  That

11   simple.

12             The OFAC system is an automated software, where

13   hundreds of thousands of transactions go through it every day.

14   There is a list of names in it and it tries to catch those

15   names and when it catches them it is a hit and the

16   transactions stop.  And then a human being at that point

17   checks to see if the match is right, if it's not a false

18   positive; and if the employee at the bank thinks it is

19   correct, OFAC is notified, either, as you heard, by calling a

20   hotline or sending them a note.  Then they tell us what to do

21   at the bank with the money that got stopped.

22             That, by the way, is the fashion in which, the

23   method by which every bank in the world that operates in the

24   United States does business.  There is not one that does it

25   any differently than that.

GR        OCR        CM        CRR        CSR

Summation - Stephens                         3142

1          So that's what it is that the bank is trying to do.

2    It listens to the government.  It expects the government, and

3    the government expects it to listen to the government as to

4    who it is that's prohibited from transacting banking business

5    and then the bank doesn't do business with those people in the

6    United States.  That's the way it works.

7          And there are, just to make sure that I haven't

8    missed the point for you, there are thousands of people in the

9    world for the United States, United Nations, the 28 nations of

10   the European Union, England, France, Switzerland, Spain, you

11   name it, thousands of people spending thousands and thousands

12   of hours to figure out who belongs on those terrorist lists.

13         And none of the people they say are terrorists in

14   this case are on those lists.  So they are asking you to make

15   your own list, a new list, the Spitzen list or the Levitt

16   list.

17         The next set of transfers that they say are to Hamas

18   terrorists, you got the 18 now, the next set, please, is to

19   Yousef -- from Yousef el Hayek to all these people.  There are

20   43 of them.  And you start with, is Yousef Hayek on any

21   terrorist list?  No, he is not on the US list.  He's not on

22   the UN list.  He is not on the EU list.  He is on nobody's

23   list, except Spitzen and Levitt's.  That's the only list he's

24   on.

25         All these people that got sent this money that they

GR      OCR      CM      CRR      CSR

1    say went to Hamas terrorists, they say all these people are

2    suspect.  They don't know who 15 of them are but the rest of

3    them, they say all those people are all suspect.  Are they on

4    any list?  No, they are not.

5              The only people who have suspicions about them are

6    not in the government.  They are sitting over there, or they

7    sat right up there in that witness stand and testified to you

8    that oh, these people are all terrorists, even though they are

9    not on any list.

10             So we got one, there is Ahmad Yassin again.  So out

11   of 18 plus these 43, one, one that's on the list.

12             I talked to you about that transfer just a few

13   minutes ago.  That's the Yassin transfer where the names are

14   not spelled the same.

15             Let's look at a couple of other things about

16   el Hayek, if we can look at the next slide.

17             El Hayek actually had 282 transactions altogether.

18   They came through the OFAC system.  They were cleared and then

19   they went to the recipient.  Every single one of them, there

20   wasn't one that didn't go through OFAC, which is the system

21   designed to catch terrorists, not one, and none of them were

22   designated.

23             Sometimes, actually, they went through the system

24   more than once.  If we could look at PX 2183?  I'm sure you

25   are sick of looking at these Swift transfers, by the way.

GR        OCR        CM        CRR        CSR

1   Here we are.  I am going to show you just a few.  I kept it to
2   a minimum because I am kind of tired of looking at them
3   myself.
4           Here is a Swift transfer.  It's dated October 1,
5   2000, and it is going to Ghazi Ahmad Hamad.  Ghazi Ahmad Hamad
6   is one of the people that the plaintiffs say is a bad guy who
7   got transfers from Yousef el Hayek.  Not only did this
8   transfer go through Arab Bank, but you could see right up
9   here, it's a CHIPS transfer.  It also went through Citibank.
10          So everybody is using the same list in the banking
11  industry in the United States, the OFAC list, and this one
12  went through, not once, but twice.
13          The same thing with PX 2089, another transfer.
14          Again, from Yousef el Hayek, who isn't designated,
15  to Mohammed Saleh Taha, not a person they say is a terrorist,
16  who is not on any list.  It goes through the OFAC system and
17  it is a zero and it also went through Citibank; got checked
18  twice.  Not just once.
19          Now, one of their transfers, one of the people they
20  identify as a terrorist, is someone named Abbas Al Sayed, and
21  Al Sayed was actually eventually convicted in an Israeli court
22  of engaging in terrorist acts, but that was after he got any
23  transfers from Arab Bank, and what they said about him is very
24  interesting because they liked this piece of evidence a lot.
25  My guess is they will mention it to you.

1          Al Sayed confessed to being involved in some

2    attacks.  In fact, they say he was involved in at least six

3    attacks.  In his confession he said, the money that I paid for

4    the weapons was transferred to my private bank account at Arab

5    Bank Tulkarem.

6          So what does that tell you?  Nobody knew what he was

7    going to use that money for when he got -- when it got

8    transferred into his Arab Bank account.  There is no

9    suggestion that he was on any list, because he wasn't.  There

10   is no suggestion, except from their experts, that somehow the

11   bank could have known that he was a terrorist; and the fact of

12   the matter is, that if somebody is not on the list, the bank

13   isn't supposed to run around and figure out who should be on

14   the list.

15         That's what the governments do.  The governments

16   figure out who is supposed to be on the list.  You wouldn't

17   want it any other way.  You wouldn't want to have Google or

18   Facebook or Walmart or Target or Citibank or Bank of America

19   or TD Bank or Arab Bank deciding who belongs on a terrorist

20   list.

21         You want to go to put your credit card in to buy

22   some clothes at Walmart and you find out all of a sudden oh,

23   we can't do this transaction because we here at Walmart have

24   decided you are a terrorist or your brother is a terrorist

25   and, therefore, guilt by association.  You can't do business

Summation - Stephens                                3146

1    with us either.

2           That's the proposition that's being floated here.

3    That private businesses, including banks, are supposed to make

4    up their own lists of terrorists.  Imagine actually what that

5    would do if a bank did that.  Oh, they decided Shand Stephens

6    is a terrorist and they stick me on the terrorist list.

7    Imagine what it would do to my credit rating.  Imagine.

8           There is another part to this that I would

9    appreciate you thinking about when you are deliberating.  That

10   is, the suggestion, for example, that Al Sayed got money in

11   his Arab Bank account and then he used it to buy some guns,

12   which is actually what he said.  That's similar to what goes

13   on, sadly, here in America every week now.  We've got -- the

14   last big school shooting was in Connecticut, in Newtown, and

15   that boy who did that shooting used a gun that his mother had

16   purchased, legally, by the way.  So he used a gun that she had

17   used a bank account to buy.

18          Does that make her or the bank liable for the

19   shooting at Newtown?  Of course not.  Of course not.  There is

20   no connection between one and the other.  But that's what they

21   are trying to tell you in this case.

22          Al Sayed, by the way, we checked his transfers at

23   Arab Bank.

24          Could I see PX 1990?

25          Here we are.  Yousef el Hayek to Abbas Al Sayed,

GR       OCR       CM       CRR       CSR

Summation - Stephens                                3147

1   2001, went through the OFAC system, and it's a zero, two

2   ellipsis, a zero.  It was checked.  The bank did what it is

3   that the bank is required to do.  It made sure he wasn't on a

4   terror list before it completed the transaction.

5           I could show you some more of those but I promised

6   you I'd minimize it so I won't.

7           So those are -- now I got 18 of 43 of the

8   individuals that they say are terrorists in this case, or more

9   precisely, Mr. Levitt and Mr. Sspitzen say are terrorists.

10  Now let's take a look at the charities that they accuse of

11  being Hamas fronts.

12          Both, together Doctor Levitt and Mr. Spitzen,

13  identified these 12 charities as being Hamas fronts during the

14  period of 2000 to 2004.  Once again, none of them, not one,

15  nada, is on the US, the UN or the EU list in that period of

16  time; not one.

17          So once again, Mr. Spitzen and Doctor Levitt somehow

18  are smarter than the combined efforts of all those governments

19  and all those nations.

20              (Continued on next page.)

21

22

23

24

25

GR        OCR        CM        CRR        CSR

- Defendant's Closing -                3148

1          MR. STEPHENS:  And they are asking you, to make that

2     finding.  Being something that none of these other people,

3     investigators, policemen, law enforcement, and CIA people,

4     could figure out.

5          Now, in addition to the fact that none of these

6     charities are on the list, we can look at 19.  Mr. Spitzen

7     identified, all these people that he said were associated with

8     the twelve charities, it is about 125.

9          And he goes through his report and he went through

10    his testimony and said, see this guy, this guy has something

11    to do with Hamas, he's a terrorist from one kind or another,

12    every one of these people.

13         And that is an even more remarkable list, because

14    out of all those 125, there is only two Yassin and Rantisi,

15    who are designated by the United States of America.

16         So, Mr. Spitzen, his list grows more and more and

17    longer and longer.  It grows like Pinocchio's nose.

18         Now, not only did Mr. Spitzen identify these 125,

19    none of whom are on the list except those two, Yassin and

20    Rantisi, he also told you, that the most important factor in

21    determining whether or not one of these charities is

22    controlled by Hamas is its leadership, right?  Who is on the

23    board.

24         So, I'm going to go through two or three of these to

25    show you actually how he completely missed the boat when he

- Defendant's Closing -                    3149

1    was talking about the boards.

2            We can look at graphic 20.

3            With respect to the Islamic Charitable Society of

4    Hebron, this is Mr. Spitzen's slide.  He said, of these

5    people, all are key Hamas leaders in that society of Hebron

6    and therefore, the Islamic Charitable Society of Hebron is

7    controlled by Hamas.

8            What he didn't tell you, is that the Islamic

9    Charitable Society of Hebron, actually has eleven branches,

10   not just one, and that each of those eleven branches has its

11   own Board of Directors.  And there are according to the

12   evidence you have before you, 99 board members for that

13   charity alone.

14           So he says, there are five key Hamas leaders, and

15   therefore, the charity is controlled by Hamas.  In fact, there

16   is 99 board members, on eleven different boards, each of whom

17   is independent.

18           It is not the case, that those five people are

19   controlling all those other people and all those charities.

20           Let's take a look at the Tulkarem Zakat Committee,

21   number 22.  Tulkarem has seven branches, each one has its own

22   board.  There are twelve, nine to twelve members on the board.

23   There are up to 72 board members for Tulkarem.  How many

24   people did Spitzen identify to you, that were, you know

25   supposedly Hamas leaders, that controlled the Tulkarem Zakat

- Defendant's Closing -                            3150

1    Committee?  Three.  Three people.

2              He says those three people control the other 72, but

3    there is no evidence of that, none.  None.

4              There is another one, the Nablus Zakat Committee.

5    Nablus Zakat Committee has seven branches, 70 board members.

6    How many people did Spitzen identify, that he says were Hamas

7    leaders, that are connected up, somehow with the Nablus Zakat

8    Committee?  The answer is four.  Just four.

9              There is no evidence that these four people

10   controlled the other 70.  He didn't even mention as a matter

11   of fact, he didn't bother to tell you that there were dozens

12   and dozens of board members and dozens and dozens of branches

13   for these various charities and Zakats.

14             Now, if we can look at 26, please.

15             Here is a summary that actually, Mr. Ingerman made

16   for you.  Now, I put it into a little more readable form.  I

17   don't know if you remember, he was handwriting it on the back

18   of one of those poster boards.

19             This is a number of branches, for each one of the

20   charities and the number of board members.  It all adds up to,

21   there are 645 board members for these charities, and, well

22   over forty different boards, forty different branches.

23             If you take a look at -- he -- by the way, take a

24   look at 27.  He only talks about 41 people that he says

25   control these other 645.  So, that is about six percent.  That

- Defendant's Closing -                              3151

1   is what he did.  He told you, ah-ha.  First of all, you have

2   to believe that the people he identified were actually quote,

3   Hamas members.  Even though, they are not listed on any one of

4   the designated terror lists.  Then you have to believe, that

5   somehow they are controlling all the rest of these people, he

6   didn't tell you existed on dozens of dozens of different

7   boards.

8            He also did not mention to you, that the Palestinian

9   Authority licences all these charities, although he did say,

10  that the Palestinian Authority was anti Hamas.

11           So the licensing agency is not friendly to Hamas,

12  and it is the one that actually makes sure that these

13  charities get licensed every year by the way.  They have to

14  have a license in order to operate.

15           Also, Arieh Spitzen worked for the Israeli

16  bureaucracy in the Palestinian Affairs Department for almost

17  30 years.  He worked in particular between 2000 and 2009 as

18  the head of the Palestinian Affairs Department which is

19  collecting information, he says, you know, all over Palestine

20  to see what is going on with the people in the street and the

21  society.  I don't know if you remember him talking about how

22  thoroughly he thought he had everybody figured out.  That is

23  what he said.

24           And, despite the fact that he had a job, where he

25  was supposed to be collecting information about the

- Defendant's Closing -                    3152

1   Palestinian society and all its affairs, and despite the fact

2   he had a job where he in collecting that information was

3   writing reports about who was controlling what and who was

4   associated with what, what charity was Fatah, what charity was

5   this and that.  During the entire time he worked, between

6   2000, 2009, in Israel, he never concluded that these charities

7   were controlled by Hamas.

8               And how do I know that?  Because, I asked him.

9               Can we look at the trial testimony, please.

10              All the testimony from this case has been typed up,

11  since it has been given and I asked him, starting on line 19:

12  So, did you understand going into this process, meaning, being

13  an expert witness in this case, that you were being asked to

14  research entities that were controlled by Hamas.

15              Twelve.  Yes.  When I entered this process, I had

16  known that these entities were related to Hamas, but the

17  question of whether they were controlled by the Hamas or to

18  what extent they were controlled, that, I learned during the

19  research.

20              The research, he means the work he did in this case,

21  the 3,100 hours he said he spent analyzing it.

22              So, during the time period 2000 to 2004, which is

23  the relevant period here, he didn't know they were controlled

24  by Hamas.  He admitted it.  Even though he had far more

25  information than any private business or bank would ever have.

- Defendant's Closing -                    3153

1    So, even if you bought the idea that they were

2  controlled by Hamas, in his hindsight now, during that period

3  of time, since he could not figure it out, there is no

4  evidence before you that any private business like a bank,

5  could have figured it out better than him.

6    And that brings me to another broader point about

7  the testimony from the plaintiff's experts.  We look at 87,

8  please.

9    With respect to the bank's knowingly supporting

10  Hamas, the period of time in question is what did the bank

11  know during the time frame of the terror attacks, which is

12  March 2001, to September 2004.  It is not what could you

13  figure out in 2011.

14    And, both of those experts did not confine

15  themselves in their analysis to information that was available

16  during 2001 or 2004.  On the contrary, they used books that

17  were written in 2007 and 2008, the Green Revolution and the

18  Hamas lexicon.  They cited bulletin after bulletin that came

19  out after the last terror attack in this case in 2004.

20    There is no reason, no reason and no conclusion by

21  them, actually, that without all that additional information

22  that they gathered all the way up to seven years after the

23  last attack, that anybody would have figured this out.  We

24  certainly know Mr. Spitzen didn't, because he said so in his

25  trial testimony.  I have not figured out the time.

- Defendant's Closing -                    3154

1        Another point they try to make, or they make to you,

2    was that Doctor Levitt admitted that between 2000 and 2004,

3    the United States Agency, USAID that gives grants and aid to

4    help people out in foreign countries, it was doing, giving

5    grants and doing business with the charities that they say

6    were Hamas controlled.

7        So, the United States Agency, which by the way does

8    its own analysis of whether or not the charity it is

9    supporting is or isn't an appropriate recipient of American

10   aid and obviously a designated terror organization is not an

11   appropriate recipient.  They didn't figure it out either.

12       I don't know if you remember the testimony from

13   Doctor Levitt which he actually said, repeated just yesterday,

14   that you know, differing branches of the United States

15   government had different views of whether or not some of these

16   parties, were Hamas controlled or not.

17       In other words, even the government doesn't agree

18   among its own branches.  You have an agency of the government

19   who thinks they are fine and then another agency that may not

20   think they are fine.  Like for example, the F.B.I. who has its

21   own suspicions, which it apparently could never prove.

22       Mr. Spitzen also admitted that Hamas didn't

23   publicize its association with the Palestinian charities at

24   all and if I can see that testimony please at 1881, line 7

25   through 15.

- Defendant's Closing -                    3155

1          Question to Mr. Spitzen:  As a matter of fact, isn't

2     it true, that Hamas didn't publicize the association with

3     Palestinian humanitarians at all.  Of course that's true

4     otherwise they would have been shut down the next day.

5          So, according to them, now, here, for your benefit,

6     all these charities, could have, should have, would have known

7     because they were all Hamas controlled back in 2000, 2004, but

8     according to him, if they had publicized that, they would have

9     been shut down the next day by Israel.

10          What we do know, one of the facts in this case, that

11     we all agree about is none of these charities got shut down.

12     They are still all operating.

13          Another point that Spitzen made, was that some of

14     these charities were declared unlawful association by Israel,

15     in February of 2002.  What he didn't say about that, was A,

16     the list was not made public; B, nobody sent it over to the

17     bank and said we want you to do something about this; C,

18     nobody apparently told the charities about it and although,

19     Israel militarily occupied the West Bank and Gaza at that

20     period of time, it didn't do anything about it either.

21          So it is a little difficult to understand how any of

22     that is actually relevant to your consideration.

23          There was one time by the way, in 2003, when the

24     Palestinian Authority actually did something to one of these

25     charities, that was, Al Salah, and the evidence is, that it

- Defendant's Closing -                    3156

1    froze their bank accounts in August of '03 and then unfroze

2    them in November.  That is the sum total of the evidence of

3    governmental action against any one of these charities that

4    they say were Hamas controlled.

5            Spitzen, I don't know if you remember, he said that

6    he had developed his own personal customized 18 point program

7    for figuring out whether or not a charity was controlled.

8            He never went through any of those points.  He never

9    told you what the weight was for any one of the factors of the

10   18 because he doesn't know himself.  He says they are all

11   different for any given charity.

12           He didn't tell you if -- because he didn't do a

13   check list, how many it was, that were satisfied as to any one

14   of the twelve charities or if any of them were as to any of

15   the twelve charities.  All he said was, they are Hamas and

16   mostly based on these "Hamas leaders" that he says, exert

17   control over everybody else.

18           In contrast to that, the defense expert, Doctor

19   Milton Edwards, visited all but two of the charities in

20   question.  Spitzen had never been to any of them and neither

21   had Doctor Levitt.

22           She testified that the Palestinian people did not

23   perceive these charities to be controlled by Hamas, and that

24   in fact, in her view, they were not.  She told you why she

25   drew that conclusion in detail.

- Defendant's Closing -                          3157

1          Can we look at 28, please.

2          Doctor Milton Edwards told you that control, meant

3    directing decision making.  And the plaintiffs did not

4    identify a single decision that was directed by Hamas, that

5    involves any of these charities.  Not one.

6          If we can look at-- then her second factor in

7    control is directing missions and goals.  The plaintiffs have

8    not identified a single change in missions or goals or

9    directions by any of these charities, despite the fact that

10   they say, well, at some point they became controlled by Hamas.

11         In fact, if you take a look at 29, please, Sean.

12         Most of the charities that they say were controlled

13   by Hamas, were actually established before Hamas ever came

14   into existence.  They say, oh, somehow over a slow process

15   they got taken over, but that process was never described to

16   you, was it?  Well, this happened and that happened and this

17   vote was taken and that benefit got misdirected into something

18   that had to do with terror activity.  They didn't do any of

19   that for you.  That is because they don't have any evidence of

20   it.

21         Now, can we go back to 28.

22         And then, control is directing the day-to-day

23   activities.  They have not identified a single activity that

24   was directed by Hamas, not one.

25         Can we see 30, please, Sean.

RB        OCR

- Defendant's Closing -                    3158

1          The evidence before you shows that the activities of

2     these charities is enormously important to the people in the

3     West Bank and Gaza.  Palestinian population is dependent on

4     the humanitarian and charitable aid to exist, 1.3 million

5     Palestinians rely on food donations out of four and a half

6     million in the total population.  Sixty percent of the

7     Palestinians live below the poverty line, which is an

8     unbelievable $2 a day.

9          Poverty rates in Gaza are as high as 80 percent and

10    unemployment in the little Gaza Strip, unemployment is forty

11    percent.  It is these charities that actually fulfill those

12    needs.

13         So, let's take a look at actually two or three of

14    them, to see what they really do.  Maybe 31.

15         The Nablus Zakat Committee has seven branches, all

16    of them around the city of Nablus, which was 250,000 people if

17    you remember the testimony.  Can we see the next slide.

18         It was founded in 1977.  It was licensed by Israel

19    when it was first founded and then later on after the Oslo

20    peace accords licensed by the Palestinian Authority.  It has

21    operating permits from the Israeli army and the civil

22    administration.  It is a member of the Palestinian Authority

23    West Bank Zakat Advisory Board.  Its Board of Directors is

24    regulated and approved by the Palestinian Authority all the

25    way from 1997 and the Board of Directors consist of ten

- Defendant's Closing -                          3159

1   people.  Plus, a similar size board for each one of the seven

2   branches.

3            Can we go to the next slide.

4            What it does, this is the Hamas controlled charity,

5   according to the plaintiffs, it provides aid without

6   discrimination as to whose getting it.  You don't have to have

7   a political affiliation to get the aid.  You don't have to

8   have any qualification.  If you ask, it is received.

9            It provides direct charitable assistance to more

10  than ten thousand people.  It runs a dairy, and provides food

11  aid to kindergartners, and along with the United States, USAID

12  agency, sponsors a child malnutrition program.  It helps to

13  subsidize surgical and prescription costs.

14           It has projects to aid foreign need, including

15  distributing aid to orphans and it worked in coordination with

16  the Israeli forces to provide food and other basic needs to

17  the local people in Nablus.  That is what that charity does.

18           They say, it is controlled by Hamas, even though it

19  is working with the Israeli army and the United States agency,

20  USAID.

21           Can we take a look at 33.  That is 33.  Can we take

22  a look at 34.

23           These are all the criteria that Doctor Milton

24  Edwards considered in drawing the conclusion that the charity

25  was not controlled by Hamas.  Unlike Mr. Spitzen who just

- Defendant's Closing -                    3160

1    said, I think there is a few bad guys associated with this and

2    so therefore they are controlled by Hamas.  She went through

3    it step by step by step.

4           I'm not going to go through each and every one of

5    these with you, but all the information and the evidence that

6    you actually have, presented before you, in any detail, came

7    from her.  It did not come from Mr. Spitzen, who was glad to

8    tell you, everybody that he examined, every single person and

9    every single charity, they are all Hamas.  He didn't miss out

10   on one.  But he didn't give you any detail, and she did.

11          Now, if we can see 35.

12          She summarized, Doctor Milton Edwards summarized her

13   findings, as to each one of the charities, they were all

14   licensed and regulated, they were -- aid without

15   discrimination as to all of them.

16          All but one was cleared by USAID.  They did not

17   publicly identify with Hamas.  They didn't display Hamas

18   materials and there is "N/A" here because she didn't go to

19   those two.  She went to the other ten.  They are not

20   designated by the United States, the United Nations or

21   European Union and she went to ten of them.

22          None of the other experts did any of that, went to

23   those places, and took a look to see actually what was going

24   on there or what it looked like.  Or whether or not there were

25   any signs that it in fact was controlled or even interested in

- Defendant's Closing -                    3161

1   Hamas.

2         The transfers that go through New York by the way

3   for these charities, also show that they are not associated

4   with Hamas.

5         Can we look at 1797.

6         Here is a Swift transfer, from July 30th, 2002.  It

7   is going from the Islamic society in Bahrain, to Al Salah.  It

8   goes through OFAC, it is not a match.  Look where else it went

9   through?  American Express.

10        Everybody was checking to see when money was

11  transferred to the charities, whether or not they were on the

12  government lists.  They were not.

13        Can we see PX 1549.

14        There is another Swift transfer from April 12th,

15  1999.  It is coming from a person, Mohd Kamil Bin M Som.  It

16  is going through the Islamic Charitable Society of Hebron, one

17  of the charities supposedly Hamas controlled.  It you can take

18  a look at the top, it went through OFAC, it was not a match

19  and also went through the Bank of New York.  Checked twice.

20  Properly against the lists.  Not against whether or not Mr.

21  Spitzen years later, 17 years later said, oops, I think they

22  really were Hamas back then.  Maybe they should have called

23  him up on the phone and asked him.

24        I have got several more of these, but you probably

25  don't want to see them.  I'm tired of these things too.

                        RB        OCR

1        One more.  Just one more.

2        That is, PX 1831.  This is a transfer from Wamy,

3   which we will see later, that is one of the supposed worldwide

4   Hamas fund raisers.  So this is a transfer from Wamy, to

5   the -- I can't even do this.  One of the charities that they

6   say is a bunch of bad guys.  It went through OFAC, and right

7   through OFAC, straight through processing and also went

8   through Chase Manhattan.

9        Now, what this tells you is, that A, these charities

10  weren't seen as terrorists by anybody else from 2000 to 2004.

11  They weren't seen as terrorists by different banks who were

12  checking.  And it tells you that the way it is that the

13  worldwide system works, is the banks use the lists provided by

14  the governments to figure out who the criminals are.  The bank

15  does not figure out who the criminals are.

16        And you would not want the bank as I already said,

17  to be trying to figure out who the criminals are, because that

18  is not due process.  Due process is, you get the advantages of

19  all the laws, and all the protections of the United States

20  Constitution, when somebody accuses you of being a criminal.

21  You get the advantage of being, having a trial.  If you are

22  accused of being a criminal.

23        Nobody can exact a punishment on you in the United

24  States, just because some private institution targets, Google,

25  Facebook says, that person is a criminal and therefore, they

- Defendant's Closing -                          3163

1   can't have a bank account.  They strangle you financially.

2   That is not the way it works in the United States.  The

3   government is suppose to designate these people and then the

4   banks react.  The banks don't designate people as criminals.

5   You don't want them to and neither do I.

6          One of the ways that the plaintiffs try to get

7   around the fact that none of these charities and none of these

8   people are designated by any of these governments, is they

9   say, well, the fact that Hamas was designated, means that all

10  its agents and employees, even if they are not named in the

11  designation, they are all designated to.

12         I want you to think about that proposition for a

13  minute.  So the proposition is, is that Hamas, is designated.

14  That is like designating IBM or designating Boeing Aircraft.

15  That is a terror organization.  And then they say, everybody

16  who is associated with it is also designated even though they

17  are not named.

18         How would you know who is designated if they are not

19  named.  The answer is, you would not.  So you have got a list

20  of unnamed people you are supposed to be trying to figure out

21  by scratching your head, are they associated with Hamas.

22         That is not the way it works and I will show you

23  why.  Because if you look at the 1995 federal register that

24  actually designated Hamas, which is 4167, it tells you who is

25  designated.  And first of all, it is Hamas' designated.  And

- Defendant's Closing -                    3164

1   then, if you look at this paragraph right here, it says, Hamas

2   and persons determined by the Secretary of the Treasury in

3   coordination with the Secretary of State and the Attorney

4   General to be known or controlled by or to act on behalf of,

5   any of the foregoing persons, which was Hamas in this case.

6           So, it isn't that everybody that is associated, that

7   the bank is supposed to guess who is associated with Hamas or

8   when Hamas got designated.  All its quote, agents got

9   designated too.

10          The fact is, that Hamas and all persons determined

11  by the Treasury Department, the State Department and the

12  Attorney General are the ones that are designated, not just

13  any old body that some private paid consultant says, he is

14  associated with Hamas, you should have known that.

15          In addition to that fact, the evidence in this case

16  shows you that that proposition is not true.  That is because

17  Hamas is designated, we know that, and who else is designated?

18  Sheik Yassin.

19          If they didn't need to designate Sheik Yassin

20  because he was an agent and all the agents of Hamas are

21  already designated, because Hamas is designated, the

22  government would not have to do that.

23          They also designated Rantisi in 2003, the United

24  States.  They would not have to do that if every unnamed agent

25  of Hamas was designated just because Hamas was designated.

- Defendant's Closing -                          3165

1          The United States designated Osama Hamdan in 2003,

2    would not have to do that.  Also designated Al Salah in 2007.

3    They would not have had to do that under the theory if Hamas

4    is designated then every one of these unnamed people is also

5    included in the big bash of bad guys.

6          If you look actually at the Al Salah designation,

7    that is 1293, please.  You've seen this several times in this

8    case.

9          Can we expand the top of it.

10         This is the announcement in August of 2007 of the

11   designation by the United States of Al Salah.  What it says

12   is, the United States Department of Treasury today, designated

13   Al Salah Society, and then in the second paragraph, it says,

14   today's action alerts the world to the true nature of

15   Al-Salah, and cuts it off from the U.S. financial system.

16         (Transcript continues on next page.)

17

18

19

20

21

22

23

24

25

Summation - Stephens                              3166

1       MR. STEPHENS:  It doesn't say today's action lets

2   everybody know what they already knew back in 2000 to 2004.

3   Of course, it doesn't.  And it doesn't say, Gee whiz, we're

4   doing this even though we don't have to, because Hamas has

5   already been named.  That's how it works.

6           This is a perfect example of how the system works.

7   Today's action alerts the world to the true nature of Al

8   Sallah, and cuts it off in the U.S. financial system, not

9   yesterday, not the day before that, not in 2000, not in 2001,

10  which is what they are trying to suggest to you on the other

11  side of this case.

12          Another one of the pieces of evidence that the

13  plaintiffs rely on to try to fight the designation, the lack

14  of designation, is the Watson memo.  The Watson memo, you'll

15  recall, is written by the FBI, some unnamed person in the FBI,

16  sent off by this person Dale Watson to the Treasury

17  Department, and the Treasury Department is, as you know, the

18  entity, the U.S. Government agency that puts people on the

19  OFAC list.

20          So, included in the Watson memo, if you could look

21  at 37, were the names of these five Zakats, which are some of

22  the twelve.  They were never designated by the Treasury on the

23  OFAC system, so obviously Treasury didn't agree with

24  Mr. Watson or the FBI.  That's the way the system works.

25          The FBI is the police.  Everything the police says,

Summation - Stephens                    3167

1    every arrest the police make, doesn't make an American guilty.

2    Somebody else takes a look at it to see if the police are

3    right or wrong, and obviously the Treasury Department decided

4    in this instance the FBI was wrong.  It was there was not

5    enough evidence.  The evidence was no good.

6              I don't know if you remember yesterday, I asked

7    Dr. Levitt about the evidence that actually was in the Watson

8    memo.  And I said:  There was a USA Today news article cited

9    by the FBI in the Watson memo.  He said, Yes, there was.  And

10   it turns out even though the FBI was basing its contentions on

11   this news article, the entire news article had been fabricated

12   by the reporter.  It was completely phony.

13             So, you have the FBI relying -- first of all, a news

14   article, to begin with.  Second of all, it turns out to be

15   phony.  So, designating someone as a terrorist is obviously an

16   incredibly serious act, and the incident with the Watson memo

17   shows you that you've got to watch out when the police are

18   making accusations, because they may not relying on reliable

19   evidence and they could be just dead wrong.

20             I have a few more of these SWIFT terrorists.  I'm

21   going to cut down just to two.  I have it for each one of

22   these.  Let's go -- let's take 2265.

23             So, despite the fact that these five were discussed

24   in the Watson memo, here we have a transfer from October 11,

25   2002, which is about a year after the Watson memo.  It's

Summation - Stephens                                    3168

1   coming from Al Aqsa Foundation.  It's coming from the Ramallah

2   Zakat Committee, and it goes to OFAC.

3          It doesn't matter whether Dale Watson or some

4   unknown person in the FBI thinks they are a terrorist or not.

5   It matters whether the U.S. Treasury Department designates

6   them as a terrorist.  Banks rely on it.  That's the safety

7   system it's in.  If there's a designation by the Treasury

8   Department, there's a process by which the party designated

9   can actually fight it.  How would you like to have your bank

10  decide you were a criminal?  What would you do then?  You

11  don't want that.

12         There was nothing stopping the Treasury Department

13  from designating any of these charities, nothing, between 2000

14  and 2004, and it didn't, despite the memo and despite all the

15  argument here and despite now the contention, which I guess

16  really is that the Treasury Department should have designated

17  them, because Dr. Levitt and Mr. Spitzen think they are

18  smarter than the Treasury Department.

19         Now, we're going to move on to another set of

20  contentions that are made in this case about more terrorists,

21  and that's the international charities that are the worldwide

22  fund-raising network, they say, for Hamas.

23         Can we see Graphic number 89, please?

24         This is a map of all these worldwide agencies that

25  the plaintiffs say raise money for Hamas.  That's actually one

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Summation - Stephens                    3169

1   of their slides that they showed you in their case.  And if

2   you take a look at it, it suggests that you've got places all

3   over the world, basically, that are raising money for and then

4   sending money to Hamas.

5          Can we see the next slide?

6          Here's the situation with respect to what the

7   government thinks of that contention.  Between 2000 and 2004,

8   Erfan was not designated by the UN or the EU, despite the

9   plaintiffs saying it was part of the Hamas worldwide

10  fund-raising network.

11         The PVOE in Austria wasn't designated by the UN or

12  EU or it was designated by the United States in 2003.

13         WAMY, that we just saw that transfer, that's not

14  designated by the US, the UN or the EU.

15         Neither is The Union of Good, which you heard a lot

16  about in this case with them, in Lebanon.  That's not

17  designated by the U.S., the UN or the EU.  In fact, it was

18  never designated by the U.S. until 2008.  But it's part of

19  this worldwide fund-raising network.  That's someone we should

20  have known about in the Middle East.

21         So, Al Aqsa Foundation, that's the one with the

22  famous German secret police memo that they talk about all the

23  time.  The DNE memo.  Well, in Sweden, Denmark, Belgium and

24  South Africa, they are not designated, but the German secret

25  police think they should be.  Who is the bank supposed to

Summation - Stephens                         3170

1   listen to?  The agencies that put the people on the lists in

2   the places where the bank does business, that's who the bank

3   listens to.

4        Now, I'm going to go through one of these, because I

5   think it illustrates actually a very important part of this

6   case, and that's Interpal.  Interpal.

7        Go back to the other slide for a minute.

8        Interpal is one of the charities that they say, the

9   plaintiffs, that's part of the worldwide fund-raising network

10  of Hamas.  Interpal -- we could go to the time line, please --

11  Interpal is an English company.  And in 1996, it was

12  investigated for the first time by the English Government,

13  because there were allegations that somehow it was funding --

14  there were some terror fundings going on with it.  That

15  investigation resulted in a finding that there was no

16  connection with terrorism by Interpal.  In 2003, Interpal was

17  investigated again by the British Government.  Once again,

18  Interpal was cleared of having any link to Hamas activities or

19  doing any terror financing.  And Interpal was investigated

20  again in 2006, and again cleared of funding terror

21  organizations.

22       So, the British Government has three times

23  investigated this agency, this charity and three times, over

24  the span of almost fifteen years, twenty years, ten years,

25  it's decided that there's nothing wrong with it.

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Summation - Stephens                      3171

1           Now, what are the conclusions actually from the 1996

2    investigation?  One conclusion was --

3           MR. OSEN:  Objection, your Honor.

4           MR. STEPHENS:  It's in evidence, your Honor.  It's

5    in the transcript.

6           MR. OSEN:  Sidebar, your Honor?

7           THE COURT:  All right.  Briefly.

8           (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Stephens                    3172

1          (Sidebar.)

2          MR. OSEN:  Your Honor, none of the Interpal charity

3    commission reports are in evidence.  Dr. Milton-Edwards

4    briefly testified generally about them, as did Dr. Levitt. ,

5    but the implication of the slide and what Mr. Stephens is

6    saying is that he's quoting from documents that are not in

7    evidence.

8          THE COURT:  I don't recall this level of detail

9    about the Interpal investigation.

10         MR. STEPHENS:  I'll pull up the testimony and show

11   it to the jury.

12         MR. OSEN:  There's no document in evidence, and he's

13   referencing reports that are not in evidence.

14         THE COURT:  If the testimony referenced reports --

15         MR. OSEN:  Right.

16         THE COURT:  -- in enough detail to back up what he's

17   saying, then it's perfectly acceptable.

18         MR. OSEN:  But, your Honor --

19         THE COURT:  The testimony covered the reports.

20         MR. OSEN:  Even if Ms. Milton-Edwards or somebody

21   else characterized them --

22         THE COURT:  No.  If she did, she did.  If there was

23   an objection and it was proper, I would have stricken that

24   testimony.  If it's in the record, he can say what she said.

25         MR. OSEN:  It is.

Summation - Stephens                                    3173

1          MR. STEPHENS:  It's Dr. Levitt's testimony,

2    actually.

3          MR. OSEN:  As far as what the summary is, we have no

4    objection.  To the extent he's implying that he's quoting from

5    a document that's not in evidence, that's where our objection

6    is.

7          THE COURT:  I can't tell you where this comes out.

8    If the witness described the document in a certain way, then

9    Mr. Stephens can describe it in the same way, and if the

10   witness was paraphrasing the document, then Mr. Stephens can

11   paraphrase it in the same way.

12          For now, I'm overruling the objection.

13          MR. OSEN:  Thank you, your Honor.

14          (Continued on next page.)

15

16

17

18

19

20

21

22

23

24

25

Summation - Stephens                          3174

1          (In open court.)

2          MR. STEPHENS:  The conclusion of the 1996 British

3    investigation I actually asked Dr. Levitt about during his

4    testimony.

5          Can we please see 755, 25.

6

7          This is Dr. Levitt's testimony, and I said to him:

8    "The conclusion by the charities commission" -- that's the

9    British Charities Commission --  "in 1996 was that the

10   allegation that funds were going to support Hamas from

11   Interpal and in particular the families of suicide bombers was

12   not a direct concern as long as the funds were being applied

13   within the objects of the charity?  You knew that, Dr. Levitt,

14   when you wrote your report?

15         "Yes.  Correct.  I have that in the report.

16         "And the conclusion also in 1996 by the UK, United

17   Kingdom Charity Commission, was that in the area of benefit,

18   the commission anticipated that a large number of people will

19   support Hamas, but relief cannot be denied to them because of

20   that support.  At the same time, we needed to ensure to the

21   best of our ability that funds were not being given because of

22   a person's support for Hamas.  That is what the charity

23   commission of the British Government said?"

24         And Mr. Levitt said:  "Yes, that's right."

25         The conclusion by the British Government was that

1   despite those allegations, and despite whether or not the

2   families of some suicide bombers might be benefiting as long

3   as it was charity to people who needed charity, then that's

4   acceptable.  That's how charity works.  You do not punish the

5   family of someone who commits a criminal act.  We don't do

6   that in the United States, and they don't do it in England,

7   and they don't do it in the West Bank and Gaza --

8           Can we go back to the time line for a minute?

9           -- in addition to the fact that all three of these

10  investigations over that ten-year period of time cleared

11  Interpal of terror financing.  The bank knew that.

12          Can we see the next slide?  Maybe it's not the next

13  slide.

14          The bank knew that, because Mr. David Blackmore, the

15  bank's compliance officer in London, testified that the bank

16  was aware of the investigations and aware of the conclusion

17  that Interpal had engaged in no wrongdoing.

18          Can we see PX 4784?

19          Blackmore testified in one of those video clips.  He

20  was not live.  And his testimony on that subject is lines 22

21  through 25:

22          "QUESTION:  At what point in time did the account

23  become inactive, that Interpal account at Arab Bank in London?

24          "We actually took a decision to close the account.

25          "For what reason?

Summation - Stephens                    3176

1        "ANSWER:  Because of the adverse publicity this was

2    attracting in the U.S., and despite the fact that the UK

3    Charities Commission investigated this society twice and found

4    no evidence of any wrongdoing."

5

6        That was before the 2006 investigation.

7        Interpal also brings up another very interesting

8    point in this case.  If you take a -- one of the things that

9    the plaintiffs have repeated to you several times is that the

10   bank answered an interrogatory, a written question, that it

11   had done 282 transactions for designated terrorists after they

12   were designated from 1996 to 2007.  So, they keep pointing

13   that out to you, as if that proves that the bank was in fact

14   financing terrorism.  What they don't point out to you is how

15   that happened, and Interpal does point that out.

16        So, if we could idea a look at Graphic 40.

17        Here, the interrogatory answers that they keep

18   pointing you to.

19        "State the number of fund transfers from the date of

20   the designation for individuals or entities that were

21   designated by the U.S. through December 31, 2007.

22        "ANSWER:  282.  And the total for those is

23   $2.5 million

24        "Now, how did that happen?"

25        And the answer is:  "If you take a look at the

1  expert testimony from the plaintiff's expert,

2  Wayne Geisser" -- which is PX 4763, please --  "he pointed

3  out, this is one of his charts, he pointed out that there were

4  276 transfers before Interpal was designated by the United

5  States, and twenty-nine transfers for $624,000 after the

6  designation."

7          Can we see the next slide?

8          This is the plaintiff's expert.  He also said, in

9  another one of his charts, that twenty-seven of those

10 transfers that happened after the designation -- remember,

11 there were twenty-nine altogether, twenty-seven of them were

12 in nonU.S. branches.  In other words, in England.  That's

13 where they happened.  And, therefore, as Mr. Blackmore said,

14 because this organization hadn't been found to be engaged in

15 any wrongdoing by the British Government, the transactions

16 went through in Britain.

17         So, you've got a designation in the U.S., but the

18 British Government, of Interpal, in 2003.  And the British

19 Government says, No, no, we don't agree with that.  We don't

20 agree that there's anything wrong with Interpal.  It's not

21 engaged in terror financings, and so transactions were

22 happening in London, England under the eyes of the British

23 Government.

24         Now, there's only -- this is a very interesting

25 case, and I'm going to do this twice with you.  This time,

Summation - Stephens                          3178

1    short, and a little bit longer later.  This is a banking case;

2    right?  This is a case about banking and banking procedure and

3    banking rules and regulations, and there's only one expert

4    that was called in banking to testify for you, and that was by

5    us.  It was Anne Vitale.

6         The plaintiffs did not call a banking expert, and

7    they not only did not call a banking expert, they didn't even

8    cross-examine Anne Vitale.  She was our last witness.  I don't

9    know if you remember that.  She testified for about an hour

10   and a half, and then they said, No questions.

11        So, her testimony about how the banking system works

12   and what the standards are internationally is unrebutted.

13   It's all you have.  What did she have to say about this

14   situation where the U.S. says, You can't do transactions in

15   the U.S. because the organization Interpal is on the OFAC

16   list, but Britain says, We don't agree that there's anything

17   wrong with this organization?

18        If we could look at her testimony before you at

19   2995, lines 16 to 19.  The only expert in banking in this case

20   said, in plain English:

21        "The standard" -- can we see the question?

22        "QUESTION:  When you say, No, was there a standard,

23   or were they not doing it?

24        "ANSWER:  The standard was to apply the blacklists

25   of the country you were located in.  Therefore, if you were a

Summation - Stephens                                    3179

1    bank in England, you would apply the English blacklist.  If

2    you were a bank in Spain, you would apply the Spanish

3    blacklist."

4            And that's the way it works.  And it isn't any

5    different, by the way, than if you're in England, they drive

6    on the other side of the road.  We drive on the right-hand

7    side, they drive on the left.  So, it's lawful to drive on the

8    left-hand side of the road in England, and everybody does it.

9    In fact, they are required to do it.  But here, you drive on

10   the other side.  That's because the laws and regulations are

11   different.  That's the way it works in banking.

12           So, transactions, 282 transactions for people who

13   were designated in the U.S., you just saw that twenty-seven of

14   them happened in England under a different set of rules and

15   regulations.

16           Mr. Dabbour also testified, by the way, that -- in

17   fact, he testified twice.  I don't know if you know that.

18   First, you saw some videotape of him, and then he testified

19   live, when we called him.  Mr. Dabbour testified that those

20   282 transactions came out of eleven accounts, and that the

21   bank closed those eleven accounts as soon as they were

22   identified as being --

23           MR. OSEN:  Objection, your Honor.

24           THE COURT:  Yes, Mr. Stephens.

25           MR. STEPHENS:  What?

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

1              THE COURT:  Don't know.

2              MR. STEPHENS:  It's in the transcript, your Honor.

3    They put that evidence on.

4              THE COURT:  Let's have a sidebar.

5              (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            (Sidebar.)

2            THE COURT:  I know it's in the transcript, and I

3       know they put it on.  They can argue what the bank knew and

4       didn't know.  You cannot.  Okay.

5            MR. STEPHENS:  Your Honor, I'm not making an

6       argument.  I'm pointing out what the evidence is in the case.

7            THE COURT:   You were making an argument.

8            MR. STEPHENS:  I'll point out the evidence, and I

9       won't make an arguments.

10           THE COURT:  Don't make the argument about what the

11      bank knew or didn't know  --.

12           MR. STEPHENS:  Okay.

13           THE COURT:   -- or could have known.  You can't do

14      that.  If you do that again, I'm going to have to tell the

15      jury why you can't do that.

16           MR. STEPHENS:  Look.  What I thought I said  -- and

17      I'm trying to be careful  -- what I thought I said was, he

18      testified that they were closed.  He did testify to that.

19           MR. OSEN:   Your Honor, that's expressly in your

20      order that they cannot say that the accounts are closed.  I

21      don't think it could be any clearer than that.

22           MR. STEPHENS:  You had a motion in limine, your

23      Honor, a year and a half ago, whenever it was, and you did say

24      that, that we couldn't put in the interrogatory answer that

25      they were closed.  But then they elicited his testimony when

1    they put his depo on.

2           THE COURT:  You can't use it for the purpose you are

3    using it.  Okay.

4           MR. STEPHENS:  Okay.  I can certainly mention that

5    it's evidence in the record, can I not?

6           THE COURT:  I don't know where it leads you other

7    than the bank, you know, at that time learned and therefore

8    closed it.  And that's the bank's knowledge, which you cannot

9    argue.  The plaintiffs can.  You can't.

10          So, the answer to your question is no.

11          (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Stephens                                      3183

1                (In open court.)

2                MR. STEPHENS:  You'll be glad to know I'm halfway

3       home.  They are all trying to help you.

4                THE COURT:  Mr. Stephens, maybe this is a good time

5       for a break.

6                MR. STEPHENS:  I think it is.

7                THE COURT:  Let's take a break.

8                11:10.  Please don't talk about the case.

9                (Jury excused.)

10               THE COURT:  Okay.  11:10.

11               (Recess taken.)

12               (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

3184

1          (The following occurred in the absence of the jury.)

2          THE COURT:  Be seated, please.

3          MR. OSEN:  Your Honor, before the jury comes in?

4          THE COURT:  Yes.

5          MR. OSEN:  At the last side bar, Mr. Stephens stated

6    that the question with respect to the closure of the accounts

7    was in the testimony.  We went back to the page 2770, where

8    the witness volunteered that, to a different question, that we

9    closed the accounts.  Mr. Elsner objected, moved to strike,

10   and Your Honor sustained the objection.

11         So that makes from our standpoint the prior comments

12   on the record even more egregious.

13         THE COURT:  What is it you want?

14         MR. OSEN:  We would like a short limiting

15   instruction on that point.  They are not to consider the

16   statement he described from Mr. Dabbour.

17         MR. STEPHENS:  Your Honor, I have it right here.

18   The transcript is right here.  It's from one of the excerpts.

19   I don't know what he is looking at.  But I have it right here.

20         MR. OSEN:  The live testimony of Mr. Dabbour, page

21   2770.

22         MR. STEPHENS:  His live testimony when he was on the

23   stand?

24         MR. OSEN:  Yes.

25         MR. STEPHENS:  This is the deposition excerpt that

Summation - Stephens                                    3185

1    was played by you.

2              THE COURT:  All right.  I am not going to give

3    another instruction.  I have cautioned Mr. Stephens to be

4    careful and not to use testimony about the accounts, whoever

5    introduced it, and he understands the instruction.

6              Let's have the jury back.

7              (Jury present.)

8              THE COURT:  All right.  Be seated.

9              Please continue, Mr. Stephens.

10             MR. STEPHENS:  Thank you, Your Honor.

11             There were a few other things that the banking

12   expert said I want to bring to your attention because they

13   have been issues it seems in the case.

14             The first one is that Anne Vitale testified that

15   wiring cash to someone in another country who does not have an

16   account at the bank was consistent with international banking

17   standards.

18             And here, you will probably remember and probably

19   hear again, that many of the Saudi Committee payments that

20   were sent from the Arab National Bank to Arab Bank for

21   distribution to the beneficiaries were paid in cash.  And

22   that's consistent with international standards.  You don't

23   have to have an account at a bank in order to receive a

24   payment from another bank.

25             She also said that once there is a designation of a

1    person as a terrorist on a list, banks do not go back to see

2    if they ever did a transaction for that person in the past.

3    What matters is, not doing business forward, not whether or

4    not it happened before.

5              There is no international banking standard that

6    requires banks to do more than clear the transactions through

7    the OFAC list in the United States of America.  There is no

8    need to check the Internet or do independent research by banks

9    in order to figure this out.  They use the OFAC list.  That's

10   the unrebutted testimony of the only banking expert that we

11   had in this case.

12             The international standard is to screen against the

13   blacklists and the international banking standards are the

14   best way for banks to ensure, this is their testimony, that

15   they are not being used by terrorists.  Blacklists are the

16   best way.

17             In fact, there is a group called the Wolfsberg Group

18   that expresses these international banking standards and

19   publishes them and I would like, please, to show you graphic

20   77.  That's DX 645.

21             The Wolfsberg Group, this is a very long report,

22   concludes, that if the group continues to believe that the

23   most effective means by which to identify terror funds within

24   financial institution is for governments to identify those

25   connected to terrorist activities and provide that information

Summation - Stephens                    3187

1    to financial institutions in a timely manner.

2              How do the governments identify those connected with

3    terror activities?  They do investigations, law enforcement

4    actions.  They do what governments do.

5              Then how did they provide that information to

6    financial institutions in a timely manner?  With the

7    blacklists, the OFAC list, the UN list, the EU list.  That's

8    the standard.

9              Now I want to move on to the Saudi Committee.  If we

10   could see graphic number 41?

11             The Saudi Committee is, as you know, from the

12   evidence, a humanitarian effort that had a number of different

13   programs.  But the first thing to remember about it is that

14   between 2001 and 2004, there was no government in the world

15   that said the Saudi Committee was a prohibited organization

16   for anything, let alone terror financing.  It was not

17   designated as a FTO or a Specially Designated Terrorist or a

18   Specially Designated Global Terrorist by the United States.

19   It was not designated by any government in the world.

20             Arab Bank processed over 200,000 transactions for

21   the Saudi Committee with the full knowledge of the United

22   States, the European Union, the United Nations and Israel.

23             If we can go to the next slide?

24             According to the plaintiffs, because there is no

25   designation of Saudi Committee, they have to figure out a way

GR        OCR        CM        CRR        CSR

Summation - Stephens                                3188

1    the try to connect it up somehow to Hamas.  In other words,

2    they want you to ignore the governments.

3            So what do they do?  They say that the Al-Salah

4    Islamic Association and the Islamic Charitable Society in

5    Hebron were providing recommendations to the Saudi Committee

6    for the names of beneficiaries and those two organizations,

7    they say, are Hamas controlled.  They are part of their 12.

8    Because they are Hamas controlled, Al-Saleh and the Islamic

9    Charitable Society, somehow the Saudi Committee is controlled.

10   That's the train of logic.

11           So with respect to those entities, Al-Saleh was not

12   designated in 2000-2004.  The Islamic Charitable Society in

13   Hebron was not designated, and neither was the Saudi

14   Committee.

15           So, once again, all the governments that are looking

16   at this are disagreeing with the plaintiffs.  They are asking

17   you to decide something different, 2014, than all the

18   governments knew between 2000 and 2004.

19           In addition to the fact that none of them -- those

20   two entities were not designated, if we take a look at graphic

21   number 43, please?  If this is the case that Al-Saleh and the

22   Islamic Charitable Society in Hebron were running things for

23   the Saudi Committee in the West Bank of Gaza, there were

24   actually 33 other societies that carried out the activities of

25   the Saudi Committee in the West Bank of Gaza.  That's the

1    evidence in the case, and that those two organization that

2    they say were connected to Hamas, Al-Saleh and the Hebron

3    Society, were simply monitoring what the other 33 were doing.

4            If we take a look at Spitzen testimony on that

5    subject, at 1933, lines three through 14, please.

6            Mr. Spitzen was looking at the Saudi Committee

7    website when I was examining him.  And I said to him:

8            Question:  I see.  What it says -- that's the

9    website that he was looking at and I was looking at -- there

10   are two societies and that's the Islamic Charitable Society in

11   Gaza and the Al-Salah Society, which are among the largest in

12   Palestine, these societies have been appointed to monitor the

13   operations during the giving of relief.  In doing so, through

14   a coordinative committee you had made up of more than 33

15   societies who currently carry out the activities.

16           That's what the website said, not that the whole

17   thing was being controlled by Al-Salah or the Hebron Society.

18           That actually is his testimony.  Yes, he agreed, it

19   did say that.

20           Let's take a look at graphic 44, please.

21           The Saudi Committee, as you heard over and over

22   again I think, had its own website.  Everything it did was

23   public.  The name of every beneficiary was public.  It was on

24   the website.  You can literally go to the website, click on a

25   program, click on beneficiaries, one of those little blue

Huh?

1           If you -- the Saudi Committee actually had a number

2    of different programs and if you look at graphic 45, they

3    included, pertinent to this case, support for the families of

4    martyrs.  Each family was allocated 20,000 Riyals, about

5    $5,300.

6           So the martyrs, somebody who died, however they

7    died, so somebody who died, their family got $5,300, which is

8    20,000 Riyals.

9           There was support for the wounded.  If you got

10   wounded you got $1,300, five thousand Riyals.

11          There was support for people who were crippled, and

12   that means really crippled.  The lists include, as you may

13   recall, people who got shot in the spine and they were

14   paralyzed from the waist down.  They received 20,000 Riyals,

15   the same benefit as the families of people who had a person

16   who was killed.

17          There was support for the prisoners, which was ten

18   thousand Riyals, a onetime payment of about $2,600.

19          There was support for orphans; and there was support

20   for Palestinians whose houses were ruined or whose fields were

21   damaged, and that was ten thousand Riyals, the same as the

22   support for prisoners.

23          There were needy family payments that were made of

24   $133 a month and that actually was the bulk of the payments

25   that Arab Bank transferred -- processed.  It was that $133 a

Summation - Stephens                                    3192

 1   month because it was going to about 15,000 different people.

 2   So every month the bank would process 15,000 of those

 3   transfers.

 4             And it had employment and support for societies.

 5             So those programs, again, were all on the website,

 6   and they were all public.

 7             Now I want to deal with a few of them one at a time,

 8   please.

 9             The first one is the martyr payments.  There was a

10   suggestion in this case, in fact, suggested again and again

11   and again, repeatedly, that somehow the bank new something

12   nobody else knew about the martyr payments; namely, that the

13   payments were made without discrimination as to how the person

14   died.  If you were a terrorist and you got shot doing a

15   terrorist attack or shot by the Israeli Army, you still

16   got -- the family still got the payment.

17             So let's talk about how public that was.  In other

18   words, that that's the way the program worked.

19             The answer is, I asked Mr. Levitt, Doctor Levitt --

20   I keep getting that wrong -- during the trial, I asked him:

21             Question:  There was a great deal of publicity in

22   2002 about the Saudi Committee and that's when you are talking

23   about Colin Powell actually having given that statement, isn't

24   it?

25             That was the American Secretary of State, Colin

GR      OCR      CM      CRR      CSR

1    Powell.

2              Answer:  That sounds right.

3              In fact, the State of Israel complained to the

4    President of the United States that it thought that the

5    payments to the families of people who had been killed was a

6    problem, right?

7              It sounds right.  I don't have anything in front of

8    me but I think they complained to a lot of people.

9              In other words, the fact that martyr payments were

10   going to the families of people who had committed terrorist

11   attacks or suicide bombings was public knowledge and there was

12   discussion about it between the government of Israel and the

13   government of the United States and the government of Saudi

14   Arabia and the position was, that's not wrong, as long as the

15   payments are not being made because somebody committed a

16   terrorist attack.  That's the position.  We are not going to

17   disadvantage the families, deny the families a benefit,

18   because one of their family members is a criminal.  There is

19   no guilt by association in this program.

20             Even more pertinent than the fact that Israel

21   complained to the United States and the President of United

22   States was involved and the American Secretary of State,

23   Israel knew all about this program and how do we know that?

24   Because it was Mr. Spitzen who was actually monitoring this

25   program, believe it or not.

Summation - Stephens                                      3194

1          I am going to show you his testimony.  I am going to

2    read it to you.  This is the testimony he gave to you during

3    this trial.

4          Question:  Mr. Spitzen, I want to talk to you a

5    little bit more about the Saudi Committee.  Now, in 2001, as

6    part of your job at the Palestinian Affairs department, you

7    personally conducted research into the Saudi Committee, didn't

8    you?

9          Answer:  Correct.

10         Right.  You, Mr. Spitzen, conducted this research

11   into the Saudi Committee in 2001.  You wrote a report that

12   identified different organizations that transferred donations

13   to the West Bank in Gaza that were suspected of assisting

14   Hamas, didn't you?

15         Answer:  Supporting terror organizations, not just

16   Hamas.

17         And the organizations that you wrote to, I'm sorry,

18   do that again.

19         The organizations about which you wrote the report

20   included the Saudi Committee and the donations being

21   transferred to the West Bank by the Saudi Committee, didn't

22   it?

23         Answer:  Correct.

24         So far what he's telling you is that he is

25   investigating the Saudi Committee personally in 2001 on behalf

Summation - Stephens                              3195

1    of the government of Israel.

2              So let's go on with his testimony.

3              1963, line 22.

4              Then I ask him another question.

5              Right.  And in fact, listen to this -- there was

6    weekly monitoring of the donations coming in from the Saudi

7    Committee by Mr. Spitzen, weekly monitoring.  They knew every

8    payment that was being made.

9              Answer:  Yes, but it is difficult for me to testify

10   about this because it's no longer my field.  There was

11   supervision of the committees.  The head of COGAT, remember,

12   the Coordinator of the Government Affairs in the Territories,

13   the big outfit that Spitzen worked for, they do all of the

14   civilian administration work by coordinating between the

15   defense ministry and the army and the civil administration,

16   COGAT, that operation was responsible for supervising

17   donations from the different organizations.

18             The head of COGAT was responsible for supervising

19   donations from the different organizations, including the

20   Saudi Committee.

21             So the Saudi Committee donations were being

22   supervised by Israel.

23             And, going on, the next question:

24             Right.  And, as a matter of fact, as you put it, we,

25   COGAT, needed to approve what donations could be transferred

GR        OCR        CM        CRR        CSR

1   and what donations could not.

2           Could you highlight that, please, Sean?

3           Right there, line 16.

4           Right.  And, as a matter of fact, COGAT needed to

5   approve what donations could be transferred and what donations

6   could not.

7           A donation --

8           Answer:  Yes, I confirmed that COGAT had to approve

9   which donations to transfer and which not to transfer.

10          Next question:  Including those of the Saudi

11  Committee, correct?

12          Including all donations.

13          So they knew all about it.  There wasn't any

14  surprise that the families of people who died committed --

15  either fighting or committing a terrorist act, those families

16  were getting some money out of the martyr payments.  It was no

17  surprise.  In fact, Israel was monitoring it and they had to

18  approve every payment that went through.  Now they are

19  suggesting that somehow the bank should have choked that money

20  off, even though the government that was supervising it

21  decided to let it go.

22          He also testified that not only the head of COGAT

23  was approving the donations, which could go and which

24  couldn't, the Minister of Defense of the State of Israel and

25  the Minister of Foreign Affairs together decided about whether

GR     OCR     CM     CRR     CSR

1   to allow the Saudi Committee payments to continue.

2          So it is no secret and it was decided to let it go.

3   Now, now, here, in 2014, ten to 14 years later, accusing the

4   bank of having done something wrong for processing the very

5   payments that were approved to be made.

6          It is police -- it is like a policeman -- sometimes

7   when you go up to an intersection and it's a red light,

8   sometimes the policeman will wave you through, because he

9   wants the traffic to go.  That would be like the policeman

10  waving you through and you go through and then he gives you a

11  ticket for running the red light.  Right?

12         So connected with this allegation, somehow the bank

13  was doing something wrong by processing the Saudi Committee

14  payments, is their contention that the bank processed payments

15  that arose out of some suicide bombings and it shouldn't have.

16         Well, we know now that those were approved by

17  Israel; every single one of those payments had to a be

18  approved.  That's the testimony in the case.

19         So let's take a look at PX 306.

20         This is a letter to the bank, Mohammed Al-Tehan, the

21  operations fellow, saying, we want you to change some of these

22  beneficiaries, and there was a list attached to this.

23         Could we see the next page?

24         There it is.  The list -- this is changing of

25  beneficiaries for about 670 or so and the list tells you who

Summation - Stephens                                    3198

1    the old beneficiary is.

2          Could you expand on that up there?  Just that, yes.

3          Who the old beneficiary is, what the funding date

4    should be, what the amount is.  That's either a prisoner

5    payment or a destroyed house because it's $2,600.

6          And then could we see the -- the name of the person

7    who died, his ID number, which everybody has an ID number in

8    the West Bank in Gaza, where it is that he lives, Hebron

9    Jerusalem, Tulkarm, the date of death.  Keep going.  The cause

10   of death, who the new beneficiary is, and that's just the

11   eighth time, the eighth installment from the Saudi Committee

12   of payments.

13         So we got this list and if you go down the list, it

14   shows cause of death, bullet to the neck, armed assault by

15   settlers, armed combat, gas suffocation, can't read it,

16   shooting a public car, martyr operation.  There is one.

17         That person engaged in some kind of terrorist act,

18   apparently.  That family is getting a payment.  But everybody

19   knew that.  Israel knew it.  COGAT was approving the

20   donations.

21         And the fact that we got a list in 2002, by the way

22   or -- 2001, April 2001, the fact that the bank got a list that

23   specified that payments were being made for all these

24   different reasons, doesn't prove the bank did anything wrong

25   at all.  If they want to stop those donations, they could

GR      OCR      CM      CRR      CSR

1   have.  They didn't.

2          It's not the bank's business not to pay; not the

3   bank's business.  It's government's business to say don't pay

4   that.  They could have.  They knew all about it, and they

5   didn't.  Now we are to blame.  Bank is to blame.  To blame for

6   what?  Charity was given without respect to the reason the

7   person died.  That's all there is to it.

8          And Sspitzen knew that too.  How many times do they

9   say this actually happened?  This is very interesting, the

10  plaintiffs.  Assuming that -- it's not an issue.  How can it

11  be an issue?  The fact that we have this -- this information,

12  lots of people have the information.  Israel has the

13  information.  All the governments have the information.

14         So what difference does it make?  That we have the

15  information?  None.  We are processing the transfers, that's

16  what we are doing.  But anybody could stop any time they

17  wanted.  It's not a secret, we were doing that, not at all.

18         So let's take a look at graphic 94.

19         This is their graphic they showed to you.  They say

20  through their Wayne Geisser, the accountant fellow, that there

21  are payments to families of Hamas suicide bombers, 24 coming

22  out of the Saudi Committee.  Those are all, by the way, don't

23  have to do with the attacks in this case.  This is what they

24  said was the whole program.

25         24 families, 145 payments to what they say are

1  families of Hamas operatives.  They didn't tell you exactly

2  what that was.  But it's got to be the prisoner payments.

3  Right?

4          Or a -- a payment for a wrecked home or a ruined

5  field because they say ah, that person is a Hamas operative

6  and therefore if they got a payment from the Saudi Committee,

7  something wrong with it.  They identify 145 of those and then

8  they say there are payments to Hamas operatives directly which

9  they don't specify what that is either but it has to be an

10 injury payment.  Some of these guys got hurt and it doesn't

11 mean they necessarily got hurt in combat of some kind or doing

12 a terror attack.  They could have gotten hurt by falling off a

13 ladder.  You have to look at the list to figure out why they

14 got hurt.

15         Altogether that's 180 payments that they are

16 questioning, 180 out of the Saudi Committee.

17         Now, Spitzen admitted with respect to the payments

18 to the families of people who committed -- committing suicide

19 attacks, Spitzen admitted, and if I could look at his trial

20 testimony, in addition to the fact that it was all being

21 monitored, all the Saudi Committee donations were being

22 monitored by the Israeli government, Spitzen admitted, I ask

23 him:

24         Generally with one or two exceptions it is your

25 understanding, Mr. Spitzen, based on your review of the

Summation - Stephens                                   3201

1  records relating to the Saudi Committee, that the same amount

2  was paid by the committee to the families of martyrs, dead

3  people, regardless of the cause of death, isn't that true?

4          That is correct, without consideration of the cause

5  of death.

6          No government in the world interfered with that

7  program while it was going on, despite the fact that it was

8  public to what was the basis for the payment.  If a person

9  died, the family got a payment.  That simple.

10          By the way, if we are going to start visiting

11  disadvantages on the families of people who commit wrongdoing,

12  then we become a different place.  We don't do that.

13          The sins of the father, that's the saying we have,

14  sins of the father are not visited upon the son.  If that's

15  what this program did.  It did not discriminate.

16          (Continued on next page.)

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

- Defendant's Closing -                    3202

1          MR. STEPHENS:  In the mean time by the way, despite

2     all the knowledge about how it was operating, it was not

3     designated for terror activity by the United States, the

4     United Nations, the European Union or the State of Israel.  No

5     one.

6          The graphic that I had up there, can I look at

7     graphic 94 again.

8          So this adds up to 180.  I did that math before I

9     came here, I can't add that fast.

10          Mr. Geisser interestingly enough, we can look at

11     PX 4761, this is another one of Wayne Geisser's charts, he is

12     the accountant for the plaintiffs.

13          The total payments according to him if you look on

14     the far left-hand side, he has got 1,645 payments here, and

15     then six thousand and seven thousand for a total of 15,545

16     payments altogether.

17          So, out of 15,545 payments, Mr. Geisser identified,

18     if we can go back to slide 94, they are only suggesting that

19     180 of them are some kind of a problem.  Despite the fact that

20     everybody knew about it, which means they are not a problem,

21     that is about one percent.  About one percent.

22          So what they are trying to suggest to you, turning

23     this into some huge, you know, operation, where terror funds

24     are going in every direction is not true.  Saudi Committee,

25     they can only identify 180 payments out of 15,500 that they

- Defendant's Closing -                3203

1    say are some kind of a problem.

2              Can we look at graphic 95.

3              This is another graphic that the plaintiffs used

4    during the direct examination of their witnesses.  This is

5    they say, payments, Saudi Committee payments to the families

6    of five Hamas suicide bombers, and there they are.

7              So, this is supposedly proving to you, that the bank

8    did something wrong.  But it is the same program, it is the

9    same thought, which is, everybody knew, Israel knew, the

10   United States knew, everybody knew, that that is the way the

11   program worked.

12             Nobody knew by the way, that that person Yamin was

13   going to blow himself up before he did it, that is for sure.

14   Then a payment was made to his family.  Everybody knew that.

15   Not the bank's place to stop payments that have been approved

16   by everybody involved including Cogat.

17             Now, let's look at another program, can we go back

18   to the slide Sean, that has the programs on it.  It is 47.

19             That is not it.  That one.

20             The prisoner payments are another place that the

21   plaintiffs say that, you know, the bank somehow is at fault

22   for financing terror.  And those are incredibly interesting

23   because no one knew that anybody who was a prisoner, and whose

24   family got a payment, the families got a payment.  They didn't

25   know that he was going to get out of jail and go do something

- Defendant's Closing -                    3204

1    wrong.  If he is in jail and the people who put him in jail,

2    Israeli army, knew he was going to do something wrong, they

3    would not have let him out.  So let's take a look at graphic

4    47 then.

5            This is another way in which the plaintiffs try to

6    suggest that the bank did something wrong, that this person's

7    family got a payment.  And here, something wrong because this

8    guy, who they say participated in the Park Hotel bombing, his

9    family received a prisoner payment when he was in prison.  And

10   here, this person they say who participated in that same

11   bombing, he got an injury payment before the bombing.

12           But, all of these payments, all of them, were made

13   to people who no one knew they were going to go out and to

14   commit a suicide bombing.  If they had known they were going

15   to do it, they would have been stopped.

16           The fact that they got a prisoner payment from a

17   program that was fully disclosed, fully approved and fully

18   monitored by the government of Israel, doesn't mean that the

19   bank did anything wrong.  If the government wanted to stop

20   those donations, it could have and would have, but it didn't.

21           And there is some suggestion to you, you'll probably

22   hear it again when I'm finished from the other side, that

23   somehow, the fact that the $2,600 is being paid to this

24   person's family when he was a prisoner or $5,300 to that

25   person's family after he committed a terrible criminal act

- Defendant's Closing -                    3205

1   that somehow is actually, participating in a-- encouraging

2   terrorism.

3           But it is not the bank's place to decide whether it

4   is going to stop a payment when it is perfectly legitimate,

5   lawful and approved and vetted, looked through by the

6   government.  It is not the bank's place.

7           If you had a payment coming in, if I had a payment

8   coming in from somewhere, would you want the bank looking out,

9   saying, well, I don't know if I approve of the fact Mr.

10  Stephens is getting $5,000, I don't think he ought to get

11  $5,000.  Mr. Stephens sold his car and sold it for too much,

12  he should have sold it for two thousand, I am not going to

13  give him the five.  You can't have the bank doing that, you

14  don't want them doing that.

15          Even more important, with respect to the prisoner

16  payments, is Spitzen, admitted that Israel prison service was

17  supervising and processing hundreds of dollars of payments

18  every month to the prisoners who were in the Israeli jails.

19  And, there were lots of them by the way.

20          You heard testimony from Spitzen himself, there were

21  thousands of Palestinians who had been jailed from everything

22  from throwing stones to violating curfew, to participating in

23  terror attacks, thousands of them.

24          In fact, Beverly Milton Edwards, our expert said

25  that over the period of time, hold your breath, ten percent of

- Defendant's Closing -                    3206

1    the Palestinian male population had been in prison at some

2    point, one out of ten.

3            So, there is a huge need actually for the families

4    of these prisoners to be supported, because there are

5    thousands of them.  And the Israel prison service, was

6    processing up to $10,000 a year, actually to the same

7    prisoners they are complaining about, that got a Saudi

8    Committee payment, and it was being done through something

9    called the Israel Postal Bank.  The Israel Postal Bank is part

10   of the Israel Mail Service, like the United States Mail.

11           So, let's take a look at Spitzen's testimony in that

12   regard.  1968, line 23.  So, 1968 line 23.

13           And those monthly allowances from-- let's start a

14   little earlier than that.

15           Just to be precise in some cases it was the

16   Palestinian Authorities and other-- it was the PLO, it

17   depended one which institution was in charge at the time.  In

18   other words, more than one institution was making the payments.

19           QUESTION:  In those monthly allowances from the

20   Palestinian Authority or the PLO, given to the families of the

21   prisoners, amounted to, in some cases several hundred dollars

22   a month didn't they?

23           ANSWER:  Yes.  The Palestinian Authority has a kind

24   of like a salary scale, how much a woman should receive or a

25   wife, how much a child, and for what type of a prisoner.  This

- Defendant's Closing -                                3207

1  is a social support provided by the Palestinian Authority and

2  it is very controversial, he said.

3          Well, controversial or not, the $2,600 one time

4  payment from the Saudi Committee to somebody who is a

5  prisoner, pales in comparison to getting several hundred

6  dollars a month processed by Israel, to those very same

7  prisoners.

8          So, we shouldn't process the transactions at the

9  bank, despite the fact that the State of Israel is happy to

10  process them from the Palestinian Authority.  It makes no sense.

11          Now, I went on to ask Mr. Spitzen, if we roll that

12  down a little further.  That amount of money, several hundred

13  dollars a month is far more significant, is it not, than a one

14  time $2,600 payment from the Saudi Committee.

15          ANSWER:  I can't state an opinion on that.

16          He said.  We are talking about different periods of

17  time.  There were periods when the Palestinian Authority had

18  difficulties in transferring money.

19          So, the $2,600 from the Saudi Committee, which was

20  received as a grant, could have been help to a needy family at

21  a particular time, or it could have be a sum that turned a

22  family into a wealthy family.

23          2,600 bucks turns you into a wealthy family.  Making

24  payments to the families of prisoners cannot possibly be

25  terror financing when that very same thing is happening with

- Defendant's Closing -                    3208

1  the blessings of the Israeli government who put the people in

2  jail.

3          Martyr payments, and prisoner payments.

4          So, could we look at please, graphic 97.

5          This is something that the plaintiffs showed you in

6  opening statement.  What it says is that there are payments

7  between-- to martyrs and prisoners and injured.

8          You remember that Wayne Geisser, when he added all

9  those payments up, he didn't know what they were for.  He just

10 added up the amounts.  So, there is an assumption in this

11 chart, that any payment between 53-- of about $5,300 is a

12 martyr payment.  And there is an assumption in this chart that

13 every payment of $2,600 is to a prisoner.  And there is an

14 assumption in this chart that apparently there is something

15 wrong with paying people who are injured.

16         But let's take a look at the first two first, which

17 is, can we take a look at Spitzen's transcript at 1939, please.

18         The benefit for families of martyrs was 250,000

19 rials, about $5,300 and that is precisely the same as the

20 benefit to support those who are crippled.  Yup, that's right.

21         So, if we go back to the chart for a minute, the

22 plaintiffs' chart, that chart is just dead wrong.  The fact

23 that the payment is $5,300 doesn't mean it went to a martyr,

24 they can't identify that $8.7 million in martyr payments, even

25 assuming it matters.

- Defendant's Closing -                            3209

1         The same thing is true with the prisoner payments.

2    The benefit for people who have ruined houses or fields,

3    $2,600.  The same as the prisoner payments.  This chart is

4    dead wrong that every time there is a $2,600 payment, it is to

5    a prisoner.  It is just plain incorrect.

6              Now, let's take a look at some more criticism of the

7    Saudi Committee.  PX 4759.

8              This is another one Mr. Geisser's charts.  It is, he

9    says, funds transferred to the nine identified organizations,

10   that is the column on the left, and those are the charities

11   that the plaintiffs say, there is something wrong with.  Even

12   though they were never designated.

13             So, he has the amount transferred as to each and as

14   you can see, the biggest one is Al Salah, $9.7 million.

15             Now, if you take a look actually at what those

16   transfers show, the reason they are being transferred, very

17   interesting.  Can we look at PX 1766.

18             Here is another banking record that it is a little

19   different than a Swift, it has printed out differently.

20   Basically it is the same idea.  You take a look at the top of

21   it.  It is a transfer from December 7th, 2000, it is going

22   from Arab National Bank, that is the Saudi Committee, to Arab

23   Bank, PLC in Jordan.  Can we show it.

24             Roll it down more for me Sean.

25             It is for $999,995, in other words a million

RB        OCR

- Defendant's Closing -                    3210

1   dollars.  What does it say it is for?  For the purchase of

2   25,000 food baskets, that is what it is for.  If that is

3   terror financing, we need more of it.

4              Let's take a look at PX 1770.

5              This is a process that, a payment processed on

6   January 27th, 2001, from the Saudi Committee, Arab National

7   Bank to Arab Bank.

8              You go down to the bottom of it please.

9              This one is for $2 million, 1,999,000.  What was it

10  for?  50,000 food baskets.  That is what it was for.  Right

11  there at the bottom.

12             I asked him, do you have any reason to believe that

13  that is not true?  Mr. Spitzen.  He said, no, I don't.  That

14  is what the money was being used for, to buy food for people

15  who needed it.  They claim there is something wrong with that,

16  interestingly enough.

17             If you-- you get to decide whether it is or not.

18             If you look at DX 925, you can see that this is

19  another Saudi Committee payment going through New York, going

20  to -- the originating party is Saudi Committee.  It is

21  going -- beneficiary party is Caleb Hussein Awil.  It goes

22  through the OFAC list.  It also went through the Bank of New

23  York.  It went through the OFAC list twice.

24             These payments coming from the Saudi Committee were

25  checked against the lists of terrorists published by the

- Defendant's Closing -                      3211

1  United States of America, and the United Nations.  They are

2  not on those lists.

3       One more thing.  We have not heard much about this

4  in the case, I can't afford to ignore it I guess.  Let me see

5  graphic 108.

6       There is some contention that there is a foundation

7  in Lebanon, the Al-Shahid foundation.  Testimony from Mr.

8  Spitzen that it is, financed by Iran and that then it sends

9  money to Al-Ansar in the territories, and then there is

10 something, another way in which terror financing is happening.

11 They even have a bank account record that they have got

12 somewhere to show that Al-Ansar had an account in the

13 territories with Arab Bank.

14      Well, short answer to that is, the Al Shahid

15 Foundation was not designated between 2000 to 2004, by the

16 United States, United Nations or the European Union and Al

17 Ansar, the recipient of these funds was not designated by the

18 U.S., UN or the EU between 2000 and 2004.

19      Now, I am going to turn to the Hamdan account.  That

20 was a cold bucket of water.  I don't know if anybody is tired

21 of that account.  I will make it short.  The Hamdan account,

22 we can look at the time line.

23      When the account was opened, actually for this

24 person, Usama Hamdan Adbul-Latif Hamdan in 1998, he was not on

25 any list, not designated by the U.S. the UN or the EU.

- Defendant's Closing -                                    3212

1           Between October and January 2001, there were four

2   transfers into the account, the beneficiary party of which was

3   Hamas or some variation of that.  They got processed anyway

4   even though the account belonged to Hamdan.  They total $730,

5   all four of them.

6           The testimony about how that happened is that the

7   person processing it, Mohammed Shatela(ph), just simply wasn't

8   looking because all he needed to look at was the fact that it

9   was a proper transfer, with the numbers on it, and that it had

10  a bank account that was one of our bank accounts and then it

11  went into the bank account.

12          So, Hamdan, I mean assuming that he knew that this

13  was happening, Hamdan had an account and the money went into

14  Hamdan account, didn't go into a "Hamas" account.

15          The last banking activity-- that by the way is four

16  small transactions out of 47 transactions that totaled $79,000

17  over the life of the account.

18          The last banking activity in the Hamdan account was

19  in June of '03.  And in fact, the account had been dormant

20  according to the bank policy, since about 2001, because there

21  hadn't been any withdrawals from it.  When there is no

22  withdrawals out of an account, for a year, then it becomes

23  dormant.  The last banking activity here, was actually a

24  deposit in June.

25          Shortly after that, in August, Hamdan was

- Defendant's Closing -                                3213

1    designated.  Now, you heard from the only banking expert that

2    testified in this case, that once a party is designated, the

3    bank has under its international standards, no obligation to

4    look backward, to see if it did any processing for somebody

5    who is designated now.  You only have to look forward.

6            The second thing is that-- can we see the left of it.

7            In September, shortly after the designation happened

8    and it was Usama Hamdan, not Osamah Hamdan Abdul-Latif Hamdan.

9    The special investigation commission asked Arab Bank, and that

10   is the Lebanese regulator, whether we had an account for

11   somebody named Usama Hamdan and some others, as well as him.

12           We wrote back and said, we need more names.  Usama

13   Hamdan is not enough names, because as you heard from our

14   witnesses, in Arabia or territories anyway, people go by four

15   names, because most of their names are common.  There are a

16   lot of Mohammeds, Achmed, Ishmal, you need to have all four of

17   the person's names in order to even figure out who he is.  We

18   asked the SIC, please tell us more information about this

19   person.  The SIC did not write us back.  So we didn't pursue

20   it any further.

21           By the way, after he is designated, there is no

22   activity in his account.  So then, in this lawsuit by the way,

23   there was an allegation in the Complaint that an account

24   number was being used to raise money.  Actually in fact it was

25   a Hamas account they said.  It turned out it was Hamdan's

- Defendant's Closing -                    3214

1   account number.  They didn't say who it was.  They just said

2   an account.

3           We took a look at the Complaint, we froze the funds

4   in the account, we advised the SIC we had done that.  Then the

5   bank waited for instructions.  Because the bank is not

6   entitled to just take money away.  The government has to say,

7   keep it,

8           MR. OSEN:  Objection, Your Honor.

9           THE COURT:  Sustained.  Don't go there Mr. Stephens.

10          MR. STEPHENS:  Okay.

11          The bank waited for instructions from the SIC, and

12  when we didn't receive any, it returned the money.  That is

13  the whole Hamdan account history.

14          That amount of money even assuming that-- well,

15  there is no evidence in this case, that the bank deliberately

16  took deposits into the account of Usama Hamdan or more

17  precisely Osamah Hamdan Adbul-Latif Hamdan on purpose in order

18  to do terror financing.  There is no evidence of that.

19          It was four transfers of a small sum of money, that

20  came in, there is one thousand of those a day by the way, that

21  is the testimony of the Lebanese branch.  Somebody didn't pick

22  it up.  That doesn't show any deliberately supporting of

23  terrorism or Hamas.

24          One more thing about Mr. Hamdan, if we can look at

25  PX 98.  One of the transfers into the Hamdan account, is this

- Defendant's Closing -                                3215

1    one.  It was in June of 2003.  One of the very last ones.  You

2    can see that it came from somebody in Portland Oregon, Shayma

3    Shaheen.  It went to Arab Bank in Beirut to the Hamdan

4    account.  You can see it went through OFAC.  It was stopped.

5            By the way, the beneficiary party is not Hamas, it

6    is the Palestinian information center.  So that is another

7    example of not catching the fact that the beneficiary party

8    was not the same as the owner of the account.

9            And, perhaps the last thing to notice about this, is

10   that this transfer went through the Washington Mutual bank in

11   Seattle as well as Arab Bank.  So it got checked twice.

12           Also, let's look at PX 233.  This is a check that

13   Mr. Hamdan wrote to Yusuf al-Hayek.  The person they claim was

14   sending money to all these undesignated terrorists.  It is for

15   $10,000.  If you go to examine the government records, you

16   will find, see the next one, neither Hamdan or al-Hayek were

17   designated at the time that check was sent.  Nothing

18   suspicious about that check.

19           Now, I want to move on to one more thing or another

20   thing, I have more than one.  That is, who committed these 24

21   attacks.

22           They have to prove to you in this case that Hamas

23   committed each of the attacks.  They tried to do it through

24   two witnesses, the first one was Evan Kohlmann, who testified

25   that there were, you know, official Hamas websites.  And he

- Defendant's Closing -                    3216

1   said, I wasn't attempting to determine and I'm not offering an

2   opinion here today, about whether the facts in the websites

3   are true.

4          So, he identified websites which he said are Hamas

5   websites, but then he said specifically, I'm not offering an

6   opinion that the facts of the websites are true.  So, that

7   doesn't go very far, does it.

8          Then he went and said, in fact, in terms of claiming

9   credit for committing terrorists acts, I can say, that there

10  is over a fifty percent likelihood that they were involved in

11  something if they claim credit for it.  So, it is a little

12  bit, 50/50.

13         And, curiously enough, what that means is, if you

14  flip a coin, half heads, half tails, half heads, half tails

15  that is what the statistics are.  So basically he is telling

16  you, if Hamas claims credit on its website for something it is

17  a 50/50 proposition whether it is true or not.

18         And he doesn't know how to figure out which ones are

19  true and which ones are false, because he doesn't know if any

20  of the facts on the websites are true.

21         After Kohlmann testified that there were these

22  official websites, then they called Ronni Shaked, who is a

23  newspaper reporter to testify about who committed all of these

24  24 attacks.  And Mr. Shaked, being a newspaper reporter, and

25  not a social scientist or even an investigator, despite that

- Defendant's Closing -                                    3217

1   fact, he dreamt up his own method for figuring out who
2   committed a terrorist attack.  It is not used by any police
3   department, not used by the Israel government, not approved by
4   the Israeli government.  It is his unique method to figuring
5   this out.  And, his primary-- he said the most important piece
6   of that, was whether or not Hamas had claimed responsibility
7   for an attack.
8           So now you get back to Kohlmann, if the most
9   important part of the analysis is whether or not they claim
10  responsibility, Kohlmann testified that fifty percent of the
11  time, it is not true.  If you can assume anything is true on
12  those websites.
13          So the testimony is basically that you're listening
14  to terrorists group telling you it did or didn't do something.
15  I don't know about you, but it wouldn't seem to me that
16  terrorists groups who are engaged in killing innocent people,
17  not just once, but on multiple occasions, can be trusted to
18  tell you the truth about what they do and don't do, or what
19  they are responsible for and what they are not responsible
20  for.
21          They have all kinds of interest in propaganda,
22  recruiting and other things to make a claim, that they did
23  something, whether they did it or not.
24          (Transcript continues on next page.)
25

Summation - Stephens                                    3218

1          MR. STEPHENS:  Now, Shaked certainly agreed that

2    anybody can put anything on the Internet, which is true.

3          And now, let's go to some of the bombings that he

4    testified about.  The most interesting one is the bombing of

5    Bus 19.  The Bus 19 bombing, Shaked concluded, was committed

6    by Hamas.  He was asked to look at twenty-four attacks, and he

7    concluded they were all committed by Hamas without fail.

8          So, he was asked, although he gave an opinion  -- if

9    we could take a look at the trial transcript, 1230, 15 through

10   16 -- he admitted on cross-examination by Mr. Ingerman:

11         "So, this terror attack as it was planned by Hamas

12   was not carried out?"

13         This is the one where there's all these people

14   involved that tried to do an attack and then didn't do it,

15   because they got stopped at the border by some border patrol.

16   The suicide bomber's name was Jaara They got stopped and they

17   didn't do the attack.

18         Then a couple of weeks later, Jaara did the Bus 19

19   bombing.  But Jaara was not a Hamas operative.  Jaara was with

20   a totally different terrorist group called the Al Aqsa Martyrs

21   Brigade, and I'm going to show you that right now.

22         The day after, interestingly enough, that the

23   bombing happened, Shaked himself wrote an article, and I'm

24   going to look at DX 1038, page two.

25         Shaked, their expert, wrote an article that said,

Summation - Stephens                              3219

1    looking at the second paragraph first, "Ali Jaara of the

2    Dahaishi -- that's where he lived, "the terrorist who

3    committed suicide in Jerusalem yesterday, that's the Bus 19

4    bombing, was a member of the Al Aqsa Martyrs Brigade."  A

5    military article of Fatah.  That's what he wrote the day after

6    the bombing happened, despite the fact he told you it was a

7    Hamas organization here in this courtroom.

8             He also said, if you take a look down a couple of

9    more paragraphs a little further down deeper into the

10   document, I'll read it to you, I have it here in my notes, he

11   also said that the attack had Hezbollah prints on it.

12   Hezbollah is another terrorist organization out of Lebanon.

13   He did not say that it was a Hamas attack, and he never ever

14   retracted the article that he wrote about it, in addition to

15   the fact that he himself said that it was an Al Aqsa Martyrs

16   Brigade attack, not Hamas.

17           There were multiple claims of the responsibility for

18   the Bus 19 bombing, including reported by Israeli Insider, Al

19   Aqsa Martyrs Brigade.  The New York Times, Al Aqsa Martyrs

20   Brigade.  Kares Israeli Newspaper saying it was Fatah, Al Aqsa

21   Martyrs Brigade.  The Israeli Prime Minister's office

22   determined it was Al Aqsa Martyrs Brigade.  The Israel

23   security agency, ISA, determined it was the Al Aqsa Martyrs

24   Brigade.  The United States Intelligence on Terrorism Center

25   concluded it was Al Aqsa.  And the Rand Homeland Security Rand

Summation - Stephens                              3220

1   Corporation, in a report done for our Homeland Security here

2   in the United States, determined that it was an Al Aqsa

3   Martyrs Brigade bombing.

4           On cross-examination, in fact on direct examination,

5   Shaked testified that one of the people involved in the

6   bombing, a man named Nashash, was a Hamas member.  On

7   cross-examination, he testified he was actually Al Aqsa

8   Martyrs Brigade.

9           And I now am going to take a look with you at the

10  confession of the person -- one of the people who was involved

11  in this attack, and show you exactly how it is that you can't

12  trust a thing that these people say or do, because they are

13  terrorists.

14          Can we take a look at 1039, 29th page, lines 12

15  through 25.

16          This is the confession of a man named Nofal.  Nofal

17  was a person to whom Jaara went to try to do the suicide

18  bombing that never happened.  And what Nofal said was, We hung

19  a Hamas banner in my room.  This is -- and I gave Ali a charge

20  to hold.  That's Jaara.  This is another person involved.  He

21  and I prepared an explosive belt with nothing but wires and

22  pipe bombs.  In other words, it was fake suicide vest, and we

23  filmed Ali Jaara with the explosive belt and a black toy

24  pistol behind this Hamas banner."

25          And then Jaara left.  They drove away to do this

Summation - Stephens                                    3221

1    attack, and it didn't happen.  So then, Jaara went to Fatah,

2    the Al Aqsa Martyrs Brigade, and they sent him on a suicide

3    attack, and then he executed that suicide attack, a bus in

4    Jerusalem.  That's Bus 19.

5           And then he, Nofal, gave the pictures of Ali Jaara

6    with the charges of the pistols and banners to the Bethlehem

7    Television Station, and the television station, because these

8    pictures were taken with a Hamas banner behind it, they

9    reported it was a Hamas attack, but it wasn't, and he admits

10   that, because he says, They reported that Hamas claimed

11   responsibility for the attack, but actually Fatah was

12   responsible for the attack and not me.

13          So, there's four convictions for the Bus 19 bombing

14   and they are all of Al Aqsa Martyrs Brigade people.  Not one

15   conviction of a Hamas person.  And despite all that evidence,

16   Shaked was willing to conclude this was a Hamas attack,

17   because it was one of the twenty-four he was asked to look at.

18          Now, let's take a look at the bombing at Mike's

19   Place.  Shaked said this attack was totally different.  It was

20   two British citizens that somehow came into Territories, and

21   he says they were trained by Al Qaeda, the people that

22   attacked the World Trade Center, and affiliated with Al Qaeda,

23   nothing to do with Hamas.

24          He admits that the United States Government, the

25   Israeli Ministry of Foreign Affairs and CNN stated that it was

Summation - Stephens                    3222

1   the Al Aqsa Martyrs Brigade that claimed responsibility for

2   Mike's Place, and he admits that the Washington Post and Time

3   Magazine reported that the Al Aqsa Martyrs Brigade had claimed

4   responsibility for the attack.  Although the attack occurred

5   on April 30, 2003, Hamas did not take credit for it until

6   March 2004, almost a year later.  Despite all of that, he

7   concludes, Well, certainly, it was Hamas.

8          Let's take a look at the mortar attack on Neve

9   Dekalim, another one of the terrorist attacks.  Shaked admits

10  the attackers escaped and were never identified.  He says

11  Hamas was the only one that used standard mortar bombs, and

12  that's how they find out it was Hamas.  The Rand report said

13  members of the Al Aqsa Martyrs Brigade fired mortars in Gaza.

14  I guess there was more than one terrorist group that had

15  mortars.  All that's left out of that is that Hamas claimed

16  responsibility.

17         And I tell you, ladies and gentlemen, I don't

18  believe that a claim by a group of terrorists who makes a

19  habit of committing murders of innocent men, women and

20  children is believable, that's a believable source of

21  information about whether they did or didn't do something.

22         Let's take a look at some of the other multiple

23  claims of responsibilities for these bombings.

24         Graphic 98, please.

25         With respect to the Dolphinarium bombing, CNN

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Summation - Stephens                                3223

1    reported it was the Palestinian Islamic Jihad claimed

2    responsibility.  Israeli Ministry of Foreign Affairs, and the

3    BBC and Jerusalem Post all reported the same thing, not Hamas.

4          Let's take a look at Graphic 99, the August 9,

5    Sbarro Pizzeria bombing.  The Israeli Ministry of Foreign

6    Affairs, the Guardian in London, the New York City Daily News,

7    the Telegraph in London and the Denver Post all said it was

8    Palestinian Islamic jihad that did that bombing and claimed

9    responsibility for it.

10         Look at Graphic number 100, the December 1, 2001

11   bombings on Ben Yehuda Street.  The BBC and New York Daily

12   News reported this was the Palestinian Islamic jihad that

13   claimed credit for that attack.

14         Graphic 101, please, the September 19, 2002 Bus

15   Number Four bombing.  CNN, Reuters and The Friends of the

16   Israeli Gospel Ministry all reported it was the PIJ and not

17   Hamas that claimed responsibility.

18         Look at Graphic 102, the Bus Number 2 bombing.

19   Reuters, Haaretz, the Guardian and the New York Daily News all

20   reported not Hamas, but rather the Palestinian Islamic jihad.

21   What do they say when we point that out?  Shaked says, Wow,

22   just because they claimed responsibility doesn't mean they did

23   it.  On the other hand, when he says, I look at the Hamas

24   website and they claim responsibility, I take that pretty much

25   at face value.

Summation - Stephens                                3224

1          One more thing.  Let's look at Graphic 104.  For

2     many o the attacks, there was never a Hamas conviction of any

3     kind, including Neve Yamin, Dolphinarium, the bus at Emmanuel,

4     Neve Yamin Mike's Place, Tel Romeida, Neve Dekalim.

5          If you take a look at Graphic 103.  These claims of

6     responsibility, you'd think they would happen right away, but

7     no.  This one is seven months later.  This one is nine months

8     later.  Mike's Place, a year later.  Bus Number Four, six

9     years later.  And the Sheffield Club, six years later.  Oh,

10    that's perfectly reliable evidence, they say.

11         Now, I want to talk about causation for a minute.

12    That's one of the things they have to prove, is that the bank

13    caused these attacks.  The bank didn't cause these attacks.

14    They have the burden of proof on that.  They have the burden

15    of proving that the bank was, to use the words you are going

16    to see in the instructions, the proximate cause of each and

17    every one of these attacks.  Not just in a big ball, but each

18    and every one of them and I submit to you that they have not

19    even tried to do that for you.  They have not shown you one

20    bit of evidence that the bank caused any one of these attacks

21    to happen.

22         Let's take a look at Graphic 10, which is the jury

23    instructions that you are going to see.  To show that the

24    bank's alleged material support -- you've got to have material

25    support for Hamas -- proximately caused the plaintiffs'

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Summation - Stephens                            3225

1    injuries, meaning the attacks, plaintiffs must show:  The

2    activity of the bank was a substantial and identifiable cause

3    of the injury that the plaintiffs claim.

4         There's no evidence in this case that anything the

5    bank did in processing those transactions was a substantial

6    and identifiable cause of these attacks.

7         Second thing is, the bank's acts were a substantial

8    factor in the sequence of events responsible for causing

9    plaintiffs' injuries.  There's no evidence of that, either.

10        That somehow was a substantial factor.

11        And the last one is, activities that are too remote

12   or too indirect or too attenuated are not sufficient to prove

13   causation.

14        Here, what you have got is a contention that the

15   bank was processing transactions for people who were not on

16   any terrorist list, and that they put them on a terrorist

17   list, and once three got the money, they show you -- either

18   the charities or these people, they did something with it that

19   had something to do with these twenty-four attacks, and there

20   is no proof of that whatsoever.  None.

21        But what you have to ask yourself is, I think, Would

22   these attacks have happened if Arab Bank had never existed?

23   Do they happen because of Arab Bank?  The answer is, these

24   terrorist attacks have been going on there for decades.  For

25   decades.  It is a conflict between Muslims and people of

Summation - Stephens                                    3226

1   Jewish descent over a peace of land that's been going on for

2   fifty years, and there is attack and counter attack, a cycle

3   of violence, the way it's described.  And it defies

4   imagination to believe that this cycle of violence isn't what

5   causes these attacks, not something that Arab Bank did in

6   processing transactions for people who are not on any

7   designated terror list.

8          They try to get past that fact that they don't have

9   any evidence by suggesting that there's so much money floating

10  around that somehow, that made it all happen.  So, they have

11  the $35 million from the Saudi Committee and the $17 million

12  they say was transferred, and then money from Yousef Al-Hayek,

13  but they don't, with any of that, identify actually how it is

14  that that's terror financing.

15         So, let me go through it with you.  Let's look at

16  PX 4749.  The $17 million, they say, is this big sum of money

17  right here that proves that there was a lot of money sloshing

18  around, and some of it could have been used to do these

19  attacks.

20         That comes from -- if you can blow up the top,

21  please -- you're right back to the same proposition, which is,

22  they are saying that these organizations, the charitable

23  societies, got this money, and that there's something about

24  them that is controlled by Hamas, and therefore the 17 million

25  got funneled into Hamas.

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Summation - Stephens                                    3227

1          They don't actually ever tell you that it was not

2    all used for charitable purposes or not, because they claim

3    that if you're sending money to a charity that's controlled by

4    Hamas, even if it's being used for good purposes, charitable

5    purposes, that's wrong, because somehow it helps Hamas out in

6    the long run.  It makes Hamas seem better to the people.  It

7    makes it easier for Hamas to recruit.  They are not even

8    trying to tie the money to any of these attacks or any

9    terrorist attack.

10         If you look at this column down the side, those are

11   all the worldwide funding organizations.  So, they have taken

12   -- I showed you that map before -- they take the worldwide

13   funding organizations and then they take all of the charities

14   they say are Hamas, and the funding organizations, they say,

15   are all Hamas, and they add it all up to 17 million, in order

16   for you to think that actually is Hamas "money."  You have to

17   decide that the worldwide funding was controlled by Hamas

18   during 2000-2004, that all the charities were controlled.

19   They have to prove that some of it went to some terror

20   activity, and they have to prove that the bank knew it all

21   long that they were Hamas controlled, and they can't prove any

22   of it.

23         Now, let's take a look at -- so, that's 17 million.

24   Now, take a look at PX 4761.  This is money from the Saudi

25   Committee.

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

1      They say the Saudi Committee had 15,545 payments

2  totaling $35 million.  That's the one at the end right here.

3  But I've been through this with you, and we've been through it

4  over and over again.  There's nothing that shows that the

5  payments that were made by the Saudi Committee -- which were

6  approved by the State of Israel and supervised by the State of

7  Israel and publicly announced to all the world -- there's

8  anything wrong with any of them.  The Saudi Committee, though,

9  was controlled by Hamas, coordinated with Hamas, they say.

10  That's what they say, and that's where they get $35 million.

11  You see, that money is sloshed into the Territories, Palestine

12  Territories, and therefore that must be a cause of these

13  twenty-four attacks.  That's what you are going to hear.

14  That's what they said in the opening.

15      But what that money actually is, nothing wrong with

16  that money, Saudi Committee money.  You have to decide whether

17  the Saudi Committee was a terrorist organization or dominated,

18  controlled or coordinated with Hamas in order for you to think

19  there's anything wrong with that.  And the evidence is not

20  there, not at all.

21      And in fact, I'm going to point this out to you

22  again, because it's important.  Of that 35 -- 15,000

23  transactions, total payments they totaled up on that chart, if

24  you look at Graphic 94 again, they really only say, according

25  to them, there's 180 that were involved with somebody that had

1    something to do with Hamas, it's not all 15,000 of them.  On

2    the contrary, it's only 180 payments to the families of the

3    suicide bombers that everybody knew was happening, payments to

4    people they say were Hamas operatives, even though they are

5    not on any list, and payments to Hamas operatives, even though

6    they are not on a list.

7              Can we take a look at Graphic 50?

8              There's the attacks.  When you're going through your

9    deliberations, you have to decide, as to each and every one of

10   them, that they have given you evidence to show that the bank

11   -- that it was committed by Hamas, the bank lent material

12   support to Hamas to commit each attack, and that the bank did

13   so knowingly, not accidentally, and that that, in fact, caused

14   the attack to happen, each and every one of them.  And I

15   submit to you, ladies and gentlemen, there is no evidence in

16   this case from which you can draw those conclusions as to

17   those attacks.

18             In fact, the only thing they say, if we could look

19   at Graphic 51, in eleven of these attacks, they don't even

20   have any connection of any payment of any kind to anybody

21   processed by Arab Bank.  So, here is Cafe Moment.  Is there

22   any bank transfer involved in any of these people they say did

23   it?  No.

24             Can we see the next one?

25             Sheffield Club.  No transfers are from Arab Bank.

Summation - Stephens                          3230

1          The Hebrew University bombing, no transfers from
2   Arab Bank.
3          Bus Number Four, no transfers, Arab Bank.
4          Bus Number 37, no transfers.
5          Next one, Mike's Place, no transfers.
6          Bus Number 6 bombing, no transfers.
7          Cafe Hillel, no transfers.
8          Shooting Attack in Atzmona, no transfers.
9          Bus Number 19 bombing, no transfers.
10         Mortar strike into Neve Dekalim, no transfers.
11         There's nothing that connects the bank to any one of
12   those ten, eleven.
13         And the only connection that they point you to with
14   respect to the others -- can we look at, starting with 62 --
15   are payments that came through the Saudi Committee.  Here's
16   what they are.
17         A payment to Fadi Amir's father as a martyr payment,
18   family payment from the Saudi Committee.
19         Here's another one, the wife of somebody received
20   $5300.
21         And here's another one, a prisoner payment in
22   December, or perhaps a payment for a house, we don't know, of
23   $2600.
24         Every one of these is like that.
25         Let me see the next one.  Dolphinarium bomb.  Back

Summation - Stephens                              3231

1   to the same proposition.  They say the bomber received a Saudi

2   Committee payment.

3              The family, the same thing.

4              Let's see the next one.  Sbarro Pizzeria, all the

5   same thing, Saudi Committee.

6              We've discussed that over and over again.  Everyone

7   knew that was happening.  Nobody stopped it.  The government

8   could have stopped it if it wanted, and it didn't.

9              Let's go through the next one.  Ben Yehuda.  The

10  mother of one of the perpetrators received a martyr payment, a

11  dead-person payment.

12             Go to the next one.  From the Saudi Committee.  The

13  shooting in Emmanuel.  One of the shooters, they say his

14  father got a Saudi Committee payment.  And the wife of another

15  one got a $2655 payment.  Four months before the attack, they

16  say.  Got a prisoner payment.  And maybe his house got wrecked

17  in an air raid.  We don't know.  What does that prove?

18  Nothing.  It doesn't prove that the bank had anything to do

19  with it.  It's a Saudi Committee payment.

20             Everybody knew those things were happening.  And

21  nobody could know if that person was going to commit a

22  terrorist attack four months before it happened.  Certainly

23  not the bank.

24             The next one, Bus Number 32, a bombing in Jerusalem.

25  What they say is the connection with the bank, a Saudi

Summation - Stephens                                    3232

1    Committee payment, nine months before the attacks.

2              The next one.  The shootings on Route Number 60.

3    What do they say?  The connection is to the bank.  It's not

4    that we did any transfers.  They got a Saudi Committee

5    payment, one of the perpetrators got a Saudi Committee payment

6    two years before the attack, and that means the bank was

7    causing that to happen, that was somehow a connection.

8              March 7 shooting in Kiryat Arba.  Not bank

9    transfers.  It's a Saudi Committee payment, $2655, two years

10   before the attack.  That's the only connection.  That's not a

11   causation.  It's not.

12             Next one, Bus 14A bombing.  Saudi Committee payment

13   of $2655 two years before the attack.

14             The next one, Saudi Committee payment of $2655 two

15   years before the attack.

16             And a Saudi Committee payment of $2600 more than two

17   years before the attack.

18             Let's see the last one.  The Bus Number Two bombing.

19   They allege that one of the perpetrators received $2655 two

20   years before the attack.

21             That's it.  So, the connection is to the Saudi

22   Committee payments.  They say, Aha, if there's a Saudi

23   Committee payment and this person went out and did a criminal

24   act two years later, that makes it the bank's fault.

25             I want to go over a couple of other things with you,

Summation - Stephens                                3233

1    and then I am actually getting close.

2              THE COURT:  Mr. Stephens, fifteen minutes.

3              MR. STEPHENS:  Fifteen minutes.  Well, I'll talk

4    fast.

5              THE COURT:  The reporter has to write it down.  You

6    have been talking fast, I can tell you that.

7              MR. STEPHENS:  I wouldn't cop to being a fast talker

8    at all.  The judge has told you that the bank didn't turn over

9    certain documents, and as a result, he has told you that if

10   you find that the plaintiffs come forward with credible

11   evidence to support the bank's liability, the following

12   statements, that if you want to, you can infer, but you don't

13   have to, that there was damaging evidence in the documents we

14   didn't produce.

15             So, specifically what he says to you, what the judge

16   says to you, is, if you find that plaintiffs have come forward

17   with credible evidence to support the following statements,

18   you may, but are not required, to infer that the defendants

19   provided financial services to Hamas, that the defendant

20   processed and distributed payments on behalf of the Saudi

21   Committee to terrorists, and that the defendant did this

22   knowingly and purposefully.

23             And then the judge said to you, again, ladies and

24   gentlemen, that it's permissive for you to infer.  You are not

25   required to infer that.  You have to consider the case based

Summation - Stephens                               3234

1   on all the evidence that's presented to you when it comes time

2   to deliberate.

3          Now, I can't tell you why we didn't produce the rest

4   of those documents.  Not allowed to.  But I can tell you, as I

5   did, that the bank produced over 225,000 documents to the

6   plaintiffs, all the Saudi Committee records, 20,000 bank

7   records, every record that you saw where they were putting up

8   the amount of money that they say some guy got that they

9   identified as a terrorist.  That all came from bank records

10  produced by Arab Bank.

11         And if you remember, I had my ream of paper in my

12  hand when I was talking about Spitzen.  Look at Graphic 88.

13  We produced enough paper to make a pile seven stories high.

14         All their analysis about the Al Qaeda accounts, the

15  Hamdan accounts, transfers to the charities, Saudi Committee,

16  all based on documents the bank produced, the evidence in the

17  case demonstrates that there's no reason to infer that the

18  bank has damaging material in its account that it didn't

19  produce for the account holders that they wanted.  The

20  plaintiffs, also, when they had Mr. Billard on the stand, read

21  three accusations into the record from the government.

22         One was that the Arab Bank in New York did not file

23  the majority of its suspicious activity reports until after

24  the OCC had commenced a review in July of '04, and that the

25  OCC found names, similar to those of originators and

Summation - Stephens                    3235

1   beneficiaries, had cleared through Arab Bank, and that once a

2   designation occurred, Arab Bank failed to review recent

3   activity occurring prior to the designation.

4        Take a look at the third one.  Our banking expert,

5   the only one in this case, said you are not required to do

6   that.  But all of this is accusations by the government with

7   which the bank did not agree.  And there were assertions made

8   in 2005, long after the end of the last of these attacks, and

9   it has nothing to do with the transfers at issue in this case.

10  It's criticisms, actually, of some of the procedures in the

11  bank in New York, by the way, but it has nothing to do with

12  the transfers that they say, Aha, you know, none of those

13  people were on the list.  It didn't make any difference, none

14  of this.  This is an attempt to deflect you, because the

15  government is criticizing some procedures in the bank in 2005

16  from the fact that none of those transfers that they have

17  identified or the people they have identified are on any list

18  anywhere.

19       I also want to show you -- can I see Graphic 105?

20  This is another thing the plaintiffs bring up, and that is, in

21  the annual report in 2003, in the chairman's letter, this

22  sentence appears:  "Our operations in the Arab world were

23  exposed to adverse circumstances.  Our oranges in Palestine

24  suffered from harsh conditions due to the continued violence

25  and injustices of the occupying enemy."  What they want you to

Summation - Stephens                                    3236

1    do is infer that "enemy" means Israeli citizens.  All of the

2    evidence in this case, the occupation, the army is what that

3    refers to.

4            And by the way, just so that we're all clear on the

5    lingo in the West Bank, between Israel in the West Bank,

6    Shaked himself used the phrase "enemy territory" to refer to

7    the West Bank and Gaza.  So, they think of people in

8    Palestine, I guess the militants in Palestine, as the enemy.

9    And the people in Palestine think of the Israeli army as the

10   occupying enemy.

11           I want to show you that testimony, if I could.

12   That's 1328, please, line 23:

13           "Now, Mr. Shaked, when you were testifying on direct

14   examination, you said to the ladies and gentlemen of the jury

15   to "recruit" means to actually win the trust of people and

16   then to handle them as agents, and that is, in their society,

17   in enemy territory, as my commanders have instructed.  Do you

18   see that?"

19           "Yes, I do see that."

20           A little further.  That's fine.

21           "By 'enemy territory,' you meant the West Bank and

22   Gaza; right?

23           "Yes."

24           So, having the word "enemy" in a document doesn't

25   mean that you support terrorism.  We know that Shaked doesn't

1   support terrorism, and he was in the ISA when he said he was

2   using that phrase, "enemy territory," in the Israeli army.

3   And I don't think the Israelis regard every Palestinian

4   civilian as the enemy.  Talking about militants and army

5   people, not doing terrorist attacks on civilians.

6          They -- I'm sure you remember, I know I do -- during

7   the plaintiffs' case, they showed you the video where they

8   have the children screaming in what they said was one of the

9   charities, and they have this fellow Batawi, who is screaming

10  at the top of his lungs in front of a crowd.  If you take a

11  look at him -- let's see Graphic 111.  I don't have the video.

12  They may play them.  Here is this child who is imitating,

13  actually, Hasan Nasrallah, who is a leader in Lebanon of

14  Hezbollah.  Not a Hamas guy at all.

15         Number 112 they roll out a child who is dressed up

16  like Sheikh Yassin.  The Nasrallah speech, where this fanatic

17  is holding up a gun and screaming and yelling.

18         If you take a look at 114, there's another one where

19  they are all sitting on a platform talking with one another.

20         (Continued on next page.)

21

22

23

24

25

Summation - Stephens                    3238

1          MR. STEPHENS:   (Continuing)

2          Aside from the fact that -- if we go back to the

3   earlier one, the Hutari-- that the evidence is -- as to that

4   speech is -- it's a very interesting way to approach anything.

5          Hamas is not on trial here.  Nobody has suggested

6   Hamas is anything other than exactly what it is, a terrorist

7   organization that kills innocent people.  It's what's on trial

8   here is the bank.

9          That's Hamas activity, not -- well, I don't even

10  know if Hutari is Hamas.  There is some issue about that.  If

11  that's a Hamas group rally, it's Hamas activity.  It's not

12  bank activity.  There is no showing it had anything to do with

13  the bank.

14         Why -- if Hamas isn't on trial, why are they showing

15  you all that stuff?  Actually, kind of makes your spine, you

16  know -- and the reason they are showing is to make you mad.

17  But to make you mad at whom?  At the bank.  But it had nothing

18  do with the bank.  They are showing films designed to horrify

19  you, just to get you angry.

20         That speech, by the way, the testimony was, it was a

21  mile and a half away from the Arab Bank branch in Nablus.

22  That's about the distance from here to Manhattan.  That's how

23  far that is.

24         And also do this whole thing where they say, you

25  know, everybody in West Bank knew everybody else.  In fact,

GR      OCR      CM      CRR      CSR

1    the statement in opening statement was, we are going to bring

2    you evidence that the bank funded and provided financial

3    services to terrorists who were not yet formally

4    designated.  They certainly have tried to do that.  But who

5    were their next door neighbors who they knew were terrorists?

6    Is there a single shred of evidence that any one of those bank

7    employees over there lives next door to some guy they knew is

8    a terrorist.  Of course not.  That's bombast.

9            If you look at graphic number 92, there are

10   two-and-a-half million people -- there is 1.7 million people

11   living in the Gaza Strip.  That's about the same as the number

12   of people living in Manhattan.

13           If you look at 93, there are two-and-a-half million

14   people living in the West Bank, and the population of Brooklyn

15   is about two-and-a-half million.

16           Do you have any -- is it in any of our experiences

17   that you know what's going on all over the place, where there

18   are millions of people living?  Of course not.

19           And every day in New York -- I actually live in

20   Manhattan.  Every weekend there is some parade that goes on or

21   some speech going on in Central Park or some activity going on

22   somewhere.  I don't know what's going on there.  You don't.

23   You have to be interested in that in order to know what's

24   going on.

25           It's not the fact that when you have a population of

Summation - Stephens                               3240

1    this size that everybody knows what everybody else is doing or

2    thinking or saying or how they are living or what they are

3    doing in secret.  People committing terrorist acts don't run

4    around and say, I am about to go blow up a bus, because then

5    they get arrested and are stuck in the clink.

6              So we are back to who was it, which one of these

7    people was it that was living next door to a terrorist and he

8    knew they were going to go commit a terrorist act and didn't

9    tell anybody and then went and checked to so he if he had a

10   bank account?

11             So who decides who is a terrorist?  And the answer

12   is, it's the government.  The governments decide who is a

13   terrorist, not the banks.  I said it once and I'll say it

14   again, you don't want Facebook or Google or department stores

15   or places where you shop and live, work, buy things, you don't

16   want them deciding that you are a criminal putting you on some

17   list.  It's not the way it works.  It is not the way it is

18   supposed to work.  That certainly isn't the way it works with

19   banks.

20             The only information actually you have as to how it

21   works came from our expert, Anne Vitale.  And she was very

22   clear, that the banks rely on the governments to tell them who

23   the terrorists are.  They don't pick it up themselves.  You

24   wouldn't want it any other way.

25             When you -- could I see the verdict form?

GR      OCR      CM      CRR      CSR

Summation - Stephens                                    3241

1          THE COURT:  Mr. Stephens, I think you are out of

2    time.

3          MR. STEPHENS:  I guess I can't see the verdict form.

4          THE COURT:  If you need 30 seconds to wrap up, you

5    can.  If you need more, I am afraid not.

6          MR. STEPHENS:  I will just describe it.

7          The verdict form has questions about each one of the

8    attacks, yes, no, yes, no, yes, no.  Is the bank liable for

9    the attack or not?

10          It says at the top, you have to go through each

11    attack and figure out if each one of the elements, the

12    components of did the bank provide material support, did it do

13    it knowingly, did it cause the attack for each one of them.

14          Remember, ladies and gentlemen, you have to decide

15    that some human being wanted to support terror, inside of the

16    bank, somebody in the bank wanted to do that, deliberately and

17    knowingly support terror.

18          I tried to bring as many of them here as I could so

19    that you could make that determination for yourself

20    face-to-face.

21          Thanks.

22          THE COURT:  Thank you, Mr. Stephens.

23          All right.  Ladies and gentlemen, we will break for

24    lunch.  It will be a little bit shorter today.

25          We will come back at five to two.

Summation - Stephens                                3242

1          Please don't talk about the case.

2          We will see you shortly.  Have a good lunch.

3          (The following occurred in the absence of the jury.)

4          THE COURT:  I didn't hear any further objections.

5   Therefore, I am assuming there aren't any and we will continue

6   with plaintiffs' closing after lunch.

7          Thank you.

8          (Recess taken.)

9          (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

Summation - Turner                    3243

1              A F T E R N O O N          S E S S I O N

2          (The following occurred in the absence of the jury.)

3          THE COURT:  Please bring in the jury.

4          (Jury present.)

5          THE COURT:  Be seated, please.

6          Plaintiffs may deliver their argument.

7          MR. TURNER:  Good afternoon.

8          I want to start today, I want to start where I

9    started this trial.  I want to take us back, to March of 2001,

10   in a small place called Neve Yamin, in Israel.  It was a gas

11   station.  It was a bus stop, a bus stop for kids.  It was a

12   cool, crisp, calm morning, probably a lot like it was here

13   this morning.  Kids are mingling around waiting for the bus to

14   arrive.  Probably pushing on each other, probably giggling,

15   laughing, talking about the homework they should have done

16   last night, talking about all of the things and doing all of

17   the things that kids do, until a suicide bomber walked into

18   the middle of them and blew them up.

19          Now, why is that so important, to begin with, this

20   afternoon?  The one thing that you haven't heard any evidence

21   about during the course of this lawsuit over the past two

22   months are the stories of these victims, 300-plus families.

23   You haven't heard that evidence because that's not part of

24   this trial.  That comes at a different trial.

25          This trial is about one issue and one issue

GR      OCR      CM      CRR      CSR

Summation - Turner                    3244

1   only -- the bank's responsibility for violating the United

2   States Antiterrorism Act.  That is what this case is about.

3        But that doesn't mean, not for one second, that

4   these 300-plus people that sit behind this lawsuit are to be

5   forgotten for purposes of this case.  I hope during your

6   deliberations you will not for one second forget that these

7   are people.  They are individuals.  They are families.  They

8   are people that have lost loved ones.  They are people who

9   have had their lives changed forever.

10        So don't ever forget that this is not about terror

11   finance only.  It's not about banking.  It's not about

12   personalties.  This is about real people, people that want

13   justice, people that are here for justice.  That's what this

14   whole process is supposed to be about.

15        We are a country of freedom but we are also a

16   country of justice; the full measure of justice, not just

17   partial justice, the full measure of justice.

18        Now, you and I are in a unique situation today.  You

19   are in a very special situation, a situation that no jury in

20   the history of this country has ever been in.  Never has

21   anyone sat on a case of finance terrorism, with issues like

22   you have to decide in this case.

23        You have more power today to change the way that

24   this world operates, the world of banking operates, than

25   anyone else on the face of the earth.  That power is not only

GR        OCR        CM        CRR        CSR

1  awesome but it is important.  It is important because the

2  greatest force of evil in our society today, the greatest, not

3  one of the greatest, the greatest force of evil in our society

4  today is terrorism.

5           There is not a day that goes by that we don't wake

6  up in our world and face terrorism around the world.  And

7  these terrorists cannot function, they cannot operate, they

8  cannot preach, they cannot buy weapons, they cannot commit

9  suicide with bombs, without money, without money.  And without

10  the likes of this group of people over here to fuel them, to

11  fuel them, with them having access to a routine bank to

12  purchase all of the freedom that they want to commit

13  terroristic acts.

14          The bank spent all morning this morning talking to

15  you about what they want to talk to you about.  But it is just

16  like keeping, hiding, concealing records like they did.

17  That's all deception.  It's all based upon deceit.  It's all

18  based upon hiding records.  It's all based upon misleading

19  statements and it's all based upon telling you things, like

20  you have to be designated as a terrorist by someone in order

21  for us to know or have committed some bad act.

22          They told you that throughout this trial.  Not one

23  time did a witness take the stand that they didn't ask that

24  witness about well, when was this person designated?  And when

25  was this person designated?  And when was this person

Summation - Turner                          3246

1    designated?

2         And they knew, they knew, every time they asked that

3    question, that that is not what the law is.

4         You see, the law is the only thing you haven't heard

5    about yet.  You have heard facts.  You have heard attorneys

6    talk.  You have seen witnesses.  But you haven't heard the

7    law.

8         I like to call the law the blueprint for justice in

9    our system.  Why is it a blueprint for justice?  Well, think

10   about it.  If you build a building, a home, you start the

11   process of building it with a blueprint.  If you don't follow

12   that blueprint, you end up with a house that doesn't work, a

13   building that has no foundation, or a church that has no

14   people.  Because it will not function.

15        The justice system in the United States of America

16   is exactly the same way.  It starts with a blueprint.  That

17   blueprint is the law.  If you don't follow the law, you end up

18   with injustice.

19        And these folks sitting across the room, they knew

20   from day one that the day somebody is designated as a

21   terrorist is not what's important in this lawsuit.  How do we

22   know that?

23        Put up slide 54, if you would.

24        This is one portion of the law.  This is one portion

25   of the law on page 16 of the jury instructions that you are

GR        OCR        CM        CRR        CSR

Summation - Turner                                    3247

1   going to be read.

2            Consequently, if you find by a preponderance of the

3   evidence -- that means more likely than not, 51 percent -- if

4   you find by a preponderance of the evidence that the

5   defendant, Arab Bank, provided any of the types of material

6   support or resources I have just described to Hamas -- and

7   those material support and resources are part of the

8   instruction too -- it tells you that includes money.  And you

9   will also hear it say, I have just described to Hamas or

10  furnished it to any person acting on behalf of Hamas, the

11  plaintiffs' burden with respect to this element has been met.

12           The law does not say, it doesn't read, have just

13  described to Hamas or someone designated as a terrorist.  It

14  doesn't say that.  That's not what the law says.

15           They knew it didn't say that.  They knew it.  They

16  knew it from the first day of this trial.  They knew that all

17  we had to prove was that that bank furnished material support

18  or resources to any person acting on behalf of Hamas.

19           That's what the law is.  That is what the law is.

20  That's what the law has been from the day this case started.

21  But all you hear is, OFAC this and OFAC that, and when was he

22  designated, when was he not designated.  Designations are

23  important.  They have a role.  There is no question about

24  that, absolutely no question.

25           But another thing that is important from the

GR      OCR      CM      CRR      CSR

Summation - Turner                                    3248

1    standpoint of understanding and getting in our search for the

2    truth in this case, getting to justice, is credibility and

3    believability.  How much do you believe someone?  You base

4    that not -- our parents taught us this, our grandparents

5    taught us this.  You don't base that on somebody's words.  You

6    base it on their conduct.  You base it on their actions.  You

7    base it on what you see and how you feel.  You base it on

8    trust.

9           You don't base it on somebody that misrepresents to

10   you what the entire case is about.

11          Let me give you another example.  The bank brings

12   Mr. Billard to you.  You may or may not remember the name.  He

13   was the New York branch compliance officer.  He was the fellow

14   that was responsible to make sure that the New York branch

15   followed the rules.

16          If you will recall, we are the ones that had to

17   bring him back to the truth, by putting in front of him the

18   report from FINCEN, the Financial Crime Enforcement Group,

19   part of the Department of Treasury, part of the United States

20   Government, put in front of him the report, that began due to

21   an investigation as a result of this lawsuit, and put it in

22   front of him to show him, wait a minute.  You just said this

23   bank had golden compliance measures.  We did everything right.

24          Not until the report was put in front of him and he

25   was shown that they failed to timely file their suspicious

GR        OCR        CM        CRR        CSR

Summation - Turner                                3249

1    activity reports, they transferred monies to terrorists who

2    were names of people and other groups that were all available

3    in publicly available information, that this bank failed to

4    take into consideration when it transferred the funds to these

5    people.

6              And then he had the nerve to answer the question,

7    well, I never really read that report.  I never really paid

8    attention to that report.

9              Believability, credibility.

10             Third example:  This bank has spent a lot of time

11   bringing some very nice people who didn't seem to know

12   anything about any of the issues in this lawsuit.  They were

13   nice people.  They brought some from information technology.

14   They brought some from marketing.  Very nice -- seemed to be

15   very nice people.  But they had no information, not one of

16   them testified about the accounts.  Not one of them testified

17   about Sheikh Yassin, not one of them provided any information

18   whatsoever relevant to this lawsuit.

19             But what they did talk about gee, it was really bad

20   for the bank economically during this period of time, the

21   second intifada.  It was tough on the bank.  The bank just

22   couldn't really operate.  We couldn't function.  We couldn't

23   do the things that bank needs to do, and gee, it was -- you

24   know, terrorism is tough on a bank.

25             What they didn't tell you is the other half of the

GR        OCR        CM        CRR        CSR

Summation - Turner                3250

1    story.  They didn't tell you that that same year, 2003, this

2    bank increased their assets by over $2 billion.  Two billion

3    dollars, in 2003 alone.  How do we know that?

4              Put up 72.

5              72 is the report, the annual report from 2003.  This

6    is the words of the bank itself.  For the year 2003, I am

7    pleased to inform you that total assets of the Arab Bank Group

8    increased in US dollars from 24.3 billion compared to

9    US dollars 22.8 billion in the previous year.

10             This bank made almost two billion dollars and then

11   spent almost six weeks trying to convince you that this bank

12   was really suffering as a result of terrorism.  This bank

13   wasn't suffering.  In fact, this bank was the only bank making

14   money off of terrorism.  Literally, making money off of other

15   people.

16             That's what this bank does.  They are not interested

17   in truth.  They are not interested in justice.  What they are

18   interested in is protecting their pocketbook.  That's all they

19   are interested in.

20             And until somebody steps up to the plate and says,

21   not any more, not any more are we going to let you run

22   millions and millions of dollars to these terrorists and take

23   people's lives.  Not anymore.  It stops right here, in

24   Brooklyn.

25             That is the power that you have today.  That is the

GR      OCR      CM      CRR      CSR

Summation - Turner                               3251

1   power that you have to tell other banks, don't you dare do

2   what these people did.  You do and you will pay.

3            That is how we stop terrorism.  You don't stop them

4   with bullets.  You don't stop them with smart bombs.  That

5   helps in the interim, but how you stop them is you take the

6   money away from them.  You take it away from them.

7            Now I am going to spend a little bit of time, not

8   much, about 30 minutes with you, and then I'm done.  You don't

9   have to listen to me again.  But I am going to spend about

10  30 minutes with you and I am going to go through four things,

11  four things.

12           I am going talk to you a little bit of the evidence

13  about OFAC.  I am going to talk to you about a little evidence

14  about the so-called routine banking defense.  I am going to

15  talk about some of the Hamas customers, and then I am going to

16  talk about causation a little bit with you too.

17           It's not going to be long.  It's not going to be

18  lengthy, but I want to highlight for you so that you remember.

19  You have heard a lot of talking by attorneys.  You have heard

20  enough probably.  But it is my job on behalf of these 300-plus

21  victims to share with you how I feel about this, how I piece

22  this together, what I think is important for you to consider

23  when you go back in that room.

24           Because when you go back in that room you have an

25  easy question.  You have 24 spaces for 24 attacks.  And all

GR      OCR      CM      CRR      CSR

Case 1:04-cv-02799-BMC-PK    Document 1170    Filed 10/07/14    Page 123 of 260 PageID #: 86014

1    you have to do is say, yes, yes, yes, yes, yes 24 times, this

2    bank is responsible for what happened in these 24 attacks.

3    That's all you have to do.  It's that simple.

4              Let's go to the first OFAC chart.  No.  Let's start

5    with the bank withheld chart, if you don't mind.

6              Let's talk for a moment about -- because this came

7    up in the bank's opening statement, this question of well,

8    what is it that is in these records that we didn't have?

9              This is an important concept for purposes of what we

10   are doing.  I have listed on this chart from the evidence in

11   the case all of the information that would be contained in the

12   account records of the terrorists who maintain bank accounts

13   at this bank.  Those are the records that the bank refused to

14   give us, all intentionally withheld by the bank.

15             It wasn't a mistake.  It wasn't somebody going oh,

16   by the way, the garbage guy came by and happened to pick up

17   three boxes that, you know, had some records in.  We just

18   can't give them to you anymore.

19             This bank said no.  We are not giving them to you.

20   We are not giving you those records.

21             You know, sort of leads to a common sense question.

22   We may check our phones downstairs when we come in, but we

23   don't check our common sense.  You don't check your common

24   sense at the door.  You have to ask the question, well, what

25   is it that is so important about these records that these

GR      OCR      CM      CRR      CSR

Summation - Turner                                3253

1    folks didn't want to give them to us?

2              What is so important about the information in these

3    records that these people didn't want a jury to see?  What is

4    it about these records?  What information is in these records

5    that they didn't want the United States of America to see?

6              We are in a United States federal courthouse in a

7    federal lawsuit.  It doesn't get any bigger than this.

8              So what is it that this bank was so worried about,

9    so concerned about, that they didn't want you to see out of

10   these records?

11             These are the kinds of things they didn't want you

12   to see.  They didn't want you to know first-hand the four

13   names for each of those individuals.  They didn't want you to

14   know what their addresses were.  They didn't want you to know

15   the phone numbers.  They didn't want you to see the passport,

16   the identification of these people.

17             The pictures, like this fellow right here, Sheikh

18   Yassin; they didn't want you to see who these people were and

19   what they looked like.

20             They didn't want you to see the account activity for

21   Sheikh Yassin, or Shahadah or Ismail Haniyeh or any of these

22   other people.  They didn't want you to see what that activity

23   was.

24             They didn't want you to see the actual amounts of

25   money actually coming into those accounts.  They didn't want

1   you to see the money going out of those accounts.

2        Most importantly, they didn't want you to see where

3   that money was going.  They didn't want you to see who was

4   giving who money and for what.  They didn't want you to see

5   who the money was paid to.  They didn't want you to see the

6   internal bank correspondence.

7        Has it ever occurred to you, well, where are the

8   emails about these accounts?

9        (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR        OCR        CM        CRR        CSR

- Plaintiffs' Closing -                          3255

1      MR. TURNER:  Where are the memos, where are the

2   internal reports about these accounts discussing -- wait a

3   minute, you know, we are really going to open an account for

4   this guy?  Really?

5          You don't think that there is-- there is not a

6   branch in the middle east that if this guy stepped in that

7   bank, everybody would be going, hey, that is Sheik Yassin over

8   there, look at that, check him out.  That is Sheik Yassin, I

9   saw him on T.V. the other day.  Especially roll him in in a

10  wheelchair.

11         Or Osama Hamdan, really?  The bank is going to come

12  all the way over here from Jordan to tell us, I'm sorry, I

13  didn't know who Osama Hamdan was.

14         Well, check out CNN next time.  Next week he is

15  probably on again, with a big Hamas sign in front of him.

16  He's the guy that goes, I'm the spokesperson for Hamas and we

17  are responsible for the Park Hotel bombing.

18         You know, we check our phones, but we don't check

19  our common sense.

20         You know, there is something rotten about a group of

21  people that make 24 some odd billion dollars a year, and want

22  to come over here and tell us, sorry, I'm not real sure who

23  that is.  I'm not real confident I know who that is.

24         Or the blond hair witness, Edwards testified to,

25  well, I can't really tell whether that is Mr. Shahadah and

- Plaintiffs' Closing -                    3256

1   this other picture the same people, I can't really tell.  They

2   are all-- they have the bearded man syndrome, do you remember

3   that, the bearded man syndrome.  Really?  Really that-- a

4   $24 billion corporation, that's the best you have got?  That

5   is the best you can bring to Brooklyn for us?

6          How about the guy that goes, wait a minute, Sheik

7   Yassin didn't have an account at our bank.  You didn't hear

8   any of those people, did you?  What about the guy who goes,

9   well, you know, Ishmal Hamiyeh, I knew who he was, we heard

10  that testimony.  But did you hear the guy who said I'm the one

11  who signed him up?  I got a bonus for signing him up?  You

12  didn't hear that testimony.

13         Where are all these people who signed all these

14  Hamas leaders and operatives up?  Some 30 or 40 of them.  This

15  was like being in a Hamas 7/11 on the corner.  These folks are

16  coming in and out of there, like you can't imagine.

17         But now, they just want to tell you, I'm not sure,

18  you know, it is hard for us to tell who is Hamas and who is

19  not.  Next time, you might flick the T.V. on or better yet,

20  you might walk outside and look at the posters on your bank.

21  Have you tried doing that?  You know the ones that you are

22  scared to tear down.  You might want to check on those people.

23  That is common sense.  That is common sense.

24         Let's go to the next slide.

25         Now this is important, this is important and this is

- Plaintiffs' Closing -                      3257

1   important for you to understand because we do, as the bank

2   told you, we do have some documents, and we have got three

3   different branches here.  On one side we have two, we have got

4   the Arab Bank, Jordan branch, and then we have got the Arab

5   Bank, Palestine branch, and then we have got the Arab Bank,

6   New York branch.  You can tell from the arrows what we are

7   doing in this slide.

8          The money is electronically flowing from Jordan over

9   to New York.  Then it is electronically flowing in U.S.

10  dollars from New York back to Palestine, to the Palestinian

11  territories.

12         I want you to follow me on this because this is

13  important for you to keep in mind, follow me here.

14         See where it says, no human eyes?  Those are the New

15  York people.  Those are the people here that are getting

16  these, all these wire transfers, you have been looking at.

17  They don't ever eyeball it.  They don't ever see anybody.  So

18  you can spell, Yassin however you want to, when you send it

19  over here, you can spell it with 2 S's, 3 S's or 1 "S" all you

20  have to do is pick up the black list, go, okay, send it with

21  one "S", that way it will slide right through that filter.

22         These people never see these folks.  This money

23  flows over here, it-- Mr. Billard or Billiard or whatever his

24  name was, runs all that stuff through his little computer

25  filter and then he sends the money back over here.

- Plaintiffs' Closing -                    3258

1          And do you remember the lady that was the last

2    witness, what-- the bank lady, you know what she testified to.

3    She said this is the only place right here where somebody

4    human has to come in and get the money.  Somebody like that

5    guy right there.

6          Nobody ever sees, nobody ever sees these terrorists

7    except who?  Arab Bank in the Palestinian territories.  They

8    are the only ones that see these people.

9          Where are these documents?  We don't have these

10   documents for the account holders.  But you know what we do

11   have?  We do have the electronic records from New York.  Those

12   are the only records we got, are the New York records.

13          And we pieced all this together with just the New

14   York records.  And that is what led us to say, well, give us

15   the account records for these people.  We want to see this

16   guy's account record, right here.  This is who we want to see.

17   The bank said, no.  Those are -- never seen the light of day.

18   No chance Tad, not a chance.

19          Go to the next one.

20          Now, adverse inference is a formal way for the Court

21   to tell you that because this bank refused to produce the

22   records, you may assume certain things.  You may infer certain

23   things.  And infer is a fancy way of saying, you can use your

24   common sense.

25          What did I tell you a minute ago, we check our

1    phones downstairs, but we don't check our common sense.

2         You may assume that Arab Bank provided financial

3    services to Hamas and to individuals affiliated with Hamas.

4    You may assume that Arab Bank processed and distributed

5    payment on behalf of the Saudi Committee --

6         MR. STEPHENS:  Objection.

7         THE COURT:  Overruled.

8         MR. TURNER:  -- to terrorists including those

9    affiliated with Hamas, their relatives or representatives, and

10   three, Arab Bank did those acts.  What?  Knowingly.

11   Knowingly.

12        And you know why you can assume that, is because one

13   of the hardest things to do in a court of law, is prove that

14   somebody had a certain state of mind.  You do that through

15   documents.  You do that through materials.  You do that

16   through paper.  Because people write down notes, they write

17   E-mails, their correspondence tells you, all sorts of

18   information about their thought process.

19        But one way to avoid people knowing what you are

20   doing, is to keep the records to yourself and not turn them

21   over.

22        So, the law provides that since they made that

23   conscious decision to do that, that you may assume that Arab

24   Bank did everything we told you.

25        MR. STEPHENS:  Objection.

- Plaintiffs' Closing -                 3260

1          THE COURT:  Overruled.

2          MR. TURNER:  Knowingly.

3          Now, let's go to the next slide.

4          Now, the purpose of this slide very quickly is to

5     show you a comparison.  These are only the folks we got

6     photographs of.  But we were able to identify on the left

7     side, all of the Hamas people that had a bank account at Arab

8     Bank.

9          The only, the only file, the only one we got, was

10    Osama Hamdan from Lebanon.  We got nothing from the

11    Palestinian territories.

12          And what did we learn from Osama Hamdan's account?

13    I'm not going to waste time going through all that stuff with

14    you.  This was the guy receiving money at the Arab Bank where

15    it actually says Hamas.  And the bank, you know, what their

16    answer is?  You know, I just never really saw that on there,

17    never really looked at that.  Never really paid any attention

18    to that.

19          Common sense.  Common sense.

20          And you know what else this guy was doing?  This is

21    the guy remember, that not only does-- he is the one who is on

22    CNN, but he's gone onto the Internet for Hamas.  And they are

23    raising money on Hamas.  You know what he is telling them?

24    Send your money to this bank account number at the Arab Bank.

25    The bank of the stars in the world of terrorism.  The front

- Plaintiffs' Closing -                    3261

1    page bank.

2            Go to the next one.

3            Now, let's to go the so called OFAC lists defense.

4    This is another piece of the law, part of our blueprint for

5    justice that is important for purposes of what you are going

6    to be considering.

7            First of all, compliance with industry standards.

8    What does industry standards mean, that is all this business

9    about OFAC.  Everybody knows OFAC.  Everybody has their own

10   filter, run their electronic names through there.  They do all

11   that.

12           Compliance, this is under the anti terrorism law of

13   the United States of America.  Compliance with industry

14   standards does not necessarily shield a defendant like Arab

15   Bank who knowingly provides material support to a foreign

16   terrorist organization.

17           The law tells you, this is the second time the law

18   tells you, just because you used your little OFAC filter, that

19   you are so proud of, just because you used that, that doesn't

20   mean you don't pay.  You have to pay if you knowingly provided

21   material support to a foreign terrorist organization, somebody

22   like this guy right here.

23           And we know they did.  We know they did six years

24   after using their little defense, six years after he was

25   designated as a terrorist.

RB        OCR

- Plaintiffs' Closing -                    3262

1          Next one.

2          Now, let's focus in on some of the key evidence that

3    relates.  These are admissions.  You know there is a big

4    difference between a witness on the stand and a written

5    admission by a party.  Because we have an opportunity to send

6    questions, they have to answer the questions in writing.

7          And these are admissions by the bank in this case,

8    Arab Bank transferred more than two and a half million dollars

9    to U.S. designated terrorists after the terrorists were on the

10   OFAC lift.

11         So even OFAC doesn't really matter to these guys.

12   OFAC doesn't mean anything to them.  They want to tell you it

13   does, but even when people are on the list, they transferred

14   more than two and a half million dollars to those folks.  Arab

15   Bank had a minimum of eleven customers, eleven customers,

16   during the relevant time frame, eleven customers, who were

17   designated terrorists in the world.  The bank of terrorists,

18   that money flowed right down Madison Avenue.

19         Next one.

20         We have talked about Sheik Yassin, let's move to the

21   next one.

22         We talked about that.  Move to the next one.

23         I want to talk about this for a minute.  We talked

24   briefly a second ago about the spelling of the name.  The only

25   reason this is important, if you will follow me one second, I

- Plaintiffs' Closing -                3263

1    have highlighted down here the Arabic name for Sheik Yassin.

2    You know the only bank in the world, it doesn't matter how you

3    spell it.  You can spell it however you want to.  But you know

4    the only bank in the world that knew who this guy was, and

5    what his signature looked like, those boys right over there.

6                MR. STEPHENS:  Objection, Your Honor.

7                THE COURT:  Overruled.

8                MR. TURNER:  The only ones in the entire world, who

9    knew that.  So they can tell you all they want about spelling,

10   but when the money came in, they knew where it was going.

11   They knew the account number and they probably got on the

12   phone.  They had his phone number.  Hey, Sheik, you got some

13   money down here.  Come on down.

14                Go to the next one.

15                This is -- don't play that yet.  I want to talk

16   about this.  This is important because the bank brought all

17   these fine people over here sitting in the courtroom today.

18   And, you know some of them have testified.  But, there were

19   three that didn't testify.  They brought him over here and

20   send them over here for a month and didn't call them as a

21   witness.  This fellow right here is sitting right back there.

22                You know why they didn't call him?  Play it.

23                (Video played.)

24                MR. TURNER:  Well, pretty easy for me to tell why

25   they didn't put him on the witness stand.  At least he was the

1  only one out of this whole group of characters that said, oh,

2  yeah, everybody knows him.  He walks into the branch,

3  everybody knows him.  Everybody knows him.

4          This is like J Lo walking in, everybody knows this

5  person.

6          Go to the next one.

7          This is another one of them sitting back here in the

8  courtroom they didn't put on the witness stand.  Let's play

9  this.

10          (Video played.)

11          MR. TURNER:  Mr. Miller, if you would, skim over to

12  slide 23.  Let's talk about routine banking for a minute.

13          Just to put this into context, remember this-- we

14  have got a chart around here somewhere.  You have seen it.

15  These are the suicide operations charts where the bank is

16  getting these lists in that say, martyr operation through the

17  Saudi Committee.  And, the bank wants to call this, routine

18  banking.  Routine banking.  Believe it or not.

19          It might be routine in the Palestinian territories,

20  especially when you are dealing with Hamas characters as they

21  had on their bank role.  But, when you are dealing with

22  banking standards, especially the United States of America,

23  that is not routine banking.

24          Let's go to the next slide.  Let's see what Arab

25  Bank, what did their own employee in the United Kingdom say.

- Plaintiffs' Closing -                3265

1  Just to put this into context, this is Mr. Blackmore, we took

2  his deposition, we showed it to you.

3        We put these martyr lists, these lists that show

4  suicide operations in front of him.  And said, if you had

5  received this, in the United Kingdom in London, would you have

6  considered this routine banking?  Would you have paid this?

7  Would you have transferred the money to these families of

8  these suicide bombers?

9        Let's watch what he said.

10       (Video played.)

11       MR. TURNER:  Now, that is what the bank's own

12  branch, its own group of bankers in the United Kingdom said

13  about this routine banking process, that they are trying to

14  sell you on.  Just doesn't happen that way.  It is not routine

15  banking services, it never was, it never will be.

16       Now, if you would, let's jump over Mr. Miller, I

17  want to talk very briefly about the needy program.  The so

18  called needy program.  Go over to the Mansur slide, 26.

19       The reason I want to spend about two minutes with

20  you on this slide is for this, the bank has tried to convince

21  you that the Saudi Committee money was only for needy people.

22  And as you will recall, we brought you evidence through Mr.

23  Spitzen, that the average income in the Palestinian

24  territories was something in the neighborhood of $1,700 a

25  month.  And, we even showed you that the Mansur family, was

RB        OCR

- Plaintiffs' Closing -                3266

1   even upper level income because their's was somewhere in the

2   $3,000 range on a monthly basis.

3           Now, this is what we get, this is important to keep

4   in mind.  That this unknown fellow, Yousef al-Hayek, do you

5   remember he was the guy over in Lebanon transferring all this

6   money to these Hamas people through Arab Bank.  He was the one

7   we could not identify who he was.

8           He was the one we asked the bank, we want his file.

9   The bank said, no.  You are not getting his file.

10          He transferred $85,000 in less than a year to this

11  family.  $85,000 in less than a year to this family.

12          And then, the family starts receiving payments from

13  the Saudi Committee, so called needy family payments of 2,655

14  and 5,316.  On top of the $85,000 that they have already

15  gotten.  They want to call that needy people payments.

16          This was one of the, as you heard from the evidence,

17  this was one of the key, the key leaders in the terrorists

18  organization, key people.  How do we know he was so key.  We

19  also know through Abbas Al Sayed yesterday, I want you to jump

20  over if you would, to number 46, please.

21          Now Abbas Al Sayed, this will put it in context,

22  March 27, 2002, this is a special holiday in Israel.  This is

23  when survivors of the Holocaust have all come together in the

24  Park Hotel to celebrate, because they don't have family

25  members left.  So they come together and they celebrate

- Plaintiffs' Closing -                    3267

1   together once a year.

2        And a suicide bomber that night walked into the

3   hotel, and blew himself up, blew himself up in the middle of

4   these Holocaust survivors.

5        And what did we learn about tracing the money?  What

6   did we learn about the money?  Well, we didn't have the bank

7   accounts from the bank, they refused to give us those records.

8   So we could not see because of the bank who was paying who.

9   But we could based upon what we do know, we could put together

10  this much.

11       We know from the records because we did have Osama

12  Hamdan's account from Lebanon.  He sent $10,000 to Yousef

13  al-Hayek.  We got a question mark up there, because this is

14  the unknown character from Lebanon that the guys over there

15  would not tell us about, would not tell us who he was, would

16  not give us the account records.

17       Then we know that he sends nine fund transfers for a

18  total of $123,000 through Arab Bank, New York, right smack

19  down the middle of Madison Avenue, who sends it to Abbas

20  al-Sayed, who is the brains behind the Park Hotel bombing.

21       What else do we know about the Park Hotel bombing?

22  We now that Muhamed Taher, his role in the attack, the bomb

23  maker.  This guy provided logistical support.  This guy helped

24  transport explosives.  Each of them received payments.

25       As you recall, I pulled the chart out and put them

- Plaintiffs' Closing -                    3268

1    all in line one afternoon right up here.  All these payments,

2    all of them occurred before the attack.  Not after, before the

3    attack.

4           And this is just one example, given that we don't

5    have all the records to piece together exactly who purchased

6    what from whom?  But we were able to piece that together.

7    That shows you exactly what these people were doing.  They

8    were facilitating terrorism, they were providing material

9    support for terrorism.

10           Finally, go to slide 47.  And then in the confession

11   of al-Sayed.  We don't have to use our own words, we will read

12   his.  The money that I paid for the weapons was transferred to

13   my private bank account in Arab Bank in Tulkarem, this money

14   was sent from the USA to my account.

15           Now, the final thing I want to visit with you about

16   is, well, actually there are sub parts, the final issue is the

17   attacks.  Go to 45, if you would.

18           Now, we literally brought a semi trailer to the

19   front of the Courthouse and hauled in here, literally

20   thousands and thousands of pages of records about these

21   attacks.  You will remember, I brought you convictions of the

22   people in the Court system.  I brought you confessions, I

23   brought you forensic documents from the bombs, they are all in

24   the record.  Every one of them.

25           We brought you confessions from Hamas people in the

- Plaintiffs' Closing -                    3269

1   form of a will.  Remember these are the same suicide bombers

2   that the night before they would go out and do a suicide

3   bombing, Hamas would send them in there and put all the green

4   stuff on them, give them weapons, and video tape them.  We

5   watched some of those.

6          In fact, if you would, Mr. Miller, put up 3826 and I

7   don't want to play the video, just put it up so it will remind

8   us.  This is the Mike's Place.

9          I am bringing this up, because the bank's attorney

10  brought up the Mike's Place and said, there is no proof that

11  Hamas was responsible for Mike's Place bombing.

12         We have got a will.  We got a video will of these

13  two with the Hamas flag behind them, that was taken before

14  they are dead.  These people are dead.  This was not done

15  after the bombing.  These people are now dead.

16         And, they actually say in English, you can watch it

17  for yourself, it says, in English, that we are representing

18  Hamas in carrying out this attack.

19         The bank comes in here, telling you that there is no

20  proof that Hamas was responsible for the Mike's Place attack.

21         You know it is a consistent thread, it is a

22  consistent thread.  It reminds me of the old saying about what

23  a tangled web we weave once we start to deceive.

24         I was raised by my grandmother, a great part of my

25  early years, she used to have a saying for everything.  She

- Plaintiffs' Closing -                     3270

1   used to despite what the NFL was doing, she used to have a

2   pretty good hand with a paddle too.

3          But, she used to teach me, that once you start to

4   deceive people, it is a never ending deception.  Because you

5   have to build a lie, on top of a lie, on top of a lie, on top

6   of a lie.  Sooner or later, you have got a house built of

7   cards, that has no foundation, no stability, and sooner or

8   later, that house of cards is going to come crashing down.

9          What you have, within your hands today, is you have

10  the power to crash that house of cards.  You have the unique

11  opportunity to literally change the world banking system

12  today.

13         Thank you for being patient with me.

14         THE COURT:  Thank you, Mr. Turner.

15         MR. WERBNER:  May it please the Court.

16         Good afternoon.

17         Tad, you are right, we didn't bring our nearly three

18  hundred family members who were victims of this Hamas

19  terrorism.  We spared you the screams, the cries, their pain,

20  their tears.  We didn't have to bring them as stage props.

21  They are here.

22         These families that had a daughter, a granddaughter,

23  happened to walk into a pizzeria, just walked into a pizzeria

24  with other friends, unfortunately when someone carrying a

25  guitar stuffed with explosives and nuts and bolts and screws

- Plaintiffs' Closing -                3271

1  went into that pizzeria.  The family, the parents whose

2  daughter graduated from the University of California, Berkley,

3  where my son went, and went to Israel to get a master's degree

4  and was there on her last day, before she went back to

5  California and went to lunch at the Frank Sinatra cafeteria at

6  Hebrew University, that was packed full of kids, students.

7          When a Hamas bomber backed and supported by a cell

8  with four, five, six, seven, people who had surveyed, who did

9  logistics, who brought cars, that had money, that got

10  explosives, that communicated with commanders, was able to

11  kill so many Americans and others.  And you have not had to

12  hear the story of the father and his daughter that went to

13  Cafe Hillel in Jerusalem.

14          MR. STEPHENS:  Objection, Your Honor.

15          THE COURT:  Sustained, let's move on, Mr. Werbner.

16          (Transcript continues on next page.)

17

18

19

20

21

22

23

24

25

Summation - Werbner                    3272

1           MR. WERBNER:  You won't hear those, because your

2    case is to decide the bank's role and whether the bank

3    violated this American law that we've talked so much about.

4    Another jury will assess what the just damages are for those

5    tragedies.

6           I'm going to try to talk a lot in my time about the

7    Court's charge, and Mr. Turner quoted from one part of it.

8    It's so important.  It's so important, because it sets down

9    what the law is and what the oath you've taken to follow, and

10   I think you will have no problem following it, because it is

11   the law.

12          One of the things you're going to be told, as sort

13   of a helpful instruction on how to evaluate the evidence, your

14   job in weighing the credibility of different witnesses and

15   something that's important in there is where it tells you that

16   there's direct evidence and there's circumstantial evidence,

17   and it says plainly that circumstantial evidence is of no less

18   value than direct evidence.

19          In fact, the judge gives you in that charge, in

20   explaining that circumstantial evidence is good evidence, as

21   valuable as direct, an example about rain, and I'll leave that

22   to you to hear when he gives it to you.  But I'm going to give

23   you a little example about snow.  That's odd coming from

24   somebody from Dallas.  I'm going to say this, because I think

25   it fits really well here.

Summation - Werbner                          3273

1          So, you are in your home and it's in the winter and

2    you're getting ready for bed and you're getting ready to put

3    everything away.  And you look out and it's snowing and it's a

4    pretty good snow and the snow is falling heavily, and your

5    yard is all white and you go to bed.

6          You get up in the morning and you have your coffee,

7    you look out the window, and you see footprints all across

8    your front yard in the snow.

9          Well, you didn't see the person that walked through

10   there.  That would be direct evidence.  But from

11   circumstantial evidence, you know from looking at those

12   footprints that someone walked through your yard.

13         Well, Hamas's footprints are all over the records of

14   Arab Bank.

15         Another instruction is the burden of proof.  And

16   Mr. Turner said that it stated in the charge that we have the

17   burden of proof, we have to show that the bank knowingly

18   provided material support to Hamas and to other persons and

19   entities that were controlled by Hamas.  And we've carried

20   that burden.

21         The Court makes clear that our burden is one of by a

22   preponderance of the evidence, more likely than not, fifty-one

23   percent.  Or, if you envision the scales of justice, our

24   burden has to tip those scales ever so slightly, but tip those

25   scales.  This is not a case where we have to prove beyond a

Summation - Werbner                      3274

1   reasonable doubt.  That's a different standard for different

2   types of cases, and that's made very clear.  This is more

3   likely than not.

4            I mentioned the credibility of the witnesses,

5   because you've had some people up here saying one thing and

6   then another, and you have to measure the credibility of the

7   witnesses, and the judge tells you something about that in the

8   charge.

9            You know, sometimes when you're weighing

10  credibility, you can learn more about who isn't called as a

11  witness than who is called as a witness.

12           We didn't hear from Mr. Shoman.  He was the chairman

13  of Arab Bank during the Second Intifada, not Mr. Al-Masri, who

14  came after that, who said he didn't even hear of the Saudi

15  Committee until after the lawsuit.  They didn't bring

16  Mr. Shoman.  They didn't bring the man from the family that

17  founded the bank in 1930, and who wrote things like referring

18  to the "enemy, the occupying enemy."  He was not here.  But

19  more importantly, they didn't bring Mr. Tahan or Sadek Tahan.

20  They didn't bring Mr. Assad Saleh.  They brought him to New

21  York for a month, but all you saw was their depositions.  You

22  know why those people didn't come up and sit in that witness

23  stand?  Because they would have this and they knew it, Why did

24  you have all these records that Amaliya Ishtishadiya --

25           MR. STEPHENS:  Objection.

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Summation - Werbner                          3275

1          THE COURT:  Overruled.

2          MR. WERBNER:  Mr. Tahan, how do you explain the fact

3    that your handwriting is on these charts, but yet you say you

4    didn't see anything?

5          How do you explain it, Mr. Saleh, that you looked at

6    these transfers for four years and you pushed F10 on your

7    computer screen one time after the other, letting these

8    transfers go to terrorists, to prisoners and terrorists, to

9    families of suicide bombers?  How do you explain that,

10   Mr. Tahan?

11         They can't bring those people, because all they

12   could do is lie, or say, We didn't see Amaliya Ishtishadiya in

13   the fifth installment, in the sixth installment, in the ninth

14   installment.  You know why?  Because Amaliya Ishtishadiya is

15   what killed those people.

16         Amaliya Ishtishadiya is what sent nuts and bolts

17   into Steven Auerbach, making him a quadriplegic and then

18   killing him.  That's why they can't see Amaliya Ishtishadiya.

19   That's why Mr. Bishara wanted to say what Amaliya Ishtishadiya

20   meant.  But the next day, Mr. Hamdan, he said it didn't mean

21   suicide operation.  That helps you measure the credibility of

22   the witnesses.

23         There was some question raised, Well, why would we

24   do this?, the defense lawyer said.  Why would a bank get

25   involved in these things?  Who is it?  Show us who it is.

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Summation - Werbner                     3276

1           Well, they didn't bring everybody.  But I submit to

2   you that this happened from the top down.  What do we know

3   about the Saudi Committee and why Arab Bank got involved in

4   it?  Were they just a mere correspondent bank, like they have

5   tried to suggest to you?  Would you have heard if we weren't

6   here that they owned forty percent of Arab National Bank?

7   Would you have known that the Saudi Finance Minister sits on

8   the board of Arab Bank, that there are other common directors

9   there, that Saudi Arabia is one of the top three shareholders

10  in Arab Bank?

11          You know, Mr. Bishara, when we wrote that letter to

12  all the Palestinian branch managers, it's very important, we

13  are striving for the success of the Saudi Committee for the

14  support of the Intifada.  You heard the evidence, and I won't

15  repeat it all, that at the beginning of the Intifada, the

16  Shoman top part of this bank were requiring all the employees

17  to make donations in support of the Intifada, that they were

18  very willing to have other things occur to support that

19  Intifada.

20          I want to mention one thing.  There were so many

21  distortions by the defense lawyer this morning, and one of

22  them that just was gripping is when he said, with reference to

23  the Saudi Committee, that the Government of Israel approved,

24  supervised and approved every single payment of the Saudi

25  Committee.  That is completely false.  There is no evidence in

Summation - Werbner                    3277

1    this record that the Government of Israel, COGAT, ever

2    approved these payments of $100 million that went to suicide

3    family bombers and prisoners.  There's no evidence.  That was

4    just a complete fabrication.

5         I hope you trust me, and I promise to you that is

6    the facts.  You can have anything read back that you want.

7    There's not a shred of evidence here that the Government of

8    Israel ever approved of those payments, and it's not true.

9    That's just one of many examples where the facts have been

10   distorted, statistics have been thrown around, like, Oh, well,

11   twenty-four suicide bombers and the payments, that's only one

12   percent out of a hundred.  That's just manipulating the

13   numbers and trying to take your eyes away from what really

14   happened.  Why is that?

15        Why did they put on this fable, false, OFAC defense

16   that's not anywhere in the charge that supports -- in fact, as

17   Mr. Turner showed you, the law is completely the opposite?

18   Why are they doing those kind of tactics?  Because they don't

19   have a defense.  Because they are caught red-handed.  Because

20   the documents that show they are doing business with Hamas are

21   all over their files.  It's in black and white.  They have a

22   whole Rolodex full of Hamas customers.  So, they have to come

23   up with something, and the only way to do that is twist and

24   distort and hide, hide the documents, conceal the documents.

25        They showed you, what was it over here, Well, look,

1  he said, seven stories high, we gave them records.  Well, what

2  was in the basement?  What do they have hidden in the cellar?

3  Where are the good documents?  Where are the account records?

4  Buried.

5          You know, when I heard so many people, I didn't read

6  it.  They didn't see that column.  They had to work with those

7  charts and make changes to the beneficiaries and avoid the

8  repetitious and substitute forty-five beneficiaries for some

9  other number, and they are working all over those documents.

10 But their testimony, sworn, was, We didn't look at the column

11 that has cause of death.  We didn't see any of that.  And in

12 Lebanon, they said, Even though the bank officer says he

13 initialed on Hamdan's account right next to where it said

14 Hamas, they just initialed it, and they didn't see, two inches

15 away, where the word "Hamas" was there.  You know, Arab Bank

16 either has a peculiar eye disease over there or they are

17 wilfully blind.

18         They didn't think that we could carry our burden.

19 They didn't think that we had the stamina to go ten years

20 hunting down evidence all around the world, to London, to the

21 Middle East, to Israel, to Jordan, getting records from

22 Lebanon, going through piles of documents in Arabic that they

23 didn't think we would get translated.  They didn't think we

24 would spend the time.  They didn't think we had the money to

25 do it.  They didn't think we had the resolve to do it.  But we

1    are here ten years later.

2           They didn't know that one day, they would have to

3    stand in front of a Brooklyn jury that would see through their

4    games.  And I know that you're not going to take their lies,

5    and it isn't going to happen in Brooklyn, and it wouldn't

6    happen in Dallas, Texas, and it wouldn't happen in Little

7    Rock, Arkansas, and it wouldn't happen in Charleston, South

8    Carolina, and it's not going to happen here, because you know

9    the truth when you see it, and you know when you're being

10   manipulated.

11          Talking about more lies.  Mr. Bishara, you know,

12   it's not the Hamdan account itself.  You've already heard

13   that.  What I think is important is, how did the bank deal

14   with it when the lawsuit was filed?  And who came up here?

15   Mr. Bishara, one of the top two or three people at Arab Bank

16   at the time.  And he saw this lawsuit back in 2004, and it

17   said, We don't know who it is, but we think you've got an

18   account where Hamas money is fund-raising there, and we gave

19   you an account number, because we had seen that through our

20   investigators on the Internet.  We've said, You've got a Hamas

21   account there.

22          And then we get an affidavit, a sworn affidavit from

23   Mr. Bishara that is so misleading, that is a lie to the United

24   States District Court, that was filed in support of a motion

25   to dismiss the case.

Summation - Werbner                    3280

1          He submits this affidavit within a couple of months,

2     in November of '04.  And he says, in his efforts for the

3     bank -- and I'm sure, you know, you heard him say he had all

4     of his investigators and the lawyers and the auditors and all

5     this was being gathered to respond.  It was not like he just

6     whipped out something or a memo or a letter about it -- he

7     said they investigated that allegation, and in a sworn

8     statement to the Court, he said, Well, we found that an

9     individual has this account.  It's not a fund-raising account,

10    it's an individual, and it's a dormant account.  That's so

11    misleading.

12         When we finally got some more evidence, because he

13    didn't say that that individual was already a declared U.S.

14    global terrorist -- he had been declared a terrorist in August

15    of '03 -- he swears on behalf of Arab Bank's effort to get

16    this case dismissed that this man, which he doesn't name, who

17    he claims has a dormant account which isn't dormant, money had

18    been coming in just in '03, '02, I put up those five payments

19    on the chart.  I wonder if that account would have kept going

20    if it wasn't the lawsuit?

21         And when we found out during the lawsuit, when they

22    finally reluctantly, begrudgingly had to turn over that Hamdan

23    account record -- the only thing they turned over of all of

24    the accounts -- we find out they gave the money to Mr. Hamdan,

25    the one who the United States Government said was getting

Summation - Werbner                    3281

1   money for Hamas to use for weapons and explosives.  We didn't

2   have any other choice, he claimed.  Does that ring true?

3           These weren't accidents or mistakes.  Mr. Stephens

4   mentioned in his closing that, Well, gosh, these were

5   charities.  That $2 million that was sent to Al Salah, which

6   we know to be a major, big-time Hamas charity, he says, Look

7   down here in the form.  One of the few that didn't

8   say "Miscellaneous."  It says "Food baskets."  And he said,

9   Well, they are accusing us of terror financing because we're

10  helping facilitate with our $2 million these food baskets.  He

11  said, If that's terror financing, you know, there should be

12  more terror financing.

13          Well, if we're going to be safe, ladies and

14  gentlemen, like the United States law provides, we don't give

15  support to any terror organization.  It can be 100 percent

16  charity.  You heard from the experts.  This is a terror

17  financing case.

18          And we brought you two of the most preeminent terror

19  financing experts.  The guy who was the second signature on

20  designations, who had worked at the FBI, and the other, who

21  was an intelligence officer.

22          They told you that one of the key strategies of

23  Hamas is to have a military wing, a political wing and these

24  charitable wings that build the hearts and minds of the

25  people, that they conduct these kindergartens, that they give

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Summation - Werbner                3282

1    help, clinics, food.

2         But the United States Government has said that, If

3    you give support to any part of Hamas, even one that's doing

4    100 percent charity, money is fungible, you are prohibited, to

5    cut off the oxygen that feeds Hamas.  We can't have anyone

6    supporting any part of it.  It doesn't have to be a hundred

7    percent evil, but any part of this beast should not get any

8    oxygen.  We don't want any more of that terror financing.

9         You know, one of the things it says in the charge --

10   I'm just looking at my notes.  It's on page 14 -- about acting

11   knowingly, and Judge Cogan says a person acts knowingly if he

12   acts intentionally and voluntarily and not because of

13   ignorance, mistake, accident or carelessness, that's pretty

14   simple.  You act knowingly if you do something, you know, are

15   aware of what you are doing, not by accident or mistake.

16        You know, one mistake, two mistakes, three mistakes,

17   four mistakes, when does a mistake become a pattern?  There's

18   way, way too many acts here that were done knowingly and

19   purposefully over a four-year period throughout this violent

20   Intifada than to call that an accident or a mistake or an

21   oversight.

22        Take everything in the context, because right now,

23   you know, it's a beautiful day.  This is a great courtroom.

24   But in 2000 to 2004, in the areas that we're talking about, it

25   was a whole different situation.  This was a violent,

1  relentless, vicious, constant stream of terror attacks,

2  suicide bombings, shootings, attacks, knifings, week after

3  week after week for four years, and they called it the

4  Intifada.  They knew it was a violent Intifada, characterized

5  by suicide bombings, and they jumped in bed with something

6  called the Saudi Committee for the support of the Intifada.

7  They knew what they were supporting.

8         How safe would it be in today's time -- you know,

9  this all began, this Intifada, in September of 2000.  It was

10 pretty moving for me to be here on September 11.  I hadn't

11 been here before for September 11.  That was the day that I

12 cross-examined Mr. Bishara, and that night, I stood at the

13 hotel down the street, you know, and saw those blue lights and

14 stepped back.  What am I doing here?  What difference will it

15 make?  You know what's going on in the world since then.  It's

16 not any better.  You know what we're facing.

17        This law that was passed, the ATA, we call it, the

18 Anti Terrorism Act, the Act that the law that the United

19 States Congress passed, that President Clinton signed, the law

20 that Judge Cogan is giving you in the charge when we finish

21 today, that law was designed to protect Americans wherever we

22 go in the world from acts of international terrorism.

23        And it's based on a prohibition to make us safe, by

24 making it not only criminal to be engaged in terror acts,

25 that's a no-brainer, but the purpose of this law was to stop

Summation - Werbner                3284

1    anyone -- businesses, banks, insurance companies, stock

2    companies, any company, people that rent houses, apartments --

3    don't provide anything, no financial services, no houses, no

4    apartments, nothing to someone that you know is a Hamas or

5    another terror organization or any person associated or under

6    their control or direction.  That's to make us safe.

7            Do we want banks to swing their doors open wide and

8    make their international financial system available to the

9    people like we've seen here, the people like that?  Is that

10   what we want our banks to do, is open up their system, let

11   these people use their wire system so they can move money all

12   over the world in a matter of a day or a second, when there's

13   wars and violence and roadblocks and people are trying to stop

14   this terrorism and they have to use donkeys to get their

15   computer disks around?

16           Do we want banks to feel free to be able to let

17   these kind of people use that financial network that only

18   banks can use?  Do we want to give them services?  Do we want

19   to be calling up these people to come on in and get their

20   money?  Do we want to be putting ads in the paper, Yeah, let

21   them come in?  Do we want them to be paying out people in

22   cash, not like, Ms. Vitale said, where you send $5,000 to your

23   nephew?

24           That's not what this bank was doing.  What this bank

25   was doing was taking $100 million, and for a four-year period

ANTHONY M. MANCUSO,  CSR   OFFICIAL COURT REPORTER

Summation - Werbner                    3285

1    paying out most of it in cash, thousands of dollars at a time,

2    to just people coming in, people who were shahid and

3    prisoners' families.

4            We're not suing them because they sent a wire to one

5    or two or three or ten or fifteen people.  They sent $100

6    million from the Saudi Committee for the support of the

7    Intifada, Al-Quds.

8            There was a mention of it, but maybe not a big one,

9    and that is, about three years into it, when there was some

10   things going on, the Saudi Committee, as they like to call it

11   in shorthand, changed their name to the Saudi Committee for

12   the Relief of Oppressed People or Poverty People.  After 9/11,

13   things changed.  That Saudi Committee for the Support of

14   Intifada that got named in September of 2000 changed its name

15   because it was incriminating, and that incriminating is why

16   they are engaged in this trickery with you with the numbers,

17   with defenses that don't exist.

18           You know why they're doing that?  Because they are

19   guilty.  Because they don't have the evidence.  They don't

20   have the truth.  The documents incriminate them.  The

21   testimony incriminates them.  The stuff they hid incriminates

22   them.  That's why they have to play those games.

23           You know, there's something in here about foreign

24   law in this charge, and that's important, too.  On page 20,

25   it's going to have a capital F. It's kind of an outline.  It's

Summation - Werbner                     3286

1    not that hard.  You'll work your way.  The collective power of

2    the eleven of you will do fine with this.

3          But I'm just calling your attention to this, because

4    on page 24, in foreign law, you were led to believe by the

5    defense lawyer, We had to do this, and the industry standard.

6    And you heard about Lebanon and various things.

7          It says right here, Judge Cogan says at times during

8    the trial, "You heard reference to the laws of foreign

9    nations, including Israel, Palestine, Jordan, Lebanon and

10   others.  You are not to consider whether any conduct was

11   illegal or legal under the law of any other nation.  You are

12   to concern yourself solely with the laws of the United States

13   that I have described in these instructions."

14         Yes.  You know, when you come to the United States

15   to do business, then you have to obey the laws of the United

16   States.  That's what Judge Cogan says.

17         A minute about proximate cause.  That's on page 18.

18   It makes it very clear that the bank's conduct need not be the

19   sole cause, and of course, it wasn't.  I mean, these bombers

20   are responsible, the people that were convicted, as planning

21   it and supporting it.

22         But the law right there makes it clear, the bank's

23   conduct doesn't have to be the sole cause, and we're not

24   contending that it was.  But these things don't happen by

25   accident.

Summation - Werbner                                    3287

1          And this phrase you've heard a number of times that,

2    We have to attack the money, because that's where the oxygen

3    is, that money is what fuels this machine, and that bank's

4    conduct was a substantial factor, we don't have to show that

5    anything the bank did goes for any specific attack, or a

6    dollar goes into buying this bullet or this bomb.  That's not

7    what the law requires, and you'll see that in the charge.

8          If the bank's role is a substantial factor and they

9    could reasonably foresee that, by doing this business with

10   Hamas, then they are responsible.  But they won't accept

11   responsibility unless or until you make them accept

12   responsibility.  You know, it was pretty foreseeable that

13   helping this organization and facilitating finance services,

14   it was pretty foreseeable that bad things were going to

15   happen.

16          (Continued on next page.)

17

18

19

20

21

22

23

24

25

Summation - Werbner                         3288

1            MR. WERBNER:  (Continuing)

2            And that's enough to make them responsible.

3            What Mr. Turner said I couldn't agree with any more,

4    and I'll end in this way, is that what you do, the message you

5    can send, will reverberate around the world, but it will also

6    reverberate as a message to these families, that there is

7    justice.

8            Thank you.

9            THE COURT:  Thank you, Mr. Werbner.

10           All right.  Ladies and gentlemen, let's take our

11   afternoon break.  We will take 15 minutes, until 3:30.

12           Please don't talk about the case amongst yourselves.

13           (The following occurred in the absence of the jury.)

14           THE COURT:  Okay.  Recess, 15 minutes.

15           (Recess taken.)

16           (The following occurred in the absence of the jury.)

17           THE COURT:  All right.  Let's have the jury, please.

18           Who is next?  Mr. Osen?

19           MR. OSEN:  Mr. Elsner and then Mr. Osen.

20           THE COURT:  You are both going?

21           MR. OSEN:  Yes.

22           (Jury present.)

23           THE COURT:  All right.  Be seated.

24           Before we continue with the plaintiffs' closing, can

25   I ask -- you have a mike?  That's what I was going to ask you.

GR      OCR      CM      CRR      CSR

Summation - Elsner                          3289

1          MR. ELSNER:  I do.

2          THE COURT:  Okay.

3          MR. ELSNER:  Good afternoon.

4          I want to thank you.  I want to thank you for being

5    here every day.  I want to thank for coming on the days when

6    it was really hard.  I want to thank you for how you paid

7    attention every day.  I want to thank you for those times

8    where it was a little slow, you need a little extra coffee to

9    get to the break or get to lunch.  Thank you.

10          I want to thank you because this case is important.

11   You know it's important to me but it's not just important to

12   me.  It's really important to all of us.  It's not just

13   important today and tomorrow when you decide your verdict.

14   It's important for next week, next month, what happens after

15   you make a decision.  What's the impact of that decision.

16          We can't stay seated and stay quiet, not with this.

17   It can't be that we see something and we go on with our

18   routine and we look the other way, not with this.

19          We all have a role to play, to prevent terrorism,

20   every one of us.  We are interlinked, interdependent.  We need

21   to be together to stop this.

22          It just can't be that we can only act when a

23   government says, you have to act now.  It can't be that we

24   only do it when the computer gives us an alert.  If we know,

25   if we see it, if we experience it, from our common sense, we

GR      OCR      CM      CRR      CSR

1    have an obligation to act even if someone doesn't tell us you

2    have to act.

3              You know, kind of reminds me of the very beginning

4    of this case.  You may not remember.  It has been a long time.

5    But Mr. Babkoff, the police officer, came and he testified

6    about his investigation of the Dolphinarium bombing.  He

7    talked about making an arrest in that case, of the driver, who

8    drove the suicide bomber to the Dolphinarium disco.

9              That driver confessed.  He said you know what, I saw

10   that his chest was expanded.  I saw he had his finger on what

11   looked like it was a detonator.  And it wasn't an excuse that

12   no one in the government told me he was a terrorist.  It

13   wasn't an excuse that I was just driving the car.  I was just

14   doing what I do.  It wasn't.  Because he knew.  And that's

15   what matters.  He knew and he took that guy right to the

16   Dolphinarium and let him out to slaughter all those teenagers.

17             Mr. Stephens said, they didn't bring us a banking

18   expert.  That's because what they don't understand is, it's

19   not a case about banking.  It's a case about terrorism.

20             Would it have been a defense in the driver's case

21   that he brought an expert on driving?  I drove -- he drove

22   35 miles an hour.  It's not typical of drivers to notice

23   passengers in the backseat.  It doesn't matter.  Because he

24   knew.  He used his common sense, his experience and from that

25   he knew.

Summation - Elsner                                3291

1           Arab Bank knew that it was providing material

2    support to Hamas.  The judge is going to instruct you at the

3    end of this case, that Arab Bank knowingly provided services,

4    bank accounts, wire transfers, money, cash, to Hamas or anyone

5    working with Hamas, any agents of Hamas, then you can find

6    Arab Bank responsible.

7           I want to walk through some of the evidence.

8           Arab Bank's head of operations knew from the

9    Palestinian Territories the very day that the intifada began,

10   September 28, 2000.  He knew because he didn't fly to

11   Washington or make a phone call to Washington and ask.  He

12   knew because he was there and because he saw it with his own

13   eyes.

14          In the Palestinian territories, we have heard

15   testimony, everyone knew what was going on.  Everyone knew

16   about Hamas.  The bank's own employees testified that they

17   knew the leaders of Hamas.  And they knew that Hamas was

18   taking credit for suicide bombing attacks and shootings in the

19   middle of this violent period of the intifada.

20          The bank knew because with each terror attack there

21   was a media frenzy.  It was on the front page of the paper,

22   those papers delivered to Arab Bank branches every morning and

23   to the employee's home those nights.  It was on the front page

24   of the news, and in the evening, on television, CNN, the

25   stations we watch, the stations they watch.  The whole world

1   was aware.  We were all watching.

2            And Hamas capitalized on that media attention.  They

3   took credit for it.  They were on television.  It wasn't

4   secretive.  They were right out front.  They wanted credit.

5            So with each broadcast of each attack there was

6   someone from Hamas out there screaming, it was our guy, our

7   martyr.

8            What happens next?  They have this funeral that they

9   call a wedding.  We showed you some of the videos of those.

10  Here is a picture of one.

11           Tens of thousands of people attending this thing,

12  where they start to glorify this bomber as a martyr.  This one

13  is of Nablus, half mile, mile, from Arab Bank's branch.

14           Now, we heard that the Palestinian Territories is

15  just like Manhattan or Brooklyn.  But this is not.

16           Show the next picture.

17           It doesn't look like Manhattan to me.

18           Arab Bank knew because, if we go back to this

19  funeral picture, for tens of thousands of people there, there

20  was also news about those events.  That event was on the front

21  page of the paper.  Ads were put in the paper about these

22  wedding ceremonies.

23           But they knew because after this funeral, this

24  wedding, whatever this was, posters were created glorifying

25  these martyrs.  Here is one of these posters.  You have seen

1   some in the case.

2           These posters, Arab Bank knew, because they were on

3   the branches of the bank.  They didn't need to check an OFAC

4   list to know who the bomber was.  They saw it on the way in to

5   the office.

6           Mohammed Tehan, the operations manager, not only on

7   Arab Bank branches, he testified, they are all over the

8   streets.  They are present everywhere.

9           We heard Baker Al-Omari who testified for us here,

10  posters were everywhere you go.  It was on the face of our

11  branch.  Wherever you go you found these posters.

12          Arab Bank knew.

13          I guess what is perhaps more troubling with this

14  knowledge and this period of violence, Arab Bank from the top

15  management made a decision that they were going to start

16  publishing things which insight some of these feelings.  Their

17  own annual report, glossy annual report, the letter from the

18  chairman of the bank, Mr. Shoman, refers to Israel as the

19  occupying enemy in the 2000 report which is published in the

20  beginning of 2001.  The 2003 report has the same language at

21  the end of the intifada.

22          And they also create these calendars, 2001 calendar.

23  Destroyed Villages of Palestine.

24          I guess, kind of highlights different villages,

25  month to month.  I guess the thought being that you hang this

Summation - Elsner                                    3294

1    up and it just kind of adds to the fuel of the intifada.

2              You don't have to take my word for it.  We showed

3    this to Arab Bank's compliance manager, money laundering

4    officer, in London, David Blackmore.  They sent him one of

5    these calendars.  This is what he had to say about it.

6              (Audio plays; audio stops.)

7              That wasn't the only calendar.  The next year they

8    published this calendar, Select Events in history.  You can

9    look at it back in the jury, PX 8.

10             Select Events in History.

11             It includes Hitler's rise to power as a select event

12   in the history of Arab Bank.  It includes the first

13   Palestinian revolution.  It includes the first intifada, start

14   date and month.  It includes attacks on Palestinians and

15   Arabs.

16             Insight, not a message of peace, not a message of,

17   we need to get this intifada under control.  No.  A little

18   fuel on the intifada.

19             And these calendars demonstrate this spirit that

20   they felt about what was going on.  And it was capitalized by

21   asking all the employees to donate five percent of their

22   salary to support this intifada.

23             But it didn't end there.  Saudi Committee in support

24   of the Al-Quds intifada, they needed a bank.  They wanted to

25   support this up rising and Arab Bank had branches around the

1  world.  Arab Bank had branches all throughout the Palestinian

2  Territories.  And Arab Bank knew by January of 2001 all about

3  this program.

4          We show Plaintiff's Exhibit 441.

5          This is that letter from Shukri Bishara who came

6  here to testify.  Look at the subject line.  Right from the

7  beginning they knew that this was for the benefit of the

8  families of the martyrs and the injured of the Al-Aqsa

9  intifada.

10         He writes, we strive for the success of this party's

11 project.  He expected people to follow his advice, he said,

12 and they did.  The first person who received this memo wrote

13 very important on top.  It went to every branch in the

14 Palestinian Territories.  It was a direction from the top that

15 we want this project to succeed.

16         Then there were martyr ads placed in the newspaper.

17 We saw those, listing, notifying families to come to your

18 local branch of the Arab Bank and pick up your martyr payment.

19 It lists the name of the martyr, the beneficiary.  Those ads

20 were in Arab Bank's files because people came in with the ads

21 to receive their martyr payments.

22         Of course, the martyr charts.  Go to the next slide.

23 The letter to Arab Bank -- the next one -- you can skip

24 that -- this letter informing them to substitute a

25 beneficiary's name.

GR      OCR      CM      CRR      CSR

Summation - Elsner                                3296

1          If we go to the chart itself, list of names of the

2    martyrs, date of death, name of the martyr, cause of death,

3    martyrdom operation.  We have seen those.

4          The defense of the bank is, this was a humanitarian

5    program.  Nowhere in there does it list economic need at all.

6    It's not on the chart.  In fact, there isn't really any

7    evidence in the record about the economic need.

8          Mr. Stephens said the people are living on $2 a day.

9    But the martyr payment was for $5,303.  What if they had taken

10   the money from the martyr payment and really gave it to people

11   with economic need instead of those people that were martyred

12   as a result of the intifada?  Now that would have been

13   charity.

14         But you don't have to take my word for these charts.

15   Let's see what David Blackmore has to say about them from the

16   London offers of Arab Bank.

17              (Audio plays; audio stops.)

18         We showed him a second martyr chart.  What did

19   Mr. Blackmore say in response to that from Arab Bank's files?

20              (Audio plays; audio stops.)

21              (Continued on next page.)

22

23

24

25

                    GR      OCR      CM      CRR      CSR

- Plaintiffs' Closing -                    3297

1         MR. ELSNER:  When Arab Bank in the Palestinian

2    territories however got these charts, they wanted to know who

3    is putting them together.  So they asked.  They received this

4    letter indicating to them, the charities that were compiling

5    the names, the Islamic Charitable Society and the Al-Islah

6    Charitable Society, two charities that were controlled by

7    Hamas.

8         Arab Bank knew they were controlled by Hamas because

9    they were their customers.  Those charities had accounts at

10   Arab Bank.  Those charities were writing letters to Arab Bank

11   asking them to substitute one name for another.  But Arab Bank

12   knew for another reason, because the charts they were sending,

13   contained the names of suicide bombers' families in the charts

14   themselves.

15        If you go to the next slide.

16        THE COURT:  One second.  Can we switch mics with you

17   very quickly.  Yours is not working.

18        (Pause.)

19        MR. ELSNER:  In one of these letters, from one of

20   these charities to Arab Bank, this is PX 362, it says for your

21   information, no such lists, name exist on the lists of martyr

22   of the Al-Aqsa Intifada.

23        Why does that matter?  Because not everyone who was

24   killed in the Intifada got a payment.  Not everyone who was in

25   prison got -- family member got a payment.  Not everyone

- Plaintiffs' Closing -                3298

1    injured in that time period got a payment.  It was only those

2    people that Hamas thought that their death promoted the

3    Intifada.

4          Because it was only those on that Hamas chart from

5    these Hamas charities who received payment.  With the

6    limited-- we have asked for by the way, of course all the

7    account records for these two charities and they were not

8    produced to us.

9          If you go to the next slide, please.  Even though we

10   didn't have all the records, we cobbled together the best way

11   we could based on what we have, to demonstrate a connection

12   between this and these attacks.

13         We were able to demonstrate that five of the suicide

14   bombers' families in this case received payment and we were

15   able to tie, if you go to the next slide, Saudi Committee

16   payments to twelve specific attacks.

17         The Neve Yamin attack, the Dolphinarium bombing, the

18   Sbarro pizzeria bomb, the Ben Yehuda bombing, the Emmanuel

19   settlement bombing, the Park Hotel bombing, the bus number 32A

20   bombing, the shooting attack on route 60 bombing, the shooting

21   attack, the bus number 14 A attack, the shooting attack on

22   route 60, bus number two attack.

23         Now when Judge Cogan instructs you on the law, you

24   are going to hear that in order to find Arab Bank liable, were

25   their actions, did they contribute to the sequence of events

- Plaintiffs' Closing -                3299

1  which led to these attacks.

2          We don't have all of the records, but in the records

3  we have, we have shown you through the evidence, that their

4  payments to these Hamas operatives, family of suicide bombers,

5  have contributed to the sequence of events to cause these

6  attacks.

7          And by giving money to a terrorist group like Hamas,

8  who has declared their intent to carry out suicide attacks, it

9  is reasonably foreseeable, likely, that they are going to use

10 that money for these attacks like they did.  As they declared

11 every single time in their declarations of responsibility.

12         If you go to the next slide, please.

13         24 families of suicide bombers received payments

14 from the Saudi Committee and 145 families of operatives and

15 there are eleven payments directly to the operatives, from the

16 limited evidence that we have been able to see.

17         Arab Bank knew better than anyone else, who was

18 receiving those payments.  Because 92 percent of the payments

19 were to people who came into the branches of the bank, and got

20 those payments in cash.

21         The testimony was, in order to get a payment in

22 cash, you needed to prove your relationship to the person who

23 was the martyr or the person in prison.  So you needed to

24 bring in the death certificate, you needed to bring in proof

25 that someone was in prison, you needed to bring in your ID so

- Plaintiffs' Closing -                    3300

1   they could photocopy it.

2          So for each one of these payments, there is a file

3   at Arab Bank, showing the connection between the person who

4   got the money and the martyr, the suicide bomber, the

5   prisoner, but we don't have any of those records.

6          You're never going to be able to go and look at

7   every single wire transfer and match it with what is actually

8   in Arab Bank's files, so that you can make that connection.

9          But, because they didn't produce that to you, the

10  Judge will instruct you that you may infer that that evidence

11  would show that Arab Bank knowingly contributed money to Hamas

12  operatives and terrorists.

13         The contributions -- the instruction also provides

14  this, that Arab Bank's contributions to Hamas don't need to be

15  the sole cause of those attacks.  You don't have to trace a

16  specific dollar to a specific attack.  It is enough if Arab

17  Bank's contributions to Hamas were a substantial contributing

18  factor to the sequence of events which led to this.  We have

19  shown you that it was.

20         This period of violence in the Intifada, there were

21  road blocks, travel was difficult, branches could barely stay

22  open.  But Arab Bank could wire money and that is what Hamas

23  needed.  Hamas needed money not just for the bombs and the

24  bullets, the website, the newspapers that they ran.  Hamas

25  needed money to create this entire infrastructure of social

- Plaintiffs' Closing -                    3301

1    support.  Why?  Because you know what it is like in a

2    conflict.  People get disillusioned, there is a lot of

3    violence, people getting injured, people getting killed.

4    Hamas was sophisticated, they understood they needed to create

5    a social network to keep people energized, to keep people

6    fighting for the Intifada.

7              In order for that money to flow in, you could not

8    fly it in or move it by donkey or anything else, you needed to

9    wire the money.

10             And Hamas was raising money all over the world, so

11   it needed a bank.  It needed a bank that had branches around

12   the world to collect money.  It needed a bank that could wire

13   that money into the Palestinian territories.  It would really

14   help if that bank was a little idealogically in their favor so

15   they didn't ask too many questions, so they would look the

16   other way, when it said, payment to the suicide bomber.

17             They needed a bank that had branches all over the

18   Palestinian territories in Gaza, so that the money could be

19   paid to cells, so that the money could be paid to the Zakats

20   operating in those specific areas.

21             Arab Bank we have shown you was that bank.

22             In all, we have shown you that Arab Bank provided

23   material support to Hamas by maintaining accounts for eleven

24   specialty designated global terrorists and they admitted that

25   over $2.5 million ran through those accounts, to Hamas

- Plaintiffs' Closing -                    3302

1    members, after the designation.

2          We have shown you evidence that $35 million -- if we

3    can show some of those slides -- was paid to the families of

4    martyrs, prisoners and injured of the Intifada.  We have shown

5    you evidence that -- go to the next slide.

6          $32 million of that was paid in cash over the

7    counter.  We have shown you evidence that Arab Bank

8    transferred over $15 million to these Zakat accounts that were

9    controlled by Hamas.

10         If you can go back one.

11         These Zakat accounts, just touch on that for just a

12   minute.  There is a debate, were they controlled by Hamas or

13   not.  When you get back to the jury room, take a look at

14   Plaintiff's Exhibit 37, the Watson memorandum, this is what

15   the F.B.I. said was Hamas.

16         Mr. Levitt who worked at Treasury, who worked at the

17   F.B.I., he was here.  He said which of these charities were

18   Hamas, all of them.  He testified about the Holy Land

19   Foundation trial, do you remember that?  Zakats in that case,

20   that the defendant claims were not Hamas.  I will tell you why

21   they claim that next.

22         But a jury in Dallas, Texas, found that the way that

23   the Holy Land Foundation moved money to Hamas were through

24   those Zakat accounts.  The same accounts that Arab Bank

25   maintained.

- Plaintiffs' Closing -                          3303

1      And Arab Bank knew, ask Mr. Billard, because they

2   got a subpoena to produce those records.  There was some

3   testimony that Mr. Blackmoore in London had closed that

4   Interpal account.  He closed that account down because he read

5   about it in the paper, and he got concerned about funding

6   terrorism.  So he did the right thing and he shut down the

7   account, even though it was not designated in the U.K..  So

8   wait a second, I thought you needed a list to say he was a

9   terrorists.  That is not what David Blackmore needed.

10      After that, Arab Bank moved $600,000 for Interpal,

11   after David Blackmore shut it down.

12      Well, David Blackmore shut it down, but the money

13   will still run through as long as it is not on the OFAC list.

14      By the way that whole time, it was on the U.S. list.

15   $600,000 after Interpal was designated in the United States.

16      $15 million to the Zakat committees, what is next?

17   Leadership of Hamas.  $4 million to various leaders of Hamas,

18   all by the same guy by the way, Yousef al-Hayek they said you

19   don't know who Yousef al-Hayek is.  I know, because you didn't

20   produce us any of the records.

21      If I had the records, I would know who Yousef

22   al-Hayek is, we tried, we looked all over Lebanon, we tried to

23   figure out who that guy was, I could not figure it out.

24      You know what, one person knew, whoever wired that

25   money from their branch to the tune of $4 million in a

- Plaintiffs' Closing -                    3304

1    15-month period.

2         By the way, every single wire transfer is there to

3    the Hamas leaders, they all went through the New York branch.

4    But lucky for Yousef al-Hayek, Brian Billard didn't know Hamas

5    was a terrorist organization.  Head of compliance.

6         So in all, we have got over $73 million moved to

7    Hamas front groups, leaders of Hamas, Hamas families of

8    suicide bombers, all in the short period of time.  And the

9    question for you is, did $73 million in this period of time,

10   where you could barely move from one branch to another, did

11   that substantially contribute to the sequence of events, which

12   permitted Hamas to carry out these 24 attacks.

13        Wasn't any other way to do it.  If you are Hamas,

14   there is no other way to get $73 million.  The only way to do

15   it is with a bank.

16        Now, there is a story I wanted to tell you in

17   opening, I didn't get the chance.  I will tell it to you now.

18   I hope it lives up to its billing.

19        The Judge is going to instruct you and it is on page

20   14 of his instructions, that you may find that the bank knew,

21   if they deliberately closed their eyes to a fact.  You know,

22   sometimes it is called turning a blind eye.

23        So I want to figure out how that phrase started.  It

24   came from an old navel battle in 1801, the battle of

25   Copenhagen.  The British were fighting this Naval battle, and

RB        OCR

- Plaintiffs' Closing -                    3305

1    there was an admiral, he was a little skittish.

2            So, he issued a flag, there wasn't electricity, that

3    we should retreat.  Well, one of his captains, who later

4    became Lord Nelson.  His assistant came to him and said, hey,

5    Nelson, they are asking us to retreat.  Lord Nelson, who is

6    blind in his right eye and who had no intention of retreating,

7    picked up his spy glass and looked through his blind eye, he

8    said, I don't see any evidence that we should retreat.

9            Turning a blind eye.  That is what the bank did.  It

10   didn't turn a blind eye the morning when those martyr charts

11   came in.  They turned a blind eye or claimed they were, when

12   we confronted them with the evidence before them.

13           Let's show the clip of Mohammed al-Tahan.

14           When asked about PX 327, letter from Arab Bank

15   substituting the name of martyrs if it raised any suspicion,

16   Mr. Saleh said in response, no manager of any department can

17   take hold of the letters and read them, I simply referred them

18   on to Mr. Assad Saleh.

19           Mr. Stephens promised to us in opening, that he was

20   going to bring Mohammed Tahan here to testify.  He was right

21   halfway.  He brought him.  He is over there.  But he is

22   sitting in the wrong chair.  That is the chair where you

23   explain what you saw, and what you did, not that chair.

24           Assad Saleh who is he.  He was the guy in charge of

25   the wire transfer unit.  So we asked him about the same

1    document.  You know what he said?  I know it is written in the

2    charts that are attached, but I don't really know if they are

3    attached.

4            I said, well, but they produced the letter with the

5    charts attached.  He said, well, yeah, but I don't know if

6    these are really the charts that were there.

7            So I asked him a third time, well, he says, I know

8    that is written in the letter but I really don't know if they

9    are attached or not.

10           It would have been nice for you to hear him here so

11   he could explain what he meant, what he did.  They brought him

12   here.  He is over there.  But he is not in the right chair.

13   Can't ask him any questions back there.

14           Assad Saleh, was the manager in charge of executing

15   all these wire transfers.  His department was the one that

16   looked at these martyr charts and decided who the old

17   beneficiary was to change to the new beneficiary.

18           So when you get back there and you look at those

19   martyr charts, take a look at where the new beneficiary was,

20   compared to the cause of death, yeah.  The column right next

21   to it.  It overlaps.

22           (Transcript continues next page.)

23

24

25

1          MR. ELSNER:  It didn't just end there.  We actually

2     asked Mr. Shoman about those annual reports, you know,

3     referring to Israel as the occupying enemy.  They were written

4     by his father at a time when Mr. Shoman was on the board.

5          His response:  He says, "This word" in Arabic he

6     said, "that's an expression that's used in many regions of the

7     world when forces of one country invade another territory.

8     For example, I think of world wars like the unfortunate world

9     wars that took place, like World War II, when the German side

10    occupied the large portions of Europe.  That's a time when

11    they were talking about occupying enemy.

12         I asked him about the 2003 report.  Have you heard

13    that phrase before?  He says, I'm trying to remember, you

14    know, that expression, occupying forces.  It's used so

15    internationally.  I've heard it used with respect to Africa,

16    occupying forces in Africa.  Really?

17         When the phrase is "Our suffering brothers in

18    Palestine, suffering from the occupying enemy," it's just a

19    basis, it's just an excuse.  We've heard too many excuses.

20    We've heard some right here in the courtroom.

21         You know, Beverley Milton-Edwards, she showed the

22    picture of Salah Shehada from the cover of her book, and

23    showed her the video of Salah Shehada.  I don't know.  I can't

24    really tell.  How much more blind can you get?  I'm not really

25    completely sure.

Summation - Elsner                    3308

1          Brian Billard, he had testified the Arab Bank branch

2     in New York followed government policies and procedures, and

3     we were in strict compliance.  We strictly adhered to OFAC

4     rules to the strictest degree.  We promptly filed all of our

5     suspicious activity reports.  But that's not what the

6     government thought.

7          How can he come in here and tell all of us that, I

8     followed all the rules and all the regulations, when he knew

9     that the government had come in and done an investigation of

10    Arab Bank's New York branch, and concluded that they failed to

11    show activity associated with designated entities to identify

12    particularly suspicious activities?  You know.  What's

13    interesting about that first phrase, that banking expert they

14    brought, she said banks weren't required to do this in this

15    period of time, the exact conclusion that the government

16    reached.

17         Number two, the government concluded that the Arab

18    Bank failed to review information in its possession that would

19    have shown that it was clearing fund transfers for individuals

20    and entities dealing with subsequently designated terrorists

21    and terrorist organizations, and they failed to analyze that

22    information, and they failed to file suspicious activity

23    reports referencing terrorist and financing in a timely

24    manner.

25         Why is that important?  Because remember, we all

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

1   have that role to play to prevent terrorism.  And the role

2   banks play in that is that when they identify something

3   suspicious, they report it to the authorities.  It's like any

4   type of thing.  If we see something that's wrong, we're

5   supposed to report it to the authorities, because the

6   authorities can see anything --

7           MR. STEPHENS:  Your Honor, I have an objection.

8           THE COURT:  Well, ladies and gentlemen, the exhibit

9   was not admitted into evidence.  It was used solely to

10  challenge the credibility of Mr. Billard, and that's the only

11  purpose for which you can consider it.

12          Continue.

13          MR. ELSNER:  Brian Billard came in here and he said

14  that, We followed all the regulations, which just simply

15  wasn't true.

16          The other thing he did, I think this is really what

17  bothers me, and it gets to the real heart of this whole thing,

18  when they did their investigation to come in here to testify

19  before all of you, you know what he investigated?  He

20  investigated whether the software with the OFAC list picked up

21  each of the names.  Why would he do that?  These transfers

22  already went off.  He did that as a defense for you.

23          You know what he didn't do?  He didn't actually go

24  and figure out, Are these people terrorists or not?  He didn't

25  actually ask the Gaza branch to, Give us the records, give him

1    the records, so he can look at it and see is he a terrorist or

2    not.  His investigation was, did the software work?

3            It's not a banking case.  It's a terrorism financing

4    case.  We're trying to figure out whether you knew, whether

5    you gave money to terrorists, not whether your software worked

6    or didn't work.  It's immaterial.  The answer is where the

7    account was held.

8            You know, we've heard a lot about seven stories of

9    documents.  This is that Sheikh Yassin transfer, the one with

10   the extra E. Didn't catch it on the OFAC.  This is what we got

11   from Sheikh Yassin's account.  One piece of paper.

12           I wonder what's in that account at the New York

13   branch.  I'm always going to wonder.  What was there?  Was the

14   passport photo there?  How much money came in and went out

15   every month?  Did he use it to buy weapons and explosives?

16   Did he use it to fund the website?  Did he use it to fund the

17   TV station, the newspapers?  Who was sending him the money?

18   We're never going to know, because they didn't bring any of

19   those records here for us to look at.

20           Do you know how quick this case would have taken had

21   they brought them?  It would be done, because we would have

22   the evidence, all the evidence to show you, and we didn't.

23   But based on what we did have, we have met our burden.

24           If you could go to the last slide.

25           Ladies and gentlemen, when you go back to the

Summation - Elsner                                    3311

1    verdict room to begin to deliberate, this is the form that

2    you're going to have.  And you're going to consider, in

3    answering the questions here, whether Arab Bank is responsible

4    for these twenty-four attacks.  When you consider that

5    question I want you to consider whether $73 million, that's

6    just what we know of, not the full universe of what might have

7    been, whether that contributed to the sequence of events

8    during this period of time that resulted in these twenty-four

9    attacks.

10             We have proven to you that Hamas carried out these

11   attacks.  We brought in several experts that came forward,

12   Shaked, Mr. Coleman, they brought you indictments.  They

13   brought you confessions.  They brought you statements of

14   responsibility from Hamas.  Like even Beverley Milton-Edwards

15   said eight of the attacks were committed by Hamas.  We've more

16   than proven that Hamas carried out these attacks.

17             You know, the very first witness in this case was

18   Steve Auerbach, and he was standing on a bus.  You may recall

19   that a man was boarding that bus dressed as a Hassidic Jew.

20   But there was something wrong about him.  He was wearing

21   wing-tipped shoes, and Hassidic Jews don't wear winged-tipped

22   shoes.  And the bus stopped at the wrong place, and his chest

23   looked bigger, and he knew, not because anyone in the Israeli

24   Government told him, but he knew based on his common sense and

25   his experience what was happening.

Summation - Osen                              3312

1       When you go back into the jury room, take with you
2   Mr. Auerbach's comments.  Take with you your lifetime
3   experience, your judge of human nature, your judge of when
4   people are telling you the truth and not telling you the
5   truth, and find this bank, Arab Bank, responsible for each of
6   these twenty-four attacks, so that this bank will never fund
7   Hamas or any other terrorist group ever again, so that every
8   other bank knows, If you knowingly contribute to Hamas or any
9   other terrorist group, you, too, can be held responsible.  The
10  decision rests with you.  You're the only ones that decide it.
11  You're the only ones that get to decide it.  We put our faith
12  in you to reach a just judgment and hold them responsible.
13      I thank you so very much for your attention and for
14  your service.
15      THE COURT:  Thank you, Mr. Elsner.
16      Mr. Osen.
17      MR. OSEN:  As you all know, I struggle with this.
18      You've come to the end, and the good news is, you
19  only have five minutes to go.
20      A month ago, actually, a little bit over a month
21  ago, this trial started with Steve Auerbach's testimony.  It's
22  been so long ago, and we've seen so much and so many videos
23  that I wanted to remind you one last time where we started,
24  because, in fact, this case started with Steve Auerbach.
25      You heard the story, and I'm not going to go through

Summation - Osen                                          3313

1    it all again, but Steve tried to stop the suicide bomber, and

2    unfortunately, he failed, and a lot of people died, and Steve

3    was left permanently in a wheelchair.

4            But he didn't give up.  He didn't want the rest of

5    his life to be defined by being a victim, and so he agreed and

6    he wanted to do something else, because there was nothing to

7    be done about the suicide bomber, Basem Takruri.  You saw the

8    videotape of Mr. Takruri before he committed suicide.  It

9    looks he was about fifteen years old.  Basem Takruri was dead,

10   along with all of his victims.  And Steve, a former police

11   officer, security expert, knew that there was not anything

12   more to be done about Basem Takruri.  So, this case, ten years

13   this case has taken to hold accountable not Basem Takruri and

14   not Hamas, but the people who made Basem Takruri possible.

15           Now, you heard evidence from Mr. Spitzen in this

16   case about an organization that the bank talked about this

17   morning, Al Ansar Foundation, and how they had, separate and

18   apart from the Saudi Committee, yet another program to pay the

19   families of the martyrs.  Lo and behold, on the list of the Al

20   Ansar Martyrs, Al Ansar had several accounts with Arab Bank.

21   There is Mr. Basem Takruri.

22           Now, in fairness, Mr. Takruri almost certainly did

23   not get the money, his family did, as a reward for his

24   service, for blowing up Bus Number Six.  Steve Auerbach was

25   the bravest man I ever met, and every day of his life after

3314

1  that bombing was a challenge, and he hoped that this lawsuit

2  would do some good, that it would help stop this process of

3  paying the families of suicide bombers.  And all of my

4  colleagues here worked for the last ten years to hold these

5  people accountable.  But in the end, Steve couldn't do the job

6  and we can't do the job.

7            And it's fitting that the people who helped murder

8  American citizens would be judged by Americans.  That

9  accountability comes only from you.  This is the first civil

10  trial under the Anti Terrorism Act against a financial

11  institution, holding them accountable for this kind of

12  conduct.

13            There's nothing else that we can say or do to

14  convince you.  You'll get the charge from the judge.  You'll

15  go back to the room with all the evidence.  You and you alone

16  can finish the job Steve started.

17            Thank you.

18            THE COURT:  All right.  Ladies and gentlemen, the

19  charge is going to take about half an hour, thirty-five

20  minutes.

21            Do you need a short break, or do you want to just go

22  into it?

23            A JUROR:  I want a break.

24            THE COURT:  Break?  Okay.

25            Let's take just a ten-minute break.

3315

1          We'll come back here at twenty-five of 5:00.

2          Thank you.

3          (Jury excused.)

4          THE COURT:  Okay.

5          Ten minutes.

6          (Recess taken.)

7          (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Charge of court                              3316

1        (The following occurred in the absence of the jury.)

2        THE COURT:  I understand you have some issues with

3   the exhibits.  That's fine.  We will work it out.

4        Let's get the jury charged and instructed and we can

5   work out the exhibits even while they are deliberating.  So

6   don't worry about it.

7        Bring in the jury, please.

8        (Jury present.)

9        THE COURT:  All right.  Be seated, please.

10       Ladies and gentlemen, now that the evidence in this

11  case has been presented and the attorneys have concluded their

12  closing arguments, it is my responsibility to instruct you on

13  the law that governs this case.  The instructions I am going

14  to give you will be in three parts.

15       First, I am going to instruct you on the general

16  rules that govern your duty as jurors in a civil case.

17  That's the longest part of the instructions.

18       Second, I am going to instruct you on the legal

19  elements of the plaintiffs' claims; and then, third -- and

20  it's very brief, the third section -- I will give you some

21  principles that you will use in your deliberations.

22       You are about to enter your final duty, which is to

23  decide the fact issues in this case.  It has been very obvious

24  to me, and I'm sure to counsel for the parties, that you have

25  faithfully discharged your duty to listen carefully and

1  observe each witness who testified.  Your interest never

2  lagged in this long trial and you followed the testimony with

3  close attention.  I also want to thank each of the attorneys

4  for the very conscientious efforts that they undertook on

5  behalf of their clients.

6          Please give me the same careful attention now that

7  you did the evidence during the trial.

8          You have heard all the evidence in the case, as well

9  as the final arguments of the lawyers for the parties.  My job

10  at this point is to instruct you on the law.  It is your duty

11  to accept these instructions and apply them to the facts as

12  you determine them, just as it has been my duty to preside

13  over the trial and decide what testimony and evidence is

14  relevant under the law for your consideration.

15          On these legal matters, you have to take the law as

16  I give it to you.  If any attorney has stated a legal

17  principle different from any that I state to you in these

18  instructions, it is my instructions that you have to follow.

19          Don't single out any one instruction alone as

20  stating the law.  You have to consider the instructions as a

21  whole when you retire to deliberate in the jury room.

22          You also cannot be concerned about the wisdom of any

23  rule that I state.  Regardless of any opinion that you may

24  have as to what the law may be, or should be, it would violate

25  your sworn duty to base a verdict upon any view of the law

GR      OCR      CM      CRR      CSR

1   other than that which I am about to give you.

2          As members of the jury, you are the sole and

3   exclusive judges of the facts.  You pass upon the evidence.

4   You determine the credibility of the witnesses.  You resolve

5   such conflicts as there may be in the testimony.  You draw

6   whatever reasonable inferences you decide to draw from the

7   facts as you have determined them, and you determine the

8   weight of the evidence.  In determining these issues, no one

9   may invade your province or functions as jurors.

10         Remember that in carrying out your duty, you took an

11  oath to render judgment impartially and fairly, without

12  prejudice or sympathy, and without fear, solely upon the

13  evidence in the case and the applicable law.  I know that you

14  will do this and reach a just and true verdict.

15         Now, in the course of the trial, it has been

16  necessary for me to rule on the admission of evidence.  You

17  must not conclude from any ruling that I have made, or from

18  any question I may have asked, or from anything that I may

19  have said during the course of the trial, that I favor any

20  party to this lawsuit.  I do not.  I hold no such view, I

21  assure you.  It is going to be your recollection of the

22  evidence and your decisions on the issues of fact that will

23  decide this case.  You are also to draw no inference from the

24  fact that I occasionally asked questions of certain witnesses.

25  When I did that, that was only intended for clarification or

Charge of court                                    3319

1    to expedite matters and certainly it wasn't intended to

2    suggest any opinion on my part as to what verdict you should

3    render, or whether any of the witnesses may have been more

4    credible than any of the other witnesses.  You are expressly

5    to understand that I have no opinion as to the verdict you

6    should render in this case.  It is entirely up to you.

7            It is the duty of the attorneys on each side of the

8    case to object when the other side offers testimony or other

9    evidence that an attorney believes is not properly admissible.

10   Counsel also have the right and the duty to ask me to make

11   rulings of law and to request conferences at the side bar out

12   of your hearing.  All those questions of law have to be

13   decided by me.  You should not concern yourselves with, or

14   speculate about, the contents of any discussion that I may

15   have had with the lawyers at the side bar.  You also must not

16   bear any prejudice against any attorney or that attorney's

17   client because that attorney objected to the admissibility of

18   evidence or asked for a side bar conference out of your

19   hearing, or asked me to make a ruling on a point of law.

20   That's their job.  They are supposed to do that.

21           In reaching your verdict, you are not to be swayed

22   by sympathy for the parties; nor what the reaction of the

23   parties or of the public to your verdict may be, or whether it

24   will please or displease anyone; or be popular or unpopular

25   or, indeed, by any consideration outside the case as it has

GR        OCR        CM        CRR        CSR

1  been presented to you in this courtroom.  You should consider

2  only the evidence, find the facts from what you consider to be

3  the believable evidence, and apply the law as I am now giving

4  it to you.  Your verdict will be determined by the conclusion

5  you reach, no matter whom the verdict helps or hurts.

6          It would be improper for you to consider any

7  personal feelings you may have about any of the parties' or

8  the witness' race, religion, national origin, sex or age.

9  Those considerations have no place in this court.

10         The parties in this case are entitled to a trial

11 that is free from prejudice.  Our judicial system can't work

12 unless you reach your verdict through a fair and impartial

13 consideration of the evidence.

14         In this case, the defendant is a foreign bank.  The

15 mere fact that one of the parties is a bank and is foreign

16 does not mean that it is entitled to any lesser or greater

17 consideration by you.  All litigants are equal before the law,

18 and corporations and banks, big or small, foreign or domestic,

19 are entitled to the same fair consideration as you would give

20 any other individual party.

21         In deciding this case, you may only consider the

22 exhibits which have been admitted into evidence, the testimony

23 of the witnesses as you have heard it in this courtroom, and

24 has been read from their sworn testimony before trial --

25 that's the depositions -- and the stipulations entered into by

GR      OCR      CM      CRR      CSR

Charge of court                    3321

1  the parties.

2          Arguments, remarks, and summations of the attorneys

3  are not evidence.  Nor is anything that I may have said with

4  regard to the facts of this case.  Anything you may have seen

5  or heard about this case outside the courtroom, although I

6  know you all tried really hard not to let that happen, if you

7  did hear anything, that is not evidence and it has to be

8  disregarded.

9          There are two types of evidence that you can

10  consider.

11          One type is called direct evidence.  Direct evidence

12  is a witness' testimony, or the contents of a document, about

13  what the witness saw, heard, or observed.  In other words,

14  when a witness testifies about what is known to that witness

15  by virtue of the witness' own senses -- what the witness sees,

16  feels, hears or touches -- that's called direct evidence.

17          Circumstantial evidence is evidence that tends to

18  prove a fact by proof of other facts.  Here is the example

19  that we use to demonstrate the difference between direct and

20  circumstantial evidence.  If you are outside and it is raining

21  and you see rain coming down, you've got direct evidence of

22  it.  You see it, with your own eyes.  You know it is

23  happening.  But we are here in a courtroom and you can't

24  really tell from the window what it is doing outside.  You

25  really don't know.  But if someone were to walk in here

GR      OCR      CM      CRR      CSR

Charge of court                          3322

1    wearing a dripping wet raincoat and carrying a dripping wet

2    umbrella, you could conclude that it is raining outside.  On

3    the other hand, if people keep walking in in coats and they

4    are dry, you could conclude that it is not raining outside.

5           That's all there is to circumstantial evidence.  You

6    infer on the basis of reason and experience and common sense

7    from an established fact the existence or the nonexistence of

8    some other fact.  Circumstantial evidence is of no lesser

9    value than direct evidence.  You alone decide what weight to

10   give to all of the evidence.

11          Some of the evidence that I have admitted in this

12   case or that was shown to you, I told you I was letting that

13   happen for a limited purpose only.  When I instructed that an

14   item of evidence was admitted for a limited purpose, you must

15   consider it only for that limited purpose and for no other.

16          If you have any question about whether a particular

17   item of evidence was admitted or shown to you for a limited

18   purpose, just send out a note and we will clarify that for

19   you.

20          The law does not require you to accept all of the

21   evidence that I admitted.  In deciding what evidence you will

22   accept, you must make your own evaluation of the testimony

23   given by each of the witnesses, and decide how much weight you

24   choose to give to that testimony.  As I mentioned when we

25   started the trial, there is, unfortunately, no magic formula

GR      OCR      CM      CRR      CSR

Charge of court                                    3323

1   by which you can evaluate testimony.  You bring with you to

2   this courtroom all of the experience and background of your

3   lives.  In your everyday affairs, you decide for yourselves

4   the reliability or unreliability of things that people say to

5   you.  The same tests that you use in your everyday dealings

6   apply in your jury deliberations here.  For example, the

7   interest or lack of interest of any witness in the outcome of

8   the case; the bias or prejudice of a witness, if there is any;

9   the manner in which the witness gives testimony on the stand;

10  the opportunity that the witness had to observe the facts

11  about which the witness has testified; and the probability or

12  improbability of the witness' testimony when considered in

13  light of all of the other evidence in the case, all these are

14  items for you to consider in deciding how much weight, if any,

15  you are going to give to that witness'  testimony.

16        If it appears there is a discrepancy in the

17  evidence, you will have to consider whether the apparent

18  discrepancy can be reconciled by fitting the two stories

19  together.  If that's not possible, then you will have to

20  decide which of the conflicting stories you will accept.

21        The parties to this lawsuit and some of the other

22  witnesses testified before you.  The parties, and some of

23  these witnesses, are considered interested witnesses, which

24  means, they may stand to benefit in some way from the outcome

25  of the case.

GR       OCR       CM       CRR       CSR

Charge of court                                        3324

1          An interested witness is not necessarily less

2   believable than a disinterested witness.  The fact that the

3   witness is interested in the outcome of the case does not mean

4   that the witness hasn't told the truth.  It is for you to

5   decide from the demeanor of the witness on the stand and such

6   other tests as your experience dictates whether or not the

7   testimony has been influenced, whether intentionally or

8   unintentionally, by any interest that the witness has.  You

9   may, if you consider it proper under all of the circumstances,

10  not believe the testimony of such a witness, even though it is

11  not otherwise challenged or contradicted.  However, you are

12  not required to reject the testimony of such a witness, and

13  you can accept all or such part of that witness' testimony as

14  you find reliable and reject the part that you find unworthy

15  of acceptance.

16          Certain witnesses in this case did not speak English

17  as their first language and had limited abilities speaking and

18  understanding English.  An interpreter, as you know, was used

19  during their testimony.  You must not make any assumptions

20  about a witness based solely upon the use of an interpreter to

21  assist that witness.  The fact that witness' testimony was

22  translated from a foreign language must not be considered in

23  deciding the credibility of the witness:  Testimony must not

24  be discounted or disregarded solely because it was translated.

25          The evidence to be considered by you is only that

GR       OCR       CM       CRR       CSR

Charge of court                                          3325

1    provided through the official court interpreters for

2    testimony.  The same applies with respect to documents in this

3    case, where the parties have agreed to translations.  Unless

4    you have been informed of some objection or dispute, you must

5    accept the agreed English interpretation or translation.

6              You have also seen video of and heard the lawyers

7    read portions of documents referred to as examinations before

8    trial, or more familiarly depositions.

9              At some point before this trial began, the witness,

10   under oath, answered certain questions put to him by the

11   lawyers for the parties, or her.  We had one female witness, I

12   think.  A stenographer recorded the questions and answers and

13   transcribed them into a document which the witness later

14   signed before a notary public.  The portions of the transcript

15   of the examination before trial that you heard are to be

16   considered as if the witness were testifying from the witness

17   stand.

18             You have heard testimony from witnesses described as

19   experts.  Experts are witnesses who by education, experience,

20   or training have acquired learning or experience in a science

21   or other specialized area of knowledge.  Such witnesses are

22   permitted to give their opinions as to relevant matters in

23   which they profess to be experts and give their reasons for

24   their opinions.  Expert testimony is presented to you on the

25   theory that someone who is experienced in the field can assist

Charge of court                                3326

1   you in understanding the evidence or in reaching an

2   independent decision on the facts.

3          Your role in judging credibility applies to experts

4   as well as to other witnesses.  You should judge this

5   testimony in the same way that you judge the testimony of any

6   other witness.  The fact that such a person has given an

7   opinion does not mean that you are required to accept it.  In

8   weighing the testimony, you should consider the factors that

9   generally bear upon the credibility of a witness, as well as

10  the expert witness' education, training and experience, the

11  soundness of the reasons given for the opinion, and all other

12  evidence in the case.  You should consider the expert opinions

13  which were received in evidence in this case and give them as

14  much or as little weight as you think they deserve.  If you

15  decide that the opinion of an expert was not based on

16  sufficient education, experience or sufficient data, or if you

17  should conclude that the trustworthiness or credibility of the

18  expert is questionable for any reason, then you might

19  disregard the opinion of that expert.  Furthermore, if the

20  opinion of an expert was outweighed, in your judgment, by

21  other evidence in the case, then you might disregard the

22  opinion of that expert entirely or in part.

23          On the other hand, if you find that the opinion of

24  an expert is based on sufficient data, education, training and

25  experience, and the other evidence does not give you reason to

Charge of court                    3327

1   doubt his or her conclusions, you would be justified in

2   placing great reliance on the expert's testimony.

3              (Continued on next page.)

- Charge -                                                    3328

1          THE COURT:  The expert's opinion is what you must

2    consider.  The facts and data upon which an expert based that

3    opinion are not evidence, unless those facts were

4    independently admitted into evidence.

5          Now, you heard me say that the plaintiffs must prove

6    their case by a preponderance of the evidence.  The question

7    you naturally have is, "what does a preponderance of the

8    evidence mean?" To establish a fact by a preponderance of the

9    evidence, means to prove that something is more likely true

10   than not true.  In other words, preponderance of the evidence

11   means, such evidence that when considered and compared with

12   the evidence opposed to it, has more convincing force, and

13   produces in your mind, the belief, that what is sought to be

14   proved is more likely so than not so.

15         A preponderance of the evidence means, a greater

16   weight of the evidence.  It refers to the quality and

17   persuasiveness of the evidence, not the number of witnesses or

18   documents produced by either party.

19         In determining whether a claim has been proved by a

20   preponderance of the evidence, you may consider the relevant

21   testimony of all witnesses, regardless of who may have called

22   them, and all the relevant exhibits received in evidence,

23   regardless of who may have produced them.

24         The burden of proof rests on the plaintiffs.  That

25   means, that in order for the plaintiffs to prevail, the

- Charge -                                                3329

1   evidence that supports their claim must appeal to you as more

2   nearly representing the truth than the evidence opposed to

3   their claim. If it does not, or if it weighs so evenly that

4   you are unable to say that there is a preponderance on either

5   side, then you must decide the question in favor of the

6   defendant. It is only if the evidence favoring the plaintiffs'

7   claim outweighs the evidence opposed to it that you can find

8   in favor of the plaintiffs.

9           Now, during these instructions, you have heard me

10  use the term, "inference," and in the lawyers' arguments, they

11  asked you to infer on the basis of your reason, experience and

12  common sense from one or more established facts, the existence

13  of some other fact.

14          An inference is not a suspicion or guess.  It is a

15  reasoned, logical decision to conclude that a fact exists on

16  the basis of another fact, that you know exists. There are

17  times when different inferences maybe drawn from facts,

18  whether proved by direct or circumstantial evidence.  The

19  plaintiffs want you to draw one set of inferences, while the

20  defendant wants you to draw another set of inferences. It is

21  for you and you alone to decide what inferences you are going

22  to draw.

23          The process of drawing inferences from facts in

24  evidence is not a matter of guesswork or speculation.  An

25  inference is a deduction or conclusion that you, the jury, are

- Charge -                                                    3330

1  permitted, but not required to draw, from the facts that have

2  been established by direct or circumstantial evidence.

3        Now, before a case goes to trial, the litigants go

4  through a process called "discovery". In that process, each

5  party is required to turn over documents in their possession

6  that are relevant to the other side's case, as well as have

7  witnesses answer questions posed by that other party.

8  Nevertheless, in this case, the defendant refused to produce

9  certain documents that the plaintiffs requested and refused to

10 permit their witnesses to answer questions during depositions.

11        Accordingly, based on this refusal, you may, but you

12 are not required to infer the following:

13        First, that the defendant provided financial

14 services to Hamas, and to individuals affiliated with Hamas.

15        Second, that defendant processed and distributed

16 payments on behalf of the Saudi Committee to terrorists,

17 including those affiliated with Hamas, the relatives or

18 representatives.

19        And, three, that the defendant did these acts

20 knowingly.

21        Now, because the bank made a complete production of

22 the account records of Osama Hamdan, it is entitled to rely on

23 the files it produced with respect to its state of mind as to

24 that account.

25        Now, the mere existence of an inference against the

1  defendant, does not by itself relief the plaintiffs of the

2  burden of establishing their case by a preponderance of the

3  evidence.

4        If the plaintiffs are to obtain a verdict, you must

5  still find from the credible evidence that they have sustained

6  the burden cast upon them.  If plaintiffs have failed, then

7  your verdict must be for the defendant. If you should find

8  that all of the evidence is evenly balanced, then the

9  plaintiffs have failed to sustain the burden of proof and your

10 verdict should be for the defendant. If and only if you

11 determine after carefully weighing all the evidence, that the

12 facts favor the plaintiffs by the standard I have articulated,

13 then they have met their burden of proof.

14       All right.  Let me turn now to the legal elements of

15 the claim you are going to decide.  It is the second part of

16 these instructions.

17       First, let me define for you the word, "knowingly".

18 Because plaintiffs' claims implicate the concepts of knowledge

19 and intent, I'm going to discuss these concepts before

20 addressing the elements of those claims. You should consider

21 the term "knowingly", to have the definition I am about to

22 give, wherever it is mentioned in these instructions.

23       A person acts knowingly, if he acts intentionally

24 and voluntarily, and not because of ignorance, mistake,

25 accident or carelessness. Whether the defendant acted

- Charge -                                              3332

1   knowingly maybe proven by its conduct and by all of the facts

2   and circumstances surrounding the case.

3          One way in which plaintiffs can prove that defendant

4   acted knowingly, is by proving that the defendant deliberately

5   closed its eyes to a fact that otherwise would have been

6   obvious to it. In order to infer that defendant deliberately

7   closed its eyes to a fact, you must find that two things have

8   been established.

9          First, that the defendant was aware of a high

10  probability of the fact in question.  Second, that the

11  defendant consciously and deliberately avoided learning of

12  that fact. That is to say, defendant willfully made itself

13  blind to the fact. It is entirely up to you to determine

14  whether the defendant deliberately closed its eyes to the

15  fact, and if so, what inference if any should be drawn.

16         However, it is important to bear in mind, that mere

17  negligence or mistake in failing to learn the fact, is not

18  sufficient.  There must be a deliberate effort to remain

19  ignorant.

20         Now, the law to be applied to the plaintiffs' claims

21  is the federal Anti-Terrorism Act, Title 18 of the United

22  States Code, Section 2333(a).

23         That statute provides a remedy for individuals who

24  allege they have suffered injury to their person, property, or

25  business by reason of an act of international terrorism.

```
                          - Charge -                        3333
```

1          As part of their claims, plaintiffs must prove that

2     the attacks in which they were allegedly injured were acts of

3     international terrorism. Here, the parties have stipulated

4     that each of the 24 attacks at issue, were acts of

5     international terrorism within the meaning of this statute.

6     Therefore, I instruct you to find that plaintiffs have

7     satisfied this element of their claim.

8          Plaintiffs must also prove that the defendant

9     committed an act of international terrorism.  Plaintiffs

10    allege that the defendant committed an act of international

11    terrorism by violating 18 U.S.C., that is United States Code,

12    Section 2339B.

13         A violation of 18 U.S.C. 2339B is itself an act of

14    international terrorism.  Therefore, I instruct you as a

15    matter of law, if you find that plaintiffs have proved by a

16    preponderance of the evidence, that the defendant violated

17    section 2339B of Title 18, you must find that plaintiffs have

18    proved that defendant committed an act of international

19    terrorism.

20         So let me now turn to 2339B.

21         Plaintiffs allege that the defendant violated 2339B

22    by knowingly providing material support to a foreign terrorist

23    organization.  To prove this portion of their claim,

24    plaintiffs must establish the following elements by a

25    preponderance of the evidence:

- Charge -                                                    3334

1        First, that the defendant provided material support

2   or resources.  For the purposes of this case, the term

3   "material support or resources", means any property, tangible

4   or intangible, or service, including currency, monetary

5   instruments, financial securities, or financial services. If

6   you should find by a preponderance of the evidence that the

7   defendant provided support or resources in any of these forms,

8   then plaintiffs' burden with respect to this first element is

9   met.

10       Second, the plaintiffs must prove that the defendant

11  provided this support or these resources to a foreign

12  terrorist organization, specifically, Hamas. I instruct you as

13  a matter of law, that Hamas has been designated a foreign

14  terrorist organization, by the United States Secretary of

15  State, and was so designated by the Secretary on October 8th,

16  1997.

17       Consequently, if you find by a preponderance of the

18  evidence that the defendant provided any of the types of

19  "material support or resources" that I have just described, to

20  Hamas, or furnished it to any person acting on behalf of

21  Hamas, then plaintiffs' burden with respect to this element

22  will have been met.

23       You should find that the defendant provided material

24  support or resources to Hamas, if you find that the person or

25  entity to which the defendant provided the support or

- Charge -                                            3335

1    resources was operating under Hamas' direction or control or

2    if that person or entity was organizing, managing supervising

3    or otherwise directing the operation of Hamas' personnel or

4    resources.

5          Conversely, if plaintiffs do not prove that the

6    person or entity to which the defendant provided the support

7    or resources, was operating under Hamas' direction or control,

8    or that the person or entity was organizing, managing,

9    supervising, or otherwise directing the operation of Hamas'

10   personnel or resources, then you should find that the

11   defendant did not provide material support or resources to

12   Hamas.

13         The third element that plaintiffs have to prove is

14   that in providing material support or resources to a foreign

15   terrorist organization, the defendant did so, knowingly.

16         Now, I previously explained to you the definition of

17   "knowingly", and you should follow those instructions here.

18   For this element to be satisfied, plaintiffs must prove by a

19   preponderance of the evidence, that the defendant knew that it

20   was providing material support to Hamas, and that the

21   defendant also knew:

22         One, that Hamas had been designated by the Secretary

23   of State, as a "foreign terrorist organization", or

24         Two, that Hamas engaged in "terrorist activity", or

25         Three, that Hamas engaged in terrorism.

- Charge -                                                  3336

1      Now, I have already explained to you that Hamas was

2  designated as a foreign terrorist organization, by the U.S.

3  Secretary of State.  If you find that the defendant knew that

4  it was providing material support to Hamas, and knew that

5  Hamas was designated as a foreign terrorist organization,

6  plaintiffs' burden with respect to this element will be met.

7      Alternatively, if you find that the defendant knew

8  it was providing material support to Hamas, and knew that

9  Hamas engaged in "terrorist activity", then plaintiffs' burden

10  with respect to this element would also be met.

11      The term "terrorist activity", includes hijacking or

12  sabotage of an aircraft, vessel, vehicle, train, or other

13  conveyance; seizing, detaining or threatening to kill, injure

14  or further detain any person to compel or coerce some third

15  party, including a government, to do or not do some act; or a

16  violent attack upon an internationally protected person,

17  including employees and officials of governments, and

18  international organizations; assignations; or the use of any

19  explosive, firearm or other weapon or dangerous device, other

20  than for monetary gain, and with intent to endanger the safety

21  of one or more individuals or to cause substantial damage to

22  property.

23      As a further alternative, if you find that the

24  defendant knew it was providing material support to Hamas, and

25  knew that Hamas engaged in "terrorism", plaintiffs' burden

- Charge -                    3337

1   with respect to this element would also be met.

2          The term "terrorism" means premeditated, politically

3   motivated violence against noncombatant targets by

4   sub-national groups or clandestine agents.

5          Now, those are the elements of this statute.

6          If you find that the defendant violated this Section

7   2339B, by knowingly providing material support or resources to

8   Hamas, you then will have to consider whether the provision of

9   that material support or those resources proximately caused

10  plaintiffs' injuries.

11         To show this, plaintiffs must show that the

12  defendant's unlawful acts were a substantial factor in the

13  sequence of events responsible for causing plaintiffs'

14  injuries and that plaintiffs' injuries were reasonably

15  foreseeable or anticipated as a natural consequence of such

16  acts.

17         An injury is proximately caused by unlawful activity

18  only when the activity, in natural and continuous sequence

19  produces or contributes substantially to producing, such

20  injury.

21         In other words, the unlawful activity at issue must

22  be a substantial and identifiable cause of the injury that

23  plaintiffs claim.  Activities that are too remote, too

24  indirect, or too attenuated are insufficient.

25         The plaintiffs are not required to prove the

- Charge -                                          3338

1   defendant's alleged unlawful acts were the sole cause of their

2   injuries; nor do plaintiffs need to eliminate all other

3   possible causes of injury. It is enough if plaintiffs have

4   proved that the defendant's acts substantially contributed to

5   their injury, even though other factors may also have

6   significantly contributed as well.

7         I further instruct you that if you find that

8   plaintiffs have not proven that it is more likely than not

9   that Hamas committed a particular attack, you must also find

10  the defendant's acts did not proximately cause plaintiffs'

11  injuries from that attack.

12        By the way, I should let you know, I will give you a

13  copy of these instructions to take in, all right.  Don't feel

14  like this is a memory test, you have to remember every word.

15  You will be able to consult.

16        Now, in this trial, the plaintiffs claim that they

17  were injured by 24 separate terrorist attacks allegedly

18  carried out by Hamas.  You have to consider each of those

19  attacks separately.  To establish defendant's liability for

20  any specific attack, the plaintiffs must prove the elements of

21  liability that I have just explained to you with regard to

22  that specific terrorist attack.

23        That is, for each attack, plaintiffs must prove that

24  Hamas committed the attack, that defendant knowingly provided

25  material support to Hamas, and that defendant's unlawful acts

- Charge -                                                    3339

1    proximately caused plaintiffs' injuries from that attack.

2            Proof of liability relating to one alleged terrorist

3    attack, does not automatically constitute proof of liability

4    relating to any other alleged terrorist attack. You have to

5    consider each of the 24 attacks at issue here, separately.

6            Similarly, evidence that might be relevant to one

7    attack, might not be relevant to others.  In considering

8    whether a particular item of evidence is relevant to a

9    particular attack, you should use your common sense. Evidence

10   of events or actions that occurred long before or long after a

11   particular terrorist attack, may not be relevant to that

12   attack.

13           Now, as I noted, the defendant is a corporate,

14   corporation, corporate entity.  A corporation is a legal

15   entity that may act only through its agents.  The agents of a

16   corporation are its officers, directors, employees, and

17   certain others who are authorized by the corporation to act

18   for it.

19           In order for plaintiffs to sustain their burden of

20   proof for their claims against defendant, plaintiffs must

21   prove by a preponderance of the evidence that the elements

22   required for liability that I have just explained to you in

23   these instructions, were committed by an officer, director,

24   employee, or agent of the corporation.

25           The law holds a corporation responsible for all

- Charge -                                          3340

1  unlawful acts of its directors, or officers, or employees, or

2  other agents, provided the unlawful acts are done within the

3  scope of their authority.  As would usually be the case if

4  done in the ordinary course of their employment or in the

5  ordinary course of the corporation's business.

6          Authority to act for a corporation in a particular

7  matter, or in a particular way or manner, maybe inferred from

8  the surrounding facts and circumstances shown by the evidence

9  in the case.

10          Authority to act for a corporation, like any other

11  fact in issue, in a civil case, need not be established by

12  direct evidence, but maybe established by indirect or

13  circumstantial evidence.

14          (Transcript continues on next page.)

15

16

17

18

19

20

21

22

23

24

25

Charge of the Court                          3341

1         Now, you heard evidence concerning defendant's

2   policies and procedures, and banking industry standards and

3   practices.  You may consider this evidence in deciding whether

4   the defendant acted knowingly.  A defendant who violates an

5   industry standard is not necessarily liable under the Anti

6   Terrorism Act if the defendant did not knowingly provide

7   material support to a foreign terrorist organization, as I

8   have already defined those terms for you.  Conversely,

9   compliance with industry standards does not necessarily shield

10  a defendant who knowingly provides material support to a

11  foreign terrorist organization.  However, I instruct you that

12  you are only to consider evidence concerning defendant's

13  policies and procedures or compliance with banking industry

14  standards and practices with regard to its mental state

15  regarding the account for which it produced complete records.

16  That is, the Beirut account of Osama Hamdan.  You recall

17  that's the only account for which the plaintiffs were given

18  complete financial records.

19         Now, at times during the trial, you have also heard

20  references to the laws of foreign nations, including Israel,

21  Palestine, Jordan, Lebanon and others.  You are not to

22  consider whether any conduct was illegal or legal under the

23  laws of any other nation.  You are to concern yourself solely

24  with the laws of the United States that I have described in

25  these instructions.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

1           All right.  That completes part two.

2           Part three is very short.  Bear with me here.

3           Now, I have outlined for you the rules of law

4   applicable to the allegations in this case and the processes

5   by which you should weigh the evidence and determine the

6   facts.  I will give you some guidance to use in your

7   deliberations.

8           You are about to go into the jury room to begin your

9   deliberations.  More likely, I'll have you start tomorrow

10  morning.  Your function, to reach a fair conclusion from the

11  law and the evidence is a very important one.  Your verdict

12  has to be unanimous.  That is, all of you must ultimately

13  reach the same conclusion.

14          Each juror is entitled to his or her opinion.  Each

15  should, however, exchange views with their fellow jurors.

16  That's the very purpose of jury deliberations -- to discuss

17  and consider the evidence; to listen to the arguments of

18  fellow jurors; to present your individual views; to consult

19  with one another; and to reach an agreement based solely and

20  wholly on the evidence, if you can do so without violence to

21  your own individual judgment.

22          Each of you has to decide the case for yourself

23  after consideration of the evidence in the case with your

24  fellow jurors.  You should not hesitate to change an opinion

25  which, after discussion with your fellow jurors, appears

Charge of the Court                              3343

1   erroneous.  However, if, after carefully considering all of

2   the evidence and the arguments of your fellow jurors, you

3   entertain a conscientious view that differs from the others,

4   you are not to yield your conviction simply because you are

5   outnumbered.  Your final vote must reflect your conscientious

6   conviction as to how the issues should be decided.

7            Now, no member of the jury should attempt to

8   communicate with me or any court personnel by any means other

9   than a signed writing.  All communication has to be signed in

10  writing by your foreperson -- and I'll tell you how you get

11  your foreperson -- and given to one of the marshals, who is

12  going to be standing right outside your door at all times.

13  I'll respond to any questions or requests that you have as

14  promptly as possible, either in writing or, more likely, I'll

15  bring you back into open court, so I can speak to you in

16  person.  In any event, if we have any of those written

17  communications, or are bringing you into court, you are not to

18  tell me, even here in open court nor in a note that you send

19  to me, how the jury stands numerically or otherwise on the

20  issue of defendant's liability until after a unanimous verdict

21  is reached.  I'm not going to communicate with any member of

22  the jury on any subject touching on the merits of the case

23  other than in writing or orally here in open court.

24            Now, all exhibits admitted into evidence are going

25  to be brought in to you in the jury room.  The only exception

Charge of the Court                                3344

1   to that is, we don't have any machines by which you could

2   watch the videos.  So, if there's any video that you want to

3   see, just let us know, and we'll bring you into the courtroom

4   so that you can watch it here.

5           If you find you need to have a portion of the

6   testimony read back to you, that can be done.  However, please

7   remember that it's not always easy to locate what you want.

8   So, if you want something read back to you, please be as

9   specific as you possibly can in requesting portions of

10  testimony that you may want to review.  You know, tell us what

11  witness, what topic from that witness, anything else you can

12  to help us hone in on the portion of the transcript that you

13  want to hear.

14          When you've reached a verdict, what you do is, you

15  take an ordinary piece of note from your notepad -- your

16  foreperson will do this -- sign it, and say, We have reached a

17  unanimous verdict.  That's all the note says.  Don't indicate

18  in that note what the verdict is.  I prepared a verdict form,

19  which I think both sides showed you during their closing

20  argument, and it's very straightforward.  It basically

21  says, "Applying all the instructions that I have given you and

22  considering each of the elements of the claims as to each

23  attack, is the defendant liable?"  And then

24  there's "Twenty-four attacks," and you check yes or no as to

25  each one.

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Charge of the Court                3345

1     After the questions are completed, the foreperson

2  should sign and date that verdict form, and you bring it into

3  the courtroom with you when I call you back to deliver your

4  verdict, so that the way it works, the first thing we get from

5  you is a note from your foreperson which says, "We have

6  reached a unanimous verdict," signed, foreperson.  I then

7  bring you back into the courtroom, and I will ask you, "Is

8  that right?  Do you have a unanimous verdict?"  And when you

9  tell me you do, then I'll have Ms. Clark pick up the verdict

10 form from you, and she'll hand it to me.

11     Now, with regard to the verdict form, you may not

12 infer, from the fact that questions are submitted to you or

13 from the wording of how the form is set up or from anything

14 that I have said or say in instructing you concerning those

15 questions that I said just now, that I have any view as to how

16 you should answer those questions.  I have no view.  Again,

17 this is your job.  You're going to have to answer those

18 questions yourself.

19     Your oath sums up your duty, and that is, that you

20 will, without fear or favor to any person, conscientiously and

21 truly try the issues before you according to the evidence

22 given to you in court under the law.

23     Now, let me say two more things to you.  First, it's

24 been very clear to me that you are a very collegial jury and

25 you're getting along very well.  I therefore am going to let

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

Charge of the Court                    3346

1    you pick your own foreperson.  I recommend to you that you

2    spend very little time doing that.  The foreperson doesn't get

3    paid any more, really doesn't have any more authority than

4    anybody else.  They serve as the communication point with the

5    Court.  Get it out of the way fast.

6              And then I think the way we'll work it now, we'll

7    have a court officer come up, have him sworn to take you to a

8    secluded place, because that's the way we have been doing this

9    for 300 years, then he'll take you into the jury room now.

10   Once you're in the jury room, you are dismissed and you can go

11   home.  I think it would be foolish to have you start

12   deliberating tonight.  What I want you to do instead is come

13   back promptly again by 9:30 tomorrow morning and start your

14   deliberations then.

15             I'm not going to call you into open court to do

16   that, but I do want to advise you that you can't start your

17   deliberations tomorrow morning at 9:30 until all eleven of you

18   are in the room.  So, don't start talking about the case until

19   everyone is there, and then you'll pick your foreperson and

20   your deliberations will commence.

21             With that, I'll have the court officer sworn, and

22   then I'll give you your normal admonition for today:  Please,

23   no research, Internet or otherwise.  Stay away from any media

24   coverages.  No communications.  No postings on any web sites,

25   anything about the case.  And we will see you tomorrow morning

ANTHONY M. MANCUSO,  CSR  OFFICIAL COURT REPORTER

3347

1  at 9:30.  Report directly to that jury room behind us, as you

2  have been doing.

3          Let's have the court officer sworn.

4          (Court officer sworn.)

5          THE COURT:  All right.  Ladies and gentlemen, you

6  are dismissed for the evening.  Once you hit the jury room,

7  have a good night.

8          (Jury excused.)

9          THE COURT:  All right.  Be seated.  I think I took

10 care of Mr. Osen's problem with the videos; right?

11         MR. OSEN:  The videos?

12         THE COURT:  I thought you had a problem.  You wanted

13 to make sure they knew they had access to the videos.

14         MR. OSEN:  I think the issue with the videos is

15 resolved.  But to be honest, I don't really know what it was.

16         THE COURT:  That's fine.

17         Now, it should not be a big deal to put together the

18 exhibits and get it into the jury room.  Do I have any reason

19 to think there's going to be a problem with that?

20         MR. INGERMAN:  I think we worked through all of the

21 issues except for one.  The plaintiffs suggested that the

22 deposition designations go back.  That's never been my

23 experience, and your Honor's instruction, it's as if they

24 testified from the witness stand.

25         THE COURT:  I agree with that.  I don't send back

3348

1    deposition portions.  It's like testimony.  If they want it,

2    they'll ask for it.

3              MR. INGERMAN:  No further issues.

4              THE COURT:  We don't have a resolution on the expert

5    summaries; right?  You were going to work out that.

6              MR. INGERMAN:  Actually, both sides have decided not

7    to put them into evidence.

8              THE COURT:  I need to strike Shaked's, because I did

9    receive it at the time.  I'm striking Shaked.  Everything

10   else, you don't need me anymore, you're okay.

11             MR. INGERMAN:  We'll miss you.

12             THE COURT:  You'll see more of me.  We're not done

13   yet.

14             MR. STEPHENS:  Does your twenty-five erase my

15   twenty-five?

16             THE COURT:  This is the first time it's ever

17   happened to me, and the reason it happened to me, because I

18   had my timer set for the length of closing arguments, and the

19   timer went off when something hit three hours.

20             MR. STEPHENS:  How close to the courthouse do you

21   require that we remain while we're deliberating?

22             THE COURT:  I don't have a strict requirement.  I

23   think you've really got to get here within fifteen minutes.

24   You can't go back to your office, you really can't, because

25   the jury, especially in a case like this, it's very likely the

3349

1    jury will have questions.  They'll be readbacks they want.

2    I'll have the parties confer on that.  Obviously, not all of

3    you have to stay all the time.  Whoever wants to stay can.  I

4    have to have fifteen, twenty minutes max, at least one lawyer

5    with authority per side.

6              This has been a great trial, I think we all

7    recognize.  And I know you have a different perspective than I

8    do, because you have clients you have to protect.  Obviously,

9    this is a unique experience.  No one's tried a case like this

10   before.  The issues were really cutting edge, and I feel like

11   all of you really teed them up for me as best as they could be

12   teed up.  I really want to thank you for what I know is

13   enormously hard work in getting this case together.

14             We'll be talking.  Have a good night.

15             (Case adjourned to Friday, September 19, 2014, at

16   9:30 a.m.)

17

18

19

20

21

22

23

24

25

## $

**$1,300** [1] - 3191:10
**$1,700** [1] - 3265:24
**$10,000** [3] - 3206:6, 3215:15, 3267:12
**$100** [3] - 3277:2, 3284:25, 3285:5
**$123,000** [1] - 3267:18
**$133** [2] - 3191:24, 3191:25
**$15** [2] - 3302:8, 3303:16
**$150** [1] - 3135:2
**$17** [2] - 3226:11, 3226:16
**$2,600** [9] - 3191:18, 3198:5, 3204:23, 3207:3, 3207:14, 3207:19, 3208:13, 3209:3, 3209:4
**$24** [1] - 3256:4
**$2600** [2] - 3230:23, 3232:16
**$2655** [5] - 3231:15, 3232:9, 3232:13, 3232:14, 3232:19
**$3,000** [1] - 3266:2
**$32** [1] - 3302:6
**$35** [4] - 3226:11, 3228:2, 3228:10, 3302:2
**$5,000** [2] - 3205:10, 3205:11, 3284:22
**$5,300** [6] - 3191:5, 3191:7, 3204:24, 3208:11, 3208:19, 3208:23
**$5,303** [1] - 3296:9
**$5300** [1] - 3230:20
**$60,000** [1] - 3141:1
**$600,000** [2] - 3303:10, 3303:15
**$624,000** [1] - 3177:5
**$73** [4] - 3304:6, 3304:9, 3304:14, 3311:5
**$730** [1] - 3212:4
**$79,000** [1] - 3212:16
**$85,000** [3] - 3266:10, 3266:11, 3266:14
**$999,995** [1] - 3209:25

## '

**'02** [1] - 3280:18
**'03** [4] - 3156:1, 3212:19, 3280:15, 3280:18
**'04** [2] - 3234:24, 3280:2
**'enemy** [1] - 3236:21

## 0

**00365** [1] - 3130:6
**00388** [1] - 3130:7
**01623** [1] - 3130:8
**02799** [1] - 3130:4
**03183** [1] - 3130:7
**03768** [1] - 3130:8
**04** [4] - 3130:4, 3130:5, 3130:6, 3130:6
**05** [3] - 3130:7, 3130:7, 3130:8
**05449** [1] - 3130:5

**05564** [1] - 3130:6
**06** [1] - 3130:8

## 1

**1** [3] - 3144:4, 3223:10, 3257:19
**1,645** [1] - 3202:14
**1,999,000** [1] - 3210:9
**1.3** [1] - 3158:4
**1.7** [1] - 3239:10
**10** [1] - 3224:22
**100** [4] - 3132:16, 3223:10, 3281:15, 3282:4
**101** [1] - 3223:14
**102** [1] - 3223:18
**103** [1] - 3224:5
**1038** [1] - 3218:24
**1039** [1] - 3220:14
**104** [1] - 3224:1
**105** [1] - 3235:19
**108** [1] - 3211:5
**11** [3] - 3167:24, 3283:10, 3283:11
**111** [1] - 3237:11
**112** [1] - 3237:15
**11201** [1] - 3131:6
**114** [1] - 3237:18
**11:10** [2] - 3183:8, 3183:10
**12** [4] - 3139:17, 3147:13, 3188:7, 3220:14
**1230** [1] - 3218:9
**125** [3] - 3148:8, 3148:14, 3148:18
**1293** [1] - 3165:7
**12th** [1] - 3161:14
**13** [1] - 3139:25
**1328** [1] - 3236:12
**14** [7] - 3134:12, 3138:8, 3189:5, 3197:3, 3282:10, 3298:21, 3304:20
**145** [3] - 3199:25, 3200:7, 3299:14
**14A** [1] - 3232:12
**15** [6] - 3141:3, 3143:2, 3154:25, 3218:9, 3288:11, 3288:14
**15,000** [4] - 3192:1, 3192:2, 3228:22, 3229:1
**15,500** [1] - 3202:25
**15,545** [3] - 3202:15, 3202:17, 3228:1
**15-month** [1] - 3304:1
**150** [1] - 3139:16
**150-odd** [1] - 3139:23
**1549** [1] - 3161:13
**16** [6] - 3133:1, 3138:24, 3178:19, 3196:3, 3218:10, 3246:25
**17** [6] - 3138:22, 3138:24, 3161:21, 3226:24, 3227:15, 3227:23
**1766** [1] - 3209:17
**1770** [1] - 3210:4
**1797** [1] - 3161:5
**18** [13] - 3130:11, 3140:1, 3140:4, 3142:18, 3143:11, 3147:7, 3156:6, 3156:10, 3286:17, 3332:21, 3333:11,

3333:13, 3333:17
**180** [7] - 3200:15, 3200:16, 3202:8, 3202:19, 3202:25, 3228:25, 3229:2
**1801** [1] - 3304:24
**1831** [1] - 3162:2
**1881** [1] - 3154:24
**19** [13] - 3148:6, 3152:11, 3178:19, 3218:5, 3218:18, 3219:3, 3219:18, 3221:4, 3221:13, 3223:14, 3230:9, 3349:15
**1930** [1] - 3274:17
**1933** [1] - 3189:5
**1939** [1] - 3208:17
**1963** [1] - 3195:3
**1968** [2] - 3206:12
**1977** [1] - 3158:18
**1980s** [1] - 3133:17
**1990** [1] - 3146:24
**1993** [1] - 3134:4
**1995** [2] - 3141:6, 3163:23
**1996** [6] - 3170:11, 3171:1, 3174:2, 3174:9, 3174:16, 3176:12
**1997** [2] - 3158:25, 3334:16
**1998** [1] - 3211:24
**1999** [1] - 3161:15

## 2

**2** [8] - 3158:8, 3210:9, 3223:18, 3250:2, 3257:19, 3281:5, 3281:10, 3296:8
**2,600** [1] - 3207:23
**2,655** [1] - 3266:13
**2.5** [2] - 3176:23, 3301:25
**20** [3] - 3134:25, 3149:2, 3285:24
**20,000** [4] - 3191:4, 3191:8, 3191:14, 3234:6
**200** [1] - 3132:18
**200,000** [1] - 3187:20
**2000** [21] - 3144:5, 3147:14, 3151:17, 3152:6, 3152:22, 3154:2, 3155:7, 3162:10, 3166:2, 3166:9, 3168:13, 3169:7, 3188:18, 3209:21, 3211:15, 3211:18, 3282:24, 3283:9, 3285:14, 3291:10, 3293:19
**2000-2004** [3] - 3140:9, 3188:12, 3227:18
**2001** [18] - 3147:1, 3153:12, 3153:16, 3166:9, 3187:14, 3194:5, 3194:11, 3194:25, 3198:22, 3210:6, 3212:1, 3212:20, 3223:10, 3243:9, 3293:20, 3293:22, 3295:2
**2002** [8] - 3134:25, 3155:15, 3161:6, 3167:25, 3192:22, 3198:21, 3223:14, 3266:22
**2003** [16] - 3133:22, 3155:23, 3164:23, 3165:1, 3169:12, 3170:16, 3177:18, 3215:1, 3222:5, 3235:21, 3250:1, 3250:3, 3250:5, 3250:6, 3293:20,

2

3307:12
**2004** [18] - 3147:14, 3152:22, 3153:12, 3153:16, 3153:19, 3154:2, 3155:7, 3162:10, 3166:2, 3168:14, 3169:7, 3187:14, 3188:18, 3211:15, 3211:18, 3222:6, 3279:16, 3282:24
**2005** [2] - 3235:8, 3235:15
**2006** [2] - 3170:20, 3176:6
**2007** [5] - 3153:17, 3165:2, 3165:10, 3176:12, 3176:21
**2008** [2] - 3153:17, 3169:18
**2009** [2] - 3151:17, 3152:6
**2011** [1] - 3153:13
**2014** [4] - 3130:11, 3188:17, 3197:3, 3349:15
**2089** [1] - 3144:13
**2183** [1] - 3143:24
**22** [3] - 3149:21, 3175:20, 3195:3
**22.8** [1] - 3250:9
**225** [1] - 3131:6
**225,000** [1] - 3234:5
**2265** [1] - 3167:22
**23** [4] - 3206:12, 3236:12, 3264:12
**233** [1] - 3215:12
**2333(a)** [1] - 3332:22
**2339B** [6] - 3333:12, 3333:13, 3333:17, 3333:20, 3333:21, 3337:7
**24** [16] - 3132:15, 3199:21, 3199:25, 3215:20, 3216:24, 3251:25, 3252:1, 3252:2, 3255:21, 3286:4, 3299:13, 3304:12, 3333:4, 3338:17, 3339:5
**24.3** [1] - 3250:8
**25** [3] - 3174:5, 3175:21, 3220:15
**25,000** [1] - 3210:2
**250,000** [2] - 3158:16, 3208:18
**26** [3] - 3138:7, 3150:14, 3265:18
**27** [2] - 3150:24, 3266:22
**276** [1] - 3177:4
**2770** [2] - 3184:7, 3184:21
**27th** [1] - 3210:6
**28** [5] - 3140:23, 3142:9, 3157:1, 3157:21, 3291:10
**282** [5] - 3143:17, 3176:11, 3176:22, 3179:12, 3179:20
**29** [1] - 3157:11
**2995** [1] - 3178:19
**29th** [1] - 3220:14

**3**

**3** [1] - 3257:19
**3,100** [1] - 3152:21
**30** [8] - 3132:18, 3151:17, 3157:25, 3222:5, 3241:4, 3251:8, 3251:10, 3256:14
**30-plus** [1] - 3132:16
**300** [1] - 3346:9
**300-plus** [3] - 3243:22, 3244:4, 3251:20

**306** [1] - 3197:19
**30th** [1] - 3161:6
**31** [2] - 3158:14, 3176:21
**32** [1] - 3231:24
**327** [1] - 3305:14
**32A** [1] - 3298:19
**33** [5] - 3159:21, 3188:24, 3189:3, 3189:14
**34** [1] - 3159:22
**35** [3] - 3160:11, 3228:22, 3290:22
**362** [1] - 3297:20
**37** [3] - 3166:21, 3230:4, 3302:14
**3826** [1] - 3269:6
**3:30** [1] - 3288:11

**4**

**4** [2] - 3303:17, 3303:25
**40** [2] - 3176:16, 3256:14
**41** [2] - 3150:24, 3187:10
**4167** [1] - 3163:24
**43** [4] - 3142:20, 3143:11, 3147:7, 3188:21
**44** [1] - 3189:20
**441** [1] - 3295:4
**45** [2] - 3191:2, 3268:17
**46** [1] - 3266:20
**47** [4] - 3203:18, 3204:4, 3212:16, 3268:10
**4749** [1] - 3226:16
**4759** [1] - 3209:7
**4761** [2] - 3202:11, 3227:24
**4763** [1] - 3177:2
**4784** [1] - 3175:18

**5**

**5,316** [1] - 3266:14
**50** [1] - 3229:7
**50,000** [1] - 3210:10
**50/50** [2] - 3216:12, 3216:17
**51** [2] - 3229:19, 3247:3
**53** [1] - 3208:11
**54** [1] - 3246:23
**5:00** [1] - 3315:1

**6**

**6** [1] - 3230:6
**60** [3] - 3232:2, 3298:20, 3298:22
**613-2538** [1] - 3131:7
**62** [1] - 3230:14
**645** [3] - 3150:21, 3150:25, 3186:20
**670** [1] - 3197:25

**7**

**7** [2] - 3154:24, 3232:8
**7/11** [1] - 3256:15
**70** [2] - 3150:5, 3150:10
**718** [1] - 3131:7
**72** [4] - 3149:23, 3150:2, 3250:4, 3250:5
**755** [1] - 3174:5
**77** [1] - 3186:20
**7th** [1] - 3209:21

**8**

**8** [1] - 3294:9
**8.7** [1] - 3208:24
**80** [1] - 3158:9
**87** [1] - 3153:7
**88** [1] - 3234:12
**89** [1] - 3168:23
**8th** [1] - 3334:15

**9**

**9** [1] - 3223:4
**9.7** [1] - 3209:14
**9/11** [1] - 3285:12
**92** [2] - 3239:9, 3299:18
**925** [1] - 3210:18
**93** [1] - 3239:13
**94** [4] - 3199:18, 3202:7, 3202:18, 3228:24
**95** [1] - 3203:2
**97** [1] - 3208:4
**98** [2] - 3214:25, 3222:24
**99** [3] - 3149:12, 3149:16, 3223:4
**9:30** [5] - 3130:11, 3346:13, 3346:17, 3347:1, 3349:16

**A**

**a.m** [1] - 3349:16
**Abbas** [6] - 3140:12, 3144:20, 3146:25, 3266:19, 3266:21, 3267:19
**Abdul** [1] - 3213:8
**Abdul-Latif** [1] - 3213:8
**abilities** [1] - 3324:17
**ability** [1] - 3174:21
**able** [11] - 3132:6, 3138:17, 3260:6, 3268:6, 3271:10, 3284:16, 3298:13, 3298:15, 3299:16, 3300:6, 3338:15
**absence** [7] - 3131:14, 3184:1, 3242:3, 3243:2, 3288:13, 3288:16, 3316:1
**absolutely** [1] - 3247:24
**Abu** [2] - 3135:22, 3137:16
**accept** [9] - 3287:10, 3287:11, 3317:11, 3322:20, 3322:22, 3323:20,

3324:13, 3325:5, 3326:7
**acceptable** [2] - 3172:17, 3175:4
**acceptance** [1] - 3324:15
**access** [2] - 3245:11, 3347:13
**accident** [5] - 3282:13, 3282:15, 3282:20, 3286:25, 3331:25
**accidentally** [1] - 3229:13
**accidents** [1] - 3281:3
**Accord** [1] - 3134:3
**according** [9] - 3149:11, 3155:5, 3155:8, 3159:5, 3187:24, 3202:13, 3212:20, 3228:24, 3345:21
**accordingly** [1] - 3330:11
**accords** [1] - 3158:20
**account** [81] - 3145:4, 3145:8, 3146:11, 3146:17, 3163:1, 3175:22, 3175:23, 3175:24, 3185:16, 3185:23, 3211:11, 3211:12, 3211:19, 3211:21, 3211:23, 3212:2, 3212:4, 3212:10, 3212:11, 3212:13, 3212:14, 3212:17, 3212:18, 3212:19, 3212:22, 3213:10, 3213:22, 3213:23, 3213:25, 3214:1, 3214:2, 3214:4, 3214:13, 3214:16, 3214:25, 3215:4, 3215:8, 3234:18, 3234:19, 3240:10, 3252:12, 3253:20, 3255:3, 3256:7, 3258:10, 3258:15, 3258:16, 3260:7, 3260:12, 3260:24, 3263:11, 3267:12, 3267:16, 3268:13, 3268:14, 3278:3, 3278:13, 3279:12, 3279:18, 3279:19, 3279:21, 3280:9, 3280:10, 3280:17, 3280:19, 3280:23, 3298:7, 3303:4, 3303:7, 3310:7, 3310:11, 3310:12, 3330:22, 3330:24, 3341:15, 3341:16, 3341:17
**accountability** [1] - 3314:9
**accountable** [3] - 3313:13, 3314:5, 3314:11
**accountant** [2] - 3199:20, 3202:12
**accounts** [27] - 3156:1, 3179:20, 3179:21, 3181:20, 3184:6, 3184:9, 3185:4, 3212:10, 3234:14, 3234:15, 3249:16, 3252:12, 3253:25, 3254:1, 3254:8, 3255:2, 3267:7, 3280:24, 3291:4, 3297:9, 3301:23, 3301:25, 3302:8, 3302:11, 3302:24, 3313:20
**accusations** [3] - 3167:18, 3234:21, 3235:6
**accuse** [1] - 3147:10
**accused** [2] - 3139:16, 3162:22
**accuses** [1] - 3162:20
**accusing** [2] - 3197:3, 3281:9
**Achmed** [1] - 3213:16
**acquired** [1] - 3325:20
**Act** [6] - 3244:2, 3283:18, 3314:10, 3332:21, 3341:6
**act** [26] - 3136:7, 3136:12, 3164:4, 3167:16, 3175:5, 3196:15, 3198:17, 3204:25, 3232:24, 3240:8, 3245:21, 3282:14, 3289:22, 3289:23, 3290:1, 3290:2, 3332:25, 3333:9, 3333:10,

3333:13, 3333:18, 3336:15, 3339:15, 3339:17, 3340:6, 3340:10
**acted** [3] - 3331:25, 3332:4, 3341:4
**acting** [4] - 3247:10, 3247:18, 3282:10, 3334:20
**action** [4] - 3156:3, 3165:14, 3166:1, 3166:7
**actions** [4] - 3187:4, 3248:6, 3298:25, 3339:10
**activities** [10] - 3157:23, 3158:1, 3170:18, 3186:25, 3187:3, 3188:24, 3189:15, 3225:11, 3308:12, 3337:23
**activity** [27] - 3157:18, 3157:23, 3202:3, 3212:15, 3212:18, 3212:23, 3213:22, 3225:2, 3227:20, 3234:23, 3235:3, 3238:9, 3238:11, 3238:12, 3239:21, 3249:1, 3253:20, 3253:22, 3308:5, 3308:11, 3308:22, 3335:24, 3336:9, 3336:11, 3337:17, 3337:18, 3337:21
**acts** [25] - 3136:23, 3144:22, 3216:9, 3225:7, 3240:3, 3245:13, 3259:10, 3282:11, 3282:12, 3282:18, 3283:22, 3283:24, 3330:19, 3331:23, 3333:2, 3333:4, 3337:12, 3337:16, 3338:1, 3338:4, 3338:10, 3338:25, 3340:1, 3340:2
**actual** [1] - 3253:24
**Adbul** [2] - 3211:24, 3214:17
**Abdul-Latif** [2] - 3211:24, 3214:17
**add** [2] - 3202:9, 3227:15
**added** [2] - 3208:8, 3208:10
**addition** [6] - 3148:5, 3164:15, 3175:9, 3188:19, 3200:20, 3219:14
**additional** [1] - 3153:21
**addresses** [1] - 3253:14
**addressing** [1] - 3331:20
**adds** [3] - 3150:20, 3202:8, 3294:1
**adhered** [1] - 3308:3
**adjourned** [1] - 3349:15
**administration** [3] - 3158:22, 3195:14, 3195:15
**admiral** [1] - 3305:1
**admissibility** [1] - 3319:17
**admissible** [1] - 3319:9
**admission** [2] - 3262:5, 3318:16
**admissions** [2] - 3262:3, 3262:7
**admit** [1] - 3139:19
**admits** [4] - 3221:9, 3221:24, 3222:2, 3222:9
**admitted** [17] - 3152:24, 3154:2, 3154:22, 3200:17, 3200:19, 3200:22, 3205:16, 3218:10, 3301:24, 3309:9, 3320:22, 3322:11, 3322:14, 3322:17, 3322:21, 3328:4, 3343:24
**admonition** [1] - 3346:22
**ads** [5] - 3284:20, 3292:21, 3295:16, 3295:19, 3295:20
**advantage** [1] - 3162:21
**advantages** [1] - 3162:18

**adverse** [3] - 3176:1, 3235:23, 3258:20
**advice** [1] - 3295:11
**advise** [1] - 3346:16
**advised** [1] - 3214:4
**Advisory** [1] - 3158:23
**Affairs** [8] - 3151:16, 3151:18, 3194:6, 3195:12, 3196:25, 3221:25, 3223:2, 3223:6
**affairs** [2] - 3152:1, 3323:3
**affidavit** [3] - 3279:22, 3280:1
**affiliated** [5] - 3221:22, 3259:3, 3259:9, 3330:14, 3330:17
**affiliation** [1] - 3159:7
**afford** [1] - 3211:4
**afraid** [1] - 3241:5
**Afrial** [1] - 3130:7
**Afrial-Kurtzer** [1] - 3130:7
**Africa** [3] - 3169:24, 3307:15, 3307:16
**afternoon** [6] - 3243:7, 3243:20, 3268:1, 3270:16, 3288:11, 3289:3
**age** [1] - 3320:8
**agencies** [2] - 3168:24, 3170:1
**agency** [8] - 3151:11, 3154:18, 3154:19, 3159:12, 3159:19, 3166:18, 3170:23, 3219:23
**Agency** [2] - 3154:3, 3154:7
**agenda** [1] - 3139:5
**agent** [4] - 3136:24, 3164:20, 3164:24, 3339:24
**agents** [11] - 3136:7, 3136:10, 3163:10, 3164:8, 3164:20, 3236:16, 3291:5, 3337:4, 3339:15, 3340:2
**ago** [8] - 3138:6, 3143:13, 3181:23, 3258:25, 3262:24, 3312:20, 3312:21, 3312:22
**agree** [9] - 3154:17, 3155:11, 3166:23, 3177:19, 3177:20, 3178:16, 3235:7, 3288:3, 3347:25
**agreed** [5] - 3189:18, 3218:1, 3313:5, 3325:3, 3325:5
**agreement** [2] - 3134:6, 3342:19
**ah-ha** [1] - 3151:1
**Aha** [2] - 3232:22, 3235:12
**Ahmad** [6] - 3140:2, 3140:8, 3141:5, 3143:10, 3144:5
**aid** [9] - 3154:3, 3154:10, 3158:4, 3159:5, 3159:7, 3159:11, 3159:14, 3159:15, 3160:14
**air** [1] - 3231:17
**aircraft** [1] - 3336:12
**Aircraft** [1] - 3163:14
**al** [13] - 3130:5, 3140:12, 3215:13, 3215:16, 3266:4, 3267:13, 3267:20, 3268:11, 3303:18, 3303:19, 3303:22, 3304:4, 3305:13
**Al** [73] - 3132:22, 3132:23, 3133:3, 3133:11, 3133:16, 3133:22, 3137:6, 3137:7, 3137:22, 3139:7, 3144:20, 3144:21, 3145:1, 3146:10, 3146:22, 3146:25, 3155:25, 3161:7, 3165:2,

3165:6, 3165:11, 3165:13, 3165:15, 3166:7, 3168:1, 3169:21, 3188:3, 3188:8, 3188:11, 3188:21, 3189:2, 3189:11, 3189:17, 3197:20, 3209:14, 3211:7, 3211:9, 3211:12, 3211:14, 3211:16, 3218:20, 3219:4, 3219:15, 3219:18, 3219:19, 3219:20, 3219:22, 3219:23, 3219:25, 3220:2, 3220:7, 3221:2, 3221:14, 3221:21, 3221:22, 3222:1, 3222:3, 3222:13, 3226:12, 3234:14, 3266:19, 3266:21, 3274:13, 3281:5, 3285:7, 3293:9, 3294:24, 3295:8, 3297:5, 3297:22, 3313:17, 3313:19, 3313:20

**Al-Ansar** [2] - 3211:9, 3211:12
**Al-Aqsa** [2] - 3295:8, 3297:22
**al-Hayek** [8] - 3215:13, 3215:16, 3266:4, 3267:13, 3303:18, 3303:19, 3303:22, 3304:4
**Al-Hayek** [1] - 3226:12
**Al-Islah** [1] - 3297:5
**Al-Mari** [1] - 3132:23
**Al-Masri** [6] - 3132:22, 3133:3, 3133:22, 3137:6, 3137:7, 3274:13
**Al-Masri's** [2] - 3133:11, 3133:16
**Al-Omari** [2] - 3137:22, 3293:9
**Al-Quds** [2] - 3285:7, 3294:24
**Al-Salah** [4] - 3165:15, 3188:3, 3189:11, 3189:17
**Al-Saleh** [4] - 3188:8, 3188:11, 3188:21, 3189:2
**al-Sayed** [3] - 3140:12, 3267:20, 3268:11
**Al-Shahid** [1] - 3211:7
**Al-Tahan** [1] - 3139:7
**al-Tahan** [1] - 3305:13
**Al-Tehan** [1] - 3197:20
**alert** [1] - 3289:24
**alerts** [2] - 3165:14, 3166:7
**Ali** [4] - 3219:1, 3220:19, 3220:23, 3221:5
**allegation** [4] - 3174:10, 3197:12, 3213:23, 3280:7
**allegations** [3] - 3170:13, 3175:1, 3342:4
**allege** [4] - 3232:19, 3332:24, 3333:10, 3333:21
**alleged** [4] - 3224:24, 3338:1, 3339:2, 3339:4
**allegedly** [2] - 3333:2, 3338:17
**allocated** [1] - 3191:4
**allotted** [1] - 3131:21
**allow** [1] - 3192:3
**allowances** [1] - 3206:13, 3206:19
**allowed** [1] - 3234:4
**Almog** [2] - 3130:6, 3130:22
**almost** [6] - 3151:16, 3170:24, 3222:6, 3250:10, 3250:11, 3313:22
**alone** [7] - 3149:13, 3187:16, 3250:3, 3314:15, 3317:19, 3322:9, 3329:21

**alternative** [1] - 3336:23
**alternatively** [1] - 3336:7
**altogether** [4] - 3143:17, 3177:11, 3200:15, 3202:16
**Amaliya** [6] - 3274:24, 3275:12, 3275:14, 3275:16, 3275:18, 3275:19
**America** [11] - 3140:7, 3140:13, 3145:18, 3146:13, 3148:15, 3186:7, 3211:1, 3246:15, 3253:5, 3261:13, 3264:22
**American** [10] - 3135:5, 3138:14, 3138:15, 3154:9, 3161:9, 3167:1, 3192:25, 3193:22, 3272:3, 3314:8
**Americans** [3] - 3271:11, 3283:21, 3314:8
**Amir's** [1] - 3230:17
**amount** [6] - 3198:4, 3201:1, 3207:12, 3209:13, 3214:14, 3234:8
**amounted** [1] - 3206:21
**amounts** [2] - 3208:10, 3253:24
**analysis** [4] - 3153:15, 3154:8, 3217:9, 3234:14
**analyze** [1] - 3308:21
**analyzing** [1] - 3152:21
**angry** [1] - 3238:19
**Anne** [4] - 3178:5, 3178:8, 3185:14, 3240:21
**announced** [1] - 3228:7
**announcement** [1] - 3165:10
**annual** [5] - 3235:21, 3250:5, 3293:17, 3307:2
**Ansar** [6] - 3211:9, 3211:12, 3211:17, 3313:17, 3313:20
**ANSWER** [5] - 3176:1, 3176:22, 3178:24, 3206:23, 3207:15
**answer** [25] - 3140:5, 3140:8, 3150:8, 3163:19, 3176:25, 3181:24, 3182:10, 3192:19, 3193:2, 3194:9, 3194:15, 3194:23, 3195:9, 3196:8, 3211:14, 3225:23, 3240:11, 3249:6, 3260:16, 3262:6, 3310:6, 3330:7, 3330:10, 3345:16, 3345:17
**answered** [2] - 3176:10, 3325:10
**answering** [1] - 3311:3
**answers** [2] - 3176:17, 3325:12
**ANTHONY** [1] - 3131:3
**Anti** [4] - 3283:18, 3314:10, 3332:21, 3341:5
**anti** [2] - 3151:10, 3261:12
**Anti-Terrorism** [1] - 3332:21
**anticipated** [2] - 3174:18, 3337:15
**Antiterrorism** [1] - 3244:2
**anyway** [2] - 3212:3, 3213:14
**apart** [1] - 3313:18
**apartments** [2] - 3284:2, 3284:4
**apparent** [1] - 3323:17
**appeal** [1] - 3329:1
**APPEARANCES** [1] - 3130:16
**applicable** [2] - 3318:13, 3342:4
**applied** [2] - 3174:12, 3332:20

**applies** [2] - 3325:2, 3326:3
**apply** [6] - 3178:24, 3179:1, 3179:2, 3317:11, 3320:3, 3323:6
**Applying** [1] - 3344:21
**appointed** [3] - 3133:16, 3133:20, 3189:12
**appreciate** [1] - 3146:9
**approach** [1] - 3238:4
**appropriate** [2] - 3154:9, 3154:11
**approve** [5] - 3195:25, 3196:5, 3196:8, 3196:18, 3205:9
**approved** [3] - 3158:24, 3197:5, 3197:16, 3197:18, 3203:15, 3204:17, 3205:5, 3217:3, 3228:6, 3276:23, 3276:24, 3277:2, 3277:8
**approving** [2] - 3196:23, 3198:19
**April** [3] - 3161:14, 3198:22, 3222:5
**Aqsa** [20] - 3168:1, 3169:21, 3218:20, 3219:4, 3219:15, 3219:19, 3219:20, 3219:22, 3219:23, 3219:25, 3220:2, 3220:7, 3221:2, 3221:14, 3222:1, 3222:3, 3222:13, 3295:8, 3297:22
**ARAB** [1] - 3130:9
**Arab** [125] - 3132:14, 3132:17, 3133:8, 3134:3, 3134:15, 3135:21, 3138:7, 3138:23, 3141:8, 3144:8, 3144:23, 3145:4, 3145:8, 3145:19, 3146:11, 3146:23, 3175:23, 3185:20, 3187:20, 3190:14, 3190:17, 3190:19, 3190:23, 3191:25, 3209:22, 3210:6, 3210:7, 3211:13, 3213:9, 3215:3, 3215:11, 3225:22, 3225:23, 3226:5, 3229:21, 3229:25, 3230:2, 3230:3, 3234:10, 3234:22, 3235:1, 3235:2, 3235:22, 3238:21, 3247:5, 3250:7, 3257:4, 3257:5, 3258:7, 3259:2, 3259:4, 3259:10, 3259:23, 3260:7, 3260:14, 3260:24, 3261:14, 3262:8, 3262:14, 3264:24, 3266:6, 3267:18, 3268:13, 3273:14, 3274:13, 3276:3, 3276:6, 3276:8, 3276:10, 3278:15, 3279:15, 3280:15, 3291:1, 3291:3, 3291:6, 3291:8, 3291:22, 3292:13, 3292:18, 3293:2, 3293:7, 3293:12, 3293:14, 3294:3, 3294:12, 3294:25, 3295:1, 3295:2, 3295:18, 3295:20, 3295:23, 3296:16, 3296:19, 3297:1, 3297:8, 3297:10, 3297:11, 3297:20, 3298:24, 3299:17, 3300:3, 3300:8, 3300:11, 3300:14, 3300:16, 3300:22, 3301:21, 3301:22, 3302:7, 3302:24, 3303:1, 3303:10, 3305:14, 3308:1, 3308:10, 3308:17, 3311:3, 3312:5, 3313:20
**Arabia** [5] - 3133:23, 3134:1, 3193:14, 3213:14, 3276:9
**Arabic** [4] - 3190:4, 3263:1, 3278:22, 3307:5
**Arabs** [1] - 3294:15
**Arba** [1] - 3232:8
**area** [2] - 3174:17, 3325:21

**areas** [2] - 3282:24, 3301:20
**argue** [2] - 3181:3, 3182:9
**argument** [7] - 3132:4, 3168:15, 3181:6, 3181:7, 3181:10, 3243:6, 3344:20
**arguments** [8] - 3181:9, 3316:12, 3317:9, 3321:2, 3329:10, 3342:17, 3343:2, 3348:18
**Arieh** [1] - 3151:15
**Arkansas** [1] - 3279:7
**armed** [2] - 3198:14, 3198:15
**Army** [1] - 3192:15
**army** [8] - 3158:21, 3159:19, 3195:15, 3204:2, 3236:2, 3236:9, 3237:2, 3237:4
**arose** [1] - 3197:15
**arrest** [2] - 3167:1, 3290:7
**arrested** [1] - 3240:5
**arrive** [1] - 3243:14
**arrows** [1] - 3257:6
**article** [8] - 3167:8, 3167:11, 3167:14, 3218:23, 3218:25, 3219:5, 3219:14
**articulated** [1] - 3331:12
**aside** [1] - 3238:2
**Assad** [5] - 3139:10, 3274:20, 3305:18, 3305:24, 3306:14
**assassinated** [1] - 3133:20
**assault** [1] - 3198:14
**assertions** [1] - 3235:7
**assess** [1] - 3272:4
**Assets** [1] - 3141:4
**assets** [2] - 3250:2, 3250:7
**assignations** [1] - 3336:18
**assist** [2] - 3324:21, 3325:25
**assistance** [1] - 3159:9
**assistant** [1] - 3305:4
**assisting** [1] - 3194:13
**associated** [12] - 3139:18, 3148:7, 3152:4, 3160:1, 3161:3, 3163:16, 3163:21, 3164:6, 3164:7, 3164:14, 3284:5, 3308:11
**ASSOCIATES** [1] - 3130:19
**association** [5] - 3145:25, 3154:23, 3155:2, 3155:14, 3193:19
**Association** [1] - 3188:4
**associations** [1] - 3139:17
**assume** [7] - 3134:14, 3217:11, 3258:22, 3259:2, 3259:4, 3259:12, 3259:23
**assuming** [5] - 3199:10, 3208:25, 3212:12, 3214:14, 3242:5
**assumption** [3] - 3208:10, 3208:12, 3208:14
**assumptions** [1] - 3324:19
**assure** [1] - 3318:21
**ATA** [1] - 3283:17
**ate** [2] - 3135:13, 3135:15
**attached** [5] - 3197:22, 3306:2, 3306:3, 3306:5, 3306:9
**Attack** [1] - 3230:8

**attack** [75] - 3133:25, 3134:1, 3153:19, 3153:23, 3192:15, 3193:16, 3200:12, 3217:2, 3217:7, 3218:11, 3218:14, 3218:17, 3219:11, 3219:13, 3219:16, 3220:11, 3221:1, 3221:3, 3221:9, 3221:11, 3221:12, 3221:16, 3221:19, 3222:4, 3222:8, 3223:13, 3226:2, 3227:9, 3229:12, 3229:14, 3231:15, 3231:22, 3232:6, 3232:10, 3232:13, 3232:15, 3232:17, 3232:20, 3241:9, 3241:11, 3241:13, 3267:22, 3268:2, 3268:3, 3269:18, 3269:20, 3287:2, 3287:5, 3291:20, 3292:5, 3298:17, 3298:20, 3298:21, 3298:22, 3300:16, 3336:16, 3338:9, 3338:11, 3338:20, 3338:22, 3338:24, 3339:1, 3339:3, 3339:4, 3339:7, 3339:9, 3339:11, 3339:12, 3344:23
**attacked** [2] - 3133:23, 3221:22
**attackers** [1] - 3222:10
**attacks** [65] - 3132:15, 3135:15, 3137:2, 3138:18, 3145:2, 3145:3, 3153:11, 3193:11, 3199:23, 3200:19, 3205:23, 3215:21, 3215:23, 3216:24, 3218:6, 3222:9, 3224:2, 3224:13, 3224:17, 3224:20, 3225:1, 3225:6, 3225:19, 3225:22, 3225:24, 3226:5, 3226:19, 3227:8, 3228:13, 3229:8, 3229:17, 3229:19, 3232:1, 3235:8, 3237:5, 3241:8, 3251:25, 3252:2, 3268:17, 3268:21, 3283:1, 3283:2, 3291:18, 3294:14, 3298:12, 3298:16, 3299:1, 3299:6, 3299:8, 3299:10, 3300:15, 3304:12, 3311:4, 3311:9, 3311:11, 3311:15, 3311:16, 3312:6, 3333:2, 3333:4, 3338:17, 3338:19, 3339:5, 3344:24
**attempt** [2] - 3235:14, 3343:7
**attempting** [1] - 3216:1
**attending** [1] - 3292:11
**attention** [9] - 3185:12, 3249:8, 3260:17, 3286:3, 3289:7, 3292:2, 3312:13, 3317:3, 3317:6
**attenuated** [2] - 3225:12, 3337:24
**attorney** [5] - 3269:9, 3317:16, 3319:9, 3319:16, 3319:17
**Attorney** [2] - 3164:3, 3164:12
**attorney's** [1] - 3319:16
**attorneys** [6] - 3246:5, 3251:19, 3316:11, 3317:3, 3319:7, 3321:2
**attracting** [1] - 3176:2
**Atzmona** [1] - 3230:8
**audio** [6] - 3294:6, 3296:17, 3296:20
**auditors** [1] - 3280:4
**Auerbach** [4] - 3275:17, 3311:18, 3312:24, 3313:24
**Auerbach's** [2] - 3312:2, 3312:21
**August** [5] - 3156:1, 3165:10, 3212:25, 3223:4, 3280:14
**Austria** [1] - 3169:11

**Authorities** [1] - 3206:16
**authorities** [3] - 3309:3, 3309:5, 3309:6
**authority** [5] - 3340:3, 3340:6, 3340:10, 3346:3, 3349:5
**Authority** [13] - 3134:5, 3134:17, 3151:9, 3151:10, 3155:24, 3158:20, 3158:22, 3158:24, 3206:20, 3206:23, 3207:1, 3207:10, 3207:17
**authorized** [2] - 3136:11, 3339:17
**automated** [1] - 3141:12
**automatically** [1] - 3339:3
**available** [6] - 3139:20, 3153:15, 3190:4, 3249:2, 3249:3, 3284:8
**Avenue** [2] - 3262:18, 3267:19
**average** [1] - 3265:23
**avoid** [3] - 3137:9, 3259:19, 3278:7
**avoided** [1] - 3332:11
**aware** [5] - 3175:16, 3282:15, 3292:1, 3332:9
**awesome** [1] - 3245:1
**Awil** [1] - 3210:21

**B**

**Babkoff** [1] - 3290:5
**backed** [1] - 3271:7
**background** [1] - 3323:2
**backseat** [1] - 3290:23
**backward** [1] - 3213:4
**bad** [7] - 3144:6, 3160:1, 3162:6, 3165:5, 3245:21, 3249:19, 3287:14
**Bahrain** [1] - 3161:7
**Baker** [2] - 3137:21, 3293:9
**balanced** [1] - 3331:8
**ball** [1] - 3224:17
**bank** [216] - 3133:1, 3134:10, 3134:11, 3134:18, 3134:19, 3134:22, 3135:1, 3136:12, 3136:14, 3136:22, 3137:3, 3137:17, 3138:7, 3138:23, 3141:18, 3141:21, 3141:23, 3142:1, 3142:5, 3145:4, 3145:11, 3145:12, 3146:5, 3146:17, 3146:18, 3147:2, 3147:3, 3152:25, 3153:4, 3153:10, 3155:17, 3156:1, 3162:14, 3162:16, 3163:1, 3164:7, 3168:9, 3169:25, 3170:2, 3175:11, 3175:14, 3175:15, 3176:10, 3176:13, 3179:1, 3179:2, 3179:21, 3181:3, 3181:11, 3182:7, 3185:16, 3185:23, 3185:24, 3190:18, 3192:2, 3192:11, 3196:19, 3197:4, 3197:12, 3197:14, 3197:20, 3198:22, 3198:24, 3199:5, 3203:7, 3203:21, 3204:6, 3204:19, 3205:8, 3205:13, 3207:9, 3211:11, 3212:10, 3212:11, 3212:20, 3213:3, 3214:5, 3214:11, 3214:15, 3215:10, 3224:12, 3224:13, 3224:15, 3224:20, 3225:2, 3225:5, 3225:15, 3227:20, 3229:10, 3229:11, 3229:12,

6

3229:22, 3230:11, 3231:18, 3231:23, 3231:25, 3232:3, 3232:6, 3232:8, 3233:8, 3234:5, 3234:6, 3234:9, 3234:16, 3234:18, 3235:7, 3235:11, 3235:15, 3238:8, 3238:12, 3238:13, 3238:17, 3238:18, 3239:2, 3239:6, 3240:10, 3241:8, 3241:12, 3241:16, 3245:11, 3245:14, 3247:17, 3248:11, 3248:23, 3249:3, 3249:10, 3249:20, 3249:21, 3249:23, 3249:24, 3250:2, 3250:6, 3250:10, 3250:11, 3250:12, 3250:13, 3250:16, 3252:2, 3252:5, 3252:12, 3252:13, 3252:14, 3252:19, 3253:8, 3254:6, 3255:7, 3255:11, 3256:7, 3256:20, 3257:1, 3258:2, 3258:17, 3258:21, 3260:7, 3260:15, 3260:24, 3260:25, 3261:1, 3262:7, 3262:17, 3263:2, 3263:4, 3263:16, 3264:15, 3264:17, 3264:21, 3265:20, 3266:8, 3266:9, 3267:6, 3267:7, 3267:8, 3268:13, 3269:19, 3272:2, 3273:17, 3274:17, 3275:24, 3276:4, 3276:16, 3278:12, 3279:13, 3280:3, 3284:24, 3287:5, 3291:4, 3291:20, 3293:3, 3293:18, 3294:24, 3296:4, 3299:19, 3301:11, 3301:12, 3301:14, 3301:17, 3301:21, 3304:15, 3304:20, 3305:9, 3312:5, 3312:6, 3312:8, 3313:16, 3320:14, 3320:15, 3330:21

**Bank** [136] - 3132:14, 3132:17, 3134:3, 3134:15, 3134:25, 3135:21, 3138:7, 3138:24, 3141:8, 3144:8, 3144:23, 3145:5, 3145:8, 3145:18, 3145:19, 3146:11, 3146:23, 3155:19, 3158:3, 3158:23, 3161:19, 3175:7, 3175:23, 3185:20, 3187:20, 3188:23, 3188:25, 3190:15, 3190:17, 3190:18, 3190:19, 3190:23, 3191:25, 3194:13, 3194:21, 3198:8, 3206:9, 3209:22, 3209:23, 3210:7, 3210:22, 3211:13, 3213:9, 3215:3, 3215:11, 3225:22, 3225:23, 3226:5, 3229:21, 3229:25, 3230:2, 3230:3, 3234:10, 3234:22, 3235:1, 3235:2, 3236:5, 3236:7, 3236:21, 3238:21, 3238:25, 3239:14, 3247:5, 3250:7, 3257:4, 3257:5, 3258:7, 3259:2, 3259:4, 3259:10, 3259:24, 3260:8, 3260:14, 3260:24, 3261:15, 3262:8, 3262:15, 3264:25, 3266:6, 3267:18, 3268:13, 3273:14, 3274:13, 3276:3, 3276:6, 3276:8, 3276:10, 3278:15, 3279:15, 3291:1, 3291:3, 3291:6, 3291:22, 3292:18, 3293:2, 3293:7, 3293:12, 3293:14, 3294:12, 3294:25, 3295:1, 3295:2, 3295:18, 3295:23, 3296:16, 3297:1, 3297:8, 3297:10, 3297:11, 3297:20, 3298:24, 3299:17, 3300:3, 3300:11, 3300:22, 3301:21, 3301:22, 3302:7, 3302:24, 3303:1, 3303:10, 3305:14, 3308:1, 3308:18, 3311:3, 3312:5, 3313:20

**BANK** [1] - 3130:9
**Bank's** [10] - 3280:15, 3291:8, 3292:13, 3294:3, 3295:20, 3296:19, 3300:8, 3300:14, 3300:17, 3308:10
**bank's** [23] - 3138:12, 3153:9, 3175:15, 3182:8, 3199:2, 3199:3, 3203:15, 3205:3, 3205:6, 3224:24, 3225:7, 3232:24, 3233:11, 3244:1, 3252:7, 3265:11, 3269:9, 3272:2, 3286:18, 3286:22, 3287:3, 3287:8, 3291:16
**bankers** [1] - 3265:12
**banking** [42] - 3142:4, 3144:10, 3178:1, 3178:2, 3178:3, 3178:4, 3178:6, 3178:7, 3178:11, 3178:19, 3179:11, 3185:11, 3185:16, 3186:5, 3186:10, 3186:13, 3186:18, 3209:18, 3212:15, 3212:18, 3212:23, 3213:1, 3235:4, 3244:11, 3244:24, 3251:14, 3264:12, 3264:18, 3264:22, 3264:23, 3265:6, 3265:13, 3265:15, 3270:11, 3290:17, 3290:19, 3308:13, 3310:3, 3341:2, 3341:13
**banks** [23] - 3140:19, 3146:3, 3162:11, 3162:13, 3163:4, 3168:6, 3186:1, 3186:6, 3186:8, 3186:14, 3240:13, 3240:19, 3240:22, 3251:1, 3284:1, 3284:7, 3284:10, 3284:16, 3284:18, 3308:14, 3309:2, 3320:18
**banner** [3] - 3220:19, 3220:24, 3221:8
**banners** [1] - 3221:6
**bar** [4] - 3184:5, 3319:11, 3319:15, 3319:18
**barely** [2] - 3300:21, 3304:10
**base** [8] - 3248:3, 3248:5, 3248:6, 3248:7, 3248:9, 3317:25
**based** [19] - 3156:16, 3200:25, 3233:25, 3234:16, 3245:17, 3245:18, 3245:19, 3267:9, 3283:23, 3298:11, 3310:23, 3311:24, 3324:20, 3326:15, 3326:24, 3328:2, 3330:11, 3342:19
**Basem** [6] - 3313:7, 3313:9, 3313:12, 3313:13, 3313:14, 3313:21
**basement** [1] - 3278:2
**bash** [1] - 3165:5
**basic** [1] - 3159:16
**basing** [1] - 3167:10
**basis** [6] - 3201:8, 3266:2, 3307:19, 3322:6, 3329:11, 3329:16
**baskets** [4] - 3210:2, 3210:10, 3281:8, 3281:10
**Batawi** [1] - 3237:9
**battery** [1] - 3133:6
**battle** [3] - 3304:24, 3304:25
**BBC** [2] - 3223:3, 3223:11
**Beach** [1] - 3138:21
**bear** [4] - 3319:16, 3326:9, 3332:16, 3342:2
**bearded** [2] - 3256:2, 3256:3
**beast** [1] - 3282:7

**beautiful** [1] - 3282:23
**became** [2] - 3157:10, 3305:4
**become** [3] - 3175:23, 3201:12, 3282:17
**becomes** [1] - 3212:22
**bed** [3] - 3273:2, 3273:5, 3283:5
**BEFORE** [1] - 3130:14
**beg** [1] - 3138:22
**began** [4] - 3248:20, 3283:9, 3291:9, 3325:9
**begin** [5] - 3132:4, 3167:14, 3243:19, 3311:1, 3342:8
**beginning** [4] - 3276:15, 3290:3, 3293:20, 3295:7
**begrudgingly** [1] - 3280:22
**behalf** [11] - 3164:4, 3194:25, 3233:20, 3247:10, 3247:18, 3251:20, 3259:5, 3280:15, 3317:5, 3330:16, 3334:20
**behind** [7] - 3135:20, 3220:24, 3221:8, 3244:4, 3267:20, 3269:13, 3347:1
**behold** [1] - 3313:19
**beings** [1] - 3136:9
**Beirut** [2] - 3215:3, 3341:16
**Belgium** [1] - 3169:23
**belief** [1] - 3328:13
**believability** [2] - 3248:3, 3249:9
**believable** [4] - 3222:20, 3320:3, 3324:2
**believes** [1] - 3319:9
**belonged** [1] - 3212:4
**belongs** [2] - 3142:12, 3145:19
**below** [1] - 3158:7
**belt** [2] - 3220:21, 3220:23
**Ben** [3] - 3223:11, 3231:9, 3298:18
**beneficiaries** [10] - 3185:21, 3188:6, 3189:25, 3190:10, 3190:15, 3197:22, 3197:25, 3235:1, 3278:7, 3278:8
**beneficiary** [12] - 3189:23, 3198:1, 3198:3, 3198:10, 3210:21, 3212:2, 3215:5, 3215:7, 3295:19, 3306:17, 3306:19
**beneficiary's** [1] - 3295:25
**benefit** [10] - 3155:5, 3157:17, 3174:17, 3191:15, 3193:17, 3208:18, 3208:20, 3209:2, 3295:7, 3323:24
**benefiting** [1] - 3175:2
**benefits** [2] - 3190:8, 3190:25
**Bennett** [2] - 3130:7, 3130:21
**Berkley** [1] - 3271:2
**best** [7] - 3174:21, 3186:14, 3186:16, 3256:4, 3256:5, 3298:10, 3349:11
**Bethlehem** [2] - 3138:6, 3221:6
**better** [5] - 3153:5, 3227:6, 3256:19, 3283:16, 3299:17
**between** [22] - 3134:7, 3146:20, 3151:17, 3152:5, 3154:2, 3168:13, 3169:7, 3187:14, 3188:18, 3193:12, 3195:14, 3208:7, 3208:11, 3211:15, 3211:18, 3212:1, 3225:25, 3236:5, 3262:4, 3298:12, 3300:3, 3321:19

**Beverley** [2] - 3307:21, 3311:14
**Beverly** [1] - 3205:24
**beyond** [1] - 3273:25
**bias** [1] - 3323:8
**big** [14] - 3134:3, 3136:17, 3138:23, 3146:14, 3165:5, 3195:13, 3224:17, 3226:16, 3255:15, 3262:3, 3281:6, 3285:8, 3320:18, 3347:17
**big-time** [1] - 3281:6
**bigger** [2] - 3253:7, 3311:23
**biggest** [1] - 3209:14
**Billard** [9] - 3138:19, 3234:20, 3248:12, 3257:23, 3303:1, 3304:4, 3308:1, 3309:10, 3309:13
**Billiard** [1] - 3257:23
**billing** [1] - 3304:18
**billion** [7] - 3250:2, 3250:8, 3250:9, 3250:10, 3255:21, 3256:4
**billions** [1] - 3140:17
**Bin** [1] - 3161:15
**bingo** [1] - 3190:3
**Bishara** [12] - 3134:11, 3134:23, 3135:4, 3135:18, 3137:12, 3275:19, 3276:11, 3279:11, 3279:15, 3279:23, 3283:12, 3295:5
**Bishara's** [1] - 3135:8
**bit** [9] - 3178:1, 3194:5, 3216:12, 3224:20, 3241:24, 3251:7, 3251:12, 3251:16, 3312:20
**black** [3] - 3220:23, 3257:20, 3277:21
**blacklist** [2] - 3179:1, 3179:3
**blacklists** [4] - 3178:24, 3186:13, 3186:15, 3187:7
**blackmoore** [1] - 3303:3
**blackmore** [1] - 3265:1
**Blackmore** [9] - 3175:14, 3175:19, 3177:13, 3294:4, 3296:15, 3296:19, 3303:9, 3303:11, 3303:12
**blame** [3] - 3199:5
**blessings** [1] - 3208:1
**blew** [4] - 3135:18, 3243:18, 3267:3
**blind** [2] - 3278:17, 3304:22, 3305:6, 3305:7, 3305:9, 3305:10, 3305:11, 3307:24, 3332:13
**blocked** [1] - 3138:3
**blocks** [1] - 3300:21
**blond** [1] - 3255:24
**blow** [3] - 3203:13, 3226:20, 3240:4
**blowing** [1] - 3313:24
**blue** [2] - 3189:25, 3283:13
**blueprint** [7] - 3246:8, 3246:9, 3246:11, 3246:12, 3246:16, 3246:17, 3261:4
**BMC** [1] - 3130:4
**board** [13] - 3148:23, 3149:12, 3149:16, 3149:22, 3149:23, 3150:5, 3150:12, 3150:20, 3150:21, 3159:1, 3276:8, 3307:4
**Board** [4] - 3149:11, 3158:23, 3158:25
**boarding** [1] - 3311:19

**boards** [5] - 3149:1, 3149:16, 3150:18, 3150:22, 3151:7
**boat** [1] - 3148:25
**body** [1] - 3164:13
**Boeing** [1] - 3163:14
**bolts** [2] - 3270:25, 3275:16
**bomb** [5] - 3137:13, 3230:25, 3267:22, 3287:6, 3298:18
**bombast** [1] - 3239:8
**bombed** [1] - 3135:15
**bomber** [3] - 3135:17, 3137:14, 3231:1, 3243:17, 3267:2, 3271:7, 3290:8, 3292:12, 3293:4, 3300:4, 3301:16, 3313:1, 3313:7, 3313:7
**bomber's** [1] - 3218:16
**bombers** [16] - 3133:23, 3174:11, 3175:2, 3199:21, 3203:6, 3229:3, 3265:8, 3269:1, 3275:9, 3277:3, 3277:11, 3286:19, 3299:4, 3299:13, 3304:8, 3314:3
**bombers'** [2] - 3297:13, 3298:14
**bombing** [44] - 3134:1, 3135:17, 3204:8, 3204:11, 3204:14, 3218:4, 3218:5, 3218:19, 3218:23, 3219:4, 3219:6, 3219:18, 3220:3, 3220:6, 3220:18, 3221:13, 3221:18, 3222:25, 3223:5, 3223:8, 3223:15, 3223:18, 3230:1, 3230:6, 3230:9, 3231:24, 3232:12, 3232:18, 3255:17, 3267:20, 3267:21, 3269:3, 3269:11, 3269:15, 3290:6, 3291:18, 3298:17, 3298:18, 3298:19, 3298:20, 3314:1
**bombings** [8] - 3135:12, 3193:11, 3197:15, 3218:3, 3222:23, 3223:11, 3283:2, 3283:5
**bombs** [6] - 3220:22, 3222:11, 3245:9, 3251:4, 3268:23, 3300:23
**BONNER** [2] - 3130:22, 3130:22
**bonus** [1] - 3256:11
**book** [1] - 3307:22
**books** [1] - 3153:16
**booming** [1] - 3137:20
**border** [2] - 3218:15
**bother** [1] - 3150:11
**bothers** [1] - 3309:17
**bottom** [2] - 3210:8, 3210:11
**bought** [1] - 3153:1
**boxes** [1] - 3252:17
**boy** [1] - 3146:15
**boys** [1] - 3263:5
**brainer** [1] - 3283:25
**brains** [1] - 3267:20
**branch** [23] - 3138:6, 3214:21, 3238:21, 3248:13, 3248:14, 3255:6, 3257:4, 3257:5, 3257:6, 3264:2, 3265:12, 3276:12, 3292:13, 3293:11, 3295:13, 3295:18, 3303:25, 3304:3, 3304:10, 3308:1, 3308:10, 3309:25, 3310:13
**branches** [26] - 3132:18, 3134:24,

3135:21, 3149:9, 3149:10, 3149:21, 3150:5, 3150:12, 3150:19, 3150:22, 3154:14, 3154:18, 3158:15, 3159:2, 3177:12, 3190:19, 3257:3, 3291:22, 3293:3, 3293:7, 3294:25, 3295:1, 3299:19, 3300:21, 3301:11, 3301:17
**bravest** [1] - 3313:25
**break** [11] - 3131:21, 3131:23, 3183:5, 3183:7, 3241:23, 3288:11, 3289:9, 3314:21, 3314:23, 3314:24, 3314:25
**breath** [1] - 3205:25
**BRETT** [1] - 3131:3
**brian** [1] - 3308:1
**Brian** [3] - 3138:19, 3304:4, 3309:13
**BRIAN** [1] - 3130:14
**brief** [1] - 3316:20
**briefly** [4] - 3171:7, 3172:4, 3262:24, 3265:17
**Brigade** [15] - 3218:21, 3219:4, 3219:16, 3219:19, 3219:20, 3219:21, 3219:22, 3219:24, 3220:3, 3220:8, 3221:2, 3221:14, 3222:1, 3222:3, 3222:13
**bring** [27] - 3185:12, 3235:20, 3239:1, 3241:18, 3243:3, 3248:17, 3256:5, 3270:17, 3270:20, 3274:15, 3274:16, 3274:19, 3274:20, 3275:11, 3276:1, 3290:17, 3299:24, 3299:25, 3305:20, 3310:18, 3316:7, 3323:1, 3343:15, 3344:3, 3345:2, 3345:7
**bringing** [3] - 3249:11, 3269:9, 3343:17
**brings** [3] - 3153:6, 3176:7, 3248:11
**Britain** [2] - 3177:16, 3178:16
**British** [12] - 3170:17, 3170:22, 3174:2, 3174:9, 3174:23, 3174:25, 3177:15, 3177:18, 3177:22, 3221:20, 3304:25
**broadcast** [1] - 3292:5
**broader** [1] - 3153:6
**Brooklyn** [8] - 3130:10, 3131:6, 3239:14, 3250:24, 3256:5, 3279:3, 3279:5, 3292:15
**brother** [2] - 3133:16, 3145:24
**brothers** [2] - 3137:22, 3307:17
**brought** [26] - 3134:11, 3134:13, 3249:13, 3249:14, 3263:16, 3263:19, 3265:22, 3268:18, 3268:21, 3268:22, 3268:23, 3268:25, 3269:10, 3271:9, 3274:20, 3281:18, 3290:21, 3305:21, 3306:11, 3308:14, 3310:21, 3311:11, 3311:12, 3311:13, 3343:25
**bucket** [1] - 3211:20
**bucks** [1] - 3207:23
**build** [3] - 3246:10, 3270:5, 3281:24
**building** [3] - 3246:10, 3246:11, 3246:13
**built** [1] - 3270:6
**bulk** [1] - 3191:24
**bullet** [2] - 3198:14, 3287:6

**bulletin** [2] - 3153:18
**bullets** [2] - 3251:4, 3300:24
**bunch** [1] - 3162:6
**burden** [24] - 3136:13, 3136:16, 3224:14, 3247:11, 3273:15, 3273:17, 3273:20, 3273:21, 3273:24, 3278:18, 3310:23, 3328:24, 3331:2, 3331:6, 3331:9, 3331:13, 3334:8, 3334:21, 3336:6, 3336:9, 3336:25, 3339:19
**bureaucracy** [1] - 3151:16
**buried** [1] - 3278:4
**bus** [16] - 3221:3, 3224:3, 3224:8, 3230:3, 3230:4, 3230:6, 3240:4, 3243:11, 3243:13, 3298:19, 3298:21, 3298:22, 3311:18, 3311:19, 3311:22
**Bus** [14] - 3218:5, 3218:18, 3219:3, 3219:18, 3221:4, 3221:13, 3223:14, 3223:18, 3230:9, 3231:24, 3232:12, 3232:18, 3313:24
**business** [21] - 3133:6, 3133:7, 3133:8, 3141:24, 3142:4, 3142:5, 3145:25, 3152:25, 3153:4, 3154:5, 3170:2, 3186:3, 3199:2, 3199:3, 3261:8, 3277:20, 3286:15, 3287:9, 3332:25, 3340:5
**businesses** [2] - 3146:3, 3284:1
**button** [1] - 3190:3
**buy** [7] - 3145:21, 3146:11, 3146:17, 3210:14, 3240:15, 3245:8, 3310:15
**buying** [1] - 3287:6

# C

**Cadman** [1] - 3131:6
**Cafe** [2] - 3229:21, 3271:13
**cafe** [1] - 3230:7
**cafeteria** [1] - 3271:5
**Caleb** [1] - 3210:21
**calendar** [3] - 3293:22, 3294:7, 3294:8
**calendars** [3] - 3293:22, 3294:5, 3294:19
**California** [2] - 3271:2, 3271:5
**calm** [1] - 3243:12
**cannot** [11] - 3174:19, 3181:4, 3181:20, 3182:8, 3207:24, 3245:7, 3245:8, 3317:22
**capital** [1] - 3285:25
**capitalized** [2] - 3292:2, 3294:20
**captains** [1] - 3305:3
**car** [3] - 3198:16, 3205:11, 3290:13
**Caravanos** [1] - 3139:2
**card** [1] - 3145:21
**cards** [3] - 3270:7, 3270:8, 3270:10
**care** [1] - 3347:10
**careful** [3] - 3181:17, 3185:4, 3317:6
**carefully** [3] - 3316:25, 3331:11, 3343:1
**carelessness** [2] - 3282:13, 3331:25
**Carolina** [1] - 3279:8

**carried** [6] - 3188:24, 3218:12, 3273:19, 3311:10, 3311:16, 3338:18
**carry** [4] - 3189:15, 3278:18, 3299:8, 3304:12
**carrying** [4] - 3269:18, 3270:24, 3318:10, 3322:1
**cars** [1] - 3271:9
**case** [127] - 3136:12, 3136:17, 3139:12, 3140:24, 3142:14, 3146:21, 3147:8, 3149:18, 3152:10, 3152:13, 3152:20, 3153:19, 3155:10, 3164:5, 3164:15, 3165:8, 3166:11, 3168:20, 3169:1, 3169:16, 3170:6, 3176:8, 3177:25, 3178:1, 3178:2, 3178:19, 3181:6, 3183:8, 3185:13, 3186:11, 3188:21, 3189:1, 3191:3, 3192:10, 3197:18, 3199:23, 3211:4, 3213:2, 3214:15, 3215:22, 3225:4, 3229:16, 3233:25, 3234:17, 3235:5, 3235:9, 3236:2, 3237:7, 3242:1, 3244:2, 3244:5, 3244:21, 3244:22, 3247:20, 3248:2, 3248:10, 3252:11, 3262:7, 3272:2, 3273:25, 3279:25, 3280:16, 3281:17, 3288:12, 3289:10, 3290:4, 3290:7, 3290:19, 3290:20, 3291:3, 3293:1, 3298:14, 3302:19, 3310:3, 3310:4, 3310:20, 3311:17, 3312:24, 3313:12, 3313:13, 3313:16, 3316:11, 3316:13, 3316:16, 3316:23, 3317:8, 3318:13, 3318:23, 3319:6, 3319:8, 3319:25, 3320:10, 3320:14, 3320:21, 3321:4, 3321:5, 3322:12, 3323:8, 3323:13, 3323:25, 3324:3, 3324:16, 3325:3, 3326:12, 3326:13, 3326:21, 3328:6, 3330:3, 3330:6, 3330:8, 3331:2, 3332:2, 3334:2, 3340:3, 3340:9, 3340:11, 3342:4, 3342:22, 3342:23, 3343:22, 3346:18, 3346:25, 3348:25, 3349:9, 3349:13, 3349:15
**cases** [4] - 3130:5, 3206:15, 3206:21, 3274:2
**cash** [8] - 3185:15, 3185:21, 3284:22, 3285:1, 3291:4, 3299:20, 3299:22, 3302:6
**cast** [1] - 3331:6
**CAT** [1] - 3131:9
**catch** [3] - 3141:14, 3143:21, 3310:10
**catches** [1] - 3141:15
**catching** [1] - 3215:7
**caught** [1] - 3277:19
**causation** [4] - 3224:11, 3225:13, 3232:11, 3251:16
**caused** [8] - 3137:2, 3224:13, 3224:20, 3224:25, 3229:13, 3337:9, 3337:17, 3339:1
**causes** [2] - 3226:5, 3338:3
**causing** [3] - 3225:8, 3232:7, 3337:13
**cautioned** [1] - 3185:3
**celebrate** [2] - 3266:24, 3266:25
**cell** [1] - 3271:7

**cellar** [1] - 3278:2
**cells** [1] - 3301:19
**center** [1] - 3215:6
**Center** [2] - 3219:24, 3221:22
**Central** [1] - 3239:21
**ceremonies** [1] - 3292:22
**certain** [10] - 3173:8, 3233:9, 3258:22, 3259:14, 3318:24, 3324:16, 3325:10, 3330:9, 3339:17
**certainly** [9] - 3153:24, 3182:4, 3218:1, 3222:7, 3231:22, 3239:4, 3240:18, 3313:22, 3319:1
**certificate** [1] - 3299:24
**chair** [4] - 3305:22, 3305:23, 3306:12
**chairman** [2] - 3274:12, 3293:18
**chairman's** [1] - 3235:21
**challenge** [2] - 3309:10, 3314:1
**challenged** [1] - 3324:11
**chance** [3] - 3258:18, 3304:17
**change** [6] - 3157:8, 3197:21, 3244:23, 3270:11, 3306:17, 3342:24
**changed** [3] - 3244:9, 3285:11, 3285:13, 3285:14
**changes** [1] - 3278:7
**changing** [1] - 3197:24
**character** [1] - 3267:14
**characterized** [2] - 3172:21, 3283:4
**characters** [2] - 3264:1, 3264:20
**charge** [15] - 3206:17, 3220:19, 3272:7, 3272:19, 3273:16, 3274:8, 3277:16, 3282:9, 3283:20, 3285:24, 3287:7, 3305:24, 3306:14, 3314:14, 3314:19
**charged** [1] - 3316:4
**charges** [1] - 3221:6
**Charitable** [3] - 3149:3, 3149:6, 3149:9, 3161:16, 3188:4, 3188:9, 3188:12, 3188:22, 3189:10, 3297:5, 3297:6
**charitable** [7] - 3139:17, 3158:4, 3159:9, 3226:22, 3227:2, 3227:4, 3281:24
**Charities** [2] - 3174:9, 3176:3
**charities** [57] - 3147:10, 3147:13, 3148:6, 3148:8, 3148:21, 3149:19, 3150:13, 3150:20, 3150:21, 3151:9, 3151:13, 3152:6, 3154:5, 3154:23, 3155:6, 3155:11, 3155:14, 3155:18, 3155:25, 3156:3, 3156:14, 3156:15, 3156:19, 3156:23, 3157:5, 3157:9, 3157:12, 3158:2, 3158:11, 3160:13, 3161:3, 3161:11, 3161:17, 3162:5, 3162:9, 3163:7, 3168:13, 3168:21, 3170:8, 3174:8, 3190:7, 3190:10, 3209:10, 3225:18, 3227:13, 3227:18, 3234:15, 3237:9, 3281:5, 3297:4, 3297:6, 3297:9, 3297:10, 3297:20, 3298:5, 3298:7, 3302:17
**Charity** [1] - 3174:17
**charity** [24] - 3149:13, 3149:15,

3152:4, 3154:8, 3156:7, 3156:11, 3159:4, 3159:17, 3159:24, 3160:9, 3170:23, 3172:2, 3174:13, 3174:22, 3175:3, 3175:4, 3199:6, 3227:3, 3281:6, 3281:16, 3282:4, 3296:13
**Charleston** [1] - 3279:7
**chart** [18] - 3208:11, 3208:12, 3208:14, 3208:21, 3208:22, 3209:3, 3228:23, 3252:4, 3252:5, 3252:10, 3264:14, 3267:25, 3280:19, 3296:1, 3296:6, 3296:18, 3298:4
**charts** [18] - 3177:3, 3177:9, 3202:11, 3209:8, 3264:15, 3275:3, 3278:7, 3295:22, 3296:14, 3297:2, 3297:12, 3297:13, 3305:10, 3306:2, 3306:5, 3306:6, 3306:16, 3306:19
**Chase** [1] - 3162:8
**check** [17] - 3156:13, 3186:8, 3215:12, 3215:17, 3215:18, 3252:22, 3252:23, 3255:8, 3255:14, 3255:18, 3256:22, 3258:25, 3259:1, 3293:3, 3344:24
**checked** [7] - 3144:17, 3146:22, 3147:2, 3161:19, 3210:25, 3215:11, 3240:9
**checking** [2] - 3161:10, 3162:12
**checks** [1] - 3141:17
**chest** [2] - 3290:10, 3311:22
**child** [4] - 3159:12, 3206:25, 3237:12, 3237:15
**children** [12] - 3133:24, 3135:8, 3135:13, 3135:14, 3135:19, 3135:23, 3137:13, 3137:18, 3138:4, 3138:14, 3222:20, 3237:8
**children's** [1] - 3137:14
**CHIPS** [1] - 3144:9
**choice** [1] - 3281:2
**choked** [1] - 3196:19
**choose** [1] - 3322:24
**chose** [1] - 3190:13
**chosen** [1] - 3190:16
**church** [1] - 3246:13
**CIA** [1] - 3148:3
**circumstances** [4] - 3235:23, 3324:9, 3332:2, 3340:8
**circumstantial** [11] - 3272:16, 3272:17, 3272:20, 3273:11, 3321:17, 3321:20, 3322:5, 3322:8, 3329:18, 3330:2, 3340:13
**cited** [2] - 3153:18, 3167:8
**Citibank** [3] - 3144:9, 3144:17, 3145:18
**citizen** [2] - 3137:23, 3138:15
**citizens** [3] - 3221:20, 3236:1, 3314:8
**city** [1] - 3158:16
**City** [1] - 3223:6
**CIVETTA** [1] - 3131:4
**civil** [5] - 3158:21, 3195:15, 3314:9, 3316:16, 3340:11
**civilian** [2] - 3195:14, 3237:4
**civilians** [1] - 3237:5

**claim** [19] - 3210:15, 3215:13, 3216:11, 3217:9, 3217:22, 3222:18, 3223:24, 3225:3, 3227:2, 3302:21, 3328:19, 3329:1, 3329:3, 3329:7, 3331:15, 3333:7, 3333:23, 3337:23, 3338:16
**claimed** [12] - 3217:6, 3221:10, 3222:1, 3222:3, 3222:15, 3223:1, 3223:8, 3223:13, 3223:17, 3223:22, 3281:2, 3305:11
**claiming** [1] - 3216:8
**claims** [14] - 3136:14, 3216:16, 3219:17, 3222:23, 3224:5, 3280:17, 3302:20, 3316:19, 3331:18, 3331:20, 3332:20, 3333:1, 3339:20, 3344:22
**clandestine** [1] - 3337:4
**clarification** [1] - 3318:25
**clarify** [1] - 3322:18
**Clark** [1] - 3345:9
**clear** [8] - 3186:6, 3236:4, 3240:22, 3273:21, 3274:2, 3286:18, 3286:22, 3345:24
**cleared** [6] - 3143:18, 3160:16, 3170:18, 3170:20, 3175:10, 3235:1
**clearer** [1] - 3181:21
**clearing** [1] - 3308:19
**click** [2] - 3189:24, 3189:25
**client** [1] - 3319:17
**clients** [2] - 3317:5, 3349:8
**clinics** [1] - 3282:1
**clink** [1] - 3240:5
**Clinton** [1] - 3283:19
**clip** [1] - 3305:13
**clips** [1] - 3175:19
**close** [4] - 3175:24, 3233:1, 3317:3, 3348:20
**closed** [12] - 3179:21, 3181:18, 3181:20, 3181:25, 3182:8, 3184:9, 3303:3, 3303:4, 3304:21, 3332:5, 3332:7, 3332:14
**closing** [8] - 3132:4, 3136:3, 3242:6, 3281:4, 3288:24, 3316:12, 3344:19, 3348:18
**closure** [1] - 3184:6
**clothes** [1] - 3145:22
**Club** [2] - 3224:9, 3229:25
**CLYDE** [1] - 3130:19
**CNN** [6] - 3221:25, 3222:25, 3223:15, 3255:14, 3260:22, 3291:24
**coats** [1] - 3322:3
**cobbled** [1] - 3298:10
**Code** [2] - 3332:22, 3333:11
**coerce** [1] - 3336:14
**coffee** [2] - 3273:6, 3289:8
**Cogan** [5] - 3282:11, 3283:20, 3286:7, 3286:16, 3298:23
**COGAN** [1] - 3130:14
**COGAT** [12] - 3195:11, 3195:16, 3195:18, 3195:25, 3196:4, 3196:8, 3196:22, 3198:19, 3277:1

**Cogat** [1] - 3203:16
**coin** [1] - 3216:14
**cold** [1] - 3211:20
**Coleman** [1] - 3311:12
**COLES** [1] - 3131:3
**Colin** [2] - 3192:23, 3192:25
**colleagues** [1] - 3314:4
**collect** [1] - 3301:12
**collecting** [3] - 3151:19, 3151:25, 3152:2
**collective** [1] - 3286:1
**college** [1] - 3133:5
**collegial** [1] - 3345:24
**Colony** [1] - 3135:5
**column** [5] - 3209:10, 3227:10, 3278:6, 3278:10, 3306:20
**combat** [2] - 3198:15, 3200:11
**combined** [1] - 3147:18
**coming** [15] - 3161:15, 3168:1, 3195:6, 3199:21, 3205:7, 3205:8, 3210:24, 3253:25, 3256:16, 3272:23, 3280:18, 3285:2, 3289:5, 3321:21
**commanders** [2] - 3236:17, 3271:10
**commence** [1] - 3346:20
**commenced** [1] - 3234:24
**comments** [2] - 3184:11, 3312:2
**commission** [5] - 3172:3, 3174:8, 3174:18, 3174:23, 3213:9
**Commission** [3] - 3174:9, 3174:17, 3176:3
**commit** [8] - 3138:18, 3201:11, 3204:14, 3229:12, 3231:21, 3240:8, 3245:8, 3245:12
**commits** [1] - 3175:5
**committed** [24] - 3136:22, 3136:23, 3193:10, 3193:15, 3196:14, 3200:18, 3204:25, 3215:20, 3215:23, 3216:23, 3217:2, 3218:5, 3218:7, 3219:3, 3229:11, 3245:21, 3311:15, 3313:8, 3333:9, 3333:10, 3333:18, 3338:9, 3338:24, 3339:23
**committee** [4] - 3189:14, 3190:16, 3190:25, 3201:2
**Committee** [102] - 3139:17, 3149:20, 3150:1, 3150:4, 3150:5, 3150:8, 3158:15, 3168:2, 3185:19, 3187:9, 3187:11, 3187:15, 3187:21, 3187:25, 3188:5, 3188:9, 3188:14, 3188:23, 3188:25, 3189:6, 3189:21, 3190:6, 3190:13, 3190:14, 3191:1, 3192:22, 3194:5, 3194:7, 3194:11, 3194:20, 3194:21, 3194:25, 3195:7, 3195:20, 3195:21, 3196:11, 3197:1, 3197:13, 3198:11, 3199:22, 3200:6, 3200:16, 3200:21, 3201:1, 3202:24, 3203:5, 3206:8, 3207:4, 3207:14, 3207:19, 3209:7, 3209:22, 3210:6, 3210:19, 3210:20, 3210:24, 3226:11, 3227:25, 3228:1, 3228:5, 3228:8, 3228:16, 3228:17, 3230:15, 3230:18, 3231:2,

3231:5, 3231:12, 3231:14, 3231:19, 3232:1, 3232:4, 3232:5, 3232:9, 3232:12, 3232:14, 3232:16, 3232:22, 3232:23, 3233:21, 3234:6, 3234:15, 3259:5, 3264:17, 3265:21, 3266:13, 3274:15, 3276:3, 3276:13, 3276:23, 3276:25, 3283:6, 3285:6, 3285:10, 3285:11, 3285:13, 3294:23, 3298:15, 3299:14, 3313:18, 3330:16

**committees** [2] - 3195:11, 3303:16
**committing** [6] - 3132:15, 3196:15, 3200:18, 3216:9, 3222:19, 3240:3
**common** [18] - 3213:15, 3252:21, 3252:23, 3255:19, 3256:23, 3258:24, 3259:1, 3260:19, 3276:8, 3289:25, 3290:24, 3311:24, 3322:6, 3329:12, 3339:9
**communicate** [2] - 3343:8, 3343:21
**communicated** [1] - 3271:10
**communication** [2] - 3343:9, 3346:4
**communications** [2] - 3343:17, 3346:24
**companies** [2] - 3284:1, 3284:2
**company** [3] - 3136:8, 3170:11, 3284:2
**Company** [1] - 3133:9
**compared** [3] - 3250:8, 3306:20, 3328:11
**comparison** [2] - 3207:5, 3260:5
**compel** [1] - 3336:14
**compiling** [1] - 3297:4
**complained** [3] - 3193:3, 3193:8, 3193:21
**complaining** [1] - 3206:7
**Complaint** [2] - 3213:23, 3214:3
**complete** [4] - 3277:4, 3330:21, 3341:15, 3341:18
**completed** [2] - 3147:4, 3345:1
**completely** [5] - 3148:25, 3167:12, 3276:25, 3277:17, 3307:25
**completes** [1] - 3342:1
**compliance** [12] - 3138:12, 3175:15, 3248:13, 3248:23, 3261:7, 3261:12, 3261:13, 3294:3, 3304:5, 3308:3, 3341:9, 3341:13
**components** [1] - 3241:12
**compound** [2] - 3133:22, 3133:25
**computer** [4] - 3257:24, 3275:7, 3284:15, 3289:24
**computers** [1] - 3190:1
**conceal** [1] - 3277:24
**concealing** [1] - 3245:16
**concept** [1] - 3252:9
**concepts** [2] - 3331:18, 3331:19
**concern** [4] - 3174:12, 3286:12, 3319:13, 3341:23
**concerned** [3] - 3253:9, 3303:5, 3317:22
**concerning** [3] - 3341:1, 3341:12, 3345:14

**conclude** [10] - 3138:16, 3138:25, 3139:4, 3139:13, 3221:16, 3318:17, 3322:2, 3322:4, 3326:17, 3329:15
**concluded** [8] - 3139:21, 3152:6, 3218:5, 3218:7, 3219:25, 3308:10, 3308:17, 3316:11
**concludes** [2] - 3186:22, 3222:7
**conclusion** [16] - 3137:25, 3138:10, 3153:20, 3156:25, 3159:24, 3171:2, 3174:2, 3174:8, 3174:16, 3174:25, 3175:16, 3308:15, 3320:4, 3329:25, 3342:10, 3342:13
**conclusions** [3] - 3171:1, 3229:16, 3327:1
**conditions** [1] - 3235:24
**conduct** [9] - 3248:6, 3281:25, 3286:10, 3286:18, 3286:23, 3287:4, 3314:12, 3332:1, 3341:22
**conducted** [2] - 3194:7, 3194:10
**confer** [1] - 3349:2
**conference** [1] - 3319:18
**conferences** [1] - 3319:11
**confessed** [2] - 3145:1, 3290:9
**confession** [4] - 3145:3, 3220:10, 3220:16, 3268:10
**confessions** [3] - 3268:22, 3268:25, 3311:13
**confident** [1] - 3255:23
**confine** [1] - 3153:14
**confirmed** [1] - 3196:8
**conflict** [2] - 3225:25, 3301:2
**conflicting** [1] - 3323:20
**conflicts** [1] - 3318:5
**confronted** [1] - 3305:12
**Congress** [1] - 3283:19
**connect** [1] - 3149:17
**connected** [5] - 3150:7, 3186:25, 3187:2, 3189:2, 3197:12
**Connecticut** [1] - 3146:14
**connection** [12] - 3146:20, 3170:16, 3229:20, 3230:13, 3231:25, 3232:3, 3232:7, 3232:10, 3232:21, 3298:11, 3300:3, 3300:8
**connects** [1] - 3230:11
**conscientious** [3] - 3317:4, 3343:3, 3343:5
**conscientiously** [1] - 3345:20
**conscious** [1] - 3259:23
**consciously** [1] - 3332:11
**consequence** [1] - 3337:15
**consequently** [2] - 3247:2, 3334:17
**consider** [30] - 3184:15, 3233:25, 3251:22, 3286:10, 3309:11, 3311:2, 3311:4, 3311:5, 3317:20, 3320:1, 3320:2, 3320:6, 3320:21, 3321:10, 3322:15, 3323:14, 3323:17, 3324:9, 3326:8, 3326:12, 3328:2, 3328:20, 3331:20, 3337:8, 3338:18, 3339:5, 3341:3, 3341:12, 3341:22, 3342:17
**consideration** [9] - 3155:22, 3201:4,

3249:4, 3317:14, 3319:25, 3320:13, 3320:17, 3320:19, 3342:23
**considerations** [1] - 3320:9
**considered** [8] - 3159:24, 3265:6, 3323:12, 3323:23, 3324:22, 3324:25, 3325:16, 3328:11
**considering** [4] - 3261:6, 3339:7, 3343:1, 3344:22
**consist** [1] - 3158:25
**consistent** [4] - 3185:16, 3185:22, 3269:21, 3269:22
**constant** [1] - 3283:1
**constitute** [1] - 3339:3
**Constitution** [1] - 3162:20
**consult** [2] - 3338:15, 3342:18
**consultant** [1] - 3164:13
**contained** [2] - 3252:11, 3297:13
**contending** [1] - 3286:24
**contention** [5] - 3168:15, 3169:7, 3197:14, 3211:6, 3225:14
**contentions** [2] - 3167:10, 3168:20
**contents** [2] - 3319:14, 3321:12
**context** [4] - 3264:13, 3265:1, 3266:21, 3282:22
**continue** [5] - 3185:9, 3197:1, 3242:5, 3288:24, 3309:12
**continued** [2] - 3135:20, 3235:24, 3237:20, 3287:16
**Continued** [13] - 3131:1, 3147:20, 3171:8, 3173:14, 3180:5, 3182:11, 3183:12, 3201:16, 3242:9, 3254:9, 3296:21, 3315:7, 3327:3
**continues** [6] - 3165:16, 3186:22, 3217:24, 3271:16, 3306:22, 3340:14
**continuing** [2] - 3238:1, 3288:1
**continuous** [1] - 3337:18
**contradicted** [1] - 3324:11
**contrary** [2] - 3153:16, 3229:2
**contrast** [1] - 3156:18
**contribute** [3] - 3298:25, 3304:11, 3312:8
**contributed** [5] - 3299:5, 3300:11, 3311:7, 3338:4, 3338:6
**contributes** [1] - 3337:19
**contributing** [1] - 3300:17
**contributions** [3] - 3300:13, 3300:14, 3300:17
**Control** [1] - 3141:4
**control** [10] - 3150:2, 3150:25, 3156:17, 3157:2, 3157:7, 3157:22, 3284:6, 3294:17, 3335:1, 3335:7
**controlled** [42] - 3148:22, 3149:7, 3149:15, 3149:25, 3150:10, 3152:7, 3152:14, 3152:17, 3152:18, 3152:23, 3153:2, 3154:6, 3154:16, 3155:7, 3156:4, 3156:7, 3156:23, 3157:10, 3157:12, 3159:4, 3159:18, 3159:25, 3160:2, 3160:25, 3161:17, 3164:4, 3188:7, 3188:8, 3188:9, 3189:17, 3226:24, 3227:3, 3227:17, 3227:18,

3227:21, 3228:9, 3228:18, 3273:19, 3297:6, 3297:8, 3302:9, 3302:12
**controlling** [3] - 3149:19, 3151:5, 3152:3
**controversial** [2] - 3207:2, 3207:3
**conversely** [2] - 3335:5, 3341:8
**conveyance** [1] - 3336:13
**convicted** [2] - 3144:21, 3286:20
**conviction** [4] - 3221:15, 3224:2, 3343:4, 3343:6
**convictions** [2] - 3221:13, 3268:21
**convince** [3] - 3250:11, 3265:20, 3314:14
**convincing** [1] - 3328:12
**cool** [1] - 3243:12
**coordinated** [2] - 3228:9, 3228:18
**coordinating** [1] - 3195:14
**coordination** [2] - 3159:15, 3164:3
**coordinative** [1] - 3189:14
**Coordinator** [1] - 3195:12
**cop** [1] - 3233:7
**Copenhagen** [1] - 3304:25
**copy** [1] - 3338:13
**corner** [1] - 3256:15
**corporate** [2] - 3339:13, 3339:14
**corporation** [13] - 3136:6, 3136:10, 3136:12, 3136:24, 3256:4, 3339:14, 3339:16, 3339:17, 3339:24, 3339:25, 3340:6, 3340:10
**Corporation** [1] - 3220:1
**corporation's** [1] - 3340:5
**corporations** [1] - 3320:18
**correct** [6] - 3141:19, 3174:15, 3194:9, 3194:23, 3196:11, 3201:4
**correspondence** [2] - 3254:6, 3259:17
**correspondent** [2] - 3190:18, 3276:4
**costs** [1] - 3159:13
**Coulter** [2] - 3130:6, 3130:18
**counsel** [2] - 3316:24, 3319:10
**count** [1] - 3139:16
**counter** [2] - 3226:2, 3302:7
**countries** [2] - 3132:19, 3154:4
**country** [6] - 3178:25, 3185:15, 3244:15, 3244:16, 3244:20, 3307:7
**Country** [1] - 3134:14
**couple** [5] - 3143:15, 3218:18, 3219:8, 3232:25, 3280:1
**course** [14] - 3146:19, 3155:3, 3166:3, 3239:8, 3239:18, 3243:21, 3286:19, 3295:22, 3298:6, 3318:15, 3318:19, 3340:4, 3340:5
**Court** [8] - 3131:5, 3258:20, 3268:22, 3270:15, 3273:21, 3279:24, 3280:8, 3346:5
**court** [17] - 3144:21, 3174:1, 3183:1, 3259:13, 3320:9, 3325:1, 3343:8, 3343:15, 3343:17, 3343:18, 3343:23, 3345:22, 3346:7, 3346:15, 3346:21, 3347:3, 3347:4
**COURT** [68] - 3130:1, 3131:15,

3131:19, 3132:2, 3171:7, 3172:8, 3172:14, 3172:16, 3172:19, 3172:22, 3173:7, 3179:24, 3180:1, 3180:4, 3181:2, 3181:7, 3181:10, 3181:13, 3182:2, 3182:6, 3183:4, 3183:7, 3183:10, 3184:2, 3184:4, 3184:13, 3185:2, 3185:8, 3214:9, 3233:2, 3233:5, 3241:1, 3241:4, 3241:22, 3242:4, 3243:3, 3243:5, 3259:7, 3260:1, 3263:7, 3270:14, 3271:15, 3275:1, 3288:9, 3288:14, 3288:17, 3288:20, 3288:23, 3289:2, 3297:16, 3309:8, 3312:15, 3314:18, 3314:24, 3315:4, 3316:2, 3316:9, 3328:1, 3347:5, 3347:9, 3347:12, 3347:16, 3347:25, 3348:4, 3348:8, 3348:12, 3348:16, 3348:22
**Court's** [1] - 3272:7
**courthouse** [2] - 3253:6, 3348:20
**Courthouse** [2] - 3130:9, 3268:19
**COURTNEY** [1] - 3130:5
**courtroom** [12] - 3219:7, 3263:17, 3264:8, 3282:23, 3307:20, 3320:1, 3320:23, 3321:5, 3321:23, 3323:2, 3344:3, 3345:3, 3345:7
**cover** [1] - 3307:22
**coverages** [1] - 3346:24
**covered** [1] - 3172:19
**crash** [1] - 3270:10
**crashing** [1] - 3270:8
**create** [6] - 3133:18, 3134:6, 3134:7, 3293:22, 3300:25, 3301:4
**created** [1] - 3292:24
**creating** [1] - 3135:2
**credibility** [13] - 3248:2, 3249:9, 3272:14, 3274:4, 3274:6, 3274:10, 3275:21, 3309:10, 3318:4, 3324:23, 3326:3, 3326:9, 3326:17
**credible** [4] - 3233:10, 3233:17, 3319:4, 3331:5
**credit** [10] - 3145:21, 3146:7, 3216:9, 3216:11, 3216:16, 3222:5, 3223:13, 3291:18, 3292:3, 3292:4
**cries** [1] - 3270:19
**Crime** [1] - 3248:18
**criminal** [9] - 3162:20, 3162:22, 3162:25, 3168:10, 3175:5, 3193:18, 3204:25, 3232:23, 3240:16, 3283:24
**criminals** [4] - 3162:14, 3162:15, 3162:17, 3163:4
**crippled** [3] - 3191:11, 3191:12, 3208:20
**crisp** [1] - 3243:12
**criteria** [1] - 3159:23
**criticism** [1] - 3209:6
**criticisms** [1] - 3235:10
**criticizing** [1] - 3235:15
**cross** [5] - 3178:8, 3218:10, 3220:4, 3220:7, 3283:12
**cross-examination** [3] - 3218:10,

3220:4, 3220:7
**cross-examine** [1] - 3178:8
**cross-examined** [1] - 3283:12
**crowd** [1] - 3237:10
**curfew** [1] - 3205:22
**curiously** [1] - 3216:13
**currency** [1] - 3334:4
**customers** [6] - 3251:15, 3262:15, 3262:16, 3277:22, 3297:9
**customized** [1] - 3156:6
**cut** [2] - 3167:21, 3282:15
**cuts** [2] - 3165:15, 3166:8
**cutting** [1] - 3349:10
**CV** [8] - 3130:4, 3130:5, 3130:6, 3130:6, 3130:7, 3130:7, 3130:8, 3130:8
**cycle** [2] - 3226:2, 3226:4

## D

**Dabbour** [5] - 3138:11, 3179:16, 3179:19, 3184:16, 3184:20
**Dahaishi** [1] - 3219:2
**Daily** [3] - 3223:6, 3223:11, 3223:19
**dairy** [1] - 3159:10
**Dale** [2] - 3166:16, 3168:3
**Dallas** [3] - 3272:24, 3279:6, 3302:22
**damage** [1] - 3336:21
**damaged** [1] - 3191:21
**damages** [1] - 3272:4
**damaging** [2] - 3233:13, 3234:18
**dangerous** [1] - 3336:19
**dare** [1] - 3251:1
**Darwaza** [1] - 3140:12
**data** [3] - 3326:16, 3326:24, 3328:2
**date** [5] - 3176:19, 3198:3, 3198:9, 3294:14, 3296:2, 3345:2
**dated** [1] - 3144:4
**daughter** [3] - 3270:22, 3271:2, 3271:12
**David** [6] - 3175:14, 3294:4, 3296:15, 3303:9, 3303:11, 3303:12
**day-to-day** [1] - 3157:22
**days** [1] - 3289:5
**dead** [10] - 3167:19, 3190:9, 3201:2, 3208:22, 3209:4, 3231:11, 3269:14, 3269:15, 3313:9
**dead-person** [1] - 3231:11
**deal** [4] - 3192:7, 3192:21, 3279:13, 3347:17
**dealing** [4] - 3140:19, 3264:20, 3264:21, 3308:20
**dealings** [1] - 3323:5
**death** [11] - 3198:9, 3198:10, 3198:14, 3201:3, 3201:5, 3278:11, 3296:2, 3298:2, 3299:24, 3306:20
**debate** [1] - 3302:12
**decades** [3] - 3134:8, 3225:24, 3225:25
**deceit** [1] - 3245:17

**deceive** [2] - 3269:23, 3270:4
**December** [4] - 3176:21, 3209:21, 3223:10, 3230:22
**deception** [2] - 3245:17, 3270:4
**decide** [28] - 3168:10, 3188:17, 3205:3, 3210:17, 3227:17, 3228:16, 3229:9, 3240:12, 3241:14, 3244:22, 3272:2, 3289:13, 3312:10, 3312:11, 3316:23, 3317:13, 3318:6, 3318:23, 3322:9, 3322:23, 3323:3, 3323:20, 3324:5, 3326:15, 3329:5, 3329:21, 3331:15, 3342:22
**decided** [11] - 3145:24, 3146:5, 3167:3, 3170:25, 3196:21, 3196:25, 3197:2, 3306:16, 3319:13, 3343:6, 3348:6
**decides** [3] - 3132:13, 3139:15, 3240:11
**deciding** [7] - 3145:19, 3240:16, 3320:21, 3322:21, 3323:14, 3324:23, 3341:3
**decision** [11] - 3157:3, 3157:4, 3175:24, 3190:11, 3259:23, 3289:15, 3293:15, 3312:10, 3326:2, 3329:15
**decisions** [1] - 3318:22
**declarations** [1] - 3299:11
**declared** [5] - 3155:14, 3280:13, 3280:14, 3299:8, 3299:10
**deduction** [1] - 3329:25
**deeper** [1] - 3219:9
**defendant** [52] - 3136:14, 3233:19, 3233:21, 3247:5, 3261:14, 3302:20, 3320:14, 3329:6, 3329:20, 3330:8, 3330:13, 3330:15, 3330:19, 3331:1, 3331:7, 3331:10, 3331:25, 3332:3, 3332:4, 3332:6, 3332:9, 3332:11, 3332:12, 3332:14, 3333:8, 3333:10, 3333:16, 3333:18, 3333:21, 3334:1, 3334:7, 3334:10, 3334:18, 3334:23, 3334:25, 3335:6, 3335:11, 3335:15, 3335:19, 3335:21, 3336:3, 3336:7, 3336:24, 3337:6, 3338:24, 3339:13, 3339:20, 3341:4, 3341:6, 3341:10, 3344:23
**Defendant** [2] - 3130:10, 3131:2
**defendant's** [9] - 3337:12, 3338:1, 3338:4, 3338:10, 3338:19, 3338:25, 3341:1, 3341:12, 3343:20
**defendants** [1] - 3233:18
**Defense** [1] - 3196:24
**defense** [14] - 3134:21, 3156:18, 3195:15, 3251:14, 3261:3, 3261:24, 3275:24, 3276:21, 3277:15, 3277:19, 3286:5, 3290:20, 3296:4, 3309:22
**defenses** [1] - 3285:17
**defies** [1] - 3226:3
**define** [1] - 3331:17
**defined** [2] - 3313:5, 3341:8
**definition** [2] - 3331:21, 3335:16
**deflect** [1] - 3235:14

**degree** [2] - 3271:3, 3308:4
**Dekalim** [3] - 3222:9, 3224:4, 3230:10
**deliberate** [4] - 3234:2, 3311:1, 3317:21, 3332:18
**deliberately** [11] - 3132:14, 3138:17, 3139:14, 3214:15, 3214:22, 3241:16, 3304:21, 3332:4, 3332:6, 3332:11, 3332:14
**deliberating** [5] - 3137:4, 3146:9, 3316:5, 3346:12, 3348:21
**deliberations** [10] - 3229:9, 3244:6, 3316:21, 3323:6, 3342:7, 3342:9, 3342:16, 3346:14, 3346:17, 3346:20
**deliver** [2] - 3243:6, 3345:3
**delivered** [1] - 3291:22
**demeanor** [1] - 3324:5
**demonstrate** [4] - 3294:19, 3298:11, 3298:13, 3321:19
**demonstrates** [1] - 3234:17
**denied** [1] - 3174:19
**Denmark** [1] - 3169:23
**Denver** [1] - 3223:7
**deny** [1] - 3193:17
**Department** [14] - 3151:16, 3151:18, 3164:11, 3165:12, 3166:17, 3167:3, 3168:5, 3168:8, 3168:12, 3168:16, 3168:18, 3248:19
**department** [5] - 3194:6, 3217:3, 3240:14, 3305:16, 3306:15
**depended** [1] - 3206:17
**dependent** [1] - 3158:3
**depo** [1] - 3182:1
**deposit** [1] - 3212:24
**deposition** [4] - 3184:25, 3265:2, 3347:22, 3348:1
**depositions** [4] - 3274:21, 3320:25, 3325:8, 3330:10
**deposits** [1] - 3214:16
**descent** [1] - 3226:1
**describe** [2] - 3173:9, 3241:6
**described** [11] - 3157:15, 3173:8, 3184:16, 3226:3, 3247:6, 3247:9, 3247:13, 3286:13, 3325:18, 3334:19, 3341:24
**deserve** [1] - 3326:14
**designate** [3] - 3163:3, 3163:4, 3164:19
**designated** [84] - 3140:6, 3140:13, 3143:22, 3144:14, 3148:15, 3151:4, 3154:10, 3160:20, 3163:8, 3163:9, 3163:11, 3163:13, 3163:16, 3163:18, 3163:24, 3163:25, 3164:8, 3164:9, 3164:12, 3164:17, 3164:21, 3164:23, 3164:25, 3165:1, 3165:2, 3165:4, 3165:12, 3166:22, 3168:8, 3168:16, 3169:8, 3169:11, 3169:12, 3169:14, 3169:17, 3169:18, 3169:24, 3176:11, 3176:12, 3176:21, 3177:4, 3179:13, 3187:17, 3187:19, 3188:12, 3188:13, 3188:20, 3202:3, 3209:12, 3211:15,

3211:17, 3211:25, 3213:1, 3213:2, 3213:5, 3213:21, 3215:17, 3226:7, 3239:4, 3245:20, 3245:24, 3245:25, 3246:1, 3246:20, 3247:13, 3247:22, 3261:25, 3262:9, 3262:17, 3301:24, 3303:7, 3303:15, 3308:11, 3308:20, 3334:13, 3334:15, 3335:22, 3336:2, 3336:5
**Designated** [2] - 3187:17, 3187:18
**designates** [1] - 3168:5
**designating** [4] - 3163:14, 3167:15, 3168:13
**designation** [16] - 3163:11, 3165:6, 3165:11, 3166:13, 3166:14, 3168:7, 3176:20, 3177:6, 3177:10, 3177:17, 3185:25, 3187:25, 3213:7, 3235:2, 3235:3, 3302:1
**designations** [3] - 3247:22, 3281:20, 3347:22
**designed** [1] - 3143:21, 3238:18, 3283:21
**despite** [21] - 3140:15, 3151:24, 3152:1, 3157:9, 3167:23, 3168:14, 3168:15, 3169:8, 3175:1, 3176:2, 3201:7, 3202:1, 3202:19, 3207:9, 3216:25, 3219:6, 3221:15, 3222:6, 3270:1
**destroyed** [3] - 3133:24, 3198:5, 3293:23
**detail** [5] - 3156:25, 3160:6, 3160:10, 3172:8, 3172:16
**detain** [1] - 3336:14
**detaining** [1] - 3336:13
**detergent** [1] - 3133:7
**determination** [1] - 3241:19
**determine** [7] - 3216:1, 3317:12, 3318:4, 3318:7, 3331:11, 3332:13, 3342:5
**determined** [7] - 3164:2, 3164:10, 3219:22, 3219:23, 3220:2, 3318:7, 3320:4
**determining** [3] - 3148:21, 3318:8, 3328:19
**detonator** [1] - 3290:11
**developed** [1] - 3156:6
**device** [1] - 3336:19
**dictates** [1] - 3324:6
**died** [9] - 3191:6, 3191:7, 3192:14, 3196:14, 3198:7, 3199:7, 3201:9, 3313:2
**difference** [5] - 3199:14, 3235:13, 3262:4, 3283:14, 3321:19
**different** [36] - 3132:15, 3132:19, 3149:16, 3150:22, 3151:6, 3154:15, 3156:11, 3162:11, 3179:5, 3179:11, 3179:14, 3184:8, 3187:12, 3188:17, 3191:2, 3192:1, 3194:12, 3195:17, 3195:19, 3198:24, 3201:12, 3207:16, 3209:19, 3218:20, 3221:19, 3243:24, 3257:3, 3272:14, 3274:1, 3282:25,

3293:24, 3317:17, 3329:17, 3349:7
**differently** [3] - 3141:9, 3141:25, 3209:19
**differing** [1] - 3154:14
**differs** [1] - 3343:3
**difficult** [3] - 3155:21, 3195:9, 3300:21
**difficulties** [1] - 3207:18
**dinner** [2] - 3135:6, 3135:14
**direct** [18] - 3159:9, 3174:12, 3203:4, 3220:4, 3236:13, 3272:16, 3272:18, 3272:21, 3273:10, 3321:11, 3321:16, 3321:19, 3321:21, 3322:9, 3329:18, 3330:2, 3340:12
**directed** [2] - 3157:4, 3157:24
**directing** [5] - 3157:3, 3157:7, 3157:22, 3335:3, 3335:9
**direction** [5] - 3202:24, 3284:6, 3295:14, 3335:1, 3335:7
**directions** [1] - 3157:9
**directly** [3] - 3200:8, 3299:15, 3347:1
**director** [3] - 3136:23, 3138:11, 3339:23
**Directors** [3] - 3149:11, 3158:23, 3158:25
**directors** [4] - 3136:11, 3276:8, 3339:16, 3340:1
**disadvantage** [1] - 3193:17
**disadvantages** [1] - 3201:11
**disagreeing** [1] - 3188:16
**discharged** [1] - 3316:25
**disclosed** [1] - 3204:17
**disco** [1] - 3290:8
**discounted** [1] - 3324:24
**discovery"** [1] - 3330:4
**discrepancy** [2] - 3323:16, 3323:18
**discriminate** [1] - 3201:15
**discrimination** [3] - 3159:6, 3160:15, 3192:13
**discuss** [2] - 3331:19, 3342:16
**discussed** [2] - 3167:23, 3231:6
**discussing** [1] - 3255:2
**discussion** [3] - 3193:12, 3319:14, 3342:25
**disease** [1] - 3278:16
**disillusioned** [1] - 3301:2
**disinterested** [1] - 3324:2
**disks** [2] - 3138:2, 3284:15
**dismiss** [1] - 3279:25
**dismissed** [3] - 3280:16, 3346:10, 3347:6
**display** [1] - 3160:17
**displease** [1] - 3319:24
**dispute** [1] - 3325:4
**disregard** [2] - 3326:19, 3326:21
**disregarded** [1] - 3321:8, 3324:24
**distance** [1] - 3238:22
**distort** [1] - 3277:24
**distorted** [1] - 3277:10
**distortions** [1] - 3276:21

**distributed** [3] - 3233:20, 3259:4, 3330:15
**distributing** [2] - 3159:15, 3190:24
**distribution** [1] - 3185:21
**District** [1] - 3279:24
**DISTRICT** [3] - 3130:1, 3130:1, 3130:15
**DLA** [1] - 3131:2
**DNE** [1] - 3169:23
**Doctor** [9] - 3147:12, 3147:17, 3154:2, 3154:13, 3156:18, 3156:21, 3159:23, 3160:12, 3192:19
**doctor** [1] - 3157:2
**document** [9] - 3172:12, 3173:5, 3173:8, 3173:10, 3219:10, 3236:24, 3306:1, 3321:12, 3325:13
**documents** [24] - 3172:6, 3233:9, 3233:13, 3234:4, 3234:5, 3234:16, 3257:2, 3258:9, 3258:10, 3259:15, 3268:23, 3277:20, 3277:24, 3278:3, 3278:9, 3278:22, 3285:20, 3310:9, 3325:2, 3325:7, 3328:18, 3330:5, 3330:9
**dollar** [2] - 3287:6, 3300:16
**dollars** [16] - 3140:17, 3205:17, 3206:21, 3207:6, 3207:13, 3210:1, 3250:3, 3250:8, 3250:9, 3250:10, 3250:22, 3255:21, 3257:10, 3262:8, 3262:14, 3285:1
**Dolphinarium** [7] - 3222:25, 3224:3, 3230:25, 3290:6, 3290:8, 3290:16, 3298:17
**domestic** [1] - 3320:18
**dominated** [1] - 3228:17
**donate** [1] - 3294:21
**donation** [1] - 3196:7
**donations** [19] - 3158:5, 3194:12, 3194:20, 3195:6, 3195:17, 3195:19, 3195:21, 3195:25, 3196:1, 3196:5, 3196:9, 3196:12, 3196:23, 3198:20, 3198:25, 3200:21, 3204:20, 3276:17
**done** [17] - 3176:11, 3197:4, 3206:8, 3214:4, 3220:1, 3243:15, 3251:8, 3269:14, 3282:18, 3308:9, 3310:21, 3313:7, 3313:12, 3340:2, 3340:4, 3344:6, 3348:12
**donkey** [1] - 3301:8
**donkeys** [2] - 3138:2, 3284:14
**door** [5] - 3239:5, 3239:7, 3240:7, 3252:24, 3343:12
**doors** [1] - 3284:7
**dormant** [5] - 3212:19, 3212:23, 3280:10, 3280:17
**doubt** [2] - 3274:1, 3327:1
**down** [32] - 3137:19, 3155:4, 3155:9, 3155:11, 3167:21, 3191:14, 3198:13, 3207:12, 3209:24, 3210:8, 3219:8, 3219:9, 3227:10, 3233:5, 3256:22, 3259:16, 3262:18, 3263:1, 3263:13, 3267:19, 3270:8, 3272:8, 3276:2,

3278:20, 3281:7, 3283:13, 3303:4, 3303:6, 3303:11, 3303:12, 3321:21
**downstairs** [2] - 3252:22, 3259:1
**dozens** [6] - 3150:11, 3150:12, 3151:6
**Dr** [8] - 3167:7, 3168:17, 3172:3, 3172:4, 3173:1, 3174:3, 3174:7, 3174:13
**draw** [5] - 3137:25, 3229:16, 3318:5, 3318:6, 3318:23, 3329:19, 3329:20, 3329:22, 3330:1
**drawing** [2] - 3159:24, 3329:23
**drawn** [2] - 3329:17, 3332:15
**dreamt** [1] - 3217:1
**dressed** [2] - 3237:15, 3311:19
**drew** [1] - 3156:25
**dripping** [2] - 3322:1
**drive** [5] - 3179:5, 3179:6, 3179:7, 3179:9
**driver** [2] - 3290:7, 3290:9
**driver's** [1] - 3290:20
**drivers** [1] - 3290:22
**driving** [2] - 3290:13, 3290:21
**drove** [4] - 3290:25, 3290:8, 3290:21
**dry** [1] - 3322:4
**due** [4] - 3162:18, 3235:24, 3248:20
**during** [32] - 3133:13, 3135:11, 3140:9, 3147:13, 3152:5, 3152:18, 3152:22, 3153:2, 3153:11, 3153:16, 3174:3, 3189:13, 3192:20, 3194:2, 3203:4, 3227:18, 3237:6, 3243:21, 3244:5, 3249:20, 3262:16, 3274:13, 3280:21, 3286:7, 3311:8, 3317:7, 3318:19, 3324:19, 3329:9, 3330:10, 3341:19, 3344:19
**duty** [10] - 3316:16, 3316:22, 3316:25, 3317:10, 3317:12, 3317:25, 3318:10, 3319:7, 3319:10, 3345:19
**DX** [3] - 3186:20, 3210:18, 3218:24

## E

**E-mails** [1] - 3259:17
**early** [1] - 3269:25
**earth** [1] - 3244:25
**easier** [1] - 3227:7
**east** [1] - 3255:6
**East** [5] - 3131:6, 3133:4, 3137:13, 3169:20, 3278:21
**EASTERN** [1] - 3130:1
**easy** [3] - 3251:25, 3263:24, 3344:7
**economic** [3] - 3296:5, 3296:7, 3296:11
**economically** [1] - 3249:20
**edge** [1] - 3349:10
**education** [3] - 3325:19, 3326:10, 3326:16, 3326:24
**Edwards** [6] - 3156:19, 3157:2, 3159:24, 3160:12, 3172:3, 3172:20, 3205:24, 3255:24, 3307:21, 3311:14

effective [1] - 3186:23
effort [5] - 3133:18, 3134:20, 3187:12, 3280:15, 3332:18
efforts [3] - 3147:18, 3280:2, 3317:4
egregious [1] - 3184:12
eight [3] - 3137:22, 3140:10, 3311:15
eighth [2] - 3198:11
either [13] - 3141:19, 3146:1, 3154:11, 3155:20, 3196:15, 3198:4, 3200:9, 3225:9, 3225:17, 3278:16, 3328:18, 3329:4, 3343:14
el [5] - 3142:19, 3143:16, 3144:7, 3144:14, 3146:25
El [1] - 3143:17
electricity [1] - 3305:2
electronic [2] - 3258:11, 3261:10
electronically [2] - 3257:8, 3257:9
element [9] - 3247:11, 3333:7, 3334:8, 3334:21, 3335:13, 3335:18, 3336:6, 3336:10, 3337:1
elements [11] - 3136:20, 3136:22, 3241:11, 3316:19, 3331:14, 3331:20, 3333:24, 3337:5, 3338:20, 3339:21, 3344:22
eleven [14] - 3149:9, 3149:10, 3149:16, 3179:20, 3179:21, 3229:19, 3230:12, 3262:15, 3262:16, 3286:2, 3299:15, 3301:23, 3346:17
elicited [1] - 3181:25
eligible [1] - 3190:8
eliminate [1] - 3338:2
ellipsis [1] - 3147:2
ELSNER [7] - 3130:24, 3289:1, 3289:3, 3297:1, 3297:19, 3307:1, 3309:13
Elsner [3] - 3184:9, 3288:19, 3312:15
eluded [1] - 3134:8
emails [1] - 3254:8
Emmanuel [3] - 3224:3, 3231:13, 3298:18
employee [4] - 3136:24, 3141:18, 3264:25, 3339:24
employee's [1] - 3291:23
employees [10] - 3136:11, 3140:16, 3163:10, 3239:7, 3276:16, 3291:16, 3294:21, 3336:17, 3339:16, 3340:1
employment [2] - 3192:4, 3340:4
encouraging [1] - 3205:1
end [11] - 3228:2, 3235:8, 3246:12, 3246:17, 3288:4, 3291:3, 3293:21, 3294:23, 3307:1, 3312:18, 3314:5
endanger [1] - 3336:20
ending [1] - 3270:4
enemy [15] - 3235:25, 3236:1, 3236:6, 3236:8, 3236:10, 3236:17, 3236:24, 3237:2, 3237:4, 3274:18, 3293:19, 3307:3, 3307:11, 3307:18
energized [1] - 3301:5
energy [1] - 3137:18
Enforcement [1] - 3248:18

enforcement [2] - 3148:3, 3187:3
engaged [11] - 3175:17, 3177:14, 3177:21, 3198:17, 3217:16, 3283:24, 3285:16, 3335:24, 3335:25, 3336:9, 3336:25
engaging [1] - 3144:22
England [10] - 3138:20, 3142:10, 3175:6, 3177:12, 3177:22, 3179:1, 3179:5, 3179:8, 3179:14
English [12] - 3170:11, 3170:12, 3178:20, 3179:1, 3190:2, 3190:3, 3190:4, 3269:16, 3269:17, 3324:16, 3324:18, 3325:5
enormous [1] - 3133:9
enormously [2] - 3158:2, 3349:13
ensure [2] - 3174:20, 3186:14
enter [1] - 3316:22
entered [2] - 3152:15, 3320:25
entertain [1] - 3343:3
entire [6] - 3133:24, 3152:5, 3167:11, 3248:10, 3263:8, 3300:25
entirely [3] - 3319:6, 3326:22, 3332:13
entities [8] - 3152:14, 3152:16, 3176:20, 3188:11, 3188:20, 3273:19, 3308:11, 3308:20
entitled [7] - 3214:6, 3320:10, 3320:16, 3320:19, 3330:22, 3342:14
entity [8] - 3136:6, 3166:18, 3334:25, 3335:2, 3335:6, 3335:8, 3339:14, 3339:15
environment [1] - 3133:18
envision [1] - 3273:23
equal [1] - 3320:17
erase [1] - 3348:14
Erfan [1] - 3169:8
erroneous [1] - 3343:1
escaped [1] - 3222:10
especially [4] - 3255:9, 3264:20, 3264:22, 3348:25
ESQ [10] - 3130:18, 3130:19, 3130:21, 3130:22, 3130:24, 3130:24, 3131:2, 3131:3, 3131:3, 3131:4
establish [3] - 3328:8, 3333:24, 3338:19
established [7] - 3157:13, 3322:7, 3329:12, 3330:2, 3332:8, 3340:11, 3340:12
establishing [1] - 3331:2
et [1] - 3130:5
EU [10] - 3140:13, 3142:22, 3147:15, 3169:8, 3169:12, 3169:14, 3169:17, 3187:7, 3211:18, 3211:25
Europe [1] - 3307:10
European [7] - 3140:8, 3140:22, 3142:10, 3160:21, 3187:22, 3202:4, 3211:16
evaluate [2] - 3272:13, 3323:1
evaluation [1] - 3322:22
Evan [1] - 3215:24
evening [2] - 3291:24, 3347:6

evenly [2] - 3329:3, 3331:8
event [3] - 3292:20, 3294:11, 3343:16
events [9] - 3225:8, 3292:20, 3298:25, 3299:5, 3300:18, 3304:11, 3311:7, 3337:13, 3339:10
Events [2] - 3294:8, 3294:10
eventually [1] - 3144:21
everyday [1] - 3323:3, 3323:5
everywhere [2] - 3293:8, 3293:10
evidence [184] - 3136:15, 3136:20, 3141:2, 3144:24, 3149:12, 3150:3, 3150:9, 3153:4, 3155:25, 3156:2, 3157:19, 3158:1, 3160:5, 3164:15, 3166:12, 3167:5, 3167:7, 3167:19, 3171:4, 3172:3, 3172:7, 3172:12, 3172:13, 3173:5, 3176:4, 3180:3, 3181:6, 3181:8, 3182:5, 3187:12, 3189:1, 3214:15, 3214:18, 3221:15, 3224:10, 3224:20, 3225:4, 3225:9, 3226:9, 3228:19, 3229:10, 3229:15, 3233:11, 3233:13, 3233:17, 3234:1, 3234:16, 3236:2, 3238:3, 3239:2, 3239:6, 3243:20, 3243:23, 3247:3, 3247:4, 3251:12, 3251:13, 3252:10, 3262:2, 3265:22, 3266:16, 3272:13, 3272:16, 3272:17, 3272:18, 3272:20, 3273:10, 3273:11, 3273:22, 3276:14, 3276:25, 3277:3, 3277:7, 3278:20, 3280:12, 3285:19, 3291:7, 3296:7, 3299:3, 3299:16, 3300:10, 3302:2, 3302:5, 3302:7, 3305:8, 3305:12, 3309:9, 3310:22, 3313:15, 3314:15, 3316:10, 3317:7, 3317:8, 3317:13, 3318:3, 3318:8, 3318:13, 3318:16, 3318:22, 3319:9, 3319:18, 3320:2, 3320:3, 3320:13, 3320:22, 3321:3, 3321:7, 3321:9, 3321:11, 3321:16, 3321:17, 3321:20, 3321:21, 3322:5, 3322:8, 3322:9, 3322:10, 3322:11, 3322:14, 3322:17, 3322:21, 3323:13, 3323:17, 3324:25, 3326:1, 3326:12, 3326:13, 3326:21, 3326:25, 3328:3, 3328:4, 3328:6, 3328:8, 3328:9, 3328:10, 3328:11, 3328:12, 3328:15, 3328:16, 3328:17, 3328:20, 3328:22, 3329:1, 3329:2, 3329:6, 3329:7, 3329:18, 3329:24, 3330:2, 3331:3, 3331:5, 3331:8, 3331:11, 3333:16, 3333:25, 3334:6, 3334:18, 3335:19, 3339:6, 3339:8, 3339:9, 3339:21, 3340:8, 3340:12, 3340:13, 3341:1, 3341:3, 3341:12, 3342:5, 3342:11, 3342:17, 3342:20, 3342:23, 3343:2, 3343:24, 3345:21, 3348:7
evil [3] - 3245:2, 3245:3, 3282:7
exact [2] - 3162:23, 3308:15
exactly [6] - 3200:1, 3220:11, 3238:6, 3246:16, 3268:5, 3268:7
examination [7] - 3203:4, 3218:10, 3220:4, 3220:7, 3236:14, 3325:15

examinations [1] - 3325:7
examine [2] - 3178:8, 3215:15
examined [2] - 3160:8, 3283:12
examining [1] - 3189:7
example [12] - 3146:10, 3154:20, 3166:6, 3215:7, 3248:11, 3249:10, 3268:4, 3272:21, 3272:23, 3307:8, 3321:18, 3323:6
examples [1] - 3277:9
except [5] - 3142:23, 3145:10, 3148:19, 3258:7, 3347:21
exception [1] - 3343:25
exceptions [1] - 3200:24
excerpt [1] - 3184:25
excerpts [1] - 3184:18
Exchange [1] - 3132:21
exchange [1] - 3342:15
exclusive [1] - 3318:3
excuse [3] - 3290:11, 3290:13, 3307:19
excused [3] - 3183:9, 3315:3, 3347:8
excuses [1] - 3307:19
executed [1] - 3221:3
executing [1] - 3306:14
exert [1] - 3156:16
Exhibit [2] - 3295:4, 3302:14
exhibit [1] - 3309:8
exhibits [6] - 3316:3, 3316:5, 3320:22, 3328:22, 3343:24, 3347:18
exist [3] - 3158:4, 3285:17, 3297:21
existed [2] - 3151:6, 3225:22
existence [4] - 3157:14, 3322:7, 3329:12, 3330:25
exists [2] - 3329:15, 3329:16
expand [2] - 3165:9, 3198:2
expanded [1] - 3290:10
expected [1] - 3295:11
expects [2] - 3142:2, 3142:3
expedite [1] - 3319:1
experience [15] - 3289:25, 3290:24, 3311:25, 3312:3, 3322:6, 3323:2, 3324:6, 3325:19, 3325:20, 3326:10, 3326:16, 3326:25, 3329:11, 3347:23, 3349:9
experienced [1] - 3325:25
experiences [1] - 3239:16
expert [31] - 3152:13, 3156:18, 3177:1, 3177:8, 3178:3, 3178:6, 3178:7, 3178:19, 3185:12, 3186:10, 3205:24, 3213:1, 3218:25, 3235:4, 3240:21, 3290:18, 3290:21, 3308:13, 3313:11, 3325:24, 3326:10, 3326:12, 3326:15, 3326:18, 3326:19, 3326:20, 3326:22, 3326:24, 3328:2, 3348:4
expert's [2] - 3327:2, 3328:1
experts [12] - 3140:24, 3145:10, 3153:7, 3153:14, 3160:22, 3281:16, 3281:19, 3311:11, 3325:19, 3325:23, 3326:3
explain [5] - 3275:2, 3275:5, 3275:9,

3305:23, 3306:11
explained [5] - 3136:21, 3335:16, 3336:1, 3338:21, 3339:22
explaining [1] - 3272:20
explanation [1] - 3136:4
explosive [3] - 3220:21, 3220:23, 3336:19
explosives [5] - 3267:24, 3270:25, 3271:10, 3281:1, 3310:15
exposed [1] - 3235:23
Express [1] - 3161:9
expresses [1] - 3186:18
expression [2] - 3307:6, 3307:14
expressly [2] - 3181:19, 3319:4
extent [2] - 3152:18, 3173:4
extra [2] - 3289:8, 3310:10
eye [7] - 3278:16, 3304:22, 3305:6, 3305:7, 3305:9, 3305:10, 3305:11
eyeball [1] - 3257:17
eyes [9] - 3177:22, 3257:14, 3277:13, 3291:13, 3304:21, 3321:22, 3332:5, 3332:7, 3332:14

## F

F.B.I [3] - 3154:20, 3302:15, 3302:17
F10 [1] - 3275:6
fable [1] - 3277:15
fabricated [1] - 3167:11
fabrication [1] - 3277:4
face [6] - 3223:25, 3241:20, 3244:25, 3245:6, 3293:10
face-to-face [1] - 3241:20
Facebook [3] - 3145:18, 3162:25, 3240:14
facilitate [1] - 3281:10
facilitating [2] - 3268:8, 3287:13
facing [1] - 3283:16
fact [95] - 3140:16, 3145:2, 3145:11, 3148:5, 3149:15, 3150:11, 3151:24, 3152:1, 3155:1, 3156:24, 3157:9, 3157:11, 3160:25, 3163:7, 3163:9, 3164:10, 3164:15, 3167:23, 3169:17, 3175:9, 3176:2, 3176:13, 3179:9, 3179:17, 3186:17, 3188:19, 3190:22, 3192:10, 3193:3, 3193:9, 3193:20, 3195:5, 3195:24, 3196:4, 3196:17, 3198:21, 3198:22, 3199:11, 3200:20, 3201:7, 3202:19, 3204:16, 3204:23, 3205:9, 3205:24, 3207:9, 3208:22, 3212:8, 3212:19, 3213:24, 3215:7, 3216:8, 3217:1, 3219:6, 3219:15, 3220:4, 3226:8, 3228:21, 3229:13, 3229:18, 3235:16, 3238:2, 3238:25, 3239:25, 3250:13, 3269:6, 3272:19, 3275:2, 3277:16, 3296:6, 3304:21, 3312:24, 3316:23, 3318:22, 3318:24, 3320:15, 3321:18, 3322:7, 3322:8, 3324:2, 3324:21, 3326:6, 3328:8,

3329:13, 3329:15, 3329:16, 3332:5, 3332:7, 3332:10, 3332:12, 3332:13, 3332:15, 3332:17, 3340:11, 3345:12
factor [8] - 3148:20, 3157:6, 3225:8, 3225:10, 3287:4, 3287:8, 3300:18, 3337:12
factors [3] - 3156:9, 3326:8, 3338:5
facts [25] - 3155:10, 3216:2, 3216:6, 3216:20, 3246:5, 3277:6, 3277:9, 3317:11, 3318:3, 3318:7, 3320:2, 3321:4, 3321:18, 3323:10, 3326:2, 3328:2, 3328:3, 3329:12, 3329:17, 3329:23, 3330:1, 3331:12, 3332:1, 3340:8, 3342:6
Fadi [1] - 3230:17
fail [1] - 3218:7
failed [13] - 3133:6, 3133:7, 3133:8, 3235:2, 3248:25, 3249:3, 3308:10, 3308:18, 3308:21, 3308:22, 3313:2, 3331:6, 3331:9
failing [1] - 3332:17
fair [3] - 3320:12, 3320:19, 3342:10
fairly [1] - 3318:11
fairness [1] - 3313:22
faith [1] - 3312:11
faithfully [1] - 3316:25
fake [1] - 3220:22
falling [2] - 3200:12, 3273:4
false [4] - 3141:17, 3216:19, 3276:25, 3277:15
familiarly [1] - 3325:8
families [41] - 3174:11, 3175:2, 3190:8, 3191:3, 3191:15, 3193:5, 3193:10, 3193:17, 3196:14, 3196:15, 3199:21, 3199:25, 3200:1, 3200:18, 3201:2, 3201:11, 3203:5, 3203:24, 3206:3, 3206:20, 3207:24, 3208:18, 3229:2, 3243:22, 3244:7, 3265:7, 3270:22, 3275:9, 3285:3, 3288:6, 3295:8, 3295:17, 3297:13, 3298:14, 3299:13, 3299:14, 3302:3, 3304:7, 3313:19, 3314:3
family [41] - 3132:22, 3132:24, 3133:3, 3133:10, 3133:13, 3135:6, 3137:7, 3175:5, 3191:4, 3191:7, 3191:23, 3192:16, 3193:18, 3198:18, 3201:9, 3203:14, 3203:24, 3204:7, 3204:9, 3204:24, 3204:25, 3207:20, 3207:22, 3207:23, 3230:18, 3231:3, 3265:25, 3266:11, 3266:12, 3266:13, 3266:24, 3270:18, 3271:1, 3274:16, 3277:3, 3297:25, 3299:4, 3313:23
famous [1] - 3169:22
fanatic [1] - 3237:16
fancy [1] - 3258:23
far [7] - 3152:24, 3173:3, 3194:24, 3202:14, 3207:13, 3216:7, 3238:23
fashion [1] - 3141:22
fast [5] - 3202:9, 3233:4, 3233:6, 3233:7, 3346:5

**Fatah** [5] - 3152:4, 3219:5, 3219:20, 3221:1, 3221:11
**father** [6] - 3201:13, 3201:14, 3230:17, 3231:14, 3271:12, 3307:4
**fault** [2] - 3203:21, 3232:24
**favor** [6] - 3301:14, 3318:19, 3329:5, 3329:8, 3331:12, 3345:20
**favoring** [1] - 3329:6
**FBI** [10] - 3166:15, 3166:24, 3166:25, 3167:4, 3167:9, 3167:10, 3167:13, 3168:4, 3281:20
**fear** [2] - 3318:12, 3345:20
**February** [1] - 3155:15
**Federal** [1] - 3141:6
**federal** [4] - 3163:23, 3253:6, 3253:7, 3332:21
**feeds** [1] - 3282:5
**feelings** [2] - 3293:16, 3320:7
**fellow** [12] - 3197:21, 3199:20, 3237:9, 3248:13, 3253:17, 3263:21, 3266:4, 3342:15, 3342:18, 3342:24, 3342:25, 3343:2
**felt** [1] - 3294:20
**female** [1] - 3325:11
**few** [7] - 3143:12, 3144:1, 3160:1, 3167:20, 3185:11, 3192:7, 3287:1
**field** [3] - 3195:10, 3200:5, 3325:25
**fields** [2] - 3191:20, 3209:2
**fifteen** [7] - 3170:24, 3233:2, 3233:3, 3285:5, 3313:9, 3348:23, 3349:4
**fifth** [1] - 3275:13
**fifty** [4] - 3216:10, 3217:10, 3226:2, 3273:22
**fifty-one** [1] - 3273:22
**fight** [2] - 3166:13, 3168:9
**fighting** [3] - 3196:15, 3301:6, 3304:25
**figure** [26] - 3140:18, 3140:21, 3140:22, 3140:23, 3142:12, 3145:13, 3145:16, 3148:4, 3153:3, 3153:13, 3154:11, 3162:14, 3162:15, 3162:17, 3163:20, 3186:9, 3187:25, 3200:13, 3213:17, 3216:18, 3241:11, 3303:23, 3304:23, 3309:24, 3310:4
**figured** [4] - 3151:22, 3153:5, 3153:23, 3153:25
**figuring** [3] - 3156:7, 3217:1, 3217:4
**file** [7] - 3234:22, 3248:25, 3260:9, 3266:8, 3266:9, 3300:2, 3308:22
**filed** [3] - 3279:14, 3279:24, 3308:4
**files** [5] - 3277:21, 3295:20, 3296:19, 3300:8, 3330:23
**filmed** [1] - 3220:23
**films** [1] - 3238:18
**filter** [3] - 3257:21, 3257:25, 3261:10, 3261:18
**final** [5] - 3268:15, 3268:16, 3316:22, 3317:9, 3343:5
**finally** [3] - 3268:10, 3280:12, 3280:22
**finance** [3] - 3244:11, 3244:21, 3287:13

**Finance** [2] - 3134:17, 3276:7
**financed** [1] - 3211:8
**financial** [17] - 3165:15, 3166:8, 3186:24, 3187:1, 3187:6, 3190:24, 3233:19, 3239:2, 3259:2, 3284:3, 3284:8, 3284:17, 3314:10, 3330:13, 3334:5, 3341:18
**Financial** [1] - 3248:18
**financially** [1] - 3163:1
**financing** [18] - 3170:19, 3175:11, 3176:14, 3187:16, 3203:22, 3207:25, 3210:3, 3211:10, 3214:18, 3226:14, 3281:9, 3281:11, 3281:12, 3281:17, 3281:19, 3282:8, 3308:23, 3310:3
**financings** [1] - 3177:21
**FINCEN** [1] - 3248:18
**findings** [1] - 3160:13
**fine** [7] - 3154:19, 3154:20, 3236:20, 3263:17, 3286:2, 3316:3, 3347:16
**finger** [1] - 3290:10
**finish** [2] - 3283:20, 3314:16
**finished** [2] - 3136:3, 3204:22
**firearm** [1] - 3336:19
**fired** [1] - 3222:13
**first** [36] - 3133:25, 3140:1, 3141:1, 3151:1, 3158:19, 3163:25, 3167:13, 3170:12, 3179:18, 3185:14, 3187:13, 3192:9, 3208:16, 3215:24, 3219:1, 3247:16, 3252:4, 3253:12, 3261:7, 3294:12, 3294:13, 3295:12, 3308:13, 3311:17, 3314:9, 3316:15, 3324:17, 3330:13, 3331:17, 3332:9, 3334:1, 3334:8, 3345:4, 3345:23, 3348:16
**first-hand** [1] - 3253:12
**fits** [1] - 3272:25
**fitting** [2] - 3314:7, 3323:18
**five** [20] - 3132:7, 3149:14, 3149:18, 3166:21, 3167:23, 3191:10, 3203:6, 3205:13, 3241:25, 3271:8, 3278:8, 3280:18, 3294:21, 3298:13, 3312:19, 3314:19, 3315:1, 3348:14, 3348:15
**flag** [2] - 3269:13, 3305:2
**flick** [1] - 3256:19
**flip** [1] - 3216:14
**floated** [1] - 3146:2
**floating** [1] - 3226:9
**floppy** [1] - 3138:2
**flow** [1] - 3301:7
**flowed** [1] - 3262:18
**FLOWERS** [1] - 3130:24
**flowing** [2] - 3257:8, 3257:9
**flows** [1] - 3257:23
**fly** [2] - 3291:10, 3301:8
**focus** [1] - 3262:2
**folks** [6] - 3246:19, 3253:1, 3256:15, 3257:22, 3260:5, 3262:14
**follow** [9] - 3246:11, 3246:17, 3257:12, 3257:13, 3262:25, 3272:9, 3295:11, 3317:18, 3335:17
**followed** [6] - 3137:9, 3248:15,

3308:2, 3308:8, 3309:14, 3317:2
**following** [12] - 3131:14, 3184:1, 3233:11, 3233:17, 3242:3, 3243:2, 3272:10, 3288:13, 3288:16, 3316:1, 3330:12, 3333:24
**food** [3] - 3158:5, 3159:10, 3159:16, 3210:2, 3210:10, 3210:14, 3281:10, 3282:1
**Food** [1] - 3281:8
**foolish** [1] - 3346:11
**footprints** [3] - 3273:7, 3273:12, 3273:13
**force** [3] - 3245:2, 3245:3, 3328:12
**forces** [4] - 3159:16, 3307:7, 3307:14, 3307:16
**foregoing** [1] - 3164:5
**Foreign** [5] - 3141:4, 3196:25, 3221:25, 3223:2, 3223:5
**foreign** [21] - 3154:4, 3159:14, 3261:15, 3261:21, 3285:23, 3286:4, 3286:8, 3320:14, 3320:15, 3320:18, 3324:22, 3333:22, 3334:11, 3334:13, 3335:14, 3335:23, 3336:2, 3336:5, 3341:7, 3341:11, 3341:20
**forensic** [1] - 3268:23
**foreperson** [9] - 3343:10, 3343:11, 3344:16, 3345:1, 3345:5, 3345:6, 3346:1, 3346:2, 3346:19
**foresee** [1] - 3287:9
**foreseeable** [4] - 3287:12, 3287:14, 3299:9, 3337:15
**forever** [1] - 3244:9
**forget** [2] - 3244:6, 3244:10
**forgotten** [1] - 3244:5
**form** [12] - 3150:16, 3240:25, 3241:3, 3241:7, 3269:1, 3281:7, 3311:1, 3344:18, 3345:2, 3345:10, 3345:11, 3345:13
**formal** [1] - 3258:20
**formally** [1] - 3239:3
**former** [1] - 3313:10
**forms** [1] - 3334:7
**formula** [1] - 3322:25
**forth** [1] - 3138:2
**forty** [5] - 3150:22, 3158:10, 3276:6, 3278:8
**forty-five** [1] - 3278:8
**forward** [5] - 3186:3, 3213:5, 3233:10, 3233:16, 3311:11
**foundation** [4] - 3211:6, 3211:7, 3246:13, 3270:7
**Foundation** [6] - 3168:1, 3169:21, 3211:15, 3302:19, 3302:23, 3313:17
**founded** [3] - 3158:18, 3158:19, 3274:17
**four** [5] - 3133:23, 3134:5, 3138:4, 3150:8, 3150:9, 3158:5, 3212:1, 3212:5, 3212:15, 3213:14, 3213:16, 3214:19, 3218:6, 3221:13, 3221:17, 3225:19, 3228:13, 3231:15, 3231:22,

3251:10, 3251:11, 3253:12, 3271:8, 3275:6, 3277:11, 3282:17, 3282:19, 3283:3, 3284:25, 3311:4, 3311:8, 3312:6, 3344:24

**Four** [3] - 3223:15, 3224:8, 3230:3
**four-year** [2] - 3282:19, 3284:25
**frame** [2] - 3153:11, 3262:16
**Francais** [4] - 3135:9, 3135:18, 3135:24, 3137:19
**France** [3] - 3134:11, 3137:9, 3142:10
**Frank** [1] - 3271:5
**free** [2] - 3284:16, 3320:11
**freedom** [2] - 3244:15, 3245:12
**frenzy** [1] - 3291:21
**Friday** [1] - 3349:15
**friendly** [1] - 3151:11
**friends** [2] - 3133:24, 3270:24
**Friends** [1] - 3223:15
**front** [19] - 3135:18, 3137:14, 3193:7, 3237:10, 3248:17, 3248:20, 3248:22, 3248:24, 3255:15, 3260:25, 3265:4, 3268:19, 3273:8, 3279:3, 3291:21, 3291:23, 3292:4, 3292:20, 3304:7
**fronts** [2] - 3147:11, 3147:13
**froze** [2] - 3156:1, 3214:3
**FTO** [1] - 3187:17
**fuel** [4] - 3245:10, 3245:11, 3294:1, 3294:18
**fuels** [1] - 3287:3
**fulfill** [1] - 3158:11
**full** [6] - 3187:21, 3244:16, 3244:17, 3271:6, 3277:22, 3311:6
**fully** [3] - 3204:17
**function** [4] - 3245:7, 3246:14, 3249:22, 3342:10
**functions** [1] - 3318:9
**fund** [13] - 3162:4, 3168:22, 3169:10, 3169:19, 3170:9, 3176:19, 3267:17, 3279:18, 3280:9, 3308:19, 3310:16, 3312:6
**fund-raising** [6] - 3168:22, 3169:10, 3169:19, 3170:9, 3279:18, 3280:9
**funded** [2] - 3239:2
**funding** [8] - 3170:13, 3170:20, 3198:3, 3227:11, 3227:13, 3227:14, 3227:17, 3303:5
**fundings** [1] - 3170:14
**funds** [9] - 3174:10, 3174:12, 3174:21, 3186:23, 3202:23, 3209:9, 3211:17, 3214:3, 3249:4
**funeral** [3] - 3292:8, 3292:19, 3292:23
**fungible** [1] - 3282:4
**funneled** [1] - 3226:25
**furnished** [3] - 3247:10, 3247:17, 3334:20
**furthermore** [1] - 3326:19

## G

**gain** [1] - 3336:20
**games** [2] - 3279:4, 3285:22
**garbage** [1] - 3252:16
**GARY** [1] - 3130:18
**gas** [2] - 3198:15, 3243:10
**gather** [1] - 3190:7
**gathered** [2] - 3153:22, 3280:5
**Gaza** [18] - 3134:25, 3155:19, 3158:3, 3158:9, 3158:10, 3175:7, 3188:23, 3188:25, 3189:11, 3190:19, 3194:13, 3198:8, 3222:13, 3236:7, 3236:22, 3239:11, 3301:18, 3309:25
**gee** [2] - 3249:19, 3249:23
**Gee** [1] - 3166:3
**Geisser** [5] - 3177:2, 3199:20, 3202:10, 3202:17, 3208:8
**Geisser's** [2] - 3202:11, 3209:8
**Gene** [1] - 3131:5
**General** [2] - 3164:4, 3164:12
**general** [1] - 3316:15
**generally** [3] - 3172:4, 3200:24, 3326:9
**gentlemen** [14] - 3132:3, 3222:17, 3229:15, 3233:24, 3236:14, 3241:14, 3241:23, 3281:14, 3288:10, 3309:8, 3310:25, 3314:18, 3316:10, 3347:5
**George** [1] - 3138:5
**German** [3] - 3169:22, 3169:24, 3307:9
**Ghaleb** [1] - 3139:10
**Ghazi** [2] - 3144:5
**giggling** [1] - 3243:14
**given** [16] - 3136:5, 3152:11, 3156:11, 3174:21, 3192:23, 3199:6, 3206:20, 3229:10, 3268:4, 3322:23, 3326:6, 3326:11, 3341:17, 3343:11, 3344:21, 3345:22
**glad** [2] - 3160:7, 3183:2
**glass** [1] - 3305:7
**global** [3] - 3138:12, 3280:14, 3301:24
**Global** [1] - 3187:18
**glorify** [1] - 3292:12
**glorifying** [1] - 3292:24
**glossy** [1] - 3293:17
**goals** [2] - 3157:7, 3157:8
**golden** [1] - 3248:23
**Google** [3] - 3145:17, 3162:24, 3240:14
**gosh** [1] - 3281:4
**Gospel** [1] - 3223:16
**govern** [1] - 3316:16
**Government** [19] - 3166:18, 3170:12, 3170:17, 3170:22, 3174:23, 3174:25, 3177:15, 3177:18, 3177:19, 3177:23, 3195:12, 3221:24, 3248:20, 3276:23, 3277:1, 3277:7, 3280:25, 3282:2, 3311:24

**government** [42] - 3142:2, 3142:3, 3143:6, 3154:15, 3154:17, 3154:18, 3161:12, 3163:3, 3164:22, 3169:7, 3187:14, 3187:19, 3193:12, 3193:13, 3195:1, 3196:20, 3200:22, 3201:6, 3204:18, 3204:19, 3205:6, 3208:1, 3214:6, 3215:15, 3217:3, 3217:4, 3231:7, 3234:21, 3235:6, 3235:15, 3240:12, 3289:23, 3290:12, 3308:2, 3308:6, 3308:9, 3308:15, 3308:17, 3336:15
**government's** [1] - 3199:3
**governmental** [2] - 3190:19, 3156:3
**governments** [15] - 3145:15, 3147:18, 3162:14, 3163:8, 3186:24, 3187:2, 3187:4, 3188:2, 3188:15, 3188:18, 3199:13, 3240:12, 3240:22, 3336:17
**governs** [1] - 3316:13
**graduated** [1] - 3271:2
**granddaughter** [1] - 3270:22
**grandmother** [1] - 3269:24
**grandparents** [1] - 3248:4
**grant** [1] - 3207:20
**grants** [2] - 3154:3, 3154:5
**graphic** [18] - 3149:2, 3186:19, 3187:10, 3188:20, 3189:20, 3191:2, 3199:18, 3199:19, 3202:6, 3202:7, 3203:2, 3203:3, 3204:3, 3208:4, 3211:5, 3222:24, 3223:14, 3239:9
**Graphic** [14] - 3168:23, 3176:16, 3223:4, 3223:10, 3223:18, 3224:1, 3224:5, 3224:22, 3228:24, 3229:7, 3229:19, 3234:12, 3235:19, 3237:11
**great** [5] - 3192:21, 3269:24, 3282:23, 3327:2, 3349:6
**greater** [2] - 3320:16, 3328:15
**greatest** [4] - 3245:2, 3245:3
**Green** [1] - 3153:17
**green** [1] - 3269:3
**grew** [1] - 3138:20
**gripping** [1] - 3276:22
**group** [16] - 3140:1, 3140:3, 3186:17, 3186:22, 3217:14, 3218:20, 3222:14, 3222:18, 3238:11, 3245:10, 3255:20, 3264:1, 3265:12, 3299:7, 3312:7, 3312:9
**Group** [4] - 3186:17, 3186:21, 3248:18, 3250:7
**groups** [5] - 3139:23, 3217:16, 3249:2, 3304:7, 3337:4
**grows** [2] - 3148:16, 3148:17
**Guardian** [2] - 3223:6, 3223:19
**guess** [12] - 3141:5, 3144:25, 3164:7, 3168:15, 3211:4, 3222:14, 3236:8, 3241:3, 3293:13, 3293:24, 3293:25, 3329:14
**guesswork** [1] - 3329:24
**guidance** [1] - 3342:6
**guilt** [2] - 3145:25, 3193:19
**guilty** [2] - 3167:1, 3285:19

**guitar** [1] - 3270:25
**gun** [3] - 3146:15, 3146:16, 3237:17
**guns** [1] - 3146:11
**guy** [29] - 3144:6, 3148:10, 3204:8, 3234:8, 3237:14, 3239:7, 3252:16, 3255:4, 3255:6, 3255:16, 3256:6, 3256:8, 3256:10, 3258:5, 3260:14, 3260:20, 3260:21, 3261:22, 3263:4, 3266:5, 3267:23, 3281:19, 3290:15, 3292:6, 3303:18, 3303:23, 3305:24
**guys** [6] - 3160:1, 3162:6, 3165:5, 3200:10, 3262:11, 3267:14

## H

**Haaretz** [1] - 3223:19
**habit** [1] - 3222:19
**hair** [1] - 3255:24
**half** [17] - 3135:9, 3158:5, 3178:10, 3181:23, 3216:14, 3238:21, 3239:10, 3239:13, 3239:15, 3249:25, 3262:8, 3262:14, 3292:13, 3314:19
**halfway** [2] - 3183:2, 3305:21
**Hamad** [2] - 3144:5
**Hamas** [272] - 3132:15, 3138:17, 3139:18, 3139:20, 3140:2, 3142:17, 3143:1, 3147:11, 3147:13, 3148:11, 3148:22, 3149:5, 3149:7, 3149:14, 3149:15, 3149:25, 3150:6, 3151:3, 3151:10, 3151:11, 3152:7, 3152:14, 3152:16, 3152:17, 3152:24, 3153:2, 3153:10, 3153:18, 3154:6, 3154:16, 3154:22, 3155:2, 3155:7, 3156:4, 3156:15, 3156:16, 3156:23, 3157:4, 3157:10, 3157:13, 3157:24, 3159:4, 3159:18, 3159:25, 3160:2, 3160:9, 3160:17, 3161:1, 3161:4, 3161:17, 3161:22, 3162:4, 3163:9, 3163:13, 3163:21, 3163:24, 3164:1, 3164:5, 3164:7, 3164:8, 3164:10, 3164:14, 3164:17, 3164:20, 3164:21, 3164:25, 3165:3, 3166:4, 3168:22, 3168:25, 3169:4, 3169:9, 3170:10, 3170:18, 3174:10, 3174:19, 3174:22, 3188:1, 3188:7, 3188:8, 3189:2, 3194:14, 3194:16, 3199:21, 3200:1, 3200:5, 3200:8, 3203:6, 3212:3, 3212:14, 3213:25, 3214:23, 3215:5, 3215:22, 3215:25, 3216:4, 3216:16, 3217:6, 3218:6, 3218:7, 3218:11, 3218:19, 3219:7, 3219:13, 3219:16, 3220:6, 3220:19, 3220:24, 3221:8, 3221:9, 3221:10, 3221:15, 3221:16, 3221:23, 3222:5, 3222:7, 3222:11, 3222:12, 3222:15, 3223:3, 3223:17, 3223:20, 3223:23, 3224:2, 3224:25, 3226:24, 3226:25, 3227:4, 3227:5, 3227:6, 3227:7, 3227:14, 3227:15, 3227:16, 3227:17, 3227:21, 3228:9, 3228:18, 3229:1, 3229:4, 3229:5, 3229:11,

3229:12, 3233:19, 3237:14, 3238:5, 3238:6, 3238:9, 3238:10, 3238:11, 3238:14, 3247:6, 3247:9, 3247:10, 3247:13, 3247:18, 3251:15, 3255:15, 3255:16, 3256:14, 3256:15, 3256:18, 3259:3, 3259:9, 3260:7, 3260:15, 3260:22, 3260:23, 3264:20, 3266:6, 3268:25, 3269:3, 3269:11, 3269:13, 3269:18, 3269:20, 3270:18, 3271:7, 3273:18, 3273:19, 3277:20, 3277:22, 3278:14, 3278:15, 3279:18, 3279:20, 3281:1, 3281:6, 3281:23, 3282:3, 3282:5, 3284:4, 3287:10, 3291:2, 3291:4, 3291:5, 3291:16, 3291:17, 3292:2, 3292:6, 3297:7, 3297:8, 3298:2, 3298:4, 3298:5, 3299:4, 3299:7, 3300:11, 3300:14, 3300:17, 3300:22, 3300:23, 3300:24, 3301:4, 3301:10, 3301:23, 3301:25, 3302:9, 3302:12, 3302:15, 3302:18, 3302:20, 3302:23, 3303:17, 3304:3, 3304:4, 3304:7, 3304:12, 3304:13, 3311:10, 3311:14, 3311:15, 3311:16, 3312:7, 3312:8, 3313:14, 3330:14, 3330:17, 3334:12, 3334:13, 3334:20, 3334:21, 3334:24, 3335:12, 3335:20, 3335:22, 3335:24, 3335:25, 3336:1, 3336:4, 3336:5, 3336:8, 3336:9, 3336:24, 3336:25, 3337:8, 3338:9, 3338:18, 3338:24, 3338:25
**Hamas'** [5] - 3163:25, 3335:1, 3335:3, 3335:7, 3335:9
**Hamas's** [1] - 3273:13
**Hamdan** [37] - 3135:23, 3137:16, 3165:1, 3211:19, 3211:21, 3211:24, 3212:4, 3212:12, 3212:13, 3212:14, 3212:18, 3212:25, 3213:8, 3213:11, 3213:13, 3214:13, 3214:16, 3214:17, 3214:24, 3214:25, 3215:3, 3215:13, 3215:16, 3234:15, 3255:11, 3255:13, 3260:10, 3275:20, 3279:12, 3280:22, 3280:24, 3330:22, 3341:16
**Hamdan's** [4] - 3213:25, 3260:12, 3267:12, 3278:13
**Hamiyeh** [1] - 3256:9
**hand** [10] - 3179:6, 3179:8, 3202:14, 3223:23, 3234:12, 3253:12, 3270:2, 3322:3, 3326:23, 3345:10
**handed** [1] - 3277:19
**handle** [1] - 3236:16
**hands** [1] - 3270:9
**handwriting** [2] - 3150:17, 3275:3
**hang** [1] - 3293:25
**Haniyeh** [2] - 3140:3, 3253:21
**Hantoly** [1] - 3139:10
**happy** [1] - 3207:9
**hard** [5] - 3256:18, 3286:1, 3289:6, 3321:6, 3349:13
**hardest** [1] - 3259:13
**Hariri** [1] - 3132:24

**harsh** [1] - 3235:24
**Hasan** [1] - 3237:13
**Hassidic** [2] - 3311:19, 3311:21
**hauled** [1] - 3268:19
**Hayek** [16] - 3142:19, 3142:20, 3143:16, 3143:17, 3144:7, 3144:14, 3146:25, 3215:13, 3215:16, 3226:12, 3266:4, 3267:13, 3303:18, 3303:19, 3303:22, 3304:4
**head** [7] - 3151:18, 3163:21, 3195:11, 3195:18, 3196:22, 3291:8, 3304:5
**headed** [1] - 3132:22
**headquartered** [1] - 3132:18
**heads** [2] - 3216:14
**hear** [18] - 3185:19, 3204:22, 3228:13, 3242:4, 3247:9, 3247:21, 3256:7, 3256:10, 3256:12, 3271:12, 3272:1, 3272:22, 3274:12, 3274:14, 3298:24, 3306:10, 3321:7, 3344:13
**heard** [50] - 3134:16, 3135:1, 3138:10, 3141:19, 3169:15, 3189:21, 3205:20, 3211:3, 3213:1, 3213:13, 3243:20, 3243:23, 3246:4, 3246:5, 3246:6, 3251:19, 3256:9, 3266:16, 3276:5, 3276:14, 3278:5, 3279:12, 3280:3, 3281:16, 3286:6, 3286:8, 3287:1, 3291:14, 3292:14, 3293:9, 3307:12, 3307:15, 3307:19, 3307:20, 3310:8, 3312:25, 3313:15, 3317:8, 3320:23, 3321:5, 3321:13, 3325:6, 3325:15, 3325:18, 3328:5, 3329:9, 3341:1, 3341:19
**hearing** [2] - 3319:12, 3319:19
**hears** [1] - 3321:16
**heart** [1] - 3309:17
**hearts** [1] - 3281:24
**heavily** [1] - 3273:4
**Hebrew** [2] - 3230:1, 3271:6
**Hebron** [7] - 3149:4, 3149:5, 3149:6, 3149:9, 3161:16, 3188:5, 3188:13, 3188:22, 3189:2, 3189:17, 3198:8
**held** [2] - 3310:7, 3312:9
**help** [7] - 3154:4, 3183:3, 3207:20, 3282:1, 3301:14, 3314:2, 3344:12
**helped** [2] - 3267:23, 3314:7
**helpful** [1] - 3272:13
**helping** [2] - 3281:10, 3287:13
**helps** [5] - 3159:12, 3227:5, 3251:5, 3275:21, 3320:5
**hesitate** [1] - 3342:24
**Hezbollah** [3] - 3219:11, 3219:12, 3237:14
**hid** [1] - 3285:21
**hidden** [2] - 3139:5, 3278:2
**hide** [1] - 3277:24
**hiding** [2] - 3245:16, 3245:18
**high** [4] - 3158:9, 3234:13, 3278:1, 3332:9
**highlight** [2] - 3196:2, 3251:18
**highlighted** [1] - 3263:1

**highlights** [1] - 3293:24
**hijacking** [1] - 3336:11
**Hillel** [2] - 3230:7, 3271:13
**himself** [10] - 3133:13, 3135:18, 3156:10, 3203:13, 3205:20, 3218:23, 3219:15, 3236:6, 3267:3
**hindsight** [1] - 3153:2
**history** [4] - 3214:13, 3244:20, 3294:8, 3294:12
**History** [1] - 3294:10
**hit** [3] - 3141:15, 3347:6, 3348:19
**Hitler's** [1] - 3294:11
**hold** [7] - 3205:25, 3220:20, 3305:17, 3312:12, 3313:13, 3314:4, 3318:20
**holders** [2] - 3234:19, 3258:10
**holding** [2] - 3237:17, 3314:11
**holds** [1] - 3339:25
**holiday** [1] - 3266:22
**Holocaust** [2] - 3266:23, 3267:4
**Holy** [2] - 3302:18, 3302:23
**home** [6] - 3183:3, 3200:4, 3246:10, 3273:1, 3291:23, 3346:11
**Homeland** [2] - 3219:25, 3220:1
**homework** [1] - 3243:15
**hone** [1] - 3344:12
**honest** [1] - 3347:15
**Honor** [19] - 3171:3, 3171:4, 3171:6, 3172:2, 3172:18, 3173:13, 3179:23, 3180:2, 3181:5, 3181:19, 3181:23, 3184:3, 3184:10, 3184:17, 3185:10, 3214:8, 3263:6, 3271:14, 3309:7
**Honor's** [1] - 3347:23
**HONORABLE** [1] - 3130:14
**hope** [3] - 3244:5, 3277:5, 3304:18
**hoped** [1] - 3314:1
**horrify** [1] - 3238:18
**hotel** [2] - 3267:3, 3283:13
**Hotel** [7] - 3135:5, 3204:8, 3255:17, 3266:24, 3267:20, 3267:21, 3298:19
**hotline** [1] - 3141:20
**hour** [3] - 3178:9, 3290:22, 3314:19
**hours** [5] - 3131:20, 3140:17, 3142:12, 3152:21, 3348:19
**house** [7] - 3198:5, 3230:22, 3231:16, 3246:12, 3270:6, 3270:8, 3270:10
**houses** [4] - 3191:20, 3209:2, 3284:2, 3284:3
**HSBC** [1] - 3138:22
**huge** [2] - 3202:23, 3206:3
**human** [6] - 3136:9, 3141:16, 3241:15, 3257:14, 3258:4, 3312:3
**humanitarian** [3] - 3158:4, 3187:12, 3296:4
**humanitarians** [1] - 3155:3
**hundred** [7] - 3135:3, 3206:21, 3207:5, 3207:12, 3270:18, 3277:12, 3282:6
**hundreds** [3] - 3140:16, 3141:13, 3205:17
**hung** [1] - 3220:18

**hunting** [1] - 3278:20
**Hurani** [3] - 3138:1, 3138:3
**hurt** [4] - 3200:10, 3200:11, 3200:12, 3200:14
**hurts** [1] - 3320:5
**Hussein** [1] - 3210:21
**Hutari** [2] - 3238:3, 3238:10

**I**

**IBM** [1] - 3163:14
**ID** [3] - 3198:7, 3299:25
**idea** [3] - 3153:1, 3176:16, 3209:20
**ideologically** [1] - 3301:14
**identifiable** [3] - 3225:2, 3225:6, 3337:22
**identification** [1] - 3253:16
**identified** [15] - 3147:13, 3148:7, 3151:2, 3157:8, 3157:23, 3179:22, 3190:23, 3194:12, 3202:17, 3209:9, 3216:4, 3222:10, 3234:9, 3235:17
**identify** [17] - 3144:20, 3148:18, 3149:24, 3150:6, 3157:4, 3160:17, 3186:23, 3186:24, 3187:2, 3200:7, 3202:25, 3208:24, 3226:13, 3260:6, 3266:7, 3308:11, 3309:2
**ignorance** [2] - 3282:13, 3331:24
**ignorant** [1] - 3332:19
**ignore** [2] - 3188:2, 3211:4
**II** [1] - 3307:9
**illegal** [2] - 3286:11, 3341:22
**illustrates** [1] - 3170:5
**imagination** [1] - 3226:4
**imagine** [4] - 3146:4, 3146:7, 3256:16
**imitating** [1] - 3237:12
**immaterial** [1] - 3310:6
**impact** [3] - 3134:3, 3134:10, 3289:15
**impartial** [1] - 3320:12
**impartially** [1] - 3318:11
**implicate** [1] - 3331:18
**implication** [1] - 3172:5
**implying** [1] - 3173:4
**important** [41] - 3148:20, 3158:2, 3170:5, 3205:15, 3217:5, 3217:9, 3228:22, 3243:19, 3245:1, 3246:21, 3247:23, 3247:25, 3251:22, 3252:9, 3252:25, 3253:2, 3256:25, 3257:1, 3257:13, 3261:5, 3262:25, 3263:16, 3266:3, 3272:8, 3272:15, 3276:12, 3279:13, 3285:24, 3289:10, 3289:11, 3289:12, 3289:13, 3289:14, 3295:13, 3308:25, 3332:16, 3342:11
**importantly** [2] - 3254:2, 3274:19
**improbability** [1] - 3323:12
**improper** [1] - 3320:6
**inactive** [1] - 3175:23
**inches** [1] - 3278:14
**incident** [1] - 3167:16
**incidentally** [1] - 3133:18

**include** [2] - 3140:2, 3191:12
**included** [5] - 3132:24, 3165:5, 3166:20, 3191:3, 3194:20
**includes** [6] - 3247:8, 3294:11, 3294:12, 3294:13, 3294:14, 3336:11
**including** [9] - 3146:3, 3159:14, 3195:19, 3196:10, 3196:12, 3203:16, 3219:18, 3224:3, 3259:8, 3286:9, 3330:17, 3334:4, 3336:15, 3336:17, 3341:20
**income** [2] - 3265:23, 3266:1
**incorrect** [1] - 3209:5
**increased** [2] - 3250:2, 3250:8
**incredibly** [2] - 3167:16, 3203:22
**incriminate** [1] - 3285:20
**incriminates** [2] - 3285:21
**incriminating** [1] - 3285:15
**indeed** [1] - 3319:25
**independent** [3] - 3149:17, 3186:8, 3326:2
**independently** [1] - 3328:4
**indicate** [1] - 3344:17
**indicating** [1] - 3297:4
**indictments** [1] - 3311:12
**indirect** [3] - 3225:12, 3337:24, 3340:12
**individual** [6] - 3280:9, 3280:10, 3280:13, 3320:20, 3342:18, 3342:21
**individuals** [9] - 3147:8, 3176:20, 3244:7, 3253:13, 3259:3, 3308:19, 3330:14, 3332:23, 3336:21
**industry** [9] - 3144:11, 3261:7, 3261:8, 3261:13, 3286:5, 3341:2, 3341:5, 3341:9, 3341:13
**infer** [14] - 3233:12, 3233:18, 3233:24, 3233:25, 3234:17, 3236:1, 3258:22, 3258:23, 3300:10, 3322:6, 3329:11, 3330:12, 3332:6, 3345:12
**inference** [7] - 3258:20, 3318:23, 3329:10, 3329:14, 3329:25, 3330:25, 3332:15
**inferences** [6] - 3318:6, 3329:17, 3329:19, 3329:20, 3329:21, 3329:23
**inferred** [1] - 3340:7
**influenced** [1] - 3324:7
**inform** [1] - 3250:7
**information** [29] - 3151:19, 3151:25, 3152:2, 3152:25, 3153:15, 3153:21, 3160:5, 3186:25, 3187:5, 3199:11, 3199:12, 3199:13, 3199:15, 3213:18, 3215:6, 3222:21, 3240:20, 3249:3, 3249:13, 3249:15, 3249:17, 3252:11, 3253:2, 3253:4, 3259:18, 3297:21, 3308:18, 3308:22
**informed** [1] - 3325:4
**informing** [1] - 3295:24
**infrastructure** [1] - 3300:25
**INGERMAN** [5] - 3131:3, 3347:20, 3348:3, 3348:6, 3348:11
**Ingerman** [2] - 3150:15, 3218:10

**initialed** [2] - 3278:13, 3278:14
**injure** [1] - 3336:13
**injured** [10] - 3132:16, 3190:9, 3208:7, 3208:15, 3295:8, 3298:1, 3301:3, 3302:4, 3333:2, 3338:17
**injuries** [8] - 3225:1, 3225:9, 3337:10, 3337:14, 3338:2, 3338:11, 3339:1
**injury** [9] - 3200:10, 3204:11, 3225:3, 3332:24, 3337:17, 3337:20, 3337:22, 3338:3, 3338:5
**injustice** [1] - 3246:18
**injustices** [1] - 3235:25
**innocent** [4] - 3139:5, 3217:16, 3222:19, 3238:7
**inside** [1] - 3241:15
**Insider** [1] - 3219:18
**insight** [2] - 3293:16, 3294:16
**installment** [4] - 3198:11, 3275:13, 3275:14
**instance** [1] - 3167:4
**instead** [2] - 3296:11, 3346:12
**institution** [6] - 3136:8, 3162:24, 3186:24, 3206:17, 3206:18, 3314:11
**institutions** [3] - 3187:1, 3187:6, 3190:24
**instruct** [12] - 3291:2, 3300:10, 3304:19, 3316:12, 3316:15, 3316:18, 3317:10, 3333:6, 3333:14, 3334:12, 3338:7, 3341:11
**instructed** [4] - 3190:14, 3236:17, 3316:4, 3322:13
**instructing** [1] - 3345:14
**instruction** [10] - 3136:21, 3184:15, 3185:3, 3185:5, 3247:8, 3272:13, 3273:15, 3300:13, 3317:19, 3347:23
**instructions** [22] - 3136:2, 3214:5, 3214:11, 3224:16, 3224:23, 3246:25, 3286:13, 3304:20, 3316:13, 3316:17, 3317:11, 3317:18, 3317:20, 3329:9, 3331:16, 3331:22, 3335:17, 3338:13, 3339:23, 3341:25, 3344:21
**instructs** [1] - 3298:23
**instruments** [1] - 3334:5
**insufficient** [1] - 3337:24
**insurance** [1] - 3284:1
**intangible** [1] - 3334:4
**intelligence** [1] - 3281:21
**Intelligence** [1] - 3219:24
**intended** [2] - 3318:25, 3319:1
**intent** [3] - 3299:8, 3331:19, 3336:20
**intention** [1] - 3305:6
**intentionally** [4] - 3252:14, 3282:12, 3324:7, 3331:23
**interdependent** [1] - 3289:20
**interest** [5] - 3217:21, 3317:1, 3323:7, 3324:8
**interested** [9] - 3160:25, 3239:23, 3250:16, 3250:17, 3250:18, 3250:19, 3323:23, 3324:1, 3324:3
**interesting** [9] - 3144:24, 3176:7,

3177:24, 3199:9, 3203:22, 3209:17, 3218:4, 3238:4, 3308:13
**interestingly** [3] - 3202:10, 3210:16, 3218:22
**interfered** [1] - 3201:6
**interim** [1] - 3251:5
**interlinked** [1] - 3289:20
**internal** [2] - 3254:6, 3255:2
**international** [18] - 3168:21, 3185:16, 3185:22, 3186:5, 3186:12, 3186:13, 3186:18, 3213:3, 3283:22, 3284:8, 3332:25, 3333:3, 3333:5, 3333:9, 3333:10, 3333:14, 3333:18, 3336:18
**internationally** [3] - 3178:12, 3307:15, 3336:16
**Internet** [5] - 3186:8, 3218:2, 3260:22, 3279:20, 3346:23
**Interpal** [24] - 3170:6, 3170:8, 3170:10, 3170:11, 3170:16, 3170:18, 3170:19, 3172:2, 3172:9, 3174:11, 3175:11, 3175:17, 3175:23, 3176:7, 3176:15, 3177:4, 3177:18, 3177:20, 3178:15, 3303:4, 3303:10, 3303:15
**interpretation** [1] - 3325:5
**interpreter** [2] - 3324:18, 3324:20
**interpreters** [1] - 3325:1
**interrogatory** [3] - 3176:10, 3176:17, 3181:24
**intersection** [1] - 3197:7
**Intifada** [18] - 3274:13, 3276:14, 3276:15, 3276:17, 3276:19, 3282:20, 3283:4, 3283:6, 3283:9, 3285:7, 3285:14, 3297:22, 3297:24, 3298:3, 3300:20, 3301:6, 3302:4
**intifada** [14] - 3135:7, 3135:11, 3249:21, 3291:9, 3291:19, 3293:21, 3294:1, 3294:13, 3294:17, 3294:18, 3294:22, 3294:24, 3295:9, 3296:12
**introduced** [1] - 3185:5
**invade** [2] - 3307:7, 3318:9
**invested** [1] - 3135:1
**investigated** [8] - 3170:12, 3170:17, 3170:19, 3170:23, 3176:3, 3280:7, 3309:19, 3309:20
**investigating** [1] - 3194:25
**investigation** [11] - 3170:15, 3171:2, 3172:9, 3174:3, 3176:6, 3213:9, 3248:21, 3290:6, 3308:9, 3309:18, 3310:2
**investigations** [3] - 3175:10, 3175:16, 3187:3
**investigator** [1] - 3216:25
**investigators** [3] - 3148:3, 3279:20, 3280:4
**involved** [14] - 3145:1, 3145:2, 3190:24, 3193:22, 3203:16, 3216:10, 3218:14, 3220:5, 3220:10, 3220:20, 3228:25, 3229:22, 3275:25, 3276:3
**involves** [1] - 3157:5
**Iran** [1] - 3211:8

**ISA** [2] - 3219:23, 3237:1
**Ishmal** [2] - 3213:16, 3256:9
**Ishtishadiya** [6] - 3274:24, 3275:12, 3275:14, 3275:16, 3275:18, 3275:19
**Islah** [1] - 3297:5
**Islamic** [19] - 3149:3, 3149:6, 3149:8, 3161:7, 3161:16, 3188:4, 3188:8, 3188:12, 3188:22, 3189:10, 3223:1, 3223:8, 3223:12, 3223:20, 3297:5
**Island** [1] - 3138:21
**Ismail** [1] - 3253:21
**Israel** [46] - 3133:19, 3134:5, 3134:7, 3152:6, 3155:9, 3155:14, 3155:19, 3158:18, 3187:22, 3193:3, 3193:12, 3193:20, 3193:23, 3195:1, 3195:22, 3196:17, 3196:24, 3197:17, 3198:19, 3199:12, 3202:4, 3203:9, 3204:18, 3205:16, 3206:5, 3206:9, 3206:10, 3207:6, 3207:9, 3217:3, 3219:22, 3228:6, 3228:7, 3236:5, 3243:10, 3266:22, 3271:3, 3276:23, 3277:1, 3277:8, 3278:21, 3286:9, 3293:18, 3307:3, 3341:20
**Israeli** [24] - 3137:22, 3138:7, 3144:21, 3151:15, 3158:21, 3159:16, 3159:19, 3192:15, 3200:22, 3204:2, 3205:18, 3208:1, 3217:4, 3219:18, 3219:20, 3219:21, 3221:25, 3223:2, 3223:5, 3223:16, 3236:1, 3236:9, 3237:2, 3311:23
**Israelis** [1] - 3237:3
**issue** [13] - 3199:10, 3199:11, 3235:9, 3238:10, 3243:25, 3268:16, 3333:4, 3337:21, 3339:5, 3340:11, 3343:20, 3347:14
**issued** [1] - 3305:2
**issues** [12] - 3185:13, 3244:21, 3249:12, 3316:2, 3316:23, 3318:8, 3318:22, 3343:6, 3345:21, 3347:21, 3348:3, 3349:10
**item** [3] - 3322:14, 3322:17, 3339:8
**items** [1] - 3323:14
**itself** [6] - 3250:6, 3279:12, 3296:1, 3331:1, 3332:12, 3333:13

**J**

**Jaara** [11] - 3218:16, 3218:18, 3218:19, 3219:1, 3220:17, 3220:20, 3220:23, 3220:25, 3221:1, 3221:5
**jail** [4] - 3203:25, 3204:1, 3208:2
**jailed** [1] - 3205:21
**jails** [1] - 3205:18
**Jamal** [2] - 3138:1, 3138:3
**JAMES** [1] - 3130:22
**January** [3] - 3210:6, 3212:1, 3295:2
**Jerusalem** [9] - 3135:4, 3135:25, 3198:9, 3219:3, 3221:4, 3223:3, 3231:24, 3271:13

**Jew** [1] - 3311:19
**Jewish** [1] - 3226:1
**Jews** [1] - 3311:21
**jihad** [3] - 3223:8, 3223:12, 3223:20
**Jihad** [1] - 3223:1
**job** [11] - 3151:24, 3152:2, 3194:6, 3251:20, 3272:14, 3314:5, 3314:6, 3314:16, 3317:9, 3319:20, 3345:17
**jobs** [1] - 3135:3
**JODI** [1] - 3130:24
**Jordan** [12] - 3132:18, 3132:25, 3133:12, 3135:19, 3137:8, 3209:23, 3255:12, 3257:4, 3257:8, 3278:21, 3286:9, 3341:21
**Jordanian** [2] - 3132:21, 3133:12
**Judge** [7] - 3282:11, 3283:20, 3286:7, 3286:16, 3298:23, 3300:10, 3304:19
**judge** [13] - 3136:2, 3136:5, 3233:8, 3233:15, 3233:23, 3272:19, 3274:7, 3291:2, 3312:3, 3314:14, 3326:4, 3326:5
**JUDGE** [1] - 3130:15
**judge's** [1] - 3136:4
**judged** [1] - 3314:8
**judges** [1] - 3318:3
**judging** [1] - 3326:3
**judgment** [4] - 3312:12, 3318:11, 3326:20, 3342:21
**judicial** [1] - 3320:11
**July** [2] - 3161:6, 3234:24
**jump** [2] - 3265:16, 3266:19
**jumped** [1] - 3283:5
**June** [3] - 3212:19, 3212:24, 3215:1
**juror** [1] - 3342:14
**JUROR** [3] - 3132:9, 3132:11, 3314:23
**jurors** [7] - 3316:16, 3318:9, 3342:15, 3342:18, 3342:24, 3342:25, 3343:2
**JURY** [1] - 3130:14
**jury** [54] - 3130:15, 3131:14, 3131:25, 3132:1, 3172:11, 3181:15, 3183:9, 3184:1, 3184:3, 3185:6, 3185:7, 3224:22, 3236:14, 3242:3, 3243:2, 3243:3, 3243:4, 3244:19, 3246:25, 3253:3, 3272:4, 3279:3, 3288:13, 3288:16, 3288:17, 3288:22, 3294:9, 3302:13, 3302:22, 3312:1, 3315:3, 3316:1, 3316:4, 3316:7, 3316:8, 3317:21, 3318:2, 3323:6, 3329:25, 3342:8, 3342:16, 3343:7, 3343:19, 3343:22, 3343:25, 3345:24, 3346:9, 3346:10, 3347:1, 3347:6, 3347:8, 3347:18, 3348:25, 3349:1
**jury's** [1] - 3131:21
**justice** [14] - 3244:13, 3244:16, 3244:17, 3246:8, 3246:9, 3246:15, 3248:2, 3250:17, 3261:5, 3273:23, 3288:7
**justified** [1] - 3327:1

## K

**Kamil** [1] - 3161:15
**Kares** [1] - 3219:20
**Kawwas** [1] - 3138:5
**keep** [11] - 3176:12, 3176:17, 3192:20, 3198:9, 3214:7, 3257:13, 3259:20, 3266:3, 3301:5, 3322:3
**keeping** [1] - 3245:16
**kept** [2] - 3144:1, 3280:19
**key** [8] - 3149:5, 3149:14, 3262:2, 3266:17, 3266:18, 3281:22
**kids** [6] - 3134:12, 3138:14, 3243:11, 3243:13, 3243:17, 3271:6
**kill** [3] - 3139:5, 3271:11, 3336:13
**killed** [7] - 3132:16, 3133:23, 3191:16, 3193:5, 3275:15, 3297:24, 3301:3
**killing** [2] - 3217:16, 3275:18
**kills** [1] - 3238:7
**kilometer** [1] - 3135:9
**kind** [17] - 3144:2, 3148:11, 3198:17, 3200:11, 3202:19, 3203:1, 3206:23, 3224:3, 3229:20, 3238:15, 3277:18, 3284:17, 3285:25, 3290:3, 3293:24, 3294:1, 3314:11
**kindergartens** [1] - 3281:25
**kindergartners** [1] - 3159:11
**kinds** [2] - 3217:21, 3253:11
**Kingdom** [5] - 3132:25, 3174:17, 3264:25, 3265:5, 3265:12
**Kiryat** [1] - 3232:8
**knifings** [1] - 3283:2
**knowing** [1] - 3259:19
**knowingly** [32] - 3132:14, 3153:9, 3229:13, 3233:22, 3241:13, 3241:17, 3259:10, 3259:11, 3260:2, 3261:15, 3261:20, 3273:17, 3282:11, 3282:14, 3282:18, 3291:3, 3300:11, 3312:8, 3330:20, 3331:21, 3331:23, 3332:1, 3332:4, 3333:22, 3335:15, 3335:17, 3337:7, 3338:24, 3341:4, 3341:6, 3341:10
**knowingly"** [1] - 3331:17
**knowledge** [7] - 3182:8, 3187:21, 3193:11, 3202:2, 3293:14, 3325:21, 3331:18
**known** [10] - 3145:11, 3152:16, 3155:6, 3164:4, 3164:14, 3169:20, 3181:13, 3204:14, 3276:7, 3321:14
**knows** [5] - 3240:1, 3261:9, 3264:2, 3264:3, 3264:4, 3312:8
**Kohlmann** [4] - 3215:24, 3216:21, 3217:8, 3217:10
**Kurtzer** [1] - 3130:7

## L

**lack** [2] - 3166:13, 3323:7

**ladder** [1] - 3200:13
**ladies** [14] - 3132:3, 3222:17, 3229:15, 3233:23, 3236:14, 3241:14, 3241:23, 3281:13, 3288:10, 3309:8, 3310:25, 3314:18, 3316:10, 3347:5
**lady** [2] - 3258:1, 3258:2
**lagged** [1] - 3317:2
**Land** [2] - 3302:18, 3302:23
**land** [1] - 3226:1
**language** [3] - 3293:20, 3324:17, 3324:22
**large** [2] - 3174:18, 3307:10
**largest** [1] - 3189:11
**last** [19] - 3146:14, 3153:19, 3153:23, 3178:8, 3184:5, 3212:15, 3212:18, 3212:23, 3215:1, 3215:19, 3225:11, 3232:18, 3235:8, 3243:16, 3258:1, 3271:4, 3310:24, 3312:23, 3314:4
**Latif** [3] - 3211:24, 3213:8, 3214:17
**laughing** [1] - 3243:15
**laundering** [1] - 3294:3
**law** [59] - 3136:4, 3148:3, 3187:3, 3246:3, 3246:4, 3246:7, 3246:8, 3246:17, 3246:24, 3246:25, 3247:12, 3247:14, 3247:19, 3247:20, 3259:13, 3259:22, 3261:4, 3261:12, 3261:17, 3272:3, 3272:9, 3272:11, 3277:17, 3281:14, 3283:17, 3283:18, 3283:19, 3283:21, 3283:25, 3285:24, 3286:4, 3286:11, 3286:22, 3287:7, 3298:23, 3316:13, 3317:10, 3317:14, 3317:15, 3317:20, 3317:24, 3317:25, 3318:13, 3319:11, 3319:12, 3319:19, 3320:3, 3320:17, 3322:20, 3332:20, 3333:15, 3334:13, 3339:25, 3342:3, 3342:11, 3345:22
**lawful** [2] - 3179:7, 3205:5
**laws** [8] - 3162:19, 3170:19, 3286:8, 3286:12, 3286:15, 3341:20, 3341:23, 3341:24
**lawsuit** [16] - 3213:22, 3243:21, 3244:4, 3246:21, 3248:21, 3249:12, 3249:18, 3253:7, 3274:15, 3279:14, 3279:16, 3280:20, 3280:21, 3314:1, 3318:20, 3323:21
**lawyer** [4] - 3275:24, 3276:21, 3286:5, 3349:4
**lawyers** [5] - 3280:4, 3317:9, 3319:15, 3325:6, 3325:11
**lawyers'** [1] - 3329:10
**lead** [6] - 3137:24, 3138:10, 3138:16, 3138:25, 3139:3, 3139:13
**leader** [1] - 3237:13
**leaders** [12] - 3140:2, 3149:5, 3149:14, 3149:25, 3150:7, 3156:16, 3256:14, 3266:17, 3291:17, 3303:17, 3304:3, 3304:7
**leadership** [2] - 3148:22, 3303:17
**leads** [2] - 3182:6, 3252:21
**learn** [5] - 3260:12, 3267:5, 3267:6,

3274:10, 3332:17
**learned** [2] - 3152:18, 3182:7
**learning** [2] - 3325:20, 3332:11
**least** [3] - 3145:2, 3263:25, 3349:4
**leave** [3] - 3131:22, 3135:20, 3272:21
**Lebanese** [2] - 3213:10, 3214:21
**Lebanon** [17] - 3132:25, 3137:8, 3137:9, 3169:16, 3211:7, 3219:12, 3237:13, 3260:10, 3266:5, 3267:12, 3267:14, 3278:12, 3278:22, 3286:6, 3286:9, 3303:22, 3341:21
**led** [4] - 3258:14, 3286:4, 3299:1, 3300:18
**left** [10] - 3179:7, 3179:8, 3202:14, 3209:10, 3213:6, 3220:25, 3222:15, 3260:6, 3266:25, 3313:3
**left-hand** [2] - 3179:8, 3202:14
**legal** [8] - 3136:6, 3286:11, 3316:18, 3317:15, 3317:16, 3331:14, 3339:14, 3341:22
**legally** [1] - 3146:16
**legitimate** [1] - 3205:4
**length** [1] - 3348:18
**lengthy** [1] - 3251:18
**lent** [1] - 3229:11
**less** [5] - 3135:9, 3266:10, 3266:11, 3272:17, 3324:1
**lesser** [2] - 3320:16, 3322:8
**letter** [12] - 3197:20, 3235:21, 3276:11, 3280:6, 3293:17, 3295:5, 3295:23, 3295:24, 3297:4, 3305:14, 3306:4, 3306:8
**letters** [3] - 3297:10, 3297:19, 3305:17
**letting** [2] - 3275:7, 3322:12
**level** [2] - 3172:8, 3266:1
**Levitt** [16] - 3142:15, 3147:9, 3147:12, 3147:17, 3154:2, 3154:13, 3156:21, 3167:7, 3168:17, 3172:4, 3174:3, 3174:13, 3174:24, 3192:19, 3302:16
**Levitt's** [3] - 3142:23, 3173:1, 3174:7
**lexicon** [1] - 3153:18
**liability** [8] - 3136:20, 3233:11, 3338:19, 3338:21, 3339:2, 3339:3, 3339:22, 3343:20
**liable** [6] - 3136:22, 3146:18, 3241:8, 3298:24, 3341:5, 3344:23
**licences** [1] - 3151:9
**license** [1] - 3151:14
**licensed** [4] - 3151:13, 3158:18, 3158:20, 3160:14
**licensing** [1] - 3151:11
**lie** [6] - 3270:5, 3270:6, 3275:12, 3279:23
**lies** [2] - 3279:4, 3279:11
**life** [6] - 3133:14, 3137:10, 3139:3, 3212:17, 3313:5, 3313:25
**lifetime** [1] - 3312:2
**lift** [1] - 3262:10
**light** [4] - 3197:7, 3197:11, 3258:17, 3323:13

**lights** [1] - 3283:13
**likelihood** [1] - 3216:10
**likely** [10] - 3247:3, 3273:22, 3274:3, 3299:9, 3328:9, 3328:14, 3338:8, 3342:9, 3343:14, 3348:25
**limine** [1] - 3181:22
**limited** [7] - 3298:6, 3299:16, 3322:13, 3322:14, 3322:15, 3322:17, 3324:17
**limiting** [1] - 3184:14
**Linde** [1] - 3130:17
**LINDE** [1] - 3130:17
**line** [13] - 3152:11, 3154:24, 3158:7, 3170:10, 3175:8, 3195:3, 3196:3, 3206:12, 3211:22, 3236:12, 3268:1, 3295:6
**lines** [5] - 3175:20, 3178:19, 3189:5, 3190:1, 3220:14
**lingo** [1] - 3236:5
**link** [1] - 3170:18
**liquid** [1] - 3133:7
**list** [74] - 3139:20, 3141:3, 3141:4, 3141:6, 3141:10, 3141:14, 3142:15, 3142:16, 3142:21, 3142:22, 3142:23, 3143:4, 3143:9, 3143:11, 3144:10, 3144:11, 3144:16, 3145:9, 3145:12, 3145:14, 3145:16, 3145:20, 3146:6, 3147:4, 3147:15, 3148:6, 3148:13, 3148:16, 3148:19, 3155:16, 3156:13, 3163:19, 3166:19, 3178:16, 3186:1, 3186:7, 3186:9, 3187:7, 3197:22, 3197:24, 3197:25, 3198:13, 3198:21, 3198:22, 3200:13, 3210:22, 3210:23, 3211:25, 3225:16, 3225:17, 3226:7, 3229:5, 3229:6, 3235:13, 3235:17, 3240:17, 3257:20, 3262:13, 3293:4, 3296:1, 3296:5, 3303:8, 3303:13, 3303:14, 3309:20, 3313:19
**listed** [2] - 3151:3, 3252:10
**listen** [6] - 3142:3, 3170:1, 3195:5, 3251:9, 3316:25, 3342:17
**listening** [1] - 3217:13
**listens** [2] - 3142:2, 3170:3
**listing** [1] - 3295:17
**lists** [19] - 3140:19, 3142:12, 3142:14, 3146:4, 3151:4, 3161:12, 3161:20, 3162:13, 3170:1, 3191:12, 3210:25, 3211:2, 3261:3, 3264:16, 3265:3, 3295:19, 3297:21
**literally** [5] - 3189:24, 3250:14, 3268:18, 3268:19, 3270:11
**litigants** [2] - 3320:17, 3330:3
**Litle** [2] - 3130:5, 3130:20
**live** [7] - 3158:7, 3175:20, 3179:19, 3184:20, 3184:22, 3239:19, 3240:15
**lived** [5] - 3135:4, 3135:12, 3135:24, 3139:2, 3219:2
**lives** [7] - 3138:4, 3198:8, 3239:7, 3244:9, 3260:23, 3304:18, 3323:3
**living** [7] - 3239:11, 3239:12, 3239:14, 3239:18, 3240:2, 3240:7, 3296:8

**LLC** [2] - 3130:17, 3130:23
**LLP** [2] - 3130:22, 3131:2
**lo** [1] - 3313:19
**Lo** [1] - 3264:4
**local** [2] - 3159:17, 3295:18
**locate** [1] - 3344:7
**located** [1] - 3178:25
**logic** [1] - 3188:10
**logical** [1] - 3329:15
**logistical** [1] - 3267:23
**logistics** [1] - 3271:9
**London** [10] - 3175:15, 3175:23, 3177:22, 3223:6, 3223:7, 3265:5, 3278:20, 3294:4, 3296:16, 3303:3
**longest** [1] - 3316:17
**look** [113] - 3139:25, 3140:10, 3143:15, 3143:16, 3143:24, 3147:10, 3148:6, 3149:2, 3149:20, 3150:14, 3150:23, 3150:24, 3152:9, 3153:7, 3157:1, 3157:6, 3157:11, 3158:13, 3159:21, 3159:22, 3160:23, 3161:5, 3161:8, 3161:18, 3163:23, 3164:1, 3165:6, 3166:20, 3167:2, 3169:2, 3176:16, 3176:25, 3178:18, 3181:16, 3188:20, 3189:4, 3189:20, 3191:2, 3197:19, 3199:18, 3200:13, 3200:19, 3202:6, 3202:10, 3202:13, 3203:2, 3203:17, 3204:3, 3206:11, 3208:4, 3208:16, 3208:17, 3209:6, 3209:15, 3209:17, 3209:20, 3210:4, 3210:18, 3211:22, 3212:8, 3213:4, 3213:5, 3214:3, 3214:24, 3215:12, 3218:6, 3218:9, 3218:24, 3219:8, 3220:9, 3220:14, 3221:17, 3221:18, 3222:8, 3222:22, 3223:4, 3223:10, 3223:18, 3223:23, 3224:1, 3224:5, 3224:22, 3226:15, 3227:10, 3227:23, 3227:24, 3228:24, 3229:7, 3229:18, 3230:14, 3234:12, 3235:4, 3237:11, 3237:18, 3239:9, 3239:13, 3255:8, 3256:20, 3273:3, 3273:7, 3277:25, 3278:10, 3289:18, 3292:17, 3294:9, 3295:6, 3300:6, 3301:15, 3302:13, 3306:18, 3306:19, 3310:1, 3310:19
**Look** [1] - 3281:6
**looked** [11] - 3160:24, 3205:5, 3253:19, 3260:17, 3263:5, 3275:5, 3290:11, 3303:22, 3305:7, 3306:16, 3311:23
**looking** [13] - 3143:25, 3144:2, 3184:19, 3188:15, 3189:6, 3189:9, 3205:8, 3212:8, 3219:1, 3257:16, 3273:11, 3282:10
**looks** [1] - 3313:9
**Lord** [2] - 3305:4, 3305:5
**lost** [1] - 3244:8
**loved** [1] - 3244:8
**lucky** [1] - 3244:9
**lunch** [6] - 3135:13, 3241:24, 3242:2, 3242:6, 3271:5, 3289:9

lungs [1] - 3237:10
Lycée [4] - 3135:8, 3135:18, 3135:24, 3137:19

# M

machine [1] - 3287:3
machines [1] - 3344:1
mad [2] - 3238:16, 3238:17
Madison [2] - 3262:18, 3267:19
Magazine [1] - 3222:3
magic [1] - 3322:25
Mail [2] - 3206:10
mails [1] - 3259:17
maintain [1] - 3252:12
maintained [1] - 3302:25
maintaining [1] - 3301:23
major [2] - 3132:22, 3281:6
majority [1] - 3234:23
maker [1] - 3267:23
male [1] - 3206:1
malnutrition [1] - 3159:12
man [8] - 3220:6, 3220:16, 3256:2, 3256:3, 3274:16, 3280:16, 3311:19, 3313:25
    manage [1] - 3135:21
    management [1] - 3293:15
    Manager [1] - 3134:14
    manager [5] - 3138:5, 3293:6, 3294:3, 3305:16, 3306:14
    managers [1] - 3276:12
    managing [2] - 3335:2, 3335:8
    Manhattan [6] - 3162:8, 3238:22, 3239:12, 3239:20, 3292:15, 3292:17
    manipulated [1] - 3279:10
    manipulating [1] - 3277:12
    manner [5] - 3187:1, 3187:6, 3308:24, 3323:9, 3340:7
    Manny [1] - 3139:2
    Mansur [3] - 3140:12, 3265:18, 3265:25
    map [2] - 3168:24, 3227:12
    March [5] - 3153:12, 3222:6, 3232:8, 3243:9, 3266:22
    MARGARET [1] - 3131:4
    Mari [2] - 3132:23
    mark [1] - 3267:13
    MARK [1] - 3130:21
    marketing [1] - 3249:14
    married [2] - 3134:12, 3138:13
    marshals [1] - 3343:11
    martyr [30] - 3192:9, 3192:12, 3193:9, 3196:16, 3198:16, 3208:3, 3208:12, 3208:23, 3208:24, 3230:17, 3231:10, 3264:16, 3265:3, 3292:7, 3292:12, 3295:16, 3295:18, 3295:19, 3295:21, 3295:22, 3296:2, 3296:9, 3296:10, 3296:18, 3297:21, 3299:23, 3300:4, 3305:10, 3306:16, 3306:19

martyrdom [1] - 3296:3
martyred [1] - 3296:11
martyrs [11] - 3191:4, 3191:6, 3201:2, 3208:7, 3208:18, 3292:25, 3295:8, 3296:2, 3302:4, 3305:15, 3313:19
Martyrs [16] - 3218:20, 3219:4, 3219:15, 3219:19, 3219:21, 3219:22, 3219:23, 3220:3, 3220:8, 3221:2, 3221:14, 3222:1, 3222:3, 3222:13, 3313:20
    Masri [6] - 3132:22, 3133:3, 3133:22, 3137:6, 3137:7, 3274:13
    Masri's [2] - 3133:11, 3133:16
    master's [1] - 3271:3
    match [4] - 3141:17, 3161:8, 3161:18, 3300:7
    material [30] - 3224:24, 3229:11, 3234:18, 3241:12, 3247:5, 3247:7, 3247:17, 3261:15, 3261:21, 3268:8, 3273:18, 3291:1, 3301:23, 3333:22, 3334:1, 3334:3, 3334:19, 3334:23, 3335:11, 3335:14, 3335:20, 3336:4, 3336:8, 3336:24, 3337:7, 3337:9, 3338:25, 3341:7, 3341:10
    materials [2] - 3160:18, 3259:15
    math [1] - 3202:8
    matter [17] - 3145:12, 3150:10, 3155:1, 3168:3, 3190:22, 3195:24, 3196:4, 3262:11, 3263:2, 3284:12, 3290:23, 3297:23, 3320:5, 3329:24, 3333:15, 3334:13, 3340:7
    matters [7] - 3168:5, 3186:3, 3208:25, 3290:15, 3317:15, 3319:1, 3325:22
    max [1] - 3349:4
    mayor [2] - 3133:16, 3133:19
    Mazen [2] - 3135:22, 3137:16
    mean [17] - 3200:11, 3202:1, 3204:18, 3208:23, 3212:12, 3223:22, 3236:25, 3244:3, 3261:8, 3261:20, 3262:12, 3275:20, 3286:19, 3320:16, 3324:3, 3326:7, 3328:8
    meaning [3] - 3152:12, 3225:1, 3333:5
    means [3] - 3152:20, 3163:9, 3186:23, 3191:12, 3202:20, 3216:13, 3232:6, 3236:1, 3236:15, 3247:3, 3323:24, 3328:9, 3328:11, 3328:15, 3328:25, 3334:3, 3337:2, 3343:8
    meant [4] - 3157:2, 3236:21, 3275:20, 3306:11
    measure [4] - 3244:16, 3244:17, 3274:6, 3275:21
    measures [1] - 3248:23
    mechanical [1] - 3131:8
    media [3] - 3291:21, 3292:2, 3346:23
    member [6] - 3158:22, 3219:4, 3220:6, 3297:25, 3343:7, 3343:21
    members [16] - 3139:20, 3149:12, 3149:16, 3149:22, 3149:23, 3150:5, 3150:12, 3150:20, 3150:21, 3151:3, 3193:18, 3222:13, 3266:25, 3270:18,

3302:1, 3318:2
    memo [13] - 3166:14, 3166:20, 3167:8, 3167:9, 3167:16, 3167:24, 3167:25, 3168:14, 3169:22, 3169:23, 3280:6, 3295:12
    memorandum [1] - 3302:14
    memory [1] - 3338:14
    memos [1] - 3255:1
    men [1] - 3222:19
    mental [1] - 3341:14
    mention [6] - 3144:25, 3150:10, 3151:8, 3182:4, 3276:20, 3285:8
    mentioned [4] - 3274:4, 3281:4, 3322:24, 3331:22
    mere [4] - 3276:4, 3320:15, 3330:25, 3332:16
    merits [1] - 3343:22
    message [4] - 3288:4, 3288:6, 3294:16
    met [9] - 3247:11, 3310:23, 3313:25, 3331:13, 3334:9, 3334:22, 3336:6, 3336:10, 3337:1
    method [3] - 3141:23, 3217:1, 3217:4
    MICHAEL [1] - 3130:24
    mics [1] - 3297:16
    Middle [4] - 3133:4, 3137:13, 3169:20, 3278:21
    middle [5] - 3243:18, 3255:6, 3267:3, 3267:19, 3291:19
    might [10] - 3175:2, 3256:19, 3256:20, 3256:22, 3264:19, 3311:6, 3326:18, 3326:21, 3339:6, 3339:7
    mike [1] - 3288:25
    Mike's [9] - 3221:18, 3222:2, 3224:4, 3224:8, 3230:5, 3269:8, 3269:10, 3269:11, 3269:20
    mile [4] - 3135:10, 3238:21, 3292:13
    miles [1] - 3290:22
    militants [2] - 3236:8, 3237:4
    militarily [1] - 3155:19
    military [2] - 3219:5, 3281:23
    miller [2] - 3264:11, 3269:6
    Miller [1] - 3265:16
    million [38] - 3135:2, 3158:4, 3158:6, 3176:23, 3208:24, 3209:14, 3209:25, 3210:9, 3226:11, 3226:16, 3226:24, 3227:15, 3227:23, 3228:2, 3228:10, 3239:10, 3239:13, 3239:15, 3262:8, 3262:14, 3277:2, 3281:5, 3281:10, 3284:25, 3285:6, 3301:25, 3302:2, 3302:6, 3302:8, 3303:16, 3303:17, 3303:25, 3304:6, 3304:9, 3304:14, 3311:5
    millions [4] - 3132:20, 3239:18, 3250:22
    Milton [9] - 3156:19, 3157:2, 3159:23, 3160:12, 3172:3, 3172:20, 3205:24, 3307:21, 3311:14
    Milton-Edwards [4] - 3172:3, 3172:20, 3307:21, 3311:14
    mind [7] - 3252:5, 3257:13, 3259:14,

3266:4, 3328:13, 3330:23, 3332:16

**minds** [1] - 3281:24

**mingling** [1] - 3243:13

**minimize** [1] - 3147:6

**minimum** [2] - 3144:2, 3262:15

**Minister** [4] - 3134:17, 3196:24, 3196:25, 3276:7

**minister** [2] - 3132:25, 3133:11

**Minister's** [1] - 3219:21

**Ministry** [4] - 3221:25, 3223:2, 3223:5, 3223:16

**ministry** [1] - 3195:15

**minute** [15] - 3135:23, 3163:13, 3170:7, 3175:8, 3208:21, 3224:11, 3248:22, 3255:3, 3256:6, 3258:25, 3262:23, 3264:12, 3286:17, 3302:12, 3314:25

**minutes** [13] - 3143:13, 3233:2, 3233:3, 3251:8, 3251:10, 3265:19, 3288:11, 3288:14, 3312:19, 3314:20, 3315:5, 3348:23, 3349:4

**Miscellaneous** [1] - 3281:8

**misdirected** [1] - 3157:17

**misleading** [3] - 3245:18, 3279:23, 3280:11

**misrepresents** [1] - 3248:9

**miss** [2] - 3160:9, 3348:11

**missed** [3] - 3140:20, 3142:8, 3148:25

**missions** [2] - 3157:7, 3157:8

**mistake** [8] - 3252:15, 3282:13, 3282:15, 3282:16, 3282:17, 3282:20, 3331:24, 3332:17

**mistakes** [4] - 3281:3, 3282:16, 3282:17

**Mohammed** [8] - 3138:11, 3139:7, 3144:15, 3197:20, 3212:7, 3293:6, 3305:13, 3305:20

**Mohammeds** [1] - 3213:16

**Mohd** [1] - 3161:15

**Moment** [1] - 3229:21

**moment** [1] - 3252:6

**monetary** [2] - 3334:4, 3336:20

**money** [101] - 3141:21, 3142:25, 3145:3, 3145:7, 3146:10, 3161:10, 3168:25, 3169:3, 3169:4, 3190:12, 3196:16, 3196:19, 3207:12, 3207:18, 3210:14, 3211:9, 3212:13, 3213:24, 3214:6, 3214:12, 3214:14, 3214:19, 3215:14, 3225:17, 3226:9, 3226:12, 3226:16, 3226:17, 3226:23, 3227:3, 3227:8, 3227:16, 3227:24, 3228:11, 3228:15, 3228:16, 3234:8, 3245:9, 3247:8, 3250:14, 3251:6, 3253:25, 3254:1, 3254:3, 3254:4, 3254:5, 3257:8, 3257:22, 3257:25, 3258:4, 3260:14, 3260:23, 3260:24, 3262:18, 3263:10, 3263:13, 3265:7, 3265:21, 3266:6, 3267:5, 3267:6, 3268:12, 3268:13, 3271:9, 3278:24, 3279:18, 3280:17, 3280:24, 3281:1, 3282:4,

3284:11, 3284:20, 3287:2, 3287:3, 3291:4, 3294:3, 3296:10, 3299:7, 3299:10, 3300:4, 3300:11, 3300:22, 3300:23, 3300:25, 3301:7, 3301:9, 3301:10, 3301:12, 3301:13, 3301:18, 3301:19, 3302:23, 3303:12, 3303:25, 3310:5, 3310:14, 3310:17, 3313:23

**monies** [1] - 3249:1

**monitor** [1] - 3189:12

**monitored** [3] - 3200:21, 3200:22, 3204:18

**monitoring** [5] - 3189:3, 3193:24, 3195:6, 3195:7, 3196:17

**month** [17] - 3191:24, 3192:1, 3192:2, 3205:18, 3206:22, 3207:6, 3207:13, 3263:20, 3265:25, 3274:21, 3289:14, 3293:25, 3294:14, 3310:15, 3312:20

**monthly** [3] - 3206:13, 3206:19, 3266:2

**months** [9] - 3132:7, 3132:10, 3224:7, 3231:15, 3231:22, 3232:1, 3243:22, 3280:1

**morning** [10] - 3131:15, 3132:3, 3132:5, 3243:12, 3243:13, 3245:14, 3273:6, 3276:21, 3291:22, 3305:10, 3313:17, 3342:10, 3346:13, 3346:17, 3346:25

**mortar** [3] - 3222:8, 3222:11, 3230:10

**mortars** [2] - 3222:13, 3222:15

**most** [10] - 3148:20, 3157:12, 3186:23, 3213:15, 3217:5, 3217:8, 3218:4, 3254:2, 3281:18, 3285:1

**mostly** [1] - 3156:16

**mother** [2] - 3146:15, 3231:10

**motion** [2] - 3181:22, 3279:24

**motivated** [1] - 3337:3

**MOTLEY** [1] - 3130:23

**mouse** [1] - 3135:10

**move** [9] - 3168:19, 3187:9, 3215:19, 3262:20, 3262:22, 3271:15, 3284:11, 3301:8, 3304:10

**moved** [6] - 3137:8, 3138:21, 3184:9, 3302:23, 3303:10, 3304:6

**moving** [1] - 3283:10

**MR** [86] - 3131:17, 3131:18, 3132:5, 3132:10, 3132:12, 3148:1, 3166:1, 3171:3, 3171:4, 3171:6, 3172:2, 3172:10, 3172:12, 3172:15, 3172:18, 3172:20, 3172:25, 3173:1, 3173:3, 3173:13, 3174:2, 3179:23, 3179:25, 3180:2, 3181:5, 3181:8, 3181:12, 3181:16, 3181:19, 3181:22, 3182:4, 3183:2, 3183:6, 3184:3, 3184:5, 3184:14, 3184:17, 3184:20, 3184:22, 3184:24, 3184:25, 3185:10, 3202:1, 3214:8, 3214:10, 3218:1, 3233:3, 3233:7, 3238:1, 3241:3, 3241:6, 3243:7, 3255:1, 3259:6, 3259:8, 3259:25, 3260:2, 3263:6, 3263:8, 3263:24, 3264:11, 3265:11, 3270:15,

3271:14, 3272:1, 3274:25, 3275:2, 3288:1, 3288:19, 3288:21, 3289:1, 3289:3, 3297:1, 3297:19, 3307:1, 3309:7, 3309:13, 3312:17, 3347:11, 3347:14, 3347:20, 3348:3, 3348:6, 3348:11, 3348:14, 3348:20

**Muhamed** [1] - 3267:22

**multiple** [3] - 3217:17, 3219:17, 3222:22

**murder** [1] - 3314:7

**murders** [1] - 3222:19

**Muslims** [1] - 3225:25

**must** [34] - 3136:15, 3136:19, 3225:1, 3228:12, 3318:17, 3319:15, 3322:14, 3322:22, 3324:19, 3324:22, 3324:23, 3325:4, 3328:1, 3328:5, 3329:1, 3329:5, 3331:4, 3331:7, 3332:7, 3332:18, 3333:1, 3333:8, 3333:17, 3333:24, 3334:10, 3335:18, 3337:11, 3337:21, 3338:9, 3338:20, 3338:23, 3339:20, 3342:12, 3343:5

**Mutual** [1] - 3215:10

## N

**N/A** [1] - 3160:18

**Nablus** [7] - 3133:17, 3133:19, 3138:4, 3150:4, 3150:5, 3150:7, 3158:15, 3158:16, 3159:17, 3238:21, 3292:13

**nada** [1] - 3147:15

**name** [19] - 3141:5, 3141:9, 3142:11, 3189:23, 3198:6, 3218:16, 3248:12, 3257:24, 3262:24, 3263:1, 3280:16, 3285:11, 3285:14, 3295:19, 3295:25, 3296:2, 3297:11, 3297:21, 3305:15

**named** [9] - 3144:20, 3163:10, 3163:17, 3163:19, 3166:5, 3213:11, 3220:6, 3220:16, 3285:14

**namely** [1] - 3192:12

**names** [20] - 3141:14, 3141:15, 3143:13, 3166:21, 3188:6, 3190:2, 3190:7, 3213:12, 3213:13, 3213:15, 3213:17, 3234:25, 3249:2, 3253:13, 3261:10, 3296:1, 3297:5, 3297:13, 3309:21

**Nashash** [1] - 3220:6

**Nasrallah** [2] - 3237:13, 3237:16

**nation** [2] - 3286:11, 3341:23

**national** [2] - 3320:8, 3337:4

**National** [8] - 3185:20, 3190:15, 3190:17, 3190:19, 3190:23, 3209:22, 3210:6, 3276:6

**nations** [5] - 3140:23, 3142:9, 3147:19, 3286:9, 3341:20

**Nations** [8] - 3140:7, 3140:22, 3142:9, 3160:20, 3187:22, 3202:4, 3211:1, 3211:16

**natural** [2] - 3337:15, 3337:18

**naturally** [1] - 3328:7
**nature** [3] - 3165:14, 3166:7, 3312:3
**Naval** [1] - 3304:25
**navel** [1] - 3304:24
**near** [1] - 3135:5
**nearly** [2] - 3270:17, 3329:2
**necessarily** [5] - 3200:11, 3261:14, 3324:1, 3341:5, 3341:9
**necessary** [1] - 3318:16
**neck** [1] - 3198:14
**need** [24] - 3159:14, 3164:19, 3186:8, 3206:3, 3210:3, 3213:12, 3213:16, 3241:4, 3241:5, 3286:18, 3289:8, 3289:20, 3293:3, 3294:17, 3296:5, 3296:7, 3296:11, 3300:14, 3314:21, 3338:2, 3340:11, 3344:5, 3348:8, 3348:10
**needed** [22] - 3174:20, 3175:3, 3195:25, 3196:4, 3210:15, 3212:8, 3294:24, 3299:22, 3299:23, 3299:24, 3299:25, 3300:23, 3300:25, 3301:4, 3301:8, 3301:11, 3301:12, 3301:17, 3303:8, 3303:9
**needs** [3] - 3158:12, 3159:16, 3249:23
**needy** [7] - 3191:23, 3207:20, 3265:17, 3265:18, 3265:21, 3266:13, 3266:15
**negligence** [1] - 3332:17
**neighborhood** [1] - 3265:24
**neighbors** [1] - 3239:5
**Nelson** [3] - 3305:4, 3305:5
**nephew** [2] - 3133:11, 3284:23
**nerve** [1] - 3249:6
**network** [6] - 3168:22, 3169:10, 3169:19, 3170:9, 3284:17, 3301:5
**Neve** [7] - 3222:8, 3224:3, 3224:4, 3230:10, 3243:10, 3298:17
**never** [30] - 3152:6, 3154:21, 3156:8, 3156:20, 3157:15, 3166:22, 3169:18, 3209:12, 3219:13, 3220:18, 3222:10, 3224:2, 3225:22, 3244:20, 3249:7, 3257:22, 3258:17, 3260:16, 3260:17, 3265:15, 3270:4, 3300:6, 3310:18, 3312:6, 3317:1, 3347:22
**nevertheless** [1] - 3330:8
**NEW** [1] - 3130:1
**new** [5] - 3142:15, 3192:11, 3198:10, 3306:17, 3306:19
**New** [31] - 3130:10, 3131:6, 3138:19, 3138:20, 3141:2, 3161:2, 3161:19, 3210:19, 3210:22, 3219:19, 3223:6, 3223:11, 3223:19, 3234:22, 3235:11, 3239:19, 3248:13, 3248:14, 3257:6, 3257:9, 3257:10, 3257:14, 3258:11, 3258:12, 3258:13, 3267:18, 3274:20, 3304:3, 3308:2, 3308:10, 3310:12
**news** [7] - 3167:8, 3167:11, 3167:13, 3291:24, 3292:20, 3312:18
**News** [3] - 3223:6, 3223:12, 3223:19
**Newspaper** [1] - 3219:20
**newspaper** [2] - 3216:23, 3216:24,
3295:16
**newspapers** [2] - 3300:24, 3310:17
**Newtown** [2] - 3146:14, 3146:19
**next** [89] - 3133:15, 3134:2, 3134:9, 3134:23, 3135:11, 3136:1, 3137:11, 3140:5, 3141:7, 3142:17, 3142:18, 3143:16, 3147:20, 3155:4, 3155:9, 3158:17, 3159:3, 3165:16, 3169:5, 3171:8, 3173:14, 3175:12, 3177:7, 3180:5, 3182:11, 3183:12, 3187:23, 3195:23, 3196:10, 3197:23, 3201:16, 3215:16, 3217:24, 3229:24, 3230:5, 3230:25, 3231:4, 3231:9, 3231:12, 3231:24, 3232:2, 3232:12, 3232:14, 3237:20, 3239:5, 3239:7, 3240:7, 3242:9, 3254:9, 3255:14, 3256:19, 3256:24, 3258:19, 3260:3, 3261:2, 3262:1, 3262:19, 3262:21, 3262:22, 3263:14, 3264:6, 3264:24, 3271:16, 3275:20, 3278:13, 3287:16, 3288:18, 3289:14, 3292:8, 3292:16, 3294:7, 3295:22, 3295:23, 3296:21, 3297:15, 3298:9, 3298:15, 3299:12, 3302:5, 3302:21, 3303:16, 3306:20, 3306:22, 3315:7, 3327:3, 3340:14
**NFL** [1] - 3270:1
**nice** [5] - 3249:11, 3249:13, 3249:14, 3249:15, 3306:10
**night** [6] - 3243:16, 3267:2, 3269:2, 3283:12, 3347:7, 3349:14
**nights** [1] - 3291:23
**nine** [8] - 3135:4, 3149:22, 3177:5, 3177:11, 3209:9, 3224:7, 3232:1, 3267:17
**ninth** [1] - 3275:13
**no-brainer** [1] - 3283:25
**nobody** [12] - 3137:3, 3145:6, 3155:16, 3155:18, 3162:23, 3192:12, 3203:12, 3231:7, 3231:21, 3238:5, 3258:6
**nobody's** [1] - 3142:22
**Nofal** [4] - 3220:16, 3220:18, 3221:5
**noncombatant** [1] - 3337:3
**none** [22] - 3140:12, 3142:13, 3143:21, 3147:14, 3148:2, 3148:5, 3148:19, 3150:3, 3155:11, 3160:22, 3163:7, 3172:2, 3188:19, 3190:21, 3190:22, 3199:15, 3225:20, 3235:12, 3235:13, 3235:16
**nonexistence** [1] - 3322:7
**nonU.S** [1] - 3177:12
**normal** [1] - 3346:22
**nose** [1] - 3148:17
**notary** [1] - 3325:14
**note** [7] - 3141:20, 3322:18, 3343:18, 3344:15, 3344:17, 3344:18, 3345:5
**noted** [1] - 3339:13
**notepad** [1] - 3344:15
**notes** [3] - 3219:10, 3259:16, 3282:10
**nothing** [18] - 3168:12, 3168:13, 3170:25, 3190:5, 3215:17, 3220:21,
3221:23, 3228:4, 3228:15, 3230:11, 3231:18, 3235:9, 3235:11, 3238:17, 3260:10, 3284:4, 3313:6, 3314:13
**notice** [3] - 3215:9, 3290:22
**notified** [1] - 3141:19
**notifying** [1] - 3295:17
**November** [2] - 3156:2, 3280:2
**nowhere** [1] - 3296:5
**number** [31] - 3133:2, 3149:21, 3150:19, 3150:20, 3168:23, 3174:18, 3176:19, 3187:10, 3187:12, 3188:21, 3191:1, 3198:7, 3213:24, 3214:1, 3223:10, 3237:15, 3239:9, 3239:11, 3260:24, 3263:11, 3263:12, 3266:20, 3278:9, 3279:19, 3287:1, 3298:19, 3298:21, 3298:22, 3308:17, 3328:17
**Number** [11] - 3223:15, 3223:18, 3224:8, 3230:3, 3230:4, 3230:6, 3230:9, 3231:24, 3232:2, 3232:18, 3313:24
**numbers** [4] - 3212:9, 3253:15, 3277:13, 3285:16
**numerically** [1] - 3343:19
**nuts** [2] - 3270:25, 3275:16

# O

**o'clock** [1] - 3130:11
**oath** [4] - 3272:9, 3318:11, 3325:10, 3345:19
**obey** [1] - 3286:15
**object** [1] - 3319:8
**objected** [2] - 3184:9, 3319:17
**objection** [15] - 3171:3, 3172:23, 3173:4, 3173:5, 3173:12, 3179:23, 3184:10, 3214:8, 3259:6, 3259:25, 3263:6, 3271:14, 3274:25, 3309:7, 3325:4
**objections** [1] - 3242:4
**objects** [1] - 3174:13
**obligation** [2] - 3213:3, 3290:1
**observe** [2] - 3317:1, 3323:10
**observed** [1] - 3321:13
**obtain** [1] - 3331:4
**obvious** [2] - 3316:23, 3332:6
**obviously** [6] - 3154:10, 3166:23, 3167:3, 3167:15, 3349:2, 3349:8
**OCC** [2] - 3234:24, 3234:25
**occasionally** [1] - 3318:24
**occasions** [1] - 3217:17
**occupation** [1] - 3236:2
**occupied** [2] - 3155:19, 3307:10
**occupying** [9] - 3235:25, 3236:10, 3274:18, 3293:19, 3307:3, 3307:11, 3307:14, 3307:16, 3307:18
**occur** [1] - 3276:18
**occurred** [12] - 3131:14, 3184:1, 3222:4, 3235:2, 3242:3, 3243:2, 3254:7, 3268:2, 3288:13, 3288:16,

3316:1, 3339:10

**occurring** [1] - 3235:3

**October** [4] - 3144:4, 3167:24, 3212:1, 3334:15

**odd** [2] - 3255:21, 3272:23

**OF** [2] - 3130:1, 3130:14

**OFAC** [39] - 3141:3, 3141:12, 3141:19, 3143:18, 3143:20, 3144:11, 3144:16, 3147:1, 3161:8, 3161:18, 3162:6, 3162:7, 3166:19, 3166:23, 3168:2, 3178:15, 3186:7, 3186:9, 3187:7, 3210:22, 3210:23, 3215:4, 3247:21, 3251:13, 3252:4, 3261:3, 3261:9, 3261:18, 3262:10, 3262:11, 3262:12, 3277:15, 3293:3, 3303:13, 3308:3, 3309:20, 3310:10

**offering** [2] - 3216:1, 3216:5

**offers** [2] - 3296:16, 3319:8

**Office** [1] - 3141:4

**office** [3] - 3219:21, 3293:5, 3348:24

**officer** [13] - 3136:23, 3175:15, 3248:13, 3278:12, 3281:21, 3290:5, 3294:4, 3313:11, 3339:23, 3346:7, 3346:21, 3347:3, 3347:4

**officers** [3] - 3136:10, 3339:16, 3340:1

**offices** [1] - 3135:2

**official** [3] - 3215:25, 3216:22, 3325:1

**officials** [1] - 3336:17

**old** [7] - 3164:13, 3198:1, 3198:3, 3269:22, 3304:24, 3306:16, 3313:9

**Omari** [2] - 3137:22, 3293:9

**once** [18] - 3143:24, 3144:12, 3144:18, 3147:14, 3147:17, 3170:17, 3185:25, 3188:15, 3213:2, 3217:17, 3225:17, 3235:1, 3240:13, 3267:1, 3269:23, 3270:3, 3346:10, 3347:6

**one** [255] - 3135:12, 3135:15, 3135:22, 3136:6, 3136:17, 3137:22, 3138:8, 3138:14, 3139:12, 3139:13, 3140:8, 3140:14, 3141:1, 3141:24, 3143:10, 3143:11, 3143:19, 3143:20, 3143:21, 3144:6, 3144:11, 3144:19, 3146:20, 3147:14, 3147:16, 3148:11, 3148:12, 3148:21, 3149:10, 3149:21, 3150:4, 3150:18, 3150:19, 3151:3, 3151:12, 3155:10, 3155:23, 3155:24, 3156:3, 3156:9, 3156:13, 3157:5, 3157:24, 3159:1, 3160:4, 3160:10, 3160:13, 3160:16, 3161:16, 3162:1, 3162:3, 3162:5, 3163:6, 3165:4, 3166:12, 3167:21, 3168:25, 3169:21, 3170:4, 3170:8, 3171:2, 3175:19, 3176:8, 3177:3, 3177:9, 3178:3, 3184:18, 3185:14, 3189:25, 3192:7, 3192:9, 3193:18, 3197:17, 3198:16, 3200:24, 3202:5, 3202:11, 3202:21, 3203:19, 3203:23, 3204:13, 3206:2, 3206:17, 3206:18, 3207:3, 3207:13, 3209:8, 3209:14, 3210:9, 3211:3, 3212:10, 3214:20, 3214:24, 3214:25, 3215:1,

3215:16, 3215:19, 3215:20, 3215:24, 3218:4, 3218:13, 3220:5, 3220:10, 3221:14, 3221:17, 3222:9, 3222:11, 3222:14, 3224:1, 3224:7, 3224:12, 3224:17, 3224:18, 3224:19, 3224:20, 3225:11, 3228:2, 3229:9, 3229:14, 3229:24, 3230:5, 3230:11, 3230:19, 3230:21, 3230:24, 3230:25, 3231:4, 3231:9, 3231:10, 3231:12, 3231:13, 3231:15, 3231:24, 3232:2, 3232:5, 3232:12, 3232:14, 3232:18, 3232:19, 3234:22, 3235:4, 3235:5, 3237:8, 3237:18, 3237:19, 3238:3, 3239:6, 3240:6, 3241:7, 3241:11, 3241:13, 3243:20, 3243:25, 3244:3, 3244:6, 3245:3, 3245:22, 3246:20, 3246:24, 3249:15, 3249:16, 3249:17, 3256:10, 3257:3, 3257:21, 3258:19, 3259:12, 3259:19, 3260:9, 3260:21, 3261:2, 3262:1, 3262:19, 3262:21, 3262:22, 3262:25, 3263:14, 3264:1, 3264:6, 3264:7, 3266:6, 3266:8, 3266:16, 3266:17, 3268:1, 3268:4, 3268:24, 3272:7, 3272:12, 3273:21, 3273:22, 3274:5, 3275:7, 3276:9, 3276:20, 3276:21, 3277:9, 3277:11, 3279:2, 3279:15, 3280:25, 3281:7, 3281:22, 3282:3, 3282:9, 3282:16, 3284:5, 3285:8, 3289:20, 3290:12, 3292:10, 3292:12, 3292:25, 3294:4, 3295:23, 3297:11, 3297:16, 3297:19, 3300:2, 3302:10, 3303:24, 3304:10, 3305:3, 3306:15, 3307:7, 3310:9, 3310:11, 3312:23, 3317:19, 3318:8, 3320:15, 3321:11, 3325:11, 3329:12, 3329:19, 3332:3, 3335:22, 3336:21, 3339:2, 3339:6, 3342:11, 3342:19, 3343:11, 3344:25, 3347:21, 3349:4

**one's** [1] - 3349:9

**ones** [11] - 3164:12, 3215:1, 3216:18, 3216:19, 3244:8, 3248:16, 3256:21, 3258:8, 3263:8, 3312:10, 3312:11

**onetime** [1] - 3191:18

**oops** [1] - 3161:21

**open** [10] - 3174:1, 3183:1, 3255:3, 3284:7, 3284:10, 3300:22, 3343:15, 3343:18, 3343:23, 3346:15

**opened** [1] - 3211:23

**opening** [8] - 3134:24, 3135:2, 3208:6, 3228:14, 3239:1, 3252:7, 3304:17, 3305:19

**operate** [3] - 3151:14, 3245:7, 3249:22

**operates** [3] - 3141:23, 3244:24

**operating** [6] - 3155:12, 3158:21, 3202:2, 3301:20, 3335:1, 3335:7

**operation** [9] - 3134:15, 3195:16, 3198:16, 3202:23, 3264:16, 3275:21, 3296:3, 3335:3, 3335:9

**operations** [7] - 3189:13, 3197:21, 3235:22, 3264:15, 3265:4, 3291:8,

3293:6

**operative** [2] - 3200:5, 3218:19

**operatives** [9] - 3200:1, 3200:8, 3229:4, 3229:5, 3256:14, 3299:4, 3299:14, 3299:15, 3300:12

**opinion** [18] - 3207:15, 3216:2, 3216:6, 3218:8, 3317:23, 3319:2, 3319:5, 3326:7, 3326:11, 3326:15, 3326:19, 3326:20, 3326:22, 3326:23, 3328:1, 3328:3, 3342:14, 3342:24

**opinions** [3] - 3325:22, 3325:24, 3326:12

**opportunity** [3] - 3262:5, 3270:11, 3323:10

**opposed** [3] - 3328:12, 3329:2, 3329:7

**opposite** [1] - 3277:17

**Oppressed** [1] - 3285:12

**orally** [1] - 3343:23

**oranges** [1] - 3235:23

**order** [18] - 3134:13, 3136:13, 3151:14, 3181:20, 3185:23, 3186:9, 3213:17, 3214:17, 3227:15, 3228:18, 3239:23, 3245:20, 3298:24, 3299:21, 3301:7, 3328:25, 3332:6, 3339:19

**ordinary** [3] - 3340:4, 3340:5, 3344:15

**Oregon** [1] - 3215:2

**organization** [28] - 3154:10, 3163:15, 3177:14, 3178:15, 3178:17, 3187:15, 3189:1, 3219:7, 3219:12, 3228:17, 3238:7, 3261:16, 3261:21, 3266:18, 3281:15, 3284:5, 3287:13, 3304:5, 3313:16, 3333:23, 3334:12, 3334:14, 3335:15, 3335:23, 3336:2, 3336:5, 3341:7, 3341:11

**organizations** [15] - 3170:21, 3188:6, 3194:12, 3194:15, 3194:17, 3194:19, 3195:17, 3195:19, 3209:9, 3226:22, 3227:11, 3227:13, 3227:14, 3308:21, 3336:18

**organizing** [2] - 3335:2, 3335:8

**origin** [1] - 3320:8

**originating** [1] - 3210:20

**originators** [1] - 3234:25

**orphans** [2] - 3159:15, 3191:19

**Osama** [8] - 3165:1, 3255:11, 3255:13, 3260:10, 3260:12, 3267:11, 3330:22, 3341:16

**Osamah** [2] - 3213:8, 3214:17

**OSEN** [25] - 3130:17, 3130:18, 3171:3, 3171:6, 3172:2, 3172:12, 3172:15, 3172:18, 3172:20, 3172:25, 3173:3, 3173:13, 3179:23, 3181:19, 3184:3, 3184:5, 3184:14, 3184:20, 3184:24, 3214:8, 3288:19, 3288:21, 3312:17, 3347:11, 3347:14

**Osen** [3] - 3288:18, 3288:19, 3312:16

**Osen's** [1] - 3347:10

**Oslo** [2] - 3134:3, 3158:19

**otherwise** [7] - 3155:4, 3324:11, 3332:5, 3335:3, 3335:9, 3343:19,

3346:23
**ought** [2] - 3139:22, 3205:10
**outcome** [3] - 3323:7, 3323:24, 3324:3
**outfit** [1] - 3195:13
**outline** [1] - 3285:25
**outlined** [1] - 3342:3
**outnumbered** [1] - 3343:5
**outside** [8] - 3256:20, 3319:25, 3321:5, 3321:20, 3321:24, 3322:2, 3322:4, 3343:12
**outweighed** [1] - 3326:20
**outweighs** [1] - 3329:7
**overlaps** [1] - 3306:21
**Overruled** [1] - 3275:1
**overruled** [3] - 3259:7, 3260:1, 3263:7
**overruling** [1] - 3173:12
**oversight** [1] - 3282:21
**own** [24] - 3131:22, 3142:15, 3146:4, 3149:11, 3149:21, 3154:8, 3154:18, 3154:21, 3156:6, 3189:22, 3217:1, 3261:9, 3264:25, 3265:11, 3265:12, 3268:11, 3291:12, 3291:16, 3293:17, 3321:15, 3321:22, 3322:22, 3342:21, 3346:1
**owned** [2] - 3133:3, 3276:6
**owner** [1] - 3215:8
**owns** [1] - 3133:1
**oxygen** [3] - 3282:5, 3282:8, 3287:2

**P**

**p.m** [1] - 3130:11
**packed** [1] - 3271:6
**packing** [1] - 3133:7
**paddle** [1] - 3270:2
**page** [34] - 3147:20, 3165:16, 3171:8, 3173:14, 3180:5, 3182:11, 3183:12, 3184:7, 3184:20, 3197:23, 3201:16, 3217:24, 3218:24, 3220:14, 3237:20, 3242:9, 3246:25, 3254:9, 3261:1, 3271:16, 3282:10, 3285:24, 3286:4, 3286:17, 3287:16, 3291:21, 3291:23, 3292:21, 3296:21, 3304:19, 3306:22, 3315:7, 3327:3, 3340:14
**pages** [1] - 3268:20
**paid** [17] - 3140:24, 3145:3, 3164:13, 3185:21, 3201:2, 3204:23, 3249:7, 3254:5, 3260:17, 3265:6, 3268:12, 3289:6, 3301:19, 3302:3, 3302:6, 3346:3
**pain** [1] - 3270:19
**pales** [1] - 3207:5
**Palestine** [19] - 3134:5, 3134:7, 3134:15, 3135:3, 3135:21, 3137:18, 3151:19, 3189:12, 3228:11, 3235:23, 3236:8, 3236:9, 3257:5, 3257:10, 3286:9, 3293:23, 3307:18, 3341:21
**Palestinian** [46] - 3133:17, 3134:13, 3134:17, 3151:8, 3151:10, 3151:16,

3151:18, 3152:1, 3154:23, 3155:3, 3155:24, 3156:22, 3158:3, 3158:20, 3158:22, 3158:24, 3190:7, 3194:6, 3206:1, 3206:16, 3206:20, 3206:23, 3207:1, 3207:10, 3207:17, 3215:6, 3223:1, 3223:8, 3223:12, 3223:20, 3237:3, 3257:10, 3258:7, 3260:11, 3264:19, 3265:23, 3276:12, 3291:9, 3291:14, 3292:14, 3294:13, 3295:1, 3295:14, 3297:1, 3301:13, 3301:18
**Palestinians** [6] - 3134:7, 3158:5, 3158:7, 3191:20, 3205:21, 3294:14
**paper** [9] - 3234:11, 3234:13, 3259:16, 3284:20, 3291:21, 3292:21, 3303:5, 3310:11
**papers** [1] - 3291:22
**parade** [1] - 3239:20
**paragraph** [3] - 3164:1, 3165:13, 3219:1
**paragraphs** [1] - 3219:9
**paralyzed** [1] - 3191:14
**paraphrase** [1] - 3173:11
**paraphrasing** [1] - 3173:10
**pardon** [1] - 3138:22
**parents** [2] - 3248:4, 3271:1
**Park** [7] - 3204:8, 3239:21, 3255:17, 3266:24, 3267:20, 3267:21, 3298:19
**Parliament** [1] - 3133:12
**parlor** [1] - 3135:14
**part** [30] - 3133:17, 3146:8, 3169:9, 3169:18, 3170:5, 3170:9, 3188:7, 3194:6, 3206:9, 3217:9, 3243:23, 3247:7, 3248:19, 3261:4, 3269:24, 3272:7, 3276:16, 3282:3, 3282:6, 3282:7, 3316:17, 3319:2, 3324:13, 3324:14, 3326:22, 3331:15, 3333:1, 3342:1, 3342:2
**partial** [1] - 3244:17
**participated** [2] - 3204:8, 3204:10
**participating** [2] - 3205:1, 3205:22
**particular** [10] - 3151:17, 3174:11, 3207:21, 3322:16, 3338:9, 3339:8, 3339:9, 3339:11, 3340:6, 3340:7
**particularly** [1] - 3308:12
**parties** [15] - 3136:3, 3154:16, 3316:24, 3317:9, 3319:22, 3319:23, 3320:10, 3320:15, 3321:1, 3323:21, 3323:22, 3325:3, 3325:11, 3333:3, 3349:2
**parties'** [1] - 3320:7
**parts** [2] - 3268:16, 3316:14
**party** [14] - 3168:8, 3210:20, 3210:21, 3212:2, 3213:2, 3215:5, 3215:7, 3262:5, 3318:20, 3320:20, 3328:18, 3330:5, 3330:7, 3336:15
**party's** [1] - 3295:10
**pass** [1] - 3318:3
**passed** [2] - 3283:17, 3283:19
**passengers** [1] - 3290:23
**passport** [2] - 3253:15, 3310:14

**past** [3] - 3186:2, 3226:8, 3243:21
**patient** [1] - 3270:13
**patrol** [1] - 3218:15
**pattern** [1] - 3282:17
**Pause** [1] - 3297:18
**pay** [7] - 3190:13, 3199:2, 3199:3, 3251:2, 3261:20, 3313:18
**payable** [1] - 3190:25
**paying** [5] - 3208:15, 3267:8, 3284:21, 3285:1, 3314:3
**payment** [65] - 3185:24, 3191:18, 3192:16, 3195:8, 3196:18, 3198:5, 3198:18, 3200:4, 3200:6, 3200:10, 3201:8, 3201:9, 3203:14, 3203:24, 3204:7, 3204:9, 3204:11, 3204:16, 3205:4, 3205:7, 3206:8, 3207:4, 3207:14, 3208:11, 3208:12, 3208:13, 3208:23, 3209:4, 3210:5, 3210:19, 3229:20, 3230:17, 3230:18, 3230:21, 3230:22, 3231:2, 3231:10, 3231:11, 3231:14, 3231:15, 3231:16, 3231:19, 3232:1, 3232:5, 3232:9, 3232:12, 3232:14, 3232:16, 3232:23, 3259:5, 3276:24, 3295:18, 3296:9, 3296:10, 3297:24, 3297:25, 3298:1, 3298:5, 3298:14, 3299:21, 3301:16
**payments** [75] - 3185:19, 3190:15, 3190:18, 3191:23, 3191:24, 3192:9, 3192:12, 3192:13, 3193:5, 3193:9, 3193:15, 3196:16, 3197:1, 3197:5, 3197:14, 3197:17, 3198:12, 3198:23, 3199:21, 3199:25, 3200:2, 3200:8, 3200:15, 3200:17, 3202:13, 3202:14, 3202:16, 3202:17, 3202:25, 3203:5, 3203:15, 3203:20, 3204:12, 3205:16, 3205:17, 3206:18, 3207:24, 3208:3, 3208:6, 3208:9, 3208:24, 3209:1, 3209:3, 3210:24, 3228:1, 3228:5, 3228:23, 3229:2, 3229:3, 3229:5, 3230:15, 3232:22, 3233:20, 3266:12, 3266:13, 3266:15, 3267:24, 3268:1, 3277:2, 3277:8, 3277:11, 3280:18, 3295:21, 3298:16, 3299:4, 3299:13, 3299:15, 3299:18, 3299:20, 3300:2, 3330:16
**Peace** [1] - 3134:3
**peace** [4] - 3134:7, 3158:20, 3226:1, 3294:16
**peaceful** [1] - 3133:18
**peculiar** [1] - 3278:16
**People** [2] - 3285:12
**people** [190] - 3132:16, 3135:3, 3139:5, 3139:13, 3139:17, 3139:22, 3139:23, 3140:1, 3140:20, 3142:5, 3142:8, 3142:11, 3142:13, 3142:19, 3142:25, 3143:1, 3143:3, 3143:5, 3143:8, 3144:6, 3144:19, 3148:2, 3148:3, 3148:7, 3148:12, 3149:5, 3149:18, 3149:19, 3149:24, 3150:1, 3150:2, 3150:6, 3150:9, 3150:24,

3151:2, 3151:5, 3151:20, 3154:4, 3156:22, 3158:2, 3158:16, 3159:1, 3159:10, 3159:17, 3163:3, 3163:4, 3163:8, 3163:20, 3165:4, 3166:18, 3170:1, 3174:18, 3175:3, 3179:12, 3190:7, 3190:9, 3191:11, 3191:13, 3191:15, 3192:1, 3193:5, 3193:8, 3193:10, 3196:14, 3199:12, 3200:18, 3201:3, 3201:11, 3204:1, 3204:13, 3208:1, 3208:15, 3209:2, 3210:14, 3213:14, 3217:16, 3218:13, 3220:5, 3220:10, 3220:12, 3221:14, 3221:21, 3225:15, 3225:18, 3225:25, 3226:6, 3227:6, 3229:4, 3229:22, 3235:13, 3235:17, 3236:7, 3236:9, 3236:15, 3237:5, 3238:7, 3239:10, 3239:12, 3239:14, 3239:18, 3240:3, 3240:7, 3244:4, 3244:7, 3244:8, 3244:12, 3244:13, 3245:10, 3246:14, 3249:2, 3249:5, 3249:11, 3249:13, 3249:15, 3250:15, 3251:2, 3253:3, 3253:16, 3253:18, 3253:22, 3255:21, 3256:1, 3256:8, 3256:13, 3256:22, 3257:15, 3257:22, 3258:8, 3258:15, 3259:16, 3259:19, 3260:7, 3262:13, 3263:17, 3265:21, 3266:6, 3266:15, 3266:18, 3268:7, 3268:22, 3268:25, 3269:14, 3269:15, 3270:4, 3271:8, 3274:5, 3274:22, 3275:11, 3275:15, 3278:5, 3279:15, 3281:25, 3284:2, 3284:9, 3284:11, 3284:13, 3284:17, 3284:19, 3284:21, 3285:2, 3285:5, 3286:20, 3292:11, 3292:19, 3295:11, 3295:20, 3296:8, 3296:10, 3296:11, 3298:2, 3299:19, 3301:2, 3301:3, 3301:5, 3309:24, 3312:4, 3313:2, 3313:14, 3314:5, 3314:7, 3322:3, 3323:4

**people's** [1] - 3250:23
**per** [1] - 3349:5
**perceive** [1] - 3156:23
**percent** [19] - 3133:1, 3150:25, 3158:6, 3158:9, 3158:11, 3202:21, 3205:25, 3216:10, 3217:10, 3247:3, 3273:23, 3276:6, 3277:12, 3281:15, 3282:4, 3282:7, 3294:21, 3299:18
**perfect** [1] - 3166:6
**perfectly** [3] - 3172:17, 3205:4, 3224:10
**perhaps** [3] - 3215:9, 3230:22, 3293:13
**period** [22] - 3140:9, 3147:14, 3147:15, 3152:22, 3152:23, 3153:2, 3153:10, 3155:20, 3175:10, 3205:25, 3249:20, 3282:19, 3284:25, 3291:19, 3293:14, 3298:1, 3300:20, 3304:1, 3304:8, 3304:9, 3308:15, 3311:8
**periods** [2] - 3207:16, 3207:17
**permanently** [1] - 3313:3
**permissive** [1] - 3233:24
**permit** [1] - 3330:10

**permits** [1] - 3158:21
**permitted** [3] - 3304:12, 3325:22, 3330:1
**perpetrators** [3] - 3231:10, 3232:5, 3232:19
**person** [61] - 3136:25, 3137:21, 3141:3, 3141:4, 3141:9, 3144:15, 3160:8, 3161:15, 3162:25, 3166:15, 3166:16, 3168:4, 3186:1, 3186:2, 3191:15, 3192:13, 3198:6, 3198:17, 3199:7, 3200:5, 3201:8, 3203:12, 3204:10, 3211:24, 3212:7, 3213:19, 3215:13, 3220:10, 3220:17, 3220:20, 3221:15, 3231:11, 3231:21, 3232:23, 3245:24, 3245:25, 3247:10, 3247:18, 3264:5, 3273:9, 3282:11, 3284:5, 3295:12, 3299:22, 3299:23, 3300:3, 3303:24, 3326:6, 3331:23, 3332:24, 3334:20, 3334:24, 3335:2, 3335:6, 3335:8, 3336:14, 3336:16, 3343:16, 3345:20
**person's** [5] - 3174:22, 3204:6, 3204:24, 3204:25, 3213:17
**personal** [2] - 3135:19, 3156:6, 3320:7
**personally** [2] - 3194:7, 3194:25
**personalties** [1] - 3244:12
**personnel** [3] - 3335:3, 3335:10, 3343:8
**persons** [4] - 3164:2, 3164:5, 3164:10, 3273:18
**perspective** [1] - 3349:7
**persuasiveness** [1] - 3328:17
**pertinent** [2] - 3191:3, 3193:20
**phone** [5] - 3161:23, 3253:15, 3263:12, 3291:11
**phones** [3] - 3252:22, 3255:18, 3259:1
**phony** [2] - 3167:12, 3167:15
**photo** [1] - 3310:14
**photocopy** [1] - 3300:1
**photographs** [1] - 3260:6
**phrase** [7] - 3236:6, 3237:2, 3287:1, 3304:23, 3307:13, 3307:17, 3308:13
**pick** [8] - 3214:21, 3240:23, 3252:16, 3257:20, 3295:18, 3345:9, 3346:1, 3346:19
**picked** [2] - 3305:7, 3309:20
**picture** [5] - 3256:1, 3292:10, 3292:16, 3292:19, 3307:22
**pictures** [3] - 3221:5, 3221:8, 3253:17
**piece** [8] - 3144:24, 3217:5, 3251:21, 3261:4, 3268:5, 3268:6, 3310:11, 3344:15
**pieced** [1] - 3258:13
**pieces** [1] - 3166:12
**PIJ** [1] - 3223:16
**pile** [1] - 3234:13
**piles** [1] - 3278:22
**Pinocchio's** [1] - 3148:17
**pipe** [1] - 3220:22
**PIPER** [1] - 3131:2

**pistol** [1] - 3220:24
**pistols** [1] - 3221:6
**pizza** [2] - 3135:14, 3137:20
**Pizzeria** [2] - 3223:5, 3231:4
**pizzeria** [4] - 3270:23, 3271:1, 3298:18
**place** [12] - 3201:12, 3203:15, 3203:20, 3205:3, 3205:6, 3239:17, 3243:10, 3258:3, 3307:9, 3311:22, 3320:9, 3346:8
**Place** [9] - 3221:19, 3222:2, 3224:4, 3224:8, 3230:5, 3269:8, 3269:10, 3269:11, 3269:20
**placed** [1] - 3295:16
**places** [4] - 3160:23, 3169:2, 3170:2, 3240:15
**placing** [1] - 3327:2
**plain** [2] - 3178:20, 3209:5
**plainly** [1] - 3272:17
**plaintiff** [1] - 3136:19
**plaintiff's** [3] - 3153:7, 3177:1, 3177:8
**Plaintiff's** [2] - 3295:4, 3302:14
**Plaintiffs** [4] - 3130:5, 3130:18, 3130:21, 3130:22
**plaintiffs** [70] - 3136:13, 3136:15, 3139:16, 3140:2, 3144:6, 3157:3, 3157:7, 3159:5, 3163:6, 3166:13, 3168:25, 3169:9, 3170:9, 3176:9, 3178:6, 3182:9, 3187:24, 3188:16, 3199:10, 3202:12, 3203:3, 3203:21, 3204:5, 3208:5, 3209:11, 3225:1, 3225:3, 3233:10, 3233:16, 3234:6, 3234:20, 3235:20, 3243:6, 3328:5, 3328:24, 3328:25, 3329:8, 3329:19, 3330:9, 3331:1, 3331:4, 3331:6, 3331:9, 3331:12, 3332:3, 3333:1, 3333:6, 3333:8, 3333:9, 3333:15, 3333:17, 3333:21, 3333:24, 3334:10, 3335:5, 3335:13, 3335:18, 3337:11, 3337:23, 3337:25, 3338:2, 3338:3, 3338:8, 3338:16, 3338:20, 3338:23, 3339:19, 3339:20, 3341:17, 3347:21
**plaintiffs'** [21] - 3208:22, 3224:25, 3225:9, 3237:7, 3242:6, 3247:11, 3288:24, 3316:19, 3329:6, 3331:18, 3332:20, 3334:8, 3334:21, 3336:6, 3336:9, 3336:25, 3337:10, 3337:13, 3337:14, 3338:10, 3339:1
**planned** [1] - 3218:11
**planning** [1] - 3286:20
**plate** [1] - 3250:20
**platform** [1] - 3237:19
**play** [9] - 3237:12, 3263:15, 3263:22, 3264:8, 3269:7, 3285:22, 3289:19, 3309:1, 3309:2
**played** [4] - 3185:1, 3263:23, 3264:10, 3265:10
**plays** [3] - 3294:6, 3296:17, 3296:20
**Plaza** [1] - 3131:6
**PLC** [2] - 3130:9, 3209:23
**pleased** [1] - 3250:7

pleasure [1] - 3132:6
PLLC [1] - 3130:19
PLO [3] - 3134:5, 3206:16, 3206:20
plus [2] - 3143:11, 3159:1
pocketbook [1] - 3250:18
point [22] - 3135:23, 3141:16, 3142:8, 3153:6, 3154:1, 3155:13, 3156:6, 3157:10, 3175:22, 3176:8, 3176:14, 3176:15, 3181:8, 3184:15, 3206:2, 3223:21, 3228:21, 3230:13, 3317:10, 3319:19, 3325:9, 3346:4
pointed [2] - 3177:2, 3177:3
pointing [3] - 3176:12, 3176:18, 3181:6
points [1] - 3156:8
police [11] - 3166:25, 3167:1, 3167:2, 3167:17, 3169:22, 3169:25, 3197:6, 3217:2, 3290:5, 3313:10
policeman [3] - 3197:6, 3197:8, 3197:9
policemen [1] - 3148:3
policies [3] - 3308:2, 3341:2, 3341:13
policy [1] - 3212:20
political [2] - 3159:7, 3281:23
politically [1] - 3337:2
popular [1] - 3319:24
population [5] - 3158:3, 3158:6, 3206:1, 3239:14, 3239:25
portion [5] - 3246:24, 3333:23, 3344:5, 3344:12
portions [5] - 3307:10, 3325:7, 3325:14, 3344:9, 3348:1
Portland [1] - 3215:2
posed [1] - 3330:7
position [3] - 3134:14, 3193:14, 3193:16
positive [1] - 3141:18
possession [2] - 3308:18, 3330:5
possible [4] - 3313:14, 3323:19, 3338:3, 3343:14
possibly [2] - 3207:24, 3344:9
Post [3] - 3222:2, 3223:3, 3223:7
Postal [2] - 3206:9
poster [1] - 3150:18
posters [6] - 3256:20, 3292:24, 3292:25, 3293:2, 3293:10, 3293:11
postings [1] - 3346:24
Poverty [1] - 3285:12
poverty [2] - 3158:7, 3158:9
Powell [2] - 3192:23, 3193:1
power [7] - 3244:23, 3244:25, 3250:25, 3251:1, 3270:10, 3286:1, 3294:11
practices [2] - 3341:3, 3341:14
preach [1] - 3245:8
precise [1] - 3206:15
precisely [3] - 3147:9, 3208:19, 3214:17
preeminent [1] - 3281:18

prejudice [4] - 3318:12, 3319:16, 3320:11, 3323:8
premeditated [1] - 3337:2
prepared [2] - 3220:21, 3344:18
preponderance [19] - 3136:15, 3136:19, 3247:2, 3247:4, 3273:22, 3328:6, 3328:7, 3328:8, 3328:10, 3328:15, 3328:20, 3329:4, 3331:2, 3333:16, 3333:25, 3334:6, 3334:17, 3335:19, 3339:21
prescription [1] - 3159:13
present [7] - 3132:1, 3185:7, 3243:4, 3288:22, 3293:8, 3316:8, 3342:18
presented [6] - 3139:24, 3160:6, 3234:1, 3316:11, 3320:1, 3325:24
preside [1] - 3337:12
President [3] - 3193:4, 3193:21, 3283:19
pretty [8] - 3223:24, 3263:24, 3270:2, 3273:4, 3282:13, 3283:10, 3287:12, 3287:14
prevail [1] - 3328:25
prevent [3] - 3140:19, 3289:19, 3309:1
previous [1] - 3250:9
previously [1] - 3335:16
primary [1] - 3217:5
prime [2] - 3132:24, 3133:11
Prime [1] - 3219:21
principle [1] - 3317:17
principles [1] - 3316:21
printed [1] - 3209:19
prints [1] - 3219:11
prison [7] - 3204:9, 3205:16, 3206:1, 3206:5, 3297:25, 3299:23, 3299:25
prisoner [18] - 3198:4, 3200:2, 3203:20, 3203:23, 3204:9, 3204:16, 3204:24, 3205:15, 3206:25, 3207:5, 3208:3, 3208:13, 3209:1, 3209:3, 3209:5, 3230:21, 3231:16, 3300:5
prisoners [12] - 3191:17, 3191:22, 3205:18, 3206:4, 3206:7, 3206:21, 3207:7, 3207:24, 3208:7, 3275:8, 3277:3, 3302:4
prisoners' [1] - 3285:3
private [7] - 3145:4, 3146:3, 3152:25, 3153:4, 3162:24, 3164:13, 3268:13
probability [2] - 3323:11, 3332:10
problem [8] - 3193:6, 3202:19, 3202:20, 3203:1, 3272:10, 3347:10, 3347:12, 3347:19
procedure [1] - 3178:2
procedures [5] - 3235:10, 3235:15, 3308:2, 3341:2, 3341:13
Proceedings [1] - 3131:8
process [20] - 3134:24, 3152:12, 3152:15, 3157:14, 3157:15, 3162:18, 3168:8, 3192:2, 3207:8, 3207:10, 3210:5, 3244:14, 3246:11, 3258:13, 3265:13, 3314:2, 3329:23, 3330:4
processed [10] - 3187:20, 3191:25,

3197:14, 3207:6, 3210:5, 3212:3, 3229:21, 3233:20, 3259:4, 3330:15
processes [2] - 3132:19, 3342:4
processing [11] - 3162:7, 3197:4, 3197:13, 3199:15, 3205:17, 3206:6, 3212:7, 3213:4, 3225:5, 3225:15, 3226:6
produce [8] - 3233:14, 3234:3, 3234:19, 3258:21, 3300:9, 3303:2, 3303:20, 3330:8
produced [11] - 3131:9, 3234:5, 3234:10, 3234:13, 3234:16, 3298:8, 3306:4, 3328:18, 3328:23, 3330:23, 3341:15
produces [3] - 3328:13, 3337:19
producing [1] - 3337:19
production [1] - 3330:21
profess [1] - 3325:23
program [19] - 3156:6, 3159:12, 3189:25, 3192:18, 3193:19, 3193:23, 3193:25, 3199:24, 3201:7, 3201:15, 3203:8, 3203:11, 3203:17, 3204:17, 3265:17, 3265:18, 3295:3, 3296:5, 3313:18
programs [4] - 3187:13, 3191:2, 3192:5, 3203:18
prohibited [3] - 3142:4, 3187:15, 3282:4
prohibition [1] - 3283:23
project [2] - 3295:11, 3295:15
projects [2] - 3137:18, 3159:14
promise [1] - 3277:5
promised [2] - 3147:5, 3305:19
promoted [1] - 3298:2
promptly [3] - 3308:4, 3343:14, 3346:13
proof [16] - 3136:14, 3136:16, 3224:14, 3225:20, 3269:10, 3269:20, 3273:15, 3273:17, 3299:24, 3321:18, 3328:24, 3331:9, 3331:13, 3339:2, 3339:3, 3339:20
propaganda [1] - 3217:21
proper [3] - 3172:23, 3212:9, 3324:9
properly [2] - 3161:20, 3319:9
properties [1] - 3133:3
property [3] - 3332:24, 3334:3, 3336:22
proposition [2] - 3146:2, 3163:12, 3163:13, 3164:16, 3216:17, 3226:21, 3231:1
props [1] - 3270:20
protect [2] - 3283:21, 3349:8
protected [1] - 3336:16
protecting [1] - 3250:18
protections [1] - 3162:19
proud [1] - 3261:19
prove [32] - 3136:15, 3136:17, 3136:19, 3154:21, 3198:24, 3215:22, 3224:12, 3225:12, 3227:19, 3227:20, 3227:21, 3231:17, 3231:18, 3247:17,

3259:13, 3273:25, 3299:22, 3321:18, 3328:5, 3328:9, 3332:3, 3333:1, 3333:8, 3333:23, 3334:10, 3335:5, 3335:13, 3335:18, 3337:25, 3338:20, 3338:23, 3339:21
**proved** [6] - 3328:14, 3328:19, 3329:18, 3333:15, 3333:18, 3338:4
**proven** [4] - 3311:10, 3311:16, 3332:1, 3338:8
**proves** [2] - 3176:13, 3226:17
**provide** [7] - 3159:16, 3186:25, 3187:5, 3241:12, 3284:3, 3335:11, 3341:6
**provided** [23] - 3162:13, 3207:1, 3233:19, 3239:2, 3247:5, 3249:17, 3259:2, 3261:20, 3267:23, 3273:18, 3291:3, 3301:22, 3325:1, 3330:13, 3334:1, 3334:7, 3334:11, 3334:18, 3334:23, 3334:25, 3335:6, 3338:24, 3340:2
**provides** [9] - 3159:5, 3159:9, 3159:10, 3259:22, 3261:15, 3281:14, 3300:13, 3332:23, 3341:10
**providing** [10] - 3188:5, 3268:6, 3291:1, 3333:22, 3335:14, 3335:20, 3336:4, 3336:8, 3336:24, 3337:7
**province** [1] - 3318:9
**proving** [3] - 3203:7, 3224:15, 3332:4
**provision** [1] - 3337:8
**proximate** [2] - 3224:16, 3286:17
**proximately** [5] - 3224:25, 3337:9, 3337:17, 3338:10, 3339:1
**public** [10] - 3155:16, 3189:23, 3192:6, 3192:17, 3193:11, 3198:16, 3201:8, 3319:23, 3325:14
**publicity** [2] - 3176:1, 3192:21
**publicize** [2] - 3154:23, 3155:2
**publicized** [1] - 3155:8
**publicly** [4] - 3139:19, 3160:17, 3228:7, 3249:3
**published** [4] - 3190:4, 3210:25, 3293:19, 3294:8
**publishes** [1] - 3186:19
**publishing** [1] - 3293:16
**pull** [1] - 3172:10
**pulled** [1] - 3267:25
**punish** [1] - 3175:4
**punishment** [1] - 3162:23
**purchase** [2] - 3210:1, 3245:12
**purchased** [2] - 3146:16, 3268:5
**purpose** [10] - 3182:2, 3214:17, 3260:4, 3283:25, 3309:11, 3322:13, 3322:14, 3322:15, 3322:18, 3342:16
**purposefully** [2] - 3233:22, 3282:19
**purposes** [7] - 3227:2, 3227:4, 3227:5, 3244:5, 3252:9, 3261:5, 3334:2
**pursue** [1] - 3213:19
**push** [1] - 3190:2
**pushed** [1] - 3275:6
**pushing** [1] - 3243:14

**put** [38] - 3140:12, 3141:5, 3145:21, 3150:16, 3170:1, 3180:3, 3181:3, 3181:24, 3182:1, 3195:24, 3204:1, 3208:1, 3218:2, 3225:16, 3246:23, 3248:20, 3248:21, 3248:24, 3250:4, 3263:25, 3264:8, 3264:13, 3265:1, 3265:3, 3266:21, 3267:9, 3267:25, 3269:3, 3269:6, 3269:7, 3273:2, 3277:15, 3280:18, 3292:21, 3312:11, 3325:10, 3347:17, 3348:7
**puts** [1] - 3166:18
**putting** [5] - 3234:7, 3240:16, 3248:17, 3284:20, 3297:3
**PVOE** [1] - 3169:11
**PX** [19] - 3143:24, 3144:13, 3146:24, 3161:13, 3162:2, 3175:18, 3177:2, 3197:19, 3202:11, 3209:7, 3209:17, 3210:4, 3214:25, 3215:12, 3226:16, 3227:24, 3294:9, 3297:20, 3305:14

**Q**

**Qaeda** [3] - 3221:21, 3221:22, 3234:14
**quadriplegic** [1] - 3275:17
**qualification** [1] - 3159:8
**quality** [1] - 3328:16
**Quds** [2] - 3285:7, 3294:24
**Queens** [2] - 3139:2, 3139:3
**QUESTION** [3] - 3175:22, 3178:22, 3206:19
**questionable** [1] - 3326:18
**questioning** [1] - 3200:16
**questions** [20] - 3178:10, 3241:7, 3262:6, 3301:15, 3306:13, 3311:3, 3318:24, 3319:12, 3325:10, 3325:12, 3330:7, 3330:10, 3343:13, 3345:1, 3345:12, 3345:15, 3345:16, 3345:18, 3349:1
**quick** [1] - 3310:20
**quickly** [2] - 3260:4, 3297:17
**quiet** [1] - 3289:16
**quote** [2] - 3151:2, 3164:8
**quoted** [1] - 3272:7
**quoting** [2] - 3172:6, 3173:4

**R**

**race** [1] - 3320:8
**raid** [1] - 3231:17
**rain** [2] - 3272:21, 3321:21
**raincoat** [1] - 3322:1
**raining** [3] - 3321:20, 3322:2, 3322:4
**raise** [2] - 3168:25, 3213:24
**raised** [3] - 3269:24, 3275:23, 3305:15
**raisers** [1] - 3162:4
**raising** [9] - 3168:22, 3169:3, 3169:10, 3169:19, 3170:9, 3260:23, 3279:18, 3280:9, 3301:10

**rally** [1] - 3238:11
**Ramallah** [1] - 3168:1
**ran** [2] - 3300:24, 3301:25
**Rand** [3] - 3219:25, 3222:12
**range** [1] - 3266:2
**Rantisi** [2] - 3148:14, 3148:20, 3164:23
**rates** [1] - 3158:9
**rather** [1] - 3223:20
**rating** [1] - 3146:7
**reach** [7] - 3312:12, 3318:14, 3320:5, 3320:12, 3342:10, 3342:13, 3342:19
**reached** [5] - 3308:16, 3343:21, 3344:14, 3344:16, 3345:6
**reaching** [2] - 3319:21, 3326:1
**react** [1] - 3163:4
**reaction** [1] - 3319:22
**read** [16] - 3194:2, 3198:15, 3219:10, 3234:20, 3247:1, 3247:12, 3249:7, 3268:11, 3277:6, 3278:5, 3303:4, 3305:17, 3320:24, 3325:7, 3344:6, 3344:8
**readable** [1] - 3150:16
**readbacks** [1] - 3349:1
**ready** [4] - 3131:16, 3132:4, 3273:2
**real** [4] - 3244:12, 3255:22, 3255:23, 3309:17
**really** [47] - 3131:19, 3140:21, 3158:14, 3161:22, 3168:16, 3191:12, 3228:24, 3249:7, 3249:19, 3249:22, 3250:12, 3255:3, 3255:4, 3255:11, 3255:25, 3256:1, 3256:3, 3260:16, 3260:17, 3262:11, 3272:25, 3277:13, 3289:6, 3289:12, 3296:6, 3296:10, 3301:13, 3306:2, 3306:6, 3306:8, 3307:16, 3307:24, 3309:16, 3321:6, 3321:24, 3321:25, 3346:3, 3347:15, 3348:23, 3348:24, 3349:10, 3349:11, 3349:12
**ream** [1] - 3234:11
**reason** [18] - 3153:20, 3175:25, 3199:6, 3209:16, 3210:12, 3234:17, 3238:16, 3262:25, 3265:19, 3297:12, 3322:6, 3326:18, 3326:25, 3329:11, 3332:25, 3347:18, 3348:17
**reasonable** [2] - 3274:1, 3318:6
**reasonably** [3] - 3287:9, 3299:9, 3337:14
**reasoned** [1] - 3329:15
**reasons** [3] - 3198:24, 3325:23, 3326:11
**receive** [5] - 3185:23, 3206:24, 3214:12, 3295:21, 3348:9
**received** [17] - 3159:8, 3191:14, 3204:9, 3207:20, 3230:19, 3231:1, 3231:10, 3232:19, 3265:5, 3267:24, 3295:12, 3297:3, 3298:5, 3298:14, 3299:13, 3326:13, 3328:22
**receiving** [3] - 3260:14, 3266:12, 3299:18

**recent** [1] - 3235:2
**recess** [5] - 3183:11, 3242:8, 3288:14, 3288:15, 3315:6
**recipient** [4] - 3143:19, 3154:9, 3154:11, 3211:17
**recognize** [1] - 3349:7
**recollection** [1] - 3318:21
**recommend** [1] - 3346:1
**recommendations** [2] - 3188:5, 3190:12
**recommended** [1] - 3190:10
**reconciled** [1] - 3323:18
**record** [12] - 3172:24, 3182:5, 3184:12, 3209:18, 3211:11, 3234:7, 3234:21, 3258:16, 3268:24, 3277:1, 3280:23, 3296:7
**recorded** [2] - 3131:8, 3325:12
**records** [48] - 3201:1, 3215:15, 3234:6, 3234:7, 3234:9, 3245:16, 3245:18, 3252:8, 3252:12, 3252:13, 3252:17, 3252:20, 3252:25, 3253:3, 3253:4, 3253:10, 3258:11, 3258:12, 3258:14, 3258:15, 3258:22, 3259:20, 3267:7, 3267:11, 3267:16, 3268:5, 3268:20, 3273:13, 3274:24, 3278:1, 3278:3, 3278:21, 3298:7, 3298:10, 3299:2, 3300:5, 3303:2, 3303:20, 3303:21, 3309:25, 3310:1, 3310:19, 3330:22, 3341:15, 3341:18
**recruit** [2] - 3227:7, 3236:15
**recruiting** [1] - 3217:22
**red** [3] - 3197:7, 3197:11, 3277:19
**red-handed** [1] - 3277:19
**refer** [1] - 3236:6
**reference** [2] - 3276:22, 3286:8
**referenced** [1] - 3172:14
**references** [1] - 3341:20
**referencing** [2] - 3172:13, 3308:23
**referred** [2] - 3305:17, 3325:7
**referring** [2] - 3274:17, 3307:3
**refers** [3] - 3236:3, 3293:18, 3328:16
**reflect** [1] - 3343:5
**refusal** [1] - 3330:11
**refused** [5] - 3252:13, 3258:21, 3267:7, 3330:8, 3330:9
**regard** [6] - 3206:12, 3237:3, 3321:4, 3338:21, 3341:14, 3345:11
**regarding** [1] - 3341:15
**regardless** [4] - 3201:3, 3317:23, 3328:21, 3328:23
**regions** [1] - 3307:6
**Register** [1] - 3141:6
**register** [1] - 3163:23
**regulated** [2] - 3158:24, 3160:14
**regulations** [5] - 3178:3, 3179:10, 3179:15, 3308:8, 3309:14
**regulator** [1] - 3213:10
**reject** [2] - 3324:12, 3324:14
**related** [2] - 3130:5, 3152:16
**relates** [1] - 3262:3

**relating** [3] - 3201:1, 3339:2, 3339:4
**relationship** [1] - 3299:22
**relatives** [2] - 3259:9, 3330:17
**relentless** [1] - 3283:1
**relevant** [13] - 3152:23, 3155:22, 3249:18, 3262:16, 3317:14, 3325:22, 3328:20, 3328:22, 3330:6, 3339:6, 3339:7, 3339:8, 3339:11
**reliability** [1] - 3323:4
**reliable** [3] - 3167:18, 3224:10, 3324:14
**reliance** [1] - 3327:2
**Relief** [1] - 3285:12
**relief** [3] - 3174:19, 3189:13, 3331:1
**religion** [1] - 3320:8
**reluctantly** [1] - 3280:22
**rely** [5] - 3158:5, 3166:13, 3168:6, 3240:22, 3330:22
**relying** [2] - 3167:13, 3167:18
**remain** [2] - 3332:18, 3348:21
**remained** [1] - 3135:20
**remarkable** [1] - 3148:13
**remarks** [1] - 3321:2
**remedy** [1] - 3332:23
**remember** [36] - 3133:4, 3135:6, 3137:18, 3138:2, 3141:2, 3150:17, 3151:21, 3154:12, 3156:5, 3158:17, 3167:6, 3177:10, 3178:9, 3185:18, 3187:13, 3195:11, 3208:8, 3234:11, 3237:6, 3241:14, 3248:12, 3251:18, 3256:2, 3258:1, 3260:21, 3264:13, 3266:5, 3268:21, 3269:1, 3290:4, 3302:19, 3307:13, 3308:25, 3318:10, 3338:14, 3344:7
**remind** [2] - 3269:7, 3312:23
**reminds** [2] - 3269:22, 3290:3
**remote** [2] - 3225:11, 3337:23
**render** [3] - 3318:11, 3319:3, 3319:6
**rent** [1] - 3284:2
**repeat** [1] - 3276:15
**repeated** [2] - 3154:13, 3176:9
**repeatedly** [1] - 3192:11
**repetitious** [1] - 3278:8
**report** [24] - 3148:9, 3174:14, 3174:15, 3186:21, 3194:11, 3194:19, 3220:1, 3222:12, 3235:21, 3248:18, 3248:20, 3248:24, 3249:7, 3249:8, 3250:5, 3293:17, 3293:19, 3293:20, 3307:12, 3309:3, 3309:5, 3347:1
**reported** [9] - 3219:18, 3221:9, 3221:10, 3222:3, 3223:1, 3223:3, 3223:12, 3223:16, 3223:20
**reporter** [4] - 3167:12, 3216:23, 3216:24, 3233:5
**Reporter** [1] - 3131:5
**reports** [11] - 3152:3, 3172:3, 3172:13, 3172:14, 3172:19, 3234:23, 3249:1, 3255:2, 3307:2, 3308:5, 3308:23
**representatives** [1] - 3259:9, 3330:18
**representing** [2] - 3269:17, 3329:2

**request** [1] - 3319:11
**requested** [1] - 3330:9
**requesting** [1] - 3344:9
**requests** [1] - 3343:13
**require** [2] - 3322:20, 3348:21
**required** [24] - 3136:20, 3147:3, 3179:9, 3233:18, 3233:25, 3235:5, 3308:14, 3324:12, 3326:7, 3330:1, 3330:5, 3330:12, 3337:25, 3339:22
**requirement** [2] - 3186:6, 3287:7
**requires** [2] - 3276:16
**requiring** [1] - 3276:16
**research** [7] - 3152:14, 3152:19, 3152:20, 3186:8, 3194:7, 3194:10, 3346:23
**residential** [1] - 3133:22
**resolution** [1] - 3348:4
**resolve** [2] - 3278:25, 3318:4
**resolved** [1] - 3347:15
**resources** [17] - 3247:6, 3247:7, 3247:18, 3334:2, 3334:3, 3334:7, 3334:11, 3334:19, 3334:24, 3335:1, 3335:4, 3335:7, 3335:10, 3335:11, 3335:14, 3337:7, 3337:9
**respect** [19] - 3149:3, 3153:9, 3169:6, 3184:6, 3188:11, 3199:6, 3200:17, 3205:15, 3222:25, 3230:14, 3247:11, 3307:15, 3325:2, 3330:23, 3334:8, 3334:21, 3336:6, 3336:10, 3337:1
**respond** [2] - 3280:5, 3343:13
**response** [3] - 3296:19, 3305:16, 3307:5
**responsibilities** [1] - 3222:23
**responsibility** [19] - 3217:6, 3217:10, 3219:17, 3221:11, 3222:1, 3222:4, 3222:16, 3223:2, 3223:9, 3223:17, 3223:22, 3223:24, 3224:6, 3244:1, 3287:11, 3287:12, 3299:11, 3311:14, 3316:12
**responsible** [21] - 3195:16, 3195:18, 3217:19, 3221:12, 3225:8, 3248:14, 3252:2, 3255:17, 3269:11, 3269:20, 3286:20, 3287:10, 3288:2, 3291:6, 3311:3, 3312:5, 3312:9, 3312:12, 3337:13, 3339:25
**rest** [4] - 3143:2, 3151:5, 3234:3, 3313:4
**rests** [2] - 3312:10, 3328:24
**result** [4] - 3233:9, 3248:21, 3250:12, 3296:12
**resulted** [2] - 3170:15, 3311:8
**retire** [1] - 3317:21
**retracted** [1] - 3219:14
**retreat** [3] - 3305:3, 3305:5, 3305:8
**retreating** [1] - 3305:6
**returned** [1] - 3214:12
**Reuters** [2] - 3223:15, 3223:19
**reverberate** [2] - 3288:5, 3288:6
**review** [5] - 3200:25, 3234:24, 3235:2, 3308:18, 3344:10

**revolution** [1] - 3294:13
**Revolution** [1] - 3153:17
**reward** [1] - 3313:23
**rials** [1] - 3208:19
**RICE** [1] - 3130:23
**right-hand** [1] - 3179:6
**ring** [1] - 3281:2
**rioting** [1] - 3135:7
**rise** [1] - 3294:11
**rising** [1] - 3294:25
**Riyals** [6] - 3191:4, 3191:8, 3191:10, 3191:14, 3191:18, 3191:21
**road** [3] - 3179:6, 3179:8, 3300:21
**roadblocks** [1] - 3284:13
**roads** [1] - 3138:3
**ROCCO** [1] - 3130:22
**Rock** [1] - 3279:7
**role** [9] - 3247:23, 3264:21, 3267:22, 3272:2, 3287:8, 3289:19, 3309:1, 3326:3
**roll** [4] - 3207:11, 3209:24, 3237:15, 3255:9
**Rolodex** [1] - 3277:22
**Romeida** [1] - 3224:4
**Ronni** [1] - 3216:22
**room** [17] - 3220:19, 3246:19, 3251:23, 3251:24, 3302:13, 3311:1, 3312:1, 3314:15, 3317:21, 3342:8, 3343:25, 3346:9, 3346:10, 3346:18, 3347:1, 3347:6, 3347:18
**Roth** [2] - 3130:8, 3130:21
**rotten** [1] - 3255:20
**route** [2] - 3298:20, 3298:22
**Route** [1] - 3232:2
**routine** [11] - 3245:11, 3251:14, 3264:12, 3264:17, 3264:18, 3264:19, 3264:23, 3265:6, 3265:13, 3265:14, 3289:18
**Rudolph** [1] - 3131:5
**ruined** [3] - 3191:20, 3200:4, 3209:2
**rule** [2] - 3317:23, 3318:16
**rules** [7] - 3178:3, 3179:14, 3248:15, 3308:4, 3308:8, 3316:16, 3342:3
**ruling** [2] - 3318:17, 3319:19
**rulings** [1] - 3319:11
**run** [6] - 3145:13, 3227:6, 3240:3, 3250:21, 3261:10, 3303:13
**running** [2] - 3188:22, 3197:11
**runs** [2] - 3159:10, 3257:24

## S

**S's** [2] - 3257:19
**Sabih** [2] - 3132:23, 3137:6
**sabotage** [1] - 3336:12
**Sadek** [1] - 3274:19
**Sadeq** [1] - 3139:10
**sadly** [1] - 3146:13
**safe** [4] - 3281:13, 3283:8, 3283:23,

3284:6
**safety** [3] - 3135:19, 3168:6, 3336:20
**sake** [1] - 3131:22
**Salah** [14] - 3155:25, 3161:7, 3165:2, 3165:6, 3165:11, 3165:13, 3165:15, 3188:3, 3189:11, 3189:17, 3209:14, 3281:5, 3307:22, 3307:23
**salary** [2] - 3206:24, 3294:22
**Saleh** [12] - 3139:11, 3144:15, 3188:8, 3188:11, 3188:21, 3189:2, 3274:20, 3275:5, 3305:16, 3305:18, 3305:24, 3306:14
**Salim** [1] - 3140:12
**Sallah** [1] - 3166:8
**salt** [1] - 3133:7
**sat** [2] - 3143:7, 3244:21
**satisfaction** [1] - 3136:18
**satisfied** [3] - 3156:13, 3333:7, 3335:18
**Saudi** [101] - 3133:23, 3134:1, 3139:17, 3185:19, 3187:9, 3187:11, 3187:15, 3187:21, 3187:25, 3188:5, 3188:9, 3188:13, 3188:23, 3188:25, 3189:6, 3189:21, 3190:6, 3190:13, 3190:14, 3190:22, 3191:1, 3192:22, 3193:13, 3194:5, 3194:7, 3194:11, 3194:20, 3194:21, 3194:25, 3195:6, 3195:20, 3195:21, 3196:10, 3197:1, 3197:13, 3198:11, 3199:22, 3200:6, 3200:16, 3200:21, 3201:1, 3202:24, 3203:5, 3206:7, 3207:4, 3207:14, 3207:19, 3209:7, 3209:22, 3210:6, 3210:19, 3210:20, 3210:24, 3226:11, 3227:24, 3228:1, 3228:5, 3228:8, 3228:16, 3228:17, 3230:15, 3230:18, 3231:1, 3231:5, 3231:12, 3231:14, 3231:19, 3231:25, 3232:4, 3232:5, 3232:9, 3232:12, 3232:14, 3232:16, 3232:21, 3232:22, 3233:20, 3234:6, 3234:15, 3259:5, 3264:17, 3265:21, 3266:13, 3274:14, 3276:3, 3276:7, 3276:9, 3276:13, 3276:23, 3276:24, 3283:6, 3285:6, 3285:10, 3285:11, 3285:13, 3294:23, 3298:15, 3299:14, 3313:18, 3330:16
**saw** [18] - 3134:19, 3169:13, 3179:13, 3179:18, 3234:7, 3255:9, 3260:16, 3274:21, 3279:16, 3283:13, 3290:9, 3290:10, 3291:12, 3293:4, 3295:17, 3305:23, 3313:7, 3321:13
**Sayed** [11] - 3140:12, 3144:20, 3144:21, 3145:1, 3146:10, 3146:22, 3146:25, 3266:19, 3266:21, 3267:20, 3268:11
**SAYLES** [1] - 3130:20
**Sbarro** [5] - 3135:14, 3137:20, 3223:5, 3231:4, 3298:18
**scale** [1] - 3206:24
**scales** [3] - 3273:23, 3273:24, 3273:25
**scared** [1] - 3256:22

**school** [5] - 3135:8, 3135:13, 3135:24, 3137:15, 3146:14
**science** [1] - 3325:20
**scientist** [1] - 3216:25
**scope** [1] - 3340:3
**scratching** [1] - 3163:21
**screaming** [4] - 3237:8, 3237:9, 3237:17, 3292:6
**screams** [1] - 3270:19
**screen** [2] - 3186:12, 3275:7
**screws** [1] - 3270:25
**Sean** [5] - 3157:11, 3157:25, 3196:2, 3203:18, 3209:24
**search** [1] - 3248:1
**seated** [8] - 3132:2, 3184:2, 3185:8, 3243:5, 3288:23, 3289:16, 3316:9, 3347:9
**Seattle** [1] - 3215:11
**secluded** [1] - 3346:8
**second** [24] - 3135:7, 3135:11, 3157:6, 3165:13, 3167:14, 3213:6, 3219:1, 3225:7, 3244:3, 3244:6, 3249:21, 3261:17, 3262:24, 3262:25, 3281:19, 3284:12, 3296:18, 3297:16, 3303:8, 3316:18, 3330:15, 3331:15, 3332:10, 3334:10
**Second** [1] - 3274:13
**seconds** [1] - 3241:4
**secret** [7] - 3169:22, 3169:24, 3190:5, 3190:22, 3197:2, 3199:17, 3240:3
**Secretary** [4] - 3164:2, 3164:3, 3192:25, 3193:22, 3334:14, 3334:15, 3335:22, 3336:3
**secretive** [1] - 3292:4
**Section** [3] - 3332:22, 3333:12, 3337:6
**section** [2] - 3316:20, 3333:17
**securities** [1] - 3334:5
**security** [2] - 3219:23, 3313:11
**Security** [3] - 3133:1, 3219:25, 3220:1
**see** [110] - 3133:2, 3134:2, 3134:9, 3134:23, 3135:4, 3135:11, 3136:1, 3137:11, 3141:3, 3141:7, 3141:17, 3144:8, 3146:24, 3148:10, 3151:20, 3154:24, 3157:25, 3158:14, 3158:17, 3160:11, 3160:23, 3161:10, 3161:13, 3161:25, 3162:3, 3167:2, 3168:23, 3169:5, 3174:5, 3175:12, 3175:18, 3177:7, 3178:21, 3186:1, 3187:10, 3189:8, 3190:1, 3190:5, 3197:23, 3198:6, 3209:14, 3210:18, 3211:4, 3213:4, 3213:6, 3215:2, 3215:4, 3215:16, 3224:16, 3224:23, 3228:11, 3229:24, 3230:25, 3231:4, 3232:18, 3235:19, 3236:18, 3236:19, 3237:11, 3240:25, 3241:3, 3242:2, 3246:4, 3248:7, 3253:3, 3253:5, 3253:9, 3253:12, 3253:15, 3253:18, 3253:20, 3253:22, 3253:24, 3254:1, 3254:2, 3254:3, 3254:4, 3254:5, 3257:14, 3257:17, 3257:22, 3258:8, 3258:15,

3258:16, 3264:24, 3267:8, 3273:7, 3273:9, 3275:4, 3275:12, 3275:18, 3278:6, 3278:11, 3278:14, 3279:3, 3279:9, 3287:7, 3289:17, 3289:25, 3296:15, 3299:16, 3305:8, 3309:4, 3309:6, 3310:1, 3321:21, 3321:22, 3344:3, 3346:25, 3348:12
**seem** [3] - 3217:15, 3227:6, 3249:11
**sees** [2] - 3258:6, 3321:15
**seizing** [1] - 3336:13
**Select** [1] - 3294:8
**select** [2] - 3294:10, 3294:11
**sell** [1] - 3265:14
**semi** [1] - 3268:18
**send** [11] - 3257:18, 3257:20, 3260:24, 3262:5, 3263:20, 3269:3, 3284:22, 3288:5, 3322:18, 3343:18, 3347:25
**sending** [6] - 3141:20, 3169:4, 3215:14, 3227:3, 3297:12, 3310:17
**sends** [4] - 3211:8, 3257:25, 3267:17, 3267:19
**sense** [17] - 3207:10, 3252:21, 3252:23, 3252:24, 3255:19, 3256:23, 3258:24, 3259:1, 3260:19, 3289:25, 3290:24, 3311:24, 3322:6, 3329:12, 3339:9
**senses** [1] - 3321:15
**sent** [13] - 3142:25, 3155:16, 3166:16, 3185:20, 3215:17, 3221:2, 3267:12, 3268:14, 3275:16, 3281:5, 3285:4, 3285:5, 3294:4
**sentence** [1] - 3235:22
**separate** [3] - 3134:6, 3313:17, 3338:17
**separately** [2] - 3338:19, 3339:5
**September** [10] - 3130:11, 3153:12, 3213:7, 3223:14, 3283:9, 3283:10, 3283:11, 3285:14, 3291:10, 3349:15
**sequence** [8] - 3225:8, 3298:25, 3299:5, 3300:18, 3304:11, 3311:7, 3337:13, 3337:18
**serious** [1] - 3167:16
**serve** [1] - 3346:4
**service** [5] - 3205:16, 3206:5, 3312:14, 3313:24, 3334:4
**Service** [1] - 3206:10
**services** [10] - 3233:19, 3239:3, 3259:3, 3265:15, 3284:3, 3284:18, 3287:13, 3291:3, 3330:14, 3334:5
**set** [8] - 3142:17, 3142:18, 3168:19, 3179:14, 3329:19, 3329:20, 3345:13, 3348:18
**sets** [1] - 3272:8
**settlement** [1] - 3298:19
**settlers** [1] - 3198:15
**seven** [14] - 3149:21, 3150:5, 3153:22, 3158:15, 3159:1, 3177:9, 3177:11, 3179:13, 3202:15, 3224:7, 3234:13, 3271:8, 3278:1, 3310:8
**several** [8] - 3161:24, 3165:7, 3176:9,

3206:21, 3207:5, 3207:12, 3311:11, 3313:20
**sex** [1] - 3320:8
**Shahadah** [2] - 3253:21, 3255:25
**Shaheen** [1] - 3215:3
**shahid** [1] - 3285:2
**Shahid** [2] - 3211:7, 3211:14
**Shaked** [16] - 3216:22, 3216:24, 3218:1, 3218:5, 3218:23, 3218:25, 3220:5, 3221:16, 3221:19, 3222:9, 3223:21, 3236:6, 3236:13, 3236:25, 3311:12, 3348:9
**Shaked's** [1] - 3348:8
**Shanab** [1] - 3140:3
**SHAND** [1] - 3131:2
**Shand** [1] - 3146:5
**share** [1] - 3251:21
**shareholders** [2] - 3132:22, 3276:9
**Shatela(ph** [1] - 3212:7
**Shaykh** [1] - 3141:5
**Shayma** [1] - 3152:2
**Sheffield** [2] - 3224:9, 3229:25
**Shehada** [3] - 3140:3, 3307:22, 3307:23
**Sheik** [8] - 3164:18, 3164:19, 3255:7, 3255:8, 3256:6, 3262:20, 3263:1, 3263:12
**Sheikh** [6] - 3237:16, 3249:17, 3253:17, 3253:21, 3310:9, 3310:11
**shield** [2] - 3261:14, 3341:9
**shoes** [2] - 3311:21, 3311:22
**Shoman** [6] - 3274:12, 3274:16, 3276:16, 3293:18, 3307:2, 3307:4
**shooters** [1] - 3231:13
**shooting** [9] - 3146:14, 3146:15, 3146:19, 3198:16, 3231:13, 3232:8, 3298:20, 3298:21
**Shooting** [1] - 3230:8
**shootings** [3] - 3232:2, 3283:2, 3291:18
**shop** [1] - 3240:15
**short** [7] - 3178:1, 3184:14, 3211:14, 3211:21, 3304:8, 3314:21, 3342:2
**shorter** [1] - 3241:24
**shorthand** [1] - 3285:11
**shortly** [4] - 3133:19, 3212:25, 3213:7, 3242:2
**shot** [4] - 3133:21, 3191:13, 3192:14, 3192:15
**show** [36] - 3144:1, 3147:5, 3148:25, 3161:3, 3163:22, 3172:10, 3186:19, 3194:1, 3209:16, 3209:23, 3211:12, 3214:22, 3218:21, 3220:11, 3224:23, 3225:1, 3225:17, 3229:10, 3235:19, 3236:11, 3248:22, 3260:5, 3265:3, 3273:17, 3275:25, 3277:20, 3287:4, 3292:16, 3295:4, 3300:11, 3302:3, 3305:13, 3308:11, 3310:22, 3337:11
**showed** [5] - 3169:1, 3199:19, 3208:5, 3227:12, 3237:7, 3265:2,

3265:25, 3277:17, 3277:25, 3292:9, 3294:2, 3296:18, 3307:21, 3307:23, 3344:19
**showing** [5] - 3238:12, 3238:14, 3238:16, 3238:18, 3300:3
**shown** [13] - 3224:19, 3248:25, 3299:3, 3300:19, 3301:21, 3301:22, 3302:2, 3302:4, 3302:7, 3308:19, 3322:12, 3322:17, 3340:8
**shows** [7] - 3141:2, 3158:1, 3164:16, 3167:17, 3198:14, 3228:4, 3268:7
**shred** [2] - 3239:6, 3277:7
**Shukri** [3] - 3134:11, 3137:12, 3295:5
**Shukry** [1] - 3134:16
**shut** [6] - 3155:4, 3155:9, 3155:11, 3303:6, 3303:11, 3303:12
**SIC** [4] - 3213:18, 3213:19, 3214:4, 3214:11
**sick** [1] - 3143:25
**side** [19] - 3166:11, 3179:6, 3179:7, 3179:8, 3179:10, 3184:5, 3202:14, 3204:22, 3227:10, 3257:3, 3260:7, 3307:9, 3319:7, 3319:8, 3319:11, 3319:15, 3319:18, 3329:5, 3349:5
**side's** [1] - 3330:6
**sidebar** [2] - 3171:6, 3180:4
**Sidebar** [2] - 3172:1, 3181:1
**sides** [3] - 3131:16, 3344:19, 3348:6
**sign** [3] - 3255:15, 3344:16, 3345:2
**signature** [2] - 3263:5, 3281:19
**signed** [7] - 3256:11, 3256:13, 3283:19, 3325:14, 3343:9, 3345:6
**significant** [1] - 3207:13
**significantly** [1] - 3338:6
**signing** [1] - 3256:11
**signs** [1] - 3160:25
**similar** [3] - 3146:12, 3159:1, 3234:25
**similarly** [1] - 3339:6
**simple** [5] - 3141:11, 3190:20, 3201:9, 3252:3, 3282:14
**simply** [5] - 3189:3, 3212:7, 3305:17, 3309:14, 3343:4
**Sinatra** [1] - 3271:5
**single** [13] - 3143:19, 3157:4, 3157:8, 3157:23, 3160:8, 3160:9, 3197:17, 3239:6, 3276:24, 3299:11, 3300:7, 3304:2, 3317:19
**sins** [2] - 3201:13, 3201:14
**sit** [2] - 3244:4, 3274:22
**sites** [1] - 3346:24
**sits** [1] - 3276:7
**sitting** [7] - 3143:6, 3237:19, 3246:19, 3263:17, 3263:21, 3264:7, 3305:22
**situation** [6] - 3169:6, 3178:14, 3244:18, 3244:19, 3282:25
**six** [13] - 3132:9, 3132:10, 3132:11, 3135:2, 3145:2, 3150:25, 3202:15, 3224:8, 3224:9, 3250:11, 3261:23, 3261:24, 3271:8
**Six** [1] - 3313:24

**sixth** [1] - 3275:13
**sixty** [1] - 3158:6
**size** [2] - 3159:1, 3240:1
**skim** [1] - 3264:11
**skip** [1] - 3295:23
**skittish** [1] - 3305:1
**slaughter** [1] - 3290:16
**slide** [39] - 3133:15, 3134:2, 3134:9, 3134:24, 3136:1, 3137:11, 3141:1, 3141:7, 3143:16, 3149:4, 3158:17, 3159:3, 3169:5, 3170:7, 3172:5, 3175:12, 3175:13, 3177:7, 3187:23, 3202:18, 3203:18, 3246:23, 3256:24, 3257:7, 3257:21, 3260:3, 3260:4, 3264:12, 3264:24, 3265:18, 3265:20, 3268:10, 3295:22, 3297:15, 3298:9, 3298:15, 3299:12, 3302:5, 3310:24
**slides** [2] - 3169:1, 3302:3
**slightly** [1] - 3273:24
**sloshed** [1] - 3228:11
**sloshing** [1] - 3226:17
**slow** [2] - 3157:14, 3289:8
**smack** [1] - 3267:18
**small** [4] - 3212:16, 3214:19, 3243:10, 3320:18
**smart** [1] - 3251:4
**smarter** [2] - 3147:18, 3168:18
**snow** [4] - 3272:23, 3273:4, 3273:8
**snowing** [1] - 3273:3
**so-called** [1] - 3251:14
**Social** [1] - 3133:1
**social** [4] - 3207:1, 3216:25, 3300:25, 3301:5
**societies** [6] - 3188:24, 3189:10, 3189:12, 3189:15, 3192:4, 3226:23
**Society** [15] - 3149:3, 3149:6, 3149:9, 3161:16, 3165:13, 3188:4, 3188:9, 3188:12, 3188:22, 3189:3, 3189:10, 3189:11, 3189:17, 3297:5, 3297:6
**society** [8] - 3149:5, 3151:21, 3152:1, 3161:7, 3176:3, 3236:16, 3245:2, 3245:3
**software** [4] - 3141:12, 3309:20, 3310:2, 3310:5
**solar** [1] - 3137:18
**sold** [3] - 3205:11, 3205:12
**sole** [5] - 3286:19, 3286:23, 3300:15, 3318:2, 3338:1
**solely** [7] - 3286:12, 3309:9, 3318:12, 3324:20, 3324:24, 3341:23, 3342:19
**Som** [1] - 3161:15
**someone** [16] - 3144:20, 3167:15, 3169:19, 3175:5, 3185:15, 3245:20, 3247:13, 3248:3, 3270:24, 3273:12, 3284:4, 3290:1, 3292:6, 3299:25, 3321:25, 3325:25
**sometimes** [5] - 3143:23, 3197:6, 3197:8, 3274:9, 3304:22
**somewhere** [5] - 3205:8, 3211:12, 3239:22, 3264:14, 3266:1

**son** [2] - 3201:14, 3271:3
**soon** [1] - 3179:21
**sooner** [2] - 3270:6, 3270:7
**sophisticated** [1] - 3301:4
**sorry** [3] - 3194:17, 3255:12, 3255:22
**sort** [2] - 3252:21, 3272:12
**sorts** [1] - 3259:17
**sought** [1] - 3328:13
**soundness** [1] - 3326:11
**sounds** [2] - 3193:2, 3193:7
**source** [1] - 3222:20
**South** [2] - 3169:24, 3279:7
**spaces** [1] - 3251:25
**Spain** [2] - 3142:10, 3179:2
**span** [1] - 3170:24
**Spanish** [1] - 3179:2
**spared** [1] - 3270:19
**speaking** [1] - 3324:17
**special** [3] - 3213:9, 3244:19, 3266:22
**specialized** [1] - 3325:21
**Specially** [2] - 3187:17, 3187:18
**specialty** [1] - 3301:24
**specific** [8] - 3287:5, 3298:16, 3300:16, 3301:20, 3338:20, 3338:22, 3344:9
**specifically** [3] - 3216:5, 3233:15, 3334:12
**specified** [1] - 3198:23
**specify** [1] - 3200:9
**speculate** [1] - 3319:14
**speculation** [1] - 3329:24
**speech** [4] - 3237:16, 3238:4, 3238:20, 3239:21
**spell** [2] - 3257:18, 3257:19, 3263:3
**spelled** [2] - 3141:9, 3143:14
**spelling** [2] - 3262:24, 3263:9
**spend** [5] - 3251:7, 3251:9, 3265:19, 3278:24, 3346:2
**spending** [1] - 3142:11
**spent** [6] - 3134:12, 3140:17, 3152:21, 3245:14, 3249:10, 3250:11
**spine** [2] - 3191:13, 3238:15
**spirit** [1] - 3294:19
**Spitzen** [39] - 3142:15, 3142:23, 3147:12, 3147:17, 3148:6, 3148:16, 3148:18, 3149:24, 3150:6, 3151:15, 3153:24, 3154:22, 3155:1, 3155:13, 3156:5, 3156:20, 3159:25, 3160:7, 3161:21, 3168:17, 3189:4, 3189:6, 3193:24, 3194:4, 3194:10, 3195:7, 3195:13, 3200:17, 3200:19, 3200:22, 3200:25, 3205:16, 3205:20, 3207:11, 3210:13, 3211:8, 3234:12, 3265:23, 3313:15
**Spitzen's** [3] - 3149:4, 3206:11, 3208:17
**spokesperson** [1] - 3255:16
**sponsors** [1] - 3159:12
**spread** [1] - 3134:25

**spy** [1] - 3305:7
**Sspitzen** [2] - 3147:9, 3199:8
**stability** [1] - 3270:7
**stage** [1] - 3270:20
**stamina** [1] - 3278:19
**stand** [15] - 3137:5, 3143:7, 3184:23, 3234:20, 3245:23, 3262:4, 3263:25, 3264:8, 3274:23, 3279:3, 3323:9, 3323:24, 3324:5, 3325:17, 3347:24
**standard** [11] - 3178:21, 3178:22, 3178:24, 3186:5, 3186:12, 3187:8, 3222:11, 3274:1, 3286:5, 3331:12, 3341:5
**standards** [13] - 3178:12, 3185:17, 3185:22, 3186:13, 3186:18, 3213:3, 3261:7, 3261:8, 3261:14, 3264:22, 3341:2, 3341:9, 3341:14
**standing** [2] - 3311:18, 3343:12
**standpoint** [2] - 3184:11, 3248:1
**stands** [1] - 3343:19
**stars** [1] - 3260:25
**start** [18] - 3134:14, 3142:20, 3201:10, 3206:13, 3243:8, 3246:10, 3252:4, 3269:23, 3270:3, 3292:12, 3293:15, 3294:13, 3342:9, 3346:11, 3346:13, 3346:16, 3346:18
**started** [12] - 3133:6, 3133:8, 3134:24, 3135:7, 3243:9, 3247:20, 3304:23, 3312:21, 3312:23, 3312:24, 3314:16, 3322:25
**starting** [2] - 3152:11, 3230:14
**starts** [2] - 3246:16, 3266:12
**State** [14] - 3164:3, 3164:11, 3176:19, 3192:25, 3193:3, 3193:22, 3196:24, 3202:4, 3207:9, 3228:6, 3334:15, 3335:23, 3336:3
**state** [7] - 3134:6, 3207:15, 3259:14, 3317:17, 3317:23, 3330:23, 3341:14
**statement** [7] - 3184:16, 3192:23, 3208:6, 3239:1, 3252:7, 3280:8
**statements** [5] - 3136:3, 3233:12, 3233:17, 3245:19, 3311:13
**STATES** [2] - 3130:1, 3130:15
**States** [61] - 3130:9, 3140:7, 3140:13, 3140:16, 3140:21, 3141:24, 3142:6, 3142:9, 3144:11, 3148:15, 3154:3, 3154:7, 3154:14, 3159:11, 3159:19, 3160:20, 3162:19, 3162:24, 3163:2, 3164:24, 3165:1, 3165:11, 3165:12, 3169:12, 3175:6, 3177:5, 3186:7, 3187:18, 3187:22, 3193:4, 3193:13, 3193:21, 3193:22, 3202:3, 3203:10, 3206:10, 3211:1, 3211:16, 3219:24, 3220:2, 3221:24, 3244:2, 3246:15, 3248:19, 3253:5, 3253:6, 3261:13, 3264:22, 3279:24, 3280:25, 3281:14, 3282:2, 3283:19, 3286:12, 3286:14, 3286:16, 3303:15, 3332:22, 3333:11, 3334:14, 3341:24
**stating** [1] - 3317:20

**Station** [1] - 3221:7
**station** [3] - 3221:7, 3243:11, 3310:17
**stations** [2] - 3291:25
**statistics** [2] - 3216:15, 3277:10
**statute** [3] - 3332:23, 3333:5, 3337:5
**stay** [6] - 3289:16, 3300:21, 3346:23, 3349:3
**stenographer** [1] - 3325:12
**stenography** [1] - 3131:8
**step** [3] - 3160:3
**Stephens** [19] - 3146:5, 3172:5, 3173:9, 3173:10, 3179:24, 3183:4, 3184:5, 3185:3, 3185:9, 3205:10, 3205:11, 3214:9, 3233:2, 3241:1, 3241:22, 3281:3, 3290:17, 3296:8, 3305:19
**STEPHENS** [41] - 3131:2, 3131:18, 3132:5, 3132:10, 3132:12, 3148:1, 3166:1, 3171:4, 3172:10, 3173:1, 3174:2, 3179:25, 3180:2, 3181:5, 3181:8, 3181:12, 3181:16, 3181:22, 3182:4, 3183:2, 3183:6, 3184:17, 3184:22, 3184:25, 3185:10, 3202:1, 3214:10, 3218:1, 3233:3, 3233:7, 3238:1, 3241:3, 3241:6, 3259:6, 3259:25, 3263:6, 3271:14, 3274:25, 3309:7, 3348:14, 3348:20
**stepped** [2] - 3255:6, 3283:14
**steps** [1] - 3250:20
**Steve** [9] - 3311:18, 3312:21, 3312:24, 3313:1, 3313:2, 3313:10, 3313:24, 3314:5, 3314:16
**Steven** [1] - 3275:17
**stick** [1] - 3146:6
**still** [5] - 3155:12, 3192:15, 3192:16, 3303:13, 3331:5
**stipulated** [1] - 3333:3
**stipulations** [1] - 3320:25
**Stock** [1] - 3132:21
**stock** [1] - 3284:1
**STONE** [1] - 3130:22
**stones** [1] - 3205:22
**stood** [1] - 3283:12
**stop** [7] - 3141:16, 3198:25, 3199:16, 3203:15, 3204:19, 3205:4, 3243:11, 3251:3, 3251:4, 3251:5, 3283:25, 3284:13, 3289:21, 3313:1, 3314:2
**stopped** [8] - 3141:21, 3204:15, 3215:4, 3218:15, 3218:16, 3231:7, 3231:8, 3311:22
**stopping** [1] - 3168:12
**stops** [4] - 3250:23, 3294:6, 3296:17, 3296:20
**stores** [1] - 3240:14
**stories** [6] - 3234:13, 3243:22, 3278:1, 3310:8, 3323:18, 3323:20
**story** [5] - 3134:10, 3250:1, 3271:12, 3304:16, 3312:25
**straight** [1] - 3162:7
**straightforward** [1] - 3344:20

**strangle** [1] - 3163:1
**strategies** [1] - 3281:22
**stream** [1] - 3283:1
**Street** [1] - 3223:11
**street** [3] - 3137:20, 3151:20, 3283:13
**streets** [1] - 3293:8
**stricken** [1] - 3172:23
**strict** [2] - 3308:3, 3348:22
**strictest** [1] - 3308:4
**strictly** [1] - 3308:3
**strike** [3] - 3184:9, 3230:10, 3348:8
**striking** [1] - 3348:9
**Strip** [2] - 3158:10, 3239:11
**strive** [1] - 3295:10
**striving** [1] - 3276:13
**struggle** [1] - 3312:17
**stuck** [1] - 3240:5
**students** [1] - 3271:6
**stuff** [5] - 3238:15, 3257:24, 3260:13, 3269:4, 3285:21
**stuffed** [1] - 3270:25
**sub** [2] - 3268:16, 3337:4
**sub-national** [1] - 3337:4
**subject** [4] - 3175:20, 3189:5, 3295:6, 3343:22
**submit** [3] - 3224:18, 3229:15, 3276:1
**submits** [1] - 3280:1
**submitted** [1] - 3345:12
**subpoena** [1] - 3303:2
**subsequently** [1] - 3308:20
**subsidize** [1] - 3159:13
**substantial** [10] - 3225:2, 3225:5, 3225:7, 3225:10, 3287:4, 3287:8, 3300:17, 3336:21, 3337:12, 3337:22
**substantially** [3] - 3304:11, 3337:19, 3338:4
**substitute** [3] - 3278:8, 3295:24, 3297:11
**substituting** [1] - 3305:15
**succeed** [1] - 3295:15
**success** [3] - 3133:9, 3276:13, 3295:10
**sudden** [1] - 3145:22
**suffered** [2] - 3235:24, 3332:24
**suffering** [4] - 3250:12, 3250:13, 3307:17, 3307:18
**sufficient** [3] - 3225:12, 3326:16, 3326:24, 3332:18
**suffocation** [1] - 3198:15
**suggest** [7] - 3131:19, 3139:9, 3166:10, 3202:22, 3204:6, 3276:5, 3319:2
**suggested** [3] - 3192:10, 3238:5, 3347:21
**suggesting** [5] - 3139:21, 3140:15, 3196:19, 3202:18, 3226:9
**suggestion** [5] - 3145:9, 3145:10, 3146:10, 3192:10, 3204:21
**suggests** [1] - 3169:2

**suicide** [48] - 3133:23, 3133:25, 3135:12, 3135:17, 3137:14, 3174:11, 3175:2, 3193:11, 3197:15, 3199:21, 3200:18, 3203:6, 3204:14, 3218:16, 3219:3, 3220:17, 3220:22, 3221:2, 3221:3, 3229:3, 3243:17, 3245:9, 3264:15, 3265:4, 3265:8, 3267:2, 3269:1, 3269:2, 3275:9, 3275:21, 3277:2, 3277:11, 3283:2, 3283:5, 3290:8, 3291:18, 3297:13, 3298:13, 3299:4, 3299:8, 3299:13, 3300:4, 3301:16, 3304:8, 3313:1, 3313:7, 3313:8, 3314:3
**suing** [1] - 3285:4
**sum** [4] - 3156:2, 3207:21, 3214:19, 3226:16
**summaries** [1] - 3348:5
**summarized** [2] - 3160:12
**summary** [2] - 3150:15, 3173:3
**summations** [1] - 3321:2
**sums** [1] - 3345:19
**supervised** [3] - 3195:22, 3228:6, 3276:24
**supervising** [6] - 3195:16, 3195:18, 3196:20, 3205:17, 3335:2, 3335:9
**supervision** [1] - 3195:11
**Supply** [1] - 3133:8
**support** [67] - 3137:1, 3174:10, 3174:19, 3174:20, 3174:22, 3191:3, 3191:9, 3191:11, 3191:17, 3191:19, 3191:22, 3192:4, 3207:1, 3208:20, 3224:24, 3224:25, 3229:12, 3233:11, 3233:17, 3236:25, 3237:1, 3241:12, 3241:15, 3241:17, 3247:6, 3247:7, 3247:17, 3261:15, 3261:21, 3267:23, 3268:9, 3273:18, 3276:14, 3276:17, 3276:18, 3279:24, 3281:15, 3282:3, 3283:6, 3285:6, 3291:2, 3294:22, 3294:23, 3294:25, 3301:1, 3301:23, 3333:22, 3334:1, 3334:3, 3334:7, 3334:11, 3334:19, 3334:24, 3334:25, 3335:6, 3335:11, 3335:14, 3335:20, 3336:4, 3336:8, 3336:24, 3337:7, 3337:9, 3338:25, 3341:7, 3341:10
**Support** [1] - 3285:13
**supported** [8] - 3132:15, 3137:6, 3137:21, 3138:8, 3138:16, 3139:14, 3206:4, 3271:7
**supporting** [9] - 3137:2, 3139:9, 3153:9, 3154:9, 3194:15, 3214:22, 3282:6, 3283:7, 3286:21
**supports** [4] - 3138:25, 3139:4, 3277:16, 3329:1
**suppose** [1] - 3163:3
**supposed** [12] - 3145:13, 3145:16, 3146:3, 3151:25, 3162:3, 3163:20, 3164:7, 3169:25, 3240:18, 3244:14, 3309:5, 3319:20
**supposedly** [3] - 3149:25, 3161:17, 3203:7

surgical [1] - 3159:13
surprise [2] - 3196:14, 3196:17
surrounding [2] - 3332:2, 3340:8
surveyed [1] - 3271:8
survivors [2] - 3266:23, 3267:4
suspect [3] - 3139:9, 3143:2, 3143:3
suspected [1] - 3194:13
suspicion [2] - 3305:15, 3329:14
suspicions [2] - 3143:5, 3154:21
suspicious [7] - 3215:18, 3234:23, 3248:25, 3308:5, 3308:12, 3308:22, 3309:3
sustain [3] - 3136:13, 3331:9, 3339:19
sustained [4] - 3184:10, 3214:9, 3271:15, 3331:5
swayed [1] - 3319:21
swears [1] - 3280:15
Sweden [1] - 3169:23
Swift [5] - 3143:25, 3144:4, 3161:6, 3161:14, 3209:19
SWIFT [1] - 3167:20
swing [1] - 3284:7
switch [1] - 3297:16
Switzerland [2] - 3137:8, 3142:10
sworn [9] - 3278:10, 3279:22, 3280:7, 3317:25, 3320:24, 3346:7, 3346:21, 3347:3, 3347:4
sympathy [2] - 3318:12, 3319:22
syndrome [2] - 3256:2, 3256:3
system [23] - 3133:1, 3141:12, 3143:18, 3143:20, 3143:23, 3144:16, 3147:1, 3162:13, 3165:15, 3166:6, 3166:8, 3166:23, 3166:24, 3168:7, 3178:11, 3246:9, 3246:15, 3268:22, 3270:11, 3284:8, 3284:10, 3284:11, 3320:11

## T

T.V [2] - 3255:9, 3256:19
table [1] - 3132:23
tactics [1] - 3277:18
tad [1] - 3270:17
Tad [1] - 3258:18
Taha [1] - 3144:15
Tahan [7] - 3139:7, 3274:19, 3275:2, 3275:10, 3305:13, 3305:20
Taher [1] - 3267:22
tails [2] - 3216:14
Takruri [8] - 3313:7, 3313:8, 3313:9, 3313:12, 3313:13, 3313:14, 3313:21, 3313:22
talker [1] - 3233:7
talks [1] - 3150:24
tangible [1] - 3334:3
tangled [1] - 3269:23
tape [2] - 3139:8, 3269:4
Target [1] - 3145:18
targets [2] - 3162:24, 3337:3

taught [2] - 3248:4, 3248:5
Tayseer [1] - 3139:10
TD [1] - 3145:19
teach [1] - 3270:3
tear [1] - 3256:22
tears [1] - 3270:20
technology [1] - 3249:13
teed [2] - 3349:11, 3349:12
teenagers [1] - 3290:16
Tehan [2] - 3197:20, 3293:6
Tel [1] - 3224:4
Telegraph [1] - 3223:7
Television [1] - 3221:7
television [3] - 3221:7, 3291:24, 3292:3
ten [20] - 3140:11, 3158:25, 3159:10, 3160:19, 3160:21, 3170:24, 3175:10, 3191:17, 3191:21, 3197:3, 3205:25, 3206:2, 3230:12, 3278:19, 3279:1, 3285:5, 3313:12, 3314:4, 3314:25, 3315:5
ten-minute [1] - 3314:25
ten-year [1] - 3175:10
tends [1] - 3321:17
tens [2] - 3292:11, 3292:19
term [6] - 3329:10, 3331:21, 3334:2, 3336:11, 3337:2
terms [2] - 3216:8, 3341:8
terrible [1] - 3204:25
Territories [10] - 3133:17, 3134:13, 3195:12, 3221:20, 3228:12, 3228:12, 3291:9, 3292:14, 3295:2, 3295:14
territories [12] - 3211:9, 3211:13, 3213:14, 3257:11, 3258:7, 3260:11, 3264:19, 3265:24, 3291:14, 3297:2, 3301:13, 3301:18
territory [5] - 3236:6, 3236:17, 3236:21, 3237:2, 3307:7
terror [43] - 3147:4, 3151:4, 3153:11, 3153:19, 3154:10, 3157:18, 3163:15, 3170:14, 3170:19, 3170:20, 3175:11, 3177:21, 3186:23, 3187:3, 3187:16, 3194:15, 3200:12, 3202:3, 3202:23, 3203:22, 3205:23, 3207:25, 3210:3, 3211:10, 3214:18, 3218:11, 3226:7, 3226:14, 3227:19, 3241:15, 3241:17, 3244:10, 3281:9, 3281:11, 3281:12, 3281:15, 3281:16, 3281:18, 3282:8, 3283:1, 3283:24, 3284:5, 3291:20
terrorism [46] - 3133:13, 3137:1, 3137:6, 3137:7, 3137:21, 3138:8, 3138:16, 3139:1, 3139:4, 3139:9, 3139:14, 3170:16, 3176:14, 3205:2, 3214:23, 3236:25, 3237:1, 3244:21, 3245:4, 3245:6, 3249:24, 3250:12, 3250:14, 3251:3, 3260:25, 3261:12, 3268:8, 3268:9, 3270:19, 3283:22, 3284:14, 3289:19, 3290:19, 3303:6, 3309:1, 3310:3, 3332:25, 3333:3, 3333:5, 3333:9, 3333:11, 3333:14,

3333:19, 3335:25, 3336:25, 3337:2
Terrorism [5] - 3219:24, 3283:18, 3314:10, 3332:21, 3341:6
terrorist [84] - 3132:13, 3132:15, 3133:20, 3133:25, 3138:18, 3139:15, 3140:7, 3142:12, 3142:21, 3144:15, 3144:20, 3144:22, 3145:11, 3145:19, 3145:24, 3146:6, 3148:11, 3167:15, 3168:4, 3168:6, 3186:1, 3186:25, 3192:14, 3192:15, 3193:10, 3193:16, 3196:15, 3198:17, 3217:2, 3218:20, 3219:2, 3219:12, 3222:9, 3222:14, 3225:16, 3225:24, 3227:9, 3228:17, 3231:22, 3234:9, 3237:5, 3238:6, 3239:8, 3240:3, 3240:7, 3240:8, 3240:11, 3240:13, 3245:20, 3246:21, 3247:13, 3261:16, 3261:21, 3261:25, 3280:14, 3290:12, 3299:7, 3304:5, 3308:21, 3308:23, 3310:1, 3312:7, 3312:9, 3333:22, 3334:12, 3334:14, 3335:15, 3335:23, 3335:24, 3336:2, 3336:5, 3336:9, 3336:11, 3338:17, 3338:22, 3339:2, 3339:4, 3339:11, 3341:7, 3341:11
Terrorist [2] - 3187:17, 3187:18
terroristic [1] - 3245:13
terrorists [50] - 3137:1, 3139:18, 3139:22, 3140:18, 3140:21, 3142:13, 3142:18, 3143:1, 3143:8, 3143:21, 3146:4, 3147:8, 3147:9, 3162:10, 3162:11, 3167:20, 3168:20, 3176:11, 3186:15, 3210:25, 3215:14, 3216:9, 3217:14, 3217:16, 3220:13, 3222:18, 3233:21, 3239:3, 3239:5, 3240:23, 3245:7, 3249:1, 3250:22, 3252:12, 3258:6, 3259:8, 3262:9, 3262:17, 3266:17, 3275:8, 3300:12, 3301:24, 3303:9, 3308:20, 3309:24, 3310:5, 3330:16
test [1] - 3338:14
testified [39] - 3135:6, 3137:16, 3139:7, 3139:11, 3143:7, 3156:22, 3172:4, 3175:15, 3175:19, 3178:9, 3179:16, 3179:17, 3179:18, 3179:19, 3181:18, 3185:14, 3196:22, 3213:2, 3215:24, 3216:21, 3217:10, 3218:4, 3220:5, 3220:7, 3249:16, 3255:24, 3258:2, 3263:18, 3290:5, 3291:16, 3293:7, 3293:9, 3302:18, 3308:1, 3317:1, 3323:11, 3323:22, 3347:24
testifies [1] - 3321:14
testify [11] - 3134:16, 3134:21, 3135:1, 3178:4, 3181:18, 3195:9, 3216:23, 3263:19, 3295:6, 3305:20, 3309:18
testifying [2] - 3236:13, 3325:16
testimony [86] - 3132:17, 3133:5, 3138:9, 3138:13, 3138:25, 3139:12, 3148:10, 3152:9, 3152:10, 3153:7, 3153:25, 3154:12, 3154:24, 3158:17, 3172:10, 3172:14, 3172:19, 3172:24,

3173:1, 3174:4, 3174:7, 3175:20, 3177:1, 3178:11, 3178:18, 3181:25, 3184:7, 3184:20, 3184:22, 3185:4, 3186:10, 3186:14, 3189:4, 3189:18, 3194:1, 3194:2, 3195:2, 3197:18, 3200:20, 3205:20, 3206:11, 3211:7, 3212:6, 3214:21, 3217:13, 3236:11, 3238:20, 3256:10, 3256:12, 3278:10, 3285:21, 3291:15, 3299:21, 3303:3, 3312:21, 3317:2, 3317:13, 3318:5, 3319:8, 3320:22, 3320:24, 3321:12, 3322:22, 3322:24, 3323:1, 3323:9, 3323:12, 3323:15, 3324:7, 3324:10, 3324:12, 3324:13, 3324:19, 3324:21, 3324:23, 3325:2, 3325:18, 3325:24, 3326:5, 3326:8, 3327:2, 3328:21, 3344:6, 3344:10, 3348:1

**tests** [2] - 3323:5, 3324:6

**Texas** [3] - 3133:6, 3279:6, 3302:22

**THE** [68] - 3130:14, 3131:15, 3131:19, 3132:2, 3171:7, 3172:8, 3172:14, 3172:16, 3172:19, 3172:22, 3173:7, 3179:24, 3180:1, 3180:4, 3181:2, 3181:7, 3181:10, 3181:13, 3182:2, 3182:6, 3183:4, 3183:7, 3183:10, 3184:2, 3184:4, 3184:13, 3185:2, 3185:8, 3214:9, 3233:2, 3233:5, 3241:1, 3241:4, 3241:22, 3242:4, 3243:3, 3243:5, 3259:7, 3260:1, 3263:7, 3270:14, 3271:15, 3275:1, 3288:9, 3288:14, 3288:17, 3288:20, 3288:23, 3289:2, 3297:16, 3309:8, 3312:15, 3314:18, 3314:24, 3315:4, 3316:2, 3316:9, 3328:1, 3347:5, 3347:9, 3347:12, 3347:16, 3347:25, 3348:4, 3348:8, 3348:12, 3348:16, 3348:22

**their's** [1] - 3266:1

**themselves** [3] - 3153:15, 3240:23, 3297:14

**theory** [2] - 3165:3, 3325:25

**therefore** [15] - 3145:25, 3149:6, 3149:15, 3160:2, 3162:25, 3177:13, 3178:25, 3182:7, 3200:6, 3226:24, 3228:12, 3242:5, 3333:6, 3333:14, 3345:25

**thinking** [2] - 3146:9, 3240:2

**thinks** [4] - 3141:18, 3154:19, 3168:4, 3169:7

**third** [7] - 3235:4, 3249:10, 3306:7, 3316:19, 3316:20, 3335:13, 3336:14

**thirty** [1] - 3314:19

**thirty-five** [1] - 3314:19

**thoroughly** [1] - 3151:22

**thousand** [8] - 3159:10, 3191:10, 3191:18, 3191:21, 3202:15, 3205:12, 3214:20

**thousands** [14] - 3140:17, 3141:13, 3142:8, 3142:11, 3205:21, 3205:23, 3206:5, 3268:20, 3285:1, 3292:11,

3292:19

**thread** [2] - 3269:21, 3269:22

**threatening** [1] - 3336:13

**three** [30] - 3131:20, 3133:2, 3134:8, 3134:12, 3148:24, 3150:1, 3150:2, 3158:13, 3170:22, 3170:23, 3175:9, 3189:5, 3225:17, 3234:21, 3252:17, 3257:2, 3259:10, 3263:19, 3270:17, 3276:9, 3279:15, 3282:16, 3285:5, 3285:9, 3316:14, 3330:19, 3335:25, 3342:2, 3348:19

**throughout** [3] - 3245:22, 3282:19, 3295:1

**throwing** [1] - 3205:22

**thrown** [1] - 3277:10

**ticket** [1] - 3197:11

**tie** [2] - 3227:8, 3298:15

**timely** [4] - 3187:1, 3187:6, 3248:25, 3308:23

**timer** [2] - 3348:18, 3348:19

**tip** [2] - 3273:24

**tipped** [2] - 3311:21

**tired** [3] - 3144:2, 3161:25, 3211:20

**Title** [2] - 3332:21, 3333:17

**today** [17] - 3132:12, 3134:4, 3165:12, 3216:2, 3241:24, 3243:8, 3244:18, 3244:23, 3245:2, 3245:4, 3250:25, 3263:17, 3270:9, 3270:12, 3283:21, 3289:13, 3346:22

**Today** [1] - 3167:8

**today's** [4] - 3165:14, 3166:1, 3166:7, 3283:8

**together** [17] - 3147:12, 3190:6, 3196:25, 3251:22, 3258:13, 3266:23, 3266:25, 3267:1, 3267:9, 3268:5, 3268:6, 3289:21, 3297:3, 3298:10, 3323:19, 3347:17, 3349:13

**tomorrow** [5] - 3289:13, 3342:9, 3346:13, 3346:17, 3346:25

**tonight** [1] - 3346:12

**took** [11] - 3135:19, 3160:23, 3175:24, 3214:3, 3214:16, 3265:1, 3290:15, 3292:3, 3307:9, 3318:10, 3347:9

**top** [17] - 3161:18, 3165:9, 3209:20, 3226:20, 3237:10, 3241:10, 3266:14, 3270:5, 3276:2, 3276:9, 3276:16, 3279:15, 3293:14, 3295:13, 3295:14

**topic** [1] - 3344:11

**total** [9] - 3156:2, 3158:6, 3176:22, 3202:13, 3202:15, 3212:4, 3228:23, 3250:7, 3267:18

**totaled** [2] - 3212:16, 3228:23

**totaling** [1] - 3228:2

**totally** [2] - 3218:20, 3221:19

**touch** [1] - 3302:11

**touches** [1] - 3321:16

**touching** [1] - 3343:22

**tough** [2] - 3249:21, 3249:24

**toy** [1] - 3220:23

**trace** [1] - 3300:15

**tracing** [1] - 3267:5

**Trade** [1] - 3221:22

**traded** [1] - 3132:21

**traffic** [1] - 3197:9

**tragedies** [1] - 3272:5

**trailer** [1] - 3268:18

**train** [2] - 3188:10, 3336:12

**trained** [1] - 3221:21

**training** [3] - 3325:20, 3326:10, 3326:24

**transacting** [1] - 3142:4

**transaction** [3] - 3145:23, 3147:4, 3186:2

**transactions** [20] - 3132:20, 3141:13, 3141:16, 3143:17, 3176:11, 3177:15, 3177:21, 3178:14, 3179:12, 3179:20, 3186:6, 3187:20, 3207:8, 3212:16, 3225:5, 3225:15, 3226:6, 3228:23

**transcribed** [1] - 3325:13

**Transcript** [3] - 3165:16, 3217:24, 3340:14

**TRANSCRIPT** [1] - 3130:14

**transcript** [11] - 3131:8, 3171:5, 3180:2, 3181:2, 3184:18, 3208:17, 3218:9, 3271:16, 3306:22, 3325:14, 3344:12

**transfer** [25] - 3141:1, 3141:8, 3141:10, 3143:12, 3143:13, 3144:4, 3144:8, 3144:9, 3144:13, 3161:6, 3161:14, 3162:2, 3162:4, 3167:24, 3169:13, 3196:9, 3209:21, 3212:9, 3215:10, 3229:22, 3300:7, 3304:2, 3305:25, 3310:9

**transferred** [20] - 3145:4, 3145:8, 3161:11, 3191:25, 3194:12, 3194:21, 3195:25, 3196:5, 3209:9, 3209:13, 3209:16, 3226:12, 3249:1, 3249:4, 3262:8, 3262:13, 3265:7, 3266:10, 3268:12, 3302:8

**transferring** [2] - 3207:18, 3266:5

**transfers** [41] - 3142:17, 3143:25, 3144:7, 3144:19, 3144:23, 3146:22, 3161:2, 3176:19, 3177:4, 3177:5, 3177:10, 3192:3, 3199:15, 3209:16, 3212:2, 3214:19, 3214:25, 3229:25, 3230:1, 3230:3, 3230:4, 3230:5, 3230:6, 3230:7, 3230:8, 3230:9, 3230:10, 3232:4, 3232:9, 3234:15, 3235:9, 3235:12, 3235:16, 3257:16, 3267:17, 3275:6, 3275:8, 3291:4, 3306:15, 3308:19, 3309:21

**translated** [3] - 3278:23, 3324:22, 3324:24

**translation** [1] - 3325:5

**translations** [1] - 3325:3

**transpiring** [1] - 3190:21

**transport** [1] - 3267:24

**travel** [1] - 3300:21

**Treasury** [15] - 3164:2, 3164:11, 3165:12, 3166:16, 3166:17, 3166:22,

3166:23, 3167:3, 3168:5, 3168:7, 3168:12, 3168:16, 3168:18, 3248:19, 3302:16

**TRIAL** [1] - 3130:14

**trial** [36] - 3135:16, 3152:9, 3153:25, 3162:21, 3192:20, 3194:3, 3200:19, 3218:9, 3238:5, 3238:7, 3238:14, 3243:9, 3243:24, 3243:25, 3245:22, 3247:16, 3286:8, 3302:19, 3312:21, 3314:10, 3317:2, 3317:7, 3317:13, 3318:15, 3318:19, 3320:10, 3320:24, 3322:25, 3325:8, 3325:9, 3325:15, 3330:3, 3338:16, 3341:19, 3349:6

**trickery** [1] - 3285:16

**tried** [13] - 3215:23, 3218:14, 3224:19, 3239:4, 3241:18, 3256:21, 3265:20, 3276:5, 3303:22, 3313:1, 3321:6, 3349:9

**tries** [1] - 3141:14

**troubling** [1] - 3293:13

**true** [23] - 3155:2, 3155:3, 3164:16, 3165:14, 3166:7, 3201:3, 3202:24, 3209:1, 3210:13, 3216:3, 3216:6, 3216:17, 3216:19, 3216:20, 3217:11, 3218:2, 3277:8, 3281:2, 3309:15, 3318:14, 3328:9, 3328:10

**truly** [1] - 3345:21

**trust** [4] - 3220:12, 3236:15, 3248:8, 3277:5

**trusted** [1] - 3217:17

**trustworthiness** [1] - 3326:17

**truth** [10] - 3217:18, 3248:2, 3248:17, 3250:17, 3279:9, 3285:20, 3312:4, 3312:5, 3324:4, 3329:2

**try** [10] - 3134:6, 3154:1, 3163:6, 3166:13, 3188:1, 3204:5, 3220:17, 3226:8, 3272:6, 3345:21

**trying** [16] - 3140:18, 3142:1, 3146:21, 3162:17, 3163:20, 3166:10, 3181:17, 3183:3, 3202:22, 3227:8, 3250:11, 3265:13, 3277:13, 3284:13, 3307:13, 3310:4

**Tulkarem** [6] - 3145:5, 3149:20, 3149:21, 3149:23, 3149:25, 3268:13

**Tulkarm** [1] - 3198:9

**tune** [1] - 3303:25

**turn** [9] - 3190:2, 3211:19, 3233:8, 3259:20, 3280:22, 3305:10, 3330:5, 3331:14, 3333:20

**turned** [5] - 3133:9, 3207:21, 3213:25, 3280:23, 3305:11

**Turner** [5] - 3270:14, 3272:7, 3273:16, 3277:17, 3288:3

**TURNER** [11] - 3130:19, 3130:19, 3131:17, 3243:7, 3255:1, 3259:8, 3260:2, 3263:8, 3263:24, 3264:11, 3265:11

**turning** [3] - 3202:22, 3304:22, 3305:9

**turns** [3] - 3167:10, 3167:14, 3207:23

**TV** [1] - 3310:17

**twelve** [8] - 3148:8, 3149:22, 3152:15, 3156:14, 3156:15, 3166:22, 3298:16

**twenty** [18] - 3170:24, 3177:5, 3177:9, 3177:11, 3179:13, 3218:6, 3221:17, 3225:19, 3228:13, 3277:11, 3311:4, 3311:8, 3312:6, 3315:1, 3348:14, 3348:15, 3349:4

**Twenty** [1] - 3344:24

**twenty-five** [3] - 3315:1, 3348:14, 3348:15

**twenty-four** [8] - 3218:6, 3221:17, 3225:19, 3228:13, 3277:11, 3311:4, 3311:8, 3312:6

**Twenty-four** [1] - 3344:24

**twenty-nine** [2] - 3177:5, 3177:11

**twenty-seven** [3] - 3177:9, 3177:11, 3179:13

**twice** [7] - 3137:7, 3144:12, 3144:18, 3161:19, 3176:3, 3177:25, 3179:17, 3210:23, 3215:11

**twist** [1] - 3277:23

**Two** [1] - 3232:18

**two** [56] - 3131:20, 3138:6, 3138:13, 3140:24, 3147:1, 3148:14, 3148:19, 3148:24, 3156:19, 3158:13, 3160:19, 3167:21, 3188:6, 3188:20, 3189:1, 3189:10, 3200:24, 3205:12, 3208:16, 3215:24, 3218:24, 3221:20, 3232:6, 3232:9, 3232:13, 3232:14, 3232:16, 3232:19, 3232:24, 3239:10, 3239:13, 3239:15, 3241:25, 3243:21, 3250:2, 3250:10, 3257:3, 3262:8, 3262:14, 3265:19, 3269:13, 3278:14, 3279:15, 3281:18, 3282:16, 3285:5, 3297:6, 3298:7, 3298:22, 3308:17, 3321:9, 3323:18, 3332:7, 3335:24, 3342:1, 3345:23

**two-and-a-half** [3] - 3239:10, 3239:13, 3239:15

**type** [3] - 3206:25, 3309:4, 3321:11

**typed** [1] - 3152:10

**types** [4] - 3247:5, 3274:2, 3321:9, 3334:18

**typical** [1] - 3290:22

# U

**U.K.** [1] - 3303:7

**U.S** [19] - 3165:15, 3166:8, 3166:18, 3168:5, 3169:17, 3169:18, 3176:2, 3176:21, 3177:17, 3178:14, 3178:15, 3179:13, 3211:18, 3211:25, 3257:9, 3262:9, 3280:13, 3303:14, 3336:2

**U.S.C** [2] - 3333:11, 3333:13

**UK** [2] - 3174:16, 3176:2

**ultimately** [1] - 3342:12

**umbrella** [1] - 3322:2

**UN** [10] - 3140:13, 3142:22, 3147:15, 3169:8, 3169:11, 3169:14, 3169:17,

3187:7, 3211:18, 3211:25

**unable** [1] - 3329:4

**unanimous** [5] - 3342:12, 3343:20, 3344:17, 3345:6, 3345:8

**unbelievable** [1] - 3158:8

**under** [20] - 3165:3, 3177:22, 3179:14, 3213:3, 3261:12, 3284:5, 3286:11, 3294:17, 3314:10, 3317:14, 3324:9, 3325:10, 3335:1, 3335:7, 3341:5, 3341:22, 3345:22

**understood** [1] - 3301:4

**undertook** [1] - 3317:4

**undesignated** [1] - 3215:14

**unemployment** [2] - 3158:10

**unfortunate** [1] - 3307:8

**unfortunately** [3] - 3270:24, 3313:2, 3322:25

**unfroze** [1] - 3156:1

**unintentionally** [1] - 3324:8

**Union** [8] - 3140:8, 3140:23, 3142:10, 3160:21, 3169:15, 3187:22, 3202:4, 3211:16

**unique** [3] - 3217:4, 3244:18, 3270:10, 3349:9

**unit** [1] - 3305:25

**UNITED** [2] - 3130:1, 3130:15

**United** [73] - 3130:9, 3140:7, 3140:13, 3140:16, 3140:21, 3140:22, 3141:24, 3142:6, 3142:9, 3144:11, 3148:15, 3154:3, 3154:7, 3154:14, 3159:11, 3159:19, 3160:20, 3162:19, 3162:23, 3163:2, 3164:23, 3165:1, 3165:11, 3165:12, 3169:12, 3174:16, 3175:6, 3177:4, 3186:7, 3187:18, 3187:21, 3187:22, 3193:4, 3193:13, 3193:21, 3202:3, 3202:4, 3203:10, 3206:10, 3211:1, 3211:16, 3219:24, 3220:2, 3221:24, 3244:1, 3246:15, 3248:19, 3253:5, 3253:6, 3261:13, 3264:22, 3264:25, 3265:5, 3265:12, 3279:23, 3280:25, 3281:14, 3282:2, 3283:18, 3286:12, 3286:14, 3286:15, 3303:15, 3332:21, 3333:11, 3334:14, 3341:24

**universe** [1] - 3311:6

**University** [4] - 3133:5, 3230:1, 3271:2, 3271:6

**unknown** [3] - 3168:4, 3266:4, 3267:14

**unlawful** [8] - 3155:14, 3337:12, 3337:17, 3337:21, 3338:1, 3338:25, 3340:1, 3340:2

**unless** [4] - 3287:11, 3320:12, 3325:3, 3328:3

**unlike** [1] - 3159:25

**unnamed** [4] - 3163:20, 3164:24, 3165:4, 3166:15

**unpopular** [1] - 3319:24

**unrebutted** [2] - 3178:12, 3186:10

**unreliability** [1] - 3323:4

**unworthy** [1] - 3324:14

**up** [84] - 3132:22, 3134:14, 3135:18, 3138:20, 3143:7, 3144:8, 3146:4, 3149:23, 3150:7, 3150:20, 3152:10, 3153:22, 3161:23, 3172:10, 3172:16, 3176:7, 3188:1, 3189:14, 3190:1, 3197:7, 3198:2, 3202:6, 3202:8, 3203:13, 3206:6, 3208:9, 3208:10, 3214:22, 3217:1, 3226:20, 3227:15, 3228:23, 3234:7, 3235:20, 3237:15, 3237:17, 3240:4, 3240:23, 3241:4, 3243:18, 3245:6, 3246:12, 3246:17, 3246:23, 3250:4, 3250:20, 3252:7, 3252:16, 3256:11, 3256:14, 3257:20, 3267:3, 3267:13, 3268:1, 3269:6, 3269:7, 3269:9, 3269:10, 3273:6, 3274:5, 3274:22, 3277:23, 3279:14, 3280:18, 3284:10, 3284:19, 3294:1, 3294:25, 3295:18, 3304:18, 3305:7, 3309:20, 3313:4, 3313:24, 3319:6, 3332:13, 3345:9, 3345:13, 3345:19, 3346:7, 3349:11, 3349:12
**upper** [1] - 3266:1
**US** [6] - 3131:2, 3142:21, 3147:15, 3169:14, 3250:8, 3250:9
**USA** [2] - 3167:8, 3268:14
**USAID** [4] - 3154:3, 3159:11, 3159:20, 3160:16
**Usama** [5] - 3211:24, 3213:8, 3213:11, 3213:12, 3214:16

## V

**valuable** [1] - 3272:21
**value** [3] - 3223:25, 3272:18, 3322:9
**variation** [1] - 3212:3
**various** [3] - 3150:13, 3286:6, 3303:17
**vehicle** [1] - 3336:12
**verdict** [29] - 3240:25, 3241:3, 3241:7, 3289:13, 3311:1, 3317:25, 3318:14, 3319:2, 3319:5, 3319:21, 3319:23, 3320:4, 3320:5, 3320:12, 3331:4, 3331:7, 3331:10, 3342:11, 3343:20, 3344:14, 3344:17, 3344:18, 3345:2, 3345:4, 3345:6, 3345:8, 3345:9, 3345:11
**vessel** [1] - 3336:12
**vest** [1] - 3220:22
**vetted** [1] - 3205:5
**via** [1] - 3138:20
**vicious** [1] - 3283:1
**victim** [3] - 3133:13, 3137:7, 3313:5
**victims** [4] - 3243:22, 3251:21, 3270:18, 3313:10
**Video** [3] - 3263:23, 3264:10, 3265:10
**video** [9] - 3175:19, 3237:7, 3237:11, 3269:4, 3269:7, 3269:12, 3307:23, 3325:6, 3344:2
**videos** [7] - 3292:9, 3312:22, 3344:2, 3347:10, 3347:11, 3347:13, 3347:14

**videotape** [2] - 3139:7, 3139:11, 3179:18, 3313:8
**view** [6] - 3156:24, 3317:25, 3318:20, 3343:3, 3345:15, 3345:16
**views** [3] - 3154:15, 3342:15, 3342:18
**Villages** [1] - 3293:23
**villages** [1] - 3293:24
**violate** [1] - 3317:24
**violated** [4] - 3272:3, 3333:16, 3333:21, 3337:6
**violates** [1] - 3341:4
**violating** [3] - 3205:22, 3244:1, 3333:11
**violation** [1] - 3333:13
**violence** [10] - 3137:9, 3226:3, 3226:4, 3235:24, 3284:13, 3293:14, 3300:20, 3301:3, 3337:3, 3342:20
**violent** [5] - 3282:19, 3282:25, 3283:4, 3291:19, 3336:16
**virtue** [1] - 3321:15
**visit** [1] - 3268:15
**visited** [2] - 3156:19, 3201:14
**visiting** [1] - 3201:10
**Vitale** [5] - 3178:5, 3178:8, 3185:14, 3240:21, 3284:22
**voluntarily** [2] - 3282:12, 3331:24
**volunteered** [2] - 3134:20, 3184:8
**vote** [2] - 3157:17, 3343:5

## W

**waist** [1] - 3191:14
**wait** [4] - 3248:22, 3255:2, 3256:6, 3303:8
**waited** [2] - 3214:5, 3214:11
**waiting** [1] - 3243:13
**wake** [1] - 3245:5
**walk** [4] - 3256:20, 3270:23, 3291:7, 3321:25
**walked** [5] - 3243:17, 3267:2, 3270:23, 3273:9, 3273:12
**walking** [2] - 3264:4, 3322:3
**walks** [1] - 3264:2
**Walmart** [3] - 3145:18, 3145:22, 3145:23
**Wamy** [2] - 3162:2, 3162:4
**WAMY** [1] - 3169:13
**wants** [4] - 3197:9, 3264:17, 3329:20, 3349:3
**War** [1] - 3307:9
**wars** [3] - 3284:13, 3307:8, 3307:9
**Washington** [4] - 3215:10, 3222:2, 3291:11
**waste** [1] - 3260:13
**watch** [7] - 3167:17, 3265:9, 3269:16, 3291:25, 3344:2, 3344:4
**watched** [1] - 3269:5
**watching** [1] - 3292:1
**water** [1] - 3211:20

**Watson** [12] - 3166:14, 3166:16, 3166:20, 3166:24, 3167:7, 3167:9, 3167:16, 3167:24, 3167:25, 3168:3, 3302:14
**wave** [1] - 3197:8
**waving** [1] - 3197:10
**Wayne** [4] - 3177:2, 3199:20, 3202:11, 3208:8
**ways** [1] - 3163:6
**wealthy** [2] - 3207:22, 3207:23
**weapon** [1] - 3336:19
**weapons** [6] - 3145:4, 3245:8, 3268:12, 3269:4, 3281:1, 3310:15
**wear** [1] - 3311:21
**wearing** [2] - 3311:20, 3322:1
**weave** [1] - 3269:23
**web** [2] - 3269:23, 3346:24
**website** [12] - 3189:7, 3189:9, 3189:16, 3189:22, 3189:24, 3190:23, 3192:5, 3216:16, 3223:24, 3300:24, 3310:16
**websites** [8] - 3215:25, 3216:2, 3216:4, 3216:5, 3216:6, 3216:20, 3216:22, 3217:12
**wedding** [3] - 3292:9, 3292:22, 3292:24
**week** [6] - 3146:13, 3255:14, 3283:2, 3283:3, 3289:14
**weekend** [1] - 3239:20
**weekly** [2] - 3195:6, 3195:7
**weeks** [5] - 3132:7, 3218:18, 3250:11
**weigh** [1] - 3342:5
**weighing** [4] - 3272:14, 3274:9, 3326:8, 3331:11
**weighs** [1] - 3329:3
**weight** [7] - 3156:9, 3318:8, 3322:9, 3322:23, 3323:14, 3326:14, 3328:16
**Weiss** [1] - 3310:8
**WERBNER** [6] - 3130:20, 3130:21, 3270:15, 3272:1, 3275:2, 3288:1
**Werbner** [2] - 3271:15, 3288:9
**West** [17] - 3134:24, 3155:19, 3158:3, 3158:23, 3175:7, 3188:23, 3188:25, 3190:18, 3194:13, 3194:21, 3198:8, 3236:5, 3236:7, 3236:21, 3238:25, 3239:14
**wet** [2] - 3322:1
**whatsoever** [2] - 3225:20, 3249:18
**wheelchair** [2] - 3255:10, 3313:3
**whipped** [1] - 3280:6
**white** [2] - 3273:5, 3277:21
**whiz** [1] - 3166:3
**whole** [13] - 3140:3, 3189:16, 3199:24, 3214:13, 3238:24, 3244:14, 3264:1, 3277:22, 3282:25, 3291:25, 3303:14, 3309:17, 3317:21
**wholly** [1] - 3342:20
**wide** [1] - 3284:7
**wife** [6] - 3138:4, 3138:14, 3140:3, 3206:25, 3230:19, 3231:14

wilfully [1] - 3278:17
willfully [1] - 3332:12
willing [2] - 3221:16, 3276:18
win [1] - 3236:15
window [2] - 3273:7, 3321:24
wing [3] - 3281:23, 3311:21
wing-tipped [1] - 3311:21
winged [1] - 3311:21
winged-tipped [1] - 3311:21
wings [1] - 3281:24
winter [1] - 3273:1
wire [11] - 3257:16, 3284:11, 3285:4, 3291:4, 3300:7, 3300:22, 3301:9, 3301:12, 3304:2, 3305:25, 3306:15
wired [1] - 3303:24
wires [1] - 3220:21
wiring [1] - 3185:15
wisdom [1] - 3317:22
withdrawals [2] - 3212:21, 3212:22
withheld [2] - 3252:5, 3252:14
witness [49] - 3143:7, 3152:13, 3173:8, 3173:10, 3178:8, 3184:8, 3245:23, 3245:24, 3255:24, 3258:2, 3262:4, 3263:21, 3263:25, 3264:8, 3274:11, 3274:22, 3311:17, 3317:1, 3321:13, 3321:14, 3321:15, 3323:7, 3323:8, 3323:9, 3323:10, 3323:11, 3324:1, 3324:2, 3324:3, 3324:4, 3324:5, 3324:8, 3324:10, 3324:12, 3324:20, 3324:21, 3324:23, 3325:9, 3325:11, 3325:13, 3325:16, 3326:6, 3326:9, 3344:11, 3347:24
witness' [8] - 3320:8, 3321:12, 3321:15, 3323:12, 3323:15, 3324:13, 3324:21, 3326:10
witnesses [28] - 3134:19, 3135:22, 3203:4, 3213:14, 3215:24, 3246:6, 3272:14, 3274:4, 3274:7, 3275:22, 3318:4, 3318:24, 3319:3, 3319:4, 3320:23, 3322:23, 3323:22, 3323:23, 3324:16, 3325:18, 3325:19, 3325:21, 3326:4, 3328:17, 3328:21, 3330:7, 3330:10
Wolfsberg [2] - 3186:17, 3186:21
woman [1] - 3206:24
women [1] - 3222:19
wonder [3] - 3280:19, 3310:12, 3310:13
word [9] - 3139:12, 3139:14, 3236:24, 3278:15, 3294:2, 3296:14, 3307:5, 3331:17, 3338:14
wording [1] - 3345:13
words [16] - 3136:7, 3154:17, 3177:12, 3188:1, 3192:18, 3193:9, 3206:18, 3209:25, 3220:22, 3224:15, 3248:5, 3250:6, 3268:11, 3321:13, 3328:10, 3337:21
works [16] - 3137:17, 3142:6, 3162:13, 3163:2, 3163:22, 3166:5, 3166:6, 3166:24, 3175:4, 3178:11, 3179:4,

3179:11, 3240:17, 3240:18, 3240:21, 3345:4
world [35] - 3132:19, 3133:4, 3141:23, 3142:9, 3165:14, 3166:7, 3169:3, 3187:14, 3187:19, 3190:5, 3201:6, 3228:7, 3235:22, 3244:24, 3245:6, 3260:25, 3262:17, 3263:2, 3263:4, 3263:8, 3270:11, 3278:20, 3283:15, 3283:22, 3284:12, 3288:5, 3291:25, 3295:1, 3301:10, 3301:12, 3307:7, 3307:8
World [2] - 3221:22, 3307:9
worldwide [10] - 3162:3, 3162:13, 3168:21, 3168:24, 3169:9, 3169:19, 3170:9, 3227:11, 3227:12, 3227:17
worried [1] - 3253:8
worry [1] - 3316:6
wounded [3] - 3190:8, 3191:9, 3191:10
Wow [1] - 3223:21
wrap [1] - 3241:4
wrecked [2] - 3200:4, 3231:16
write [4] - 3213:19, 3233:5, 3259:16
writes [1] - 3295:10
writing [7] - 3152:3, 3262:6, 3297:10, 3343:9, 3343:10, 3343:14, 3343:23
written [8] - 3153:17, 3166:15, 3176:10, 3262:4, 3306:1, 3306:8, 3307:3, 3343:16
wrongdoing [4] - 3175:17, 3176:4, 3177:15, 3201:11
wrote [13] - 3174:14, 3194:11, 3194:17, 3194:19, 3213:12, 3215:13, 3218:23, 3218:25, 3219:5, 3219:14, 3274:17, 3276:11, 3295:12

## Y

Yamin [5] - 3203:12, 3224:3, 3224:4, 3243:10, 3298:17
yard [3] - 3273:5, 3273:8, 3273:12
Yasin [2] - 3141:5
Yassin [21] - 3140:2, 3140:9, 3140:25, 3141:1, 3143:10, 3143:13, 3148:14, 3148:19, 3164:18, 3164:19, 3237:16, 3249:17, 3253:18, 3253:21, 3255:7, 3255:8, 3256:7, 3257:18, 3262:20, 3263:1, 3310:9
Yassin's [1] - 3310:11
year [20] - 3132:20, 3140:17, 3151:13, 3167:25, 3175:10, 3181:23, 3206:6, 3212:22, 3222:6, 3224:8, 3250:1, 3250:6, 3250:9, 3255:21, 3266:10, 3266:11, 3267:1, 3282:19, 3284:25, 3294:7
years [36] - 3134:12, 3138:6, 3138:7, 3138:8, 3138:23, 3138:24, 3151:17, 3153:22, 3161:21, 3170:24, 3197:3, 3224:9, 3226:2, 3232:6, 3232:9,

3232:13, 3232:15, 3232:17, 3232:20, 3232:24, 3261:23, 3261:24, 3269:25, 3275:6, 3278:19, 3279:1, 3283:3, 3285:9, 3313:9, 3313:12, 3314:4, 3346:9
Yehuda [3] - 3223:11, 3231:9, 3298:18
yelling [1] - 3237:17
yesterday [5] - 3154:13, 3166:9, 3167:6, 3219:3, 3266:19
yield [1] - 3343:4
YORK [1] - 3130:1
York [31] - 3130:10, 3131:6, 3138:19, 3138:20, 3141:2, 3161:2, 3161:19, 3210:19, 3210:23, 3219:19, 3223:6, 3223:11, 3223:19, 3234:22, 3235:11, 3239:19, 3248:13, 3248:14, 3257:6, 3257:9, 3257:10, 3257:15, 3258:11, 3258:12, 3258:14, 3267:18, 3274:21, 3304:3, 3308:2, 3308:10, 3310:12
yourself [9] - 3137:5, 3225:21, 3241:19, 3259:20, 3269:17, 3286:12, 3341:23, 3342:22, 3345:18
yourselves [3] - 3288:12, 3319:13, 3323:3
Yousef [13] - 3142:19, 3142:20, 3144:7, 3144:14, 3146:25, 3226:12, 3266:4, 3267:12, 3303:18, 3303:19, 3303:21, 3304:4
yup [1] - 3208:20
Yusuf [1] - 3215:13

## Z

Zakat [12] - 3149:20, 3149:25, 3150:4, 3150:5, 3150:7, 3158:15, 3158:23, 3168:2, 3302:8, 3302:11, 3302:24, 3303:16
Zakats [4] - 3150:13, 3166:21, 3301:19, 3302:19
zero [3] - 3144:17, 3147:1, 3147:2