3350

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

|  |  |  |
|---|---|---|
|  | : | 04 CV 02799 (BMC) |
| COURTNEY LINDE, et al., |  | And all related cases |
| Plaintiffs, | : | 04 CV 05449 (Litle) |
|  |  | 04 CV 05564 (Almog) |
|  | : | 04 CV 00365 (Coulter) |
|  |  | 05 CV 00388 (Afrial-Kurtzer) |
| - against-- | : | 05 CV 03183 (Bennett) |
|  | : | 05 CV 03768 (Roth) |
|  |  | 06 CV 01623 (Weiss) |
| ARAB BANK, PLC, | : |  |
|  |  | United States Courthouse |
| Defendant. | : | Brooklyn, New York |
|  |  |  |
|  | : | September 19, 2014 |
|  |  | 9:30 o'clock p.m. |

- - - - - - - - - - - - - - - - X

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

| | |
|---|---|
| For the Linde and Coulter Plaintiffs: | OSEN, LLC<br>By:  GARY M. OSEN, ESQ. |
| | TURNER & ASSOCIATES, PLLC<br>By:  CLYDE T. TURNER, ESQ. |
| For the Litle, Bennett and Roth Plaintiffs: | SAYLES WERBNER<br>By:  MARK S. WERBNER, ESQ. |
| For the Almog Plaintiffs: | STONE, BONNER & ROCCO, LLP<br>By:  JAMES P. BONNER, ESQ. |
| | MOTLEY RICE, LLC<br>By: MICHAEL E. ELSNER, ESQ.<br>JODI FLOWERS, ESQ. |

3351

```
 1   A P P E A R A N C E S (Continued)
 2   For the Defendant:              DLA PIPER US, LLP
                                     By:  SHAND STEPHENS, ESQ.
 3                                        ANTHONY COLES, ESQ.
                                          BRETT INGERMAN, ESQ.
 4                                        MARGARET CIVETTA, ESQ.

 5
     Court Reporter:                 Gene Rudolph
 6                                   225 Cadman Plaza East
                                     Brooklyn, New York 11201
 7                                   (718) 613-2538

 8
     Proceedings recorded by mechanical stenography, transcript
 9   produced by CAT.

10

11                         * * * * * * *

12

13           (The following occurred in the absence of the jury

14   at 11:50 am)

15           THE COURT:  We have two notes from the jury.  I have

16   no plaintiffs' lawyers.

17           MR. OSEN:  We are here.

18           THE COURT:  Okay.  As long as you are here.

19           The first note, which we have marked as Court

20   Exhibit 1, asks for the following.  It simply lists these

21   items.

22           Spitzen's slides that list the bombers in each

23   attack.

24           Posterboard of 24 attacks.

25           Plaintiff and defense closing slides showing when
```

3352

 1     each attacker or his or her family received monies.

 2              That's the first note.

 3              The second note is, Ronni Shaked's slides detailing

 4     24 attacks.

 5              Okay.  How do the parties propose that we respond to

 6     these notes?  I will hear from plaintiffs first.

 7              (Court Exhibits 1 and 2 marked.)

 8              MR. WERBNER:  May we have a moment?

 9              THE COURT:  Sure.

10              (Pause).

11              MR. OSEN:  No objection from the plaintiff.

12              MR. COLES:  I think our view is that only the

13     evidence should go back, not the demonstrative slides.

14              THE COURT:  Well, you may be technically right.  But

15     think about this.  If I go that way, what I think I have to do

16     is call the jury in and say to them, the slides aren't in

17     evidence.  We can only give you evidence.  But what we can do

18     is give you a readback of the testimony concerning those

19     slides and you can see those slides as part of the readback

20     because they were up on the screen when the witness testified.

21              That's going to take a lot of time.  I am not sure

22     it gets you in any different place than you'll be in if you

23     give them these things.  If that's the way you want to do it,

24     that's the way we'll do it.  They are not in evidence.

25              MR. COLES:  Right.  Let's just -- let me consult for

3353

```
 1   a moment.
 2            THE COURT:  Take a moment, consult.
 3            (Pause.)
 4            MR. WERBNER:  We will be able to get a copy of the
 5   notes shortly?
 6            THE COURT:  Yes.
 7            MR. WERBNER:  There is a whole honed science of
 8   studying every --
 9            THE COURT:  I know.
10            (Pause continues).
11            MR. COLES:  In the interest of efficiency, we will
12   agree to send them back.
13            THE COURT:  All right.  What I would like the
14   parties to do now is, I will give you the notes, confer
15   between you.  Put together a package and we will get that
16   package back to the jury.
17            MR. COLES:  Okay.
18            MR. WERBNER:  Thank you.
19            THE COURT:  Okay.
20            MR. COLES:  It may take us a few minutes to get the
21   closing slides organized.  Our graphics people are now
22   dispersed.
23            THE COURT:  I expect it will take half an hour
24   minimum.  If you do better than that, great.
25            (Recess taken.)      (Continued on next page.)
```

GR      OCR      CM      CRR      CSR

3354

1          (The following occurred in the absence of the jury

2   at 1:20 pm.)

3          THE COURT:  Okay.  What do we have?

4          MR. OSEN:  Your Honor, there are some issues with

5   the Shaked and Spitzen slides that I think we can resolve; but

6   a very serious issue with the defendant's closing slides,

7   which we are seeing for the first time on paper today.

8   Obviously, we didn't have them in advance of yesterday's

9   closing and we think that they grievously violate the

10  preclusion order in the case.

11         THE COURT:  There was no objection to them at the

12  time.

13         MR. OSEN:  Yes.  We only saw them on a screen for a

14  second.  Mr. Stephens went through them, you know, summarizing

15  them and flipping the page quickly.  So we didn't have

16  objection to what he was saying but we didn't get a chance to

17  see each and every one of these 30 pages of slides.  The

18  slides themselves violate the preclusion order.

19         THE COURT:  I don't see how you can object now.  You

20  didn't object at the time.

21         MR. OSEN:  Your Honor, we couldn't even see them at

22  all.  This is not something we see in advance.  Because it is

23  closing, Your Honor, and argument of the parties is not

24  evidence, the issue is less prejudicial than it would be in

25  the actual trial, where we would see them before each slide

GR      OCR      CM      CRR      CSR

3355

1   was presented.

2          THE COURT:  That's true.

3          What are you proposing, we give the jury no closing

4   slides?

5          MR. OSEN:  No closing slides and, in fact, the --

6   the issue is even more prejudicial than we realized obviously

7   in the blink of an eye yesterday, because there is an

8   affirmative assertion that there are no transfers to dozens of

9   people, which obviously we have no way of knowing whether

10  that's true or not.  It was stated by Mr. Stephens at closing

11  argument in the affirmative.  They have a payment to so and so

12  but it was two years before or six months before.  But the no

13  payment part of it is unbelievably prejudicial in light of the

14  preclusion order.

15         MR. COLES:  We had this issue, this very issue, with

16  the Spitzen -- the Levitt document when we wanted to go back

17  and correct the Levitt document because it said public on

18  them.  It was unauthenticated.  Your Honor made it very clear

19  that once a document is in evidence, once the time has passed,

20  then it is in.

21         They had an opportunity to look at these.  The jury

22  took a look at them.  The closing is in.  The case has been

23  submitted to the jury.  There is no rational basis for

24  preventing the jury from seeing the slides that they were

25  showed yesterday.

3356

 1          MR. OSEN:  They are not evidence.  They are

 2    argument.

 3          MR. COLES:  And this morning Mr. Osen said yes, I

 4    agree the slides ought to go in.

 5          THE COURT:  I understand that.

 6          If the jury had sent me a note saying we want a

 7    readback on the closing arguments, I would have said no.

 8    Okay.  That's what this is.  It is a readback on the closing

 9    arguments.  In some ways, for the reason that Mr. Osen has

10    suggested, it is even more egregious than a readback on the

11    closing arguments.  So no closing slides and I will tell the

12    jury I am not giving them closing slides.

13          Okay.  Anything else?

14          MR. COLES:  Just -- I would like to preserve my

15    objection to that.

16          THE COURT:  Of course.

17          MR. COLES:  Thank you.

18          MR. OSEN:  As far as the --

19          MR. COLES:  Hold on.

20          But then no slides should go back to the jury.  They

21    have asked for the slides as a whole.  We can't just have

22    plaintiffs' --

23          THE COURT:  No.  They didn't ask for slides as a

24    whole.  The note has separate requests for various types of

25    slides.  So that in one place -- there are three requests on

GR       OCR       CM       CRR       CSR

3357

1    the note.

2            Spitzen's slides that list the bombers in each

3    attack.

4            Second, posterboard of 24 attacks.

5            And, third, plaintiff and defense closing slides

6    showing when each attacker or his or her family received

7    money.

8            I understand, that's not all the closing slides.

9            MR. COLES:  It's not all the closing slides.  Those

10   are the only ones we propose to submit.  The only closing

11   slides we propose to submit are those specifically asked for

12   by the jury.

13           THE COURT:  If the parties aren't agreed to send

14   back any closing slides, then I am not going to do that.

15           MR. COLES:  Actually, Your Honor, the parties agree

16   just an hour ago.  We went back to the hotel and we got the

17   slides.  The jury has already seen these.  Now they are

18   looking at the slides.

19           MR. OSEN:  We never saw them, Your Honor.

20           MR. COLES:  It is absolutely -- they had an

21   opportunity to object yesterday.  They had an opportunity to

22   object this morning.  They can't consider it forever and then

23   decide maybe these aren't good for them.

24           THE COURT:  I am not going to hold either party to

25   the quick response they gave me to the note this morning.  If

3358

1    the parties don't agree to send back closing slides, I am not.

2    If the parties don't agree to send back any slides, I am not.

3            MR. COLES:  Okay.

4            THE COURT:  Okay?

5            MR. COLES:  All right.  Is -- I think our position

6    would be that we either give everything that the jury asked

7    for or none of the slides.

8            THE COURT:  As I say, if the jury had had the first

9    two items, Spitzen slides, posterboard of 24 attacks and

10   readback on plaintiff and defendant's closing arguments, I'd

11   say no as to number three.  So I am saying no as to the

12   slides.

13           If you don't agree on the first part I am saying no

14   to that too.

15           MR. COLES:  Okay.

16           THE COURT:  What do you want to do?

17           MR. COLES:  I think all the slides should go in.  If

18   in fact Your Honor is going to require -- have a ruling where

19   the closing slides aren't going to go in, then I think none

20   the slides should go in.

21           THE COURT:  You are not understanding me.

22           MR. COLES:  No slides should go back under the

23   circumstance Your Honor just articulated.

24           THE COURT:  That's fine.  Let's bring in the jury

25   and I will tell them that we cannot give them this note

GR      OCR      CM      CRR      CSR

3359

1    because the slides are not in evidence and they can only hear

2    evidence.

3              (Jury present.)

4              THE COURT:  All right.  Have a seat, everyone.

5              Ladies and gentlemen, with regard to your first two

6    notes that you sent us in which you request a number of slides

7    and posterboards, those were not received in evidence.  They

8    were simply shown to you in the courtroom to help you

9    understand the testimony as it was coming in.  So we can't

10   send back to the jury room with you things that are not in

11   evidence.  So I am going to have to decline that request.

12             I just was handed as you came in another note and

13   that one I am going to have to confer with the attorneys, so

14   you will be hearing again from me shortly.

15             So please return and continue your deliberations.

16             Thank you very much.

17             (The following occurred in the absence of the jury.)

18             THE COURT:  All right.  Be seated.

19             The note we just received from the jury asks two

20   questions.

21             The first question is, when did the Federal

22   Antiterrorism Act 18 USC 2333(a) and B come into effect?

23             That's the first one.

24             The second question is, what is the law regarding

25   the return of money when the SIC doesn't respond to an

GR      OCR      CM      CRR      CSR

3360

1   inquiry?

2           MR. COLES:  I have the answer to that.

3           THE COURT:  There is an answer and it is what the

4   defendants would like to tell me the jury.  It may not be the

5   same thing.  Maybe they are.

6           I will hear from the defendants first.  How do you

7   want me to respond to these two questions?

8           MR. COLES:  The first is, what --

9           THE COURT:  When did the Federal Antiterrorism Act

10  come into effect.  Or stated otherwise, I think fairly, what's

11  the effective date of the Antiterrorism Act.

12          MR. COLES:  It seems to me if -- that's not in your

13  charges.  It is not in your charges.  I wouldn't provide that

14  information.

15          THE COURT:  Okay.  What about the second one?

16          MR. COLES:  The second one, I certainly would ask

17  you to consider whether or not the application of the foreign

18  law preclusion when the jury specifically is asking for the

19  information is fair.

20          THE COURT:  I don't know what that means.  How do

21  you want me to answer the question?

22          MR. COLES:  I think the proposal would be that you

23  have to return the money under Lebanese law.  The witnesses

24  would have testified.

25          THE COURT:  Okay.  Let me hear from plaintiffs.

3361

1          MR. OSEN:  Your Honor, with respect to the first

2     question, since you actually instructed them that Hamas is a

3     foreign terrorist organization under US law, and since Hamas

4     was designated in 1997 under the '96 law, we would see no harm

5     in telling them that 2339B was enacted in 1996 and Hamas

6     designated in 1997.

7          With respect to the second question, I mean, we all

8     have some thoughts on that.  But in terms of how it might be

9     phrased to the jury, I would just remind them of the existing

10    instruction that they are to consider only United States law.

11         MR. COLES:  I don't know if that goes far enough.

12    If in fact Your Honor is not going to accept my proposal, then

13    my alternative proposal would be to say that that's a matter

14    of foreign law and I have instructed you that has been

15    precluded.

16         Although it does seem to me that this raises a

17    question as to whether or not the -- how the sanction balances

18    when the jury specifically wants the information, a very

19    material issue in the case.

20         MR. OSEN:  To be clear, Your Honor, the defendant

21    has never actually at any point argued as an affirmative

22    defense compulsion under foreign law, which is one of the

23    underpinnings of Judge Gershon's original ruling.  They want

24    to say, and they had some witnesses testify on this subject,

25    that they believe that they were obligated to return the

GR      OCR      CM      CRR      CSR

3362

1  money.  That's not the same thing as being compelled by

2  conflict of law.  In other words, violation of the

3  Antiterrorism Act versus violation of some other criminal

4  proceeding in another country.  So there is no comity analysis

5  here and that is reflected in Your Honor's jury instruction.

6           MR. COLES:  I don't know that I need to get into the

7  issue of compulsion or not.  I think our position on that was

8  pretty clear before Judge Gershon.  An answer could be, is --

9  is the defendant believed under Lebanese law the money had to

10 be returned.

11          THE COURT:  No, I am not doing that.  I am not going

12 back over this issue again.

13          Is there an objection from the defendant to telling

14 them that the ATA became effective in 1996?

15          MR. COLES:  Yes.

16          THE COURT:  Okay.  Then I am going to tell them that

17 that information is not in the record and, therefore, it

18 cannot be considered as part of their deliberations.

19          And as far as what is the law regarding the return

20 of money when the SIC doesn't respond, I am going to say to

21 them that's a question of foreign law and they should consult

22 the jury instructions they have regarding foreign law.

23          MR. OSEN:  Your Honor, if I may be heard on both

24 points for a moment?

25          THE COURT:  Yes.

GR      OCR      CM      CRR      CSR

3363

1          MR. OSEN:  With respect to the first point, since

2     the instruction already says that Hamas is designated and the

3     witnesses have testified that it was designated in 1997,

4     that's in the law and that reflects 2339B.  That is the

5     enact -- that is the --

6          THE COURT:  They are going to have to get their

7     themselves, Mr. Osen.  What I am going to tell them is, it's

8     not relevant for their consideration.  That's going to leave

9     them with a set of facts.  Then they will have to go on that.

10          No, I am going to stick to that response.

11          MR. COLES:  On the second question, what -- maybe it

12     should be the same.  I can't answer that question.  You have

13     the -- that's all.

14          THE COURT:  I can say, at the very least, I have

15     instructed you as fully on the law as I am going to instruct

16     you and you should consult those instructions.  I think I will

17     not specifically mention foreign law.

18          MR. COLES:  Okay.  I think that -- I understand

19     that.

20          THE COURT:  They are going to have to figure that

21     out.

22          MR. COLES:  Yes.

23          THE COURT:  They are.  I don't want to take either

24     side's position in leading them to a result in answer to their

25     questions on matters that they were not instructed on and are

GR      OCR      CM      CRR      CSR

3364

1    not in the record.  So that's the way I am going to do it.

2          Okay.  They may be thinking there is some US law

3    about the return of the money.  But I haven't told them to

4    think that.

5          Okay.  Let's have them back.

6          This note is marked Court Exhibit number 3.

7          MR. COLES:  We should take away their pens also.

8          (Marked)

9          MR. OSEN:  Your Honor, the jury instruction on page

10   16 actually references the United States designation of Hamas

11   in October 8, 1997.

12         THE COURT:  Yes.  I am referring them to the

13   instructions.

14         MR. OSEN:  Fair enough, Your Honor.

15         (Jury present.)

16         THE COURT:  All right.  Be seated.

17         Ladies and gentlemen, we have your note that asks

18   when did the Federal Antiterrorism Act 18 USC 2333(a) and B

19   come into effect.

20         I can't give you further information on that other

21   than what's in the instructions that you already have.  So I

22   would just refer you to those instructions.

23         On your second question, what's the law regarding

24   the return of money when the SIC doesn't respond to an

25   inquiry.

GR      OCR      CM      CRR      CSR

3365

1          Again, I have instructed you on the law on the

2     principles that I think you need to know and I have to refer

3     you again to those instructions that you already have.

4          So I will ask you to please continue your

5     deliberations.

6          Thank you.

7          (The following occurred in the absence of the jury.)

8          THE COURT:  Okay.  Stay tuned.  We are in recess.

9          MR. COLES:  Thank you, Your Honor.

10         (Recess taken.)

11         (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3366

1          (The following occurred in the absence of the jury

2     at 5:55 pm)

3          THE COURT:  All right.  We have received a note from

4     the jury, Court Exhibit 4.  It says:  We want to go home and

5     will be back on Monday, which is nice to know.

6          All right.  Bring them in, please.  I will dismiss

7     them.

8          (Marked.)

9          MR. COLES:  Does that go for the lawyers too?

10          THE COURT:  Sure.

11          (Jury present.)

12          THE COURT:  All right.  Be seated, please.

13          Well, ladies and gentlemen, it feels likes it's

14     weeks since I have seen you.

15          Yes, of course you can go home now.  We will have

16     you back at 9:30.

17          I just called you in here to give you my unusual

18     admonitions.  Please do not look at any media coverage of the

19     case.  Please do not research the case, no Internet, Googling,

20     Binging, no posting of anything on MySpace.  You know what it

21     is.

22          Please don't talk to anyone about your service in

23     this case.  Put it out of your mind until Monday morning and

24     we will have you back, the same routine, go right into the

25     room and don't start deliberating until you are all there.

GR      OCR      CM      CRR      CSR

3367

1          Have a great weekend.

2          A JUROR:  You too.

3          Thank you.

4          THE COURT:  Okay.

5          (The following occurred in the absence of the jury.)

6          THE COURT:  All right.  Have a good weekend,

7    everyone.

8          (Recess taken until 9:30, September 22, 2014.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3368

I N D E X

C O U R T   E X H I B I T S:

Court Exhibits 1 and 2                    3352

Court Exhibit number 3                    3364

Court Exhibit 4                          3366

GR        OCR        CM        CRR        CSR

**'**

**'96** [1] - 3361:4

**0**

**00365** [1] - 3350:6
**00388** [1] - 3350:7
**01623** [1] - 3350:8
**02799** [1] - 3350:4
**03183** [1] - 3350:7
**03768** [1] - 3350:8
**04** [4] - 3350:4, 3350:5, 3350:6, 3350:6
**05** [3] - 3350:7, 3350:7, 3350:8
**05449** [1] - 3350:5
**05564** [1] - 3350:7
**06** [1] - 3350:8

**1**

**1** [3] - 3351:20, 3352:7, 3368:5
**11201** [1] - 3351:6
**11:50** [1] - 3351:14
**16** [1] - 3364:10
**18** [2] - 3359:22, 3364:18
**19** [1] - 3350:11
**1996** [2] - 3361:5, 3362:14
**1997** [4] - 3361:4, 3361:6, 3363:3, 3364:11
**1:20** [1] - 3354:2

**2**

**2** [2] - 3352:7, 3368:5
**2014** [2] - 3350:11, 3367:8
**22** [1] - 3367:8
**225** [1] - 3351:6
**2333(a** [2] - 3359:22, 3364:18
**2339B** [2] - 3361:5, 3363:4
**24** [4] - 3351:24, 3352:4, 3357:4, 3358:9

**3**

**3** [2] - 3364:6, 3368:6
**30** [1] - 3354:17
**3352** [1] - 3368:5
**3364** [1] - 3368:6
**3366** [1] - 3368:7

**4**

**4** [2] - 3366:4, 3368:7

**5**

**5:55** [1] - 3366:2

**6**

**613-2538** [1] - 3351:7

**7**

**718** [1] - 3351:7

**8**

**8** [1] - 3364:11

**9**

**9:30** [3] - 3350:11, 3366:16, 3367:8

**A**

**able** [1] - 3353:4
**absence** [6] - 3351:13, 3354:1, 3359:17, 3365:7, 3366:1, 3367:5
**absolutely** [1] - 3357:20
**accept** [1] - 3361:12
**Act** [5] - 3359:22, 3360:9, 3360:11, 3362:3, 3364:18
**actual** [1] - 3354:25
**admonitions** [1] - 3366:18
**advance** [2] - 3354:8, 3354:22
**Afrial** [1] - 3350:7
**Afrial-Kurtzer** [1] - 3350:7
**ago** [1] - 3357:16
**agree** [6] - 3353:12, 3356:4, 3357:15, 3358:1, 3358:2, 3358:13
**agreed** [1] - 3357:13
**al** [1] - 3350:5
**Almog** [2] - 3350:6, 3350:22
**alternative** [1] - 3361:13
**analysis** [1] - 3362:4
**answer** [6] - 3360:2, 3360:3, 3360:21, 3362:8, 3363:12, 3363:24
**ANTHONY** [1] - 3351:3
**Antiterrorism** [5] - 3359:22, 3360:9, 3360:11, 3362:3, 3364:18
**APPEARANCES** [1] - 3350:16
**application** [1] - 3360:17
**ARAB** [1] - 3350:9
**argued** [1] - 3361:21
**argument** [3] - 3354:23, 3355:11, 3356:2
**arguments** [4] - 3356:7, 3356:9, 3356:11, 3358:10
**articulated** [1] - 3358:23

**assertion** [1] - 3355:8
**ASSOCIATES** [1] - 3350:19
**ATA** [1] - 3362:14
**attack** [2] - 3351:23, 3357:3
**attacker** [2] - 3352:1, 3357:6
**attacks** [4] - 3351:24, 3352:4, 3357:4, 3358:9
**attorneys** [1] - 3359:13

**B**

**balances** [1] - 3361:17
**BANK** [1] - 3350:9
**basis** [1] - 3355:23
**became** [1] - 3362:14
**BEFORE** [1] - 3350:14
**Bennett** [2] - 3350:7, 3350:21
**better** [1] - 3353:24
**between** [1] - 3353:15
**Binging** [1] - 3366:20
**blink** [1] - 3355:7
**BMC** [1] - 3350:4
**bombers** [2] - 3351:22, 3357:2
**BONNER** [2] - 3350:22, 3350:22
**BRETT** [1] - 3351:3
**BRIAN** [1] - 3350:14
**bring** [2] - 3358:24, 3366:6
**Brooklyn** [2] - 3350:10, 3351:6

**C**

**Cadman** [1] - 3351:6
**cannot** [2] - 3358:25, 3362:18
**case** [6] - 3354:10, 3355:22, 3361:19, 3366:19, 3366:23
**cases** [1] - 3350:5
**CAT** [1] - 3351:9
**certainly** [1] - 3360:16
**chance** [1] - 3354:16
**charges** [2] - 3360:13
**circumstance** [1] - 3358:23
**CIVETTA** [1] - 3351:4
**clear** [3] - 3355:18, 3361:20, 3362:8
**closing** [22] - 3351:25, 3353:21, 3354:6, 3354:9, 3354:23, 3355:3, 3355:5, 3355:10, 3355:22, 3356:7, 3356:8, 3356:11, 3356:12, 3357:5, 3357:8, 3357:9, 3357:10, 3357:14, 3358:1, 3358:10, 3358:19
**CLYDE** [1] - 3350:19
**COGAN** [1] - 3350:14
**COLES** [33] - 3351:3, 3352:12, 3352:25, 3353:11, 3353:17, 3353:20, 3355:15, 3356:3, 3356:14, 3356:17, 3356:19, 3357:9, 3357:15, 3357:20, 3358:3, 3358:5, 3358:15, 3358:17, 3358:22, 3360:2, 3360:8, 3360:12, 3360:16, 3360:22, 3361:11, 3362:6,

3362:15, 3363:11, 3363:18, 3363:22, 3364:7, 3365:9, 3366:9
**coming** [1] - 3359:9
**comity** [1] - 3362:4
**compelled** [1] - 3362:1
**compulsion** [2] - 3361:22, 3362:7
**concerning** [1] - 3352:18
**confer** [2] - 3353:14, 3359:13
**conflict** [1] - 3362:2
**consider** [3] - 3357:22, 3360:17, 3361:10
**consideration** [1] - 3363:8
**considered** [1] - 3362:18
**consult** [4] - 3352:25, 3353:2, 3362:21, 3363:16
**continue** [2] - 3359:15, 3365:4
**Continued** [3] - 3351:1, 3353:25, 3365:11
**continues)** [1] - 3353:10
**copy** [1] - 3353:4
**correct** [1] - 3355:17
**Coulter** [2] - 3350:6, 3350:18
**country** [1] - 3362:4
**course** [2] - 3356:16, 3366:15
**Court** [8] - 3351:5, 3351:19, 3352:7, 3364:6, 3366:4, 3368:5, 3368:6, 3368:7
**COURT** [47] - 3350:1, 3351:15, 3351:18, 3352:9, 3352:14, 3353:2, 3353:6, 3353:9, 3353:13, 3353:19, 3353:23, 3354:3, 3354:11, 3354:19, 3355:2, 3356:5, 3356:16, 3356:23, 3357:13, 3357:24, 3358:4, 3358:8, 3358:16, 3358:21, 3358:24, 3359:4, 3359:18, 3360:3, 3360:9, 3360:15, 3360:20, 3360:25, 3362:11, 3362:16, 3362:25, 3363:6, 3363:14, 3363:20, 3363:23, 3364:12, 3364:16, 3365:8, 3366:3, 3366:10, 3366:12, 3367:4, 3367:6
**Courthouse** [1] - 3350:9
**COURTNEY** [1] - 3350:5
**courtroom** [1] - 3359:8
**coverage** [1] - 3366:18
**criminal** [1] - 3362:3
**CV** [8] - 3350:4, 3350:5, 3350:6, 3350:6, 3350:7, 3350:7, 3350:8, 3350:8

## D

**date** [1] - 3360:11
**decide** [1] - 3357:23
**decline** [1] - 3359:11
**Defendant** [2] - 3350:10, 3351:2
**defendant** [3] - 3361:20, 3362:9, 3362:13
**defendant's** [2] - 3354:6, 3358:10
**defendants** [2] - 3360:4, 3360:6
**defense** [3] - 3351:25, 3357:5, 3361:22

**deliberating** [1] - 3366:25
**deliberations** [3] - 3359:15, 3362:18, 3365:5
**demonstrative** [1] - 3352:13
**designated** [4] - 3361:4, 3361:6, 3363:2, 3363:3
**designation** [1] - 3364:10
**detailing** [1] - 3352:3
**different** [1] - 3352:22
**dismiss** [1] - 3366:6
**dispersed** [1] - 3353:22
**DISTRICT** [3] - 3350:1, 3350:1, 3350:15
**DLA** [1] - 3351:2
**document** [3] - 3355:16, 3355:17, 3355:19
**dozens** [1] - 3355:8

## E

**East** [1] - 3351:6
**EASTERN** [1] - 3350:1
**effect** [3] - 3359:22, 3360:10, 3364:19
**effective** [2] - 3360:11, 3362:14
**efficiency** [1] - 3353:11
**egregious** [1] - 3356:10
**either** [3] - 3357:24, 3358:6, 3363:23
**ELSNER** [1] - 3350:24
**enact** [1] - 3363:5
**enacted** [1] - 3361:5
**ESQ** [10] - 3350:18, 3350:19, 3350:21, 3350:22, 3350:24, 3350:24, 3351:2, 3351:3, 3351:3, 3351:4
**et** [1] - 3350:5
**evidence** [11] - 3352:13, 3352:17, 3352:24, 3354:24, 3355:19, 3356:1, 3359:1, 3359:2, 3359:7, 3359:11
**Exhibit** [5] - 3351:20, 3364:6, 3366:4, 3368:6, 3368:7
**Exhibits** [2] - 3352:7, 3368:5
**existing** [1] - 3361:9
**expect** [1] - 3353:23
**eye** [1] - 3355:7

## F

**fact** [3] - 3355:5, 3358:18, 3361:12
**facts** [1] - 3363:9
**fair** [2] - 3360:19, 3364:14
**fairly** [1] - 3360:10
**family** [2] - 3352:1, 3357:6
**far** [3] - 3356:18, 3361:11, 3362:19
**Federal** [3] - 3359:21, 3360:9, 3364:18
**few** [1] - 3353:20
**figure** [1] - 3363:20
**fine** [1] - 3358:24
**first** [13] - 3351:19, 3352:2, 3352:6, 3354:7, 3358:8, 3358:13, 3359:5,

3359:21, 3359:23, 3360:6, 3360:8, 3361:1, 3363:1
**flipping** [1] - 3354:15
**FLOWERS** [1] - 3350:24
**following** [7] - 3351:13, 3351:20, 3354:1, 3359:17, 3365:7, 3366:1, 3367:5
**foreign** [7] - 3360:17, 3361:3, 3361:14, 3361:22, 3362:21, 3362:22, 3363:17
**forever** [1] - 3357:22
**fully** [1] - 3363:15

## G

**GARY** [1] - 3350:18
**Gene** [1] - 3351:5
**gentlemen** [3] - 3359:5, 3364:17, 3366:13
**Gershon** [1] - 3362:8
**Gershon's** [1] - 3361:23
**Googling** [1] - 3366:19
**graphics** [1] - 3353:21
**great** [2] - 3353:24, 3367:1
**grievously** [1] - 3354:9

## H

**half** [1] - 3353:23
**Hamas** [5] - 3361:2, 3361:3, 3361:5, 3363:2, 3364:10
**handed** [1] - 3359:12
**harm** [1] - 3361:4
**hear** [4] - 3352:6, 3359:1, 3360:6, 3360:25
**heard** [1] - 3362:23
**hearing** [1] - 3359:14
**help** [1] - 3359:8
**hold** [2] - 3356:19, 3357:24
**home** [2] - 3366:4, 3366:15
**honed** [1] - 3353:7
**Honor** [15] - 3354:4, 3354:21, 3354:23, 3355:18, 3357:15, 3357:19, 3358:18, 3358:23, 3361:1, 3361:12, 3361:20, 3362:23, 3364:9, 3364:14, 3365:9
**Honor's** [1] - 3362:5
**HONORABLE** [1] - 3350:14
**hotel** [1] - 3357:16
**hour** [2] - 3353:23, 3357:16

## I

**information** [5] - 3360:14, 3360:19, 3361:18, 3362:17, 3364:20
**INGERMAN** [1] - 3351:3
**inquiry** [2] - 3360:1, 3364:25
**instruct** [1] - 3363:15
**instructed** [5] - 3361:2, 3361:14, 3363:15, 3363:25, 3365:1

**instruction** [4] - 3361:10, 3362:5, 3363:2, 3364:9
**instructions** [6] - 3362:22, 3363:16, 3364:13, 3364:21, 3364:22, 3365:3
**interest** [1] - 3353:11
**Internet** [1] - 3366:19
**issue** [8] - 3354:6, 3354:24, 3355:6, 3355:15, 3361:19, 3362:7, 3362:12
**issues** [1] - 3354:4
**items** [2] - 3351:21, 3358:9

## J

**JAMES** [1] - 3350:22
**JODI** [1] - 3350:24
**JUDGE** [1] - 3350:15
**Judge** [2] - 3361:23, 3362:8
**JUROR** [1] - 3367:2
**JURY** [1] - 3350:14
**jury** [35] - 3350:15, 3351:13, 3351:15, 3352:16, 3353:16, 3354:1, 3355:3, 3355:21, 3355:23, 3355:24, 3356:6, 3356:12, 3356:20, 3357:12, 3357:17, 3358:6, 3358:8, 3358:24, 3359:3, 3359:10, 3359:17, 3359:19, 3360:4, 3360:18, 3361:9, 3361:18, 3362:5, 3362:22, 3364:9, 3364:15, 3365:7, 3366:1, 3366:4, 3366:11, 3367:5

## K

**knowing** [1] - 3355:9
**Kurtzer** [1] - 3350:7

## L

**ladies** [3] - 3359:5, 3364:17, 3366:13
**law** [19] - 3359:24, 3360:18, 3360:23, 3361:3, 3361:4, 3361:10, 3361:14, 3361:22, 3362:2, 3362:9, 3362:19, 3362:21, 3362:22, 3363:4, 3363:15, 3363:17, 3364:2, 3364:23, 3365:1
**lawyers** [2] - 3351:16, 3366:9
**leading** [1] - 3363:24
**least** [1] - 3363:14
**leave** [1] - 3363:8
**Lebanese** [2] - 3360:23, 3362:9
**less** [1] - 3354:24
**Levitt** [2] - 3355:16, 3355:17
**light** [1] - 3355:13
**LINDE** [1] - 3350:5
**Linde** [1] - 3350:17
**list** [2] - 3351:22, 3357:2
**lists** [1] - 3351:20
**Litle** [2] - 3350:5, 3350:20
**LLC** [2] - 3350:17, 3350:23
**LLP** [2] - 3350:22, 3351:2
**look** [3] - 3355:21, 3355:22, 3366:18

**looking** [1] - 3357:18

## M

**MARGARET** [1] - 3351:4
**MARK** [1] - 3350:21
**Marked** [1] - 3366:8
**marked** [4] - 3351:19, 3352:7, 3364:6, 3364:8
**material** [1] - 3361:19
**matter** [1] - 3361:13
**matters** [1] - 3363:25
**mean** [1] - 3361:7
**means** [1] - 3360:20
**mechanical** [1] - 3351:8
**media** [1] - 3366:18
**mention** [1] - 3363:17
**MICHAEL** [1] - 3350:24
**might** [1] - 3361:8
**mind** [1] - 3366:23
**minimum** [1] - 3353:24
**minutes** [1] - 3353:24
**moment** [4] - 3352:8, 3353:1, 3353:2, 3362:24
**Monday** [2] - 3366:5, 3366:23
**money** [8] - 3357:7, 3359:25, 3360:23, 3362:1, 3362:9, 3362:20, 3364:3, 3364:24
**monies** [1] - 3352:1
**months** [1] - 3355:12
**morning** [4] - 3356:3, 3357:22, 3357:25, 3366:23
**MOTLEY** [1] - 3350:23
**MR** [51] - 3351:17, 3352:8, 3352:11, 3352:12, 3352:25, 3353:4, 3353:7, 3353:11, 3353:17, 3353:18, 3353:20, 3354:4, 3354:13, 3354:21, 3355:5, 3355:15, 3356:1, 3356:3, 3356:14, 3356:17, 3356:18, 3356:19, 3357:9, 3357:15, 3357:19, 3357:20, 3358:3, 3358:5, 3358:15, 3358:17, 3358:22, 3360:2, 3360:8, 3360:12, 3360:16, 3360:22, 3361:1, 3361:11, 3361:20, 3362:6, 3362:15, 3362:23, 3363:1, 3363:11, 3363:18, 3363:22, 3364:7, 3364:9, 3364:14, 3365:9, 3366:9
**MySpace** [1] - 3366:20

## N

**need** [2] - 3362:6, 3365:2
**never** [2] - 3357:19, 3361:21
**NEW** [1] - 3350:1
**New** [2] - 3350:10, 3351:6
**next** [2] - 3353:25, 3365:11
**nice** [1] - 3366:5
**none** [2] - 3358:7, 3358:19
**note** [13] - 3351:19, 3352:2, 3352:3,

3356:6, 3356:24, 3357:1, 3357:25, 3358:25, 3359:12, 3359:19, 3364:6, 3364:17, 3366:3
**notes** [5] - 3351:15, 3352:6, 3353:5, 3353:14, 3359:6
**number** [4] - 3358:11, 3359:6, 3364:6, 3368:6

## O

**o'clock** [1] - 3350:11
**object** [3] - 3354:19, 3354:20, 3357:21, 3357:22
**objection** [5] - 3352:11, 3354:11, 3354:16, 3356:15, 3362:13
**obligated** [1] - 3361:25
**obviously** [3] - 3354:8, 3355:6, 3355:9
**occurred** [6] - 3351:13, 3354:1, 3359:17, 3365:7, 3366:1, 3367:5
**October** [1] - 3364:11
**OF** [2] - 3350:1, 3350:14
**once** [2] - 3355:19
**one** [7] - 3354:17, 3356:25, 3359:13, 3359:23, 3360:15, 3360:16, 3361:22
**ones** [1] - 3357:10
**opportunity** [3] - 3355:21, 3357:21
**order** [3] - 3354:10, 3354:18, 3355:14
**organization** [1] - 3361:3
**organized** [1] - 3353:21
**original** [1] - 3361:23
**Osen** [3] - 3356:3, 3356:9, 3363:7
**OSEN** [17] - 3350:17, 3350:18, 3351:17, 3352:11, 3354:4, 3354:13, 3354:21, 3355:5, 3356:1, 3356:18, 3357:19, 3361:1, 3361:20, 3362:23, 3363:1, 3364:9, 3364:14
**otherwise** [1] - 3360:10
**ought** [1] - 3356:4

## P

**p.m** [1] - 3350:11
**package** [2] - 3353:15, 3353:16
**page** [4] - 3353:25, 3354:15, 3364:9, 3365:11
**pages** [1] - 3354:17
**paper** [1] - 3354:7
**part** [4] - 3352:19, 3355:13, 3358:13, 3362:18
**parties** [7] - 3352:5, 3353:14, 3354:23, 3357:13, 3357:15, 3358:1, 3358:2
**party** [1] - 3357:24
**passed** [1] - 3355:19
**pause** [2] - 3353:3, 3353:10
**pause)** [1] - 3352:10
**payment** [2] - 3355:11, 3355:13
**pens** [1] - 3364:7
**people** [2] - 3353:21, 3355:9

phrased [1] - 3361:9
PIPER [1] - 3351:2
place [2] - 3352:22, 3356:25
plaintiff [4] - 3351:25, 3352:11, 3357:5, 3358:10
Plaintiffs [4] - 3350:5, 3350:18, 3350:21, 3350:22
plaintiffs [2] - 3352:6, 3360:25
plaintiffs' [2] - 3351:16, 3356:22
Plaza [1] - 3351:6
PLC [1] - 3350:9
PLLC [1] - 3350:19
pm [2] - 3354:2, 3366:2
point [2] - 3361:21, 3363:1
points [1] - 3362:24
position [3] - 3358:5, 3362:7, 3363:24
posterboard [3] - 3351:24, 3357:4, 3358:9
posterboards [1] - 3359:7
posting [1] - 3366:20
precluded [1] - 3361:15
preclusion [4] - 3354:10, 3354:18, 3355:14, 3360:18
prejudicial [3] - 3354:24, 3355:6, 3355:13
present [3] - 3359:3, 3364:15, 3366:11
presented [1] - 3355:1
preserve [1] - 3356:14
pretty [1] - 3362:8
preventing [1] - 3355:24
principles [1] - 3365:2
proceeding [1] - 3362:4
Proceedings [1] - 3351:8
produced [1] - 3351:9
proposal [3] - 3360:22, 3361:12, 3361:13
propose [3] - 3352:5, 3357:10, 3357:11
proposing [1] - 3355:3
provide [1] - 3360:13
public [1] - 3355:17
put [2] - 3353:15, 3366:23

**Q**

questions [3] - 3359:20, 3360:7, 3363:25
quick [1] - 3357:25
quickly [1] - 3354:15

**R**

raises [1] - 3361:16
rational [1] - 3355:23
readback [6] - 3352:18, 3352:19, 3356:7, 3356:8, 3356:10, 3358:10
realized [1] - 3355:6
reason [1] - 3356:9

received [5] - 3352:1, 3357:6, 3359:7, 3359:19, 3366:3
recess [4] - 3353:25, 3365:8, 3365:10, 3367:8
record [2] - 3362:17, 3364:1
recorded [1] - 3351:8
refer [2] - 3364:22, 3365:2
references [1] - 3364:10
referring [1] - 3364:12
reflected [1] - 3362:5
reflects [1] - 3363:4
regard [1] - 3359:5
regarding [4] - 3359:24, 3362:19, 3362:22, 3364:23
related [1] - 3350:5
relevant [1] - 3363:8
remind [1] - 3361:9
Reporter [1] - 3351:5
request [2] - 3359:6, 3359:11
requests [2] - 3356:24, 3356:25
require [1] - 3358:18
research [1] - 3366:19
resolve [1] - 3354:5
respect [3] - 3361:1, 3361:7, 3363:1
respond [5] - 3352:5, 3359:25, 3360:7, 3362:20, 3364:24
response [2] - 3357:25, 3363:10
result [1] - 3363:24
return [3] - 3359:15, 3359:25, 3360:23, 3361:25, 3362:19, 3364:3, 3364:24
returned [1] - 3362:10
RICE [1] - 3350:23
ROCCO [1] - 3350:22
Ronni [1] - 3352:3
room [2] - 3359:10, 3366:25
Roth [2] - 3350:8, 3350:21
routine [1] - 3366:24
Rudolph [1] - 3351:5
ruling [2] - 3358:18, 3361:23

**S**

sanction [1] - 3361:17
saw [2] - 3354:13, 3357:19
SAYLES [1] - 3350:20
science [1] - 3353:7
screen [2] - 3352:20, 3354:13
seat [1] - 3359:4
seated [3] - 3359:18, 3364:16, 3366:12
second [9] - 3352:3, 3354:14, 3357:4, 3359:24, 3360:15, 3360:16, 3361:7, 3363:11, 3364:23
see [7] - 3352:19, 3354:17, 3354:19, 3354:21, 3354:22, 3354:25, 3361:4
seeing [2] - 3354:7, 3355:24
seem [1] - 3361:16
send [5] - 3353:12, 3357:13, 3358:1, 3358:2, 3359:10
sent [2] - 3356:6, 3359:6

separate [1] - 3356:24
September [2] - 3350:11, 3367:8
serious [1] - 3354:6
service [1] - 3366:22
set [1] - 3363:9
Shaked [1] - 3354:5
Shaked's [1] - 3352:3
SHAND [1] - 3351:2
shortly [2] - 3353:5, 3359:14
showed [1] - 3355:25
showing [2] - 3351:25, 3357:6
shown [1] - 3359:8
SIC [3] - 3359:25, 3362:20, 3364:24
side's [1] - 3363:24
simply [2] - 3351:20, 3359:8
six [1] - 3355:12
slide [1] - 3354:25
slides [41] - 3351:22, 3351:25, 3352:3, 3352:13, 3352:16, 3352:19, 3353:21, 3354:5, 3354:6, 3354:17, 3354:18, 3355:4, 3355:5, 3355:24, 3356:4, 3356:11, 3356:12, 3356:20, 3356:21, 3356:23, 3356:25, 3357:2, 3357:5, 3357:8, 3357:9, 3357:11, 3357:14, 3357:17, 3357:18, 3358:1, 3358:2, 3358:7, 3358:9, 3358:12, 3358:17, 3358:19, 3358:20, 3358:22, 3359:1, 3359:6
specifically [4] - 3357:11, 3360:18, 3361:18, 3363:17
Spitzen [3] - 3354:5, 3355:16, 3358:9
Spitzen's [2] - 3351:22, 3357:2
start [1] - 3366:25
STATES [2] - 3350:1, 3350:15
States [3] - 3350:9, 3361:10, 3364:10
stay [1] - 3365:8
stenography [1] - 3351:8
Stephens [2] - 3354:14, 3355:10
STEPHENS [1] - 3351:2
stick [1] - 3363:10
STONE [1] - 3350:22
studying [1] - 3353:8
subject [1] - 3361:24
submit [2] - 3357:10, 3357:11
submitted [1] - 3355:23
suggested [1] - 3356:10
summarizing [1] - 3354:14

**T**

technically [1] - 3352:14
terms [1] - 3361:8
terrorist [1] - 3361:3
testified [3] - 3352:20, 3360:24, 3363:3
testify [1] - 3361:24
testimony [2] - 3352:18, 3359:9
THE [47] - 3350:14, 3351:15, 3351:18, 3352:9, 3352:14, 3353:2, 3353:6,

3353:9, 3353:13, 3353:19, 3353:23, 3354:3, 3354:11, 3354:19, 3355:2, 3356:5, 3356:16, 3356:23, 3357:13, 3357:24, 3358:4, 3358:8, 3358:16, 3358:21, 3358:24, 3359:4, 3359:18, 3360:3, 3360:9, 3360:15, 3360:20, 3360:25, 3362:11, 3362:16, 3362:25, 3363:6, 3363:14, 3363:20, 3363:23, 3364:12, 3364:16, 3365:8, 3366:3, 3366:10, 3366:12, 3367:4, 3367:6

**themselves** [2] - 3354:18, 3363:7
**therefore** [1] - 3362:17
**thinking** [1] - 3364:2
**third** [1] - 3357:5
**thoughts** [1] - 3361:8
**three** [2] - 3356:25, 3358:11
**today** [1] - 3354:7
**together** [1] - 3353:15
**took** [1] - 3355:22
**TRANSCRIPT** [1] - 3350:14
**transcript** [1] - 3351:8
**transfers** [1] - 3355:8
**trial** [1] - 3354:25
**TRIAL** [1] - 3350:14
**true** [2] - 3355:2, 3355:10
**tuned** [1] - 3365:8
**TURNER** [2] - 3350:19, 3350:19
**two** [6] - 3351:15, 3355:12, 3358:9, 3359:5, 3359:19, 3360:7
**types** [1] - 3356:24

## U

**unauthenticated** [1] - 3355:18
**unbelievably** [1] - 3355:13
**under** [6] - 3358:22, 3360:23, 3361:3, 3361:4, 3361:22, 3362:9
**underpinnings** [1] - 3361:23
**UNITED** [2] - 3350:1, 3350:15
**United** [3] - 3350:9, 3361:10, 3364:10
**unusual** [1] - 3366:17
**up** [1] - 3352:20
**US** [3] - 3351:2, 3361:3, 3364:2
**USC** [2] - 3359:22, 3364:18

## V

**various** [1] - 3356:24
**versus** [1] - 3362:3
**view** [1] - 3352:12
**violate** [2] - 3354:9, 3354:18
**violation** [2] - 3362:2, 3362:3

## W

**wants** [1] - 3361:18
**ways** [1] - 3356:9
**weekend** [2] - 3367:1, 3367:6

**weeks** [1] - 3366:14
**Weiss** [1] - 3350:8
**WERBNER** [6] - 3350:20, 3350:21, 3352:8, 3353:4, 3353:7, 3353:18
**whole** [3] - 3353:7, 3356:21, 3356:24
**witness** [1] - 3352:20
**witnesses** [3] - 3360:23, 3361:24, 3363:3
**words** [1] - 3362:2

## Y

**years** [1] - 3355:12
**yesterday** [3] - 3355:7, 3355:25, 3357:21
**yesterday's** [1] - 3354:8
**YORK** [1] - 3350:1
**York** [2] - 3350:10, 3351:6