1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NEW YORK
2
   - - - - - - - - - - - - - - - - - X
3

4
                                  :  04 CV 02799 (BMC)
5  COURTNEY LINDE, et al.,           And all related cases
                                  :  04 CV 05449 (Litle)
6               Plaintiffs,          04 CV 05564 (Almog)
                                  :  04 CV 00365 (Coulter)
7                                    05 CV 00388 (Afrial-Kurtzer)
        - against--              :  05 CV 03183 (Bennett)
8                                 :  05 CV 03768 (Roth)
                                     06 CV 01623 (Weiss)
9  ARAB BANK, PLC,                :
                                     United States Courthouse
10              Defendant.        :  Brooklyn, New York

11                                :  September 10, 2014
                                     9:30 o'clock p.m.
12
   - - - - - - - - - - - - - - - - - X
13

14                  TRANSCRIPT OF JURY TRIAL
                    BEFORE THE HONORABLE BRIAN M. COGAN
15                  UNITED STATES DISTRICT JUDGE, and a jury.

16
   APPEARANCES:
17
   For the Linde and              OSEN, LLC
18 Coulter Plaintiffs:               By:   GARY M. OSEN, ESQ.

19                                 TURNER & ASSOCIATES, PLLC
                                     By:   CLYDE T. TURNER, ESQ.
20
   For the Litle,                 SAYLES WERBNER
21 Bennett and Roth                 By:   MARK S. WERBNER, ESQ.
   Plaintiffs:
22 For the Almog                   STONE, BONNER & ROCCO, LLP
   Plaintiffs:                       By:   JAMES P. BONNER, ESQ.
23
                                   MOTLEY RICE, LLC
24                                   By:   MICHAEL E. ELSNER,
   ESQ.
25                                       JODI FLOWERS, ESQ.

1   A P P E A R A N C E S (Continued)

2   For the Defendant:                 DLA PIPER US, LLP
                                       By:   SHAND STEPHENS, ESQ.
3                                            ANTHONY COLES, ESQ.

4                                      BRETT INGERMAN, ESQ.

5                                      MARGARET CIVETTA, ESQ.

6
    Court Reporter:                    Anthony M. Mancuso
7                                      225 Cadman Plaza East
                                       Brooklyn, New York 11201
8                                      (718) 613-2419

9
    Proceedings recorded by mechanical stenography, transcript
10  produced by CAT.

11

12

13

14          (Trial resumed.)

15          THE COURT:  Good morning.

16          Let's have the jury, please.

17  B E V E R L E Y    M I L T O N - E D W A R D S,

18      called as a witness, having been previously duly

19      sworn, was examined and testified as follows:

20

21          (Jury present.)

22          THE COURT:  Be seated, please.  Good morning, ladies

23  and gentlemen of the jury.  We will continue with direct

24  examination.

25          Mr. Ingerman.

1          MR. INGERMAN:  Thank you, your Honor.

2          Good morning, ladies and gentlemen.

3    DIRECT EXAMINATION (Continued)

4    BY MR. INGERMAN:

5

6    Q    Good morning, Professor Milton-Edwards.

7    A    Good morning.

8    Q    Can we have slide seven to reorient ourselves.

9          When we left off on Monday, we were talking about

10   the West Bank Zakats and your visits, and the factors that you

11   applied in reaching your conclusion that they were not

12   controlled by or perceived to be controlled by Hamas.  I think

13   we left off at the Tulkarem Zakat Committee.

14         If we can have that slide, please.

15         First of all, Professor Milton-Edwards, where is the

16   Tulkarem Zakat Committee.

17   A    As you can see from the map, it's right up in the north

18   of the West Bank, and very close to the 1948 line with Israel.

19   Q    You visited the Tulkarem Zakat Committee; correct?

20   A    I visited the Zakat Committee during the period in

21   question and subsequently, and I've been in Tulkarem on a

22   number of occasions, as well.

23   Q    Slide 41, please?

24         Professor, could you tell us a little bit about the

25   Tulkarem Zakat period as it operated during the relevant time

1  period of 2000-2004.

2  A    It was founded in the '80s, early '80s, initially

3  licensed by Israel, and then it was obviously then licensed by

4  the Palestinian Authority.  It was also a member of the

5  Palestinian Authority Zakat Advisory Board.  And one of the

6  members of the committee was also, if we remember Monday, I

7  spoke about the Ministry of the Palestinian Authority called

8  Awqaf and Religious Affairs, and one of the members of the

9  committee was the regional representative for that Palestinian

10  Authority Ministry, and the Tulkarem branch had smaller

11  branches in the surrounding villages, and each branch had

12  about eleven to twelve members elected to the board.

13  Q    Let me stop you there for a minute.

14         Can we see slide 42, please.

15         Are these the branches for the Tulkarem Zakat

16  Committee during the time period.

17  A    Yes.  Again, like a lot of the other Zakat Committees I

18  have already spoken about, they had branches in the town.

19  They had branches in this case in one of the refugee camps

20  where Palestinians lived and then out in the villages.  So,

21  again, they were located, the charity was located, in areas

22  where the need was greatest, where poverty rates were at their

23  highest, and they were filling those gaps in the refugee camp,

24  as well.

25         There were other providers, such as the United

1    Nations.   The United Nations only covers certain types of

2    provision to refugees registered in the camp.

3    Q     Did each of the various branches of the Tulkarem Zakat

4    Committee have its board of directors that controlled it?

5    A     Each branch would have had about eleven to twelve members

6    elected.

7    Q     Can we go back to slide 41, please.

8          What else can you tell us about the Tulkarem Zakat

9    Committee.

10   A     I don't want to bore everybody.   I have gone through most

11   of the detail on that, that slide.   Perhaps we could talk

12   about some of the activities --

13   Q     Before we go to that, Professor Milton-Edwards, let me

14   ask you this:   In the time that you visited the Tulkarem Zakat

15   Committee during the relevant period of 2000 and 2004, did you

16   ever observe any type of Hamas propaganda posters, mortar

17   posters, anything that showed an affiliation at all between

18   Tulkarem and Hamas?

19   A     No.   The committee is located in a very old building in

20   the center of Tulkarem.   Again, as with places like Jenin and

21   Nablus, after 2002, much of the center of Tulkarem had been

22   destroyed as a result of the Israeli invasion and occupation

23   of the West Bank and its counter-terrorism measures.   Again,

24   the administrative buildings of the Palestinian Authority in

25   the town were damaged or destroyed.

1      The Tulkarem Zakat Committee itself, the

2   headquarters, were located opposite a very big mosque, what is

3   now called the New Mosque in the town, since obviously there

4   were older mosques in the town, so anybody could access it

5   during usual working hours.  They simply walked in off the

6   streets.  It was not in a sort of secret location.  It was not

7   hidden from people.  The signage outside the Zakat Committee

8   said what it was.  And, of course, you know the association

9   with the Palestinian Authority was very clear, because of the

10  people that worked in the committee.

11      And on the front of the building or inside the

12  building, I didn't see anything that I would have thought was

13  an indication of Hamas affiliation.  So I didn't see the Hamas

14  slogan.  I didn't see martyr posters featuring Hamas suicide

15  bombers.

16      The kinds of things that I would have seen in those

17  buildings would have been notices about, again, about prayer

18  times, or if it was around Ramadan or another festival that

19  Muslims celebrate, it's call Ekalaka, it's one where meat is

20  distributed by the Zakat Committees, those kind of notices.

21  Nothing to indicate that it was controlled by Hamas.

22  Q    Were you familiar with the charitable activities of the

23  Tulkarem Zakat Committee?

24  A    The committee, like most of the other committees, was

25  involved in meeting needs as they related to welfare, as they

1  related to educational provision for children.  And again as,

2  I said, in particular, for some reason, I don't know why, but

3  the Tulkarem Zakat Committee had a good reputation for being

4  able to make lots of meat distributions for this festival,

5  which is called Azha Idalat.  It remembers the sacrifice that

6  was made from the Abrahamic tradition of Ishmael.  So, those

7  are the kinds of things they did.

8          They also had a hospital.  Sorry.  I do remember

9  going and visiting the hospital in Jenin, and it's called the

10  Zakat Hospital.  The hospital, I can't remember if it provided

11  emergency care, but I do remember it provided -- there was a

12  pediatric ward on the hospital, and they looked after

13  particular cases of children who had really specialist needs.

14          In fact, I do remember talking to one, a little

15  girl, I think she was about twelve years old, and she had a

16  condition that wouldn't otherwise be treatable.  And I think

17  the hospital also had, you know, a natal -- what do you call

18  it here?

19  Q     Neonatal?

20

21  A     -- natal, like for pregnant women and their babies, and,

22  of course, that's always nice to visit.

23  Q     Now, did you have an opportunity -- on Monday, we saw the

24  two slides, and you listed all of your research factors that

25  you used in reaching your opinion.  Did you have an

1    opportunity to apply your research factors to the Tulkarem

2    Zakat meet?

3    A    Yes.  In looking at the committee, I took those criteria

4    into consideration.

5    Q    What conclusion can you reach that the Tulkarem Committee

6    was perceived to be controlled by Hamas in the 2000-2004 time

7    period?

8    A    It was my consideration and my analysis that it was not

9    controlled by Hamas, and the community didn't appear to

10   perceive it as controlled by Hamas during that period, either.

11   Q    Can we see slide 44, please.

12        We don't have to go through every one of these,

13   Professor Milton-Edwards.  Identify a few for the jury that we

14   have not seen before that led you to your conclusion that

15   Tulkarem Zakat Committee was not controlled by Hamas during

16   the relevant time period.

17   A    Of the ones that I have not spoken about before, clearly,

18   in Tulkarem, there was a close working relationship, almost

19   hand-in-glove, between the Zakat Committee and the Palestinian

20   Authority through the Ministry of Awqaf and Religious Affairs,

21   not only in terms of the activities of the committee and the

22   way in which the committee publicized itself to the local

23   community through kinds of newspaper advertisements or calls

24   for contributions from the community to make the Zakat

25   contribution around holiday times, but also in that officials

 1  in the committee were also officials, senior officials, within

 2  the Palestinian Authority, and indeed those officials

 3  continued to be in those positions to the present days --

 4  Q    Remind us again --

 5  A    -- as far as I know.

 6  Q    I'm sorry.  Remind us again, the Palestinian Authority

 7  during this 2000-2004 time period I think you said was a rival

 8  of Hamas?

 9  A    Oh, yes, it was very much a rival of Hamas, and often an

10  ill-disguised rival of Hamas.  Within the Palestinian

11  Territories, the Palestinian Authority was controlled by

12  Fatah, by Yasser Arafat's faction.  They made no secret of

13  their hostility and even their hatred of Hamas.  Previous to

14  that period, they had rounded up Hamas leaders and thrown them

15  into jail for periods of time and shaved off their beards and

16  done other unmentionable things, allegedly.

17  Q    Before we move on to the next Zakat, there was a question

18  I forgot to ask you on Monday.  You said you were hired in

19  this case by Arab Bank in 2010.  So, you have been working

20  about four years on it; is that right?

21  A    Yes, that's correct.

22  Q    And how many expert reports?

23  A    For this?

24  Q    Yes.

25  A    I've done one expert report, one rebuttal report, and one

1  supplemental expert report.

2  Q    You've also sat for deposition where the plaintiffs'

3  lawyers have taken your testimony under oath before trial; is

4  that right?

5  A    Yes.  I think I have done twenty-one hours of the

6  deposition.  I almost thought that the Guinness Book of

7  Records might contact me, but apparently that's not unusual.

8  Q    Do you work for free?

9  A    No.  I've been paid.

10  Q    You have been paid by Arab Bank for your work over the

11  last four years?

12  A    Yes, I have.  I ought to make it clear, actually, before

13  I was asked to do this, I'd only ever done expert reports for

14  UK asylum cases, which was paid to me by Legal Aid.  All I

15  thought I was doing in this case was to produce a short report

16  and be able to walk away.  To be honest with you, had I known

17  what this involved and the cost, personally and

18  professionally, I wouldn't have taken it on.

19  Q    Fair enough.  We're happier here in Brooklyn.  Do you

20  know approximately how much you have been paid over the last

21  four years for all of the work that you have done?

22  A    No.  I keep being asked this question.  I think it must

23  be a particularly American obsession.  I'm sorry, I don't know

24  how much I've -- I'm not motivated by those kinds of factors.

25  I've been remunerated for sure for my professional opinion

1   services.

2   Q     You have been paid for your work?

3   A     Yes, absolutely.

4   Q     Let's go to the Ramallah Zakat Committee, slide 46.

5   A     The Ramallah Zakat Committee.

6   Q     If we can go to 47.  Can you walk us through where the

7   Ramallah Zakat Committee is and the number of branches?

8   A     Yes.  Ramallah is right in the center of the West Bank,

9   and it's pretty much considered the sort of capital of the

10  Palestinian Territories in the West Bank.  It's where the

11  Palestinian Authority has all its headquarters, all its

12  ministry buildings.  It's where President Arafat, President of

13  the Palestinian Authority, was headquartered.  It's where the

14  PLO had all their offices, as well.

15        Ramallah and Al-Bireh, they were two small villages

16  that merged into one big what's now sort of the proto capital

17  of the Palestinian Authority, and as you can see, that's right

18  in the center of the West Bank.  It's about a thirty- to

19  forty-minutes' drive from Jerusalem.

20  Q     How many branches are there or were there of the Ramallah

21  Al-Bireh Zakat Committee in the 2000-2004 time period?

22  A     There were at least seven branches.  Again, just like

23  Tulkarem and some of the others, there's one in the town -- or

24  city, as it's grown to become.  One in Jalazoun, which is the

25  refugee camp, and then the other places, Bir Nabala,

1   Baytuniya, Burqa, and that's -- I confused that with what

2   women wear in Iran -- Ein Kanya and Ein Arik.

3   Q      Do each of the committees -- I'm sorry.  Do each of the

4   branches of the Ramallah Zakat Committee have its own board of

5   directors?

6   A      Yes, it did.

7   Q      If we could see slide 4?

8          Can you tell us a little bit about the Ramallah

9   Zakat Committee during the relevant period of time period of

10  2000 to 2000.

11  A      Yes.  It was one of these older Zakat Committees, founded

12  in the late 1970s, well before the Palestinian Authority was

13  established in 1995.  I think that was about fifteen years

14  before the establishment of the Palestinian Authority.  It was

15  licensed by Israel.  Its permits to operate during the period

16  were issued by the Israeli authorities, including the Civil

17  Administration, permits for the activities of the committee.

18         And it, too, had a member -- had one of its member

19  on this PA Zakat Committee Advisory Board, when it was formed,

20  and it was, after 1995, it was continually licensed and

21  registered by the Palestinian Authority.  And they had, a

22  little bit like Tulkarem, they had quite a close working

23  relationship with the Palestinian Authority through the

24  Ministry of Awqaf and Religious Affairs in particular.  They

25  also had relationships with other ministry, such as Ministry

1    of Social Affairs, Ministries of Planning and Development, and

2    including women's development issues, as well.

3    Q    About how many total board members for the Ramallah Zakat

4    Committee during the relevant time period?

5    A    If I do it the easy way, which is seven times eleven,

6    that's 77.

7    Q    Were you familiar with the charitable activities of the

8    Ramallah Zakat Committee?

9    A    Yes.  I've never visited the committee.  I knew where it

10   was.  I knew where the headquarters were.  I've never actually

11   visited the committee, but I was familiar with its activities,

12   yes.

13   Q    In that case, let me ask you this question:  Although you

14   had never been to the Ramallah Zakat Committee before, have

15   you spent any time or did you spend any time in Ramallah

16   during the relevant time period?

17   A    Yes.  I felt like I was in semi-permanent residence in

18   Ramallah during the relevant time period.  I would be there on

19   a daily basis during the relevant time period, and often

20   actually up to two or three times a day.  I could start a

21   working day during the period in Gaza.  By lunchtime, I could

22   be in Tel Aviv, and then by the afternoon or late evening, I

23   could be in Ramallah, back into Jerusalem, and back up to

24   Ramallah in the late evening.

25            I'm very, very familiar with Ramallah and Al-Bireh,

1  and continue to be, as well.  That's where I continue to work.

2  I work for the European Police Civil Police in Ramallah, and I

3  work for the Norwegian Government presently, and that includes

4  spending a lot of time in Ramallah.

5  Q    Can we see slide 49, please.

6         Walk us through some of the charitable activities of

7  the Ramallah Zakat Committee during this relevant time period.

8  A    I keep repeating what we know about the activities that

9  they do.  Some of the interesting things that they did, in a

10  sense was a little bit different, was, they ran a medical

11  clinic in the Jalazoun refugee camp.  Remember when I was

12  talking about Tulkarem?  Yes, the UN administered these

13  refugee camps, and they provided some basic services for the

14  refugees.

15         The UN agency that runs the refugee camps is always

16  on budget shortages, is always cutting back.  Unfortunately,

17  the donors pledge, but they don't follow through with the

18  actual giving.

19

20         With the Ramallah Zakat Committee, what they were

21  doing was running a primary health care clinic in the camp for

22  residents of the camp, and the health services that people

23  could access in the clinic were free or at a very nominal

24  charge.

25         And they also were involved in -- I believe they

1  were involved in what's called school bag projects.  At the

2  start of the school year for children, these charities and

3  many other Palestinian charities actually tried to give each

4  child starting school a school bag, pens and paper and some

5  pencils, so that they have the provisions to actually take

6  advantage of the opportunity for some education.

7  Q    Now, did you apply your research criteria to determine

8  whether or not the Ramallah Zakat Committee was controlled or

9  perceived to be controlled by Hamas?

10 A    Yes, I did.

11 Q    What conclusion did you reach?

12 A    I reached the conclusion that it was not controlled by

13 Hamas, nor was it perceived to be by the community at the

14 time.

15 Q    If we could take a look at the next slide, 50.

16        Some of the factors that you used to reach that

17 conclusion, professor?

18 A    Yes.  I mean, that includes, as with the others, the

19 vetting, clearance by USAID; the fact that it was working in

20 partnership or facilitating and helping augment the services

21 of, you know, major international aid organizations like the

22 United Nations Relief and Works Agency for Refugees; that it

23 had a well established and publicly recognized institutional

24 address.

25        For example, the headquarters of the Zakat Committee

1   in Ramallah were located next to the police station, very

2   prominently located, just a very short few steps away from the

3   main square in Ramallah, which is called Manara Square.  So, I

4   mean, it was very prominently and publicly located.  Hopefully

5   not too many people going to the police station were also

6   going to the Zakat Committee at the same time.  It was open.

7   It was there for the public, and it was affiliated and

8   identified through signages and Zakat Committee.

9   Q    Professor Milton-Edwards, through your work in this case

10  and your review of the testimony, are you aware that

11  Matthew Levitt, one of the plaintiffs' experts in this case,

12  listed the Ramallah Zakat Committee as being controlled by

13  Hamas, but Mr. Spitzen, the other expert, did not?  Are you

14  aware of that?

15  A    Right.

16          MR. OSEN:   Objection, your Honor.

17          THE COURT:   Overruled.

18          If he's mischaracterizing the testimony, you'll

19  bring it out on cross-examination.

20  Q    Do you recall that each had a list, one of them had a

21  Ramallah on it, and one did not?

22  A    Yes, I do.  There have been a number of lists over the

23  years, and it's reduced, but I do know that Dr. Levitt cited

24  the committee, but Mr. Spitzen did not.

25  Q    Now, let's move on to the next committee, which is the

1  Al-Islah charitable societies.

2  A    We've leaving the West Bank now, and we're going to

3  travel -- no, we're not.

4  Q    Al-Islah is still the West Bank?

5  A    I'm making the mistake everybody makes in this case of

6  confusing the one with the other.  Even the expert did.

7  Q    We're still in the kidney-shaped West Bank here with

8  Al-Islah.  You are familiar with that Zakat, charitable

9  society?

10 A    Yes, I am.

11 Q    Can you tell us where it is?

12 A    Like the Ramallah Zakat Committee, is in Ramallah.

13 Q    Did you have an opportunity to visit the Al-Islah

14 Charitable Society?

15 A    No.  I never visited it during the period in question.

16 Q    But you spent a lot of time in Ramallah; is that fair?

17 A    Yes.  As I said before about the Zakat Committee, I've

18 spent an awful lot of time in Ramallah.

19 Q    Have you studied the Al-Islah Charitable Society?

20 A    Yes, I have.

21 Q    Can we see the next slide.

22       Can you tell us a little bit about it.

23 A    Yes.  Unlike the other Zakat Committees that we have

24 spoken about already, Al-Islah was actually founded in 2000,

25 and therefore it was never obviously licensed and approved by

1   Israel, but it was licensed and approved by the

2   Fatah-controlled Palestinian Authority.  It was licensed and

3   registered on an annual basis by the Palestinian Authority by

4   the Fatah-controlled Palestinian Authority, and it just had

5   the one branch.  So, there were eleven to twelve members on

6   the board.

7          The board members were also approved on an annual

8   basis, as I understand it, during this period by the

9   Palestinian Authority, including the Ministry of Interior and

10  the minister himself, and also the Palestinian Authority

11  approved a later renaming of the organization, maybe because

12  it was getting confused in the same way we all confuse it with

13  something else.

14  Q    Okay.  Are you familiar with the charitable activities of

15  the Al-Islah Charitable Society during the relevant time

16  period of 2000-2004?

17  A    Yes, I am.

18  Q    Next slide.

19  A    The activities in many respects replicated or repeated

20  the same kind of charitable society, in terms of charitability

21  in meeting needs, assistance and support to orphans.

22          As I recall, the society had ambitions.  It did help

23  orphans, but it also has ambitions to build an orphanage.  As

24  far as I'm aware, there were no orphans in Ramallah.  There

25  was orphanages in places like Hebron and Tulkarem.  There were

1  a number of orphanages in Bethlehem run by Muslim and

2  Christian societies, because this was the period when they

3  were founded.  They were founded in 2000, and over the next

4  four years, we had the outbreak of the Second Intifada.  So,

5  in particular, they were focused on giving aid without

6  discrimination to those who had been victims of the violence

7  that was taking place.

8  Q    Did you apply your research criteria to determine whether

9  or not the Al-Islah Charitable Society was controlled or

10  perceived to be controlled by Hamas?

11  A    Yes, I did.

12  Q    What conclusion did you reach?

13  A    I reached the conclusion that it was not controlled by

14  Hamas, and -- nor was it perceived by the community there to

15  be controlled by Hamas.

16  Q    Can we see slide 55, please.

17        And just walk us through some of the criteria that

18  you used to reach that conclusion, professor.

19  A    Yes.  I mean, like the others, it was cleared by USAID,

20  the U.S. Government's agency assistance arm from the State

21  Department.  It had a separate and publicly recognized

22  institutional address.  It was approved.  Its establishment

23  was approved by the Fatah-controlled Palestinian Authority,

24  and that approval was renewed on an annual basis, not just by

25  -- because it was a charitable society rather than a Zakat

1  Committee, it wasn't the Ministry of Religious Affairs that

2  was giving the approval and the license, but it was actually

3  the Ministry of the Interior, which would, I think, be the

4  equivalent of the Homeland Security here. So, they were

5  approving, subject to the usual vetting procedures, on an

6  annual basis, not just the activities of the society, but the

7  officers of the society, including its board of directors.

8  Q    Now, I want to take us on a trip -- I think you mentioned

9  it earlier -- from the West Bank to Gaza.

10 A    Yes.

11 Q    Because we have covered these Zakats and charitable

12 societies in the West Bank, and now we are going to go to

13 Gaza. Tell us generally, during the 2000-2004 time period in

14 Gaza, did the Palestinian Authority have control over the Gaza

15 Strip during that time period?

16 A    Yes. Yes. The Palestinian Authority, Fatah, was in

17 control of Gaza. Israel still occupied Gaza. If you

18 remember, I said they didn't withdraw from Gaza until August

19 2005. So, there was a settler community still living in Gaza,

20 and there were Israeli -- the IDF, the Israeli Defense Forces,

21 would have also have been involved in security operations

22 against Palestinian towns and cities and villages and refugee

23 camps in Gaza, as well.

24          I mean, obviously, it wasn't a static situation in

25 either the West Bank or the Gaza Strip during this period. As

1  the Al-Aqsa Intifada wore on, the Palestinian Authority became

2  weakened, and particularly in areas of security and law and

3  order, but they were definitely still in charge and still

4  there and had numerous security forces and authority offices

5  and ministries located in Gaza.

6           So, you actually had sort of replication.  Because

7  of the territory between the two, you couldn't just have one

8  headquarters of the Palestinian Authority to serve both areas,

9  because the two areas weren't connected.  They were

10  geographically separated.  So, you had to have a replication,

11  because residents of Gaza couldn't just choose to take a trip

12  up to Ramallah.  So, they had to be administered by

13  Palestinian Authority officials in Gaza, because if they

14  wanted to get a passport, they couldn't go to the passport

15  office of the Palestinian Authority in Ramallah, because they

16  would not be given permission by Israel to leave Gaza and

17  travel through Israel.

18           You have a repetition.  It was a large Palestinian

19  Authority controlled by Fatah with tens of thousands of

20  employees and civil servants.

21  Q    What you are pointing out is that Israel, which is the

22  yellow here on this map, separated Gaza and separates today

23  Gaza from the West Bank?

24  A    Yes, that's right.

25  Q    Now, if we could see slide seven for a minute.

1          We've covered the West Bank Zakats.  We have four to

2     cover in Gaza:  Al-Mujama, Al Jam'iya, Al salah and Al-Nur.

3          Let's start with Al-Mujama, which is slide 56.

4          You are familiar with Mujama.

5     A    Yes, I am familiar with Al-Mujama.

6     Q    You have been there before?

7     A    Yes, I have.  I've been there during the period in

8     question and subsequently, and I continue to go to Gaza to the

9     present day.  The last time I was in Gaza was in May this

10    year.

11    Q    And you've written about Mujama?

12    A    Yes, I have.

13    Q    Tell us where it is.

14         If we could see slide 58, please.

15    A    Yes.  Mujama has five branches.  The most of them, most

16    of the branches, are located in Gaza City, because that's

17    where most of the -- again, I mean, Gaza, its densely

18    populated throughout.  You can't move the people, essentially.

19         They have a couple of branches, one in Nuseirat

20    Refugee Camp, and one in that middle town of Khan Yunes.  And

21    again, you can see, like a lot of the other charities, the

22    branch in Shatti is in the refugee camp.  Shatti is one of the

23    largest refugee camps in Gaza.  But Jabalia is the largest.

24    That's also in Gaza.

25         The neighborhoods of the Zeitoun and Sahajiya are

1   very, very poor neighborhoods, people living in single-shelter

2   dwellings.  They don't have running water, necessarily.  Often

3   living with electricity outages, extremely high rates.

4   Unemployment in Gaza during this period.  As much as seventy

5   to eighty percent of the population depended on humanitarian

6   aid.

7   Q    Do each of the five branches of Mujama have its own board

8   of directors?

9   A    Yes, they did.

10  Q    And if we could see slide 59, please?

11       Can you tell us a little bit more about the Mujama?

12  A    Yes.  It had been founded in the 1970s, around 1973, and

13  it had been registered and approved, its activities registered

14  and approved in the 1970s by the Israelis up until 1995, when

15  the Palestinian Authority was established in Gaza.

16       In fact, Gaza was where the Palestinian Authority

17  was when it was first begun, allowed to operate in 1995.  It

18  was Yasser Arafat was first allowed to return to his offices

19  from exile from places like Tunis and Yemen.  That was where

20  they initially set up the Palestinian Authority with its

21  various ministries.

22  Q    How many board members does each committee -- each

23  branch's board have from Mujama?

24  A    Around twelve men.

25  Q    I'm curious about Mujama, because Mr. Spitzen had

1   testified, the plaintiffs' expert, that Mujama was founded by

2   Sheik Yassin, and Mr. Spitzen concluded from there that Mujama

3   was controlled by Hamas.  Have you written on that topic?

4   A    Yes, I have.  Indeed, it was founded by Sheik Yassin and

5   some other men.  And Sheik Yassin, during this period, I have

6   argued in my scholarship, was encouraged in fact by the

7   Israeli authorities to set up this organization.

8          Other Palestinian organizations at that time were

9   not permitted by Israel to operate.  Other charitable

10  organizations were not permitted to operate.  Mr. Yassin and

11  Sheik Yassin, as he became known, was arrested by Israel in

12  the early '80s, and then in 1985, when Israel released him as

13  part of a prisoner exchange, they disbarred him and his

14  colleagues.

15  Q    What does that mean, "disbarred"?

16  A    Basically, they kicked him out.  He was not allowed to go

17  back to Mujama and Islamiya.  He was not allowed to be

18  involved with the activities of the society.

19  Q    Did there come a time  -- is there a point in time in

20  which Sheik Yassin and Mujama went in different directions?

21  A    From that period onwards, we have what I have described

22  as evolution.  So, around two years later, the First Intifada

23  broke out in December 1997, and some of the people that had

24  founded Mujama Al-Islamiya in the 1970s, including Sheik

25  Yassin, they then, in around January 1990's, formed Hamas, and

1   then Mujama in essence, in terms of that link between the

2   individuals and this new organization, became defunct.

3              I like to try and think of it if I was doing an

4   analogy.  I'm very fond of watching a program called the Real

5   Housewives of Atlanta, and there's a lady in that program

6   called Nini Leaks, and Nini was a stripper back in the '80s.

7   Today, in the present day, she's still an entertainer, she

8   still entertains adults, but she's a highly, well-respected

9   and legitimate television presenter.  So, you know, there was

10  a break with the past, and although she's still engaged in

11  those activities, she's still acting, you wouldn't say, and I

12  think she would be deeply offended if you said, she was still

13  a stripper.  So, there was a break imposed by Israel, and so

14  to my knowledge, he remained an inspirational figurehead.

15             (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

1    (CONTINUING)

2    Q    Gene?

3    A    Sheikh Yassin.

4    Q    But after Sheikh Yassin formed Hamas, did he participate

5    in the control or decision-making of Mujama after that?

6    A    During the period of 2000 to 2004, Sheikh Yassin, he had

7    been released again, he had been imprisoned again in the '90s.

8    In 1999 Israel released Sheikh Yassin from prison, so this is

9    a year before 2000, on a full pardon.

10            The point to bear in mind here is that during that

11   period of 2000 to 2004, Sheikh Yassin was, he was

12   quadriplegic, so he was severely disabled and his health

13   was -- he had been in prison -- had really deteriorated.  He

14   was unable to use his hands, his arms, his legs and his feet.

15   He needed assistance with feeding, with having a phone held to

16   his ears.  He was also increasingly deaf and he was partially

17   blind and certainly on my meetings with him, his voice was

18   very weak.  People often describe it as having a reedy voice.

19            So, in terms of having control, as I've described it

20   in terms of, you know, directing decision-making, day-to-day

21   basis, I think I would, you know, I would cast significant

22   doubt on whether he even had control of Hamas.  He certainly

23   wasn't in control of the Board of Directors or on the Board of

24   Directors, to my knowledge, of Mujama al-Islamiya.

25   Q    And another name for Mujama al-Islamiya is The Islamic

1  Center of Gaza; is that right?

2  A     Yes, that's right.

3  Q     And during your visits to Mujama or The Islamic Center

4  during the 2000 to 2004 time period, did you ever see any

5  evidence of Hamas propaganda, paraphernalia, martyr poster,

6  anything like that?

7  A     No, I, I, I visited the main headquarters or main

8  buildings of The Society in Gaza and in Shatti, and I think in

9  Nuseirat as well during that period and I didn't see those

10 kinds of, I didn't see those kinds of literatures or posters

11 or anything.

12        The other thing also about, you know, as I've said,

13 Gaza during this period in particular, you know, the

14 paraphernalia of martyrdom, all of these martyrdom posters

15 that I was seeing in Gaza at that time were posters actually

16 that the Palestinian Authority was generating on, you know, on

17 huge billboards of their armed forces that have been killed or

18 had died.

19 Q     Now, were you familiar, are you familiar with the

20 charitable activities of Mujama or The Islamic Center during

21 the relevant time period of 2000 to 2004?

22 A     Yes.  I mean, Mujama was engaged and had been obviously,

23 engaged in a lot of charitable activity.  And in particular,

24 during that period, they were giving financial and in-kind

25 assistance to orphans and poor and needy families.  They had

1    established and were running with Save the Children a number

2    of children's libraries in Gaza.  Obviously, that's something

3    that they were very keen to do.

4          They also were providing literacy programs for women

5    because of the disruption to schooling and education during

6    this period and because of the disruption to schooling and

7    education during the first intifada, many young women didn't

8    get the opportunity to complete their education or, you know,

9    left school without strong literacy skills.  So Mujama set up

10   programs for, to increase literacy rates amongst girls and

11   young women.  So, there were literacy programs for women and

12   then, there were after-school mentoring and literacy homework

13   help programs for young women and young girls as well.

14         And they did school bag projects.  They had a

15   women's department.  They were focused very much on helping

16   women manage the household budget, manage the home.  Health

17   projects.  Again, just basic hygiene and health within the

18   home and within the family, so the rates of childhood illness

19   could maybe be prevented.  These were the kinds of things that

20   The Society was doing.

21         They also, in particular periods after, there had

22   been a number of Israeli operations into Gaza during this

23   period.  They provide emergency food assistance or emergency

24   breakfast perhaps for those who have been affected.

25   Q    Now, did you apply your research criteria to determine

1  whether or not Mujama al-Islamiya or The Islamic Center of

2  Gaza was controlled or perceived to be controlled by Hamas

3  during the 2000 to 2004 time frame?

4  A    Yes, I did.

5  Q    And what conclusion did you reach?

6  A    It was my conclusion that it wasn't controlled by Hamas

7  and, nor did the community perceive it as controlled by Hamas.

8  Q    If we could see the next slide please, Sean, 61.

9         Talk through some of the criteria that you

10 considered in reaching that conclusion, Professor.

11 A    Well, here; things like the mission objectives and aims,

12 which were unchanged since it had been founded.  I didn't see

13 any, as I say, I didn't see any political materials on

14 display.  It was obviously, it was working with international

15 aid providers, it had been cleared for those kinds of aid

16 partnerships.  Save the Children is a global international

17 charity.

18        I knew that it had separate and publicly recognized

19 addresses and branches.  I didn't find any evidence of Israeli

20 raids of the premises of The Society during this period and it

21 worked in partnership with local officials of the Palestinian

22 Authority.  In particular, the Ministry of Social Affairs

23 during this period.

24 Q    Now, before we leave Mujama, Professor, I wanted to show

25 you a slide.

1          Could we see 62, Sean, please.

2          This was a slide that Mr. Spitzen showed us.

3          MR. OSEN:  Objection, Your Honor.  Side-bar?

4          THE COURT:  Okay.

5          (Side-bar conference held on the record out of the

6     hearing of the jury.)

7

8          (Side-bar.)

9          MR. OSEN:  If he's going to show a slide and

10    represent it as Mr. Spitzen's, he should show the entire

11    slide, which contains the upper portion of the document which

12    shows the image of Sheikh Ahmad Yassin on the both sides of

13    the document.

14          THE COURT:  So, in other words, it's a folded

15    document and he is only showing the right half.

16          MR. OSEN:  They cut half of it, the top half of it

17    off of the slide.

18          We can bring it up if you want me to show it,

19    Your Honor.  I can provide it to you.

20          THE COURT:  Well, does the idea that it's

21    misleading --

22          MR. OSEN:  He represented it as the slide of

23    Mr. Spitzen, but he actually edited the slide and removed

24    the...

25          THE COURT:  All right.

1      MR. INGERMAN:  I'll fix it right now.

2      THE COURT:  Okay.

3      (Side-bar end.)

4

5      (In open court.)

6      MR. INGERMAN:  Thank you.

7      May I proceed, Your Honor?

8      THE COURT:  You may.

9      MR. INGERMAN:  Put slides back up.

10  Q    Professor Milton-Edwards, do you recall Mr. Spitzen

11  showed us this slide it had a top half that had a picture of

12  Sheikh Yassin on it?

13      Do you recall that?

14  A    Yes, I do.

15  Q    And this was the second page of it that listed the

16  members?

17      MR. OSEN:  Objection, Your Honor.

18  Q    Of Mujama?

19      THE COURT:  Are you going to show the top part of

20  the slide?

21      MR. INGERMAN:  I don't have that.

22      THE COURT:  No, you said you would do that at

23  side-bar.

24      MR. INGERMAN:  May we come back, Your Honor?

25      THE COURT:  Yes, you may.

1        (Side-bar conference held on the record out of the

2   hearing of the jury.)

3

4        (Side-bar.)

5        THE COURT:  You said, I'll fix that right now.

6        MR. INGERMAN:  I meant through her testimony to

7   identify to the jury.

8        THE COURT:  That was unclear.

9        If you are going to use the slide, use the whole

10  slide.

11       MR. OSEN:  Here it is, Your Honor.  Showing half of

12  the slide.

13       THE COURT:  Okay, show the whole slide.

14       MR. INGERMAN:  Okay.

15       (Side-bar end.)

16

17       (In open court.)

18       MR. INGERMAN:  Give us a minute, please, Your Honor.

19       THE COURT:  Okay.

20       MR. INGERMAN:  Thank you.

21       (Pause in the proceedings.)

22  (CONTINUING)

23  Q    Okay.  So here's the slide that Mr. Spitzen put up for

24  Mujama, which is The Islamic Center Gaza.  At the top it had a

25  picture of Sheikh Yassin, like I said; right?

 1  A    Yes, I see it.

 2  Q    And then at the bottom listed the administrative council

 3  of Mujama during the 2003-2006 time period.

 4        Do you see that?

 5  A    Yes, I do.

 6  Q    Is Sheikh Yassin listed as a member of the administration

 7  council for Mujama in the 2003-2006 time period?

 8  A    No, he is not listed on here.

 9  Q    Do you recognize any of the names listed as the

10  administration council for Mujama, The Islamic Center, from

11  2003 to 2006 as being affiliated or members of Hamas in any

12  way?

13  A    Well, I mean it's very blurred here on this screen.

14  Maybe it's easier to -- but I don't recognize any Hamas,

15  famous Hamas people from this list.

16  Q    Professor, could you just speak into the microphone?

17  A    Sorry, beg pardon.  It's very blurry, but I don't

18  recognize any famous Hamas names from this list.

19  Q    Okay.  Let's go to the next Gaza charitable organization.

20  It's Al Jamiya Al Islamiya.

21        Are you familiar with that charitable organization?

22  A    Yes, it's -- in English it's called The Islamic Society.

23  Q    So another word for this would be The Islamic Society.

24        And Mujama is The Islamic Center; is that right?

25  A    That's right, yes, it can be a bit confusing.

1   Q    Okay.  And if we could see the next slide, Sean.

2        Tell us where Al Jamiya Al Islamiya or The Islamic

3   Society was located in Gaza?

4   A    In the Gaza Strip.  The Society had about nine branches

5   offering services and here we see -- which is different from

6   Mujama which I was just talking about.  Here we see that The

7   Society is offering services to Palestinian residents right

8   throughout the Gaza Strip from the town of Bayt Hanun in the

9   north through to I mentioned the big refugee camps in Gaza,

10  Jabalia and again Shatti refugee camps.  Shatti means beach,

11  so this is literally a refugee camp that sprawls onto the

12  beach, unlike any beach that we could imagine.  And then it

13  went through, it was located in small villages.  Qarara is a

14  small village.  Bani Suhaila is a small village.  And then,

15  right down to the south to the town of Rafah and again there's

16  a town and then a huge, in fact, I think there's about two or

17  three refugee camps in Rafah.

18  Q    Sean, could we see slide 66.

19       Could you tell us, first of all, did each of the

20  branches that you just identified, I think there were nine of

21  them up there, did each of them have their own Board of

22  Directors?

23  A    Yes, they had their own Board of Directors.

24  Q    And how many directors on each of the Boards for each of

25  the branchs?

1    A     Again, as was the usual practice because of licensing

2    regulations, I mean all of these societies because they were

3    licensed, they were legally obliged to have Board of Directors

4    in their branches and they were legally obliged to have around

5    11 to 12 members.  In this case again, they were all men.

6    Q     And so, how many total Board members Al Jamiya or The

7    Islamic Society?

8    A     I can't -- 108, I think.

9    Q     All right.  Now, you visited Al Jamiya Al Islamiya or The

10   Islamic Society during the 2000-2004 time period; is that

11   correct?

12   A     Yes, that's correct.  Again, like many of the others I

13   visited it both before that period, during that period and

14   subsequent to that period.  During that period I believe that

15   while I made those visits I did so with British Government aid

16   and diplomatic officials, some of those visits I was

17   accompanied by those officials.

18   Q     And in any of your visits to Al Jamiya Al Islamiya during

19   the 2000-2004 time period, did you ever observe any Hamas

20   paraphernalia, propaganda, martyr posters, symbolisms,

21   anything like that?

22   A     No, not that I recall and indeed I think if I with people

23   on those occasions when I was with British officials and

24   diplomats, if we had have done, we would have cut our meeting

25   very short.

1  Q     Now, were you familiar with the charitable activities off

2  Al Jamiya Al Islamiya?

3  A     Yes, I was.

4  Q     Can we have slide 67, Sean.

5         Walk us through some of those.

6  A     Well, they, I mean they've been founded in the 1970s

7  around 1976, so here's a society that for 35 years had been

8  giving aid to the community, charity to the community to those

9  who had real need, to those who needed assistance, orphans,

10  they ran an orphan sponsorship program, local clinics offering

11  free and subsidized health treatments, eye clinics.

12         There's an awful lot of eye disease in the

13  Palestinian territories so a number of local charities and

14  international charities such as the mission of St. John

15  actually provide ophthalmic hospitals and ophthalmic services

16  to deal with common eye complaints and cataracts and eye

17  diseases.  So they ran an eye clinic for preschoolers and

18  elementary-age children.

19         Also, The Islamic Society, although in Palestinian

20  society like an awful lot of sort of traditional and third

21  world countries, families do look after the elderly.  They

22  mostly, the elderly are part of the family structure, they're

23  not away from the family, but they did offer where it was

24  needed some help to the elderly, the needy elderly of

25  communities in Gaza.

1        They ran sporting clubs and activities, like

2   ping-pong clubs.  Is it called ping-pong here?

3   Q    Yes.

4   A    Yes.  Or whiff-whaff as Boris Johnson the mayor of London

5   called it.  And obviously, they provided in-kind aid, clothing

6   for children for the end of Ramadan festival.  It's a bit like

7   Christmas so Christmas we buy new clothes -- well, I buy new

8   clothes for my children at Christmas and it's a tradition in

9   Islam that at the end of Ramadan, this festival, children get

10  a really fantastic new outfit, a pretty party dress, boys get

11  a suit and tie.

12       So, those are the kinds of charities that the

13  Islamic Society was engaged in.  They ran kindergartens as

14  well throughout the Gaza Strip for preschool children because

15  the authorities there, the Palestinian Authority and Israel

16  before it, weren't providing any preschool provision so again,

17  they were filling a gap there.  Neither Israel, nor the

18  Palestinian Authority, you know, made provision for preschool

19  education, preschooler activities or kindergartens.

20       The kindergartens are important because they are

21  that space is in a really, really, really densely populated

22  poor third world conditions, so a space where children get to

23  play.  There is space where there might be equipment for

24  children to play such as a see-saw or a couple of swings or

25  slide.

1   Q     Did you apply your research criteria to determine whether

2   or not Al Jamiya Al Islamiya or the Islamic society was

3   controlled or perceived to be controlled by Hamas during the

4   2000-2004 time period?

5   A     Yes, I did.

6   Q     And what conclusion did you reach?

7   A     I reached the conclusion that they weren't controlled by

8   Hamas, nor did the Palestinians perceive them as being

9   controlled by Hamas.

10  Q     If we could take a look at slide 68, Sean.

11        Could you walk us through, Professor, some of the

12  criteria you applied to reach that conclusion.

13  A     Yes.  The Society had been vetted and cleared by USAID.

14  It hadn't, like all the other societies, hadn't at any point

15  in time during this period been designated by the U.S. or the

16  EU or by the U.K. Government.

17        As I said to you, I was there on some of my trips to

18  The Society during this period with U.K. diplomatic and

19  development officials.  We were engaged in a mission from the

20  department for international aid and development from the U.K.

21  Government to help provide emergency support and assistance in

22  the wake of some of these military actions in Gaza and to help

23  with the victims of those actions.

24        The mission's aims and objectives, as I said, have

25  been operating for 35 years.  The mission's aims, the aims of

1    The Society which was as good Muslims to meet the needs of the
2    poor without discrimination.  They were maintained throughout
3    this period.  It wasn't like The Society was changing its
4    activities, was advertising through its brochures that it had
5    changed its activities, it was still doing the same things it
6    had been doing for 35 years during this period.
7            Again, I didn't find evidence of Israeli raids
8    during this period on The Society, on The Society offices or
9    any of its branches and certainly, Palestinian officials that
10   I was dealing with on a very regular basis during this period
11   gave me no indication whatsoever, even though I mean, I never,
12   I never hid the fact that I was visiting such societies
13   because often in the same day I could be going from a meeting
14   with, you know, at or visiting one of the branches as part of
15   our activities in the morning and then in the afternoon, we
16   might be going to the offices of the head of security,
17   preventive security Mohammed Dahlan or we might be going to
18   general intelligence services there and meeting with them and,
19   you know, I never hid.  I always disclosed where I'd been,
20   people knew where I was going and what I was doing.
21   Palestinian officials knew what I was doing and I would expect
22   that Israel, too, also knew what I was doing on these
23   activities and missions.
24   Q    Now, you mentioned before we leave Al Jamiya Al Islamiya,
25   you mentioned when you were discussing the charitable work

1  that that society does, you mentioned kindergartens?

2  A    Yes.

3  Q    The jury in this case has seen a video that the

4  plaintiffs claim is a kindergarten graduation ceremony of

5  sorts at Al Jamiya Al Islamiya where the children, one of the

6  children is dressed up as Sheikh Yassin.

7           Have you seen that video?

8  A    Yes, I have seen that.  I think I was shown the, I think

9  I was shown the video in one of my depositions.  I think

10 that's where I recall, sorry, I beg your pardon, I think

11 that's where I recall seeing it.

12 Q    And how did that factor into your analysis as to whether

13 the Islamic Society Al Jamiya Al Islamiya was controlled or

14 perceived to be controlled by Hamas during the 2000-2004 time

15 period?

16 A    That video, I mean, that video is very shocking.  It's

17 not anything that I've seen in my times when I visited these

18 types of societies and this society.  I've attended

19 kindergarten graduation ceremonies.  They have been ceremonies

20 where the children are dressed up in, you know, mini-gowns, a

21 little bit like the Judge is wearing here and their graduation

22 caps and it's a celebration of achievement in maybe basic

23 numeracy or being able to sing some nursery rhymes and nursery

24 songs.  Parents and families are there.

25           I never in all of my experience during that period

1    ever saw anything like that video clip.  Never.  I never saw

2    anything like that.

3    Q    In your review of that video clip, did you observe

4    affiliations other than Sheikh Yassin?

5    A    Yes.  I mean, I mean, what was noticeable about that was

6    the they appeared to be -- children also appeared to be

7    dressed up as a Hezbollah leader.  Hezbollah is a Lebanese --

8    I'm sorry Lebanon's a completely different country to the

9    Palestinian territories.  He was dressed up as a well-known

10   Lebanese Hezbollah leader and I mean, you know, does that mean

11   that Hezbollah are controlling these charities?  I mean, I

12   didn't know in particular what that was about.

13   Q    Now, in your book, the Hamas book that you've written?

14   A    Yes.

15   Q    By the way, when was the Hamas book published?

16   A    It was published in 2010.

17   Q    And in that book you write about Al Jamiya Al Islamiya

18   The Islamic Society, don't you?

19   A    Yes, that's right.

20   Q    And what is it that you say in your book in 2010?

21   A    If I recall what I said in the book was that what myself

22   and my co-author said in the book was that in 2010 we said

23   that The Society was considered to be part of the wider

24   network of social services provision.  Hamas after 2005 --

25   2006, 2005, as I've described before, you know, came out of

1    the shadows, began to take control of Gaza and by June 2006

2    had taken complete control of Gaza.  So, we talk about it

3    being part of the Social Services network that was evident in

4    the Gaza Strip.

5           We also, I think we quoted from a society manager

6    and we quoted from society beneficiary.  My co-author had been

7    and conducted interviews in the 2002 period.  Obviously, I

8    didn't have those interviews in 2000 to 2004, I hadn't met my

9    co-author until I think it was 2006, I met my co-author, so we

10   had access to those sources then and we then said it was part

11   of this wider Social Services network.

12          So, again, it's this notion of there was always more

13   than one agency, there was always more than one type of

14   charity, you know, giving and meeting these kinds of needs.

15   It's almost as if, you know, the needs grow, they don't

16   diminish.  The funding for these needs from, as I've said, to

17   U.N. organizations was always subject to budget cuts, so it

18   was part of this network, as I call it, of social provisional

19   welfare provision.

20   Q    When you say social services network, you're talking

21   about a Hamas social services network?

22   A    Yes, we were talking about at that point, when we are

23   writing the book, that's what we were talking about.  With

24   hindsight we were looking back and it's what we were talking

25   about.

1    Q    Okay.  Did you look at, at all in your book, published in

2    2010, the issue of whether or not any of these Zakats or

3    charitable organizations were controlled by Hamas during the

4    2000-2004 time period?

5    A    No, we weren't looking at control at all in our book of

6    these charitable organizations.  That wasn't the purpose of

7    the book.

8    Q    Now, notwithstanding the, I think what we all agree is a

9    shocking video of the kindergartners?

10   A    Yeah.

11   Q    Was Al Jamiya Al-Islamiya or The Islamic Society ever

12   designated by the U.S., the UK or the EU?

13   A    No.  Not during the period in question.  And I don't

14   think it's been designated even to the present day by any of

15   these Governments and it continues as it has done for, you

16   know, since 1976, it continues to run exactly the same kinds

17   of services, meets the increasing needs, the undiminishing

18   needs of the poor and needy, the orphaned, you know, health,

19   education and support throughout the Gaza Strip.

20   Q    Let's go to the next one in Gaza, which is the Al Salah

21   Islamic Society.

22             And if we could have slide 71, Sean.

23             Just walk us through how many branches are there and

24   where are they located within the Gaza Strip?

25   A    Al Salah has nine branches throughout Gaza.  Al Salah, in

1    particular, has met the needs gaps or the need for aid

2    provision in what's called the middle areas of Gaza.

3         So, if you look at there's a place there called Dayr

4    al-Balah, which means the place of the palms, so there're

5    about I think there's about six palm trees left in the center

6    of Dayr al-Balah.  So, around this, say it's called the middle

7    area, and in the middle area I think there are about three or

8    four big refugee camps.  So, again there's an awful lot of

9    poverty and dependence on humanitarian aids.

10        So, they have some branches up in Gaza City.  They

11   have their headquarters in Dayr al-Balah and in these refugee

12   camps of Al-Bureij and Al Maghazi up in Gaza City they have

13   branches, including Jabalia refugee camp.  And then again,

14   they have branches in Khan Yunes and down in Rafah in the

15   south.  The refugee camps in the south include a refugee camp

16   that's in Rafah refugee camp and then there's a camp called

17   Brazil refugee camp.  I don't know why it's called Brazil, but

18   it is.

19        There's also a camp that crosses the border with

20   Egypt, so the camp itself is actually split in half by a

21   border.

22   Q    Now, again, are we looking at about 12 Board members per

23   branch?

24   A    Yes, that's correct.  As I've said, the licensing regime,

25   the regulation and the laws that permit these societies to

1  operate and be founded, first by Israel and later by the

2  Palestinian Authority on an annual renewal basis, would have

3  stipulated that you have to have a Board of Members, a Board

4  of Directors for each branch and that that has to have around

5  12 male members.

6          There are women that work in these societies.

7  Q    I'm sorry?

8  A    There are women that work in all of these societies.

9  Where these societies provide social services and humanitarian

10  aid, you will find women in the kindergartens.  You will find,

11  you could even find in some cases in these societies the

12  majority of employees are women.  So in this society, there

13  were more than a hundred employees and the majority of them, I

14  would have estimated would have -- during this period would

15  have been women.

16  Q    And so again, 12 times nine gives us about 108 Board

17  members for Al Salah?

18  A    Yes, that's correct.

19  Q    And you visited Al Salah during the relevant time period,

20  Professor?

21  A    Yes, I did.

22  Q    And during any of your visits there, did you ever observe

23  any type of Hamas paraphernalia, propaganda, posters, symbols,

24  anything like that at Al Salah?

25  A    No, sorry I was just looking back at the map to remind

                         VB      OCR      CRR

1   myself of the facilities that I visited.

2          No, I mean, in particular I remember visits to the

3   branch in Dayr al-Balah that it was somewhat of an oasis of

4   calm and peace amidst all the conflict, chaos and destruction.

5          The Society that, the branch of The Society in Dayr

6   al-Balah, which is also where the headquarters were located,

7   were off the main road.  So, you came down and alleyway quite

8   distinct from everything else around the building, you know,

9   it didn't have posters or advertising hoardings or trash all

10  around it or dirt all around it.  They were well-kept premises

11  and as part of the branch there, there was a kindergarten with

12  little sort of sanded play area, pictures of sort of Mickey

13  Mouse on the wall and stars and sunshine pictures and flowers.

14  And in the building, in the offices of the building I never

15  saw Hamas posters.

16         I do recall seeing posters, I recall seeing posters

17  of Al-Aqsa mosque, the big mosque in Jerusalem.  And quite a

18  common peace motif in the Palestinian territories and Israel

19  is the dove, the white dove.  It would be a common icon

20  between Israelis and Palestinians, this dove of peace.  And I

21  remember, I recall, I think that, in Dayr al-Balah the Al

22  Salah headquarters, seeing on the walls a big poster, just of

23  the -- I don't recall seeing any written, but just of that

24  image of the dove.

25         So, you would be stepping out from the sort of chaos

1   of the streets and the conflict and you would be stepping into

2   a place that was really somewhat of an oasis.

3               (Continued on following page.)

BY MR. INGERMAN:

Q    Are you familiar with some of the charitable activities
of the Al-Islah during the 2000-2004 time period?

A    Yes, I am.

Q    Walk us through a few of those.

A    Yes.  I mean, I've already spoken about the kindergarten.
Again, on one of my visits to the society during this period,
I was with UK Development officials, and the UK at that point,
I think along with USAID with -- and ANERA were involved in --
really, I think it was quite a pioneering program of support
to children, sort of psychological rehabilitation program for
children with those orphans who have been traumatized by the
conflict.

        There's minimal by way of psychological provision,
mental health provision in the Gaza Strip, even for ordinary
issues as they relate to mental health problems.  There's only
one mental health charity or society in Gaza, the Gaza mental
health project.  Otherwise, that's it.  There's no Palestinian
-- I think there's some very, very basic psychiatric provision
by the Palestinian Authority, but that provision is located up
near Bethlehem in the West Bank, I mean, these types of
activities.  And they were involved in preschool programs.
Al-Islah may also have been linked in with the ANERA program
for preschool support, the milk program that I told you about
with Nablus, the Nablus Zakat Committee.

1  Q     What is ANERA, again?

2  A     ANERA is an American aid agency, USAID approved.

3            Also, what they did, what Al-Islah did was, they did

4  a water de-salinization project.  Gaza is very, very dry.

5  There's not much by way of drinkable water.  Most water is

6  very brackish in taste.  So, they had, again, they had tried

7  to inaugurate, and in fact had inaugurated, a water

8  de-salinization program, I think that's the term.  I'm not a

9  hydrologist.  Again, they worked with the Ministry of Social

10  Affairs and they worked with the Palestinian Ministry of

11  Education on the new school year and school bag projects and

12  those kinds of things.

13  Q     Did you apply your research criteria to determine whether

14  or not the Al-Islah Islamic Society was controlled or

15  perceived to be controlled by Hamas during the 2000-2004 time

16  period?

17  A     Yes, I did.  I determined that they were not controlled

18  by Hamas, and nor were they perceived to be controlled by

19  Hamas.

20  Q     Can we see slide 74, please.

21            You have a lot of criteria considered on slide 73.

22  Tell us about some of them, please.

23  A     I have spoken about most of those criteria.  The

24  International Aid Partners.  They were not designated.  Had

25  they been designated, they wouldn't have been working with

1  International Aid Partners.  They were not designated by the

2  United States of America during this period.  They were not

3  designated by the EU.  They were not designated by the United

4  Kingdom.

5          I visited the headquarters and the facilities and

6  projects.  I visited kindergarten classes.  These were

7  unannounced visits.  So, you know, we were walking in, we were

8  seeing the children, and they had like little uniforms on.

9  They were being taught or supervised by women.  They had women

10 teachers.  I could go in any room I wanted to go into to say I

11 was seeing nothing more than I would have expected to see in a

12 kindergarten back home in the UK:  Mickey Mouse and stars and

13 moons and flowers.

14         So, I didn't see any evidence of that, that it was,

15 you know, that it was politically controlled by Hamas, or any

16 other faction, actually.

17 Q    Now, were you aware that the Palestinian Authority, at

18 some point in time during the relevant time period, actually

19 froze the accounts of the Al-Islah Islamic Society?

20 A    Yes.  In -- was that 2003, in August 2003?

21 Q    I believe so.

22 A    Right.  So, I know I'm not -- I beg your pardon?

23 Q    How did that factor into your analysis?

24 A    Obviously, I took it into consideration.  They had

25 frozen, the Palestinian Authority had informed the PMA, the

1   Palestinian Monetary Authority, to freeze the accounts.  The

2   accounts were unfrozen less than three months later.

3   Obviously, they were communicating to the public and to the

4   banks that they had their suspicions.  One presumes that the

5   public would have been reassured, if three months later these

6   freezes had been lifted.

7   Q    Now, you mentioned in your criteria that the Al-Islah

8   Islamic Society was not designated by the US and EU or the UK

9   during the relevant time period.  Are you aware that Al-Islah

10  was eventually designated by the United States?

11  A    Yes.  I'm aware that in 2007, I think it was after Hamas

12  took control of the Gaza Strip, it must have been after June

13  2007, that the U.S. Government designated the society, and

14  that the EU and the UK hasn't designated the society, to my

15  knowledge.

16  Q    Let me ask you about that.  You mentioned Hamas taking

17  control of Gaza in the 2006 time period; is that right?

18  A    Yes, that's correct.

19  Q    What impact, if any, did that have on the Zakats in the

20  Gaza Strip after 2006?

21  A    Well, what happened from 2006 onward, not just for the

22  Zakat Committees but for every association and society,

23  irrespective of whether they were politically affiliated or

24  not politically affiliated, whether they were a Christian,

25  charitable association or Muslim charitable association, is

1  that by coming under Hamas rule, they came under the authority

2  of the Hamas rule, and Hamas have, over the years, as we

3  describe in our book, engaged in a sort of process of sort of

4  Hamasification or we called the Hamastan.

5        They were able to take over increasing control of

6  some of these societies or to affect the activities of some of

7  these societies.  Some, for example, we were talking about

8  orphan provision in Gaza.  The Nuns of Mother Teresa, the

9  order of the Nuns of Mother Teresa, run a very small orphan

10 assistance project in Gaza City, and in particular, they look

11 after orphan children with severe disabilities or -- both

12 physical and mental.  So, they would have been subject to the

13 same kinds of restrictions or impact of this takeover after

14 the period of a near civil war between the Palestinian

15 Authority and Hamas in Gaza.  So, that period from 2005 to

16 2007 was, again, one of intensive conflict in Gaza, in

17 addition to the wider conflict between Israel and the

18 Palestinians taking place.  So, there was an awful lot of

19 bloodshed and disruption.

20 Q    Slide 77.

21

22       You'll be pleased to know, as I'm sure the jury will

23 be, that we are on the last one, which is Al-Nur.  And, first

24 of all, have you visited the Al-Nur Prisoner Society.

25 A    Yes, I have.

1    Q    Can you tell us where it is?

2    A    Yes.  Al-Nur is just located in Gaza City, and it doesn't

3    have branches anywhere else in Gaza.

4    Q    Can we see the next slide.

5          Can you tell us a little bit about Al-Nur Prisoner

6    Society.

7    A    Yes, the society was founded in 2000.  So, it took its

8    license from the Palestinian-controlled society in Gaza.

9    Particularly from the Ministry of Interior.  It was subject to

10   Palestinian law and governmental association law, and had a

11   management committee of twelve members.

12         The organization Al-Nur was for prisoners and

13   detainees, because in addition to a large number of

14   Palestinians, mostly men, being imprisoned by Israel,

15   significant large numbers of Palestinians, mostly men, were

16   detained for periods of time but not necessarily charged.  So,

17   there are regions of what are called administrative detention,

18   which Israel can use for three to six months, and they can

19   extend again for another six months.  So, I think around one

20   in ten Palestinians at some point or another have been

21   prisoners.  So this is an organization.

22         There are other organizations in the West Bank, the

23   Prisoners Club, for example, up in Ramallah, that engage in

24   advocacy and support for prisoners, detainees and also for

25   their families, as well, because, again, it's about loss, --

1    somebody who is usually a breadwinner, and the only

2    breadwinner for a very large family.

3    Q    You visited the Al-Nur Prisoner Society in 2003; is that

4    right?

5    A    Yes, that's correct, and subsequently.

6    Q    And during your visits to the Al-Nur Prisoner Society,

7    did you ever observe any type of Hamas propaganda,

8    paraphernalia, martyr posters, symbols, anything like that?

9    A    No.  The offices of the society, unlike many of the other

10   societies or Zakat Committees that we have been talking about

11   today and on Monday, they aren't located on a very busy Main

12   Street or anything like that.  They were located in a

13   neighborhood of Gaza.  I think it was the Ramallah

14   neighborhood or maybe it was Zeitoun neighborhood.

15           And there was an entrance to the building where the

16   offices were located.  It was not anything by way of major

17   signage.  As you went up to the floor where the office of the

18   society was located, there was signage outside the door that

19   said that it was the Prisoner Association.

20           I'm sorry.  I have forgotten what question you asked

21   me.  I'm rambling.

22   Q    It's getting late in the morning?

23           Did you ever observe any Hamas posters, propaganda,

24   anything like that during your visits to the Al-Nur Prisoner

25   Society during the relevant time period.

1   A    No.  Again, inside the site, I never saw things that

2   would have been affiliated with Hamas.  I would have seen

3   things that would be affiliated with some icons of prisoners

4   and sort of prisoner rights, sort of the chains -- I remember

5   somebody showing me an olive wood carving some prisoners had

6   made, of sort of hands chained together, and this would be a

7   common symbol for all Palestinians, this sort of notion of

8   specifically of incarceration, more generally of symbolic

9   incarceration to Israel, the sort of black and white keffiyeh.

10  Q    What's a keffiyeh?

11  A    The keffiyeh is -- I don't know what it's called here.

12  Mesh myrtle.  They were a very popular fashion item, the black

13  and white thing.  I'm looking around for somebody to help me

14  in America.

15  Q    It's a piece of clothing?

16  A    Yes.  It's like a scarf, and it's in black and white, and

17  it would be considered to be generally a Palestinian symbol.

18  They were a real fashion item.  You could buy them in H&M a

19  couple of years ago.  Yes, somebody knows what I am talking

20  about.  That kind of thing, and sort of barbed-wire type

21  things.  I did in particular, in those offices, see those

22  kinds of things.

23  Q    But nothing related to Hamas?

24  A    Not Hamas posters.  I didn't see Hamas stickers.  I

25  didn't see anything that made me think, Oh, this is Hamas.

1   But what I am saying is, I did see things that were political

2   as to prisoners and the prisoner issue.

3   Q    Okay?

4         You mentioned the charitable works.  We're going to

5   skip that slide.

6         Did you apply your research criteria to determine

7   whether or not the Al-Nur Prisoner Society was controlled by

8   or perceived to be controlled by Hamas.

9   A    Yes, I did.

10  Q    What conclusion did you reach?

11  A    I reached the conclusion that it wasn't controlled by

12  Hamas, nor was it perceived to be controlled by Hamas.

13  Q    Slide 80 identifies the criteria that you used.

14        Could you highlight a few of them.

15  A    Yes.  Again, it was never designated and has never been

16  designated by the U.S. Government or the -- there are

17  twenty-eight member states in the European Union besides the

18  UK.  I didn't find any evidence of Israel raids during this

19  period.  And the particular activities that the society was

20  undertaking, advocacy issues that the society was undertaking,

21  required them to work closely with other prisoner

22  organizations, with the Palestinian Authority, and also with

23  local community representatives and business people.

24        So, for example, one of the activities that the

25  society tried to do was to help ex-detainees find work again,

1   and so they would encourage the local Chamber of Commerce and
2   the Palestinian Authority to help facilitate links with
3   potential employers or to alert detainees to USAID-sponsored
4   work, perhaps back-to-work programs.  Those kinds of things.
5   And also liaisoning with international agencies like the
6   International Red Cross, so that the families of prisoners
7   could make the trip from Gaza to Israel to visit their loved
8   ones in prison.
9           For example, the children of prisoners could,
10  through the society working with the International Committee
11  of the Red Cross and the Israel prison authorities, they could
12  have occasional visits to see their fathers, their absent
13  fathers.
14  Q    Now, let me ask a question, professor.  I'm going to use
15  this board here as a chart board for a minute.  We talked
16  about the various eleven Zakats and charitable committees and
17  the various branches and board of directors.  Were you able to
18  tally up the total number of directors for the eleven Zakats
19  and charitable organizations that you looked at in this case?
20  A    So, yes, I did do a tally.  It's not an exact, accurate
21  tally.  Going on the number of branches and the number of
22  board members that these branches were, through law, were
23  licensed and/or mandated to have, I reached a total of 645.
24  Q    Okay.  645 total directors for the eleven Zakats?
25  A    I'm sorry.  That's directors.  And we're talking about up

1    to, with these eleven societies and charities, up to a
2    thousand employees.
3    Q    Okay.  Say employees.  This is how we used to do it
4    before the TV's and the slides, by the way.
5    A    Again, my point about the employees would be that I would
6    suspect at least forty percent of those employees would be --
7    between twenty and forty percent of those employees would be
8    women.
9    Q    Okay.  Were you able to tally up the total number of
10   alleged Hamas leaders or members that Mr. Spitzen said were
11   affiliated in some way with the eleven Zakats and charitable
12   organizations?
13   A    I think he identified -- I think it was forty-one
14   individuals who were either members of the boards, employees,
15   or were like the wife of somebody or the brother of somebody
16   who was an employee or a member of the board.  So, that's the
17   forty-one, the wives, brothers and others.
18   Q    Do you know what percentage, even assuming Mr. Spitzen is
19   right about all forty-one, what percentage of the total number
20   of 645 directors that would be?
21   A    I think that's about six percent.
22   Q    What role did the fact that Mr. Spitzen, even if he's
23   right about all forty-one, only identified about six percent
24   of the total directors of the Zakats and charitable
25   organizations that were allegedly affiliated with Hamas?

1  A     Sorry.  You walked away.  So, you were saying, and the

2  court reporter said that, as well.

3  Q     He already told me?

4        What role or what significance to you, when you were

5  considering control, did the fact that Mr. Spitzen, even if

6  he's right about the forty-one, only identified six percent of

7  the total directors who were allegedly affiliated with Hamas.

8  A     I mean, even if you're talking strictly mathematically,

9  and if you include every one of those forty-one, even though

10 not every one of those was in charge or in control of these

11 organizations through the criteria that I employed, six

12 percent can't indicate mathematically control of any of these

13 charities or Zakat Committees, as to that criteria.

14 Q     The last thing I want to ask you about, and then I

15 predict the judge will give us all a break, is, did you

16 prepare a slide that summarized the evidence that you have

17 provided to the ladies and gentlemen of the jury about these

18 eleven Zakats?

19 A     Yes, I did.

20 Q     May we see the last slide, please.

21       Is this that chart?

22 A     Yes, that's the chart.

23 Q     And you don't have to take us through every checkmark,

24 but just down the left-hand side are the eleven Zakats and

25 charitable organizations; is that right?

1   A    Yes, that's correct.

2   Q    And along the top, tell us what's along the top of the

3   chart.

4   A    Along the top part are the criteria, you know, that they

5   were licensed and regulated, that they gave aid without any

6   discrimination, that they were cleared by USAID, that they

7   didn't publicly identify with Hamas, they didn't disseminate

8   material, and they were not designated.

9          And I visited them, got to see them with my own

10  eyes, and that I had looked at their activities, where they

11  were located, what they were doing in the community, who in

12  the community they were claiming to represent, who these

13  boards of directors were as individuals, and who they were in

14  terms of the community that they were serving, Palestinians

15  for Palestinians.

16  Q    And there are not checkmarks for Ramallah and Al-Islah

17  under the "Did not display Hamas materials and visited."  Why

18  is that?

19  A    Because, well, obviously, I couldn't see if they

20  displayed materials, because I didn't visit them.

21          MR. INGERMAN:  Your Honor, we would mark this as

22  Defendant's Exhibit 161, and move it in as a 1006.

23          MR. OSEN:  Objection, your Honor.

24          THE COURT:  All right.

25          Is that the end of your examination?

1        MR. INGERMAN:  One last question.

2        THE COURT:  Go ahead.

3        I'm reserving on that.

4   Q    Professor Milton-Edwards, does Defense Exhibit 1618, the

5   summary chart, does that summarize the evidence that you have

6   presented to conclude that all eleven of the Zakats and

7   charitable committees were not controlled by and not perceived

8   to be controlled by Hamas during the relevant time period of

9   2000 to 2004?

10  A    That's not inclusive of all the evidence, but it does

11  represent the majority of the evidence that I considered.  But

12  it's not exclusive of other factors and criteria that I looked

13  at.

14  Q    Thank you.

15       MR. INGERMAN:  I have no further questions, your

16  Honor.

17       THE COURT:  All right.  Ladies and gentlemen, we'll

18  take our morning break.  Again, don't talk about the case.

19       We'll see you in fifteen minutes.

20       (Jury excused.)

21       THE COURT:  All right.  Be seated.

22       You may step down.

23       MR. INGERMAN:  Your Honor, I made one mistake.  It's

24  actually Defendant's Exhibit 1720.

25       THE COURT:  Okay.  I want to look at this some more,

1   and I understand the defendant's position, that since we let

2   in the Shaked chart, we should let in this chart.

3           My initial take on it, those are very different

4   charts.  The Rule allows a summary of data or writings.

5           And if you look at the Shaked chart, you have

6   various documents of conviction which are noted.  You have

7   official claims of responsibility, which are either oral or

8   written, usually written, which are noted.  You have wills,

9   video'd wills, which are voluminous documents.  You have ISA

10  reports, which are even more voluminous documents.  You have

11  other government reports which are also voluminous documents,

12  and you've got memoranda which are even more voluminous

13  documents.

14          The interviews column is not a summary of data.

15  That's something he did, and I'm going to direct the

16  plaintiffs to take that column out of their chart.

17          Now, with regard to this witness's chart, it's very

18  different.  Rather than summarizing documents or data or

19  writings, it summarizes her opinions, other than the licensed

20  and regulated column, which conceivably is voluminous

21  writings.  But whether they gave aid to all, well, that's the

22  basis of her opinion.  Whether they are cleared by USAID,

23  that's the basis of her opinion.  Did not publicly identify

24  with Hamas, that's her own perception and conclusion.  Did not

25  display Hamas materials is the same.  And "Not designated" is

1  not a summary of any writings, and "Visited" is the equivalent

2  of Shaked's interview column.  So, I'm not really seeing this

3  as the same thing under 1006.

4          MR. INGERMAN:  Your Honor, I think under 1006, her

5  perceptions and visits and so forth would constitute data.

6          THE COURT:  Really.

7          MR. OSEN:  Let me make one other point with respect

8  to Mr. Shaked's chart.  For the wills, and he was just asked,

9  Did you see a will, were you aware of Mourners' Tents?

10          THE COURT:  I recall seeing some.

11          MR. INGERMAN:  There were some that he just asked

12  him, and they didn't show him a document.

13          MR. OSEN:  The idea of the chart is so that the jury

14  has it handily, so they don't have to look at this stuff, and

15  if he says, I saw a will and the will was never presented to

16  him, when he described Mourners' Tents, no documents were

17  introduced.

18          THE COURT:  Where is that in his chart?

19          MR. INGERMAN:  I don't have his chart in front of

20  me.

21          THE COURT:  I do.  I don't think that's on it.

22          MR. OSEN:  Your Honor, to the best of our

23  knowledge --

24          MR. INGERMAN:  May I finish?

25          THE COURT:  Sure.

1          MR. INGERMAN:  With respect to this chart, "Licensed

2     and regulated," as you pointed out, is documents.

3          MR. OSEN:  Not in evidence.

4          MR. INGERMAN:  Excuse me.  Excuse me.

5          MR. OSEN:  All right.

6          MR. INGERMAN:  "Cleared by USAID" are documents that

7     she relied on.

8          "Not designated," OFAC, EU and the UK.  We could put

9     in these giant lists that show they are not designated.  That

10    doesn't seem to help with the jury.  It's an attempt to make

11    it easier for the jury to summarize the data that she relied

12    on on the last day of testimony.

13         THE COURT:  I'll give you the first column and the

14    second-to-the-last column.

15         MR. OSEN:  Even the first column, there's no

16    document in evidence in this case.

17         THE COURT:  There's no document in evidence for some

18    of the things that Shaked testified to.

19         MR. OSEN:  I don't believe that's actually correct.

20    You actually made us remove a column for documents which you

21    ruled were not admissible.  So, when we had documents we

22    couldn't admit into evidence, that column was actually removed

23    at your direction.

24         THE COURT:  Right.

25         MR. OSEN:  So, we're perfectly content to have a

1  Shaked summary that accurately reflects the exhibits that are

2  in evidence.  We obviously find it very problematic to have a

3  summary of testimony where there are literally no documents in

4  evidence.

5          THE COURT:  I'm certainly rejecting Mr. Ingerman's

6  perception that her perceptions are data.  They are not.  They

7  are summaries of her testimony.  Whether Shaked's chart,

8  everything that's checked, was actually in evidence, I don't

9  recall, offhand.  But I will ask the parties to work on it.

10          Again, I think we know what the purpose of 1006 is,

11  and since I had no problem showing the jury these charts, even

12  if they are merely a summary of the testimony and not

13  admissible under Rule 1006, it seems to me we can edit the

14  charges as necessary to reflect what's actually in evidence.

15  We should be able to figure that out.

16          Mr. Ingerman, most of the columns on her chart are

17  not.  They are just a summary of her opinion.  Work on the

18  Shaked chart to make sure it's accurate, and if you want in

19  the licensed and regulated --

20          MR. INGERMAN:  And the not designated.

21          THE COURT:  Well, he makes the point that you didn't

22  offer and I wouldn't have received, I don't think, all of the

23  OFAC lists.  Right?  And all of the EU lists?  And all of the

24  UK lists.

25          MR. INGERMAN:  They would have been government

1   reports.  I think those would have come in.

2          THE COURT:  Government reports?

3          MR. INGERMAN:  Sure.

4          MR. OSEN:  Your Honor, we do not dispute that these

5   entities were not designated by the UK.

6          THE COURT:  That's irrelevant at this point.

7          MR. OSEN:  Right.  For purposes of that, I don't

8   think Mr. Ingerman needs to put in the entire OFAC SDN list.

9          THE COURT:  Are you willing to give him the column

10  in his chart?

11         MR. OSEN:  As to that, I have no issue.

12         THE COURT:  So, that column is in.

13         See what else you can work out.  Double-check on

14  Shaked to make sure everything you say is reflected there is

15  actually in evidence.

16         I do recall I took out the far-right column that had

17  something like other evidence.

18         MR. OSEN:  Other government reports, I believe it

19  was, your Honor.

20         THE COURT:  Because they were not in evidence, and I

21  had rejected them from being in evidence.  But I don't recall

22  for sure if everything else was in evidence.  So, check that

23  out, and we will make the two charts conform with Rule 1006.

24         See you in a few minutes.

25         (Recess.)

1    (In open court; jury not present.)

2    THE COURT:  All right.  Let's have the jury, please.

3    (Jury present.)

4    THE COURT:  All right.  Be seated.

5    Cross-examination.

6  CROSS-EXAMINATION

7  BY MR. OSEN:

8  Q    Good morning, professor.

9  A    Good morning, Mr. Osen.

10 Q    Nice to see you again.

11 A    And you, a pleasure as always.

12 Q    I'm going to start with a brief housekeeping matter.  As

13 you said earlier, it's kind of an American obsession to ask

14 about the money experts got paid --

15 A    Yes.

16 Q    -- in the case.  And your lawyers, bank lawyers, told us

17 in June of 2011 that you spent 299 hours working on this case,

18 and had been paid a little bit over a hundred thousand dollars

19 at that time?

20 A    Right.

21 Q    Does that ring a bell?

22 A    No, it doesn't.

23 Q    Is that figure accurate?

24 A    I certainly would not dispute it.

25 Q    Presumably, since 2011, you've issued additional reports

 1  and prepared for your testimony today, so that figure has gone

 2  up a little bit, hasn't it?

 3  A    Yes, it has.   Since 2011, I did one other report.

 4  Q    With that out of the way, I want to go back for a minute

 5  about your book.

 6  A    Yes.

 7          MR. OSEN:  With the Court's permission, your Honor,

 8  I would like to just -- we have a cover of the book that I

 9  would like to display for the jury.

10          THE COURT:   Sure.

11  Q    Rest assured -- I think you were in the courtroom,

12  professor, when Dr. Levitt testified?

13  A    No, I wasn't.

14  Q    Then, you missed.   He was very concerned that -- or, I

15  should say the only thing he was concerned about is that

16  people bought his book, and I can assure you that we have

17  purchased many copies.

18  A    I gift royalties for my books to Save the Children,

19  actually.   Thank you on their behalf.

20  Q    We're saving many children.   Okay?

21          You testified on Monday, did you not, that the armed

22  wing of Hamas, which is called Izz al-Din al-Qassam, was

23  various terror cells that perpetrated various attacks during

24  the Second Intifada; do you recall that.

25  A    Yes, I did.

1  Q    And you gave relatively detailed testimony about how

2  their cells operated in the West Bank and Gaza Strip during

3  that time period?

4  A    I gave an outline, that's correct.

5  Q    Right?

6         And you described that the al-Qassam Brigade

7  committed various terror attacks, including suicide bombings;

8  is that fair.

9  A    That's correct.  They were alleged to have carried out

10 attacks and claimed responsibilities for suicide bomb attacks.

11 Q    On Monday, I don't recall you saying that they alleged or

12 it was alleged.  I believe you testified that the al-Qassam

13 Brigades actually perpetrated a variety of terror attacks.

14        Is that true.

15 A    Yes, that they claimed responsibility for those attacks.

16 Q    In fact, in your book, you wrote about and stated that

17 Hamas perpetrated several of the terror attacks that are at

18 issue in this case; is that true?

19 A    Because I don't know the details of all of the attacks

20 that are at issue in this case, I absolutely, if that's what

21 you are saying, I'm content with that.

22 Q    Well, if you would like, I'm happy to go through the

23 pages of your book in which you describe those various

24 attacks, if that would be helpful to you?

25 A    I know we have described various attacks.  It was in

1   relation to the attacks that are at issue in this case.

2   That's all I was saying.

3   Q    Right.  On page 99 of your book, you say that Hamas

4   perpetrated a series of suicide bombings, and one of the

5   deadliest was on the 1st of June 2001, when a suicide bomber

6   killed twenty-one youths outside a disco in Tel Aviv?

7   A    Okay.  May I have a look at the book?

8   Q    Sure.

9   A    Which page?

10  Q    Page 89?

11        (Pause.)

12  Q    Professor, it's actually on the big screen.

13  A    Sorry.  I have to put my glasses on to look at the

14  screen.

15  Q    As you wish?

16        (Pause.)

17  A    Yes, I see that.

18  Q    And on the same page -- don't put that down -- you also

19  say that Hamas -- sorry -- a similarly deadly Hamas blast

20  killed fifteen people at the Sbarro Pizzeria?

21        MR. INGERMAN:  Your Honor, objection.

22  Q    Do you see that?

23  A    Yes, I do.

24  Q    Let's turn to page 91 of your book.  Here, you describe a

25  double suicide bombing on Jerusalem's Ben Yehuda pedestrian

1    mall, and you describe it as Hamas struck back "killing

2    seventy-three Israelis in December, including a double suicide

3    bombing on the Ben Yehuda pedestrian mall in December,

4    including eleven in a double suicide bombing on Jerusalem's

5    Ben Yehuda pedestrian mall?

6    A    Yes.

7    Q    Let's turn to page 101.

8              Here, in the second -- actually, first full

9    paragraph, you talk about Hamas penetrated to win a few yards

10   of the Israel's perimeter office in Jerusalem when a suicide

11   bomber with dyed blond hair and wearing a heavy coat walked

12   into the Fashionable Moment Cafe in Asa Street and killed

13   eleven Israelis."

14             Do you see that?

15   A    Yes, I do.

16   Q    Okay.  Page 102:  If we can start at the top of the page,

17   please?

18             Here you wrote, "Hamas upstaged the event" -- this

19   is referring to the page before, which was the Arab League

20   Summit --  "by killing thirty Jewish celebrants at a Passover

21   dinner in the seaside town of Netanya."

22             Do you see that?

23   A    Yes, I do.

24   Q    Let's turn to page 165 of your book.  At the top, it

25   discusses a suicide bombing that was committed by Hamas in

1    August of 2003, and which then, according to your book, led

2    then-President Bush to designate several Hamas leaders -- you

3    write "six Hamas leaders and five Hamas-related charities as

4    specially designated global terrorists."

5            Do you see that?

6            (Pause.)

7    A    Yes, I do.

8    Q    Okay.  One last one?

9            On page 313, of your book you write about the June

10   11, 2003 suicide bombing on a bus in Jerusalem's Jaffa Road.

11   A    Yes, I see that.

12   Q    It will come up in a moment.  You have the chronology

13   which you prepared as part of your book to give a context to

14   the events you were describing; correct?

15   A    That's correct.

16   Q    And for the entry on page 313 -- I'll read it for the

17   record.  Next to the June 11, 2003 entry, you

18   wrote, "Seventeen people killed in a Hamas suicide bombing on

19   a bus on Jerusalem's Jaffa Road"; right?

20   A    Yes, that's correct.

21   Q    Okay?

22           For the witness only, can you put up that slide now,

23   professor?  The slide summarizes -- forgive me, I want to go

24   back for a moment.  Before I ask you about the slide, I want

25   to ask you about one more terrorist attack from your book.

1          Can you put up page 91, again.

2          So, here, after we get past the Ben Yehuda double

3    suicide bombing, there's a reference to an attack by Hamas

4    against Jewish settlers, a bomb gun grenade attack on a bus in

5    the Settlement of Emmanuel.  Do you see that?

6    A    Yes, I do.

7    Q    Now, if we could go back to the slide, witness only:  Is

8    this slide a fair and accurate summary of attacks in this case

9    that you and your coauthor, Mr. Farrell, stated were caused by

10   and perpetrated by Hamas?

11   A    Yes, I believe they are, if the ones regarding the buses

12   are indications of the previous pages, yes.

13          MR. OSEN:  Your Honor, may we display?

14          THE COURT:  Same objection.

15          MR. INGERMAN:  Yes.

16          THE COURT:  You may display it.

17   Q    So, in summary, recognizing that this wasn't the focus of

18   your book, but in your book, in the course of describing other

19   events, you and your coauthor concluded that eight of the

20   twenty-four attacks at issue in this case were perpetrated by

21   Hamas; true?

22   A    In the course of the book, we described these attacks,

23   and we described them as having been perpetrated by Hamas or

24   that Hamas claimed responsibility for them, yes.

25          Sorry.  What was the number after the number, did

1  you say?

2  Q    My count here is eight.

3  A    Out of?

4  Q    Twenty-four.

5  A    In this case.

6  Q    That we've established, yes.

7  A    I was not asked to look at that particular aspect of the

8  case at all.

9  Q    No.  I understand that.  We're just establishing what's

10 in the book.

11 A    Right.

12 Q    Let's turn to a new subject for a moment or a related

13 subject.  You previously testified in your deposition, did you

14 not, that accessing and reviewing the website

15 www.alqassam.dot.ps was part of your regular research on

16 Hamas.  Do you recall that?

17 A    I don't recall it.  Was it in my deposition of 2011?

18 Q    Yes.

19 A    Okay.  Yes.

20 Q    Is that in fact true?

21 A    Yes.

22 Q    So, in the course of your research, when you're looking

23 at Hamas, you actually will review and go on the website of

24 the al-Qassam Brigade at www.alqassam.dot.ps?

25 A    Yes.  Obviously, it depends which aspect of Hamas I'm

1  looking at, but I would consult that website, yes.

2  Q    Fair enough.   Okay.

3           For the witness only, can you put up the slide.

4           MR. OSEN:   Your Honor, may we have permission to

5  display it?

6           THE COURT:   Sure.   There's a problem?

7           MR. INGERMAN:   I think we need a sidebar.

8           THE COURT:   Okay.

9           (Continued on next page.)

10           (Sidebar.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. INGERMAN:  Your Honor, we have searched the

2     transcript and we found no reference by Mr. Levitt or

3     Mr. Spitzen to the Al-Huda Zakat Committee.  That's why we

4     have been at eleven.  Certainly, Professor Milton-Edwards said

5     Al-Huda was, because it was in the plaintiffs' case.  There's

6     no mention about Al-Huda at all in their case

7          MR. OSEN:  Your Honor --

8          THE COURT:  You have a different transcript?

9          MR. OSEN:  No.  I don't have a different transcript.

10    It's an issue of which one she looked at.  I don't have

11    questions about Al-Huda, since it was not brought up on

12    direct.  But those are the twelve that she reviewed in

13    reaching her conclusions in her report.

14          MR. INGERMAN:  That's not what the slide says.

15          THE COURT:  Well, that's true.

16          MR. OSEN:  I can say that.

17          THE COURT:  You have to take the one out, or you

18    have to take the title of the slide out.  I don't want to

19    argue over the list.  We have to move the case a little better

20    than that.  Take the title out, or take number twelve out.

21          MR. OSEN:  Thank you, your Honor.

22          (In open court.)

23          MR. OSEN:  Your Honor, may I proceed?

24          THE COURT:  Yes.  Go ahead.

25    BY MR. OSEN:

1    Q    We'll put up the next slide.

2          THE COURT:  Okay.

3          MR. INGERMAN:  We have no objection as it's edited,

4    your Honor.

5          THE COURT:  Okay.

6    Q    Professor, just for the benefit of summarizing, these are

7    the eleven organizations or entities that you testified about

8    Monday and today?

9    A    That's correct.

10   Q    And you disagree with Mr. Levitt -- Dr. Levitt and

11   Mr. Spitzen's view that these twelve entities were controlled

12   by Hamas during the period 2000-2004; correct?

13   A    That's correct.

14   Q    In your report, your rebuttal report, you say that they

15   falsely conclude that these institutions were controlled by

16   Hamas; correct?

17   A    That's correct.

18   Q    And it's also true, is it not, that your conclusion, your

19   conclusions, are contrary to those of the Government of the

20   State of Israel; true?

21   A    That's correct.

22   Q    And it's also true, is it not, that your conclusions are

23   contrary to those of the German Intelligence Service, the BNB;

24   true?

25   A    With respect to what?

1  Q    To committees that are listed right there, including

2  Al-Mujama, the Islamic Society, Al-Islah and other entities on

3  that list?

4  A    From what I am aware of the Government of Germany, none

5  of those societies are designated.

6  Q    That's true.  But as you are also aware, the Government

7  of Germany closed down the Al-Aqsa Foundation in Germany,

8  because it was sending money to those institutions; correct?

9  A    No, I don't agree with that.  That's not correct.  They

10  closed down the Al-Aqsa Society in Germany.  They didn't

11  designate any of those charities, and, as I understand it,

12  German plan intelligence didn't even include all of those

13  charities.

14  Q    Let's do it now?

15        Can we have PX 1275.

16        MR. OSEN:  Your Honor, this has been previously

17  admitted into evidence, so we would like to show it.

18        THE COURT:  Okay.

19  Q    This is a translation of one of the pages from the BND,

20  the German Intelligence Service report on the Al-Aqsa

21  Foundation, and this has been cited, as I believe you know,

22  extensively by Dr. Levitt and also by Mr. Spitzen?

23        I would like to direct your attention to the bottom

24  of the page, to Al-Salah.  The rest of the language says, "The

25  association Jamiyayat Al-Salah or Al-Salamic Association in

1    the center of the Gaza Strip is an Islamic charitable society

2    directly associated with Hamas.   The association's president,

3    Ahmad Al-Kurd, is a leading member of Hamas."

4            Do you see that.

5    A    Yes, I can.

6    Q    Can we turn the page?

7            And just without going through all of them, let's

8    look at number three.   That's the Islamic Charitable Society

9    of Hebron, which you testified about on Monday.

10            And the BND, that is the German Intelligence

11   Service, concluded:   "The association Al-Jamiya Al-Tiriri

12   Al-Islamia, Islamic Charitable Society of Hebron is an Islamic

13   charitable association directly linked to Hamas.   This society

14   is the most important Hamas association in the West Bank."

15            Do you see that?

16   A    Yes, I do.

17   Q    And you did review this document when you reviewed

18   Dr. Levitt's report, and you saw -- you cited it on multiple

19   occasions.   Presumably, you read this document at that time,

20   did you not?

21   A    As I recall, I do recall reading the document.   I can't

22   specify the exact time.   I mean, you know, as it says there on

23   the top, it's a classified document.   It was a secret

24   document, and it certainly wasn't known in the Palestinian

25   Territories in 2000-2004.

1       Dr. Levitt, in quoting it, was quoting it after the
2   period of 2007, when it came to light in the HLF trial, as I
3   believe it's referred to.  In fact, in looking at the document
4   again more recently, I was not even able to find it on the
5   government -- the Federal Government of Germany's website, nor
6   was a German student of mine.
7   Q   The document comes from the court file in Germany,
8   wherein the German Government was affirming the basis for its
9   banning, outlawing and designating the Al-Aqsa Foundation of
10  Germany; correct?
11  A   Yes, correct.
12  Q   Now, I understand that in 2002, when this document was
13  generated, produced by the German Government, you didn't have
14  access to it, but you did have access to it when you were
15  working on your rebuttal report, and you had access to it when
16  you were preparing for your testimony here today; correct?
17  A   Yes, that's correct.
18  Q   Okay.  And your conclusion is, the testimony that you
19  have given on Monday and today is contrary to those of the
20  German Intelligence Service; is that true?
21  A   Yes, that's correct.
22      I found a number of inconsistencies in the report.
23  The report itself was based on -- by their own acknowledgment
24  was not based on their own original intelligence, but was
25  based on some intelligence that they had received from other

1  foreign agencies.

2         Germany had the opportunity, in light of that

3  intelligence at the time, as you acknowledge.  I didn't have

4  it, nor was it publicly available in the Palestinian

5  Territories.  It chose as a sovereign nation state not to

6  designate any of those charities.  It chose as a member of the

7  European Union and one of the most important and powerful

8  members of the European Union not to designate any of these

9  charities at the time or subsequently.

10 Q     They designated the organization that was on their

11 territory, the Al-Aqsa foundation; right?

12 A     That's correct.  They could have designated those

13 charities.

14 Q     Are you aware of any funds those charities maintained in

15 Germany at that time?

16 A     No, I'm not, because I was not aware of this secret

17 document at the time.

18 Q     You testified, again, that all eleven of the charities we

19 heard you testify about the last couple of days were not

20 controlled by Hamas; right?

21 A     That's correct.

22 Q     And your conclusions, your conclusions on that, are

23 contrary to those of the FBI's in 2001; correct?

24 A     Yes, that's correct.

25 Q     And your conclusions that you testified to today and on

1  Monday are contrary to the conclusions reached by the United

2  States Department of Justice; is that correct?

3  A    Which United States Department of Justice issues are you

4  talking about?

5  Q    Well, there's only one Department of Justice in the

6  United States, and it prosecuted members and the organization,

7  the Holy Land Foundation in Dallas, Texas, and they criminally

8  prosecuted them for providing material support to Hamas

9  through these same organizations; isn't that true?

10  A    I didn't realize you were talking about the HLF trial.

11  That's correct, yes.

12  Q    Let's turn for a moment -- if you can put up

13  Dr. Milton-Edwards's Slide 23

14           Before I ask you a question, take a moment -- before

15  I ask you a question about the slide, I want to go back for a

16  moment and ask when you prepared your expert report in 2011,

17  you had access to the FBI's opinions in the Watson memorandum;

18  right?

19  A    I can't remember if I did or I didn't when I prepared the

20  report.  I can remember later on that year having access to

21  that -- to the Watson memorandum.  It wasn't until I was

22  involved in this trial that I was aware of the Watson

23  memorandum.

24  Q    The same is true for the United States Justice Department

25  prosecution of the Holy Land Foundation.  You were aware of

1   it, and in fact, Dr. Levitt and Mr. Spitzen both cited

2   extensively to documents from that criminal proceeding; true?

3   A     That's correct.

4   Q     Let's turn to this first slide of factors, these factors

5   that you listed.  And actually, is there a way to put 23 and

6   24 up at the same time?

7            Thank you.  By my count, there are eighteen -- they

8   are not numbered.  If I was good at math, I wouldn't have

9   become a lawyer, but I think there are eighteen.  Is that

10  correct?

11  A     That's academic.  We are in agreement.

12  Q     It fills up two slides?

13  A     Yes.

14  Q     Is there anyplace, in any of your three expert reports in

15  this case, where you listed out your methodology as it appears

16  in these slides?  It's not in any of them, is it?

17  A     I'm just trying to remember.

18  Q     Do you have your reports in front of you?

19  A     Yes, I do.  But I'm content if you say that it's not in

20  there, that it's not in there.

21  Q     Okay?

22           It's your sworn testimony here today that this,

23  these two slides, are the list of things you looked at to

24  determine whether an organization was controlled by Hamas;

25  right?

1   A    Yes.  I mean, in terms of the methodology, the

2   methodology I use is the same methodology that I have used

3   throughout my academic career.  I was applying the same

4   principles.  I talked about the methodology, because I talked

5   about the collection of primary materials and those kinds of

6   things.

7   Q    This is the list that, according to your testimony today

8   and Monday, this is what you've looked at throughout your

9   career when trying to determine whether an organization was

10  controlled by Hamas; right?

11  A    No.  This is a list of things I looked at in relation to

12  the Zakat Committees, yes.

13  Q    Whether the Zakat Committees or charitable societies are

14  affiliated with or controlled by Hamas?

15  A    Yes, whether they were controlled by Hamas, yes.

16  Q    Can you put up page 162, line nine from the deposition of

17  August 2011, just for the witness?

18         In your deposition in 2011, I asked you that same

19  question; right?

20  A    Hmm.

21  Q    Can you give me the kind of source materials that you had

22  looked at to determine whether an organization was controlled

23  by Hamas?  Do you see that?

24  A    Yes.  Can I just read it?

25  Q    Yes, please?

1              (Pause.)

2    Q    While the professor is reading, your Honor, may we

3    display?

4              THE COURT:  No.

5              MR. INGERMAN:  I object.

6              THE COURT:  You have to do it the right way.  All

7    right.  You have to say.  Were you asked the following

8    question and did you give the following answer.  Then she'll

9    answer.  Then you can display it.

10             MR. OSEN:  Thank you, your Honor.

11   Q    Professor, did you answer my question as follows:

12             "ANSWER:  No, because it has never been the focus of

13   the systemic research as part of my universe.  I may have, you

14   know, made generalizations about it, but as I have already

15   stated on a number of occasions today, it's notoriously

16   difficult to ascertain control.

17             MR. INGERMAN:  Objection.

18             THE COURT:  I don't know your objection.

19             MR. INGERMAN:  There's no question.

20             THE COURT:  He read the question before.  Now, he's

21   reading the answer.

22             All right.  Let's start all over.  Ask her this way:

23   Were you asked the following question and did you give the

24   following answer?  Then read the question and the answer

25   verbatim.

1      MR. OSEN:  Understood.

2  A    I just want to finish reading.

3      THE COURT:  Go ahead.  Tell us when you are ready.

4      (Pause.)

5  A    Okay.  I've read it.

6  Q    The question was:  But can you give me the kinds of

7  source materials that you would look at to determine whether

8  an organization was controlled by Hamas?

9      "ANSWER:  No, because it has never been the focus of

10 systemic research as part of my universe.  I may have, you

11 know, made generalizations about it, but as I have already

12 stated on a number of occasions today, it's notoriously

13 difficult to ascertain control."

14     Do you see that testimony.

15 A    Yes, I do.

16 Q    And do you recall that testimony?

17 A    Yes, I do, because I think we were having a general

18 discussion about Hamas and how you research Hamas.

19 Q    Right?

20     And isn't it true that the plaintiffs first received

21 -- can you put the slides backs up, please.

22     Isn't it true that you received -- that plaintiff

23 received, I should say, a version of this list of factors on

24 slides 23 and 24 at your deposition, for the first time we got

25 it at your deposition on August 7, 2014, about -- actually, a

1   few days before this trial began?

2   A    No.  I didn't submit a list in the deposition in August,

3   last month.

4   Q    Well, you referred to it in your deposition as a memory

5   aid.  Does that refresh your recollection?

6   A    No -- yes.  I had taken a piece of paper in which I tried

7   to condense the criteria I had looked at for my expert report,

8   because I was told I was allowed to take, rather than sit

9   there with nothing, I was allowed to take in a piece of paper

10  that I could use, what I call an aide memoire, that captured

11  the kind of criteria that I covered in my supplemental report,

12  because that was the purpose of the deposition on that

13  occasion, was to depose me for seven hours on my supplemental

14  expert report.

15  Q    Right.  I'm sorry.

16  A    Because everybody keeps telling me, a deposition is not a

17  memory test.  This was a way in which I tried to at least

18  remember things that were considered to be important and will

19  be included in my expert reports.

20  Q    You had your expert reports in front of you during the

21  deposition, didn't you?

22  A    Yes.  As I say, it was a frame and it was nothing more

23  than that, as I explained at the time.  I literally sat down I

24  think the night before.

25  Q    I don't think you did anything wrong by having a memory

1    aid at your deposition.  My point is, that is the first time

2    that you presented a list like the two slides here to the

3    plaintiffs, that was about four days before this trial

4    started; right?

5    A    No, I don't agree.  As I've said, my expert reports

6    capture all of those elements.  In my expert reports, I talk

7    about all of those factors.  I talk about leadership.  I talk

8    about the meetings that I had with officials.  I talk about

9    the activities of the societies.  All of those things are

10   captured in my expert reports.  So, I don't agree, no.

11   Q    But in your deposition, you said that on the question of

12   what source materials you look at to determine whether an

13   organization is controlled by Hamas, your sworn testimony was

14   that it had never been the focus of systemic research as part

15   of, quote unquote, "my universe"; is that true?

16   A    Are we talking about the deposition last month again,

17   still?

18   Q    We're talking about the deposition in 2011, when you were

19   asked that question about the kind of source materials which

20   you look at to determine whether an organization is controlled

21   by Hamas.

22   A    Yes.  But there's a difference between source materials

23   and criteria.  The question in the deposition in 2011 is about

24   source materials.  Now, we're just having a discussion about

25   criteria.  I did include all of those criteria in my expert

1  reports.

2  Q    Just looking at slide 24, doesn't reviewing Zakat

3  beneficiaries and beneficiary files fall into the category of

4  source materials?

5  A    Yes.  And it was also criteria.  But it was not material

6  that I sourced -- yes, if you like it to be included in that,

7  yes, I'm happy and content.

8  Q    Let's change topics for a moment?

9         You reviewed Dr. Levitt and Mr. Spitzen's expert

10  reports when you prepared your rebuttal report in this case;

11  right?

12  A    Yes, that's correct.

13  Q    And in your rebuttal report, you criticized the sources

14  that Dr. Levitt and Mr. Spitzen cited and relied upon in their

15  expert reports; right?

16  A    Correct.

17  Q    You testified this week that you're aware of -- today,

18  you are aware of the Israeli Unlawful Association List;

19  correct?

20  A    That's correct.

21  Q    And you also testified that you first learned of that

22  list as a result of this case; true?

23  A    That's correct.

24         MR. OSEN:  Your Honor, may we display PX 1078, which

25  has been previously admitted?

1              THE COURT:  Yes.

2    Q    Professor, do you recognize this as a copy of the Israeli

3    Unlawful Associations List?

4              MR. INGERMAN:  Objection, your Honor.

5              THE COURT:  I don't understand the objection.  Do we

6    need a sidebar?

7              MR. INGERMAN:  Yes, please.

8              (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Sidebar.)

2          MR. INGERMAN:  This is not a 2002 list.  This is

3     from 2007.

4          THE COURT:  That's the one in evidence?

5          MR. INGERMAN:  Yes.

6          THE COURT:  It's in evidence?

7          MR. INGERMAN:  I understand.  I think he

8     mischaracterized it as the 2002 list.

9          MR. OSEN:  I didn't call it anything.

10         MR. INGERMAN:  If he didn't say 2002, I apologize.

11         THE COURT:  I don't think he indicated it.

12         MR. INGERMAN:  I'm sorry, your Honor.

13         (In open court.)

14         MR. OSEN:  May I proceed, your Honor?

15         THE COURT:  Yes, you may.

16         Read back the last question.

17         (Record read.)

18    A    Yes, I do.

19    Q    Can we turn do page three?

20         Now, professor, this is the designation that

21    Mr. Spitzen referred to in his expert report, in which the

22    Government of Israel outlawed a variety of organizations and

23    entities in the time period beginning February 25, 2002; is

24    that correct?

25    A    That's correct.

1    Q    Among the organizations that were outlawed by Israel in

2    February of 2002 were some of the organizations that were the

3    subject of your expert opinions both Monday and today; true?

4    A    That's correct.

5    Q    Those included the Islamic Center in Mujama?

6    A    Yes.

7    Q    And Al-Salah?

8    A    Yes.

9    Q    And the Islamic Society?

10   A    Yes.

11   Q    If we can go to the next page?

12        The Al-Nur Prisoner Society.

13   A    Yes.

14   Q    The Islamic Charitable Society in Hebron?

15   A    Yes.

16   Q    And the charitable committee in Ramallah and the Tulkarem

17   Charitable Committee.  And I believe you testified on Monday,

18   professor, that solidarity in Arabic is Tadamun?

19   A    Yes, that's true.

20   Q    Jenin Charitable Funds Committee; right?

21        These are the societies that Mr. Spitzen identified

22   as having been outlawed by Israel in 2002; is that true.

23   A    Yes, that's correct.  He said they had been -- they had

24   been outlawed, they had been blacklisted, and testified that

25   the Government of Israel had later published those

1    declarations in the official gazette in Hebrew.

2           And where I disagree with that is that certainly

3    during the period in question, in the Palestinian Territories,

4    this wasn't publicly available, to my knowledge, and-- as I

5    recall, and nor did I see any evidence of the Israel

6    Government or the Civil Administration.

7           Again, I believe that Mr. Spitzen testified that the

8    Civil Administration, he himself was and his colleagues were

9    monitoring these Zakat Committees, is that they didn't close

10   down any of these Zakat Committees.  For all intents and

11   purposes, the public in the Palestinian Territories and the

12   public in Israel may well have known they were outlawed

13   organizations.  The public in the Palestinian Territories and

14   the people in the Zakat Committees were not informed and did

15   not know.

16          MR. OSEN:  Your Honor, I move to strike everything

17   after "Yes."

18          THE COURT:  I'll grant that motion.

19   Q    We already discussed the German Government intelligence

20   assessment, so we won't go back to that?

21          If you can show the witness only a slide of 1297.

22   A    Sorry.  Did you say we are going back to that?

23   Q    No.

24   A    Sorry.

25   Q    We are going to skip the Germans.  We have covered them.

1   A     Okay.

2           MR. OSEN:  Your Honor, 1297 is in evidence.  We ask

3   permission to display the slide.

4           THE COURT:  You may.

5   Q     Now, as we discussed a few minutes ago, the FBI, in

6   November of 2001, issued a memorandum which I believe

7   Dr. Levitt testified was preliminary to the designation by the

8   United States of the Holy Land Foundation.  And in that

9   report, which I think we've all here referred to as the Watson

10  memorandum, it lists out various Zakat Committees and

11  charitable societies that the FBI concluded were controlled by

12  Hamas; is that true?

13          MR. INGERMAN:  Objection.

14          THE COURT:  Do you need a sidebar?

15          MR. INGERMAN:  Yes, please.

16          (Continued on next page.)

17

18

19

20

21

22

23

24

25

1          (Sidebar.)

2          MR. INGERMAN:  I think he's mischaracterized the

3   document.  It deals with the Holy Land Foundation.  It doesn't

4   talk about control by Hamas.

5          THE COURT:  I'm overruling that objection.  Let's

6   proceed.

7          (In open court.)

8          (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court.)

2          MR. OSEN:  May I proceed?

3          THE COURT:  You may.

4    Q    Question, Professor; you are aware, are you not, that the

5    FBI had in 2001 concluded that the organizations listed on the

6    slide we had a moment ago, there it is, were in fact,

7    controlled by Hamas?

8    A    No, I was aware that the conclusion or summary of the FBI

9    memo was that they should not be designated.  It was an action

10   memorandum and it was an action memorandum against HLF.  It

11   certainly mentions some intelligence relating to some but not

12   all of the Zakat committees, but that wasn't my understanding

13   of the summary or the conclusion of the FBI and there was no

14   designation there.

15   Q    I didn't ask you whether they designated these

16   organizations.  I'm asking you whether the Watson memorandum

17   of the FBI concluded that the organizations listed there were

18   controlled by Hamas?

19   A    And I disagree with that conclusion.  I read the summary

20   and I didn't see that in the conclusion.

21   Q    You read the summary or you read the entirety of the

22   Watson memorandum?

23   A    I've done both.

24   Q    Okay.  We'll come back to that.

25          Let's turn to PX 1293.  This was previously admitted

 1   in evidence, Your Honor, we ask to display it?

 2          THE COURT:  All right, you may.

 3   Q    Professor, earlier this morning Mr. Ingerman talked to

 4   you about Al Salah.

 5          Do you recall that?

 6   A    Yes, I do.

 7   Q    And he asked you about the United States designation of

 8   Al Salah.

 9          Do you recall that as well?

10   A    Yes, I do.

11   Q    Okay.  And he asked you about your consideration of this

12   2007 U.S. designation of Al Salah and how it affected your

13   conclusions.

14          Do you recall that?

15   A    Yes, I do.

16   Q    Okay.  And then you proceeded to give a response that

17   there was a lot of violence going on in the Gaza Strip in 2005

18   and 2006.

19          Do you recall that part?

20   A    Yes, I do, but that wasn't in relation to my question

21   about the designation during the period concerned.

22          What I was saying during the period concerned was

23   that it wasn't designated.  In fact, had there even been a

24   suspicion of designation, the U.K. government officials that I

25   was working with and USAID-approved project partners wouldn't

1    have been involved with the society.  And then I was later

2    then asked about what was going on, what happened in the

3    period after 2004 and I was specifically asked about the

4    period of 2006 to 2007.

5    Q    Well, let's go to the first paragraph if we can blow that

6    up.

7             So, you see here, Professor, do you agree that the

8    U.S. Government and specifically the U.S. Department of The

9    Treasury designated both Al Salah and the society's director

10   Ahmad al-Kurd?

11   A    Yes, I did.

12   Q    You've actually interviewed Ahmad al-Kurd; right?

13   A    Yes, I believe I've met him.

14   Q    And he never told that you he was a Hamas member; did he?

15   A    No, not during the meetings that I had with him.  He

16   didn't volunteer information.

17   Q    Let's go to the third paragraph.

18            U.S. Government concluded that, did it not, that the

19   Al Salah Society supported Hamas-affiliated combatants during

20   the first intifada and recruited and indoctrinated youth to

21   support Hamas's activities.

22            My question is, can you tell the jury what roughly

23   the time period of the first intifada was?

24   A    Yes.  It was 1987 to 1993.

25   Q    So, the U.S. Government's finding was that from 1987 to

1    1993 Al Salah was supporting Hamas affiliated combatants and

2    recruiting them and indoctrinating them in support of Hamas

3    activities.

4            Is that a fair reading of the Government's

5    statement?

6    A    Yes, this was their assessment in 2007 of what was --

7    what had happened in the past.  I mean, I'm sure had they

8    known in 1987 to 1993 that this was going on, then they would

9    have designated the charity much, much earlier.

10   Q    Do you have any expertise in what goes into a United

11   States Government designation?

12   A    No, I don't.

13   Q    Okay.  So, you don't know what process is actually

14   undertaken by the United States Government Department in

15   determining when and whether to designate; right?

16   A    Well, I don't have expertise.  I have common sense and I

17   have some familiarity with how both the U.S. Government works

18   and certain parts of the U.S. Government works.  So, I mean, I

19   would apply a degree of common sense about what goes on in

20   terms of designations.

21           I certainly have spent quite a bit of time looking

22   as U.K. designations and EU proscription.

23   Q    Let's go to the next part of that same paragraph if we

24   could.  It reads that one of the most senior Gaza based Hamas

25   leaders and founders Ismail Abu Shanab openly identified the

1   al-Salah society as quote, one of the three Islamic charities

2   that form Hamas's welfare arm, end quote.

3             Professor, isn't it true that you actually

4   interviewed Ismail Abu Shanab on at least one occasion during

5   your time in the Gaza Strip before 2004?

6   A     That's correct.

7   Q     Okay.  And Ismail Abu Shanab in the period 2000 to 2003

8   was, in fact, a very well known Hamas leader; isn't that true?

9   A     No.  I wouldn't say he was a well-known Hamas leader.  He

10  was a Hamas leader.  I had a number of meetings with him

11  during that period principally to discuss issues of cease fire

12  and violence reduction in the conflict between Israel and the

13  Palestinians at that time.

14  Q     And Mr. Shanab was, in fact, an open and identified

15  publicly as a Hamas leader during that period of time, true?

16  A     No.  Again, from my experience, I wouldn't agree with

17  that assessment.

18            Certainly, when I went to Gaza I mean I was aware of

19  Ismail Abu Shanab and his connections to Hamas before that

20  period and it was only as a result of very extensive periods

21  of time using intermediaries, the kind of intermediaries I've

22  already spoken about in my direct testimony, and going through

23  a series of screening processes that I would have been able to

24  have access to somebody like Ismail Abu Shanab.  He -- I

25  always met him at a number of different locations and

1   addresses.  I don't believe he was public in that sense at

2   all.

3   Q    Well, we can agree that when he openly identified

4   Al Salah, it was before August of 2003; correct?

5   A    Yes.

6   Q    The interview cited here is before August of 2003; true?

7   A    Well, I don't know because it doesn't have a date on that

8   interview and I don't know what the interview is.  But I mean,

9   he wasn't speaking from the grave.  He was killed by Israel in

10  August 2003, so I assume -- common sense, leads both of us to

11  that conclusion.

12  Q    Okay.  That's fair?

13          So, this statement being quoted by the United States

14  Treasury Department is a statement he publicly made before his

15  death.

16  A    Well it says openly, not publicly.  I don't know what

17  openly means in this context.

18  Q    Well, in Mr. Spitzen's report, he actually provided, did

19  he not, a copy of the Al-Watan interview that Mr. Shanab gave,

20  which is being quoted here by the United States Treasury

21  Department?

22  A    Yeah, he may well have done, I don't remember.

23  Q    One last part of this and we'll move on to another

24  document.  The fourth paragraph.

25          The U.S. Government conclusion was that Al Salah is

1  directed by Ahmed al-Kurd, a recognized high-ranking Hamas

2  leader in Gaza.

3          Do you see that?

4  A    Yes, I do.

5  Q    And the next sentence says that his affiliation with

6  Hamas goes back over a decade; right?

7  A    Yes, I see that.

8  Q    And this --

9  A    And before.

10 Q    I'm sorry?

11 A    Sorry.  It goes back even further before because it says

12 goes back over a decade during the first intifada al-Quds

13 served as a Hamas Shura council member.  For somebody to have

14 served as a Hamas Shura council member, that would have been

15 highly secretive and definitely not open and not public.  All

16 membership of the Hamas Shura council is kept secret.

17 Q    But we agree, do we not that, the U.S. Government's

18 conclusion was that Ahmed al-Kurd had been a Hamas leader at

19 least since 1997; right?

20 A    Yes, that's what it was saying in 2007 when it made the

21 designation.

22 Q    But you disagree with that; do you not?

23 A    In terms of -- we can have an argument or debate about

24 the sort of semantics here.  As I say, you know, the issue

25 here is about whether he was publicly recognized as such.  He

1   may well have been a Hamas -- senior Hamas leader and it says

2   here he was serving on the Hamas Shura council.  I was never

3   aware of that, that he was on the Hamas Shura council.

4   Q     My question though is, do you dispute that fact?

5   A     In terms of when the designation was made in 2007?

6   Q     No.  I am asking you whether you dispute the fact that

7   during the relevant time period to this case, Ahmed al-Kurd

8   was a senior Hamas leader?

9   A     I dispute the fact that he was recognized publicly as a

10  high-ranking Hamas leader, yes, I do.

11  Q     And presumably, you also dispute the fact that the

12  al-Salah society was a recognized Hamas charity during the

13  relevant period?

14  A     Yes, that's correct.  I didn't find evidence of that.

15  Q     And you also dispute, do you not, that Al Salah was

16  controlled by Hamas and part of Hamas during the relevant time

17  period?

18  A     Yes.  And I take comfort from the fact that I wasn't

19  alone in that conclusion during the relevant time period.  The

20  U.S. Government appeared to agree with me.  U.S. AID appeared

21  to agree with me.  The U.K. Government and the majority of

22  scholars on the subject appeared to be agreeing with me.

23  Q     But when you issued your expert reports in this case,

24  when you testified this week in court, you knew what the

25  opinion of the United States Government was on that subject.

1   That opinion has been known for seven years now; has it not?

2   A    The opinion was known here in America.  It wasn't known

3   to me until I became involved in this trial.

4   Q    So your testimony is that as a Hamas expert who wrote

5   this excellent book, by the way, that despite the fact that

6   you were studying Hamas this whole time you were unaware that

7   Al Salah had been designated in 2007 until you were retained

8   in this case?

9   A    What I'm saying is I don't recall definitively.  To call

10  somebody an expert doesn't mean that they know every minutia

11  of what's been going on in the organization since it was

12  founded in 1988.

13            MR. OSEN:  Your Honor, when would you like to take

14  the lunch break?

15            THE COURT:  Whenever it is convenient for you.  Now?

16            MR. OSEN:  Okay.

17            THE COURT:  All right.

18            Ladies and gentlemen, we'll come back at ten to two.

19  Please, don't talk about the case, stay away from the press

20  reports on the case and we'll see you in an hour and ten

21  minutes.

22            (Jury exits.)

23            (In open court; outside the presence of the jury.)

24            THE COURT:  Recess until 1:50.

25            (Continues with AFTERNOON SESSION.)

1            A F T E R N O O N     S E S S I O N

2    BEVERLEY MILTON-EDWARDS, resumed.

3                (In open court; jury not present.)

4                THE COURT:   Good afternoon.

5                Please bring in the jury.

6                (Jury present.)

7                THE COURT:   Be seated.

8                Mr. Osen, you may continue.

9    BY MR. OSEN:

10   Q    If we can put 1293 back up.   That's the designation by

11   the United States of Al Salah.

12               If you could, please focus on the last highlighted

13   paragraph at the bottom.   The U.S. there has said that "The Al

14   Salah Society was included on a list of suspected Hamas and

15   Palestinian Islamic jihad-affiliated NGO's, of whom the

16   accounts were frozen by the Palestinian Authority as late as

17   August 2003.   After freezing the bank accounts, PA officials

18   confirmed that the Al Salah Society was a front for Hamas."

19               Do you see that.

20   A    Yes, I do see that language.

21   Q    And I think you testified earlier today that Al Salah --

22   or, I should say that the charitable associations and entities

23   whose accounts were frozen in August of 2003 had their

24   accounts unfrozen a few months later; is that correct?

25   A    Yes.

1           What I was testifying to was the Palestinian

2    Authority, through the PMA, informed the banks and announced

3    to the public, and I think they announced to the public that

4    the accounts were being frozen on the grounds that they were

5    -- on the ground of national security reasons.

6           In fact, I do recall a newspaper article from the

7    period, where a Palestinian Authority official was informing

8    the public of the freezing, and I remember that that official

9    categorically stated that the grounds for that was not because

10   the societies were suspected of political affiliation of any

11   kind of political or factional affiliation, and in fact that

12   he was alluding to the fact that he didn't want the public to

13   think that, in particular, that this related to Hamas or

14   Islamic jihad.

15          So, in terms of the public knowing about these

16   freezes, they were announced on the grounds of national

17   security and public safety, and in fact, Palestinian Authority

18   officials sought to reassure the public that people wouldn't

19   suffer and this wasn't being done for political reasons and

20   these charities weren't actually Hamas or Palestinian Islamic

21   jihad.

22   Q    Can we look at PX 1284 already in evidence.  This is

23   page 16 of the document.  This is the translation, not the

24   original, apparently?

25          You spoke earlier today, did you not, of

1  conversations you had in the past with Muhammad Dahlan; do you

2  remember that.

3  A     Yes.

4  Q     And Muhammad Dahlan was the Minister of Security in

5  August of 2003; is that true?

6  A     Yes.  I think in that period, he had been promoted from

7  head of Preventive Security in the Gaza Strip to Minister of

8  Interior -- sorry, Minister of Security.  He wasn't Minister

9  of Interior.  I correct myself.

10 Q     I would like to turn, if I can, witness only, to PX 48.

11 Can you highlight the second full paragraph?

12 A     Can I read the whole of the document?  I can't actually

13 see it on the screen.

14 Q     We'll take it in sections, so that you can see it.

15         MR. INGERMAN:  Your Honor, may I give the witness a

16 copy of the exhibit?

17         THE COURT:  Sure.

18         MR. INGERMAN:  Thank you, your Honor.

19         Your Honor, we have an objection to this exhibit.

20         THE COURT:  He hasn't offered it.

21         Are you going to offer it?

22         MR. OSEN:  No, your Honor.

23         MR. INGERMAN:  It's already been excluded by your

24 Honor.

25         THE COURT:  He's not offering it.

1    A    Yes.

2    Q    This is a document amongst others that was cited and

3    relied upon by Mr. Spitzen in his expert report.  Do you

4    recall that?

5    A    No, I don't.

6    Q    In the course of your research of the relationship

7    between Hamas and the eleven organizations you testified about

8    today and on Monday, you did, did you not, see that in

9    December of 2000, the Palestinian Authority complained to the

10   Saudi Government about the Saudi committee sending money to,

11   quote unquote, "extremist committees"; right?

12              MR. INGERMAN:  Objection.

13              THE COURT:  Overruled.

14   A    No.  I don't recall that.

15   Q    And you don't recall, from reviewing Mr. Spitzen's report

16   and the citations and appendices to his report, that the

17   Palestinian Authority complained to the Saudi Government that

18   the Islamic Society and Al-Islah belonged to Hamas?

19   A    No.

20              MR. INGERMAN:  Objection.

21   A    I just said I don't recall that particular --

22              THE COURT:  Overruled.

23   A    -- piece in his report, and there were rather a large

24   number of footnotes in that report, and it's not a memory

25   test.

1  Q    Let me turn for a moment to the testimony that you gave

2  earlier today?

3            You said, if I remember it accurately, that at least

4  for a substantial part of the period of time that is at issue

5  in this case, you were practically living in Ramallah and

6  Al-Bireh; is that right.

7  A    No.  I think I said there were times that it felt like I

8  was practically living in Ramallah and Al-Bireh.  I was

9  frequently there on a daily basis.  I did not say I was living

10 there during that period of time.  It felt like it.

11 Q    I don't want to characterize the testimony.  You were

12 there regularly in Ramallah and Al-Bireh during that time

13 period?

14 A    That's correct, during that period and before that period

15 and subsequently.

16 Q    And I believe -- correct me if I'm wrong -- you testified

17 that you didn't physically visit the Al-Islah Charitable

18 Society in Ramallah, but you are generally familiar with it?

19 A    Yes, that's correct.  I hadn't visited.  I knew where it

20 was located, but I hadn't physically visited it.  That's

21 correct.

22 Q    Let's talk for a few moments about the leadership and

23 management of Al-Islah, if we can.  Can you tell the jury who

24 the chairman of Al-Islah was during this time period?

25 A    I believe during this time period when Al-Islah was

1  operating and licensed by the Palestinian Authority, that the

2  Palestinian Authority licensed the board of directors, and

3  that included Jamal Tawil.

4  Q     And you were here, were you not, during Mr. Spitzen's

5  testimony when he discussed Jamal Al-Tawil?

6  A     Yes, I think I recall that.

7  Q     And do you recall Mr. Spitzen discussing the fact that

8  Mr. Tawil was convicted in an Israeli court of his membership

9  in Hamas?

10  A     Yes, I did.  I found it rather strange, because according

11  to the documentation that I have reviewed, the Ministry of

12  Interior, headed by Nasser Youssef, was still continuing to

13  license Mr. Tawil as the chairman of the board even after he

14  was in custody.  So, they were still approving and licensing

15  his position within the society.

16  Q     Well, I'm curious as to why you find that strange,

17  because isn't it also true that during the Second Intifada,

18  the Palestinian Authority released hundreds, if not thousands,

19  of Hamas operatives from its jails?

20  A     That's partly true.  Israel also bombed jails and

21  therefore released hundreds and if not thousands of

22  Palestinian detainees in PA jails.  And Israel, too, released

23  Palestinian prisoners from its own detention.  So, that would

24  be part of the characterization.  Yes, you wouldn't be

25  incorrect, but that's not the full picture.

1  Q    Well, tell me, if you will -- we'll get back to Mr. Tawil

2  in a moment.  Tell me, apart from Mr. Tawil, who in your

3  expert opinion were the management of the Al-Islah Charitable

4  Society?

5  A    I can't remember at the moment the other board names of

6  the members.

7  Q    Are you familiar with Omar Hamdan?

8  A    I've heard the name mentioned in the testimony of

9  Mr. Spitzen.

10 Q    What about Fadal Nada?

11 A    Again, I heard the name.  I don't believe he was

12 mentioned as a board member.  I thought he was mentioned as an

13 employee, perhaps, of the committee.

14 Q    You have a good memory.  Let's talk for a moment about

15 Mr. Nada.  Do you recall that he, too, was convicted of being

16 a Hamas member during the time period?

17 A    Well, I'm not sure if it was during the time period, but

18 I do remember there was discussion in Mr. Spitzen's testimony

19 of a conviction.

20 Q    What else can you tell us, if anything, about Jamal

21 Tawil?

22 A    I can remember that -- I remember in my earlier

23 testimony, that he may have been -- he may have been cited in

24 other sources published post that period.  I think I recall

25 from my deposition some discussion of his name in relation to

1   a book published in, I think, around 2010, 2011.  But during
2   the period in question, when I was there, I don't remember
3   encountering Mr. Tawil.
4             I hadn't gone to the society, and therefore I had
5   never met him, and I wasn't in contact with people that were
6   talking about him when I was there during the period of 2000
7   to 2004.  So, any knowledge that I have about him is after
8   that period.
9   Q    How about 2005?
10  A    How about it?  What?
11  Q    Are you aware --
12  A    Is that a question?
13  Q    Are you aware, are you not, that he was elected the mayor
14  of Al-Bireh, as a Hamas mayor of Al-Bireh, since 2005?
15  A    Well, I don't remember from the period in time.  No, but
16  I certainly knew that -- you say that, yes, I remember him
17  being discussed in this trial, that he was elected on the
18  Change and Reform Party platform, and that would have been in
19  December 2005, practically 2006.
20  Q    Do you recall that Jamal Tawil's nephew, Dia Al Tawil,
21  was the first Hamas suicide bomber in the Intifada?
22  A    Which Intifada.
23  Q    The Second Intifada.
24  A    No, I don't recall that.
25  Q    Do you recall that Jamal Tawil, in the testimony of

1   Mr. Spitzen, that Jamal Tawil was the recruiter of the Ben

2   Yehuda double bombing in Jerusalem in 2001, that he recruited

3   Mr. Halabia?

4   A    No, I don't remember -- sorry -- Mr. Spitzen testifying

5   that.

6   Q    Let's turn for a moment -- if you could bring up

7   PX 1224.  That's already admitted into evidence.  If you can

8   enlarge the top of the page.

9        Do you see that the conviction of Mr. Tawil from

10  November 9 -- sorry, the sentencing of Mr. Tawil from

11  November 9, 2003.

12  A    Yes.  I see that this is a court -- this is a document

13  from the Military Court in Judea.  This would not have been a

14  public document in the Palestinian Territories during that

15  time.

16  Q    I didn't actually ask that question, but noted?

17       Let's go to the sentence -- and I want to read the

18  first sentence for you and ask you a question.

19       It states:  "The defendant has been convicted

20  according to his guilty plea of the offense of membership and

21  activity in an illegal organization, insofar as from 1997

22  until his arrest, he was a member of the Hamas organization."

23       Do you see that.

24  A    Yes.  I see that that's what the Military Court in Israel

25  decided against him.

1    Q    And he actually pled guilty to that offense; correct?

2    A    Yes.   That's what it states in the record of the Military

3    Court.

4    Q    And it also says, does it not, that -- a few lines down,

5    that "Later, from 2000.   He served as the Chairman of the

6    Reform Society, which also dealt with a matter of prisoners,

7    and that -- and in mid-2001, he was appointed as a spokesman

8    of the Hamas in the area."

9              Do you see that?

10   A    Yes, I see that.   That's what the Military Court was

11   stating.

12   Q    Can you tell us what the Arabic word is for "reform"?

13   A    Yes.   It's "Islah."

14   Q    When the Court found that he was the Chairman of the

15   Reform Society, it's saying he was the Chairman of the

16   Al-Islah; is that a fair inference?

17   A    Yes, that's correct.

18   Q    And it also says, does it not, that he was appointed as a

19   spokesman for Hamas in the area?

20   A    Yes, that's what it says.

21   Q    But in your time going back and forth and being in the

22   Ramallah area during this time period, you don't recall

23   Mr. Tawil acting as a spokesman for Hamas; is that fair?

24   A    That's fair.

25              It would have been unusual, particularly during that

1  period of time, when people who had any kind of affiliation

2  with Hamas would have gone around publicly notifying

3  themselves, because they were at risk of persecution not just

4  by the Israel Defense Forces, but by the Palestinian Authority

5  Forces, as well.

6  Q    Let's turn to that for a moment.  If we can, can we see

7  PX 781, which is also in evidence.   This document was also

8  discussed during Mr. Spitzen's testimony; correct?  Do you

9  recall?

10  A    I don't recall, but I accept that it's correct.

11  Q    In fact, Mr. Spitzen, in his expert report, cited to

12  perhaps a dozen or more Palestinian General Intelligence and

13  General Security Service memoranda; do you recall that?

14  A    I don't recall that, no.

15  Q    But in reviewing his report for your rebuttal report, you

16  would have gone through all of those materials; true?

17  A    Yes.  I remember his materials.

18  Q    In this particular instance, the Palestinian General

19  Security Service is indicating, is it not, that it physically

20  shut down the Al-Islah office in December of 2001; correct?

21  A    Yes.  Again, I mean, this highlights the point I was

22  making earlier.  One part of the same ministry or one element,

23  one branch in Ramallah, is closing it down, while at the same

24  time further up the chain, the Minister of Interior is

25  continuing to license and approve the membership of the

1    society and the society to operate in the open, publicly.

2    Q    You agree, do you not, that the United States Government

3    criminally prosecuted Holy Land Foundation in Texas?

4    A    Yes.  I agree that happened in 2007.

5    Q    Right.  You agree that for many years before that, the

6    FBI, at least as of November 2001, was not only monitoring the

7    Holy Land Foundation, but it was also building a case to

8    prosecute them and designate them as a specially designated

9    global terrorist; correct?

10   A    I can agree inasmuch as I have seen the Watson

11   memorandum, and I've been directed as a result of this trial

12   to a number of exhibits from the Holy Land Foundation.  I

13   can't agree to what I don't know.  I didn't follow that trial.

14   I was not involved in that trial.  So, I would like to make it

15   clear that my knowledge of what the FBI were doing in relation

16   to that trial is very limited.  I don't want to be

17   misrepresented on that.

18   Q    That's fair enough?

19          But isn't it also true -- maybe you don't know --

20   but isn't it a fair supposition that until the United States

21   Government actually designated HLF, the Holy Land Foundation,

22   it filed its tax returns, it had registration with the State

23   of Texas as a charitable organization, isn't that the nature

24   of things that when you are operating as a so-called charity,

25   you get licenses irrespective of whether the government is

1  building a case to prosecute you.

2  A    In this case, I don't agree, because these are memos from

3  within the same Department.  This isn't one memo from the

4  Internal Revenue Service or the Palestinian Ministry of

5  Finance and Planning, which is what another branch of the

6  government may be doing.  This is the same branch of the

7  Palestinian Authority.  This is within the same Ministry

8  buildings that this is taking place.  So, there's a distance

9  there.  I don't know how far up the chain this went.  Clearly,

10  it didn't go up the chain far enough.  Otherwise, the

11  Minister, Minister of Interior, would have acted.

12  Q    First of all, didn't you testify on Monday and today,

13  certainly on Monday, that there were multiple Palestinian

14  Security Services, different ones?

15  A    Yes, that's right.

16  Q    Right.  They in fact were in competition from time to

17  time?

18  A    That's right.  They would -- but this is within the same

19  Department.  This is within the Ministry of Interior, and this

20  is General Intelligence within the Ministry of Interior.  I'm

21  not talking about the Palestinian Civil Police.  I'm not

22  talking about Force 417.  I'm not talking about Preventive

23  Security.  This is General Intelligence, and General

24  Intelligence lies within the Ministry of Interior.  That's

25  directly where it's located.

1   Q    Well, there are actually two parts of that Security

2   Service, are there not?  There's one that's also resident

3   directly in the Mukataa, as well, during that time period?

4   A    No.  You are absolutely incorrect.  There were

5   Intelligence heads -- the President was located in the Mukataa

6   in Ramallah.

7   Q    And the Preventive Security Service?

8            MR. INGERMAN:  Please allow the witness to finish

9   the answer.

10           THE COURT:  Please allow her to finish, Mr. Osen.

11  I'll strike it if it's not responsive.

12  A    Mr. Osen, I can assure you, I visited the Mukataa on more

13  than one occasion.  The Head of Preventive Security in the

14  West Bank and in Ramallah was actually headed by Jabril

15  Rajoub, was actually located in Beitunia, which, if you

16  remember this morning when I was talking about the Ramallah

17  Zakat Committee, is located on the outskirts of Ramallah.

18  That's where -- that's where Preventive Security was.  It was

19  not in the Mukataa Building.

20           The President and the President's offices were in

21  the Mukataa, that building.  The Presidential Guard was in the

22  Mukataa Building.  And Force 417 was in the Mukataa Building.

23           Certainly, the Head of Preventive Security from Gaza

24  and the West Bank and Military Intelligence and General

25  Intelligence visited the President.  Please remember that

1    during that period.  Israel had surrounded the Mukataa with

2    its tanks and was surveilling and monitoring everybody and

3    anybody who entered in and out of the Mukataa, which was

4    basically behind a series of sandbags.

5    Q    I do recall that.  My question I guess, is:  You've seen

6    multiple documents cited from the Security Services of the PA

7    that identify various organizations at issue here as being

8    part of Hamas; is that true?

9    A    No, that's not correct.  I've seen documents that relate

10   to one, maximum two, of the organizations cited.  I was shown

11   documents in deposition, and they related to the same

12   organization, and I've seen some that have been mentioned in

13   the trial testimony today, certainly not all of the

14   organizations that have been cited in this case.

15   Q    I didn't say all.  I said some.  And --

16   A    I said one or two.

17   Q    Do you recall the other one or two?

18   A    I think they related to Al-Islah or to the Ramallah and

19   Al-Bireh Zakat Committees.  I remember that they were from the

20   Ramallah area.

21   Q    I know you don't want to be described as an expert on the

22   Holy Land Foundation case.  I believe your testimony a few

23   minutes ago was that you first became acquainted with it in

24   the context of this case; is that a fair recap of your

25   testimony?

1   A    Yes.   I first became aware of the amount of attention

2   it's received, the amount of interest that it has generated

3   since I was asked to become involved in this in particular.  I

4   don't live in America, I've never lived in America, and

5   therefore, in Europe, it's not been of as much interest as it

6   has been here.

7   Q    You are aware, though, that both Dr. Levitt and

8   Mr. Spitzen cited extensively to the Holy Land Foundation, the

9   criminal trial exhibits, for evidence in their reports; true?

10  A    Yes, that's correct.

11  Q    Okay.  I believe you testified in your deposition that

12  you reviewed the U.S. Government exhibits from the Holy Land

13  Foundation criminal trial that were cited by Dr. Levitt and

14  Mr. Spitzen in their report; is that correct?

15  A    I recall that being somewhat different.  I believe that

16  in the discussion in the deposition, I said that I had tried

17  to access exhibits.  I was uncertain, given the links I was

18  given, the appendices I was given, that I had been able to

19  manage to access all of the exhibits that were being cited,

20  and I tried to give as much detail as I could in deposition to

21  the means by which I had tried to access those exhibits.  So,

22  I don't know if I've seen all of the exhibits cited, but I've

23  certainly seen examples of them.

24  Q    You are aware, and you were aware when you prepared your

25  expert report, that the Holy Land Foundation defendants were

1  convicted for providing material support and funding some of

2  the same Zakat Committees and charitable societies that are at

3  issue in this case; true?

4  A    I'm aware that they were convicted of the charges against

5  them, yes, if I understand what you are saying.  I'm only

6  aware that they were convicted of the charges against them.  I

7  don't have the indictment documents, and I don't have the

8  sentencing in front of me.

9  Q    For the witness only, could you put up 4442.

10            If you would, could you highlight for the witness

11 Overt Acts One through 18 at the bottom.

12 A    Can I ask what this is, please?

13 Q    This is the indictment, superseding indictment of the

14 Holy Land Foundation.

15 A    So, is it the full indictment?

16 Q    This is pages 17 and 18, which deal with the actual

17 count.

18 A    Okay.  What is a superseding indictment?

19 Q    Wow.

20            MR. OSEN:  Judge --

21            THE COURT:  You are asking me questions?

22            MR. OSEN:  I'm asking whether I should answer that

23 question in full.

24            THE COURT:  Any objection to him answering the

25 question?  Any objection to me answering the question?

1          MR. INGERMAN:  I frankly don't care which one of you

2    answer the question.

3          THE COURT:  A superseding indictment is an

4    indictment that replaces an earlier indictment.

5          THE WITNESS:  An indictment is like a charge in the

6    UK courts.

7          THE COURT:  That's right.

8          THE WITNESS:  Okay.

9          Can I have the document, so I can actually read at

10   least the pages rather than just the highlighted text?

11         MR. INGERMAN:  Your Honor, may I approach the

12   witness, please?

13         THE COURT:  Sure.

14         (Pause.)

15         THE WITNESS:  Do I first read the whole of the

16   document?

17   Q    I just wanted you to read the bottom of pages 17 and 18.

18   A    Okay.

19         (Pause.)

20   A    Okay.  I can see these are some of the charges, and they

21   mention some of the Zakat Committees.

22   Q    They mention the Islamic Charitable Society --

23         MR. INGERMAN:  Objection.

24         THE COURT:  Sustained.

25         You can ask her what she knows.

1   Q    You are aware, are you not, that the Holy Land Foundation

2   defendants were indicted, charged with providing financial

3   support to the Islamic Charitable Society of Hebron and to

4   other Zakat Committees that are at issue in this case?

5                MR. INGERMAN:  Objection, asked and answered.

6                THE COURT:  Overruled.

7   A    No.  I wasn't aware.

8   Q    So, your testimony is that before you came to court today

9   to offer your opinions as an expert on Hamas and specifically

10  on these charitable committees that we listed earlier, you did

11  not undertake to determine whether the United States

12  Government had charged some of the committees at issue in this

13  case and in fact had obtained convictions for sending money to

14  the Zakat Committees and the Islamic Charitable Society; is

15  that your testimony?

16               MR. INGERMAN:  Objection.

17               THE COURT:  Overruled.

18  A    I did not look at the indictment for the HLF trial as it

19  pertains to the pages that you have just asked me to look at.

20               I assured myself that the United States Government

21  had not designated any of these committees during the period

22  in question.

23  Q    But you knew that Dr. Levitt and Mr. Spitzen had cited

24  extensively not only to the Holy Land case, but also to the

25  Holy Land Foundation trial exhibits, and your testimony is

1    that you never sought to determine whether the institution you

2    were offering an expert opinion on, that you have come to

3    court to talk about today, were in fact convicted -- that the

4    Holy Land Foundation defendants were convicted for sending

5    money to those institutions because they were part of Hamas?

6    A    Well, those institutions weren't on trial, as I

7    understand it, in HLF.  So, the institutions themselves

8    weren't charged.  They were not on trial.  The United States

9    Government hasn't designated them.  The UK Government hasn't

10   designated them.

11          During the period in question, which is 2000 to

12   2004, when I was in the Palestinian Territories, none of these

13   charities were on the OFAC list.  None of them were

14   designated.  It didn't form part of my criteria for

15   examination.  I disagree and continue to disagree with

16   Dr. Levitt and Mr. Spitzen.

17   Q    And with the United States Government, as well?

18   A    During the period in question, which is 2000 to 2004, I

19   don't think the United States Government and I were in

20   disagreement.  They hadn't designated any of these charities

21   or brought charges against them.

22   Q    Just so we're clear:  The indictment and the conviction

23   was for transferring money to these same organizations from

24   1997 to 2001; is that true?

25          MR. INGERMAN:  Objection.

1      THE COURT:  Overruled.

2  A    As I've just said, I have not read that indictment, so I

3  am not aware of that.

4  Q    Let's turn, if we can, to PX 4304 for the witness only.

5      Professor, did you review this Government Exhibit

6  from the HLF criminal prosecution during the course of your

7  review of the materials cited by Dr. Levitt and Mr. Spitzen.

8  A    No.  I don't recall seeing this document.

9  Q    Can we put up 4312 for the witness only?

10      Can you generally describe what the document is?

11      MR. INGERMAN:  Objection.

12      THE COURT:  Sustained.

13  Q    Have you seen this document before?

14  A    No, I haven't.

15  Q    Were you aware before today that the United States

16  Government had identified various leaders of the Islamic

17  Charitable Society of Hebron as Hamas leaders?

18      MR. INGERMAN:  Objection.

19      THE COURT:  Overruled.

20  A    Can you ask me the question again?  I got somewhat thrown

21  by the objection and overruling.  Sorry.

22  Q    Were you aware before today, coming into court today,

23  that the United States Government had identified various

24  members of the Islamic Charitable Society of Hebron as key

25  Hamas leaders?

1   A    I was aware before today that the United States

2   Government or elements of it had had their suspicions, yes.

3   Q    Well, it's more than a suspicion, isn't it, professor?

4   They identified them in the criminal proceeding as key Hamas

5   leaders in the West Bank; isn't that true?

6            MR. INGERMAN:   Objection.

7            THE COURT:   Overruled.

8   A    What criminal proceeding are you referring to, Mr. Osen?

9   Q    This is the exhibit from the Holy Land Foundation

10  criminal trial.

11  A    Right.

12  Q    That's what I am referring to.

13  A    I see.   Okay.   So, you are talking about this list again?

14  Q    Yes.

15  A    Okay.

16           Yes, they are identifying some individuals.

17  Q    They are identifying members of the Islamic Charitable

18  Society of Hebron as key Hamas leaders in the West Bank; isn't

19  that true?

20           MR. INGERMAN:   Objection.

21           THE COURT:   Sustained.

22           You can ask her what she knows.

23  Q    Before you came here today, you were aware, were you not,

24  that the United States Government had identified various

25  members of the Islamic Charitable Society of Hebron as key

1  Hamas leaders in the West Bank?

2  A    Yes, that's correct.  In reading the Watson memorandum,

3  which, of course, was secret in the period in question, I read

4  those kinds of allegations.  So, I read that after the fact.

5  I read that after the period of 2000 to 2004, that the United

6  States Government, the FBI, rather, had identified these

7  people.

8  Q    But you knew that before you came to court today; right?

9  A    Yes.  That's what I said.  I knew it from reading the

10 Watson memorandum.

11 Q    Now, you said a moment ago that the Watson memorandum was

12 secret.  Did I hear that correctly?

13 A    That's right.  As I understand it, it was a classified

14 document during the period in question.

15 Q    When you say the "period in question," what do you mean

16 by that?

17 A    I mean the period of 2000 to 2004, when I was asked to

18 look at the Zakat Committees.

19 Q    You weren't asked to look at the Zakat Committees between

20 2000 and 2004, you were asked to do that in 2010, to go back

21 and look at them from the period 2000 to 2004?  Do I have that

22 correct?

23 A    Well, I was asked to do two things.  From, in fact, 2011,

24 which is when I started my first expert report, to go back.

25 But I was also asked, quite clearly, as I appear to have been

1   the only person that was actually, in terms of this case,

2   actually there on the ground in the West Bank and Gaza Strip,

3   to also reflect on the time that I was actually there.  So, I

4   did two things.  One, refresh and think about my own

5   recollection, my own knowledge from the period in question,

6   and with hindsight to reflect from the standpoint of 2011,

7   when I was asked to become involved in this court case, to

8   reflect back on that.

9              (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (CONTINUING)

2    Q    So your testimony, as I hear it, is that the Watson

3    memorandum and the facts contained therein were secret during

4    the time period from 2001 to 2004?

5    A    Even beyond that.  As far as I'm aware, the Watson

6    memorandum didn't reach the light of day in the U.S. public

7    domain until the HLF trial in 2007.

8    Q    Did you ever type Watson memorandum into Google?

9    A    Could you give me a period of time?

10   Q    Before this minute.

11   A    Probably.

12   Q    And you never saw when you Googled Watson memorandum that

13   Dr. Levitt had, in fact, testified about Watson memorandum to

14   the Senate Committee on Banking, Housing and Urban Affairs in

15   May of 2002?

16   A    No, I couldn't have done because I didn't type Watson

17   memorandum into Google before 2011.

18   Q    I'm going to move on from that one.

19         Let's, if we can, for the witness can we bring back

20   up just for the witness 4312.

21         This is the document from the HLF trial that

22   references the Islamic Charitable Society?

23              MR. INGERMAN:  Objection.

24              THE COURT:  Sustained.

25   Q    Let me start that again.

1          You spoke on Monday, I believe, about the Islamic

2     Charitable Society of Hebron, right?

3     A     That's correct.

4     Q     And you testified, did you not that the Islamic

5     Charitable Society Hebron, amongst other things, ran an

6     elementary school in some of the branches for both boys and

7     girl.

8          Do you recall that?

9     A     I recall that the charitable society in Hebron runs an

10    elementary school, actually one for boys and one for girls in

11    the town of Hebron itself.  I don't recall mentioning the

12    other branches.  I'm aware of kindergartens in the other

13    branches but not elementary schools.

14    Q     Do you recall that you discussed certain photographs you

15    took in 2008 of different things you photographed in the

16    Islamic Charitable Society in Hebron?  It was slide 18 and

17    Defendant's Exhibit 1602, 1603 and 1604, do you remember that

18    testimony?

19    A     Yes, but that was not of different things.  It have just

20    of one thing.  It was of the orphanage, girl's orphanage.

21    Q     And Dr. Levitt, in his expert reports cited, did he not,

22    to a 2006 PBC British Broadcasting Company panorama

23    documentary that featured the Islamic Charitable Society in

24    Hebron, do you recall that?

25    A     No, I don't.

1  Q    Do you recall the BBC panorama program?

2  A    No, I don't.

3  Q    Okay.  The program featured a discussion and video

4  obviously, of the Islamic Society of Hebron?

5               MR. INGERMAN:  Objection.

6               MR. OSEN:  I'm in the middle of my question.

7               MR. INGERMAN:  That's why I objected.

8               THE COURT:  No, you are really not allowed to object

9  until the end of the question, unless there is something

10  peculiar about the question.

11               MR. OSEN:  I'll ask a new one.

12               THE COURT:  The objection is overruled.

13  Q    You testified, did you not, that in all the time

14  database-how many times did you visit the Islamic Charitable

15  Society of Hebron?

16  A    In total from when I first started doing research to the

17  present?

18  Q    Yes.

19  A    At least half a dozen time over the years.

20  Q    Okay.  In those half dozen times I believe you testified

21  that you never saw any kind of political activity or political

22  materials?

23  A    That's correct, I never saw any kind of political

24  activity or materials.

25  Q    Do you have any doubt in your mind that such political

1   materials and political activity actually took place at the

2   Islamic Charitable Society of Hebron?

3   A    What kind of, I'm sorry I'm not quite sure I get your

4   question, could you repeat it again for me.

5   Q    Sure?

6   A    Do I have any doubt?

7   Q    That such activities did, in fact, occur at times when

8   you were not present?

9   A    What political activities?

10  Q    Political activities, things of a political narcotics

11  Alabama is particular nature, of the kinds you testified to

12  earlier?

13  A    Well, that's quite, I mean, nationalistic nature is very

14  different from other kinds of political activities.  There may

15  have been celebration of national days.  Palestinians lacking

16  independence do celebrate national high days and holidays.

17  So, The Society itself along with every other organization --

18  The Society itself along with others may have, for example,

19  November time I think around the 22nd of November every year

20  Palestinians celebrate I'm going to use a parentheses here,

21  independence day because obviously, they don't have

22  independence, but that was the day in which in 1988 the United

23  Nations or accepted that they could have a proto state

24  independence and there may have been nationalistic, but not

25  MRI, not that I've seen.  As I understand it, the charity,

1   since it have founded in the 1960s, was there for religion and

2   charitable purposes.

3   Q    The kind of thing I'm thinking about is a little bit

4   different.  I'm talking about things like children singing we

5   answer your call and make our skulls a ladder to your glory to

6   martyrs in every time and place, the kind of stuff that you

7   saw in the kindergarten video that you discussed this morning.

8        Did you ever see that or do you have any doubt that

9   that occurred at the Islamic Charitable Society in Hebron?

10  A    No, I never witnessed things like that and nor did I ever

11  encounter anybody informing me of those kinds of thing.  On

12  some of my later visits, not in the period in question but in

13  some of my later survives to the charitable society in Hebron,

14  I was accompanied by a journalist, journalist from the

15  New York Times, he would be attuned to those kinds of thing as

16  much as I would be and never in our experiences did we ever

17  encounter though kinds of issues or rumors that those kinds of

18  things had taken place.

19  Q    Would you like to see a video of the Islamic charitable

20  society of Hebron so you can give your own analysis of whether

21  insist national is particular or other kinds of activity?

22              MR. INGERMAN:  Objection.

23              THE COURT:  Are you talking about the video she was

24  asked about on direct.

25              MR. OSEN:  No.

1           THE COURT:  Well, you can ask her if she'd like to
2    see it.
3           MR. OSEN:  That's my question.
4    A    Not particularly, no because I you know I've been enough
5    times to the Islamic charitable society in Hebron, I know what
6    it looks like, I know what's there, I've seen with my own
7    eyes, I'm the only expert in this case who has actually done
8    those kinds of things.  I'm satisfied.  I'm satisfied.
9    Q    Well, by your testimony?
10   A    By my own judgment, I am satisfied.
11   Q    I'm pretty sure you haven't seen this because your
12   testimony was you haven't seen the BBC panorama video and it
13   takes place in the same place that was the scene of your
14   photographs.
15          But, if you don't want to see it, I'm sure the jury
16   by this point can use their imagination?
17          MR. INGERMAN:  Objection, move to strike.
18          THE COURT:  Sustained.
19   Q    Let's turn to PX 4310 for the witness only.
20          Professor, are you aware before you came into court
21   today that the United States Government had identified the
22   Nablus Zakat committee leaders as key Hamas leaders in the
23   West Bank?
24   A    No, I wasn't aware that the leadership of the Nablus
25   Zakat committee had been identified as key leaders of Hamas in

1   the West Bank.

2   Q    So, before you came in here today, you didn't know that

3   the United States Department of Justice in prosecuting the

4   Holy Land Foundation defendants had identified the leadership

5   of the Nablus Zakat committee as key leaders of Hamas?

6   A    Well, there were 12 members of the committee.  I'm not

7   looking at 12 members here in this screen.

8   Q    Yes.  Only the chairman, vice chairman and treasurer?

9            MR. INGERMAN:  Objection.

10           THE COURT:  Overruled.

11           Put a question, please.

12           MR. OSEN:  I will.

13  Q    Can we have slide 59, please.  Mr. Spitzen's slide 59.

14           Professor you see Sheikh Hamed Bitawi, Dr.

15  Abdelrahim Al-Hanbali and Adly Yaish on this slide?

16  A    Yes, I do.

17  Q    And Mr. Spitzen identified those individuals as key Hamas

18  leaders in the West Bank, is that true?

19  A    I believe he did.

20  Q    And is Mr. Spitzen's testimony on this subject at

21  variance from that of the United States Department of Justice

22  in prosecuting the Holy Land Foundation?

23  A    I don't know.

24           MR. INGERMAN:  Objection.

25           THE COURT:  Overruled.

1      THE WITNESS:  I don't know.

2  Q    Well, do you need to see PX 4310 again?

3  A    Am I being asked about the Holy Land Foundation trial

4  again?

5  Q    You are being asked whether the United States Government

6  identification, for example, of Sheikh Bitawi as a Hamas

7  leader is consistent with Mr. Spitzen's testimony?

8      MR. INGERMAN:  Objection.

9      THE COURT:  All right, let's take our afternoon

10  break now.

11      Ladies and gentlemen, we will reconvene at

12  3:00 o'clock.  Don't talk about the case.  See you in a few

13  minutes.

14      THE COURTROOM DEPUTY:  All rise.

15      (Jury exits.)

16      (In open court; outside the presence of the jury.)

17      THE COURT:  Be seated.

18      Mr. Osen, I am disinclined to keep repeating; you

19  can ask her what she knows, all right?  Were you aware that

20  the United States Government had done this, had done that.  If

21  she is, she is.  If she isn't is, she isn't.  I understand you

22  have got a good faith basis for all these questions, I see the

23  good faith basis, but you can't get more from a witness than

24  the witness knows.  So, please, phrase your questions that way

25  or I am going to keep sustaining the objections that I have

1  been sustaining.

2          MR. OSEN:  Understood, Your Honor, and I actually

3  don't have any other questions on that.

4          THE COURT:  So, you will be guided if there are any

5  other areas.

6          See you at 3:00 o'clock.

7          (Recess taken.)

8

9          (In open court.)

10         (Judge BRIAN M. COGAN enters the courtroom.)

11         THE COURT:  Let's have the jury.

12         (Jury enters.)

13         THE COURT:  Be seated.

14         Please continue, Mr. Osen.

15  BY MR. OSEN:

16  Q    Professor, do you recall at your deposition and in the

17  earlier part of this trial when you were watching

18  Mr. Spitzen's testimony that we played a small clip of a video

19  of Sheikh Hamed Bitawi addressing a crowd in Nablus?

20  A    I wasn't here for -- throughout Mr. Spitzen's testimony

21  and trial.

22  Q    So, you don't recall the video of Mr. Bitawi addressing a

23  crowd in Nablus?

24  A    No.  Unfortunately, I was very ill late last week, so I

25  wasn't in court every day last week.

1    Q    Okay.

2         MR. OSEN:  Your Honor, this video which was

3    previously marked PX 1061 admitted into evidence, we would ask

4    to be able to play only about five seconds of that to orient

5    the witness.

6         THE COURT:  All right, go ahead.

7         (Video played for jury.)

8         THE COURT:  Closer to ten seconds, but.

9    Q    Do you recognize the individual speaking in that video as

10   Sheikh Hamed Bitawi?

11   A    Yes, I think that was probably him.

12   Q    Mr. Miller, could you just put up 1061-F.  This is a

13   slide that was shown and admitted into evidence as part of

14   Mr. Spitzen's testimony.

15        Does that help you identify Sheikh Bitawi?

16   A    Yes, that's correct.

17   Q    And you testified, did you not on Monday that in your

18   expert opinion Sheikh Bitawi was not, during the relevant time

19   period, a Hamas leader, is that true.

20   A    That's correct.  I said he was considered to be

21   influential in Hamas and when Hamas claimed that he was

22   influenced -- that they were influenced by him and he was

23   certainly a very radical controversial individual.  He was a

24   cleric in the pay of Palestinian Authority, an employee of the

25   Palestinian Authority, but I, it's my, it's my assertion still

1    that he was not a Hamas leader.

2            THE COURT:  Mr. Osen, you need to turn your lapel

3    mic on.

4            MR. OSEN:  My fault.  Okay.  I hope that's better?

5            THE COURT:  Better.

6    Q    On Monday when you were discussing with Mr. Ingerman the

7    Nablus Zakat committee and the Tadamun society.

8            Do you remember that testimony?

9    A    Yes, I do.

10   Q    One of the things you said was that the Zakat committee

11   and the Tadamun society were not part of Hamas and one of the

12   things you cited to was the fact that Hamas had their own

13   office in Nablus.

14           Do you recall that?

15   A    That's correct.  I recall talking about the fact that

16   there was more than one office actually in Nablus I remember

17   from that period.

18   Q    And you testified; did you not, that in 2001 Israel

19   targeted the offices of that Hamas were running out of in

20   Nablus and I think they were successfully killing two of the

21   major leaders of the Izz Ad-Din al-Qassam brigades the idea

22   had identified them as a threat to their security.

23           Do you recall that?

24   A    Yes, I recall that.

25   Q    And the two major leaders of the Izz Ad-Din al-Qassam

1  brigades that you were referring to were Jamal Mansur and

2  Jamal Salim, were they not?

3  A    No, I can't remember the names of the individuals that I

4  was referring to.  I was just referring to what I remembered

5  from a particular period in time.  I can't remember the names

6  of the individuals targeted.

7  Q    Can we see 1061-E, Mr. Miller.

8           THE COURT:  In evidence?

9           MR. OSEN:  It's in evidence, I'm sorry, Your Honor.

10  Q    This slide, Professor, is from the same video jury saw

11  earlier.  It's the same event at which Mr. Bitawi was speaking

12  at and I want to draw your attention to the billboard, the

13  poster, whatever you want to call it that is on the podium

14  that day and ask you whether you agree or you're able to

15  identify Jamal Mansur and Jamal Salim in that billboard?

16  A    No, I am not able to identify the two gentlemen you are

17  talking about.

18  Q    Do you know who they are?

19  A    Yeah, I think I can remember them being in the Izz Ad-Din

20  Al Qassam brigade, the names are familiar to me, certainly.

21           MR. OSEN:  Mr. Miller, for the witness only, can you

22  show the black photo.

23           MR. INGERMAN:  What is that?

24           THE COURT:  Do you have a number?

25           MR. OSEN:  We didn't give a number, we're not

1   offering it into evidence, Your Honor.

2           THE COURT:  Well, the defendant has a right to see

3   it.

4           MR. OSEN:  Yes, of course.  It's also witness only.

5           THE COURT:  Okay, what is your question?

6   Q    Professor, do you recognize the individual in the center

7   of that photograph?

8   A    Yes, I think I know who it is.

9   Q    And who is it?

10  A    I think it's Hamed Bitawi.

11  Q    And you, in fact, interviewed Hamed Bitawi at one point

12  in time, did you not?

13  A    Before he died I met him on a number of occasions, yes.

14          MR. OSEN:  May we display this for the jury,

15  Your Honor?

16          MR. INGERMAN:  Objection.

17          THE COURT:  Not without moving it into evidence.

18          MR. OSEN:  Okay.

19          THE COURT:  I'm not saying you can't move it into

20  evidence, but you haven't asked me to.

21          MR. OSEN:  May we move it into evidence, Your Honor?

22          MR. INGERMAN:  Objection.

23          THE COURT:  Side-bar.

24          (Side-bar conference held on the record out of the

25  hearing of the jury.)

1

2          (Side-bar.)

3          THE COURT:  First of all you have to give it a

4    number if you are going to move it in.

5          Second of all, what do you intend to do with it?

6          MR. OSEN:  Only to identify the association of the

7    people in the photograph.

8          THE COURT:  Who are the people?

9          MR. OSEN:  Mr. Bitawi is in the center with the

10   Hamas scarf on his shoulder as simply for identification of

11   him in that context.

12         THE COURT:  Well, you haven't quite gotten her to

13   acknowledge, but it seems to me she knows one of the figures

14   in the photo.  Is that the only figure you are interested in,

15   in the photo?

16         MR. OSEN:  Well, I can show, I can ask her about the

17   black and identified what the symbols on the black are.

18         MR. INGERMAN:  Your Honor, I've never even seen the

19   photograph before.  It's not on their Exhibit list.

20         THE COURT:  No, I'm going to deny it.

21         MR. OSEN:  Okay.

22         (Side-bar end.)

23

24         (In open court.)

25   Q    Can we see Mr. Spitzen's slide 121, please.  For the

1   witness only.

2          Professor, do you recognize Mr. Bitawi in

3   Mr. Spitzen's slide 121?

4   A    Yes, I do.

5   Q    Are you able to recognize and confirm the identity of the

6   two other individuals indicated there?

7   A    No, I don't recognize those individuals.

8   Q    You testified earlier today, did you not, that part of

9   your research work on Hamas, you do go to the al-Qassam dot PS

10  website from time to time?

11  A    Yes, that's correct.

12         MR. OSEN:  May we display 121, Your Honor.

13         THE COURT:  This was shown during Spitzen?

14         MR. OSEN:  Yes.

15         THE COURT:  Yes, you may.

16         I believe everyone has it on their monitors.  The

17  public has it on the large monitors, so we don't need the

18  overhead screen.

19         Go ahead.

20         MR. OSEN:  Okay, thank you, Your Honor.

21  Q    This photograph of this public event occurred before the

22  time period you looked at; correct?

23         MR. INGERMAN:  Objection.

24         THE COURT:  Ask her what she knows.

25         THE WITNESS:  Sorry, what was that again?

Proceedings                                    2328

1  Q    The photograph depicts an event that took place during

2  the relevant time period; correct?

3  A    The photograph appears to be depicting an event.

4  Q    In 2001, correct?

5           MR. INGERMAN:  Objection, Your Honor.

6           THE COURT:  Sustained.

7           MR. OSEN:  Let me try it a different way.

8  Q    Jamal Monsur and Jamal Salim were dead by July of 2001;

9  isn't that true?

10 A    I don't know.

11 Q    Okay.  Do you see any, apart from it originating, this

12 particular image originating from a Qassam dot PS website, do

13 you see any other indicia as signs of this being a Hamas

14 event?

15          MR. INGERMAN:  Objection.

16          THE COURT:  Overruled.

17 A    The indicia that I can see is I can see some of the -- I

18 mean, I can see a cleric so there are Muslims there.  I can

19 see the green flag of Islam.  I can't see anything else on the

20 green flags, I can't see any writing or anything.  I can see

21 somebody wearing a keffiyeh, which as I've already testified

22 is a national symbol and in particular is associated with the

23 Fatah organization who are rivals of Hamas.  They don't look

24 very happy.

25 Q    It is a funeral.

1   A    One of the gentlemen is wearing an abaya there, which is

2   a traditional form of clothing that rural people would wear.

3            And then lots of black, which if you've said it's a

4   funeral would indicate that it was a funeral.

5   Q    Okay.  Professor, are you aware that in September of

6   2003, probably a long shot because it's a U.S. program but

7   I'll ask anyway.  We have something here called National

8   Public Radio, are you familiar with that?

9   A    No, I've never listened to it.

10  Q    Well, ironically enough, the program is called All Things

11  Considered and in the September 7th, 2003, Sunday program a

12  reporter identified --

13           MR. OSEN:  Let me rephrase that question so

14  Mr. Ingerman can get exercise.

15           MR. INGERMAN:  Thank you.

16  Q    Are you aware that Mr. Bitawi, Sheikh Hamed Bitawi was

17  referred to as a Hamas leader on American public radio in

18  2003?

19  A    No, I'm not aware of that.

20  Q    Let's try one a little closer to home.  You're aware of,

21  maybe you don't read it, but the tabloid newspaper The Daily

22  Mail in London?

23  A    Yes, I've heard of it.  No, I don't definitely don't read

24  it.  It usually has tittle-tattle about the royal family, the

25  adulterous behavior of the U.K. politicians, which I suppose

1  is no different from the U.S.

2  Q    Well, on this occasion my question is are you aware that

3  a December of 2001 The Daily Mail was discussing events not of

4  the royal family, but of arrests made in the West Bank

5  referring to Sheikh Hamed Bitawi as a major leader of Hamas?

6  A    No, I'm certainly not aware of that.  I don't read The

7  Daily Mail.

8  Q    You've heard of the Associated Press, have you not?

9  A    Yes.

10 Q    Are you aware that in November of 2000, year 2000, there

11 was a very large event in Nablus involving the funeral of a

12 Hamas bomb maker named Ibrahim Bani Odeh?

13 A    Sorry, can you give me the dates again, where and when?

14 Q    Sure.  This is an event that took place in November of

15 2000, year 2000.  In the town Nablus, in the funeral of a bomb

16 maker named Ibrahim Bani Odeh?

17 A    No, I wasn't aware of that funeral.

18 Q    And you weren't in attendance at that funeral, I take it?

19 A    No.

20 Q    And you are not aware, I assume based on your answer,

21 that the Associated Press reported that Hamed Bitawi presided

22 at that funeral and was identified as a Hamas leader in

23 Nablus?

24 A    No.

25 Q    I'm going to try one more, I'm hoping you know this one,

1    too.   You've heard of the Washington Post, have you?

2    A    Yes, I have.

3    Q    Okay.   Are you aware of the fact that in 1997 Hamas held

4    a rally in Nablus to announce a successful suicide bombing in

5    March of 1997?

6    A    No.

7    Q    Are you aware that at that rally in the City of Nablus,

8    Hamed Bitawi spoke to quote, announce the good news of that

9    suicide bombing?

10   A    No.

11   Q    In reviewing Mr. Spitzen's expert report I'm sure you

12   noted that Mr. Spitzen relies and cites to and actually

13   Dr. Levitt does as well, to a particular interview that the

14   Hamas leader Khaled Masha'al gave to the Dar Al-Hayat

15   newspaper.

16         Do you recall that?

17   A    Dar Al-Hayat newspaper, yes, I think I recall that, there

18   are references to it.

19   Q    Right.   And, in fact, both the Arabic and English

20   versions of that article were cited in their reports; isn't

21   that correct?

22   A    Yes, I think, was the article published in late 2003 or

23   something like 2004?

24   Q    Right.   The very end of 2003.

25   A    End of 2003.

1    Q    And you reviewed that article and those citations in

2    preparing your rebuttal report, did you not?

3    A    Probably.  I mean, I need to make clear that when I did

4    my rebuttal report, I think I had less than two weeks to do it

5    and that meant I had to read and review both of those

6    extensive and long reports.  So I'm saying that I'm sure I

7    would have included it, but I can't testify to that exact

8    citation.  But I am aware of that citation you said, yes.

9    Q    And they specifically refer, do they not, because it was

10   very long interview in many parts, to a very specific part of

11   the Dar Al-Hayat with interview with Khaled Masha'al?

12   A    No, not that I remember.  I remember them making

13   references to it, but.

14   Q    Would it assist you to see the document?

15   A    If you'd like me to see the document, I'm happy to look

16   at it.

17              MR. OSEN:  May we display, Your Honor, 4129.

18              MR. INGERMAN:  Just to the witness.

19              THE COURT:  Yes.

20              THE WITNESS:  Am I seeing the whole of the document,

21   please?

22              MR. OSEN:  Well, this is the first page.

23              THE WITNESS:  Could I have a paper copy, please.

24              MR. OSEN:  You can have one, sure.

25              MR. INGERMAN:  Your Honor, may I approach the

1  witness?

2          THE COURT:  Sure.

3          (Pause in the proceedings.)

4  Q    To save a little time, Professor, I will draw your

5  attention to the 7th page of the document.  And for your

6  benefit, it's also on the screen he enlarged.

7          (Continued on following page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    BY MR. OSEN:

2    Q    Let me know when you are ready?

3         (Pause.)

4    A    Okay.  Yes.  I've read that bit.

5    Q    This interview that Mr.  -- First of all, can you tell

6    the jury briefly who Khalid Mashal was and is?

7    A    Khalid Mashal is the leader of Hamas.  He's the current

8    head of Hamas.

9    Q    In this interview in 2003, he identifies many of the

10   senior Hamas leaders in the Gaza Strip and the West Bank, does

11   he not?

12             MR. INGERMAN:  Objection.

13             THE COURT:  You have to phrase it differently.

14   Q    Professor, when you reviewed this document in connection

15   with reviewing Mr. Spitzen's and Dr. Levitt's report, wasn't

16   this information relevant to you in reaching your own

17   conclusion on who Hamas's leadership was during the relevant

18   time period?

19   A    This interview makes claims by the person being

20   interviewed by Khalid Mashal, and during the period in

21   question, 2000 to 2004, I wasn't aware of this interview in

22   Arabic or either in English.  Sorry.  Again, remind me of what

23   the specific question was, because I'm not answering it

24   specifically enough for you.

25   Q    That's fine.  I'll ask you a new question.

1      Do you agree that Sheikh Yassin was a Hamas leader

2   as identified by Mr. Mashal?

3            MR. INGERMAN:  Objection.

4            THE COURT:  Sustained.

5   Q    Let's put it this way:  Public identification of Hamas

6   leaders by Hamas senior leaders during the relevant time

7   period would have been important to you in reaching your

8   opinion, would it not?

9   A    In the time of 2000 to 2004?

10  Q    Right.

11  A    I would have taken that into my consideration, yes.  I

12  would have taken other things into consideration, as well.

13  Q    Let me change the subject for a moment and ask you, in

14  connection with your book, you participated in a promotional

15  video to promote the book when it came out; is that true?

16  A    When the book was published, my coauthor wanted to make

17  what's called a promotional video, and I contributed some

18  sound track -- not sound track, voice recording for it, saying

19  who I was and saying what part of the book was about.

20  Q    We actually showed you that promotional video, you

21  identified it in your deposition, did you not?

22  A    Yes, that's correct.

23            MR. OSEN:  With your Honor's permission, we would

24  like to show a short clip of the beginning of the promotional

25  video.  It's PX 4432.

1          MR. INGERMAN:  I'm not sure if it's impeachment or

2     prior inconsistent statement.

3          THE COURT:  It's clearly impeachment.

4          MR. INGERMAN:  He hasn't asked her the predicate

5     question.

6          THE COURT:  It's not necessarily impeachment by a

7     prior inconsistent statement, but what he's doing is clearly

8     impeachment.  I don't know what kind of impeachment, because I

9     don't know what's in the clip.

10         MR. INGERMAN:  I don't have an objection to playing

11    the clip.

12         THE COURT:  Play the clip.

13    A    This is a video that we played in 2010, just before the

14    book was published?

15    Q    Right.

16         (Tape plays.)

17         (Tape ends.)

18         MR. OSEN:  Your Honor, I would like to put the

19    billboard up on the screen for the jury.

20         THE COURT:  That's a frame from the film we just

21    saw.

22         MR. OSEN:  Yes.  It's the same exact image that's on

23    the screen.

24    Q    Can you see that all right from here?

25    A    Yes, I can.

1    Q    Do you recall that I asked you about this image at your

2    deposition?

3    A    Yes.  I recall that image was taken by, I think, either

4    by my coauthor or by the other two people that contributed to

5    the video in 2006 or thereafter.

6    Q    I have been waiting two weeks to do this, so bear with

7    me.

8    A    Okay.

9    Q    I want to ask you if you can identify this individual

10   over here, circled in red?

11   A    Yes.

12   Q    Can you tell us who that is?

13   A    Yes, that's Sheikh Yassin.

14   Q    Over here on the other far side, can you identify that

15   individual?

16   A    Yes.  That's Abdal Aziz Rantisi.

17   Q    Can you identify the individual next to Mr. Rantisi on

18   the board?

19   A    I think it's Muhammad Siam.

20   Q    And the individual next to Mr. Siam?

21   A    No, not with any certainty.

22   Q    How about the individual next to that individual?  I

23   don't want to give it away.

24   A    I can recognize him, because you showed me his picture

25   this afternoon.

1    Q    How about the gentleman in the center at the top?

2    A    I think that might be Salah Shehade.

3    Q    Do you recognize any of the three individuals to his

4    right?

5    A    One of them might be similar to the images you showed me

6    this afternoon.

7    Q    How about this symbol over here?

8    A    Is that the symbol of Hamas?

9    Q    Is there anything else on this billboard that indicates

10   to you that this is Hamas -- I think you used the term

11   yesterday or Monday -- paraphernalia?  Is this a Hamas image

12   and is there anything else on it that tells you it's a Hamas

13   image?

14   A    Well, as I said before, I think it was a photograph that

15   my coauthor had maybe taken in 2006.  I think it's an election

16   ballot or something.

17   Q    Can you tell us what it says right here on the bottom?

18   A    No, I can't.  It's in Arabic.

19   Q    Didn't you testify on Monday that you speak Arabic?

20   A    Yes, but I can't read Arabic any longer.

21   Q    So, you can't read Harakat Muka Mahal Islamiah, the

22   Islamic Resistance Movement?  Can you read the word "Hamas"?

23              MR. INGERMAN:  Objection.

24              THE COURT:  Overruled.

25   A    I can see, now that you have said, I can see an H, an A,

1  and an S at the end of that.  But I can't read Arabic.

2  Q    Didn't you testify on Monday that when you went to all

3  these committees and you reviewed all of their literature and

4  so forth, you didn't see any signs that the materials were

5  about Hamas?

6  A    I didn't see materials like this, no.

7  Q    But you can't read materials that actually say the

8  word "Hamas" on them, can you?

9  A    No.  As I said to you when you pointed it out, because

10 you asked me to read the slogan at the bottom, I can't read

11 the slogan at the bottom.  We agreed you said that at the

12 end, "Hamas," and I said that is an H and an S, which is the

13 acronym for Hamas.  I can identify things like that.  That's

14 different from can I read sentences in Arabic, which I think

15 is what you are asking.

16 Q    This is just the words Islamic Resistance Movement,

17 Hamas.

18 A    Yes.

19         MR. OSEN:  May we show a very short second clip from

20 the promotional video?

21         THE COURT:  Yes.

22         (Tape plays.)

23         (Tape stops.)

24 Q    This image from the promotional video for your book is

25 one of a Hamas rally sometime presumably in 2009, 2010; is

1   that fair?

2   A    I don't know.

3   Q    But you agree that the image being portrayed is a Hamas

4   event; correct?  It's promoting a book about Hamas; isn't that

5   true?

6   A    Yes.  As I said, I didn't capture or film any of these

7   images.  So, I can't tell you -- I can't tell you

8   definitively.  It looks like a Hamas event.  It looks like it

9   could also be a rally of any other kind, as well.

10  Q    Do you recognize this individual here?

11  A    No.

12  Q    Can we have Mr. Spitzen's slide 112, please.

13       Does that assist you in identifying Mr. Dukhan as

14  one of the founders of Hamas?

15       MR. INGERMAN:  Objection.

16       THE COURT:  Overruled.

17  A    No.

18  Q    I want to go back to the photograph again.  Can you tell

19  me, if you can, the identity of this gentleman over here?

20  A    No, I don't know the identity of that man.

21  Q    Can we show everyone slide 24, please.

22       Does this slide assist you in identifying Muhammad

23  Shama, one of the founders of Hamas.

24  A    Not at all.

25  Q    Back to the slide again.

1           What about this gentleman over here?  Do you

2     recognize him?

3     A     Yes.  I think I've met him.  I met him in the post-2006

4     period.

5     Q     Do you know who he is?

6     A     If I think it's who I think it is.  I think it might be

7     Ahmed Bahar.

8     Q     Indeed, can you tell the jury whether who Ahmed Bahar is?

9     A     Ahmed Bahar is a PLC member.  I think he may even have

10    been, but not necessarily now, a member of the -- the head of

11    the Change and Reform bloc in the Palestinian Parliament.

12              THE COURT:  I'm sorry.  I missed the acronym.  PLC?

13              THE WITNESS:  Yes.  Palestinian Legislative Council,

14    and I think he teaches at the Islamic University of Gaza, as

15    well.

16              THE COURT:  Thank you.

17    Q     Can we see slide 45, please.

18              You are aware, are you not, that Ahmed Bahar, during

19    this relevant time period, 2000, 2002, etcetera, was the

20    chairman of the Islamic Society of Gaza.

21    A     Yes, that's correct.

22    Q     When you wrote your rebuttal report, you criticized both

23    Dr. Levitt and Mr. Spitzen for their reliance upon a

24    kindergarten video, which the jury has seen in this case; is

25    that true?

1    A    Yes, that's correct.  I don't consider that typical of

2    the activities I've seen or that I knew of during the period

3    in question.

4    Q    In fact, you described it as anecdotal evidence; right?

5    A    I don't remember the exact word.  But I'm not disagreeing

6    with you.

7    Q    You said the video was not sufficient evidence of the

8    Islamic Society's illegitimacy; is that true?

9    A    As you are representing it, yes.

10   Q    Can we see Dr. Edwards's slide 68?

11        MR. OSEN:  Your Honor, with the Court's permission,

12   we would like to play a ten-second clip of the kindergarten

13   video, and ask a few questions about it, and admit it into

14   evidence as 1132.

15        MR. INGERMAN:  Objection.

16        THE COURT:  Sidebar.

17        (Continued on next page.)

18

19

20

21

22

23

24

25

1        (Sidebar.)

2        THE COURT:  What's the basis of your objection?

3        MR. INGERMAN:  403.  It's already been played for

4   the jury.  They know what it is.  It's been talked about.

5        THE COURT:  What are you going to ask her about?

6        MR. OSEN:  I have a couple of specific questions

7   about the video and follow-up to impeach her statement that

8   she's never seen it since or before.

9        THE COURT:  What are the questions about the video?

10        MR. OSEN:  To identify both the locale from the

11   video as well am Ahmad Yassin.  It's about five seconds.

12        MR. INGERMAN:  It can be done without the video.

13        MR. OSEN:  The jury hasn't seen the video in two

14   weeks.

15        THE COURT:  The witness was hired, as I understand,

16   to respond to Levitt-Spitzen.  She has specifically attacked

17   this video as a basis for their conclusion.  I think plaintiff

18   has the right to examine her as to the video by showing it to

19   her.  A ten-second clip is not unduly prejudicial.  So, I will

20   allow it.  Is it really ten seconds?

21        MR. OSEN:  I hope so.

22        MR. STEPHENS:  We all hope.  Is it ten seconds?

23        MR. OSEN:  We can count to ten and cut it off.

24        THE COURT:  Do that.

25        (Continued on next page.)

1       (In open court.)

2       MR. OSEN:  May I, your Honor?

3       THE COURT:  You may.

4       (Tape plays.)

5       (Tape stops.)

6   Q    Professor, this is the video that you said was anecdotal

7   evidence; is that correct?

8   A    Yes.  In the totality of the work of the Society, of the

9   tens of thousands of children that go through the Society's

10  kindergartens, I didn't consider this example representative,

11  nor did I consider it representative in terms of my own

12  experience over the years, during the relevant period in time,

13  before and after of the activities of the Society.

14  Q    The video still that we have up there, do you recognize

15  what they are trying to portray there, or do you understand

16  what the symbolism of the child in a wheelchair is?

17  A    Yes, I do.

18  Q    What is that, to your understanding?

19  A    I believe my understanding of the symbolism would be that

20  that child is supposed to be representing Sheikh Yassin, who

21  is the founder of the society.

22  Q    He was also the founder of Hamas, was he not?

23  A    Yes.  As I said, after he left the Society, after the

24  Israelis kicked him out, in my testimony, then in 1988, he

25  founded Hamas.

1  Q    Is it fair to say that even the children who are

2  performing and watching the performers knew who Sheikh Yassin

3  was?

4              MR. INGERMAN:   Objection.

5              THE COURT:   Sustained.

6  Q    Let me ask you:   You said that this was anecdotal.   I

7  apologize.   I don't remember the other word you used.   It was

8  something which was not representative of the work the Islamic

9  Society of Gaza was doing; is that fair?

10 A    In the period in question, no, I don't consider it to

11 have been representative of the work of the Society.

12 Q    At your deposition, you were shown a copy -- a printout

13 of a website of the Islamic Society of Gaza; do you recall

14 that?

15 A    No.

16 Q    In the course of reaching your conclusion about the

17 Islamic Society of Gaza and its control or lack thereof by

18 Hamas, is it fair to assume that you actually went to the

19 website of the Islamic Society of Gaza?

20 A    Yes, I can recall that.   Yes, I can.

21 Q    And at your deposition, do you recall that you were

22 actually shown pages from the website of the Islamic Society

23 of Gaza?

24 A    If you'll talking about my deposition in 2011, I don't

25 recall that, and I don't recall it from the deposition last

month.

Q     For the witness only, PX 4427?

      Can you bring up the English for the witness?

      Does this refresh your recollection, professor, that
the kindergarten video that we all just saw was something that
was described and promoted on the Society's website.

A     No.

Q     Does it refresh your recollection and you disagree that
they promoted this on their website?

A     When I went to the website, I didn't see that on the
website, in my searches.

Q     It was cited, was it not, in Mr. Spitzen's report?

A     I don't disagree with that.

Q     For the witness only, can we pull up 1996 article.

            MR. INGERMAN:  I didn't hear the exhibit number.

            THE COURT:  He just said the "1996 article."

            MR. OSEN:  That was just for Mr. Miller to pull it
up.

            THE COURT:  You have to tell the defendant.

            MR. OSEN:  It's not an exhibit.

            THE COURT:  You are not showing it to the jury.  You
are not offering it.  You are showing it to the witness and
counsel at the same time?

            MR. OSEN:  Right.

            THE COURT:  Go ahead.

1          MR. INGERMAN:  Your Honor, I don't have a copy of

2     it.

3          THE COURT:  It's on your screen.

4          MR. INGERMAN:  It's only the first page.  Is there a

5     way to get a copy?

6          THE COURT:  Can you give him a copy?

7          MR. OSEN:  It is one page, your Honor.

8          THE COURT:  Then you have it.

9     Q    Professor, is it your sworn testimony that at no time

10    before or during the relevant --

11    A    Sorry.  Am I being asked to read this before you want me

12    to answer your question?

13    Q    No.

14    A    Sorry.

15    Q    No problem.

16    A    It was up there.

17    Q    Is it your sworn testimony that before and during the

18    relevant time period, no one identified the Islamic Society of

19    Gaza in public as an organization belonging to Hamas?

20    A    I believe I said no, when I talked about public

21    perception of the Islamic Society, public perception being

22    that it wasn't associated in terms of control of Hamas or by

23    Hamas.

24    Q    Right.  I'm speaking now strictly of public perception.

25    Is it your sworn testimony that there were no news reports

1   identifying the Islamic Society of Gaza as part of Hamas

2   during the relevant time period or before the relevant time

3   period?

4   A    In the West Bank and Gaza Strip, not that I am aware of,

5   in the Palestinian press.

6   Q    What about the world media?

7   A    Well, the world media wasn't distributed in the

8   Palestinian Territories during that period.

9   Q    Let me ask a different question.

10  A    That's because it was censored by Israel and sometimes by

11  the Palestinian Authority itself.

12           MR. OSEN:   Move to strike that last response.

13           THE COURT:   Sustained.

14  Q    This morning, you testified that you never, in all of

15  your experience, saw anything like the kindergarten video that

16  was displayed to the jury this afternoon.   Do you recall that

17  testimony?

18  A    That's correct.   I said in my experience of the Islamic

19  Society during that period, 2000 to 2004, I had not seen

20  anything of that sort.

21  Q    And since that time period, did you ever see anything

22  like that, that kind of event, in which Hamas individuals,

23  Hamas flags or insignias of any kind, were displayed at the

24  Islamic Society of Gaza?

25  A    No, not in my subsequent visits.

1  Q    So, you have never sheen that?

2  A    No, I have never seen that in my visits in the Islamic

3  Society in the period in question.

4  Q    Is it your testimony that such other events did not

5  occur?

6  A    Okay.  Yes.  I see where we are going on this.  Yes.  No.

7  I can recall that since 2006, the Islamic Society has been

8  associated with the kind of events that you are talking about.

9  Yes, I do remember that.

10 Q    And before 2006, you don't believe that ever occurred?

11 A    I'm not saying I don't believe it ever occurred.  I'm

12 saying that in my experience, I had never seen it occurred and

13 I hadn't heard of it occurring in the relevant time period at

14 the Islamic Society.

15         MR. OSEN:  Your Honor, can we have a very brief

16 sidebar?

17         THE COURT:  Yes.

18         (Continued on next page.)

19

20

21

22

23

24

25

1        (Sidebar.)

2            MR. OSEN:  We have an exhibit on our list which is a

3    videotape of another kindergarten performance, but before we

4    go through the effort, I wanted to make sure that because it's

5    a video and not a document and defense counsel has been

6    advised that it's on our list for today, we would like to be

7    able to show it for impeachment purposes.  But I didn't want

8    to start down that road without the sidebar first.

9            MR. INGERMAN:  What is the date of the video?

10           MR. OSEN:  2005.

11           THE COURT:  Is there an objection?

12           MR. INGERMAN:  Yes.

13           THE COURT:  What?

14           MR. INGERMAN:  I don't know if she's seen it or not.

15           THE COURT:  It's kind of relevant if she hasn't seen

16   it; right?

17           MR. INGERMAN:  I don't think so.

18           THE COURT:  If there's two videos of the same kind

19   of thing, and she says one is aberrational, two becomes less

20   aberrational, doesn't it?

21           MR. INGERMAN:  This is after the relevant time

22   period.  She talked about what happened in Gaza after 2005

23   when the elections occurred.

24           THE COURT:  This is in 2005?

25           MR. OSEN:  Right.  Her testimony was about events

1    after 2006.

2              MR. STEPHENS:  This is not authenticated.

3              THE COURT:  It doesn't need to be authenticated if

4    he's not putting it into evidence.

5              I'm not sure you're using it's the right way.  You

6    can't just show her a video.  You can ask her:  Did you know

7    there's more than one video displaying the Society doing a

8    function for Hamas?

9              You have a good-faith basis for that if you have a

10   video.  You can ask her that.  If she says, No, I didn't, you

11   can then show her the video.  You can then say to her:  Does

12   that change your view?  But what you cannot do is just show

13   her the video cold and start asking her questions as if it's

14   been authenticated.  That, you can't do.

15             MR. OSEN:  That's fine, your Honor.

16             THE COURT:  Okay.

17             (Continued on next page.)

18

19

20

21

22

23

24

25

1          (In open court.)

2          THE COURT:  We need a break.  Let's break until

3     4:15.  We may be breaking for the day.  Don't talk about the

4     case, ladies and gentlemen.

5          I'm going to be calling you back in.

6          (Jury excused.)

7          THE COURT:  All right.  Be seated.  The reason for

8     that was we had an emergency jury request for a convenience

9     break.

10          MR. INGERMAN:  Your Honor, can I ask if the witness

11     needs a convenience break?

12          THE COURT:  Please.

13          THE WITNESS:  I'll take advantage of the

14     opportunity.

15          THE COURT:  While the witness is off the stand,

16     Mr. Osen, why don't you let me see the video.

17          MR. OSEN:  Sure.

18          There's one point, your Honor.  The foundation for

19     the occurrence is in the beginning, so we can supply it for

20     the foundational language and then just do the last couple of

21     twenty seconds or so.

22          MR. INGERMAN:  What is the exhibit number, please?

23          MR. OSEN:  I'm sorry.  1393.

24          MR. TURNER:  For those of us who have had the

25     privilege of seeing this video, may we take a convenience

1   break?

2          THE COURT:  Yes, of course.

3          MR. INGERMAN:  Your Honor, may I just ask a

4   question?

5          THE COURT:  Go ahead.

6          MR. INGERMAN:  Our exhibit list indicates that this

7   is May 31, 2007.

8          THE COURT:  Where is the discrepancy, Mr. Osen?

9          MR. OSEN:  I don't know.  It's time stamped.  We'll

10  see it in a second.  If I'm mistaken, I'll withdraw it.

11         THE COURT:  Okay.

12         (Pause.)

13         MR. INGERMAN:  There we go.

14         THE COURT:  That ends that.

15         MR. OSEN:  I stand corrected.

16         THE COURT:  So, that's withdrawn.

17         I think I'm going to let the jury go at 4:15.  Any

18  reason why not?

19         MR. OSEN:  I'm happy to finish up tomorrow.

20         THE COURT:  I don't see any reason to try and

21  squeeze another fifteen minutes out of the day.

22         MR. INGERMAN:  With respect to Professor

23  Milton-Edwards' travel schedule, you are going to finish

24  tomorrow?

25         MR. OSEN:  Before the first break, I think.

1          THE COURT:  Let me say a couple of things prior to

2    adjournment.  First, I'm reserving on the defendant's motion,

3    which I have reviewed.

4          Second, I got the slides for the defendant's next

5    group of witnesses last night, and I was a little surprised.

6    I've given both sides a lot of leeway in terms of these Power

7    Point created bullet-pointed slide documents.  I did that,

8    because they were used thus far only with experts, and I think

9    it's useful for the jury to see how the experts are presenting

10   their points a point at a time.  I can understand that.

11         I am not inclined to allow any lawyer-created

12   bullet-pointed narrative Power Point slides to be used for lay

13   witnesses.  The plaintiffs did not attempt to do that.  I

14   would not have let them do that, I don't think.  I am not

15   barring the defendant entirely from using a few slides, but I

16   am skeptical that they are necessary for a fact witness.  At

17   the very least, if any slides are going to be used, the

18   captions that I saw on the ones that came in last night, if

19   it's convenient to put out a list of names and the jury sees

20   the names, that's fine.

21         MR. OSEN:  Your Honor, may I be heard on that

22   briefly?

23         THE COURT:  Yes.

24         MR. OSEN:  We intend to file a letter when we're

25   done here today on this subject, because we believe this goes

1    well beyond the issue of demonstrative versus other.  There

2    is, under the preclusion order in this case, the fact

3    witnesses cannot testify whether they knew or didn't know a

4    person.

5             THE COURT:  That's another problem.  I think some of

6    these slides clearly run into the preclusion problem.

7             I'm going to take these one at a time as they come

8    up, and give the defendant time to convince me somehow that

9    the preclusion order does not prevent them.  Right now, I'm

10   talking about the concept of demonstratives, and I'm not going

11   to let fact witnesses be led through their testimony with

12   Power Point slides with bullet points that tells them what

13   they should focus on.  They have to know their testimony

14   without the bullet points.

15            Again, this is not an absolute preclusion.  Both

16   parties and immediately defendants should keep in mind I am

17   skeptical about the ability to use such slides.  If you have a

18   slide of a map, and a witness is going to point to a place on

19   a map, obviously, that's fine for a fact witness.  If it's a

20   photograph, obviously, if you ask the witness if he recognizes

21   the person in the photograph, that's fine.  If it's bullet

22   points that a lawyer has put on a page, I'm disinclined to

23   allow.

24            MR. OSEN:  We don't think the preclusion order

25   allows them to identify or state knowledge about.

1        THE COURT:  That's a different question.

2        MR. OSEN:  We're not disputing that.  Our concern,

3   your Honor, is that these slides indicate an attempt by the

4   defense to actually violate the preclusion order, and that the

5   witnesses have not been properly instructed not to make

6   statements that violate the protective -- the preclusion

7   order, and we think it makes us to have to get up and object

8   to every question.  We think that it would be more fair and

9   more appropriate to, in my opinion, nip this in the bud, so

10  that we don't have to do this every time in front of the jury.

11       THE COURT:  Well, I suppose it is possible that one

12  thing the defendant is doing is filling out a record of what

13  comes in under the preclusion and what doesn't.  And I would

14  prefer, and it would be much more expeditious, if that's the

15  goal here, and I don't know that it is, to give me a written

16  proffer.  Let the plaintiffs object, and you'll have your

17  record if I don't allow it.

18           But obviously, if defense counsel were attempting to

19  prejudice the jury -- and I have no reason to think that they

20  would -- by deliberately asking questions or eliciting answers

21  that the witnesses have been told not to give that violate the

22  preclusion order, then that would not be tolerated in any way.

23  Again, I have no reason to think the defendant is going to

24  violate court orders and do that, but we're going to take them

25  one at a time as it comes up and see.

1          I really would ask the defendant to try to avoid a
2    situation -- and again, I don't know that this is where they
3    are going -- of having one witness after another come up and
4    be shut down so that they have their record on appeal as to
5    the effect of the preclusion order.  That seems to me an
6    inordinate waste of time, and there are better ways to protect
7    the record.  Again, I don't know that that's what's going on.
8    I will say that some of the plaintiffs' concerns, based on the
9    slides and the proffers I received so far, may be headed in
10   that direction, but we're going to take them as they come up.
11              Anything else?
12              (Continued on next page.)
13
14
15
16
17
18
19
20
21
22
23
24
25

1   (CONTINUING)

2           MR. WERBNER:  Can we get a clarification on what the

3   order is for tomorrow?

4           THE COURT:  You don't have that?

5           MR. WERBNER:  I think we do, but I just wanted to --

6   there was an issue about travel plan.  So I just, given that

7   it's 4:10, I would imagine that's clarified.

8           THE COURT:  All right.

9           Who do you have tomorrow, assuming you finish this

10  witness in the mid- to late morning?

11          MR. STEPHENS:  Jamal Hurani and then Shukry Bishara.

12          THE COURT:  And you think those will take the course

13  of the day?

14          MR. STEPHENS:  I don't know.

15          THE COURT:  Have other witnesses ready in case they

16  don't.

17          MR. STEPHENS:  We will, Your Honor, and they are all

18  listed for them.

19          THE COURT:  But who will they be after that?

20          MR. STEPHENS:  Brian Billard -- they have a list,

21  Your Honor.

22          MR. WERBNER:  We're just asking.

23          THE COURT:  Please tell me, okay?

24          MR. STEPHENS:  Brian Billard and then Mohammed

25  Dabbour.

1          MR. WERBNER:   Thank you.

2          THE COURT:   Okay.

3          All right, and just to emphasize the point, the

4    starting point for analyzing the question of what can happen

5    with the witnesses -- again, from Judge Gershon's order --

6    quote, the bank cannot argue that it had no knowledge a

7    certain bank customer was a terrorist if it did not produce

8    that person's complete account records.

9          I am sure the defendant will be guided by that and

10   we won't have any problem at all.

11         All right.   Let's reconvene as soon as the jury is

12   ready and then I will send them home.

13         (Recess taken.)

14         (In open court.)

15         THE COURT:   Let's have the jury please.   We are just

16   here to send them home.

17         (Jury enters.)

18         THE COURT:   Be seated, please.

19         Ladies and gentlemen, I just called you back in here

20   to give you the usual admonitions.

21         Please, don't talk about the case.   Please don't

22   read about the case.   Please don't look at any news features

23   about the case, if there are any.   I don't know if there will

24   be or not, but don't look at it if there are.   Do not talk to

25   anyone about the case.   Do not do any research on the Internet

1  or otherwise about the case.  Do not communicate by Twitter or

2  Facebook or anything else having to do about the case.

3          Put it out of your mind keep an open mind.  We will

4  see you tomorrow morning at 9:30.

5          Thank you.

6          (Jury exits.)

7          (In open court; outside the presence of the jury.)

8          THE COURT:  Be seated.

9          You know, it occurs to me I told the defendant what

10 I am optimistic they won't try to do but I didn't hear from

11 the defendant whether my prediction or the plaintiff's

12 prediction of what they are going to try to do is, in fact,

13 what they're going to try to do.

14         Is that what you are going to try to do?

15         MR. COLES:  No, it's not, Your Honor, and we'll

16 submit a proffer this evening.

17         THE COURT:  Okay.

18         MR. COLES:  We have no intention of highlighting the

19 order, that's not the purpose obviously, of anything.

20         THE COURT:  I know you want to protect your record

21 and you are entitled to.  I don't want to stop from you doing

22 that.  I just want to do it in the most efficient way.

23         MR. COLES:  We believe we have a proffer that

24 comports with the orders this case.  We will submit it tonight

25 and you will have an opportunity to look at it.  We will

1  submit it promptly.

2          THE COURT:  Okay.

3          See you tomorrow morning.

4          (Matter adjourned to Thursday, September 11th at

5  9:30 a.m.

6                        ooo0ooo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3    B E V E R L E Y   M I L T O N - E D W A R D S    2186

4    DIRECT EXAMINATION (Continued)                      2187

5    CROSS-EXAMINATION                                   2251

6    BEVERLEY MILTON-EDWARDS, resumed                    2289

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25