**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ORAN ALMOG, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. CV 04-5564 (BMC)(VVP) |
| ARAB BANK, PLC | : | |
| Defendant. | : | |

**PLAINTIFFS' SECOND AMENDED COMPLAINT**
**PURSUANT TO THE COURT'S APRIL 20, 2015 ORDER**

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 21, and the Court's April 20, 2015 Order (D.E. 1248), in addition to the parties previously named and the claims already alleged, Plaintiffs respectfully submit the following additional allegations and add each of the following parties as Plaintiffs: ASAEL ANICCA F/K/A ASAEL MEIR FRIEDMANN, BARUCH YEHUDA ZIV BRILL, CHAYA BEILI, CHANA MUSAI, YEHEZKIYAHO KATZ, SHIFRA MARKOWITZ, DEBORAH ESTHER MARKOWITZ, GERALD LOUIS MARKOWITZ, SARAH MORDECHAI, SHIRIN MORDECHAI, SHIMON MORDECHAI, REBECCA PILANT, ORA RUBINOFF, AVIVA CHAYA RUBINOFF, MITCHELL JAY RUBINOFF A/K/A MICHAEL RUBINOFF, GILA SCHNALL, FRANCES NETTIE SCHNALL, IRA MARVIN SCHNALL A/K/A YEHUDA MOSHE SCHNALL, YISSACHAR ZVI LEBOWITZ, SIMON BLOCH LEBOWITZ, ROSALYN PEARL LAST LEBOWITZ A/K/A SHOSHANA PEARL LEBOWITZ, ESTHER DESTA, NECHAMA RINA DESTA, SHIFRA BOSMAT DESTA, NILLY CHOMAN, BAT ZION LEVI, and EYAL CHAIM

NEEMAN (hereinafter "the additional Plaintiffs"). The additional Plaintiffs, by their attorneys, allege the following upon information and belief.

## THE ADDITIONAL PLAINTIFFS

### ASAEL ANICCA (formerly known as ASAEL MEIR FRIEDMANN) – CAFÉ MOMENT BOMBING, MARCH 9, 2002

1. Plaintiff Asael Anicca is a citizen of the United States currently residing in Flushing, New York.

2. Asael Meir Friedmann was born on May 7, 1979. He officially changed his name to Asael Anicca by court order dated January 14, 2008 in Civil Court of the City of New York.

3. On March 9, 2002, Mr. Anicca – who was 22 years old at the time – was planning to meet friends at Café Moment in Jerusalem. He was waiting to enter the café where his friends were seated when he saw an individual in front of him blow himself up. He told the Israeli newspaper *Ma'ariv* that "within a second he blew himself up, and there was nothing left in the place where he was standing."

4. Mr. Anicca went to the emergency room at Bikur Holim Hospital in Jerusalem suffering from blast injuries due to his proximity to the bomber at the time of the explosion.

5. He was discharged from the hospital on March 10, 2002, and on March 17, 2002, he visited a psychiatrist who noted that Mr. Anicca "is in a state of crisis. He is unable to concentrate or to direct his life at present." He was subsequently formally diagnosed as suffering from Post-Traumatic Stress Disorder.

6. In a February 2003 report, Mr. Anicca's psychiatrist noted that he: had a poor attention span, had a heightened startle reflex to loud noises, was unable to deal with activities of daily living, avoided confrontation, used drugs to cope with his situation and to calm him, was

unable to speak of the trauma from March 9, 2002 leading to a restrictive and avoidance lifestyle, and suffered from nightmares.

7. Mr. Anicca continues to suffer to this day from the severe psychological effects of the bombing at Café Moment on March 9, 2002 and the loss of his close friend in the bombing.

8. The Hamas suicide bomber who blew himself up at Café Moment was named Fuad Horani. Eleven civilians were killed in the attack, including one of Mr. Anicca's good friends, and at least 58 others were wounded.

9. Hamas' military wing, the Izz al-Din al-Qassam Brigades, claimed responsibility for the bombing of Café Moment through the publishing of communiqués on its official website and by sending a facsimile to the newsroom of Israeli newspaper Yediot Aharonot the night of the bombing.

10. On September 22, 2014, a jury in Brooklyn delivered a verdict in *Linde, et al. v. Arab Bank, PLC*, No. CV 04-2799 (BMC)(VVP) and consolidated cases, holding Arab Bank, PLC liable for the March 9, 2002 Café Moment bombing.

**THE BRILL FAMILY – BEN YEHUDA BOMBING, DECEMBER 1, 2001**

11. Plaintiff Baruch Yehuda Ziv Brill is a citizen of the United States currently residing in Givat Zeev near Jerusalem.

12. Mr. Brill was born on May 26, 1984.

13. On December 1, 2001, Mr. Brill – who was 17 years old at the time – was spending time after the end of the Sabbath in a popular location in Jerusalem, the pedestrian mall located on Ben Yehuda Street in downtown Jerusalem.

14. At around 11:30 PM, two Hamas suicide bombers from the Palestinian town of Abu Dis, Osama Muhammad Eid Baher and Nabil Mahmoud Jamil Halabiyah, detonated

explosive devices on Ben Yehuda Street. A car bomb exploded nearby 20 minutes later set to go off upon the arrival of the paramedics. Eleven people were killed, and over 170 people were injured including Mr. Brill. Hamas' military wing Izz al-Din al-Qassam Brigades claims responsibility for the dual suicide bombing attack.

15. The mother of suicide bomber Halabiyah was sent a payment from the Saudi Committee in Support of the Al-Quds Intifada in the amount of $5,314.65 on February 18, 2002 in addition to a second payment in the same amount on June 6, 2002. These were "martyr" payments for her son who was a suicide bomber on December 1, 2001.

16. Mr. Brill was taken to Hadassah Hospital on Mount Scopus in Jerusalem with severe physical injuries. He had endured multiple shrapnel wounds from the bombing in addition to perforation of his left eardrum. According to X-rays taken in the hospital, Mr. Brill had multiple large pieces of shrapnel in his left arm and chest in addition to cuts and abrasions over his entire body.

17. He had two nails lodged in his left wrist that were part of the bomb vest that exploded, two pieces of shrapnel in the lower left side of his back, and a nail in the back part of his left leg.

18. Mr. Brill remained in the hospital until his discharge on December 9, 2001.

19. Mr. Brill underwent extensive physical therapy as a result of the injuries he sustained in the bombing in addition to severe pain associated with debridement of his injuries and the open nature of his wounds.

20. Mr. Brill has also undergone emotional therapy in the form of art therapy and psychological treatment as a result of the Post-Traumatic Stress Disorder that he suffered as a result of the bombing.

21. In order to complete his high school studies, Mr. Brill was required to attend night classes at his own expense due to the amount of school that he missed while recuperating from his injuries and while he was in the hospital.

22. Plaintiff Chaya Beili in an American citizen who was born in New York on October 14, 1968. She is the mother of Baruch Yehuda Ziv Brill. She learned of the Ben Yehuda bombing in which her son was injured when her oldest daughter called her while at home. Chaya immediately stated calling her son and could not reach him. After about an hour, a friend of Ziv's called and said he was placed in an ambulance and taken to the hospital.

23. During her son's hospitalization and subsequent physical and emotional therapy, he resided with his mother as his parents were divorced. She witnessed her son's pain and recovery personally and has been greatly affected personally by her son's injuries.

24. On September 22, 2014, a jury in Brooklyn delivered a verdict in *Linde, et al. v. Arab Bank, PLC*, No. CV 04-2799 (BMC)(VVP) and consolidated cases, holding Arab Bank, PLC liable for the December 1, 2001 Ben Yehuda suicide bombings.

**THE MUSAI FAMILY – SEDE KALEV BOMBING, JUNE 11, 2002**

25. On June 11, 2002, Dvir Musai, an Israeli citizen who was 13 years old at the time, was severely injured when he stepped on a roadside bomb while walking to his school bus in Sede Kalev near Hebron.

26. Dvir Musai's mother, Plaintiff Chana Musai, an American citizen born January 6, 1965 and currently residing in Beit Haggai near Hebron in Israel, learned of her son's injuries while she was at work at the Beit Haggai educational village, a boarding school. She made a call to an emergency center to get more details, however they had no information to share. After a

few minutes, the school advisor from Dvir's school called and let her know that Dvir was injured and that he was on his way to the hospital.

27. Dvir Musai experienced severe injuries as a result of the blast including open fractures of both of legs, laceration of his perineum, and penetrating trauma to his left eye. He underwent more than 20 surgeries, a colostomy, debridement of his wounds, external fixation for both of his legs, and skin grafts to both calves. He was hospitalized at Hadassah Hospital at Ein Kerem in Jerusalem from June 11, 2002 through August 21, 2002 when he was discharged into rehabilitation.

28. Because of the nature of his injuries and his age, Plaintiff Chana Musai remained with her son through his hospitalization and during his rehabilitation.

29. Prior to the bombing, Plaintiff Chana Musai was employed, but she was unable to work for approximately one year after the bombing as she continued to tend to her son Dvir.

30. The bombing was carried out by the Al-Aqsa Martyrs Brigade and specifically by Alaa Issa Muhammad Manasarah who placed the roadside bomb.

**THE KATZ FAMILY – SHOOTING NEAR BEIT HAGGAI, SEPTEMBER 26, 2002**

31. On September 26, 2002, Plaintiff Yehezkiyaho Katz, and American citizen currently residing in Beit Haggai near Hebron in Israel, and his wife, Orit Katz, were traveling in two separate cars with Mrs. Katz driving the lead car with three of the couple's children (Roni Hava Katz – less than two months old at the time, Noam Yehuda Katz – two years old at the time, and Ruth Katz – 13 years old at the time) seated in the backseat when Hamas terrorists opened fire on the vehicle from the roadside.

32. From his position in the car behind his wife, Mr. Katz could see the shots being fired into his wife's car while he remained in his vehicle with the couple's other two children (Amichai Katz – 11 years old at the time, and Yitzhak Haggai Katz – four years old at the time).

33. In an interview provided to the Israeli daily newspaper *Yediot Aharonot*, Mrs. Katz stated that "they opened very serious fire on us. It was very dark, and I knew that stopping was not a choice. What was most important to me at first was to get away from the fire. I continued driving and at the junction I saw an IDF jeep. I stopped and Ruth said that the children were covered in blood. I looked at Roni and saw how her head and face were covered in blood in a matter of second. It was horrible."

34. In addition to witnessing the shooting first-hand and being at risk of finding himself in the line of fire, Plaintiff Yehezkiyaho Katz has been psychologically traumatized by the attack as his wife and three of his children were imperiled and his youngest daughter was injured with shrapnel in her head. He brings claims for emotional trauma resulting from the terrorist attack that occurred on September 26, 2002.

**FRENCH HILL SHOOTING, NOVEMBER 4, 2001**

35. In the afternoon of November 4, 2001, PIJ member Hatem Yassin Ayesh Shweiki opened fire with a sub-machine on Egged Bus No. 25 at the French Hill junction in Jerusalem. The passengers on the bus at the time were predominantly schoolchildren who had just been released from school.

36. The attack resulted in two teenagers being killed and approximately 45 others being wounded.

37. The PIJ terrorist was killed on the scene by first responders.

38. PIJ issued a claim of responsibility for the attack in which Plaintiffs Shifra Markowitz, Gila Schnall, Yissachar Zvi Lebowitz, Sarah Mordechai, and Ora Rubinoff were injured.

39. On January 26, 2002, Arab Bank received a fax from the Telemoney Transfers Department of Arab National Bank in Riyadh, Saudi Arabia, seeking to substitute 677 pending transfers with 200 new "martyr" beneficiaries. Among these beneficiaries was Kawthar Hussein Khalil Al Shweiki who was to receive $5,311.56 on behalf of the "martyr" Hatem Yassin Ayesh Shweiki whose cause of death was listed as "French Hill Operation."

40. On February 17, 2002, a payment in the amount of $5,311.56 was received in Arab Bank's Hebron Branch for the benefit of Kawthar Hussein Khalil Al Shweiki to be paid in cash from the Saudi Committee in Support of the Intifada Al-Quds.

## A. THE MARKOWITZ FAMILY

41. On November 4, 2001, Plaintiff Shifra Markowitz, an American citizen born July 24, 1985 currently residing in Jerusalem, Israel, was a student at Beit Shulamit High School in the Jerusalem suburb of Neve Ya'akov.

42. At approximately 3:30 PM, Shifra and friends left school and boarded bus number 25 near the French Hill neighborhood. Near the French Hill junction, she heard a friend scream and then heard gunshots and the sound of breaking glass.

43. She remembers falling to the floor and hearing people scream in addition to seeing blood dripping over her and a girl's head full of blood near her. When the police boarded the bus after the terrorist threat had been eliminated, Shifra got off the bus and sat on the curbside crying.

44. Shifra called her father, Plaintiff Gerald Louis Markowitz, from the scene, but she was crying so much that he could not understand her. From his end of the call, all he heard was her say "French Hill" and then they were disconnected. He reached her by phone again, but could still not understand her. Another individual who was with Shifra took the phone and told him "She's okay. Gotta go." She called her father again when she was in the ambulance on her

way to Shaare Zedek Hospital in Jerusalem. Plaintiff Deborah Esther Markowitz, Shifra's mother, remained at home and took phone calls while her husband went to the hospital to tend to their daughter. Both of Shifra's parents are American citizens.

45. Shifra arrived at the hospital with complaints of pain in her neck and head and underwent CT scans showing glass imbedded in both areas. She also sustained a cut on her hand.

46. In the hospital, Shifra learned that one of her best friends, Shoshana Ben Yishai, had been killed in the attack which caused her severe emotional distress. She was discharged from the hospital with only a few minutes to arrive to her friend's funeral.

47. She has received additional medical care for her physical injuries specifically at the Har Nof Family Medical Center in Jerusalem.

48. Shifra and her parents have also suffered emotionally from the attack in which one of Shifra's best friends was killed. Shifra attended multiple group counseling sessions following the attack.

**B. <u>THE SCHNALL FAMILY</u>**

49. On November 4, 2001, Plaintiff Gila Schnall, an American citizen born August 12, 1985 in Indiana currently residing in Jerusalem, Israel, was a student at Beit Shulamit High School in the Jerusalem suburb of Neve Ya'akov.

50. Like many of her classmates, Gila boarded Egged Bus No. 25 to take her home that day. When the bus arrived at the French Hill junction, she heard gunshots and immediately got on the floor of the bus.

51. Gila was only lightly injured by flying glass on the bus and did not go to the hospital from the scene choosing instead to walk home with other lightly-injured individuals who were on the bus.

52. Plaintiffs Ira Marvin Schnall a/k/a Yehuda Moshe Schnall and Frances Nettie Schnall, Gila's parents and both American citizens, learned of the French Hill attack when Gila arrived home. They were concerned about her injuries and wanted to ensure that she obtained the counseling that she needed following such a traumatic event for both Gila and her parents.

53. Because she had not been treated emergently after the attack, Gila's parents filed paperwork with Israel's National Insurance Institute to ensure that she was identified as a victim of the attack.

54. As a result of the shooting attack on Bus No. 25, Gila continues to suffer from anxiety as she recalls vivid details of the attack. The attack and Gila's related trauma had psychological effects on Gila's parents as well.

## C. THE LEBOWITZ FAMILY

55. On November 4, 2001, Plaintiff Yissachar Zvi Lebowitz, an American citizen born January 16, 1990 and currently residing in Jerusalem, Israel, was a student at "Orot Ha'Pisgah" school in Pisgat Ze'ev in Jerusalem.

56. Yissachar boarded Egged Bus No. 25 in order to go home after school. When the bus arrived at the French Hill junction, Yissachar heard gunshots and got on the floor of the bus.

57. Yissachar has suffered from psychological issues since the attack and has required treatment to allow him to progress in his studies both from his school and from the Jerusalem Municipality as he was only 11 years old at the time of the attack.

58. Plaintiffs Simon Bloch Lebowitz and Rosalyn Pearl Last Lebowitz a/k/a Shoshana Pearl Lebowitz, Yissachar's parents who are both American citizens, have each suffered while helping their young son deal with the emotional trauma and anxiety that the attack evoked.

**D. <u>THE MORDECHAI FAMILY</u>**

59. On November 4, 2001, Plaintiff Sarah Mordechai, an American citizen born March 28, 1986 in Long Beach, California, was a student at Beit Shulamit High School in the Jerusalem suburb of Neve Ya'akov.

60. Sarah boarded Egged Bus No. 25 en route home from school when gunshots were heard hitting the bus.

61. Sarah sustained injuries to her arm and neck where pieces of glass from the bus had embedded. She went to the Kupat Holim Meuhedet in the Givat Ze'ev neighborhood two days after the attack to have the pieces of glass removed from her arm and neck..

62. Plaintiffs Shirin Mordechai, an American citizen, and Shimon Mordechai, an Israeli citizen, who are Sarah's parents, have each suffered while helping their daughter adjust to the reality of having survived a terrorist attack and the emotional and physical trauma that surrounds such an event.

**E. <u>THE RUBINOFF FAMILY</u>**

63. On November 4, 2001, Plaintiff Ora Nechama Rubinoff, an American citizen born October 29, 1985 currently residing in Israel, was a student at Beit Shulamit High School in the Jerusalem suburb of Neve Ya'akov.

64. After the shooting, Ora was taken to Shaare Zedek Hospital in Jerusalem. While not physically injured, she was diagnosed with Acute Stress Reaction and discharged after midnight that evening.

65. The following day, she rode Bus No. 25 back to school and the experience of riding on the same bus line caused flashbacks to the attack, and every bump or loud noise made her jump.

66. She suffered from nightmares as a result of the attack.

67. Ora's American parents, Plaintiffs Aviva Chaya Rubinoff and Mitchell Jay Rubinoff, suffered from the trauma and psychological stress that their daughter underwent in the attack.

**REBECCA PILANT – EMMANUEL ATTACK, DECEMBER 12, 2001**

68. At approximately 5:50pm on December 12, 2001, a roadside bomb detonated near Bus No. 189 near Emmanuel with approximately 50 passengers on board. The bus driver attempted to continue driving the bus but could only advance approximately 200 yards further before three Hamas terrorists opened fire on the bus and three other cars that were following the bus.

69. The exchange of fire between the Hamas terrorists and the rescue personnel continued almost an hour. One of the terrorists had come down from the hillside where they had been shooting and was shooting at close range in the direction of the bus and the passengers being evacuated.

70. This Hamas terrorist, Assem Rihan, was subsequently killed in a firefight with rescue and military personnel while the other two terrorists escaped.

71. In the attack, ten people were killed and approximately 30 were wounded including Benyamin Pilant,[1] husband of Plaintiff Rebecca Pilant, an American citizen born August 31, 1967 in Peterborough, New Hampshire.

72. Benyamin Pilant was a passenger on Bus 189 at the time of the terrorist attack. When the terrorists started shooting, he fell to the floor. He witnessed murdered bodies and referred to it as a "mass of quivering, bloody flesh … a sight I will never forget for the rest of my life." He refused to be evaluated for his injuries the day of the attack; however, he suffered a head injury from being thrown to the floor by the force of the blast of the roadside bomb which has caused recurring migraines in addition to tinnitus.

73. Mr. Pilant also suffers from severe post-traumatic stress disorder which negatively impacts Plaintiff Rebecca Pilant. As a result of his PTSD, he became cut off from his wife and children causing Plaintiff Rebecca Pilant to seek counseling for her lack of support within the home. The situation of Benyamin's detachment almost reached the point of divorce as Plaintiff Rebecca Pilant would repeatedly need to call his doctor for support through his erratic behavior. While Benyamin has received extensive counseling and treatment for his PTSD, Plaintiff Rebecca Pilant understands that life for her family has forever changed and that their family is living with PTSD which has become a long-term problem affecting the entire family.

74. The father of the Hamas terrorist who was killed on the scene of the terrorist attack received a payment through Arab Bank's Nablus Branch in cash in the amount of $5,314.65 that was transferred from the Saudi Committee in Support of the Intifada Al-Quds on June 9, 2002.

---

[1] Benyamin Pilant is a Plaintiff in *Almog, et al. v. Arab Bank, PLC*, No. CV 04-5564 (BMC)(VVP), along with the couple's children Elizabeth Anna Haistings Pilant, Levy Izak Pilant, Robert Eliot Haistings Pilant, and Samuel Philips Haistings Pilant.

75. On September 22, 2014, a jury in Brooklyn delivered a verdict in *Linde, et al. v. Arab Bank, PLC*, No. CV 04-2799 (BMC)(VVP) and consolidated cases, holding Arab Bank, PLC liable for the December 12, 2001 Emmanuel attack which resulted in Benyamin Pilant's injuries.

**<u>THE DESTA FAMILY – FRENCH HILL SUICIDE BOMBING, JUNE 19, 2002</u>**

76. Plaintiff Esther Desta[2] is a citizen of the United States currently residing in Jerusalem, Israel. Ms. Desta was born on June 18, 1958.

77. Plaintiffs Nechama Rina Desta and Shifra Bosmat Desta[3] are citizens of Israel and the minor children of Plaintiff Esther Desta. At the time of the bombing, Nechama had just days earlier turned five years old, and Shifra was only 18 months old.

78. On June 19, 2002, Plaintiffs Esther Desta, Nechama Rina Desta, and Shifra Bosmat Desta were passengers on a bus that was stopped that the French Hill junction in Jerusalem. An AAMB suicide bomber named Said Hussein Awadah ran to the bus stop and detonated himself among the people waiting to board the bus. Six people were killed in the attack, and at least fifty people were injured.

79. While Plaintiffs Esther Desta, Nechama Rina Desta, and Shifra Bosmat Desta were not physically injured, their bus filled with smoke requiring them to leave the bus. Esther left her girls with a friend's brother who was close by so that she could help tend to the wounded as she was a trained nurse. While treating the wounded, Esther saw all of the gruesome images of the attack and its impact on those who were in the bomb's trajectory. She recalls that, while

---

[2] Ms. Desta was a Plaintiff in *Lev, et al. v. Arab Bank, PLC*, No. CV 08-3251 (BMC)(VVP); however, her American citizenship was not determined until much later after that Complaint – which only included claims under the Alien Tort Statute – was filed.
[3] Nechama and Shifra are also Plaintiffs in *Lev* asserting claims for their individual psychological injuries for being physically present at the attack; however, their claims in this action are limited to the impact that their mother's psychological injuries had on them.

she was treating the wounded, a piece of flesh got into her mouth. This experience has stayed with her since that time as she has been unable since that time to touch raw meat with her bare hands.

80. Following the attack and her provision of first-aid assistance on the scene, Esther began suffering from anxiety. She experienced visions of the attack coming back to her, and she would see images of the terrorist's amputated head in front of her eyes. She began taking valium to help her sleep amidst these horrific flashbacks and nightmares.

81. Esther continues to have anxiety to this day – especially if the need arises to take public transportation. Loud noises can send her into hysterics, and she suffers from panic attacks. She has also suffered from memory issues and finds herself forgetting things quite often – even in her speech.

82. She suffered a heart attack a few years after the terrorist attack which the doctors have at least differentially diagnosed as being caused by her mental strain as a result of the bombing.

83. In short, Plaintiff Esther Desta has experienced a serious decline in her quality of life since the terrorist attack which has also placed emotional constraints on her minor daughters Plaintiffs Nechama Rina Desta and Shifra Bosmat Desta.

**NILLY CHOMAN – BUS 19 BOMBING JERUSALEM, JANUARY 29, 2004**

84. On January 29, 2004, terrorist Ali Ja'ara carried out a suicide bombing on board public Bus No. 19 at the corner of Gaza and Arlozorov Streets in Jerusalem killing eleven people, including Anat Darom, and injuring over fifty others. Both Hamas and the Al-Aqsa Martyrs' Brigades declared responsibility for the bombing.

85. Plaintiff Nilly Choman[4] is an American citizen who was born on September 26, 1974 in New York. She is the sister of Anat Darom.

86. On the morning of the attack, Nilly was at home in Tel Aviv, Israel when she heard the news of a suicide bombing in Jerusalem on the radio. Out of habit given the frequent terror attacks during that time period, she attempted to call her sister Anat, but she received no answer any of the times she called.

87. Their parents were abroad, so Nilly and another sister were left to try and locate their sister Anat. Nilly began calling the hospitals in and around Jerusalem, but Anat was nowhere to be found. Around 12:30pm, Nilly's workplace called her and told her that she needed to go to the Abu Kabir pathology institute because there was an unidentified body from the bombing. It was also recommended that she contact Anat's dentist before going to Abu Kabir.

88. Because Anat was located so close to the bomber, the identification process took a very long time because her sister's body was in such an unidentifiable state after the bombing.

89. Nilly was tasked with informing her family – including her parents – that Anat had been killed. As a result of her sister's death, life has changed completely for Nilly. As a social worker by profession, Nilly sees every action as being more difficult and "painted" with her grief and sadness and an emptiness due to the loss of her sister. She experiences fear and anxiety about her loved ones since her sister's death, and she will not allow herself or her children to travel on public transportation.

---

[4] Nilly Choman was included as a Plaintiff in the *Lev* case under the name "Nilly Darom"; however, her American citizenship was not determined until much later after that Complaint – which only included claims under the Alien Tort Statute – was filed.

90. The loss has caused Nilly to have a shorter temper and a lack of tolerance for others which contributed to her not working for nearly six years in her professional field of social work because she could not have empathy or tolerance to her clients. She has felt a significant decrease in her quality of life since the loss of her sister.

**BAT ZION LEVI – BEIT SHEAN SHOOTING, NOVEMBER 28, 2002**

91. On November 28, 2002, two AAMB terrorists entered Likud political party polling station in Beit Shean in Israel killing six and wounding more than 20 other individuals including Jacky Levi.

92. The terrorists, Omar Muhammad Awadh Abu Al-Rab and Yousef Muhammad Ragheb Hamdan Abu Al-Rab, drove up to the polling station and threw multiple hand grenades into the plaza surrounding the polling station and then began with bursts of automatic gunfire at the civilians inside. Israeli citizen Jacky Levi was injured in the hand by shrapnel from one of the hand grenades and was shot once during the attack before arriving to a back area of the building away from the terrorists who were shot and killed on the scene.

93. Plaintiff Bat Zion Levi, an American citizen born April 6, 1964 in New York, is the wife of Jacky Levi. She arrived at the polling station while the attack was ongoing, but she suffered as a result of her husband's injuries.

94. Omar Abu Al-Rab's father, Muhammad Awadh Ali Abu Al-Rab, received $5,000.00 from the Al-Ansar Charitable Society in Gaza – which provided money from the Hezbollah terrorist organization's Shahid Foundation to individuals who engaged in "martyrdom" attacks – into his account number 583294/2 at Arab Bank's Jenin Branch.

95. Yousef Abu Al-Rab's father, Muhammad Ragheb Hamdan Abu Al-Rab, also received $5,000.00 from the Al-Ansar Charitable Society in Gaza into his account number 583289/6 at Arab Bank's Jenin Branch.

**EYAL CHAIM NEEMAN – ARIEL GAS STATION BOMBING, OCTOBER 27, 2002**

96. On October 27, 2002, Hamas suicide bomber Muhammad Yazid Bustamy came to the Sonol gas station near the Eshel Ha'Shomron Hotel near Ariel armed with an explosives belt. His actions gave rise to suspicions of both the owner of the gas station and hotel. He was asked to lift his shirt. Upon Bustamy's refusal, he was held down and neutralized. As he was being detained, shots were fired in his direction which then detonated the bomb, killing three individuals and wounding approximately 20 others including Plaintiff Eyal Chaim Neeman, an American citizen who was born October 5, 1978 in New York and was 24 years old at the time.

97. Eyal was immediately evacuated to the Bailinson hospital. His injuries included shrapnel wounds in both legs, stomach, chest, neck, hands, face and chin. He was hospitalized for four days at which time he underwent explorative laparoscopy to examine bleeding in his liver. He also underwent surgery to remove parts of the shrapnel from his body. To date, shrapnel remains in both his legs and chest.

98. As a result of the shrapnel wounds Eyal sustained, he has permanent nerve damage causing severe pain and stress in both legs. He also has scars over his body, including his stomach and chin which irritate and cause pain. Eyal was diagnosed with severe Meralgia Paresthetica characterized by tingling and numbness in his legs.

99. Eyal has also been diagnosed with post-traumatic stress disorder and was appointed 15% permanent disability for his injuries.

100. Despite many efforts for rehabilitation over the years such as, medication, physical therapy and chiropractic treatment, all treatments have failed to successfully treat his ongoing injuries.

## INCORPORATION OF ALLEGATIONS AND CLAIMS FOR RELIEF

101. The additional Plaintiffs expressly incorporate herein by reference the allegations and claims made in paragraphs 1-29, 31-248, 255-267, 329-338, and 349-354 of the First Amended Complaint filed on or about February 25, 2005 in the above-captioned matter. *See* D.E. 7.[5]

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendant as follows:

i. Accept jurisdiction over this action;

ii. Enter judgment against Arab Bank and in favor of each Plaintiff for compensatory damages in amounts not less than those set forth herein and additional sums in amounts to be determined at trial;

iii. Enter judgment against Arab Bank and in favor of each plaintiff for treble damages pursuant to 18 U.S.C. § 2333;

iv. Enter judgment against Arab Bank and in favor of each plaintiff for any and all costs sustained in connection with the prosecution of this action, including attorneys' fees, pursuant to 18 U.S.C. § 2333;

v. Order any such equitable relief to which these Plaintiffs might be entitled;

vi. Enter an Order declaring that Arab Bank has violated, and is continuing to violate, the Anti-Terrorism Act, 18 U.S.C. § 2331 *et seq.*; and

vii. Grant such other and further relief as justice requires.

[5] To the extent the Court's April 20, 2015 Order set limitations with respect to withdrawal of previously-adjudicated claims, Plaintiffs abide by that Order and incorporate by reference those previously-adjudicated claims to preserve their appellate rights on these issues and not in violation of the Court's Order.

**JURY DEMAND**

Plaintiffs demand trial by jury on all issues so triable.

Dated: April 20, 2015
Mount Pleasant, SC

MOTLEY RICE LLC

/S/ John M. Eubanks____________________

Michael E. Elsner, Esq.
Jodi Westbrook Flowers, Esq.
John M. Eubanks, Esq.
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Fax: (843) 216-9450

Of Counsel:

Allan Gerson, Esq.
ATTORNEY AT LAW
2131 S Street
Washington, DC 20008

Gavriel Mairone, Esq.
MM~Law LLC
980 North Michigan Avenue
Suite 1400
Chicago, IL 60611

Rehov Ha-Mered 25
Tel Aviv, Israel